# EXHIBIT 1 - PART A





# SQUAW VALLEY USA

## Mountain Guide 2001/2002

W season marks another milestone in our ongoing efforts to make Squaw Valley the best it can be. We're **proud to be a world-renowned resort run by a family, not a parent company.** We hope you enjoy the new Village and all that this fantastic mountain has to offer. Your comments are always welcome. Please take a moment to complete a "Tell Alex" card, conveniently located at all of our guest service desks.

Again, welcome. Have a great day at Squaw Valley USA.

*Alex Cushing*              *Nancy Wendt*
Alex Cushing, Chairman and Founder    Nancy Wendt, President

### Getting around Squaw Valley is easy...

Guests new to Squaw often ask "where are all the trails?" Squaw Valley's terrain is predominantly wide open bowls so we do not have named trails in the traditional sense. Use our lift network as a reference. Lifts are rated beginner, intermediate and expert depending on the terrain they access. If you are new to the resort, ride the Cable Car or Funitel to the upper mountain and explore at your own pace. For guidance, refer to the mountain map, or ask any Guest Service representative.

### Frequent Skier Plus – Every 5th Day FREE!



Join the Frequent Skier Club and every fifth day is *FREE*. Plus, members get **$49** lift tickets every Tuesday, Wednesday and Thursday all season (excluding holidays). Membership is ONLY $5. Register at any ticket window or online at www.squawshop.com.

### Ski & Snowboard Lessons

**Fun in the Sun Adventure Package** - We guarantee the fun! Created specifically for first time skiers or snowboarders ages 13 and up, this package includes rental equipment, a beginner lift ticket and an introductory group lesson. Available at the new Papoose Learning Area on the lower mountain, or at High Camp on the upper mountain.

Papoose Package (Papoose Only) ......... $58
High Camp Package (Upper Mountain) ..... $69

**Group Lessons - We're ready when you are!**

When? .......................... On the hour.
Cost ............................... $42

Our Ski Your Pro program offers group lessons for adults of all abilities. Five training areas run continuously from 10am-4pm daily, each with a specific goal to help guide you toward more enjoyment on the snow. When you're ready, upgrade to the next level on the same day for only $25.

**Upper Level Workshops** – Two-hour sessions for advanced and upper-intermediate level skiers and snowboarders. Perfect your turns in the Level 6 Advanced Skiing Workshop or master all-terrain, all-mountain skiing in moguls, powder, steeps, or crud in the Level 7 Black Diamond Workshop. Freestyle workshops offer snowboarders and skiers an introduction to halfpipe and terrain park technique.

Each Workshop Session ................ $42

**Private Lessons** – Spend an hour or a day with one of Squaw Valley's certified instructors and benefit from one-on-one instruction with a personal mountain guide. Individual or small group sessions available.

Private Lessons (first person) ............. $85/hr.
Each additional person ................ $30/hr.
Early/Late Special (up to 2 people) ....... $135

### Night Skiing & Riding

**All day lift tickets include FREE Cable Car Rides & Night Skiing!**

Ride the heated Cable Car and cruise 3.2 miles and 2000 vertical feet of groomed intermediate terrain under the lights, from High Camp to the Village. Central Park's halfpipe is also lit and groomed nightly. Night operations open from December 21 through mid-April.

### Experience High Camp!



High Camp, at the top of the Cable Car, el. 8200', offers spectacular views, and a multitude of activities day and night!

**Ice Skating**
Take a spin on the ice overlooking Lake Tahoe at the Olympic Ice Pavilion. Rental skates included.

**Snowtubing**
High Camp's snowtubing arena offers fun for all ages with its own dedicated lift, two lanes and plenty of banks, berms and rolls.

**Swimming Lagoon & Spa**
The Swimming Lagoon & Spa

**Olympic Museum**
Take a trip back in time to the VIII Olympic Winter Games hosted by Squaw Valley in 1960.

**Dining & Après Ski**
Start the morning with baked treats at Wildflour, stop for lunch at the Poolside Café, head up to Alexander's Café for dinner overlooking Lake Tahoe, or drop in to Bar North for appetizers, drink

---

## ① Far East Center

**Shops & Services**
- Squaw Valley General Store – Sandwiches, groceries and supplies.
- Ski & Snowboard Rentals
- Ski & Snowboard School – Sales & information.
- Ticket Portals
- Restrooms
- Coin Lockers
- Mountain Essentials – Accessories and logowear.

**Restaurants & Bars**
- Red Dog Bar & Grill
Appetizers, sandwiches, barbecue dinners, and a great selection of microbrews.

