# EXHIBIT 1 - PART B



**SQUAW VALLEY SKI CORP**
SQUAW VALLEY USA, CALIFORNIA, 96146

**KIDS**
UNDER 13 AND OVER 65
**SKI FOR $5**

**800 545-4350**

on the World Wide Web: http://www.squaw.com

# SQUAW VALLEY USA



**1996-97**
# WINTER
# VACATION
# PLANNER



el. 6200´ · VIII Olympic Winter Games · el. 8200´



## RATES

**Lift Tickets:**

Ski lifts operate from 9:00 am to 4:00 pm weekdays, 8:30 am to 4:00 pm weekends and holidays, night skiing from 4:00 to 9:00 pm. The Cable Car operates until 9:40 pm nightly.

**Kids under 13 and over 65 . . . . . . . . . $5**

**Adult Tickets:**

| | |
|---|---|
| 7 of 8 consecutive days . . . . . . | $37 per day |
| 6 of 7 consecutive days . . . . . . . | 38 per day |
| 5 of 6 consecutive days . . . . . . . | 39 per day |
| 4 of 5 consecutive days . . . . . . . | 40 per day |
| 3 consecutive days . . . . . . . . . . | 41 per day |
| 2 consecutive days . . . . . . . . . . | 42 per day |
| All Day . . . . . . . . . . . . . . . . . . . . . | $46 |
| Afternoon . . . . . . . . . . . . . . . . . . . | 31 |
| Non-skier Cable Car or Gondola ride . . . | 14 |
| **Night Skiing** . . . . . . . Adults $12, Kids $5 | |

## SKI SCHOOL

The Squaw Valley Ski School has programs for all ages and abilities including "Ski Your Pro", a revolutionary teaching system for adult skiers through the intermediate level.

| | |
|---|---|
| When? . . . . . . . . . . . . . . . . . . | On the hour. |
| How long? . . . . . . . . . | As long as you want |
| Cost . . . . . . . . . . . . . . . . . . . . . . . . . . | $29 |

Advanced lessons, lessons for the new "super sidecut" skis, racing and mogul clinics are available for the same low price.

Private lessons . . . . . . . . . . . $60 per hour

First Timer Package: Lift, Lesson, and Rental

| | |
|---|---|
| Skiing . . . . . . . . . . . . . . . . . . . . . . . . . | $59 |
| Snowboarding . . . . . . . . . . . . . . . . . . | 59 |

Learn to Ski Week Packages - a midweek package that includes lifts and lessons. Available after 1/6/97.

| | |
|---|---|
| 3 day (begins Mon, Tues or Wed) . . . . . . . . . . . . . | $169 |
| 5 day (begins Mon only) | 239 |

"Fun in the Sun" is our introduction to skiing for first time ever skiers, ages 13 and older only. All participants receive a free cable car ride, free introduction to skiing, and free ski rental. Available mid-week and non-holiday periods. Deposit required.

For information on other programs such as Advanced Skiing Clinics, Just for Women Ski Clinics, Snowboard instruction and Adult Racing, please contact the Squaw Valley Ski School, 916 581-7263, Squaw Valley USA, CA 96146.

## K2 RENTAL EQUIPMENT

Our ski rental shop features a brand new fleet of the K2 Two, a next generation super sidecut ski. High performance skis, boots and poles for all ages and abilities are also available. Snowboard Rental provides a full service snowboard rental and retail shop.

**Ski Packages** (Skis, boots, and poles)

| | |
|---|---|
| K2 Two Package . . . . . . . . . . . . . . . . . . . | $25 |
| Child Package . . . . . . . . . . . . . . . . . . . . | 13 |
| High Performance Package . . . . . . . . . . | 33 |

**Snowboard Packages** (Boots and board)

| | |
|---|---|
| Sport Snowboard Package . . . . . . . . . . . | 33 |
| High Perf. Snowboard Package . . . . . . . | 39 |

## SKATING & SWIMMING

**Olympic Ice Pavilion:**

Skating sessions from 11:00 am-9:00 pm daily.

| | Adult | Child |
|---|---|---|
| 2 Hour General Session . . . . . . . | $7 | $5 |
| Cable Car ride/Skate pass . . . . . . | 19 | 10 |
| Cheap Skate After 4:00 pm | | |
| Cable Car ride/Skate pass . . . . | 11 | 8 |
| Hockey or figure skate rentals included. | | |

**Swimming Lagoon:**

| | | |
|---|---|---|
| General Session . . . . . . . . . . . . . . | $7 | $5 |
| Cable Car ride/Swim pass . . . . . . . | 19 | 10 |
| After 4:00 pm . . . . . . . . . . . . . . . | 11 | 8 |

Photos courtesy of: Tom Day, Hank DeVré, Keoki Flagg, Nathan Kendall, Joe McBride.

