# EXHIBIT 1 - PART C

BULK RATE
U.S. POSTAGE
PAID
PERMIT #47
OLYMPIC VALLEY, CA

# 1996/97
# GROUP
# SKIERS
# GUIDE



SQUAW VALLEY SKI CORP
P.O. 2007, Squaw Valley USA, CA 96146



## SQUAW VALLEY
## SKI CORP

# 1996-97
# GROUP RATES

Discounted rates are available for groups of 25 or more people. One complimentary lift ticket per 25 will be given to group leader.

Multi-day group rates available upon request.

## LIFT TICKETS
Adults (18-65) .......................................... $40 save $6
Youth (13-17) .......................................... $30 save $16
Child (5-12) .............................................. $5 everyday

## CABLE CAR RIDE & ICE SKATE
Include one round trip Cable Car Ride, a 2 hour continuous skating session and skate rental
Adult & Youth ...................................... $15.50
Child ................................................................ $9
**Rate after 4:00pm**
Adult & Youth ......................................... $11
Child .......................................................... $8

## NIGHT SKIING
Hours 4 pm - 9pm
Adult & Youth ......................................... $12
Child ............................................................ $5

## SKI SCHOOL
**Group Lesson**
Adult & Youth ......................................... $23
**First Time Skier Package**
includes limited lift ticket, equipment, & 2 hour lesson
Adult & Youth ......................................... $59
**First Time Snowboarding Package**
includes limited lift ticket, snowboard & boots, 2 hour lesson
Adult & Youth ......................................... $59

## RENTALS
Deposit of photo ID or major credit card required
**Ski, Boots & Poles**
Adult & Youth ......................................... $19
Child .......................................................... $13
**Snowboard & Boots**
Adult & Youth ......................................... $26

## FOOD & BEVERAGE
A variety of dining choices are available for your groups breakfast, lunch and apres ski parties. Call for more information.

## TRANSPORATION
We offer FREE transportation for groups of 25 or more from any Lake Tahoe or Reno property with 7 days notice based on availability, excluding holidays. We can provide a referral list of bus companies from any Northern California city.

## DIRECTIONS





# CALL CHERYL ARMSTRONG AT
# 916 582-9357
## TO BOOK YOUR GROUP TODAY!
### E-MAIL: squawgrp@telis.org

# SUMMER AT
# SQUAW VALLEY USA



## RIDE THE CABLE CAR!

Climbing 2000 vertical feet during a ten minute ride, the Squaw Valley Cable Car is a marvel of engineering. As the cabin rises above the valley floor, you'll see an extraordinary and unforgettable view of Lake Tahoe.

## 1997 SUMMER RATES*

| | Adult | Kids 12 & under |
|---|---|---|
| **Scenic Cable Car Ride** | $14 | $5 |
| after 5 pm | 5 | 5 |
| **Olympic Ice Pavilion**–includes skate rentals: | | |
| Cable Car/Skate pass | $19 | $10 |
| Cheap Skate - after 5 pm (Sun-Thurs) | 11 | 8 |
| **Swimming Lagoon & Spa:** | | |
| Cable Car/Swim pass | $19 | $10 |
| Cheap Swim- after 5 pm (Sun-Thurs) | 11 | 8 |
| **Cable Car Ride–Skate–Swim** | $21 | $14 |
| after 5 pm (Sun-Thurs) | 15 | 11 |

**Other Activities & Events:**
Call our 24 hour Information Line for rates and schedules

## 24 HOUR INFORMATION (916) 583-6955
## ON THE INTERNET: WWW.SQUAW.COM

Corporate Office: (916) 583-6985

*Rates and Schedules subject to change.

# SUMMER

# SQUAW VALLEY USA





• EL. 8200 •
# HIGH CAMP
• THE EIGHTH WONDER OF THE WORLD •



**S**ummer at Squaw... When the valley turns from white to green and the snow melts into sparkling lakes and rushing streams, Squaw Valley USA's summer comes alive. Summer at Squaw is crystal blue skies, wildflowers, clear warm days and cool evenings filled with fun activities for the whole family.

Rising from the valley floor, the Cable Car ascends two thousand vertical feet to the mountain-top paradise, High Camp Bath & Tennis Club, el. 8200´, the Eighth Wonder of the World.

