# EXHIBIT 1 - PART D



## Resort Activities
Scenic Cable Car Rides
Swimming Lagoon & Spa
Ice Pavilion
Hiking
Olympic Museum
Golf
Restaurants & Bars
Shopping
Sky Jump
Climbing Wall
Ropes Course
Flying Trapeze
Horseback Riding

## Events
Calendar
Concerts
Camps & Gatherings

## Tickets & Info
Prices
Groups
Hours
How To Get Here
Winter Season Passes

# Guided Full Moon & Sunset Hikes



**FULL MOON HIKES**

Join us for one of our weekly guided tours from High Camp, el. 8200', to the peaks of Squaw Valley as the sun sets or under the full moon.

Squaw Valley USA's popular full moon hikes offer hikers the opportunity to climb to Squaw Valley's majestic peaks through fields of wildflowers under the glow of the full moon. Hikers are treated to inspiring views as the moon rises slowly over Lake Tahoe and the Sierra basking the wilderness in moonlight.

We have also expanded the hiking options to include evening Sunset Hikes, offering guests the opportunity to experience the peace, tranquility and stunning beauty of the upper mountain in the evening twilight.

**Sunset Hikes** last approximately 1-2 hours and **Full Moon Hikes** last roughly 2-3 hours depending on the timing of the moonrise. Both are casually paced hikes with the hike destination and route customized to the group's size and interest. Both hikes explore easy to moderate terrain and hikers are free to walk at their own pace.

Hikers of all ages and abilities welcome and no reservations are needed. Please note that all hikes start at 6pm at the top of the Cable Car. Please register with your guide between 5:30 and 6pm at the top of the Cable Care.

**Upcoming Events:**

July 2006
22 - 23
Art, Wine & Music Fest
27
Lake Tahoe Music Festi
29
Lake Tahoe Music Festi

August 2006
3
Lake Tahoe Music Festi
5
Lake Tahoe Music Festi
5
26th Annual Mountain I
8
Dinner & A Concert
10
Lake Tahoe Music Festi
12
Mountain Jam Music Fe
13
Rising Stars on Ice
19 - 20
5th Annual Brews, Jazz
Festival
19
Western BBQ and camp
26
Bluegrass Music Festival



EMAIL THIS PAGE TO A FRIEND

| 2006 Guided Hike Pricing | | | |
|---|---|---|---|
| | **ADULT** | **JR. (13-15)** | **CHILD (4-12)** |
| **Hike Only** (from High Camp) | $5 | $5 | FREE |
| **Daytime Cable Car/Hike Package** (9:40am - 4:40pm) | $23 | $19 | $5 |
| **Evening Cable Car/Hike Package** (on sale at 4:45pm) | $14 | $14 | $5 |



The sunset at el. 8200' can be stunning.

| June/July 2006 | | |
|---|---|---|
| June 30 | Sunset Hikes | 6pm |
| July 1 | Sunset Hikes | 6pm |
| July 7-8 | Sunset Hikes | 6pm |
| July 10-12 | **Full Moon Hikes** | 6pm |
| July 14-15 | Sunset Hikes | 6pm |
| July 21-22 | Sunset Hikes | 6pm |
| July 28-29 | Sunset Hikes | 6pm |
| August 2006 | | |
| August 4-5 | Sunset Hikes | 6pm |
| August 8-10 | **Full Moon Hikes** | 6pm |
| August 11-12 | Sunset Hikes | 6pm |
| August 18-19 | Sunset Hikes | 6pm |
| August 25-26 | Sunset Hikes | 6pm |

Guests encouraged to arrive between 5 and 6pm so they can ride the Cable Car to High Camp. You are asked to wear sturdy shoes and warm clothes, and bring water and a flashlight.

**Sunset and Full Moon Hikes** can be cancelled due to inclement weather so please call ahead (530-583-6985) to confirm if you think the weather might be questionable.

*A special thanks to our summer event sponsor:*



Ski Lake Tahoe | Lake Tahoe Skiing | Ski Tahoe

© 1999-2006 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, down
or used for any purpose.





