# EXHIBIT 1 - PART E



| Vacation Planner | On the Mountain | In the Valley | Activities/Events | Shopping | Squaw |

**Welcome to the SquawTalk Forum**

Had a great day? Love that new hit in the park? Got a secret spot that you want to share? Now you can! Introdu
threaded discussion forum for talking about all things Squaw Valley. Register as a SquawTalk user then post abo
aspect of Squaw that you'd like. Just keep it civil and lawful (this is supposed to be fun). Please read our policies
posting.

---

**Available Forums**

# Classifieds                    Posts: **17**        Last Post: **05-14-06 14:22**

    If you've got something to rent or equipment to sell, post it here.

# Housing                        Posts: **0**         Last Post:

    Looking for a place? Have a place you want to share? Meet up with other Squaw people here.

# Virtual Snow Show              Posts: **0**         Last Post:

    No Lines. No Crowds. No Hassles. Free Admission

---



## High Camp
**Restaurants**
**Pool & Spa**
**Olympic Ice Pavilion**
**Snowtubing**

## In the Valley
**Lodging**
**Restaurants**
**Shops**
**Activities**
**Services**
**High Camp**
**Events**
**Shuttles**

# Snowtubing
## At the Papoose Learning Center
**Please Call 530-583-6985 to Confirm Operation Status**





Come cruise the white stuff on our custom snowtubes. If you've never "tubed" before, it's a blast.

The snow tubing park is located at the Papoose Learning Center at Far East (turn left at the first parking lot bridge towards the Papoose Learning Center) Two tubing lanes are maintained providing tubers a variety of thrill levels.

The snow tube park operates from 11am to 3pm daily, operations permitting. A 1 hour session is $10. Please check the <u>Daily Snow Report</u> for operations details, and **call ahead to confirm daily operations** 530-583-6985.

Sightseeing is available at High Camp. Please note that if you do not have a lift ticket you will need a Cable Car ticket for the ride to High Camp. Click here for **Cable Car ticket prices.**

**HOURS/SCHEDULE:**
Open: 11am - 3pm (the park is open until 4pm, however, the last session begins at 3pm), weather permitting.

**AGES:** 4 Years and up (one person per tube)



| Tubing Prices - 1 hour sessions ||
|---|---|
| Adults and Children | $10 |

**TICKETS:** Purchase tickets at the Papoose Learning Center.

**Please note:** Tubing space is limited and sessions may sell out.

Snowtubing operations are subject to cancellation due to inclement weather. Please call **530-583-6955** for operations status.









| Home  |  On the Mountain  |  In the Valley  |  Vacation Planner |  Lodging Packages |  Employment  |  Contact  |

| SquawCam  |  Snow Report  |  Squaw Shop  |  SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Olympic House**
  Wildflour Baking Co.
  Sundeck Tavern
  Euro Snack
  Northern Lights
  Bar One
  Sharpshooters

**Village Green**
  Le Chamois
  AK Video

**Olympic Plaza**
  Plaza Bar
  Dave's Deli
  The Dining Court

**Cable Car Building**
  Headwall Cafe'

**Far East Center**
  Red Dog Bar & Grill

**In the Valley**
  Lodging
  Restaurants
  Shops
  Activities
  Services
  High Camp
  Events
  Shuttles

# The Cable Car

A ride in the scenic Cable Car is a spectacular and leisurely ride 2,000 vertical feet to the **High Camp Bath & Tennis Club**. The Cable Car is one of Squaw Valley's most popular year-round attractions and is open to all guests, skiers, snowboarders and walkers.

Once you reach the top, the upper mountain facility features panoramic views as well as access to numerous **activities** and **five restaurants**.

To check out the view from High Camp **click here.**



The Cable Car building itself is a landmark. Erected in 1968, it is one of the resort's most prominent buildings and it is the lower mountain terminal for the Cable Car.

The building won an architectural award for excellence and is highlighted by it's bold design and huge windows, allowing visitors to view the massive counterweights that support the cable car. Take a walk around and marvel at the amazing technology of this unique transportation system.

The building is also home to the **Headwall Cafe & Climbing Wall** offering snacks and a variety of exciting climbing routes, the Cable Car Curio, a shop for your last minute hat, sunglasses or sunblock needs as well as a guest services desk, ticket portals, lockers, and restrooms on the lower level.









| Cable Car Hours | |
|---|---|
| Subject to change - check the **Daily Report** for | |
| Nov 18- Dec 17, 2005 | 9:40am- First Trip Up<br>4:40pm- Last Trip Down |
| Nov. 25- Nov 26, 2005 | 9am First Trip Up<br>9:40pm- Last Trip Down |
| Dec. 18 - April 7 | 8:30am (weekends)<br>9am (midweek) - 9:40pm |

| April 8 - May 29, 2006 | 8:30am (weekends) 9am (midweek) - 4pm |
|---|---|
| Cable Car Prices: | Adult |
| Adults | $19 |
| Junior (13-15) | $15 |
| Senior (65+) | $15 |
| Children Under 13 | $5 |
| Children 3 & Under | FREE |
| Evening Discount Prices after 4pm Daily (Dec 18 - April 9) | Adults - $9; Children - $5 |
| Skate & Swim (Starting in March) Activity Packages Available. **Click for more pricing options.** | |
| *No night operations on Dec. 24 - Christmas Eve | |

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



Tahoe Discount Vacation Packages | **Tahoe Vacation Hotel Packages Request** | Search Squaw T

**Search Lodging**

**Discount Packages**

**Request a Brochure**



Squaw Valley is just 6 miles from Lake Tahoe.

## Search for Lodging:

**Location:**
**Choose at least one:**
- [ ] all locations
- [ ] Ski-in/Ski-out
- [ ] Squaw Valley USA
- [ ] North Lake Tahoe
- [ ] Truckee
- [ ] Reno

**Type of Accomodation:**
**Choose at least one:**
- [ ] all types
- [ ] Hotel/Motel
- [ ] House/Condo
- [ ] Cabins
- [ ] Bed & Breakfast

**Gotta have:**
- [ ] Hot tub/Spa
- [ ] Fireplace/Woodst
- [ ] Cooking Facilities
- [ ] Breakfast
- [ ] Workout Facilities
- [ ] Laundry

[ Search Properties ]

# SQUAW TAHOE LODGING & HOTEL VACATION PACKAGES ARE HERE!

Squaw Valley Central Reservations is your one-stop source for complete year-round vacation planning to Lake Tahoe, Squaw Valley USA, and Reno. Our agents can han every aspect of your vacation planning, to include lodging, hotel packages, lift ticke rental cars. We can even handle your airline reservations. Ask about our surprisingl rates!

*STEP ONE...*
To get started, **search** over 50 lodging & hotel properties in the North Lake Tahoe Reno area for exactly what you are looking for. We book everything from 4-star res hotels, to lodges, condos, B&B's, and private homes. Choose to stay at the base of mountain, or from accomodations at a multitude of North Lake Tahoe Inns, hotels, and cabins, or Reno/Tahoe Hotel Casinos.

*STEP TWO...*
Choose your favorite Tahoe Lodging, Vacation Package or Hotel and then **contact a** with your basic information via our easy-to-use form. We'll quickly review your info and get back to you with answers to all your questions. When it's right for you, we'l ahead and book your vacation. All our Tahoe lodging and vacation hotel packages c arranged quickly and efficiently by calling Squaw Valley Central Reservations at **1-8 247-8872**.

**OR CALL ANYTIME...**
If you'd prefer to speak to an agent directly, don't hesitate to call...



© 2000-2006 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Valley Ski
Corporation and may not be copied, downloaded, or used for any purpose.



Tahoe Discount Vacation Packages | Tahoe Vacation Hotel Packages Request | Search Squaw T

**Search Lodging**

**Discount Packages**

**Request a Brochure**



Squaw Valley is just 6 miles from Lake Tahoe.

# SQUAW VALLEY USA VACATIONS, LIFT TICKET DISCOUNTS & LAKE TAHOE LODGING PACKAGES

**Squaw Valley USA invites you to experience Lake Tahoe's be lodging packages. Call us today for complete and customize vacation planning 1-800-403-0206.**

The vacation packages below are just a few of your options... with over 50 properti can custom tailor a Lake Tahoe vacation package for any budget and any length of search all of our properties and request a reservation quote **view our online vaca planner**.

**Here is a sample of the custom vacation packages we can build for you...**



**SQUAW VALLEY LODGE**

**Book three nights receiv fourth night FREE!**



**$257 per person**. Includes four nights lodging in a deluxe studio and 2 days of unl use of the Cable Car and High Camp's Olympic Ice Pavilion and Lagoon and Spa. *Ba double occupancy (two adults)*

**$220 per person**. Includes four nights lodging in a luxury two bedroom condo suit full kitchen and gas fireplace. Plus 2 days of unlimited use of the Cable Car and Hig Camp's Olympic Ice Pavilion and Lagoon and Spa. *Based on quad occupancy (four a*

Enjoy the breathtaking beauty of the mountain from this slopeside, Four Diamond,
condominium suite resort. Steps from legendary Cable Car or stroll the historic base
and European style promenade. Relax in the pool, indoor and outdoor hot tubs or e
complete health club. Each suite features a fully equipped kitchen.

*Valid 6/10/06 through 9/21/06, Mid-week, non holiday. Taxes & fees not included.*
*restrictions apply.*



### PlumpJack Squaw Valle
### Inn

**Book two nights receive th
night FREE!**



**$257 per person**. Includes three nights lodging, mountain breakfast, and 1 day of
unlimited use of the Cable Car and High Camp's Olympic Ice Pavilion and Lagoon ar
*Based on double occupancy (two adults)*

Squaw Valley's boutique hotel at the base of the Cable Car. Enjoy fine dining, outdo
tub and elegant pool. Steps away from Squaw Valley's vibrant base Village with sho
and night life.

*Valid 6/10/06 through 9/21/06, Mid-week, non holiday. Taxes & fees not included.*
*restrictions apply.*

**Custom-Tailored Tahoe vacation packages**
to suit your needs are always available.
**CALL NOW! 1-800-403-0206**


**LET US MAKE YOUR RESORT VACATION A MEMORABLE ONE**

© 2000-2006 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Va
Corporation and may not be copied, downloaded, or used for any purpo



**In the Valley**
- Lodging
- Restaurants
- Shops
- Activities
- Services
- High Camp
- Events
- Shuttles





Squaw Valley USA's extensive guest facilities are concentrated in two main areas: The Base Area, at elevation 6200' and the Upper Mountain, at elevation 8200'.

## El. 6200'

**Base Area Map**

**Olympic House & Village Green**
Home of the Squaw Valley Sport Shop, The Blue Onion, Le Chamois Pizza & the Loft Bar, Wildflour Baking Company, Pinnacle Real Estate, Sharpshooter Photography, Arcade, Zenbu Tapas Lounge, Alternative Edge Snowboard Shop, Mountain Essentials, RSN TV, Squaw Shop, Bar One, Sundeck Tavern, Restrooms & Lockers

**Olympic Plaza**
Plaza Bar, Dave's Deli, Burger Express, Gordon Biersch, Taco Express, Bar Six, Lockers & Restrooms

**Cable Car Building**
Headwall Cafe & Climbing Wall, Ticket Portals, Cable Car Curio, Lockers

**Children's Center**
Complete kids' lessons. On site rentals.

**Ski & Snowboard School**
Main sales office.

## El 8200'

**Mountain Maps**

**High Camp**
At the top of the Cable Car.

- **Restaurants & Bars**
- **Pool & Spa**
- **Snowtubing Arena**
- **Ski School** Sales & Meeting Area
- **Olympic Ice Pavilion**

**Gold Coast Complex**
Located mid-mountain at the top of the Funitel. Restaurants, Bars, Decks.

**Central Park**
Three complete areas with terrain parks and half pipes.







**Far East Guest Center**
Ski & Snowboard Rentals,
Retail, Ticket Portals, Ski
School Sales, Restrooms &
Lockers.

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**Olympic House**
 Wildflour Baking Co.
 Sundeck Tavern
 Euro Snack
 Northern Lights
 Bar One
 Sharpshooters

**Village Green**
 Le Chamois
 AK Video

**Olympic Plaza**
 Plaza Bar
 Dave's Deli
 The Dining Court

**Cable Car Building**
 Headwall Cafe'

**Far East Center**
 Red Dog Bar & Grill

**In the Valley**
 Lodging
 Restaurants
 Shops
 Activities
 Services
 High Camp
 Events
 Shuttles

# The Olympic House




For over 50 years, the Olympic House has offered apres ski entertainment and good times. In the post-Olympic hey-day the facility was home to the exclusive Five Circles Club, a private club where skiers and celebrities mingled and relaxed. Years later it became home to the popular Beer Garden, with its barrels of peanuts and beer slalom.

Today, the Olympic House is the main thoroughfare for Squaw Valley's guests, with numerous restaurants, bars, sundecks, shops, and a variety of facilities.

**Restaurants/Bars**

- WildFlour Baking Co.
- Euro Snack
- Northern Lights Ice Creamery
- Salsa Bar & Grill
- The Sundeck Tavern
- Bar One

**Shops & Services**

- The Squaw Shop
- Altitude Aqua Massage and Oxygen Bar
- Pinnacle Real Estate

- Alternative Edge Snowboard Rentals
- Sharpshooter Photography
- The Arcade
- RSN TV Studios






Squaw Valley USA: The Olympic House                                    Page 2 of 2

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



NOW SEATS SEVEN

Sign In | myaccount | h

**rsn**

**cams | insider's guide | snow | forums | resort info | weather | rs
gear center | lodging picks | travel deals | win pri**

RSN Home >   view more cams >   Squaw Valley USA resort >

search rsn.com   Go!

**find it fast**
about rsn
an ESPN affiliate site
e-mail newsletter
snow alerts
scenic drives
bring the kids
more info from skicentral
video sport tips
site map


GET YOUR
WEEKLY {BUZZ}

Ads by Gooooogle

**Squaw Valley Hotels**
Official site Squaw Valley USA
Lodging & Activity Packages
Avail!
www.squawvacations.com

Advertise on this site

# Squaw Valley USA, California

05-03-04 08:45 AM PST

more resort info

weather
stats
trail map
travel deals

**today:**
Sunny , 82°F

**Skiing & Riding Through May at
Squaw**


FEEL LIKE
A LOCAL...

GOT
SKILLS?

Squaw Valley USA, North America's Spring Skiing
Capital, is still open with upper mountain spring skiing
and snowboarding for all abilities, discounted lift
tickets, and scheduled operations through May
(conditions permitting, of course). Step up to Squaw
and experience the difference a legendary mountain
can make, with sunny spring weather and something
for everyone. Bring your swimsuit! The High Camp
Swimming Lagoon and Spa is open daily and FREE with
your lift ticket!

**get Squaw Valley USA tips from Eric** 


NOW SEA
SEVEN

## Recent Cam Archives

   

05-01-04 02:03 PM   04-18-04 09:45 AM   04-11-04 04:22 PM   04-04-04 04:21

Squaw Valley USA -     Spring Is Going       Spring Fun at         Spring Fun at
Still Going Strong      Strong at Squaw     Squaw Valley USA    Squaw Valley U:
    into May

more cam archives 

## Current Conditions News

**News**

**JULY 20 11:30 AM EST**          Complete Squaw Valley Info
As reported from Truckee, CA.         - from the source.

                    more news 

**Sunny**
**Temp:** 82 °
**Wind:** 0 mph
more weather info 

## All About the Cams

Ski cams, snow cams, resort cams, beach cams, mountain cams...what ever you w
call them - we got 'em. Whether you're looking for resort information, local informa
resort conditions, or just like to check out the cam shots, the rsn cam pages bring i
you with a personal touch.

The RSN Cam Ops put in a lot of effort to keep these photos updated and the
information fresh, so feel free to send the Cam Op an email with questions, comme
or (my favorite) - praise! Enjoy!





Want to know more **About RSN?**

**Comments** about this Resort Cam | **Comments** for RSN.COM.
**Sponsorship Opportunities | Want our Cams on your Web site?**
Copyright © 2006 Resort Sports Network
RSN, Resort Cam, and all related marks and logos are trademarks of RSN. ALL RIGHTS RESERVED.
**Privacy Policy | Terms and Conditions**



**GET YOUR WEEKLY {BUZZ}**



Sign In | myaccount | he

cams | insider's guide | snow | forums | resort info | weather | rs
gear center | lodging picks | travel deals | win pri

Squaw Valley USA resort  >  Squaw Valley USA cam local report  >

search rsn.com | Go!

**find it fast**
**about rsn**
an ESN affiliate site
**e-mail newsletter**
**snow alerts**
**scenic drives**
**bring the kids**
**more info from skicentral**
**video sport tips**
**site map**



SkiMaine Passbook

Ads by Goooooogle

**Squaw Valley Hotels**
Official site Squaw Valley USA
Lodging & Activity Packages
Avail!
www.squawvacations.com

Advertise on this site

# Squaw Valley USA, California Local Report



more resort info

**Today:**
Sunny , 82°F

---

**Questions or comments?**
Send Eric our Cam Op, an E-mail!

---

## SQUAW VALLEY USA - It's The Mountain.



SQUAW VALLEY USA  SquawMail Mountain Report

Squaw Valley USA - Official SquawMail - Thursday, February 26, 2004

**POWDER ALERT**

### OVER TWO FEET OF NEW SNOW
**FORECAST CALLS FOR CLEARING FRIDAY**

Hello Powderhounds!

One word: DEEP! Over two feet of new snow has fallen in the last 24 hours and it continues to fall this morning! It is truly epic today, and shaping up to be a spectacular weekend with fresh and tracked powder and miles of groomed terrain on a base snow depth of 15 feet.

**7 Day Ne**
**Thru**



30

RSN Cams- Squaw Valley USA

## CURRENT CONDITIONS AND OPERATIONS

| As of 10am, Feb 26 | 6200' | 8200' |
|---|---|---|
| Current Temp: | 26f | 20f |
| New Snow (24 hr): | 12" | 26" |
| Base Depth: | 8' | 15' |
| Surface Conditions: | Fresh Powder/ Groomed | Fresh Powder |

We'll be in full operation this weekend with 30 lifts scheduled, 4000 acres, mountain full of fresh snow! Check the SquawCAM for live images, the daily updates, and remember, kids 12 & under ski Squaw for only $5 every day!

### FIREWORKS & TORCHLIGHT FRIDAY NIGHT
Get ready for Snow Festival! North Lake Tahoe's exciting 10 day festival will kick off at Squaw Valley USA on **Friday, February 27th** with a spectacular fireworks show, a spaghetti feed, and a concert by S.F.'s superb jam band, **Tea Leaf Green** at the Plaza Bar. Click here for details.



### NEW SNOW ENSURES SKIING THROUGH MAY!
The base depth is now over 15 feet on the upper mountain, ensuring that Squaw's long season will continue through May. Make plans now to enjoy spectacular skiing and riding and fun events over the next few months at Squaw Valley USA.

### DISCOUNT SPRING LODGING PACKAGES AVAILABLE
The snow's here and the season's just getting rolling! Squaw Valley Central has the best prices on lift & lodging packages - book the **Slopeside Steal as low as $112 per person/per night!** Click here for details and complete package listings or call **1-800-403-0206** to speak directly to an agent.

### LEAP YEAR FEST!
It only happens every four years, and it's worthy of some wacky times. This weekend, get out and participate in a plethora of silly events to celebrate the elusive 29th day of Feb. Details.

 **EAT FRESH AND SAVE ON SQUAW LIFT TICKETS!**
Eat fresh at participating S.F. Bay Area Subway Stores and save on your Squaw lift ticket. Purchase a Fresh Value Meal at any participating S.F. Bay Area Subway store (over 200 to choose from) and receive a **$10 OFF coupon** for Sunday - Friday* at Squaw Valley USA. Visit stores for details and restrictions.



**We look forward to seeing you soon at Squaw Valley US**



www.squaw.com

**Vacation Lodging Packages: 1-800-403-0206**



*Some holiday restrictions apply.

---

This message is sent only to registered subscribers of SquawMail.
See below to edit your profile or unsubscribe.

---

| Home | Mountain Guide | Resort Guide | Employment | Contact

| SquawCam | Snow Report | Squaw Shop |

©2004 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this email are the property of Squaw Valley Ski Corpo
may not be copied, downloaded, or used for any purpose. Header photo by Tom On



Want to know more **About RSN?**

**Comments** about this Resort Cam | **Comments** for RSN.COM.
**Sponsorship Opportunities** | **Want our Cams on your Web site?**
Copyright © 2006 Resort Sports Network
RSN, Resort Cam, and all related marks and logos are trademarks of RSN. ALL RIGHTS RESERVED.
**Privacy Policy** | **Terms and Conditions**



UberCam
SquawCam
High Camp Cam
VillageCam
360 Mountain Tours
Mtn. Panoramas
Virtual SquawCam

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

**In the Valley**
Lodging
Restaurants
Shops
Activities
Services
High Camp
Events
Shuttles







VILLAGE - el 6200'          HIGH CAMP - el 8200'

Click any image to enlarge to full size.



Click here to see our latest controllable cam, the UberCAM, featuring streaming pan-tilt-zoom of the entire upper mountain.

Vacation Planner- Search Lodging
Book a trip to Squaw now!
Special lodging packages available.

Advanced Ski Clinics & Just For Women's Programs

Join the Frequent Skier Program and get
EVERY 5th DAY FREE!



**NEW - The Perfect Gift!**
The **Squaw Valley Cash Card** is valid for lift tickets, lessons, food & drink, clothing, activities, and more! Details >>>






| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Tickets**
Tickets
Season Passes
Multi Day Tickets
Frequent Skier Program
Lift-Lesson Packages
Beginner Packages
Group Rates
Corporate Discount
Program

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Frequent Skier & Snowboarder Program

**EVERY FIFTH DAY IS FREE!**



Ahh, how sweet it is! **Ski Free**. Two words that are rarely uttered together. Here at Squaw, we reward you for skiing and riding with us, and the more you do, the more you save!

It's so simple... just pre-register <u>online</u> for $5 (or $10 at any ticket window) and you can get:

- **Every fifth day: FREE!** *(Save $13 per day)*
- **WEEKLY BONUS CLUB DAYS! Every Tuesday, Wednesday & Thursday: Lift tickets = $55**
  *(These Bonus days also count towards your fifth day free and mean that you can increase the savings over $20 per day!)*

## HOW MUCH, YOU ASK??

Membership is only $5 when you pre-register <u>online</u>
or $10 at any ticket window during the season.



<u>Click here</u> to **pre-register online for $5.**

OR, register for **$10 at any ticket window** during the season and start saving the same day!

## THE DETAILS

Club members MUST present their Frequent Skier Club Card, and valid photo ID at the point of purchase in order to redeem Club Day discounts or have days counted towards the free day.

- The Frequent Skier membership is non-transferable and non-refundable.
- Valid for one adult all day ticket per member, every fifth recorded













registered day during the 2005-2006 season.
- One adult ticket all day lift ticket per day **purchased at full price** will be counted towards the program. *(This means that early and late season reduced rate lift tickets do not count towards the program or that the program does not begin until Squaw is in full operation and charging full price.)* Bonus Club Day discounts **DO** apply towards the 5th day free. Multi-day ticket purchases and other discounts do NOT apply.
- Ticket purchases made previous to application date cannot be credited towards the program.
- Lost or stolen cards can be replaced with a $5 fee.
- This membership is non-refundable and non-transferable.

*Weekly Bonus Days are not in effect during the Christmas holiday weeks, Dec 20-29, 2005.*

---

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams



Click for I

# Ski School Advanced & Expert Workshops

Squaw Valley Ski Workshops start where the Ski Your Pro program leaves off.

All workshops are approximately two hours long and start at the top of the Links chairlift every hour on the hour. Assemble 10 minutes before Workshop times.

Tickets can be purchased at any ticket portal, in the Ski School office, at the High Camp sales office at the top of the Cable Car or at the school meeting area at the top of the Links Chairlift.



DE
&
DISC

Lesson Only : $47

Package: $124
(includes lesson, rentals, and lift ticket)

| Workshop Descriptions | |
|---|---|
| Select the lesson that best corresponds to your ability and experience level. | |
| **Level 6**<br>**Advanced Skiing** | If you can make parallel turns on the groomed runs and want to start carving turns then this clinic is for you. Emphasis is on pressure and edging skills, dynamic cross under movements and smooth carved parallel turns. Shaped skis recommended: available at Ski Rental. |
| **Level 7**<br>**Expert Skiing** | These clinics are for advanced skiers wishing to improve their all-terrain, all-mountain skiing. Each day a specific skill will be taught depending on snow conditions. Skills include: moguls, powder, variable conditions, and steeps. |
| You may also be interested in a **private lesson**, or our **Advanced Ski Clinics**, or **Just for Women** clinics. | |

*Three person minimum for two hour group lessons. For groups less than three the duration of the lesson will be reduced to one hour.*



SE
TO
FRI

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy

Squaw Valley USA: Ski School: Privates                                    Page 1 of 2



**Ski School**
Ski Your Pro/Group Lessons
Fun In The Sun Adventure
Pkg
Upper Level Workshops
Snowboard Lessons
Private Lessons
Discount Packages
Children's Programs
Advanced Ski Clinics
Just For Women Clinics
Women's Snowboard Clinics
Snowboard
Clinics/Workshops
Telemark Clinics
Adaptive Ski Program
Hot Tips
Race Teams/Mighty Mites

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Private Ski & Snowboard Instruction
## *Based on Availability May 1st-May 29th



Click for |

Private lessons are available for individuals or small groups. You must call in advance or come by the Ski & Snowboard School office to register for private lessons. Subject to instructor availability.

Please feel free to call Ski School at 530-581-7263 for reservations and more information.





DE/
&
DISCO

## 2005|2006 Rates. Below Schedule Good Through April 29, 2006.

| Private Instruction Rates | |
|---|---|
| Adult or Child Private Lessons (per hour) | $99 |
| each additional person per hour | $50 |
| Early Bird Special - Two Hour Lesson (9:00 - 11am) | $159 |
| each additional person | $90 |
| 3-Hour Private (half-day) 1-2 persons | $299 |
| each additional person over two | $105 |
| 6 Hour Private (all-day) 1-2 persons | $499 |
| each additional person over two | $165 |
| Afternoon Special - Two Hour Lesson (2-4pm) | $159 |
| each additional person | $90 |

Ask about our **Learn to Telemark** package.



Reques
Squaw
Vacation



SQUAW V/
Summer
July 22-



Cookies
& Yumm

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy





**Ski School**
Ski Your Pro/Group Lessons
Fun In The Sun Adventure
Pkg
Upper Level Workshops
Snowboard Lessons
Private Lessons
Discount Packages
Children's Programs
Advanced Ski Clinics
Just For Women Clinics
Women's Snowboard Clinics
Snowboard
Clinics/Workshops
Telemark Clinics
Adaptive Ski Program
Hot Tips
Race Teams/Mighty Mites

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams



Click for

DE
&
DISCO





SQUAW V
Summer
July 22-

Cookies
& Yumm

Physical and mental preparation are crucial to help you enjoy skiing and riding and avoid injury. The Squaw Valley Ski School is a great source of ideas and inspiration - even off the hill. These tips are contributed by our team of professionals specifically to help you.

 Ski School Director, Davy Roy Precit, says that the right tip, word, or silly association can generate a breakthrough in your skiing or riding.

If you'd like to be notified of future hot tips, subscribe to the Squaw Valley email newsletter.

We have several tips to start the season with. Pick a tip:

- **Tip #1:** Take a 20 hop turn multi vitamin daily.
- **Tip #2:** Practice rotation anywhere and everywhere.
- **Tip #3:** Advice for parents who are "Kid Gear Challenged".
- **Tip #4:** Teaching Your Kids.
- **Tip #5:** Ski Like An Accordion.
- **Tip #6:** Follow the Sun to Enhance Your Fun.

## NOTICE:

The information, including opinions and recommendations, contained in the website is for educational purposes only. Such information is not intended to be a substitute for professional ski, snowboard, or other alpine activity instruction. No one should act upon any information provided in this website without first seeking professional ski, snowboard, or other alpine activity advice from a qualified professional.

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy