# EXHIBIT 1 - PART F



**Race Teams**
Daily Training Schedule
Team Descriptions
Mighty Mites
Ski Team
Freestyle Team
Snowboard Team
Passes & Prices

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams



Click for l

# Squaw Valley Race Team
# Daily Training Schedule

Please check back for schedule changes as this site is updated regularly.

| Training Date | Announcement |
|---|---|
| Wednesday, June 21, 2006 | SQUAW VALLEY SKI TEAM'S FIRST OLYMPIC GOLD MEDAL WON BY JULIA MANCUSO IN THE GS!!!!!! CONGRATULATIONS JULIA!!!!! |

Have a wonderful summer and we will see you all when the snow flys!!!

<u>Remember to have your application for next year postmarked by July 15th, 2006 for the best prices.</u>



Wanted:  Speed suit to fit 13 year old boy.  About 5' tall:  Call Chiara 583-5424

Any questions, plese contact the ST office.
581-7270 DEEDEE









| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Squaw Awards and Rankings

We thought you would like to know how Squaw Valley stacked up last season in the magazines. Turns out it wasn't t just the magazines that had something to say. Here are Squaw Valley's rankings and some awards from the past few winters and a few new ones we have already earned for this year...

## 2005-2006

It seems that our hard work and efforts to make a visit to Squaw Valley the best it can be is working...at least a little. We are proud to see that we are climbing in the rankings!

**MSN.com:** Squaw Valley USA made the the nation's top 10 ski & snowboard resorts. **Check it out!**

**TRANSWORLD SNOWBOARDING** - Squaw held it's own again with **#6 Overall Best Resort** two year's in a row in their annual reader's poll. Squaw was also voted **#6** for **Half Pipes** and **#10 for Best Terrain Park**! Check out the October issue for more.

**SKI MAGAZINE** - Squaw moved up one spot this year to be the **#16 Best Overall Resort** in their annual reader's poll

**SKI MAGAZINE** - In the Fall issue, Squaw's ranked **# 5 for Challenging Terrain** and **# 6 for Terrain Variety.** The same issue ranked **Squaw's Lift System # 9.** Thanks Ski!

## 2004-2005

Squaw has recently received a 'Perfect Award' from **SKI PRESS MAGAZINE,** for the perfect challenge on KT22.



**TRANSWORLD SNOWBOARDING** - In the October 2004 issue Squaw Valley is ranked as the **#6 Overall Best Resort** in their annual reader's poll. Squaw vas also voted **#9 for Half Pipes**! Check out the October issue for more.

**SKIING MAGAZINE** - Squaw moved up one spot this year to be the **#4 Best Resort in North America!** other kudos include #5 for Snow and #7 for Apres! Pick up an issue.

**SKIING MAGAZINE (part 2)** - In the September 2004 Issue, long-time writer, ski afficionado and industry guru Steve Casimiro offers up his reasons for why **KT-22 is the BEST CHAIRLIFT in North America!** We obviously agree...check out the story.

**SKI Magazine** - In the 2004 Reader Survey Squaw was Voted **#17 Overall,** up four spots from last season.



Click for





**MSN U.S. Ski Guide** - From the West Coast to the Northeast, MSN's editors cast their votes for the **Top 10 in the Nation** - Squaw Valley earned the **#8 spot!**



## 2003-2004

**SKIING MAGAZINE - #5 Best Resort in North America!** This survey also ranked Squaw Valley #2 for Classic Hikes (Palisades), #3 for Classic Steeps (Marquee Plunge: Granite Chief Peak) and #4 for Bumps. **Full story**

Squaw Valley USA was named a 2003 Waste Reduction Awards Program (WRAP) winner **by the California Waste Management Board.** This award was given to Squaw Valley for our contribution to California's waste reduction efforts. To learn more visit our **Environmental Improvement Page** or click here for the **Full Story**.

North Lake Tahoe and Truckee skiers and snowboarders recently voted Squaw Valley USA the #1 Best Ski Resort in the **2003 North Shore Action Reader's Poll**.

 Squaw Valley USA was also voted one of the **Best Ski Resort for Families** by the readers of **Bay Area Parent Magazine**!

**SKI Magazine** - Squaw is movin' on up...in the 2003 Reader Survey Squaw was Voted **#21 Overall**, up three spots from last season.

## 2002-2003

Squaw Valley was was named one of eight winners of the **National Ski Areas Association's** 2002-2003 National Ski Area Safety Contest. **Full Story**



**Skiing Magazine** - Voted **#4 Overall** Resort in North America

**Freeskier Magazine** - Voted **#4 Overall** Resort

**Transworld Snowboarding** - Voted **#10 for Halfpipes** in their readers poll

**SKI Magazine** - Voted **#24 Overall** in their annual reader survey

**SKI Magazine's - Top 100 Instructors** - Squaw Valley has three instructors named to the top 100 list: Susan Bennett, Yvonne Costello and Mo Mailhot. Mo was also named one of three "Instructors of the Year".

**Sierra Heritage Magazine** - Voted Squaw Valley the **#1 Best Downhill, Snowboard & Cross Country Skiing** and the top of the Cable Car was voted the **#4 Most Beautiful View or Vista.**

**CitySports Magazine** – Voted Squaw the **"Best Tahoe Resort for Skiing"** in their 1st Best of the Bay Reader Poll

**Citysearch** (http://laketahoe.citysearch.com/best) – Squaw was selected the **Best Attraction in Lake Tahoe** for the Best of Citysearch 2002

**Yahoo Search** - On Saturday November 9, 2002 Squaw Valley's web site was **#2 in the overall searches** on www.yahoo.com.

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams



Click for



# Squaw Awards and Rankings

We thought you would like to know how Squaw Valley stacked up last season in the magazines. Turns out it wasn't just the magazines that had something to say. Here are Squaw Valley's rankings and some awards from the past few winters and a few new ones we have already earned for this year...

## 2005-2006

It seems that our hard work and efforts to make a visit to Squaw Valley the best it can be is working...at least a little. We are proud to see that we are climbing in the rankings!

**MSN.com:** Squaw Valley USA made the the nation's top 10 ski & snowboard resorts. **Check it out!**

**TRANSWORLD SNOWBOARDING** - Squaw held it's own again with **#6 Overall Best Resort** two year's in a row in their annual reader's poll. Squaw was also voted **#6** for **Half Pipes** and **#10 for Best Terrain Park!** Check out the October issue for more.

**SKI MAGAZINE** - Squaw moved up one spot this year to be the **#16 Best Overall Resort** in their annual reader's poll

**SKI MAGAZINE** – In the Fall issue, Squaw's ranked **# 5 for Challenging Terrain** and **# 6 for Terrain Variety.** The same issue ranked **Squaw's Lift System # 9.** Thanks Ski!

## 2004-2005

Squaw has recently received a **'Perfect Award'** from **SKI PRESS MAGAZINE,** for the perfect challenge on KT22.



**TRANSWORLD SNOWBOARDING** - In the October 2004 issue Squaw Valley is ranked as the **#6 Overall Best Resort** in their annual reader's poll. Squaw vas also voted **#9 for Half Pipes!** Check out the October issue for more.

**SKIING MAGAZINE** - Squaw moved up one spot this year to be the **#4 Best Resort in North America!** other kudos include #5 for Snow and #7 for Apres! Pick up an issue.

**SKIING MAGAZINE (part 2)** - In the September 2004 Issue, long-time writer, ski afficionado and industry guru Steve Casimiro offers up his reasons for why KT-22 is the **BEST CHAIRLIFT in North America!** We obviously agree...check out the story.

**SKI Magazine** – In the 2004 Reader Survey Squaw was Voted **#17 Overall,** up four spots from last season.



**MSN U.S. Ski Guide** - From the West Coast to the Northeast, MSN's editors cast their votes for the **Top 10 in the Nation** - Squaw Valley earned the **#8 spot!**



## 2003-2004



**SKIING MAGAZINE - #5 Best Resort in North America!** This survey also ranked Squaw Valley #2 for Classic Hikes (Palisades), #3 for Classic Steeps (Marquee Plunge: Granite Chief Peak) and #4 for Bumps. <u>Full story</u>

Squaw Valley USA was named a **2003 Waste Reduction Awards Program (WRAP) winner by the California Waste Management Board.** This award was given to Squaw Valley for our contribution to California's waste reduction efforts. To learn more visit our <u>Environmental Improvement Page</u> or click here for the <u>**Full Story**</u>.

North Lake Tahoe and Truckee skiers and snowboarders recently voted Squaw Valley USA the **#1 Best Ski Resort** in the <u>2003 North Shore Action Reader's Poll</u>.

 Squaw Valley USA was also voted one of the **Best Ski Resort for Families** by the readers of <u>**Bay Area Parent Magazine**</u>!

**SKI Magazine** - Squaw is movin' on up...in the 2003 Reader Survey Squaw was Voted **#21 Overall**, up three spots from last season.

## 2002-2003

Squaw Valley was was named one of eight winners of the **National Ski Areas Association's 2002-2003 National Ski Area Safety Contest.** <u>Full Story</u>



**Skiing Magazine** - Voted **#4 Overall** Resort in North America

**Freeskier Magazine** - Voted **#4 Overall** Resort

**Transworld Snowboarding** - Voted **#10 for Halfpipes** in their readers poll

**SKI Magazine** - Voted **#24 Overall** in their annual reader survey

**SKI Magazine's - Top 100 Instructors** - Squaw Valley has three instructors named to the top 100 list: Susan Bennett, Yvonne Costello and Mo Mailhot. Mo was also named one of three "Instructors of the Year".

**Sierra Heritage Magazine** - Voted Squaw Valley the **#1 Best Downhill, Snowboard & Cross Country Skiing** and the top of the Cable Car was voted the **#4 Most Beautiful View or Vista.**

**CitySports Magazine** - Voted Squaw the **"Best Tahoe Resort for Skiing"** in their 1st Best of the Bay Reader Poll

**Citysearch** (http://laketahoe.citysearch.com/best) - Squaw was selected the **Best Attraction in Lake Tahoe** for the Best of Citysearch 2002

**Yahoo Search** - On Saturday November 9, 2002 Squaw Valley's web site was **#2 in the overall searches** on www.yahoo.com.

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**History**
General History
Squaw History Overview
Squaw Olympic History
1960 Olympic Slide Show
Map of the Events
Olympic Nations
Olympic Results
50th Anniversary Book &
Video

# Squaw Valley - The First Fifty Years

### Book & Video













Squaw Valley's first fifty years are chronicled in the informative book and video, "Squaw Valley - The Firrst Fifty Years," available for purchase at Squaw Valley's retail shops, or online at the **Squaw Shop**.

These exciting and insightful retrospectives feature hundreds of full color photographs, and inside accounts of Squaw Valley's tremendous and continued growth, including: The early years, the 1960 Winter Games, lift technology, Ski School, and the future. Founder and Chairman Alex Cushing is interviewed along with many famous faces from Squaw Valley's past.



**Purchase Online**

[ top of page ]

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



ADVANCED SEARCH    VIEW CART    STOREFRONT    CUSTOMER SERVICE

| | | |
|---|---|---|

SEARCH

[GO]

YOUR CART

Empty

ONLINE TICKETS

Lift Tickets
Lessons/Clinics
Season Passes

SQUAW GEAR

Logo Wear
Souvenirs
Ski/Board Movies

SUPPORT

Affiliate Program
Customer Service
Policies

SQUAW.COM

## SQUAW VALLEY CASH CARD



### Squaw Valley Cash Card
A great gift - good for lift tickets, lessons, retail, food & drink, and more! Available in $75 or $250 values, or as the special $20 Kids Card.

### Squaw Valley: The First Fifty Years
Learn about the exciting Squaw Valley story in this book or video. Complete with historical footage and hundreds of classic photos. Includes a full section on the 1960 Winter Olympic Games.





Book - $4.95        Video - $4.95

## TORCHLIGHT PARADE POSTER



### Olympic Heritage Torchlight Parade Commemorative Poster

### GREAT GIFT IDEAS

**Frequent Skier Program**
The $5 gift that keeps giving. Every 5th day free plus midweek discount days all season!
**Ski & Board Films & Music**
**Squaw Valley Cash Card**
Use for tickets, lessons, retail, and food at Squaw.

### LESSONS & CLINICS

**Advanced Ski Clinics**
3 and 5 day sessions with Squaw's best instructors.
**Just For Women Clinics**
Ski and snowboard clinics for women only.
**First Timer's Package**
A great starter gift for the newcomer to skiing or snowboarding.
**Right Track 5 Pack**
Book of 5 group lessons to take you to the top.

Store Home | Catalog | Shopping Cart | Checkout | Customer Service | Register | Logon | Logoff

Commerce Enabled By
**StoreSense**

*Copyright © 1997-99 Kurant. All Rights Reserved. Kurant and StoreSense are trademarks of Kurant Corporation.*



We found **5** products for **squaw gear**.                **1** through **5** of **5**

SEARCH

[GO]

YOUR CART

Empty

ONLINE TICKETS

Lift Tickets
Lessons/Clinics
Season Passes

SQUAW GEAR

Logo Wear
Souvenirs
Ski/Board Movies

SUPPORT

Affiliate Program
Customer Service
Policies

SQUAW.COM

# Squaw Gear:Souvenirs



### Olympic Heritage Torchlight Parade Poster

Commemorative poster from the Olympic Heritage Torchlight Parade on January 19, 2002. Nearly 1000 participants gathered to create this vivid and spectacular photo. 20"x24" Full color.

**PRICE: $9.95**
In Stock



### Squaw Kids $20 Cash Card

The perfect gift and ultimate convenience for a trip to Squaw Valley USA. Use it just like cash at numerous participating locations at Squaw Valley. Purchase lift tickets, rentals, lessons, activities, clothing and accessories, food and beverages, and more at participating locations on the mountain and in the base area.

There's also a special **Kids Cash Card**, available in **$20** increments. The Kids Cash Card is available online or at the Squaw Kids Children's Center. It's perfect for parents who don't want their kids to carry cash, but want to let them explore the mountain on their own. Kids can use it for lunch, snacks, and necessities like gloves, lipbalm, or goggles at a variety of locations on the mountain. The Kids Card is also reloadable so you can use it all season!

**PRICE: $20.00**
In Stock

### Squaw Valley $250 Cash Card





The perfect gift and ultimate convenience for a trip to Squaw Valley USA. Use it just like cash at numerous participating locations at Squaw Valley. Purchase lift tickets, rentals, lessons, activities, clothing and accessories, food and beverages, and more at participating locations on the mountain and in the base area.

**PRICE: $250.00**
In Stock



### Squaw Valley USA - The First Fifty Years - Book

Celebrate Squaw Valley's 50th Anniversary with a look back at the first fifty years. Limited edition, full color. Makes a great gift!

**PRICE: $19.99**
In Stock



### Squaw Valley USA - The First Fifty Years - Video

Celebrate Squaw Valley USA's 50th Anniversary with this commemorative video covering the first fifty years. A great gift!

**PRICE: $4.95**
In Stock

**Result Pages: 1**

*Thanks for shopping at Squaw Shop!*

Store Home | Catalog | Shopping Cart | Checkout | Customer Service | Register | Logon | Logoff

Commerce Enabled By
**StoreSense**

Copyright © 1997-99 Kurant. All Rights Reserved. Kurant and StoreSense are trademarks of Kurant Corporation.



# 5th Annual



**SQUAW VALLEY USA**
*Summer Festival*

## JULY 22-23, 2006

Festival Site Map | Exhibitor's Info
Exhibitor List | Winery List

**WIN A SQUAW VALLEY WINTER SKI TRIP OR A NEW SNOWBOARD!**
Enter the Festival Raffle - Details at Main Info Booth

### GENERAL INFORMATION

Squaw Valley's base village will burst with color, taste, and
sound as fine artists, craftsmakers, performers and musicians
come to participate in this fun, two-day annual event.

Bring the family to Squaw Valley's exciting new base village
and enjoy a day of fine art exhibitors, a benefit wine tasting,
live music, and kid's activities.

Held at the base of Squaw Valley USA, the event features
two performance stages, a kids' fun zone, restaurants and
shops, and walkways lined with fine art booths and exhibits.

Lodging packages available. Call Squaw Valley Central
Reservations at **1-800-403-0206**



## General Event Schedule

**Resort Activities**
  Scenic Cable Car Rides
  Swimming Lagoon & Spa
  Ice Pavilion
  Hiking
  Olympic Museum
  Golf
  Restaurants & Bars
  Shopping
  Sky Jump
  Climbing Wall
  Ropes Course
  Flying Trapeze
  Horseback Riding

**Events**
  Calendar
  Concerts
  Camps & Gatherings

**Tickets & Info**
  Prices
  Groups
  Hours
  How To Get Here
  Winter Season Passes

Upcon

July 2
22 -
Art,
Fest
27
Lake
Fest
29
Lake
Fest

Augus
3
Lake
Fest
5
Lake
Fest
5
26th
Mou
8
Dinn
10
Lake
Fest
12
Mou
Fest
13
Risin
19 -
5th,
Jazz
Fest
19
Wes
cam
26
Blue
Fest




EMAI
TO

**Saturday:**
**Exhibits & Events open 10am - 6pm**
Outdoor Village Concert:
Paul Coverelli & George Saurbier 12-2pm.
2 Out Rally 2:30-5pm
Live Music by Acoustic Shag at High Camp 2-5pm
Special Wine Pouring at High Camp 2-5pm
Benefit Wine Tasting: 2pm-6pm in the Village

**Sunday:**
**Exhibits & Events open 10am - 6pm**
Outdoor Village Concert:
Paul Coverelli & George Saurbier 12-2pm
The Jeff Jones Band 2:30-5pm
Benefit Wine Tasting: 2pm-6pm

Music & Activities Ongoing all weekend!
Come one, come all!
**Festival Admission is FREE!**

---

**Kids Activity Area Open Daily**
featuring a Skyjump, giant games and face painting

---

**Benefit Wine Tasting**
**Participating Wineries**
**Daily Schedule**
2pm-6pm in the base Village: Tasting open to public. (Sat & Sun.)
Special Wine Pouring at High Camp 2-5pm.(Sat)
**$20 donation. Registration at Main Welcome Booth.**
**Includes commemorative wine glass.**
All tasting fees to benefit Tahoe Forest Hospital, Tahoe Adaptive Ski School, and Tahoe
Arts for the Schools.

**For more information, call 530-583-6985**

Thanks to our event sponsors...



Squaw Summers: Art, Wine & Music Fest





Ski Lake Tahoe | Lake Tahoe Skiing | Ski Tahoe

© 1999-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, down
used for any purpose.



## History
General History
Squaw History Overview
Squaw Olympic History
1960 Olympic Slide Show
Map of the Events
Olympic Nations
Olympic Results
50th Anniversary Book &
Video

# The VIII Winter Olympic Games

Excerpted from <u>Squaw Valley USA: The First Fifty Years</u>.

On a cold spring day in 1955, in Paris, France, Alexander Cushing managed to secure Squaw Valley USA as the site for the VIII Olympic Winter Games. To this day, many wonder how he convinced the International Olympic Committee to select a town with no mayor, and a ski resort with just one chairlift, two rope tows, and a fifty-room lodge. Some say that Cushing's interest in the Olympics was a lark. In fact, he was hopeful from the start and his success evidenced steadfast determination. It all began on December 26th, 1954 when he spotted an article in the San Francisco Chronicle stating that Reno, NV and Anchorage, AK had submitted bids to hold the 1960 Winter Olympics. Wouldn't it be marvelous publicity for Cushing's young resort to announce that Squaw Valley was also prepared to host the international event? Though his first call to a newspaper was met with laughter, Cushing pressed on and found an ally in Curly Grieves, the Sports Editor for the San Francisco Examiner. An eight column banner headline soon announced Squaw Valley's bid for the Games.

Word spread quickly and on January 7th, 1955 Cushing addressed the U.S. Olympic Committee in New York. Though prepared with a speech and film, he didn't get an opportunity to use either. The committee was so engaged with the "idea of a California valley with an annual snowfall of 450 inches, and a downhill event with areas that had never even been schussed successfully," recalls Cushing, that he found himself buried under an avalanche of questions and controversy. In the end, Squaw Valley emerged as the USOC's choice for the 1960 Winter Games.

Upon hearing the news, International Olympic Committee President Avery Brundage told Cushing, "the USOC obviously has taken leave of their senses." IOC member John J. Garland advised, "I think you are on a wild goose chase. Innsbruck has the 1960 bid locked up." With an eclectic but knowledgeable group including Pulitzer Prize-winning Chicago Daily News columnist George Weller, friend Marshall Haseltine, and French war hero Joe Marillac, Cushing organized a powerful campaign. He lobbied for support from all over the world, including the South American delegates, who ordinarily took little interest in the Winter Games. Cushing commissioned a 3,000 pound model of Squaw Valley, so large that it didn't fit in the IOC Exhibit Hall. He convinced the U.S. Ambassador to have it placed in a room at the Embassy. Viewing the model required a fifteen-minute walk from the IOC Headquarters, which Cushing repeated with each group of delegates. Whether it was the campaign, the model, or Cushing's presentation, something swayed the committee members. Garmisch Partenkirschen and St. Moritz were eliminated in the first vote. Innsbruck and Squaw Valley were left to vie for the Games until a second vote.

Committee members continued to assure Cushing that his case was hopeless. Innsbruck even began assigning living quarters to various delegations. Marillac however, proceeded to convince the European-dominated Federacion Internacionale du Ski (FIS), who were committed to the Alps' glory, that Squaw Valley was technically sufficient. Cushing's campaign succeeded through the power of an idea - a return to the Olympic ideals of simplicity with a focus on athleticism and diversity.









His bid, written in French, English, and Spanish, declared that "the Olympics belong to the world. Not just one continent."

On June 17, 1955, Cushing and his team had visited forty-two IOC delegates, yet remained uncertain of victory. Then, with a final vote of 32 to 30, the IOC chose Squaw Valley to host the Games. Word spread quickly across the globe, followed by shock and disbelief. While Cushing's team celebrated, athletes wondered about winter in California. Cushing immediately began work to attract top people to the Organizing Committee and California started planning the necessary infrastructure.

During the next four and a half years, the Squaw Valley team, the California Organizing Committee, the State of California, Placer County and thousands of others worked to build a venue worthy of the Olympics. Freeways, hotels, motels, and restaurants were built in short order. Willy Schaeffler, an Olympic course designer, arrived immediately after the Games were awarded to Squaw Valley. He walked the mountain for four days before appearing in Cushing's office and declaring the site worthy. Because of his involvement in the 1936 Games and the 1952 World Championships in Aspen, he understood international standards, and worked tirelessly to create the skiing events for the Games. Access roads, bridges, chairlifts, athletes' housing, the Blyth Ice Arena, a speed skating oval, and a ski jump sprang from the Valley floor. Two unique buildings, the Nevada Visitors' Center, once the Opera House, and now the Far East Center, and the California Visitors' Center, now the Members' Locker building, still serve Squaw Valley USA today.

The VIII Winter Olympic Games, held in Squaw Valley in 1960, marked many notable events and achievements:

- The 1960 Winter Olympics were the first Games held in the Western United States and the first to be televised.
- The Olympic Village Inn was built to house more than 750 athletes; it allowed all athletes to be housed under one roof for the first and only time in modern Olympic history.
- Computers were used to tabulate results for the first time. The glass-walled IBM processor drew almost as many observers as the competitions.
- After a virtually snowless early season, a heavy Sierra storm moved in to save the Games. At the Opening Ceremonies, dense snowfall greeted the Greek delegation as it led the athletes' procession. The storm broke and the sky cleared just as Vice President Richard Nixon declared the Games officially open. Walt Disney, Head of Pageantry, oversaw the release of two thousand Doves into the cold air, and 4,000 California high school bandsmen provided accompaniment for Andrea Meade Lawrence as she skied down Papoose to hand the torch to Kenneth Henry, who lit the Olympic Flame.
- Figure skater Carol Heiss took the Olympic Oath on behalf of all participating athletes, marking the first time that a woman enjoyed the honor. She later won the gold medal with first place rankings from all nine judges.
- The largest group yet gathered to see a winter sports program in America convened on February 22, 1960 as over 47,000 spectators packed into the Valley.
- Frenchman Jean Vuarnet became the first Olympian to compete on

SE
TO
FRIE

metal skis, a pair of Allais 60's. He won gold for France in the Men's
Downhill.

- At the height of the Cold War, with the whole world watching, the U.S.
defeated the Russian Hockey Team in a heart pounding, down to the
wire, 3-2 victory.
- Then, with the help of Russian Team Captain Nikolai "Solly" Sologubov,
the U.S. won its first gold medal in Hockey. In the minutes before the
last period of the championship game with Czechoslovakia, "Solly" told
the Americans to take breaths from an oxygen tank. Each player was
given a "hit" and the "Team of Destiny" scored six goals in the last
period, beating Czechoslovakia 9-4.

Click on the links for a list of Participating **Nations**
& for event **Results**

[ top of page ]

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



## History

**General History**
**Squaw History Overview**
**Squaw Olympic History**
**1960 Olympic Slide Show**
**Map of the Events**
**Olympic Nations**
**Olympic Results**
**50th Anniversary Book &**
**Video**

Flags of the Nations that participated in the
Olympics at Squaw Valley USA



| | |
|---|---|
| Argentina | |
| Australia | |
| Austria | 1-Gold 2-Silver 3-Bronze |
| Bulgaria | |
| Canada | 2-Gold 1-Silver 1-Bronze |
| | |



DE/
&
DISCC



Reques
Squa
Vacation



mount
music
augu



Cha
Pizza
Sandv





| Chile | |
|---|---|
| | 1-Silver |
| Czechoslovakia | |
| | |
| Denmark | |
| | 2-Gold 3-Silver 3-Bronze |
| Finland | |
| | 1-Gold 2-Bronze |
| France | |
| | 4-Gold 3-Silver 1-Bronze |
| Germany | |
| Great Britain | |
| | |
| Hungary | |

Squaw Valley USA: History Olympic Nations

| Flag | Medals |
|------|--------|
| Iceland | |
| Italy | 1-Bronze |
| Japan | |
| Korea | |
| Lebanon | |
| Liechtenstein | |
| Netherlands | 1-Silver 1-Bronze |
| New Zealand | |
| | 3-Gold 3-Silver |



| | |
|---|---|
| Norway | |
| Poland | 1-Silver 1-Bronze |
| South Africa | |
| Spain | |
| Sweden | 3-Gold 2-Silver 2-Bronze |
| Switzerland | 2-Gold |
| Turkey | |
| U.S.A. | 3-Gold 4-Silver 3-Bronze |
| | 7-Gold 5-Silver 9-Bronze |



**Resort Activities**
Scenic Cable Car Rides
Swimming Lagoon & Spa
Ice Pavilion
Hiking
Olympic Museum
Golf
Restaurants & Bars
Shopping
Sky Jump
Climbing Wall
Ropes Course
Flying Trapeze
Horseback Riding

**Events**
Calendar
Concerts
Camps & Gatherings

**Tickets & Info**
Prices
Groups
Hours
How To Get Here
Winter Season Passes

# MOUNTAIN JAM MUSIC FESTIVAL

## August 12, 2006
## Noon - 5pm



Enjoy a fun afternoon of music at High Camp with performances on our outdoor summer stage. All shows are FREE with a Cable Car ticket! [Cable Car prices]

Seating for the concerts is available on the grass with spectacular views of the High Sierra backdrop from every spot. Blankets and low back beach chairs are permitted. Food and drinks will be available on-site. No coolers or alcohol will be allowed up the mountain. Dogs are permitted on the upper mountain hiking trails, however, we ask that you not bring your dogs on the lawn, please.

| Performance Schedule |
| --- |

Jeff Jones Band- Noon - 12:45 pm

**Shanti Groove** - 1 pm - 2:30 pm



Shanti Groove moves along acoustical and electrical lines, fusing improvisation with traditional bluegrass and earth-loving country for a style that is uniquely their own. Their performances are renowned for energetic musicianship, intricate paraphrasing, funky percussion and powerful soundscapes. Clearly on the rise, they recently recorded their sophomore album in Nashville, with Scott Rouse, a GRAMMY Nominee

**Upcoming Events:**

**July 2006**
22 - 23
Art, Wine & Music Fes
27
Lake Tahoe Music Fest
29
Lake Tahoe Music Fest

**August 2006**
3
Lake Tahoe Music Fest
5
Lake Tahoe Music Fest
26th Annual Mountain
8
Dinner & A Concert
10
Lake Tahoe Music Fest
12
Mountain Jam Music F
13
Rising Stars on Ice
19 - 20
5th Annual Brews, Jaz Festival
19
Western BBQ and cam
26
Bluegrass Music Festiva



for Producer of Bluegrass Album Of The Year.

**MORE**

# New Monsoon - 3 pm - 5 pm



San Francisco rockers New Monsoon have been
storming across the nation, transforming audiences
into dedicated fans with their exhilarating marriage of
world rhythms and rock bravado. New Monsoon's
vibrant percussion and acoustic and electric
instruments come together in an irresistible blend of
sophisticated songcraft, inventive musical exploration
and down home rock-n-roll.

**MORE**

*Thanks to our summer event sponsor:*



**For more information, call 530-583-6985**

Squaw Summers: Mountain Jam Festival



**Ski Lake Tahoe | Lake Tahoe Skiing | Ski Tahoe**

© 1999-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, dowr or used for any purpose.



## Get to Squaw
Regional Map
Driving Directions
Current Road Conditions
Free Ski Shuttles
So.Lake Tahoe Shuttles
Reno Shuttles
Tahoe Queen

## On the Mountain
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

# Map of North Lake Tahoe

Squaw Valley USA is just 42 miles from Reno, NV., 96 miles from Sacramento, CA and 196 miles from San Francisco via all-weather maintained Interstate 80. Located off Hwy 89, we are 8 miles from Truckee and 6 miles from Tahoe City and the North Shore of Lake Tahoe.

### Driving Directions, Shuttles, and Transportation Options





Click for I



DE
&
DISCO





SQUAW VA
Summer
July 22-



| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



# SQUAW VALLEY USA

## SNOW REPORT ▪ Memorial Day-Monday May 29, 2006 ▪ 6am

### Squaw Valley USA -Please join us for the final day of Winter 2005/2006...

Thank you for being part of another great winter season at Squaw Valley USA! The Cable Car re-opens for summer activities on June 10 and we hope to see you on the mountain for hiking, swimming, ice-skating and mountain-top music (and maybe even skiing on the 4th of July).

The High Camp Lagoon & Spa are FREE with every ski lift ticket purchase.

For all adult and children lesson information, please call 530-581-7263.

Rise up to Squaw! Purchase your 06-07 season pass by June 15 and receive FREE Cable Car rides this summer as well as discounts on summer skating and swimming season passes.

Check out the exciting summer calendar of events at www.squaw.com.

### Parks and Pipes:

**Ford Mainline Superpipe:** 450' long with 18' walls.

**Terrain Park:** 4 medium jumps with double takeoffs and 15 rail/box features.

### Ride the Cable Car to High Camp!

**Olympic Ice Pavilion:** Scheduled from 11am - 4pm. Please call to confirm.

**Lagoon and Spa:** Free with any ski lift ticket. Scheduled 11am - 4pm.

**Olympic Museum:** Memorabilia, movies and more on the 1960 Winter Games.

**Poolside Cafe** - Soups, salads and California cuisine with mountain views.

### Upcoming Events Details visit squaw.com or call 530-583-6985

| today | The North Face Spring Blow-out Tent Sale | June 10 | Cable Car re-opens for summer |
| today | Last day of skiing/riding | June 17 | 4th Annual Celtic Celebration |
| | | June 18 | Summer Party at High Camp |

### Daily Ticket Prices: Reduced Spring Prices!

| Adult All Day ...............$47 | Senior (65-75)...............$27 | Spa Use: free with day ski lift ticket/season pass, $10 for others. |
| Children (12 & Under) ...$5 | Senior 76+.................FREE! | |
| Youth (13-18) ...............$32 | Adult Cable Car Ride.....$19 | |
| | Child Cable Car Ride.......$5 | |

---

### Conditions

| | el 8200´ | el 6200´ |
|---|---|---|
| Temp | 28° | 28° |
| Wind | 10-15 mph | calm |
| Skies | mostly clear | |
| Base | 100-105" | dirt |
| Surface | groomed/spring conditions | |

### 8 Lifts Scheduled from 8:30am - 3pm

### el. 6200´ ▪

Cable Car ................... 🚠
Funitel ....................... 🚠

### el. 8200´ ▪

● Bailey's Beach .......... 🚠
● Links ....................... 🚠
■ Gold Coast ............. 🚠
● Shirley Lake ............ 🚠
◆ Granite Chief .......... 🚠
■ Siberia.................... 🚠

🚠=groomed terrain

The Mountain Run is ClOSED for the Season. Please download via the Cable Car or Funitel.

**All conditions subject to change. Please check lighted lift status signs for updates.**

●=Easiest ■=More Difficult ◆=Most Difficult

---



24 Hr Hotline: (530) 583-6955 ▪ www.squaw.com ▪ Online Tickets: www.squawshop.com
This daily report is available in PDF format at: http://www.squaw.com/squawdailyreport.pdf
This report is only accurate for the time and day indicated. For further information, please consult a Guest Services Team Member. Lifts scheduled to operate are subject to change due to weather and snow conditions beyond our control, therefore **no refunds.**

# GROOMING MAP

## SQUAW VALLEY USA

**MONDAY MAY 29, 2006**

### Legend

Groomed Area

**Lift Scheduled to Operate Today**

This report is only accurate for the time and day indicated. For further information, please consult a Guest Services Team Member. Lifts scheduled to operate are subject to change due to weather and snow conditions beyond our control, therefore no refunds.

This map can be downloaded for printing at
http://www.squaw.com/squawgroomingmap.pdf

All conditions are subject to change.