## ② Squaw Kids Children's Center



A unique 12,000 square foot facility offering programs for kids ages 2-12. Junior Mountain Ski Lessons (ages 7-12), snowboard lessons (ages 8-12), and Snow Sliders (ages 4-6). Licensed Toddler Care is available for ages 2-3. Call 530 581-7166 for reservations (recommended) or 530 581-7225 for information.

| | |
|---|---|
| All Day (8:00am - 4:00pm) | $82 |
| Half Day (morning or afternoon) | $62 |
| All Day Rentals (snowboard only) ... Skis $15/Snowboard | $25 |
| Half day Rentals (snowboard only) ... Skis $10/Snowboard | $19 |
| Holiday Rates: (Dec 28-Jan 4, Jan 18-20, and Feb 15-17) | |
| Holiday All Day (8:00am - 4:00pm) | $99 |
| Holiday Half Day (morning or afternoon) | $79 |

## ③ Cable Car Promenade

**Shops & Services**
- Special Tickets Office
- Ticket Portals
- Squaw Valley Sport Shop - Equipment, repair, clothing, demos, and accessories
- Ski Rental & Performance Center
- Ski & Snowboard School - Sales & information.
- Squaw Valley Outfitters - Accessories and outerwear.
- Truckee Tahoe Medical Group - Physician staffed medical clinic.

## ④ Cable Car Building

**Shops & Services**
- Cable Car Curio    Accessories and logowear.
- Ticket Portals
- Lost & Found
- Restrooms
- Coin Lockers
- Headwall Climbing Wall 30' indoor climbing wall.

**Restaurants & Bars**
- Headwall Café
Coffees, scones, muffins, other tasty treats, salads, and made-to-order sandwiches. Open at 6am.

## ⑤ Olympic Plaza

**Shops & Services**
- Shop KT-22 - Accessories and logowear.
- Restrooms
- Coin Lockers

**Restaurants & Bars**
- Plaza Bar
Comfortable and relaxing, après ski hub.
- Olympic Plaza Dining Court
Breakfast Express, Taco Express, Hamburger Express and Espresso Cafe.
- Bar 6
Casual bar and meeting place.
- Dave's Deli
Quick food, drinks, sandwiches, soup, and more.

## ⑥ Village Green

**Shops & Services**
- Day's End - Gifts and mountain living accessories.
- O'Neal & Assoc. - Real estate brokers.
- Tahoe Talks - 2-way radio rentals.

**Restaurants & Bars**
- Le Chamois/Loft Bar
Great for pizzas, sandwiches, and good times.
- Mother Barclay's
One of the best breakfasts in Tahoe. (Lunch, too!)
- Coney Island
Ice cream, hot dogs, popcorn and more.

## ⑦ Olympic House

**Shops & Services**
- Alternative Edge - Snowboard and telemark rentals, demos, and snowshoes.
- Squaw Shop - Accessories, logowear and kid's wear.
- The Arcade - Video games.
- Resort Sports Network - Television studio.
- SharpShooter Spectrum - Mountain portraits.

**Restaurants & Bars**
- Bar One
Live music, dancing, pool tables and movies.
- Sundeck Tavern
Gordon Biersch's beers and signature dishes.
- Salsa Bar & Grill
Mexican dishes and a large selection of Tequilas.
- Les Crêpes de Dion
Crepes with creative fillings, soups, and more.
- Wildflour Baking Company
Fresh bagels, cookies, coffees, and baked goods.

## Restaurants, Bars, Shopping

From dawn to dusk and beyond, Squaw Valley USA serves up a huge selection of places to eat, drink, stop, and shop. Load up for the day with breakfast at Mother Barclay's or a treat from the Headwall Cafe, Wildflour Baking Co., or Les Crêpes de Dion. Grab lunch at Le Chamois or Dave's Deli. Pick a spot and relax after a big day on the mountain or take a stroll and grab a gift or accessorize at one of numerous shops and boutiques. Bar One hosts live music and pool tables, Plaza Bar and the Loft Bar are cornerstones of the legendary Squaw Valley après ski scene and the Red Dog Bar & Grill in the Far East Center is a classic local's stop. Quaff hand-crafted brews at the Sundeck Tavern, or choose from a huge selection of south-of-the-border dishes at Salsa Bar & Grill. In the spring, Squaw's



# SQUAW VALLEY USA



## THE VIII OLYMPIC WINTER GAMES



*Canada's Anne Heggtveit—1st Place Ladies Slalom*

On Thursday, February 18, 1960, under storm-threatening skies, the greatest winter athletes in the world gathered in Squaw Valley. As the sun broke through briefly, 2,000 pigeons were released into air. A throng of 1,000 competitors and 20,000 spectators stood hushed as the Olympic Torch completed a 9,000-mile odyssey from Europe and was placed in front of the Tower of Nations. Following the Olympic Oath and the Star Spangled Banner, Avery Brundage declared the Games "open" while the sky erupted into a kaleidoscope of fireworks and colored balloons. Thus began the VIII Olympic Winter Games at Squaw Valley.

At that time the 1960 Winter Games were the largest ever held, with 34 nations competing in 15 alpine and ski jumping events, 8 speed skating contests, 3 figure skating competitions and 28 hockey matches. Making its Olympic debut was women's speed skating and the men's biathlon, a combination of nordic skiing and rifle marksmanship.

The Squaw Games were highlighted by many other Winter Olympic "firsts." They were the first Winter Games to be nationally televised and to house the athletes in their own Olympic Village. For the first time in Winter Olympic history artificial refrigeration was utilized for speed skating events and electronic computers were used to tally results.

The VIII Winter Olympics propelled Squaw Valley into the world spotlight and spurred a tremendous growth in winter sports—especially alpine skiing. In 1960 Squaw Valley had four double chair lifts and a rope tow. Today Squaw Valley boasts a network of 27 lifts, one of the largest in the country—including an aerial Cable Car and a Super Gondola. With 8300 acres of terrain, sophisticated grooming and ultra-modern facilities, Squaw Valley has remained at the forefront of the industry, just as it did back in 1960.

## AN OLYMPIC HERITAGE

*1960 VIII OLYMPIC WINTER GAMES GRAPHIC*

## AN OLYMPIC PATRIARCH



*Alexander C. Cushing with president of the International Olympic Committee, Avery Brundage*

The saga of the VIII Olympic Winter Games is a lasting tribute to the daring and vision of Alexander C. Cushing, the founder and Chairman of the Board of Squaw Valley Ski Corporation. In 1955 Alex startled the international sporting community by bidding for and then receiving the 1960 Winter Olympics—even though at the time Squaw Valley was a fledgling resort and virtually unknown outside the state of California. His boldness paid off with one of the most successful and efficient Winter Games ever held.

Today, Squaw Valley has emerged into the ski resort of the 21st century and one of the premier areas in the world. The driving force behind Squaw Valley's rise to the top is the same man who made an Olympic dream a reality—Alexander C. Cushing.

## SQUAW VALLEY USA

Squaw Valley Ski Corp
Squaw Valley USA
California 95730

## OLYMPIC HIGHLIGHTS



*Austria's Ernst Hinterseer—1st Place Men's Slalom*

- The Opening and Closing Ceremonies were orchestrated by none other than Walt Disney, and involved 5,000 participants, 1285 instruments and 2,645 voices from 52 California and Nevada high school bands.
- The Tower of Nations, now located at the entrance of the valley, stands 79 feet tall and 29 feet wide. Crowned with the five Olympic rings, each eight feet in diameter, it displayed the crests of all the competing nations. The five rings represent the five continents and are linked to signify friendship and sportsmanship.
- Nearly one-half million spectators watched the Games. Lodging costs were $5 to $10 per night per person.
- Daily admission, which allowed a spectator to see five major events cost $7.50. An 11-day pass for all skiing events was $60, and a reserved seat at Blyth Arena was $200.
- Squaw Valley had 20 feet of snow prior to the Games, but a massive rain washed most of it away. However, Mother Nature came to the rescue in the nick of time, dumping 12 feet on Squaw just before the start of the Games. Local military troops boot-packed the slopes.
- What did it take to feed 1,000 Olympians? How about 6,600 lbs. of prime rib, 3,200 lbs. of top sirloin, 4,500 lbs. of ground beef, 1,600 lbs. of roast beef, 1,800 lbs. of stew meat and 1,500 lbs. of liver. In all, over 10 tons of meat!
- In the first "Miracle on Ice," an unsung U.S. Hockey Team stunned a highly-favored Soviet squad 3-2 and then overwhelmed Czechoslovakia 9-4 to capture its first-ever gold medal. Twenty years later at Lake Placid, history repeated itself.
- Frenchman Jean Vuarnet, now well-known as the namesake for a popular sunglass company, won the men's downhill. Penny Pitou, from Laconia, New Hampshire, captured the silver medals in the women's downhill and giant slalom to emerge as America's top alpine performer.



SQUAW VALLEY USA—SITE OF THE VIII OLYMPIC WINTER GAMES



### 1960 WINTER OLYMPIC ALPINE CHAMPIONS
(partial listing)

#### ALPINE SKIING

Ladies' Downhill — Heidi Biebl, Germany
Men's Downhill — Jean Vuarnet, France

Ladies' Giant Slalom — Yvonne Ruegg, Switzerland
Men's Giant Slalom — Roger Staub, Switzerland

Ladies' Slalom — Anne Heggtveit, Canada
Men's Slalom — Ernst Hinterseer, Austria

#### SKI JUMPING

60 meter Combined — Georg Thoma, Germany
80 meter Special — Helmut Recknagel, Germany

### PARTICIPATING COUNTRIES

Argentina
Austria
Australia
Bulgaria
Canada
Chile
Republic of China
Czechoslovakia
Denmark
Finland
France
Germany
Greece
Great Britain
Hungary
Iceland
India
Italy
Japan
Korea
Lebanon
Lichtenstein
Netherlands
New Zealand
Norway
Poland
South Africa
Spain
Sweden
Switzerland
Turkey
United States
USSR
Yugoslavia



# SQUAW VALLEY USA



**2002|2003**
Winter Vacation Planner

el. 6200´ · VIII Olympic Winter Games · el. 8200´



**SQUAW VALLEY USA**
Squaw Valley USA, CA 96146
1 888 SNOW 3-2-1 • Fax 530 581-7161
WWW.SQUAW.COM

Lake Tahoe's Best Family Value!
Kids 12 & Under Only $5 All Day!



## More Mountain. More Fun.

Squaw Valley USA is one of the world's most sought-after destinations. A pioneer in winter sports and the host of the 1960 Winter Olympic Games, Squaw Valley has welcomed visitors from around the globe for over fifty years.

Squaw Valley offers more of everything: more mountain, more lifts, more activities, more choices. An average of 450" of snow falls each winter, and the California sun shines three out of every four days. 4,000 acres of world famous terrain, from the tamest to the toughest, offer something for skiers and snowboarders of all ages and abilities. Six mountain peaks, spacious open bowls, two terrain parks, a standard halfpipe, an enormous Superpipe, and miles of carefully groomed runs are easily and quickly accessed via a lift



network of 33 lifts, including 7 express lifts, an aerial Cable Car and North America's only Funitel.

A Squaw Valley vacation is an experience to remember for the entire family. Kids play and learn at the 12,000 square foot SquawKids Children's Center. High Camp, at the top of the Cable Car, offers ice skating, snowtubing, swimming and restaurants with spectacular views. Plus, night skiing is free with every day lift ticket.

**There's more...**



Gold Coast el. 8200´



Snow King 7,550´

EL. 6200´



Base Village – el. 6200´





## More Mountain. More Choices.

- 6 Sierra Peaks
- 4,000 Skiable Acres
- 2,850 Vertical Feet
- 33 Lifts/7 Express Lifts
- Cable Car & Funitel
- 450" Average Snowfall
- Extensive Grooming
- 2 Upper Mtn. Lodges
- Exciting Base Village
- Superpipe & Halfpipe
- Two Terrain Parks
- Night Skiing & Boarding
- Ice Skating
- Snowtubing



| Lift | Vertical | Lift | Vertical |
|---|---|---|---|
| High Camp Cable Car | 2000' | Pulse (transport) | |
| Gold Coast Funitel | 2000' | Bailey's Beach | 100' |
| Exhibition/Searchlight | 900' | Belmont | 120' |
| Far East Express | 1000' | East Broadway | 300' |
| Red Dog | 1350' | Links | 228' |
| Squaw Creek | 1350' | Riviera | 400' |
| Squaw One Express | 2000' | Emigrant | 760' |
| KT-22/Oly Lady Exp | 1800' | Gold Coast Express | 580' |
| Olympic Lady | 1096' | High Camp | 435' |
| Cornice II | 1200' | Mainline | 600' |
| | | Newport | 500' |
| | | Shirley Lake Express | 750' |
| Slow Skiing Area | | Siberia Express | 1000' |
| | | Solitude | 700' |
| | | Broken Arrow | 1820' |
| | | Granite Chief | 1000' |
| Night Skiing | | Headwall Express | 1750' |
| | | Silverado | 1400' |

9,050'
2,850' vertical drop
6,200'
450"

**Six Peaks • 4,000 Acres • 33 Lifts**

Funitel  Cable Car  Pulse  3  5  8  9  5




Squaw Valley boasts two elevations of recreation and relaxation. At el. 6200', the vast base village is the gateway to the entire mountain and a hub of activity with sundecks, restaurants, bars, shops, and numerous guest facilities. This season, the **Village at Squaw Valley USA** adds a host of new shops and restaurants along with luxury slopeside lodging in a quaint European-style alpine village.

The **Far East Guest Center** provides convenient parking, ticket sales, rentals and fast mountain access via an express six passenger lift. The adjacent **Papoose Learning Center** will offer new lower mountain beginner terrain. **Rental Shops**, the **Ski & Snowboard School** and the **SquawKids Children's Center** are all centrally located and easy walking distance from all base area lifts.




At the top of the Funitel, **Gold Coast** is Squaw Valley's upper mountain crossroads. It's a great place to relax between runs, complete with three restaurant levels, sundecks, and views of Squaw Valley's spacious upper mountain bowls.

**The High Camp Bath & Tennis Club**, at the top of the Cable Car, el. 8200', is Squaw Valley's most spectacular facility. Perched on the edge of a Sierra cliff overlooking Lake Tahoe, High Camp affords incredible views, shops, restaurants, bars, the Olympic Ice Skating Pavilion, the Snowtubing Arena, the Olympic Museum, and the mountain-top Swimming Lagoon & Spa (open mid-March). High Camp is also the gateway to gentle mountain-top beginner terrain, a meeting place for ski and snowboard lessons, and the starting point for 3.2 miles of night skiing.



**Early Season ski-in/ski-out packages starting from $196***

includes two nights lodging, two days lift tickets, complimentary ski or snowboard lesson.

*Rates are per person, based on double occupancy. Valid dates: opening day through December 19, 2002, seven days a week, non-holiday. Sales tax not included. Availability is limited and some restrictions apply.

## Ask about our special mid-week and spring packages!
## 1 888 SNOW 3-2-1
530 583-5585 • Fax 530 581-7161

### Choose from one of these great locations!

Planning an exciting vacation is as easy as calling Squaw Valley Central Reservations. With one call, our agents can arrange every aspect of your trip including lodging, lift tickets, lessons, kid's programs, rental cars or shuttles, and airline reservations. Our knowledgeable staff will custom-tailor packages for every budget and any length of stay. Available accommodations include luxurious 4-star hotels, condominiums perfect for families, and intimate bed and breakfast inns. Squaw Valley Central Reservations represents over fifty properties throughout Squaw Valley, Truckee, the North Shore of Lake Tahoe and Reno. Tell us your needs and we'll recommend a place to suit your style.

Rates are midweek, non-holiday, includes lodging and lift tickets

**3 Day/3 Night Packages** per person, dbl occ.

**Distance to the Lifts**





### Resort at Squaw Creek
from $510   Ski in/ski out
Four-diamond ski-in, ski-out resort, with deluxe rooms, suites and penthouses • Restaurants, bars, heated pool, hot tubs, ice rink and full service spa • 405 rooms



### The Village at Squaw Valley USA
from $518   Ski in/ski out
One, two, and three bedroom fully equipped slopeside condominiums in the exciting new base village • Restaurants & Shopping • Four outdoor hot tubs • Fire pit • Events • 139 units



### Squaw Valley Lodge
from $414   Ski in/ski out
Four diamond ski in/ski out resort with studio to three bedroom condominium suites. Some units feature fireplace & balcony. Complete health club and spa • 218 units



### PlumpJack Squaw Valley Inn
from $407   Next to Cable Car
Comfortable rooms with Elizabethan decor, fluffy down comforters, includes breakfast • Two outdoor hot tubs, summer pool, restaurant, lounge and a rental shop • 60 rooms



### Olympic Village Inn
from $377   Walk to lifts
Attractive one bedroom suites at the base of the mountain • All units have kitchenettes, cable TV and stereo • Outdoor pool, hot tubs, and ski shuttle • 90 units

|  | 3 Day/3 Night Packages<br>per person, dbl occ. | Distance to the Lifts |
|---|---|---|

## Squaw Valley USA


**Mountain House**
from $317 — Walk to lifts
Economical one and two bedroom apartments close to the base of the mountain. • Most units have full kitchens, all have phones and cable TV • 4 units


**Red Wolf Lodge at Squaw**
from $429 — Ski in/Ski out
Newly renovated studios, one and two bedroom units all with kitchens and fireplaces at the base of Squaw's lifts • Two outdoor hot tubs, sauna and exercise room • 31 units


**Christy Inn**
from $279 — 1/4 mile
Cozy lodge with mountain views • Cable TV and phones • Located adjacent to their fine dining restaurant • 7 units


**Tavern Inn**
from $466* — 2 miles
Two and three bedroom condos • Kitchens with microwaves, washer/dryers, phones, TV, and fireplaces • Outdoor spa with men's & women's saunas • 35 units *Quad occupancy

## North Lake Tahoe


**Houses & Condos**
from $373* — Various
1 to 6 bedroom houses and condos in Squaw Valley and Lake Tahoe's North Shore • Most have fireplaces, TV, phones and laundry, some have hot tubs • *Quad Occupancy


**River Ranch**
from $242 — 3 miles
Handsome lodge rooms with down comforters, phones, and TVs • Most rooms have river views, many with balconies • Continental breakfast, fine dining and après ski • 22 rooms


**River Run**
from $354 — 3 miles
1-3 bedroom condominium units situated on the beautiful Truckee River • All units have kitchens, fireplaces, cable TV, hot tub • Most units have phones and laundry facility • 24 units


**Granlibakken Resort**
from $287 — 9 miles
Year-round resort and conference center in Tahoe City • Kitchens, fireplaces and cozy lofts in some units • Saunas, spa, breakfast buffet • 154 units

## North Lake Tahoe


**Sunnyside Resort**
from $309 — 10 miles
Classic Lakefront Bed & Breakfast Lodge • Phones, TVs • Some rooms with fireplaces and wet bars • Full service restaurant and bar open for lunch and dinner • 23 rooms, in Tahoe City


**Chaney House**
from $339 — 12 miles
Historic stone lake front bed and breakfast on the west shore • Private beach and pier • Full breakfast, evening refreshments • 4 rooms, in Homewood


**Rockwood Lodge**
from $314 — 15 miles
Elegant Bed & Breakfast • A full breakfast is served in room or main dining area • Private and shared baths • 5 rooms, in Homewood


**Norfolk Woods Inn**
from $294 — 16 miles
A country inn and restaurant on the West Shore • Rooms and suites include a full breakfast • Cabins with fireplaces • Private baths, phones, cable TV in suites & cabins • 12 units, in Tahoma


**Tahoma Meadows**
from $272 — 13 miles
Charming little red cottages nestled under the pines on Tahoe's quiet West Shore • Full breakfast in some units • 11 cottages, in Tahoma


**Tahoma Lodge**
from $234 — 16 miles
Rustic cabins on Tahoe's West Shore • Full kitchens, wood stoves, cable TV and phones • Hot tub • 9 units, in Tahoma


**Mayfield House**
from $392 — 8 miles
Closest B&B to Squaw, plus walk to Tahoe City restaurants • All king/queen beds with private baths • Complimentary full breakfast, skier packs and beverages • 6 rooms, in Tahoe City


**Travelodge**
from $272 — 8 miles
AAA rated and Mobil Guide approved rooms • 80% of them nonsmoking, lake view hot tub and sauna, cable TV, continental breakfast • 47 units, in Tahoe City

**1 888 SNOW 3-2-1 ◆ www.squawvacations.com**

|  | 3 Day/3 Night Packages<br>per person, dbl occ. | Distance to the Lifts |
|---|---|---|

## North Lake Tahoe


### Tahoe City Inn
from $264 — 8 miles
Affordable motel offering in-room spas, cable TV with free in-house movies, coffee makers, mini refrigerators and phones • Close to restaurants and shops • 33 rooms, in Tahoe City


### Lake of the Sky
from $218 — 8 miles
AAA approved motor inn that offers nicely decorated rooms with cable TV and phones • Convenient location to restaurants and shops • 23 units, in Tahoe City


### Pepper Tree Inn
from $248 — 8 miles
Breathtaking lake views from a seven story tower • Indoor spa, brewed coffee/tea in rooms, cable TV & On Demand Video, nonsmoking rooms available • 50 units, in Tahoe City


### Chinquapin
from $392 — 12 miles
1-4 bedroom condominium units all with beautiful mountain architecture and rock fireplaces • Complete kitchens, laundry, 2-3 bathrooms • On site sauna • 118 units, in Cedar Flat


### Carnelian Woods
from $320 — 14 miles
Condominium units • Kitchens, fireplaces, cable color TV, and lofts • Most units have phones • Sauna, recreation room, and two outdoor hot tubs • 118 units, in Carnelian Bay


### Charmey Chalet
from $197 — 16 miles
Lodge rooms on four acres of forested land • Cable TV and phones, some with kitchenettes • Hot tub on premise • 28 units, in Tahoe Vista


### Cedar Glen Lodge
from $212 — 16 miles
Cabins and lodge rooms some with views of Lake Tahoe • Cable TV and phones, some with kitchenettes • Continental breakfast served daily • Hot tub on premise • 31 units, in Tahoe Vista

### Franciscan Lakeside Lodge
from $257 — 16 miles
Studio, one and two bedroom cabins, some with lake views • All with kitchens, phones, cable TV • Close to restaurants and shops • 63 units, in Tahoe Vista

## North Lake Tahoe


### Mourelatos Lakeshore Resort
from $308 — 16 miles
Lake front resort with large elegant units • Wet bars, jet baths, some with fireplaces, studios with full kitchens, all with spectacular views • 32 units, in Tahoe Vista


### The Shore House
from $392 — 16 miles
Romantic B & B on Lake Tahoe • All rooms have private entrance, fireplaces and custom log furniture • Down comforters and feather beds, gourmet breakfast • 9 rooms, in Tahoe Vista


### Holiday House
from $302 — 16 miles
This lake front lodge offers suites with kitchenettes, separate bedrooms and cable TV • Panoramic views of beautiful Lake Tahoe from the hot tub or your room • 7 units, in Tahoe Vista


### Kingswood Village
from $314 — 18 miles
Clean, simple condominium units with full kitchens, fireplaces, TV, laundry facility, lofts, phones in most units, hot tub and sauna on premise • 242 units, in Kings Beach


### Brockway Springs
from $398 — 18 miles
Lakeside townhouses • All units have cable TV, and most have fireplaces • Recreational facilities include a lake front clubhouse, saunas • Laundry facility on premises • 78 units, in Kings Beach


### Tahoe Biltmore
from $203 — 20 miles
Lodge & casino with newly remodeled rooms, breakfast & Casino Fun Pack for all guests, Casino & Cafe, 30+ Microbrews on tap, live nightly entertainment • 92 Rooms, in Crystal Bay.


### CalNeva
from $233 — 20 miles
This hotel casino offers Balcony Suites, Executive and Premier rooms all with a view of the lake • European health spa, full Nevada style gambling • 198 rooms, in Crystal Bay


### Hyatt Lake Tahoe
from $324 — 25 miles
This full service resort hotel and casino overlooking Lake Tahoe is a year-round playground for the entire family • Two restaurants, bars, spa and shops • 460 rooms, in Incline Village

**1 888 SNOW 3-2-1 ♦ www.squawvacations.com**

| | 3 Day/3 Night Packages per person, dbl occ. | Distance to the Lifts |
|---|---|---|

## Truckee


### The Inn at Truckee
from $264 — 10 miles
An alpine mountain inn, with well appointed rooms with cable TV and phones • A fireplace lobby with complimentary pastry bar • Dramatic indoor spa and sauna • 41 rooms, in Truckee


### Hania's Bed & Breakfast
from $332 — 12 miles
Southwestern decor, log furnished rooms with private bath, TV/VCR, and down comforters • Gourmet breakfast, wine by cozy fireplace, hot tub • In downtown Truckee


### Richardson House
from $279 — 12 miles
A Victorian home, now a bed & breakfast • Wake up to the aroma of homemade breads and a satisfying breakfast • Outdoor hot tub, some private baths • 7 rooms, in Truckee


### 10064 Bed & Breakfast
from $279 — 12 miles
This bed and breakfast is a historic landmark • Short walk to Truckee's quaint shops and restaurants • Private baths and a full breakfast each morning • 3 rooms, in Truckee


### Truckee Tahoe Inn
from $282 — 14 miles
A 100 room hotel and conference facility offering a friendly and inviting atmosphere • Cable TV, summer pool, sauna, hot tub and a continental breakfast • 100 rooms, in Truckee


### Truckee Hotel
from $257 — 12 miles
Historical hotel with Victorian style rooms, some with private baths • Continental breakfast included • Close to shops and restaurants • 36 rooms, in downtown Truckee


### River Street Inn
from $264 — 12 miles
Recently remodeled, the Inn combines history with luxurious comfort • Private baths, TV, queen beds with down comforters • In downtown Truckee, close to shops and restaurants

### Holiday Inn Express
from $302 — 12 miles
AAA rated • Continental breakfast included • All rooms non-smoking, some with fireplaces • Hot tub • near Donner Lake • 65 rooms, in Truckee

| | 3 Day/3 Night Packages per person, dbl occ. | Distance to the Lifts |
|---|---|---|

## Reno


### Harrah's Reno
from $181 — 35 miles
Downtown Reno's newest rooms • Hot revues, and entertainment, seven restaurants • Free continental breakfast, free local calls, valet parking, and airport shuttle • Daily ski shuttle available


### Atlantis
from $182 — 40 miles
Casino action, live entertainment, dancing, and five restaurants • Luxury tower accommodations or economy motorlodge • Airport to casino shuttle, daily ski shuttle available • 590 rooms


### Circus Circus
from $166 — 35 miles
Reasonably priced deluxe rooms and meals at 3 major restaurants • Live entertainment, carnival and video games plus free circus acts daily • Daily ski shuttle available


### Nugget
from $210 — 40 miles
High rise Casino Hotel featuring 8 restaurants, 24-hour room service, year-round pool and spa, children's arcade • Lounge show included • Daily ski shuttle available • In Sparks


### Silver Legacy
from $193 — 35 miles
Elegant and exciting, featuring authentic turn-of-the-century Nevada style, with a 120' mining machine! • Five restaurants, unique shops and 1,720 rooms • Daily ski shuttle available


### Sands Regency
from $159 — 35 miles
Deluxe rooms and suites • Restaurants, 24-hour casino, penthouse health club, tour desk, car rental, gift shop, and styling salon • Daily ski shuttle available • 938 rooms, in Reno

### Booking Policy
Deposit due at the time of booking. Final payment, including tax, is due 30 days prior to arrival. A minimum cancellation fee of $25 per room is charged on all reservations. In some instances there is a full forfeiture on cancellations received less than 30 days prior to arrival date. All packages are based on per person double occupancy unless otherwise noted. Rates do not include tax. Some arrival day restrictions may apply. All rates are subject to change without notice.

## Lift Tickets
All Day Tickets Include *FREE* Night Skiing!*
- All Day Adult ................................. $58
- Afternoon (begins at 1pm) ............ 42
- Night Skiing Only (4-9pm) ............ 20
- Kids 12 and under .............. ONLY $5
- Juniors 13-15 ................................... 29
- Seniors 65-75 .................................. 29
- Seniors 76 and over ..................... Free
- Cable Car Ride (non-skiers) .......... 17

**Multi-Day Tickets**
- 7 of 9 consecutive days ....... $46 per day
- 6 of 8 consecutive days ...... 47.50 per day
- 5 of 7 consecutive days ........ 49 per day
- 4 of 6 consecutive days ..... 49.75 per day
- 3 of 4 consecutive days ........ 50 per day
- 2 consecutive days ............... 51 per day

Lifts open at 9am on weekdays and 8:30am on weekends and holidays. Night skiing from 4-9pm mid-Dec through mid-April.
*when night skiing is in operation.*

## Fun Activities
|  | Adult | Child |
|---|---|---|
| Cable Car Rides | $17 | $5 |
| Olympic Ice Pavilion *includes skate rental* | 8 | 8 |
| Skate Package *includes Cable Car ride and ice skating* | 20 | 10 |
| Snowtubing | 9 | 9 |
| Swimming Lagoon & Spa *Opens mid-March* | 9 | 9 |

Call for schedule and details.
Evening Value Prices begin mid-Dec.

## Ski & Snowboard School
**First Time Adventure Package**
Beginner ticket, 2-hr lesson & rental pkg.
Skiing or Snowboarding ................. $69



The Squaw Valley Ski and Snowboard School has group ski and snowboard lessons for all ages and abilities. When? Every hour, on the hour (10am - 2pm).
Cost ............................................. $42

Advanced lessons and special clinics are also available.

**Private lessons** (by appointment) ... $85/hr.

**Advanced Ski Clinics/Just For Women Clinics** - Spend 3 or 5 days with Squaw Valley's top instructors honing your skills in a fun, supportive environment.

## Equipment Rental
Squaw Valley's multiple rental centers carry a huge fleet of skis, snowboards and boots, plus a selection of performance demo skis and boards. We've also stocked brand new telemark skis and boots, and even snowshoes.
- All Day Adult Ski Package .............. $29
- All Day Child Ski Package ............... 15
- Performance Ski Package ............... 38
- All Day Snowboard Rentals ............ 35
- Performance Snowboard Package ... 42
- Telemark Package .......................... 29
(Packages include ski/board, boots & poles)

## Children's Programs


The Squaw Valley Children's Center is a 12,000 sq. ft. facility with multiple programs for kids ages 2-12. Junior Mountain ski lessons for ages 7-12, snowboard lessons for ages 8-12 and Snow Sliders ski lessons for ages 4-6. Licensed Toddler Care is available for ages 2-4, with ski lessons for 3 and 4 year olds. Reservations recommended for all programs: (530) 581-7166.
- All Day (8am - 4pm) .......................... $82
- Half Day (morning or afternoon) ....... 62
- Ski Rental Equipment (all day) ........... 15
- Ski Rental Equipment (half day) ........ 10
- Snowboard Rental Equipment (all day) .. 25
- Snowboard Rental Equipment (half day) 19

(Rentals for Children's Center programs only. General rentals available through base area rental shops.)

Holiday Rates:
(Dec 28-Jan 4, Jan 18-20, and Feb 15-17)
- All Day (8am - 4pm) .......................... $99
- Half Day (morning or afternoon) ....... 79

## Getting Here
**By Air** - Reno Tahoe International Airport, an easy 42 miles away via all weather Interstate 80, is served by major carriers with flights from most U.S. destinations.

**By Car** - Squaw Valley USA is just 42 miles from Reno, 96 miles from Sacramento and 196 miles from San Francisco via all weather Interstate 80. From Truckee or Tahoe, follow Hwy 89 to Squaw Valley Rd.

**Rental Cars** - Winter-ready rental cars and SUV's can be reserved when booking a vacation package through Squaw Valley Central Reservations.

## Reno/Tahoe Shuttles


Squaw Valley offers daily shuttles from Lake Tahoe and Reno from mid-December through mid-April. Reservations are required 12 hours in advance. Call for more information and shuttle schedules.

**1 888 SNOW 3-2-1**
530.583.5585 • Fax 530.581.7161

Submit a reservation request or purchase tickets at
**squawvacations.com**



Ford is the official vehicle of Squaw Valley USA. Visit squaw.com and enter to win a Ford SUV.

Photos courtesy of: Hank deVré, Keoki Flagg, Niobe Burden, Nathan Kendall, Jeff Engerbretson, Jason Shields, and Aaron Sedway. All rates and schedules subject to change.

**PRIVATE LESSONS: SHORTCUTS TO CARVED TURNS, HANDLING ICE**

# SKIING

DECEMBER 1995 ■ A TIMES MIRROR MAGAZINE ■ $2.95 (CANADA $3.50)



WINNER
Best Sports Magazine
Folio Editorial Excellence Awards

# POWDER

How anyone can ski **the deep** gracefully
**Heli-skiing:** easier and more accessible than ever
Cheater gear: we test pow-friendly **fat skis**

**Plus: Whistler/Blackcomb, paradise on skis**
**Road skills: a guide to winter driving**
**The truth about extreme clinics**