**All rates and schedules subject to change.**

## CHILDREN'S WORLD

A unique supervised ski playground for the diaper set through 12 years. Complete facilities and wonderful surprises. Extraordinarily convenient.

| | |
|---|---|
| All Day (8:00am - 4:30pm) . . . . . . . . . . . | $60 |
| Half Day (morning or afternoon) . . . . . . . | 40 |
| Rental Equipment . . . . . . . . . . . . . . . . . . | 13 |
| Rates include special parking privileges. | |

## TRANSPORTATION

**By Air:**

Reno Tahoe International Airport, an easy 42 miles away via all weather Interstate 80, is served by major carriers with non-stop flights from many U.S. destinations. Call Squaw Valley Central Reservations to book your flight.

**By Car:**

Squaw Valley USA is just 42 miles from Reno, Nevada, 96 miles from Sacramento, and 196 miles from San Francisco via all weather I-80. Located 2 miles off Highway 89, 8 miles from Truckee, and 6 miles from Tahoe City and the North Shore of Lake Tahoe.

**Rental Cars:**

Fully skierized rental cars can be reserved at a special rate when booking a ski package through Squaw Valley Central Reservations.

## OUR LAKE TAHOE – SQUAW VALLEY USA SKI SHUTTLES

A ski shuttle is available from many locations around Lake Tahoe Including the north, south and west shore. The trip is approximately 1-1½ hours from South Shore depending on traffic and weather. Reservations are required 12 hours in advance: South shore—916 542-5930 North and West shore—916 583-5585. Space is subject to availability or cancellation due to traffic and weather. Shuttle service operates from 12-14-96 through Easter weekend.

**Gray Line Tours:**

Gray Line Tours run daily buses from Reno. Call 800 822-6009 for more information.

| *Ski Packages From:* | Nightly Rate | 3 nights / 3 ski days | 5 nights / 4 ski days |
|---|---|---|---|

## HYATT LAKE TAHOE



$117   $289   $441

A full service resort hotel and casino overlooking Lake Tahoe and the High Sierra make this a year-round playground for the entire family. ❋ Two restaurants, bars, spa and shops. ❋ 460 rooms, in Incline Village. 25 miles from Squaw Valley USA.

# TRUCKEE

## SUPER EIGHT LODGE



$77   $228   $340

A modern motel facility offering comfortable rooms with cable color TV and phones. A fireplace lobby and an indoor spa and sauna are available for your aprés ski relaxation. ❋ 41 rooms, in Truckee, 10 miles from Squaw Valley USA.

## RICHARDSON HOUSE



$80   $233   $348

A Victorian home, now a bed & breakfast. Wake up to the aroma of homemade breads and a breakfast that would satisfy the heartiest of appetites. ❋ Outdoor hot tub, some private baths. 7 rooms, in Truckee, 12 miles from Squaw Valley USA.

## 10064 BED & BREAKFAST



$70   $218   $323

This charming bed and breakfast is a historic landmark a short walk from Downtown Truckee's quaint shops and restaurants. ❋ The rooms include private baths and a full breakfast each morning. ❋ 3 rooms, in Truckee, 12 miles from Squaw Valley USA.

## TRUCKEE TAHOE INN



$71   $220   $325

A 100 room hotel and conference facility offering a friendly and inviting atmosphere. ❋ Color cable TV, summer pool, sauna, hot tub and a generous continental breakfast. ❋ 100 rooms, in Truckee, 14 miles from Squaw Valley USA.

| *Ski Packages From:* | Nightly Rate | 3 nights / 3 ski days | 5 nights / 4 ski days |
|---|---|---|---|

# RENO

## ATLANTIS



$21   $145   $200

Fast-paced casino action, exiting live entertainment and dancing, and five restaurants. ❋ Luxury tower accommodations or economy motorlodge. Courtesy airport and casino shuttle. ❋ 590 rooms. Daily ski shuttle available. 40 miles from Squaw Valley USA.

## CIRCUS CIRCUS



$15   $136   $186

Northern Nevada's 3rd largest resort hotel. Reasonably priced deluxe rooms and meals at 3 major restaurants. ❋ Live entertainment, carnival and video games plus free circus acts daily in Reno. ❋ Daily ski shuttle available, 35 miles from Squaw Valley USA..

## SILVER LEGACY



$35   $166   $236

Elegant and exciting, featuring authentic turn-of-the-century Nevada style, complete with a 120-foot automated mining machine! ❋ Five restaurants, unique shops and 1,720 rooms. ❋ Daily ski shuttle available, 35 miles from Squaw Valley USA.

## SANDS REGENCY



$11   $130   $175

Deluxe rooms and suites. ❋ 3 restaurants and 7 food franchises, 24 hour casino, penthouse health club, tour desk, car rental, gift shop, discount liquor store and styling salon. ❋ 938 rooms in Reno. Daily ski shuttle available, 35 miles from Squaw Valley USA.

# 800 545-4350

**BOOKING POLICY**

Deposit due at the time of booking. Final payment, including tax, is due 30 days prior to arrival. A minimum cancellation of $25 per room is charged on all reservations. In some instances there is a full forfeiture on cancellations received less than 30 days prior to arrival date.
All packages are based on per person double occupancy unless otherwise noted. Rates do not include tax. Some arrival day restrictions may apply.
All rates are subject to change without notice.

FOR VACATION PROPERTY SALES CALL 800 545-8424

| Ski Packages From: | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

## TAHOE CITY INN



**$50    $188    $273**

An affordable motel offering in room spas, cable TV with free in-house movies, coffee makers, mini refrigerators and phones. Close to restaurants and shops. ✳ 33 rooms in Tahoe City, 8 miles from Squaw Valley USA.

## LAKE OF THE SKY



**$74    $224    $333**

AAA approved motor inn that offers nicely decorated rooms with cable TV and phones. ✳ Convenient location to restaurants and shops. ✳ 23 units, in Tahoe City, 8 miles from Squaw Valley USA.

## CARNELIAN WOODS



**$104    $269    $408**

Condominium units. ✳ Kitchens, fireplaces, cable color TV, and lofts. Most units have phones. Sauna, recreation room, two outdoor hot tubs, summer pool, tennis courts and par course. ✳ 118 units, Carnelian Bay, 14 miles from Squaw Valley USA.

## LAKESIDE CHALET



**$95    $256    $386**

Rustic lakefront chalets with stone fireplaces ✳ Fully equipped kitchens and cable TV, offer a panoramic view of Lake Tahoe. ✳ 5 chalets, in Carnelian Bay, 14 miles from Squaw Valley USA.

## CEDAR GLEN LODGE



**$42    $176    $253**

Cabins and lodge rooms some with outstanding views of Lake Tahoe. ✳ Cable TV and phones, some with kitchenettes. Continental breakfast served daily. Indoor hot tub and summer pool on premise. ✳ 31 units, in Tahoe Vista, 16 miles from Squaw Valley USA.

## FRANCISCAN LAKESIDE LODGE



**$68    $215    $318**

Studio, one, and two bedroom cabins, some with lake views ✳ All with kitchens, phones, cable TV. ✳ Close to restaurants and shops. ✳ 63 units, in Tahoe Vista, 16 miles from Squaw Valley USA.

| Ski Packages From: | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

## TAHOE VISTA INN



**$160    $353    $548**

One or two bedroom suites, with fireplace, gourmet kitchen, whirlpool bathtub, color TV, washer/dryer and views of Lake Tahoe. ✳ Award winning restaurant on premise. ✳ 7 units, in Tahoe Vista, 16 miles from Squaw Valley USA.

## HOLIDAY HOUSE



**$85    $241    $361**

This lakefront lodge offers suites with kitchenettes, separate bedrooms and cable TV. From your room or deck enjoy the panoramic view of beautiful Lake Tahoe. ✳ 7 units, in Tahoe Vista, 16 miles from Squaw Valley USA.

## KINGSWOOD VILLAGE



**$105    $270    $410**

Clean, simple condominium units with full kitchens, fireplaces, TV, laundry facility, lofts, phones in most units, hot tub on premise. Sauna, summer pool, tennis courts and par course. 242 units, in Kings Beach, 18 miles from Squaw Valley USA.

## SUN 'N SAND



**$47    $184    $265**

Economical motel with lake views, cable TV, and phones ✳ Close to restaurants and shops. ✳ 26 units, in King's Beach, 18 miles from Squaw Valley USA.

## BROCKWAY SPRINGS



**$130    $308    $473**

Lakeside townhouses ✳ All units have color cable TV, and most have fireplaces. Recreational facilities include a private lakefront clubhouse, saunas, boat dock. Central laundry facility available on premise. ✳ 78 units, in Kings Beach, 18 miles from Squaw Valley USA.

## TAHOE BILTMORE



**$59    $202    $295**

The Tahoe Biltmore Lodge/Casino offers king, queen and twin rooms, many with a view of the lake, and all with phones and TV. 24 hour restaurant, full Nevada style gambling, children's arcade. ✳ 86 rooms, in Crystal Bay, 20 miles from Squaw Valley USA.

## 800 545-4350

| *Ski Packages From:* | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

## CHRISTY HILL/SQUAW MEADOWS/VALLEY VIEW



**$295    $334*    $516***

Panoramic views of Squaw Valley USA highlight these conveniently located two bedroom condominium units. ❋ Full kitchens, fireplaces, color cable TV and phones, within walking distance of lifts. ❋ 37 units, 1/2 mile from ski lifts.
*Package prices based on quad occupancy.

## TAVERN INN



**$170    $368    $573**

One, two and three bedroom condominium units. ❋ Kitchens with microwaves, washer/dryers, phones, color cable TV, and fireplaces. ❋ Outdoor spa with men's/women's saunas, summer pool and tennis courts. ❋ 35 units, 2 miles from lifts.

## HOUSES IN SQUAW VALLEY



**$350    $375*    $586***

Three to six bedroom houses throughout Squaw Valley USA. ❋ Many have spectacular views. ❋ Most units have fireplaces, TV, phones and laundry, some have hot tubs. ❋ 39 houses, 1-2 miles from the lifts.
*Package prices based on quad occupancy.

# NORTH LAKE TAHOE

## RIVER RANCH



**$75    $226    $336**

Guest rooms feature early American antique decor, phones and cable color TV. ❋ For your après ski enjoyment, the facility includes one of the area's finest restaurants and a fireplace lounge. ❋ 22 rooms, 3 miles from Squaw Valley USA.

## RIVER RUN



**$140    $323    $498**

Modern condominium units situated on the beautiful Truckee River. All units have kitchens, fireplaces, and cable color TV. Hot tub. Most units have phones and laundry facility. ❋ 24 units, 3 miles from Squaw Valley USA.

## GRANLIBAKKEN RESORT



**$85    $240    $360**

Year-round resort and conference center. ❋ Kitchens, fireplaces and cozy lofts in some units. ❋ Saunas, spa, summer pool and tennis courts, breakfast buffet, served year round. ❋ 154 units, in Tahoe City, 9 miles from Squaw Valley USA.

| *Ski Packages From:* | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

## SUNNYSIDE RESORT



**$100    $263    $398**

Lakefront Bed & Breakfast lodge. ❋ In-room amenities include phones, TVs and some units offer fireplaces and wet bars. ❋ Full service restaurant and bar offers casual cuisine for lunch and dinner. ❋ 23 rooms, in Tahoe City, 10 miles from Squaw Valley USA.

## ROCKWOOD LODGE



**$100    $263    $398**

Elegant Bed & Breakfast ❋ A full breakfast is served in either guest room or main dining area. ❋ Private and shared baths. ❋ 5 rooms, in Homewood, 15 miles from Squaw Valley USA.

## NORFOLK WOODS INN



**$75    $225    $335**

A country inn and restaurant on Tahoe's West Shore. ❋ Rooms and suites include a full breakfast. Private cabins with fireplaces are also available. ❋ Private baths and phones, suites and cabins have cable TV. ❋ 12 units, in Tahoma, 16 miles from Squaw Valley USA.

## TAHOMA LODGE



**$70    $218    $323**

Rustic cabins on Tahoe's west shore. ❋ Full kitchens, wood stoves, cable TV and phones. ❋ Hot Tub ❋ 9 units, in Tahoma, 16 miles from Squaw Valley USA.

## MAYFIELD HOUSE



**$90    $248    $373**

Bed and breakfast accommodations in individually decorated rooms. A spacious fireplace living room offers a warm and relaxing ambiance. ❋ Breakfast in your room or in the main dining area. Some private baths. ❋ 6 rooms, in Tahoe City, 8 miles from Squaw Valley USA.

## TRAVELODGE



**$74    $224    $333**

AAA rated and Mobil guide approved rooms ❋ 80% of them nonsmokers, lake view hot tub and sauna, remote TV's with free Showtime, Encore, & Disney. Brewed in-room coffee and tea. ❋ 47 units in Tahoe City, 8 miles from Squaw Valley USA.

# 800 545-4350

**P**lanning an exciting ski vacation is as easy as a phone call to Squaw Valley Central Reservations, 800 545-4350. In one stop, we can arrange every aspect of your trip including lodging, lift tickets, ski lessons, child care, rental cars, and airline reservations. Our knowledgeable staff can custom tailor a ski package for every budget and any length of stay.

Over 40 properties are represented throughout Squaw Valley USA, Truckee, the North Shore of Lake Tahoe, and Reno. The range of accommodations includes luxurious 4-star hotels, condominiums perfect for families, and the most intimate bed and breakfast inns. Just tell us your needs and we will provide a place to suit your style.

For the ultimate in convenience and savings, ask about our Preferred Guest Packages. This comprehensive package incorporates the best value on rooms, skiing, and travel insurance, plus you'll receive discount privileges on a variety of services at participating businesses in Squaw Valley USA.

*Call us today for the best vacation you'll ever have!*

# SQUAW·VALLEY USA

| Ski Packages From: | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

### RESORT AT SQUAW CREEK

| | Nightly Rate | 3 nights | 5 nights |
|---|---|---|---|
| | $209 | $427 | $670 |



Luxury conference resort featuring ski-in, ski-out guest rooms, oversized suites and penthouse apartments. ✳ Three restaurants, bars, pools, an ice skating rink, fitness club and a variety of shops. ✳ 405 deluxe rooms located at the base of Squaw Creek lift.

### SQUAW VALLEY LODGE

| | $160 | $353 | $548 |
|---|---|---|---|



Ski-in, ski-out deluxe studios, loft units and one bedroom suites all with kitchenettes. ✳ Hot tubs, sauna, steam room, summer pool and tennis courts. Nautilus room, ski shop and a lobby with fireplace. ✳ 154 units located at the base of the Squaw One Express lift.

### PLUMPJACK SQUAW VALLEY INN

| | $160 | $350 | $548 |
|---|---|---|---|



Comfortable rooms with Elizabethan decor and charm feature honor bars and color cable TV. ✳ Two outdoor hot tubs, summer pool, restaurant, lounge and a sports/rental shop. ✳ 60 rooms, adjacent to the Cable Car building.

### OLYMPIC VILLAGE INN

| | $165 | $360 | $560 |
|---|---|---|---|

Attractive one bedroom suites in one of the Sierra's finest year-round resorts. ✳ All units have kitchenettes, color cable TV and stereo. On premise amenities include pool, hot tubs, summer tennis courts, and ski shuttle. ✳ 90 units, four blocks from the ski lift area.

| Ski Packages From: | Nightly Rate | 3 nights /3 ski days | 5 nights /4 ski days |
|---|---|---|---|

### MOUNTAIN HOUSE

| | $100 | $263 | $398 |
|---|---|---|---|



Economical one and two bedroom apartments close to the base of the mountain. ✳ Most units have full kitchens, all have phones and color cable TV. ✳ 4 units, 3 blocks from the ski lift area.

### SQUAW TAHOE RESORT

| | $149 | $336 | $520 |
|---|---|---|---|



Efficiency units at the base of Squaw's lifts. Each unit is equipped with a kitchen including microwave oven, phone, cable color TV and most with a fireplace. ✳ Two outdoor hot tubs and saunas. 27 units, located at the base of the Red Dog ski lift.

### CHRISTY INN

| | $125 | $301 | $461 |
|---|---|---|---|



Cozy lodge with cable color TV and phones located behind a fine dinner restaurant. ✳ 7 units, 1/4 mile from Squaw's lifts.

### THE HOSTEL AT SQUAW VALLEY

| | $22 | $179 | $258 |
|---|---|---|---|



This facility was designed with economy and convenience for groups and individuals in mind. Bring your own sleeping bag and sleep in dormitory style rooms. Shared bath. ✳ Within walking distance of the lifts.

## 800 545-4350



• EL. 8200 •

# HIGH CAMP

• THE EIGHTH WONDER OF THE WORLD •

## WHAT TO DO IF YOU DON'T WANT TO SKI

Should you need a break from exploring Squaw Valley USA's 4,000 lift served acres, the High Camp Bath & Tennis Club offers a variety of recreational opportunities. Experience mountain top ice skating on the outdoor 100´x200´ Olympic-size ice rink. Splash in the heated swimming lagoon and spa. Thrill to a bungee jump. Sample the fare in five different restaurants and bars. Or just lounge in the sun and do nothing.

In the evening, the fun continues. Enjoy night skiing on the 3 mile, 2000' vertical Mountain Run. New this year: lights at the Halfpipe for night sessions. Ice skate or dine with the moonbeams shining on Lake Tahoe, and the stars playing hide and seek with massive mountain peaks (Wow!).



*High Camp By Day...*









*or By Night...*

At every level, Squaw Valley USA is tremendous fun. Whatever the season, whatever your pleasure, you'll find things to keep you smiling. Come enjoy a resort unique in the world, Internationally Famous Squaw Valley USA.

# el. 8200'



**AT EL. 8200'**, there are two major facilities, Gold Coast at the top of the Super Gondola and the High Camp Bath & Tennis Club at the top of the Cable Car.

**Gold Coast** is the center of the intermediate skiing terrain. With three levels, it offers restaurants, bars, a retail shop and lockers. The sundecks provide a wonderful place to relax with friends and family in between runs.







# el. 6200'

Squaw Valley USA is a unique resort with
two distinct levels:



**AT EL 6200'**, you'll find all the amenities that
you'd expect from a world class destination resort.
There are grand hotels and cozy lodges. For aprés
ski, there are fine restaurants, comfortable lounges
and lively night spots. A variety of shops provide
everything from fine art to fine ski clothing and
equipment.





**Children's World** is our super-
vised ski playground for children
from 2 through 12 years old.
Complete facilities and wonder-
ful surprises await, including two
pony tows, and a ski hill exclu-
sively for kids.







**S**pread out over six separate Sierra peaks, Squaw Valley USA offers a vast expanse of terrain for skiers of all levels. 4000 acres of uncrowded slopes are served by an impressive network of 31 lifts including a 150 passenger Cable Car, a Super Gondola, and 4 high speed quad chairlifts.

**25%** of the terrain is rated ● easiest, with slopes that are gentle and confidence inspiring. Unlike most ski areas, our easiest slopes are located at the top of the mountain so even the first time skier can enjoy a full mountain experience.

**45%** of the terrain is rated ▦ intermediate, brave or timid. Easy cruising on groomed bowls and trails can be found throughout much of Squaw Valley USA.

The remaining **30%** of the mountain could make the most avid ◆ enthusiast cry "uncle".











**T**here is a very special place in the California High Sierra. A place where the atmosphere is charged with the excitement of winter fun.

...A *place where* skiers from all over the world are drawn to a unique combination of Olympic heritage, California Sun, abundant snow, unmatched scenery and fantastic terrain.

...A *place where* you may find a family of three generations skiing together on miles of gentle, groomed terrain.

...A *place where* the state of the art, be it the best in grooming, snowmaking, or high-speed lifts, is sine qua non.

...A *place where* customer service is elevated to an art form. From the moment you arrive to when we say farewell, we will treat you better than you've ever been treated before.

...A *place where*, there is such a variety of winter sports to choose from that some choose to forego them all, relax in the sun, and just do nothing.





# SQUAW VALLEY USA





Squaw Shop                                                                    Page 1 of 1



ADVANCED SEARCH        VIEW CART        STOREFRONT        CUSTOMER SERVICE

SEARCH

[_____] [GO]

YOUR CART

Empty

ONLINE TICKETS

Lift Tickets
Lessons/Clinics
Season Passes

SQUAW GEAR

Logo Wear
Souvenirs
Ski/Board Movies

SUPPORT

Customer
Service
Policies

SQUAW.COM



### Squaw Valley Tumbler Glasses - Set of 4

**SQUAWSHOP PRICE: $5.00**

Quantity [1]

Pour your favorite concoction and make a toast to a great day at Squaw. Set of four tumblers with Squaw Valley 50 Years logo.

Return to Catalog

Store Home | Catalog | Shopping Cart | Checkout | Customer Service | Register | Logon | Logoff

Commerce Enabled By
**StoreSense**

Copyright © 1997-99 *Kurant*. All Rights Reserved. Kurant and StoreSense are trademarks of Kurant Corporation.

Squaw Shop                                                        Page 1 of 1



ADVANCED SEARCH        VIEW CART        STOREFRONT        CUSTOMER SERVICE

---

SEARCH

[          ] [GO]

YOUR CART

Empty

ONLINE TICKETS

**Lift Tickets**
**Lessons/Clinics**
**Season Passes**

SQUAW GEAR

**Logo Wear**
**Souvenirs**
**Ski/Board Movies**

SUPPORT

**Customer Service**
**Policies**

SQUAW.COM

**Squaw Valley Map T-Shirt**

**SQUAWSHOP PRICE: $18.99**

Quantity [1]    Size [S]

It wasn't easy, but we fit the entire mountain on this 100% cotton T. Wear it with pride as you look back at that secret spot or imagine the next set of turns.

Return to Catalog

---

Store Home | Catalog | Shopping Cart | Checkout | Customer Service | Register | Logon | Logoff

Commerce Enabled By
**StoreSense**

Copyright © 1997-99 Kurant. All Rights Reserved. Kurant and StoreSense are trademarks of Kurant Corporation.



# SQUAW VALLEY SKI SCHOOL
## Special Programs 2000–2001



# Mountain Guide
## 2000/2001

### SQUAW VALLEY USA



# Advanced Skiing Clinics



# Just For Women Ski Clinics

### SQUAW VALLEY USA



Alexander C. Cushing with president of the International Olympic Committee, Avery Brundage.

## AN OLYMPIC PATRIARCH

The saga of the VIII Olympic Winter Games is a lasting tribute to the daring and vision of Alexander C. Cushing, the founder and Chairman of the Board of Squaw Valley Ski Corporation. In 1955 Alex startled the international sporting community by bidding for and then receiving the 1960 Winter Olympics—even though at the time Squaw Valley was a fledgling resort and virtually unknown outside the state of California. His boldness paid off with one of the most successful and efficient Winter Games ever held.

Today, Squaw Valley has emerged into the ski resort of the 21st century and one of the premier areas in the world. The driving force behind Squaw Valley's rise to the top is the same man who made an Olympic dream a reality—Alexander C. Cushing.

# SQUAW VALLEY USA



Squaw Valley Ski Corp
Squaw Valley USA
California 95730

# SQUAW VALLEY USA



## AN OLYMPIC HERITAGE



1960 VIII OLYMPIC WINTER GAMES GRAPHIC



# Children's World

## 2000-2001



## Tips For A Positive Ski Day...

- For your weekend and Holiday convenience we suggest arriving at 8:00am to start the registration and rental process.

- Please be advised that your child may be riding lifts alone, with other children or with adults while enrolled in group or semi private lessons.

- Please arrive 15 minutes early for pick up if you would like to talk to your child's instructor.

- Please label all of your children's belongings and make sure they are equipped with the following:

  ❑ Goggles or sunglasses with UV protection.

  ❑ Warm appropriate clothing.

  ❑ Waterproof mittens or gloves and hat.

  ❑ Sunscreen.

- Please watch classes from a distance.

- Rates, days and times are subject to change without notice.

- Call ahead for more detailed information.

### Children's World
Squaw Valley Ski Corp
P.O. Box 2007 Olympic Valley, California 96146
On the Web: www.squaw.com



## SQUAW VALLEY USA



**SQUAW VALLEY USA**

Group Sales
PO Box 2007, Olympic Valley, CA 96146



**SQUAW VALLEY USA**

Group Programs
2000–2001



SQUAW VALLEY USA

SQUAW VALLEY USA
Squaw Valley USA, California, 96146
1-888-SNOW-321 • Fax 530-581-7161
WWW.SQUAW.COM

2000/2001
Winter
Vacation Planner









# SQUAW VALLEY USA
# CENTRAL RESERVATIONS
SQUAW VALLEY USA
CALIFORNIA 96146
(530) 583-5585
(800) 545-4350
FAX: (530) 581-7161



**P**lanning an exciting vacation is as easy as calling Squaw Valley Central Reservations. With one call, our agents will arrange every aspect of your trip including lodging, lift tickets, ski lessons, child care, rental cars, airline reservations and more. Our knowledgeable staff can custom-tailor ski packages for every budget and any length of stay.

Available accommodations include luxurious 4-star hotels, condominiums perfect for families, and the most intimate bed and breakfast inns. Squaw Valley Central Reservations represents over fifty properties throughout Squaw Valley, Truckee, the North Shore of Lake Tahoe and Reno. Just tell us your needs and we'll provide a place to suit your style.

### Early & Late Season Ski-in, ski-out packages

starting from

## $95*

including complimentary ski/snowboard lessons.

### Special Midweek Packages are available all season long!

4WD-SUV's and winterized rental cars are available.

### Squaw is the Spring Skiing Capital of North America!

Ski straight through May and often into June and July. Enjoy free use of the lagoon and spa in late spring and a host of exciting events.

## 1 888 SNOW 3-2-1

530 583-5585 • Fax 530 581-7161

*Rates are per person per night, based on double occupancy. Package price requires a 2-night minimum stay. Valid dates: opening day through December 14, 2000, seven days a week, non-holiday. Sales tax not included. Availability is limited and some restrictions apply.

### Coming Soon! The Village at Squaw Valley

Phase 1 of the new 13-acre pedestrian village is scheduled for completion in December 2001.



## Squaw Valley USA



| | 3 Day/3 Night Packages per person, dbl occ. | Distance to the Lifts |
|---|---|---|

**Resort at Squaw Creek** from $528 — Ski in/ski out
Four-diamond ski-in, ski-out resort, with deluxe rooms, suites and penthouses • Restaurants, bars, heated pool, hot tubs, ice rink and full service spa • 405 rooms

**Squaw Valley Lodge** from $409 — Ski in/ski out
Ski-in, ski-out deluxe studios, loft units and one bedroom suites all with kitchenettes • Hot tubs, sauna, steam room, Nautilus room, ski shop and a lobby with fireplace • 154 units

**PlumpJack Squaw Valley Inn** from $417 — Next to Cable Car
Comfortable rooms with Elizabethan decor, fluffy down comforters, plush bathrobes, and more • Two outdoor hot tubs, summer pool, restaurant, lounge and rental shop • 60 rooms



## Squaw Valley USA

| | 3 Day/3 Night Packages per person, dbl occ. | Distance to the Lifts |
|---|---|---|

**Olympic Village Inn** from $402 — Walk to lifts
Attractive one bedroom suites in one of the Sierra's finest year-round resorts • All units have kitchenettes, color cable TV and stereo • Pool, hot tubs, and ski shuttle • 90 units

**Mountain House** from $349 — Walk to lifts
Economical one and two bedroom apartments close to the base of the mountain • Most units have full kitchens, all have phones and color cable TV • 4 units

**Red Wolf Lodge at Squaw** from $319 — Ski in/ski out
Studios and one bedroom units all with kitchens, most with fireplaces at the base of Squaw's lifts • Two outdoor hot tubs, sauna and exercise room • 31 units

**Christy Inn** from $349 — 1/4 mile
Cozy lodge with cable color TV and phones located behind their fine dining restaurant • 7 units



**Tavern Inn** from $338* — 2 miles
Two and three bedroom condos • Kitchens with microwaves, washer/dryers, phones, TV's and fireplaces • Outdoor spa with men's & women's saunas • 35 units • Quad Occupancy



**Houses & Condos** from $368* — Various
1 to 6 bedroom houses and condos in Squaw Valley and Lake Tahoe's north shore • Most have fireplaces, TV's, phones and laundry, some have hot tubs • Quad Occupancy

**River Ranch** from $222 — 3 miles
Handsome lodge rooms with down comforters, phones, and color TVs • Most rooms have river views, many with balconies • Continental breakfast, fine dining and après ski • 22 rooms



**River Run** from $349 — 3 miles
1-3 bedroom condominium units situated o the beautiful Truckee River • All units ha kitchens, fireplaces, cable TV, hot tubs • M units have phones and laundry facility • 24 uni

## 1 888 SNOW 3-2-1

 **SQUAW VALLEY CENTRAL RESERVATIONS**

**NEWS RELEASE – FOR IMMEDIATE RELEASE**          Contact: Nancy Wendt
February 3, 1997                                                                (530) 583-6985

## CALL SQUAW VALLEY CENTRAL RESERVATIONS TO BOOK YOUR NEXT TRIP TO SQUAW VALLEY USA

[Squaw Valley USA]  Planning an exciting ski vacation is as easy as calling Squaw Valley Central Reservations, 1 800 545-4350.  With one call, we can arrange every aspect of your trip including lodging, lift tickets, ski lessons, child care, rental cars, airline reservations and more. Our knowledgeable staff can custom tailor ski packages for every budget and any length of stay.

Accommodations range from luxurious 4-star hotels, condominiums perfect for families, and the most intimate bed and breakfast inns.  Squaw Valley Central Reservations represents forty-seven properties throughout our Valley, Truckee, the North Shore of Lake Tahoe and Reno.  Just tell us your needs and we will provide a place to suit your style.

Call us today for your custom vacation!  1-800 545-4350

# Class 16
## Brochures, bags