At this amazing facility, you can ice skate on an Olympic size outdoor rink, return a sizzling serve on one of our six tennis courts, trace the route of the 49ers (1849, *that is*) on horseback, ride the trails on a mountain bike, spike a volleyball on one of six sand courts experience the thrill of a bungee jump, walk through history in the Olympic Museum, relax poolside at our swimming lagoon and spa, meander through meadows filled with alpine wildflowers or just lounge in the sun and enjoy the view.

Spectacular restaurants and bars offer everything from a light lunch alfresco to dinners of haute cuisine. The Bath & Tennis Sport Shop has a variety of clothing and any incidentals you might require. The Cable Car operates until 9:40 pm every evening so you can skate or dine under the moon and stars.

There is a full schedule of special events this summer in Squaw Valley USA, from arts and craft festivals to bicycle races, outdoor games, live music, picnics and more. Come to play or just come to relax!








HIGH
• THE EIGHTH •
SQUAW V






CAMP
DER OF THE WORLD
ALLEY USA



## TIPS FOR A POSITIVE SKI EXPERIENCE...

- Children's World Ski School is sold on a first come, first serve basis. To get the most out of the program we recommend that you arrive well before 9:30am. Multi Day tickets are available.

- Please arrive 15 minutes early to pick up your child if you would like to talk to your child's Instructor.

- Please label all of your children's belongings and make sure they are equipped with the following when they enroll in ski school:

  - ❑ Goggles or sunglasses with UV protection.
  - ❑ Warm appropriate clothing.
  - ❑ Waterproof gloves or mittens.
  - ❑ Hat.
  - ❑ Sunscreen.

- Please watch classes from a distance.

- Please be advised that your child may be riding lifts alone or with other children while enrolled in group lessons. (Three year olds will be using surface lifts only.)

- Children in Snow School, ages 4 - 6, do not use ski poles.

Children's World
Squaw Valley Ski Corp
Po Box 2007 Olympic Valley, California 96146
On the Web: http://www.squaw.com

*printed on paper made from 100% post consumer waste*
*photos: Hank DeVré, Nathan Kendall*



# CHILDREN'S WORLD

## 1996-97



# SQUAW VALLEY SKI CORP



# CHILDREN'S WORLD
## 916 581-7225

Our Children's World Ski School programs will provide your child with a fun and safe learning environment. Come and enjoy a day of excitement with our specially trained instructors, chosen for their ability and experience teaching children. Children's World is located at the Children's World Center at the base of the mountain. Special parking is available for families using the center.

### JUNIOR MOUNTAIN-AGES 7 -12:

The focus is on fun, skill development and skiing etiquette. All skill levels are offered and groups will explore the mountain.

### SNOW SCHOOL-AGES 4 - 6:

To enhance learning and keep the kids smiling is the goal for this younger group. All skill levels are welcome, with classes starting at the Children's World beginner area. Groups will explore the mountain according to their skill level.

### REGISTRATION

is from 8:30-9:30am weekdays, 8:00-9:30am on weekends and holidays.

**Full Day Program** includes lesson, lunch and lift ticket, 9:30-4:00, up to 5 hours of skiing ..... $60
Book of 5 Full Day Coupons ..................... $275

**Half Day Program** includes lesson and all day lift ticket, 9:30-12:30 or 1:00-4:00, up to 2 ½ hours of skiing ......................................... $40
Book of 5 Half Day Coupons ................... $185

**Snowboard Program**. For first time and novice boarders aged 7-12. Includes snowboard rental for the duration of the lesson.
Full Day ....................................... $73
Half Day ....................................... $49

**Ski Equipment Rental** is available on site for children and may be kept for the duration of the lesson only.
Full Day Student Rental ...................... $13
Half Day Student Rental ........................ $9

**Private Lessons.** Give your child one on one attention with our specially trained instructors. Subject to availabilty, resevations reccomended.
One hour ............... $60, each additional child—$20
Three hours $180, each additional child after three—$60
Early Bird Special (beginners only) 9-10 am .... $45
Afternoon Special 2-4 pm ........................ $100

## HOLIDAY SKI CAMPS

A Continuous SKI WEEK with a 'camp' atmosphere for Jr. Mtn. & Snow School. In addition to lessons, there are snow games and fun races. Ability requirements apply. Five Day Ski Camps offered 12/30-1/3, 2/17-21, and 3/31-4/4. Three Day Ski Camps offered 12/27-29 and 2/15-17. Reservations recommended.

|  | 5 Day Camp | 3 Day Camp |
|---|---|---|
| Full Day | $275 | $165 |
| -includes lesson, lunch and lift ticket | | |
| Half Day | $185 | $110 |
| -includes A.M. lesson, lift ticket | | |

## TODDLER CARE
## AGES 2 & 3 YEARS
## 916 581-7280
### Reservations Recommended.

Children's World Toddler Care is fully licensed by the State of California. Our staff is trained in Early Childhood Education and meets all State requirements.

Located in the Children's World Center, at the base of the mountain. Teachers are specially educated and chosen to work with this age group. Each day is filled with fun activities including arts and crafts, music, snow play and story time.

A special 1 hour Ski Lesson Option for 3 Year Olds is available. The learning objective for this age is to familiarize the child with the equipment, snow skiing environment, have fun, and even ski!

**Registration** begins at 8:30am weekdays, 8:00am weekends and holidays.

**Full Day Program** includes snack and lunch.
8:30 to 4:30 ................................. $60
Book of 5 Full Day Coupons .................. $275

**Half Day Program** includes snack.
8:30 to 12:30 or 1:00 to 4:30 ............... $40
Book of 5 Half Day Coupons .................. $185

**3 Year Old Ski Rental Option** Includes equipment for lesson only. .......................................... $9



**ADVANCED SKIING**

**1996-97**

WE CARE

**SQUAW VALLEY SKI CORP**

ADVANCED SKIING CLINIC

SQUAW VALLEY USA SKI SCHOOL
SQUAW VALLEY USA, CA 96146



# ADVANCED SKIING CLINIC

## 1996-97 SEASON

Please Print

Name

Address

City

State _____ Zip

Phone ( )

Clinic Date _____ Alt. Date

Check # / Money order #

Credit Card  ☐ M/C  ☐ VISA  ☐ Discover  ☐ AMEX

_____ exp.

Authorized Signature

Ability level _____ Years of skiing

☐ Check here if you need lodging information.
☐ Check here if you already have a lift pass.

I HAVE READ, UNDERSTAND, AND AGREE TO ALL POLICIES
LISTED IN THIS BROCHURE.

X _____
Signature

Send application and payment payable to:

Squaw Valley Ski School
Squaw Valley USA, California 96146



# ADVANCED SKIING CLINIC

## THE PROGRAM

Squaw Valley's Advanced Skiing Clinic is our finest program for the ambitious intermediate and advanced skier who is striving to achieve a high level of skiing proficiency and to enjoy skiing at its ultimate, in any snow, in any condition and on any terrain.

The Advanced Skiing Clinic emphasizes technical skiing at its highest level and the daily program is tailored to meet this challenge, utilizing innovative ski techniques and video feedback.

## FEATURES

The Advanced Skiing Clinic provides everything that strong intermediate and advanced skiers need to break though into the world of accomplished skiing. The "ASC" includes:

- Sunday night get acquainted meeting between the clinic instructors and students.
- Full days of skiing, from early morning until the lifts close.
- Small, well-matched classes with approximately five students per instructor.
- Use of video feedback, which has been proven highly successful in training athletes.
- Continuous technical emphasis to develop your overall skiing ability.
- Workshops on ski techniques, fine tuning, care and selection of the right equipment.
- Fun-filled, challenging days spent with Squaw Valley's finest Ski Pros.

## SCHEDULE AND FEES

The cost for multi-day Advanced Skiing clinics includes instruction and workshops, lift tickets, video taping, lunch and a Thursday night banquet (with 5 day clinic only). Transportation, lodging and meals other than lunch are not included.

**5 DAY CLINIC RATES**
December 15-20, 1996
January 5-10, 1997
January 26-31, 1997
February 9-14, 1997
February 23-28, 1997
March 9-14, 1997

**3 DAY MINI CLINIC**
March 26-28, 1997

**3 DAY EXPERTS ONLY CLINIC**
Emphasis on Hiking, Steeps & Chutes.
January 15-17, 1997

**5 DAY CLINIC RATES**
$665   if paid by September 15, 1996,
$695   between 9/16/96 and 10/15/96,
$725   after 10/15/96.

**3 DAY CLINIC RATES**
$395   if paid by September 15, 1996,
$415   between 9/16/96 and 10/15/96,
$435   after 10/15/96.

## HEADQUARTERS HOTEL

Nestled at the base of Squaw Valley USA, **Squaw Valley Lodge** is the host hotel for "ASC" clinic participants. Slopeside lockers and ski-in/ski-out access puts you on the slopes without delay. A heated pool, spas, health and fitness center are available for guests.

## REGISTRATION

Reservations are on a first come, first serve basis. Certain class dates fill early so please list a second choice if desired. If class dates are full, your name will be placed on our waiting list. To register, fill out an application and send with full payment to:

Squaw Valley Ski School
Squaw Valley USA, CA 96146

Squaw Valley Central Reservations will be happy to assist you with registration or accommodations. Lodging is normally booked well in advance so it is best to make reservations early.

For information and registration call Central Reservations - 1 (800) 545-4350 or (916) 583-5585. After October 15th, call the Squaw Valley Ski School direct (916) 581-7184.

## CANCELLATIONS AND REFUNDS

Refunds for cancellations received more than 30 days prior to the start of the clinic will be made, less a $50 service charge. Refunds for cancellations received more than 14 days, but less than 31 days, will forfeit $100. All cancellations received less than 15 days prior to the start of the clinic will forfeit all payments. Transfers to other dates within this season made 15 days or more before the start of the clinic will be subject to a $25 fee. Transfers made 14 days or less prior to the start of the clinic include a $100 fee.

Prices subject to change.
No refunds due to weather or conditions.
Three person per group minimum.

SQUAW VALLEY USA SKI SCHOOL



1...   2...   3...   FREE!

# FREQUENT SKIER PROGRAM
## SKI THREE, FOURTH FREE!

Join the Frequent Skier Program for $25 and for the rest of the ski season, except Saturdays, every fourth full day you ski is free!

## THE PROGRAM...

- Present this completed application to any ticket window along with a $25 membership fee to obtain your Frequent Skier ID card.
- Picture identification and Frequent Skier ID card must be presented to cashier at the time of each ticket purchase.
- One adult all day lift ticket purchase at full price will be counted towards program, per day. Purchases on Saturdays do not count towards the program.
- After three days of registered lift ticket purchases, the next day's ticket, excluding Saturdays, is free.
- Purchases made previous to application date cannot be credited towards program.
- Not valid for use in conjuction with any other ticket discount or coupon program. Multiday ticket purchases do not apply.
- To replace a lost or stolen card, a $5 fee will be charged.
- Valid until closing date of ski season.

First _____ Last _____

Address _____

City _____ State/Zip _____

### No Refunds · No Transfers

WE CARE

# SQUAW VALLEY SKI CORP
### 916 583-6985

Date: _____ ID #: _____ ☐ P ☐ F



**1996-97**

# MOUNTAIN GUIDE

SQUAW VALLEY SKI CORP

## LIFT TICKETS

Ski Lifts operate from 9:00 am to 4:00 pm weekdays, 8:30 am to 4:00 pm weekends and holidays. Last Cable Car up—9:00 pm, last Cable Car down—9:40 pm.

| | |
|---|---|
| Adult All Day | $46 |
| **Kids under 13 and over 65** | **5** |
| Afternoon (after 1:00 pm) | 31 |
| 2 consecutive days | $42 per day |
| 3 consecutive days | 41 per day |
| 4 of 5 consecutive days | 40 per day |
| 5 of 6 consecutive days | 39 per day |
| 6 of 7 consecutive days | 38 per day |
| 7 of 8 consecutive days | 37 per day |
| Nonskier Cable Car or Gondola ride | $14 |
| after 4 pm | 5 |

**Night Skiing:** 4:00 - 9:00 pm. Three miles and 2000 vertical ft. of groomed intermediate terrain.

*New this year*—lights on the Halfpipe and All-terrain Park!

| | |
|---|---|
| Adult | 12 |
| Afternoon/Evening | 37 |
| Kids under 13 and over 65 | 5 |

## FREQUENT SKIER PROGRAM

Join the Frequent Skier Program for $15 and for the rest of the ski season, except Saturdays, every fourth full day you ski is free.



## RENTAL EQUIPMENT

### Skis

Try the latest in "super sidecut" skis from K2. Our ski rental shop features a fleet of over 1620 sport and high performance skis. Deposit required. Located in Ski Rental Building at the base of the lifts for maximum convenience.

| | Adult | Child |
|---|---|---|
| Sport Package (skis, boots, poles) | $25 | $13 |
| Afternoon Sport Package | 13 | 8 |
| Night Sport Package | 13 | 8 |
| High Performance Package | 33 | |
| High Performance Skis Only | 23 | |
| **New!** Ski Bib Rental | 10 | |

### Snowboards and Telemark Skis

Located in the Olympic House, the *Alternative Edge*, offers a full service snowboard rental shop. Deposit required.

| | |
|---|---|
| Sport Snowboard Package (with boots) | $33 |
| High Performance Snowboard Package (with boots) | 39 |
| Telemark Package (skis, boots, poles) | 27 |
| Telemark Skis | 19 |
| Telemark Boots | 15 |

All prices and schedules subject to change.

## SKI SCHOOL

**SKI YOUR PRO**

**"Ski Your Pro - We're ready when you are!"**
A revolutionary teaching system for adult skiers from never-ever to parallel. Meeting place: level 1 & 2—High Camp, levels 3-5—top of Links chair.

When? .......................... On the hour.
How long? .............. As long as you want.
Cost ................................. $29

**Workshops**
Novice snowboard, super sidecut ski workshops, and advanced skills workshops are offered at 11 am and 2 pm daily. Meeting place—High Camp. .......... $29

Private lessons ......................... $60 per hour
**Early Bird Special** 9-11 am ................. $100

### Value Packages for Extra Savings!

**Skier Package:**
Ski rental (with the K2 'Two'!), lesson, lift ticket .. $91

**Snowboard Package:**
Snowboard rental, lesson, lift ticket ........... $91

**First–Time Skier or Snowboarder Package:** For first time skiers or boarders only. Includes rental, lesson and beginner lift ticket. Must be 13 years or older. Skiers register in the Ski Rental Building, boarders register at Alternative Edge in the Olympic House. Deposit required.
Rental equipment, lesson, beginner lift ticket .... $59

**Fun in the Sun**
The Fun in the Sun Program is our introduction to skiing for first time ever skiers, ages 13 and older. All participants receive a free Cable Car ride, introductory ski lesson, and ski rental. Available midweek and non-holidays only. $59 deposit required. Register in the Cable Car Building.



**Special Programs**–The Ski School also offers special programs such as the Advanced Skiing Clinics, Just for Women Ski Seminars, and Learn to Ski Weeks, contact the Squaw Valley Ski School, (916) 581-7263, for information.

## RACE SERVICES

Whether you've never raced before or want to train for an upcoming Master's Race, our coaches will bring out your best in a fun and relaxed setting. Sign up at the Race Services Building next to Exhibition/Searchlight Lift, sessions begin at 10:00 am and 2:00 pm.
Custom Race Clinics are also available.
Two hour Gate Training Session ................ $29
For fun head-to-head racing, try the Raceway at the top of Shirley Lake Express ................... $1 per run

Photos by Hank DeVre, Nathan Kendall and Larry Prosor

# WELCOME TO SQUAW VALLEY USA!

Squaw Valley USA is immense— 4,000 acres served by a network of 29 lifts. There is abundant terrain for all abilities: world famous steeps and chutes for experts; miles and miles of groomed for cruising; and a unique beginner area at the top of the mountain.

### Finding your way around

The first thing many people ask about our Mountain Map is...

**"Where are all the trails?"**

Since much of Squaw Valley USA is expansive open bowls we really don't *have* trails in the traditional sense.

**"But how will I know where I'm going?"**

Since the mountain is so open you can see where you're going, and navigate by using the lift network as a reference. The lifts are rated in difficulty by the terrain that they access, and most of the time, you'll be able to see the terrain you'll be accessing while riding the lift. Where it's needed, we indicate an easiest way down. Our ski area boundary and other closed areas are clearly marked, do not cross them (it's against the law).

We've implemented this system due to the nature of our terrain and to preserve our unique alpine setting. We hope you'll enjoy a sense of adventure and discovery while exploring Squaw Valley USA.

## CHILDREN'S WORLD  581-7225

A unique supervised ski playground, including special parking, for children 2-12 years. Ski instruction programs for children 4-12 years.

| | |
|---|---|
| All Day (8:30 am - 4:00 pm) | $60 |
| Rental Equipment (enrollees only) | 13 |
| Half Day (morning or afternoon) | 40 |
| Half day Rental Equipment (enrollees only) | 9 |

### Holiday Ski Camps

A Continuous SKI WEEK with a 'camp' atmosphere for Jr. Mtn. & Snow School. In addition to lessons, there are snow games and fun races. Ability requirements apply. Five Day Ski Camps offered 12/30-1/3, 2/17-21, and 3/31-4/4. Three Day Ski Camps offered 12/27-29 and 2/15-17. Reservations recommended.



| | 5 Day Camp | 3 Day Camp |
|---|---|---|
| Full Day -includes lesson, lunch and lift ticket | $275 | $165 |
| Half Day -includes A.M. lesson, lift ticket | $185 | $110 |

**Toddler Care:** 581-7280. 2 & 3 years. Licensed Child Care. Reservations are highly recommended.

| | |
|---|---|
| All Day (8:30 am - 4:30 pm) | $60 |
| Half Day (morning or afternoon) | 40 |
| Three Year Old Ski Rental | 9 |

## HIGH CAMP BATH & TENNIS CLUB - EL. 8200'

at the top of the Cable Car 🚠

### Olympic Ice Pavilion:

Ice skate on a mountain top with a spectacular view of Lake Tahoe and the High Sierra! Skating sessions from 11 am - 9 pm daily.

| | Adult | Child |
|---|---|---|
| 2 Hour Skate Session | $7 | $5 |
| Cable Car/Skate pass | 19 | 10 |
| Cheap Skate - after 4 pm | 11 | 8 |

Prices include skate rentals.

### Swimming Lagoon & Spa:

Enjoy our relaxing outdoor lagoon and spa. Opens Spring 1997.

| | Adult | Child |
|---|---|---|
| General Session | $7 | $5 |
| Cable Car/Swim pass | 19 | 10 |
| after 4 pm | 11 | 8 |



### Bungee Jumping:

Thrill yourself with a leap off our fully certified bungee tower.



## SQUAW AT NIGHT!

**After 4 pm, Squaw Valley USA lights up the night!**

★ **Night Skiing on the Mountain Run**–3 miles and 2000 vertical ft. of groomed intermediate terrain. The ride back up is in the warm, fully-enclosed Cable Car.

★ **New this year!** Lights on the halfpipe and all terrain park for ripping night sessions. The Riviera Lift has been modified to serve the park.

★ **Ice Skate** on a mountain top under the stars at the outdoor Olympic Ice Pavilion.

★ **Dine** at Alexander's Bar & Grill with a spectacular view of Lake Tahoe (especially good during a full moon).

## NIGHT RATES (after 4PM)

| | Adult | Child |
|---|---|---|
| **Non-Skier Cable Car Ride** | $5 | $5 |
| **Night Skiing** | 12 | 5 |
| **Ice Skating** Cable Car/Skate Session | 11 | 8 |

### SNOW PHONE  916 583-6955
### ON THE WEB–HTTP://WWW.SQUAW.COM
### CENTRAL RESERVATIONS  800 545-4350
Vacation Property Sales: 800 545-8424





■ — ▪ The Mountain Run    ☽ — Night Skiing

★ — Halfpipe & All Terrain Park

## YOUR RESPONSIBILITY CODE

1. Always stay in control, and be able to stop or avoid other people or objects
2. People ahead of you have the right of way. It is your responsibility to avoid them.
3. You must not stop where you obstruct a trail or are not visible from above.
4. Whenever starting downhill or merging into a trail, look uphill and yield to others.
5. Always use devices to help prevent runaway equipment.
6. Observe all posted signs and warnings. Keep off closed trails and out of closed areas
7. Prior to using any lift, you must have the knowledge and ability to load, ride and unload safely.
8. If you are involved in a collision, or are a witness, do not leave the scene until the Ski Patrol has talked with you.

**Know the Code. It's your responsibility.**

This is a partial list. Be safety conscious.

Portions of Squaw Valley USA operate under a special use permit from the Tahoe Nat'l Forest.

## EL. 6200′

| LIFT | Vertical |
|---|---|
| ⛟ Cable Car (transport) | 2000′ |
| ♨ Gondola (transport) | 2000′ |
| ■ Squaw One Express | 2000′ |
| ■ Squaw Creek | 1350′ |
| ● Pony Tow 1 | 50′ |
| ● Pony Tow 2 | 50′ |
| ● Pony Tow 3 | 50′ |
| ■ Papoose | 1000′ |
| ■ Red Dog | 1350′ |
| ■ Exhibition/Searchlight | 900′ |
| ◆ KT-22/Olympic Lady Express | 1800′ |
| ◆ Cornice II | 1200′ |

Lifts are rated in difficulty according to the
terrain that they access:

● ▬▬▬▬ - Easiest
■ ▬▬▬▬ - More Difficult
◆ ▬▬▬▬ - Most Difficult



El. 6200′ is the gateway to the mountain encom-
passing the parking lot, base facilities, skiing on
Snow King Peak and KT-22, and access to el. 8200′
via the Cable Car, Gondola, and Squaw One Express.

The heart of the el. 6200′ facilities is the Olympic
House & Plaza. There are several restaurants serv-
ing everything from burgers to sushi, juice bars, ice
cream, fresh baked cookies, après ski bars—rock-
ing or relaxing, and plenty of spots to get your daily
espresso. You'll also find shops offering souvenirs
and the latest ski and snowboard gear and accesso-
ries.

In addition to the restaurants, bars & shops, other
off-snow activities include: Doc's Place (a unique
vegetarian arcade) and first run movies in the Opera
House. There's even an indoor climbing wall in the
Cable Car Building.

## EL. 8200′

| LIFT | Vertical |
|---|---|
| ■ Siberia Express | 1000′ |
| ■ Shirley Lake Express | 750′ |
| ◆ Headwall | 1500′ |
| ■ Newport | 500′ |
| ● Riviera | 400′ |
| ■ Mainline | 600′ |
| ■ Gold Coast | 580′ |
| ■ Emigrant | 760′ |
| ■ High Camp | 435′ |
| ● East Broadway | 300′ |
| ● Belmont | 120′ |
| ● Links | 228′ |
| ■ Solitude | 700′ |
| ◆ Silverado | 1400′ |
| ● Bailey's Beach | 100′ |
| ◆ Granite Chief | 1000′ |
| ◆ Broken Arrow | 1750′ |



### HIGH CAMP BATH & TENNIS CLUB

Located at the top of the Cable Car, Squaw Valley
USA's year-round multi-sport facility offers plenty
of fun alternatives to skiing including ice skating,
relaxing in the Spa (open spring 97), bungee jump-
ing, spectacular dining (ten restaurants and bars),
even a museum of the 1960 Olympics.



### GOLD COAST

Located at the top of the Gondola, Gold Coast is the
center of the intermediate skiing terrain. It offers
restaurants, bars, a retail shop and lockers. The
radiant heated sun-decks provide a wonderful place
to relax with friends and family in between runs.

# Class 21
## Mugs, Cups, Glass Beverageware



# Class 28
## Skis, Ski Bibs



# Class 34





















# Squaw Valley USA ▪ Fast Facts

## Contacts
Katja Dahl, Director Public Relations..... 530/583-6985, ext.7130
Eric T. Brandt, Director of Marketing.... 530/583-6985, ext.7119

## Telephone Numbers & Web Contacts
General Information ...........................................530/583-6985
24-hour Snow & Info Phone ...............................530/583-6955
Fax ....................................................................530/581-7106
Squaw Valley Central Reservations .......................800/545-4350
Main Squaw Valley E-Mail ...............................squaw@squaw.com
Media E-Mail ...................................................kdahl@squaw.com
Web Address.......................................................www.squaw.com
Online Press Room........................ www.squaw.com/mediacenter

## Mailing Address
Squaw Valley USA
Location: 1960 Squaw Valley Rd., Olympic Valley, CA 96146
Mailing: PO Box 2007, Olympic Valley, CA 96146
Shipping: 1901 Chamonix Pl., Olympic Valley, CA 96146

## Location
Squaw Valley USA is just 42 miles from Reno, 96 miles from Sacra-
mento and 196 miles from San Francisco via all weather Interstate
80. Located off Highway 89, between Truckee and Tahoe City on
the North Shore of Lake Tahoe.

## Mountain Stats
4,000 lift-served acres: 16 open bowls and 100+ runs
Terrain: 25% beginner, 45% intermediate & 30% advanced
Six Mountain Peaks:

| | | | |
|---|---|---|---|
| Snow King - | el. 7550' | Broken Arrow - | el. 8020' |
| KT-22 - | el. 8200' | Emigrant - | el. 8700' |
| Squaw Peak - | el. 8900' | Granite Chief - | el. 9050' |

Vertical rise: 2,850', 869m
Highest Lift: aprox 8,700 feet or 2,652 m
Average Annual Snowfall: 450", 37.5' or 11m
Parks & Pipes: 3 terrain parks, 1 standard half-pipe, 1 Super-pipe
Uphill Capacity: 49,000/hour
Snowmaking: aprox. 10% or 400 acres or 7 miles
Longest run: 3.2 miles or 8.2 km; Mountain Run

## Lift System
**34 lifts including:**

| | |
|---|---|
| 1 Cable Car | 4 Express Quads |
| 1 Funitel | 1 Fixed-Grip Quad |
| 1 Pulse Gondola | 8 Triples |
| 3 Express 6-pacs | 10 Doubles, 3 Surface |
| | 2 Magic Carpets |

## Seasons
Winter: Mid-November – Memorial Day
Summer: June 1 – Mid-October

## Lift Operations
Weekends/Holidays – 8:30am – 4pm, Weekdays – 9am – 4pm
Night Skiing – 4pm – 9pm (generally open mid-Dec - mid-April)

## Facilities, Activities & Services

-Olympic Ice Pavilion
-Swimming Lagoon and Spa
-1960 Olympic Winter Games Museum
-Scenic Cable Car Rides
-Indoor Climbing Wall
-Snowtubing Arena
-Two mid-mountain day lodges: ...
  Gold Coast and High Camp
-Bear Bones Physical Therapy
-Ski & Snowboard Rental Shops
-Village Real Estate Sales Office
-Resort at Squaw Creek Cross
  Country Center - 18km of trails
-Spa at Squaw Creek - Health &
  Fitness Center
-Snowshoeing
-Tahoe Truckee Medical Group
-Video Arcade

## Eateries & Bars (40 choices)

### At High Camp

**Ride the Cable Car**
-Alexander's Cafe & Bar
-Bar North
-Wildflour Too
-Poolside Café and Bar
-Terrace Room

### In the Historic Base Village
-Bar One
-Bar Six
-Dave's Deli
-Hamburger Express
-Headwall Café
-Le Chamois & the Loft Bar
-Le Waf/Frog Dogs
-Mother Barclay's

### In The New Village at Squaw
-Balboa Cafe
-Balboa Cafe Take Out
-Fireside Pizza
-High Sierra Grille
-Mamasake Sushi

### At the Resort at Squaw Creek
-Ristorante Montagna
-Cascades Sierra Grille

### At Gold Coast

**Ride the Funitel**
-The Boat Bar
-The Crossroads Cafe
-The East Bar
-The Ground Floor
-The Mermaid Bar
-The Oasis

-Olympic Plaza Bar
-Plaza Espresso Café
-PlumpJack Cafe
-Salsa Bar & Grill
-Sundeck BBQ
-Sundeck Tavern
-Taco Express
-Wildflour Bakery

-Mountain Nectar
-Starbucks Coffee
-Tantara Bistro, Bakery &
Beyond

-Bullwhackers Pub
-Sweet Potatoes Cafe

## Shopping - classics in the base area...
-Squaw Valley Sport Shop
-Cable Car Curio
-Company Store
-Gold Coast Shop
-KT 22 Shop

-Squaw Valley Outfitters
-High Camp Bath & Tennis Shop
-Days End
-Sharpshooter
-Squaw Shop

## ...and in the Village
-Ali Athari Fine Jewelry
-Black Diamond Wine Exchange
-Edin Boutique
-Keoki Flagg Fine Art Gallery
-Mountain Hardware
-Nantucket Natural Oils
-Occhiali Eyewear
-PlumpJack Sport
-Rocky Mountain Chocolate

Factory
-Splash Bath & Body
-Squaw Valley Clothing Co.
-Squaw One Accessories
-Surefoot Custom Foot Beds
-Tails by the Lake
-Tait's Board Shop
-Waxen Moon Candle Studio

## Squaw Kids' Children's Center
Squaw Valley USA has a unique 12,000 square foot facility
dedicated specifically to the resorts younger guests complete with a
full service rental shop, a private ski hill and two Magic Carpet lifts.
*The Junior Mountain Program* - ages 7-12
*The Snow School Program* - ages 4-6
*Snow Cubs Program* - ages 3 and young 4
Snowboard lessons available for kids age 6-12
Info 530-581-7225. Reservations encouraged 530-581-7166.

## Custom Vacation Packages
Squaw Valley Central Reservations can customize a winter vacation
package to suit any budget and any length of stay. Representatives
can arrange all travel plans including airline reservations, airport
shuttle, car rental, lodging, child care, lift tickets, ski school lessons
and more. Discount packages available. Visit www.squaw.com to
submit an online request, 800-545-4350

-over-