On the Mountain
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

In the Valley
Lodging
Restaurants
Shops
Activities
Services
High Camp
Events
Shuttles

## Squaw Valley Cash/Gift Card



Click for

The perfect gift and ultimate convenience for a trip to Squaw Valley USA. Use it just like cash at numerous participating locations at Squaw Valley. Purchase lift tickets, rentals, lessons, activities, clothing and accessories, food and beverages, and more at participating locations on the mountain and in the base area.



DE/
& 
DISCC

The **Squaw Valley Cash Card** is available now in pre-loaded increments of $75. When that's gone, you can reload it (see reload details) with more value and get an additional 10% for free! The Squaw Valley Cash Card is a perfect gift for the skier or snowboarder in your life.



There's also a special **Kids Cash Card**, available in $20 increments. Perfect for parents who don't want their kids to carry cash, but want to let them explore the mountain on their own. Kids can use it for lunch, snacks, and necessities like gloves, lip balm, or goggles at a variety of locations on the mountain. The Kids Card is also reloadable so you can use it all season!





### Purchase a Squaw Card Online NOW!

**Where To Purchase the Card**

**Online at the Squaw Shop** - www.squawshop.com



**Squaw Valley Official Retail Shops** - SV Outfitters, Orange Oval Board Shop, Squaw Shop, Gold Coast Shop, High Camp Bath & Tennis Shop, Cable Car Curio.

**Squaw Valley Central Reservations** - Purchase a card when making a lodging reservation via Squaw Valley Central Reservations and we'll add 5% on your card for free!

**Special Tickets Office** - If the pre-loaded $75 doesn't work for you, cards may be purchased in the Special Tickets office in any increment of $50. These are great for special gifts or extended use.

**Squaw Kids Children's Center** - Parents can purchase a Kids Card for their kids when registering for any Squaw Kids programs and pick up a Cash Card for themselves at the

same time.

**Where You Can Use the Card**

**For Lift Tickets & Activities**
Any Lift Ticket Portal for lift tickets
Squaw Valley Ski & Snowboard School - Lessons
Squaw Valley Rental Shops - Ski & Board Rentals
Olympic Ice Pavilion - Ice Skating Fun
Snowtubing Arena - 1-Hour Tubing Sessions
High Camp Pool & Spa - Apres Ski Swim Anyone? (Scheduled Opening March 18, 2006)

**For Shopping**
Squaw Valley USA Retail Shops for clothing and accessories - SV Outfitters, Orange
Oval Board Shop, Day's End, Squaw Shop, Gold Coast Shop, High Camp Bath & Tennis
Shop, Cable Car Curio.

**Restaurants & Bars**
High Camp - Alexander's Cafe, Bar North, Poolside Cafe, Terrace Bar & Deli
Le Chamois & Loft Bar
Zenbu Tapas Lounge
Headwall Cafe

**How To Reload The Card**
When your card is out of cash value, you can have it reloaded with more! In fact,
when you do, we'll add on another **10% for free!** You give us $50 and we'll put $55 on
your card; $100 = $110, and so on...

Reloading is available in increments of $50 only at the Special Tickets office at Squaw
Valley USA. Bring your empty card and another form of payment (cash, credit card, or
check). We'll load you up and send you off with a smile!

**Terms and Conditions:**

- Treat the card like cash.
- Use of the card constitutes acceptance of the terms and conditions.
- The Squaw Valley Cash Card, with an available balance, may be
  applied towards purchases at participating locations at Squaw Valley
  USA only.
- The Card cannot be exchanged for cash.
- No Change will be given.
- If lost or stolen the card cannot be replaced.
- Unused remaining balances can be redeemed for cash with a $20
  service charge.
- The Card cannot be purchased or used by employees of Squaw Valley
  Ski Corporation or it's affiliates.

**Remaining Balances**

Unused remaining balances on a Cash Card can be redeemed for cash with a $20 service charge by turning in the card and completing a Cash Card Balance Clearing Request form at the Special Tickets office. A check for remaining balance, less a $20 service fee, will be mailed within 10 days.



**Purchase a Squaw Card Online NOW!**







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



Tahoe Discount Vacation Packages | **Tahoe Vacation Hotel Packages Request** | Search Squaw T.

**Search Lodging**

**Discount Packages**

**Request a Brochure**



Squaw Valley is just 6 miles from Lake Tahoe.

# Brochure Request

*First Name: [              ]

*Last Name: [              ]

*e-mail: [              ]

*Address [              ]

*City [              ]

*State: -- .     *Zip [          ] .

*Country: United States

[ Submit ]

© 2000-2006 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Valley Ski
Corporation and may not be copied, downloaded, or used for any purpose.



## Mountain Maps
Mountain Map
360 Mountain Photos
Aerial Images
Base Area Map
Mountain Map Screen
Savers

## On the Mountain
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Squaw Valley USA Mountain Maps

We've got a big mountain here folks. Fitting the whole thing on your computer screen is a tall order. So, we've created a few different options...we hope you enjoy them.

**Mountain Map** - Our complete mountain map (below) from the 2005/2006 Mountain Guide.

**Aerial Images** - Interactive aerial map of the whole valley from above. Zoom in and find your favorite run!

**Base Area Map** - An easy way to locate our base facilities so you know where to go when you get here.

**Mountain Map Screen Savers** - Download these to add to your desktop. A pleasant distraction from work!



**click here to view enlarged images**


Click for


DE/
&
DISCC









Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy

Lake Tahoe Packages, Tahoe Ski Packages, Lake Tahoe Vacations at Squaw Valley USA        Page 1 of 2



**In the Valley**
Lodging
Restaurants
Shops
Activities
Services
High Camp
Events
Shuttles

**High Camp**
Restaurants
Pool & Spa
Olympic Ice Pavilion
Snowtubing

## Winter Activities

Squaw Valley USA is the perfect resort for those that love skiing and snowboarding and for those that prefer to enjoy the mountains in other ways. We've got activities for everyone in the family. Spend the day enjoying the snow and all the winter fun Squaw Valley has to offer.

Your vacation can include one of many adventurous or relaxing mountain experiences...the choice is up to you.

Have fun!









SKIING & SNOWBOARDING









CABLE CAR RIDES        ICE SKATING        SWIMMING & SOAKING        SNOWTUBING





CHILDREN"S CENTER        PIPES & PARKS        NIGHT SKIING & SNOWBOARDING        WALL CLIMBING







HEALTH & FITNESS SPA        RESTAURANTS        SHOPPING        CROSS COUNTRY & SNOWSHOEING



Lake Tahoe Packages, Tahoe Ski Packages, Lake Tahoe Vacations at Squaw Valley USA    Page 2 of 2

   

LESSONS & CLINICS    RENTALS & DEMOS    APRES SKI    OLYMPIC HISTORY & MUSEUM



There is something happening at Squaw Valley all the time. Visit our online event calendar to learn more!

**Have a great Squaw Valley day!**

**Lake Tahoe Packages | Lake Tahoe Vacations**

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy

Lake Tahoe Packages, Tahoe Ski Packages, Lake Tahoe Vacations at Squaw Valley USA

Squaw Valley USA: Squaw Mail                                                Page 1 of 2



# SQUAW ❄ MAIL

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

**In the Valley**
Lodging
Restaurants
Shops
Activities
Services
High Camp
Events
Shuttles



**GET SQUAW ANYWHERE!**
SUBSCRIBE
**TO SQUAW MAIL**



Subscribe Now!

**Subscribe now and be eligible to win lift tickets or a midweek pass for next season!** Get Squaw info and updates delivered to your cell phone or pager with text messaging, or directly to your email address.

 **Email Updates and Powder Alerts**
Subscribe Now!

It's easy! Just choose your list preference:
1. **Squawmail** - Every week or so we'll send you info about coming events, discounts, lodging packages, and more!
2. **Powder Alerts** - You'll get an alert every time we get snow!

**Cell Phone and Pager Text Messaging**
Subscribe Now!

**1. What is text messaging?**
Text messaging or SMS (Short Message Service) is very similar to email, only text messages are limited to a certain number of characters and are retrieved from mobile devices such as cell phones and pagers.

**2. How do I know if my device is capable of receiving text messages?**

**a. Cell Phones:**
Most cell phone carriers do not include a text message plan. If you know you have text messaging as part of your plan and you are still not receiving a message, **click here**. To find out if your plan includes text messaging, or to get text messaging activated call your carrier directly.

Below we have provided you with some of the more popular carriers and their contact information.











AT&T subscribers: 1-800-888-7600
Cingular subscribers: 1-866-CINGULAR.
Nextel subscribers: 1-800-639-6111
Every Nextel phone and plan is automatically set-up to receive text messages, no activation required. To find out more information or if you're having trouble, call Nextel's Customer Service.
Sprint subscribers: 1-877-276-103
Verizon subscribers: 1-888-466-4646

---

b. Pagers: All pagers available for this service have text messaging capabilities. However, if you are still having problems please contact your carrier or click here .

---

How do I edit my profile or unsubscribe? Click Here!

For more help or questions, please send us an email (support@mobilestorm.com)

---

| Home  | On the Mountain  | In the Valley  | Vacation Planner | Lodging Packages | Employment  | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Squaw Kids**
  Program Details
  Tips for a positive
  experience
  Program Prices

**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams





Click for I



DE/
&
DISCC

## SquawKids' Children's Center is closed for the season. Please call our adult ski school for all kids lessons at 530-581-7263.



Squaw Valley's SquawKids' Children's Center dedicates all 12,000 square feet of space to our guests between the ages of 3 and 12.

Located at the base of the mountain, the Children's Center is adjacent to six lifts, our state-of-the-art Funitel, and our 110 passenger aerial Cable Car.

SquawKids provides several full day and half day programs tailored to the age and ability of each child.

SquawKids is a *ONE-STOP* center for families, where all of the children's needs are taken care of (rentals, lift tickets and lessons).





Squaw Valley's KT the Bear is a favorite with the kids and KT visits with all the Squaw Kids almost every day to make sure everyone is having fun!

Bring your camera so you can have a photo taken with KT!

NOTE: Parents please keep in mind that for your convenience, you may purchase your lift tickets at the Children's Center so that after you drop off your little ones, you can get out on the slopes right away.

Special Children's Center Parking is also available to participants in the SquawKids'





Squaw Valley USA: SquawKids                                    Page 2 of 3

Programs.







**Program Details**

**Tips for a positive experience**

**Program Prices**

For kids interested in an ongoing seasonal program, the Squaw Valley **Mighty Mites** is one of the best kids programs in the country.



Connor Logan, age 3, simply loves Squaw Kids!

**PLEASE NOTE: These programs have a limited capacity and can sell out of space.** Parents are urged to arrive early - registration begins at 8:00am on weekends, and 8:30am midweek.

**Reservations** are highly recommended for all Children's Center programs. For reservations, call **530-581-7166. The best time to reach us is between 10am & 4pm.**

For general information, please call **530-581-7225**

Please note:

**Squaw Kids Cancellation Policy**

- If you cancel your child's reservation two days before there is no charge.
- If you cancel your child's reservation one day before there is a $15 fee.
- If you cancel your child's reservation the morning of or no show, you are subject to full charge.
- There are no refunds or changing of dates on pre-sold tickets.

---

| Home  | On the Mountain  | In the Valley  | Vacation Planner | Lodging Packages | Employment  | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Squaw Kids**
  Program Details
  **Tips for a positive experience**
  Program Prices

**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams

# SquawKids: Tips for a Positive Experience

Karen Roske, Director of the SquawKids Children's Center, offers the following suggestions to help your children have a successful day at the Children's Center:



Click for I

- Arrive at registration early. Arriving early will allow children time to pick up their equipment, adjust to the surroundings, and meet other children and instructors without feeling rushed (parents will also have more time on the slopes!).

- Be honest about the child's ability. Instructors will evaluate each child individually and select the appropriate class. Class adjustments may be made during the lesson.



DE
&
DISCO

- A full day can be alot of skiing for a 3 or 4 year old. We recommend starting with a half-day program (morning or afternoon).

- Please label all belongings and make sure children are equipped with the following when they enroll in ski school:

  1. Goggles or sunglasses with UV protection.
  2. Appropriate warm clothing to be outdoors for several hours, including a hat.
  3. Waterproof gloves or mittens.
  4. Sunscreen above SPF 15.



- Parents who wish to watch children in class should watch from a distance to help keep the child's attention on the instructor.

- Please arrive 15 minutes early to pick up your child if you would like to talk to your child's instructor.



SQUAW V
Summer
July 22-

- Each child will receive a report card at the end of the day so that parents will know what skills were worked on in the class. Instructors will also make suggestions for the next step of instruction.



HAMBUR
EXPRE
$
OLYMPI
E

- Be supportive and encouraging with your child no matter how they do in class.



- Remember, children all learn at a different rate.
- Please note that these programs are on-snow programs - not day care. Participants will be on the snow in active outdoor activities.

*Just think, in no time at all you will be enjoying the slopes together as a family!*

**Please also note:**

**Squaw Kids Cancellation Policy**

- If you cancel your child's reservation two days before there is no charge.
- If you cancel your child's reservation one day before there is a $15 fee.
- If you cancel your child's reservation the morning of or no show, you are subject to full charge.
- There are no refunds or changing of dates on pre-sold tickets.

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Race Teams**
Daily Training Schedule
Team Descriptions
Mighty Mites
Ski Team
Freestyle Team
Snowboard Team
Passes & Prices

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams



Click for I



got (
SQUAW V
Get th

# Squaw Valley's Famous Mighty Mite Program

## WHAT ARE THE MIGHTY MITES?

The Mighty Mites are a group of very enthusiastic youngsters who love to ski and have a good time. The goals of the program are:

- Fun
- Improved Skiing Ability
- Safety and Understanding of Mountain Terrain

## ELIGIBILITY

Children age 5 to 8 (by December 31, 2006) are eligible, but they must be able to glide and stop. Skiing skills are used to divide the Mighty Mites into skiing groups.

If you have a 4-year old click here.

## Schedule

- Click here for the season calendar
- Mighty Mites - 8:15 to 2:30. Weekends, holidays and school vacations 12/9/06 - 4/1/07.
- Tuesday/Thursday - 1:30 to 4:00pm. All Tuesdays and Thursdays 1/2/07 - 3/29/07. No team on 2/20/07 & 2/22/07 due to Presidents holiday.

All Mighty Mite team members, with the exception of the Tues/Thurs Team, must begin skiing with the program prior to Dec. 31st. Those who have not skied with the program prior to Dec. 31st may be dropped from the 2006-2007 roster. It is very important that attendance be consistent, and we recommend that all of our Mighty Mites ski at least 4 times per month.

## Where do We Meet?

The Mighty Mites meet each morning at 8:15 at the "Big Tree" between KT-22 and Exhibition chairs. From there we move to all parts of the mou







you miss us in the morning, you can always catch us at lunchtime at 11:15 at the Ground Floor of the Gold Coast complex at the top of the Funitel. The Tuesday/Thursday Mighty Mites meet at the tree adjacent to the base of the Funitel at 1:30.

## Lunch

Each Mighty Mite child, with the exception of the Tues/ Thurs Team, needs to bring a lunch in a secure PAPER OR PLASTIC sack for the day. The lunches are collected in the morning and transported to the lunchroom at Gold Coast by the coaches. Lunch can also be purchased through Dave's Deli, which is then delivered to the lunchroom.

## Breaks

We do not usually take breaks, except on very cold or windy days. It is a good idea to give your child $2 for hot chocolate for these occasions. No candy please! A pocket snack is always a good idea!

## Bad Weather

Participants will ski every day that is deemed safe by the Mountain Management. We will only cancel team when the weather causes closures due to winds, heavy snow or poor visibility. Please check the website at skiteam@squaw.com for the daily update or call the Ski Team office at 530 581-7270 after 7:00am.

## Uniforms

Helmets & eye protection are required for all team members. Uniforms are optional and are available for purchase through the Squaw Valley Sport Shop at the beginning of the season. You may call them directly at (530) 583-3356 for more information.

## HOW TO ENROLL

Call the Mighty Mites Office at 530-581-7270 and ask for an application or download one from this web site. For prices and forms <u>click here</u>.

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985





Squaw Valley On-Mtn: Mighty Mites

Page 3 of 3



**Media Center**

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



Race Teams
Daily Training Schedule
Team Descriptions
Mighty Mites
Ski Team
Freestyle Team
Snowboard Team
Passes & Prices

On the Mountain
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams





Click for I



DE/
&
DISCC







# Squaw Valley's Shooting Stars Program

## What are the Shooting Stars?

Shooting Stars are 4 year olds that want to ski and be outside. This half day program is designed to provide a safe and controlled environment for children to learn to ski. The goal of our program is to have fun, improve skiing ability and learn mountain safety.

## Eligibility

Children age 4 (by December 31, 2006) are eligible. Skiing skills are used to divide the Shooting Stars into skiing groups. 4 year olds are accepted on a trial basis due to maturity and attitude. Birth certificates are required prior to skiing.    .

## Schedule

- 8:15 to 12 noon - Weekends, Holidays & School Vacations 12/9/06 - 4/1/07
- Tuesday/Thursday - 10am - 12:30pm 1/2 - 3/29/07

## Where do We Meet?

The weekend Shooting Stars meet at the base of the Funitel at 8:15 am and will ski until 12 noon. We will take a morning snack break and return your child to you before lunch. The Tuesday/Thursday Shooting Stars meet at the tree adjacent to the base of the Funitel at 10am and return at 12:30. Please bring a snack.

All Shooting Star team members must begin skiing with the program prior to Dec. 31st, with the exception of the Tues/Thurs Team. Those who have not skied with the program prior to Dec. 31st may be dropped from the 2006-2007 roster. It is very important that attendance be consistent, and we recommend that all of our Shooting Stars ski at least 4 times per month.

## Breaks

We do not usually take breaks, except on very cold or windy days. It is a good idea to give your child $2 for hot chocolate for these occasions. No candy please! A pocket snack is always a good idea!

## Bad Weather

Participants will ski every day that is deemed safe by the Mountain Management. We
will only cancel team when the weather causes closures due to winds, heavy snow or
poor visibility. Please check the website at skiteam@squaw.com for the daily update
or call the Ski Team office at 530 581-7270 after 7:00am.

## Uniforms

Helmets & eye protection are required for all team members. Uniforms are optional
and are available for purchase through the Squaw Valley Sport Shop at the beginning
of the season. You may call them directly at (530) 583-3356 for more information.

## HOW TO ENROLL

Call the Race Team Office at 530-581-7270 and ask for an application or download
one from this web site. For prices and forms click here.

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Race Teams**
Daily Training Schedule
Team Descriptions
Mighty Mites
Ski Team
Freestyle Team
Snowboard Team
Passes & Prices

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Squaw Valley Race Team Programs

Squaw Valley's rich competitive heritage spans decades and includes great success. Many Squaw Valley athletes have gone on to compete in national, World Cup, and Olympic events. Squaw Valley has a vast array of programs designed for skiers and snowboarders wishing to develop a broad range of skills and become competitors and more well-rounded athletes.

There are four primary programs:

## Squaw Valley Ski Team

The Squaw Valley Ski Team offer skiing and competitive racing programs for children 4 and up. Our programs are designed to develop racing skills that can help committed athletes go on to success. Graduates of the Squaw Valley Ski Team continually move on as far as the World Cup and Olympic Events. Notable alumni include Tamara McKinney, Edith Thys, Hansi & Toni Standteiner, Daron Rahlves, and countless others.

**Alpine Ski Team Programs**

**Youth Mighty Mite Programs**

**Daily Training Schedule** (updated regularly)

## Squaw Valley Snowboard Team

The Squaw Valley Snowboard Team offers snowboarders a competitive program and is geared for children ages 8 and older. The programs offer both racing and freestyle coaching to the very

## Squaw Valley Freestyle Team

Squaw Valley's Freestyle Team is one of the top programs in the country, and includes famous alumni such as Gold Medalist Johnny Moseley and Silver Medalist Shannon Bahrke. The goal of the program is to give skiers the tools to develop the skills needed that compete at all levels.

**Freestyle Team Programs**

## Master's Program

S quaw Valley offers a season long program for adults looking for a race training program.

**Master's Program**



Click for I



DE/
&
DISC(





beginner as well as the seasoned competitor. Coaching includes gate training, half-pipe and free-riding.

**Snowboard Team Programs**





---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Race Teams**
  Daily Training Schedule
  Team Descriptions
  Mighty Mites
  Ski Team
  Freestyle Team
  Snowboard Team
  Passes & Prices

**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams

# Squaw Valley Ski Team Programs

The Squaw Valley Ski Team offers several skiing and competitive racing training programs to suit all ages, abilities and goals.

## Mighty Mite Program - Ages 4-8

If you've skied at Squaw Valley, you've probably watched the Squaw Valley Mighty Mites zoom past you at least once. This program is for our youngest skiers and the coaching concentrates on fun, skiing ability improvement, safety and understanding of the mountain and terrain. Click here for more info.

## The Squaw Valley Junior Ski Team
## Ages 8-12 (JIV & JV)

### What is the Development Team?

This team is for youngsters ages 9 through 12, as of Dec. 31, 2006. The Development Team has three skiing divisions within it's structure: Group I: JIV and JV Far West Racers Group II: Tahoe League Racers Group III: Big Mountain Skiing While geared toward racing, we place a major emphasis on improving ability and technique in free skiing skills by skiing with a coach on all types of terrain and in all types of conditions.

### Group I - Far West

This is a more intense, competitive group of skiers who wish to race with the U.S. Ski Association, with the goal of making the U.S. Ski Team. Skiers in this group will be required to join USSA and obtain a junior racing license. Full time members meet all weekends, holidays, and school vacations, December 9 through April 1 from 8:15am - 2:30pm, Wednesday and Thursday afternoons from 1- 4pm, and Fridays 9am - 4pm. Weekend members meet all weekends, holidays and school vacations, December 9 - April 1 from 8:15am - 2:30pm. Please note that these athletes have an unsupervised lunch period from 11:30am -12:30pm.

### Group II - Tahoe League

Designed for skiers who want to learn how to race or just ski better. Graduated Mighty Mites and Big Mountain Team members from the previous season will enjoy this group. They will continue to strengthen their skiing skills and build racing experience in preparation for their future as Far West racers. As competitors in the Tahoe League, they will travel to local races, getting an opportunity to compete and ski at different areas around Lake Tahoe. This group meets all weekends, holidays and



Click for I



Squa
Valle

Gift I





SQUAW V/
Summer
July 22-

school vacations, Dec. 9 through April 1 from 8:15am - 2:30pm. Please note that these athletes have an unsupervised lunch period from 11:30 - 12:30.

**Tahoe League Race Schedule 2007**





- January 6th & 7th, Giant Slalom, Sugar Bowl
- January 28th, Split Slalom, Heavenly and Sierra At Tahoe
- February 10th & 11th, Dual Slalom, Diamond Peak
- February 25th, Split Giant Slalom, Homewood and Alpine Meadows
- March 10th & 11th, Big Gee, Northstar March 24th & 25th, TL Champsionsips, Boreal and Squaw Valley
  There will be a new format for Championships this year. Two areas will host the Championships this year. For example: On Saturday while 10 & under do SL at Boreal the 11 & up will do the GS at Squaw. Sunday will flip flop.

## Group III - Big Mountain Skiing

The Big Mountain Team emphasizes experiencing general all-around skiing, rather than just racing. Each athlete will set his/her own, realistic goals. Our goals for members of the team are: 1. To increase skiing skills and understanding of the sport of skiing. 2. To enjoy skiing and being with other great skiers 3. To individually develop to the best of his/her ability. 4. To have fun! These team members will participate in three - fun, no-pressure events. In addition, this team will, under the direct supervision of their coaches, ski all over Squaw Valley looking for the challenges of new bumps, cornices, powder and jumps. This group meets all weekends, holidays and school vacations, December 9 through April 1 from 8:15am - 2:30pm. This team has a supervised lunch period from 11:15 - noon at the base of the mountain in the Olympic House next to the Wildflour Baking Company.

## Expenses

Team fees are listed on the application. They include all training at Squaw Valley and a Squaw Valley season pass. Coaching at away races is included, but lift tickets, lodging and transportation are not. Uniforms are available for the different groups, but they are NOT mandatory. The Squaw Valley Sport Shop takes care of all of our uniform needs. You may call them directly at (530) 583- 3356 for any uniform questions.

# Squaw Valley Junior & Ability Teams - Ages 13 and older (JI, JII, JIII)

The Squaw Valley Ability & Junior Ski Team offers two training programs:

- Full Time Team - Meets 6 days a week from mtn. opening through Far West Championships.
- Weekend Team - Meets from 8:15 to 3:00 on weekends, holidays and school vacations from December 2, 2006 through April 1, 2007.

Dates dependent on mountain operations.

## Full Time - Ages 13 & older

The Full Time Team is for competitive racers ages 13 and older as of Dec. 31, 2006. Training for the athletes on the Full Time Team is Tuesday through Sunday, both mornings and afternoons. We will be training using rapid gates, video and portable timing as applicable. Courses will be set on Mott's, Red Dog, Sully's Knob and Exhibition as dictated by weather and upcoming races. Downhill training will be scheduled based on snow conditions and safety. An on-going winter physical conditioning program is MANDATORY for all training groups.

## Weekend - Ages 13 & older

Designed for the skier who cannot train full time, the Weekend Team meets on all weekends and holidays. All intermediate skiers and better, are eligible for the Weekend Team. The emphasis for the Weekend Team is on improved free skiing and gate training. The stronger, more experienced Weekend Team members will have an opportunity to train with the Full Time Ability Team prior to competition in Far West races. Both Ability Team programs include coaching and season pass. As a reminder, race fees, transportation & housing at away races are the responsibility of each individual member. Lockers are available to all Full Time and Weekend Ability Team members in the Squaw Valley Ski Team locker room on a rental basis for an additional fee.

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Race Teams**
  Daily Training Schedule
  Team Descriptions
  Mighty Mites
  Ski Team
  Freestyle Team
  Snowboard Team
  Passes & Prices


**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams

# Squaw Valley Masters Programs

Squaw Valley's rich competitive heritage spans many decades and many age groups. While most people may be familiar with our young race programs (the Mighty Mites, alpine, freestyle and snowboard teams) Squaw Valley also has a comprehensive program for adults interested in a more formal racing and training program.

Masters racing is a division of the U.S. Ski Association and is designed for every level of skier ability, from entry level racers through ex-national team members. Masters racing provides the next step for up and coming accomplished skiers who are late bloomers, NASTAR and college racers, ski instructors, former professional racers and even ex-national team members.

## SEASONAL TRAINING

Squaw's training program includes 3 hours of gate training in the morning and freeskiing with Masters coaches in the afternoon to work on development of skiing skills.

Squaw Valley's Race Program for adults offers various levels of participation. Choose from:

- **Weekend/Holiday only (Fri-Sun)**
- **Mid-week (non-holiday) only (Mon-Fri)**
- **Full season (every day) programs**

## DAILY RACE WORKSHOPS

For those that are unable to commit to a season long program can participate in a daily gate training program.

Participation costs $45 for the morning gate training workshop. For an additional $25 racers can hone their racing skills by freeskiing with the coaches in the afternoon.

## RACING

Newly expanded to include younger skiers, masters from ages 21 to over 80 compete on the same runs used for World Cup events in the following events: slalom, giant slalom, super G and downhill.

On a local level, masters races are open to racers 21 years of age or older, with appropriate eligibility, according to USSA rules. A USSA alpine masters membership is required.



Click for I



Squa
Valle
Gift I





—

## REGISTRATION

The Master's Program and Season Pass applications can be downloaded from the web: click here. You will need to fill out both forms please.

Please call our Race Services Department at 530-581-7188 for more information.



---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy