# EXHIBIT 1 - PART G







Click for I

**On the Mountain**
 Snow Report
 Tickets
 Maps
 Ski & Snowboard School
 Squaw Kids
 Activities
 Cable Car
 High Camp
 Gold Coast
 Rentals and Demos
 Parks & Pipes
 Mountain Safety
 Race Teams

Squaw Valley USA is pleased to be able to offer you access to over 4,000 acres of skiable terrain. Wow! Yes, it is big and it is all meticulously maintained just for you!

Spread over six peaks, and accessed by the most advanced lift system in the world, our world-class destination resort enjoys an annual snowfall of over 450 inches (that's 37.5 feet), and an abundance of warm California sunshine nearly 300 days of the year.

With our immense size, variety of terrain, abundance of activities, exciting events and our Olympic heritage we offer one unique experience after another for skiers and snowboarders of all abilities. While our heart stopping advanced and expert terrain is featured regularly in ski and snowboard magazines and movies, many guests don't realize that 70% of the mountain's terrain is geared for the beginner and intermediate skier and snowboarder! Wide open bowls, carefully groomed boulevards, steep chutes, glades, terrain parks and half pipes are all part of the fun to be had during a visit to Squaw Valley.

We encourage you to explore all the wide open spaces and many hidden treasures that can be found in our high altitude mountain paradise.

For more information about all there is to do and see, click on one of the links below.



Squa
Valle

Gift I



Tickets/Prices
Lift tickets, multi-day discount packages, Season Passes, Corporate Discount Program, Group Tickets...and more!

Ski School
Lessons, clinics, and specialty programs

Rentals
Skis, snowboards, telemark gear, and snowshoes

Children's Center Complete care and lessons for your favorite little skiers & boarders.

Mountain Facilities
Gold Coast Complex, Olympic Plaza, Olympic House, Squaw Valley Mall, The New Village

Pipes & Parks
Halfpipes and Terrain Parks with Rail, Jumps and Fun Galore,

Mountain Services
Photo & Video, Ski Check, Lockers, Religious Services.

Race Teams
Squaw Valley Ski Team, Freestyle Team, and Mighty Mites

Race Services



**High Camp**
The Eighth Wonder of The World.
Spectacular views.

- Olympic Ice Pavilion
- Swimming Lagoon & Spa
- Restaurants & Bars

Race Programs, Race Events, Coin-op Race Course

Maps
Interactive mountain maps





| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**Ski School**
  Ski Your Pro/Group Lessons
  Fun In The Sun Adventure Pkg
  Upper Level Workshops
  Snowboard Lessons
  Private Lessons
  Discount Packages
  Children's Programs
  Advanced Ski Clinics
  Just For Women Clinics
  Women's Snowboard Clinics
  Snowboard Clinics/Workshops
  Telemark Clinics
  Adaptive Ski Program
  Hot Tips
  Race Teams/Mighty Mites

**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams

## Squaw Valley Adult Ski & Snowboard School





Click for I

***May 06 Schedule through May 29th.

Limited Availability for children 12 years and up.
Group Lessons at 10am & 12pm.
Private Lessons based on availability.
High Camp sales office 530-581-4170 or call please phone 530-581-7263.

Winter 05-06 Schedule Pre-May.

Please note that all adult ski and snowboard group programs are available to guests ages **13 and older**. For children's programs please contact the SquawKids Children's Center. Parents may book private lessons for their children through the adult ski and snowboard school based on availability.

It's **YOUR** turn. Squaw Valley's instructor's will guide you to it!

The Squaw Valley Ski & Snowboard School offers innovative instruction programs for all ages and abilities. Our **It's Your Turn** technique is a revolutionary teaching philosophy that recognizes each individual's unique style and needs. Customizing the instruction on the spot helps you develop the turn YOU desire!

Squaw Valley's staff of over 200 Ski and Snowboard Pros are trained and accredited by the Professional Ski Instructors of America (PSIA) and the American Association of Snowboard Instructors (AASI).

Every ski school program, from the *Fun in the Sun Adventure Package* through the *Advanced Skiing Clinics* has been thoughtfully designed to improve your skiing or riding and open up new horizons for you

Sign Up for:
Advanced Ski Clinics
Just For Women Clinics
Women's Snowboard Clinics

| Program Summary |
|---|
| SkiYour Pro/Group Lessons |
| Fun In The Sun Adventure Package |
| Upper Level Workshops |
| Snowboard Lessons |
| Private Lessons |
| Discount Packages |
| Children's Programs |
| Advanced Ski Clinics |
| Just For Women Clinics |
| Women's Snowboard Clinics |
| Snowboard Clinics/Workshops |
| Telemark Clinics |




to enjoy.

 **First Timer?**
Enroll in our <u>Fun In the Sun Adventure Package</u>

Visit our **Hot Tips** section for insights and tips on improving your technique, and enjoying skiing and riding more.

| Adaptive Ski Program |
| Hot Tips |
| Race Teams/Mighty Mites |

Maximize Your Skiing Experience!

**SKI YOUR PRO!**

Break Through to the Next Level!



Lesson/Lift Discount Packages

## 05|06 Ski & Snowboard School Programs

### Private Lessons
(ski or snowboard)

| | |
|---|---|
| **Early Bird Special** 2 hour lesson starting at 9am | **$159** |
| Each Additional Person | $90 |
| <u>Private Lessons</u> (per hour) | **$99** |
| Each additional Person | $50 |
| **3 Hour Private** Half Day, 1-2 people | **$299** |
| Each Additional Person | $105 |
| **6 hour private** All Day, 1-2 people | **$499** |
| Each Additional Person | $165 |

### Ski Lessons

| | |
|---|---|
| <u>Fun in the Sun Adventure Package</u> For first time adult skiers (age 13+). Includes beginner ticket*, introductory lesson, and rental equipment. | **$84** |
| <u>All Mountain Package</u> Includes lesson, equipment, and lift ticket. | **$124** |
| <u>Try Telemark Package</u> (Weekends and by appointment only for age 13+) Includes beginner ticket, 2 hour lesson, and rental telemark equipment. | **$84** |

### Group Lessons
For adults 13 years and older

| | |
|---|---|
| <u>Ski Your Pro</u> **Adult Group Lessons** (Levels 2-5) Meet every hour on the hour. (age 13+) | **$47** |
| Upgrade to next level | $25 |
| <u>Upper Level Workshops</u> (Levels 6 & 7) 2 hours - meet at 11am & 2pm | **$47** |
| <u>Book of Five Lessons</u> Good for all Ski Your Pro and Group Workshops. Valid all season. | **$185** |

### Snowboard Lessons

| | |
|---|---|
| <u>Fun in the Sun Adventure Package</u> For first time boarders (age 13+). Includes beginner ticket*, introductory lesson, and rental equipment. | **$84** |
| <u>Snowboard Lesson</u> 2 hr. Group Lesson (age 13+) Levels 2-5 | **$47** |
| <u>Snowboard Package</u> Includes lesson, equipment, and lift ticket. | **$124** |
| <u>Snowboard Workshops</u> (Levels 6 & 7) Instruction in freestyle, carving, and all mountain technique (age 13+). For the upper-level rider. | **$47** |

### SquawKids



| | | |
|---|---|---|
| **3 Day Package** 3 days of tickets and lessons Starting M, T, W. | $250 | **Children's Center** Lesson programs for kids ages 3-12. **Details** |
| **5 day package** 5 days of tickets and lessons Starting Mondays. | $355 | |

*Beginner lift ticket is good for the Papoose area, the Cable Car, Links, Bailey's Beach, and Belmont lifts only.

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**On the Mountain**
  Snow Report
  Tickets
  Maps
  Ski & Snowboard School
  Squaw Kids
  Activities
  Cable Car
  High Camp
  Gold Coast
  Rentals and Demos
  Parks & Pipes
  Mountain Safety
  Race Teams

**In the Valley**
  Lodging
  Restaurants
  Shops
  Activities
  Services
  High Camp
  Events
  Shuttles



### NSAA Honors Squaw Valley USA with National Safety Award



Squaw Valley
Gift Id«

[Squaw Valley] Squaw Valley USA was named one of eight winners of the National Ski Areas Association's 2002-2003 National Ski Area Safety Contest. The annual awards are given to ski areas that use innovative marketing programs to promote slope safety during National Safety Awareness Week in January.

This national recognition resulted from Squaw Valley's efforts to heighten slope safety awareness and education during National Safety Awareness Week. In conjunction with ongoing programs, Squaw Valley USA staff 'took to the slopes' January 18-24, 2003 to promote several educational events and activities including a backcountry awareness workshop, photo sessions with the Squaw avalanche rescue dogs, public service announcements related to slope safety on the Resort Sports Network, the distribution of Freeride Team Safety Trading Cards featuring the resort's high profile athletes, a children's safety poster contest, as well as daily postings of the "Skier's Responsibility Code" on the resort's web site and snow report to heighten awareness.

"We recognize that awareness and education are key to maintaining a safe mountain environment," explained Michael Gross, Squaw Valley's Safety & Risk Manager. "And we believe that these ongoing educational programs have contributed significantly to the success of our safety programs and a continued decrease in incidents on the mountain."

As part of the safety week activities, members of the Squaw Valley Freeride Team, including high profile professional skiers and snowboarders like Jeff McKitterick, Aaron McGovern, Jeremy Jones, Jessica Sobolowski, Jen Berg, Tom Wayes and several others were on hand to promote their own personal safety messages and remind guests the importance of keeping safety top of mind. "Having notable skiers and snowboarders on hand to speak to our guests was a unique opportunity," stated Eric Brandt, Director of Marketing for Squaw Valley USA. "It's important for the public to know that the people they see in movies and magazines are very concerned with safety."

Squaw Valley also produced a series of special safety public service announcements (PSAs) featuring these athletes that began airing on the Resort Sports Network TV stations around Lake Tahoe and across the nation during safety week. The PSAs aired throughout the winter season.





Another element of Squaw Valley's Safety Week was the opportunity for guests to take photos with the Squaw Ski Patrol's avalanche rescue dogs. The Squaw dogs, featured in a photo essay in Skiing magazine last winter, posed with guests as Ski Patrol members talked about safety on the mountain.

"Safety is Squaw Valley's number one concern and National Safety Awareness Week offered us an excellent opportunity to educate our guests about all of the programs and precautions we regularly take," explains Bob Cushman, Squaw Valley's Patrol Director.

Representatives from both Boeri and Leedom Helmets were on hand during the week to educate guests about helmet safety and offer an opportunity to demo various styles.

The week also featured the annual 'Steep N' Deep' Backcountry Awareness Clinic hosted by the Squaw Valley Ski Patrol and the Nordic Search and Rescue. Over 150 skiers and snowboarders attended this unique opportunity to learn about avalanche safety from local athletes and experts. The annual event is designed to be an informative and fun evening of safety education.

Ongoing safety programs at Squaw Valley USA included safety education talks with local area schools, weekly avalanche beacon classes at the Squaw Valley Fire Station, Responsibility Code postings throughout the resort, an active and constantly training avalanche rescue dog program, helmet demo days and an always visible presence of Patrollers on the mountain whose primary goal is to help educate and assist guests in order to ensure everyone has a safe mountain experience.

National Safety Awareness Week was sponsored by Boeri Ski & Snowboard Helmets, and endorsed by the National Ski Area's Association, the National Ski Patrol, the National Safety Council, Professional Ski Instructors of America and the American Association of Snowboard Instructors.




SEND TO A FRIEND

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy



**On the Mountain**
 Snow Report
 Tickets
 Maps
 Ski & Snowboard School
 Squaw Kids
 Activities
 Cable Car
 High Camp
 Gold Coast
 Rentals and Demos
 Parks & Pipes
 Mountain Safety
 Race Teams

**In the Valley**
 Lodging
 Restaurants
 Shops
 Activities
 Services
 High Camp
 Events
 Shuttles



### Squaw Valley USA Honored
### with State Waste Reduction Award

[Squaw Valley, CA] Squaw Valley USA has been named a winner in the 2003 & 2004 Waste Reduction Awards Program (WRAP) sponsored by the California Integrated Waste Management Board-the state's primary recycling agency and a part of the California Environmental Protection Agency, for outstanding efforts to reduce waste and protect the environment.

The WRAP awards were announced during the observance of National Pollution Prevention Week as part of the Waste Board's annual recognition of waste reduction successes in the business community. Now in its 12th year, the WRAP awards honor businesses for cutting the amount of trash they produce, conserving resources, and reducing waste disposal in landfills.

"It's great to see how creative and innovative California businesses can be when it comes to reducing waste," said Board Chair Linda Moulton-Patterson. "On behalf of the State of California, we are pleased to recognize the outstanding efforts of these organizations to reduce, reuse, recycle, and buy recycled-content products as part of their environmentally preferable business practices."

Squaw Valley USA was recognized for efforts to shape resort operations towards minimizing environmental impacts. The Squaw Valley Ski Corporation is currently in the midst of a multi-million dollar environmental improvement program that has instituted extensive revegetation and erosion control projects to ensure the health and quality of the immediate surroundings. In addition, the Ski Corp. has instituted a comprehensive recycling program and revolutionary innovations in energy use to guarantee minimal depletion of our natural resources. One example is that the Ski Corp is able to divert over 30% of 27.5 tons of resort waste from landfills through the use of an incinerator. The size of a large office, the incinerator is 99.99% effective and can vaporize 1.2 metric tons of garbage at a time, leaving only enough debris to fill a small garbage can. In addition, recent upgrades to the resort's cable car have allowed the Ski Corp to conserve electricity. Squaw Valley installed a new Silicon Controlled Rectifier or S.C.R. control for the resort's cable car to replace an older generator-driven drive system. Since its installation, the new system has proven to be 96.85% more energy efficient, with a 91.48% reduction of the overall kilowatt hours used and a cost savings of almost 50%.

The Board's WRAP awards recognize businesses that develop innovative and aggressive programs to reduce the amount of waste sent to landfills. Winners receive a certificate of recognition and are honored based on a set of criteria







developed in cooperation with the business community. Practices evaluated include waste prevention, materials reuse, recycling, recycled-product procurement, and employee education.

The six-member California Integrated Waste Management Board is responsible for protecting the public's health and safety and the environment through management of the 72 million tons of solid waste generated in California each year. The Board works in partnership with local government, industry, and the public to reduce waste disposal and ensure environmentally safe landfills. California now diverts 48 percent of its solid waste away from disposal.

For more information about Squaw Valley USA's waste reduction efforts, visit the Environmental Improvement page on the resort's web site at www.squaw.com. For a complete list of Waste Reduction winners, please visit the Board online at **www.ciwmb.ca.gov/WRAP/**.

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**History**
  General History
  Squaw History Overview
  Squaw Olympic History
  1960 Olympic Slide Show
  Map of the Events
  Olympic Nations
  Olympic Results
  50th Anniversary Book & Video

# The History of Squaw Valley USA

Excerpted from <u>Squaw Valley USA: The First Fifty Years</u>.

Squaw Valley is a special place, difficult to experience without falling under its spell. It is as if, by its very nature, the valley commands a relationship with those who set foot here. One can travel the world hiking, skiing, climbing, and exploring; Squaw Valley's beauty will still impress. Those who have been involved as team members, visitors, or "locals" proudly attest to an inexplic-able connection with the valley. Many have contributed to Squaw's founding and growth.

In 1946, Squaw Valley worked its magic on a young man named Alexander Cushing, who had traveled with friends to the Sierra Nevada on a four day train ride from the East Coast. Cushing, then a lawyer on Wall Street, had served in the Navy and was ready for a change. "The war turns the world upside down and I was having a hard time adjusting" he recalls. The strain of duty left him with solid impressions of life's fragility, and of the importance of living life to the fullest.

So, as many have before and since, Cushing headed west. On his first day skiing at Sugar Bowl, Cushing did the "unmentionable" and broke his ankle. As the fourth at Bridge, his friends demanded he stay. Always optimistic, Cushing contented himself relaxing on the sundeck and watching other skiers. While there, he heard a young man named Wayne Poulsen speak of a nearby place with the best skiing in the country. Intrigued by Poulsen's statement, Cushing asked to see this place, and soon found himself on crutches, watching from the meadow while his friends hiked and schussed the glorious peaks of Squaw Valley.

Returning to New York a few days later, Cushing could not forget about what he had seen. "I realized that being a lawyer was all right, but you get into something that you really like, and well, I saw how interesting work could really be." With a powerful dream, $400,000 that he managed to gather from his own pocket, and the investments of a few friends, he set about the task that would change the history of California and of the ski industry.



On November 24, 1949, less than three years after his first visit, Alex Cushing opened the Squaw Valley Development Company. Skiers could ride the world's largest double chairlift, Squaw One, and a choice of two rope tows, including one known as "Little KT." At day's end, an unfinished Squaw Valley Lodge (designed by Sandy McIlvaine of the Delano Aldrich architecture firm) offered respite for those too weary to brave the rough-hewn roads. "When we opened on Thanksgiving Day, the building was only 90% done" says Cushing. "It didn't have any water for example. Well, it is very hard to run a restaurant without water." Four days after the grand opening, a flood closed the resort's doors. In what would become typical fashion for the company, Cushing and his close-knit crew worked 17 and 18 hours each day to reopen in time for Christmas. Cushing recalls his 1949 Christmas gift: his accountant, Harold Dittmore, told him "you know, you are absolutely flat broke." Cushing's reply? "We'll manage." After parting






ways with Poulsen, Cushing was left with the mountain and six acres at the base with which to forge his dream.

Squaw Valley's first winter season proved that building a world-class resort would require tremendous commitment and loyalty from many strong and dedicated people. First among these was John Buchman. Cushing recalls that Buchman started at Squaw Valley on May 1, 1949, as the company's first employee "at the business end of a shovel." In the evenings, Buchman noticed Cushing and the engineers working on plans, and though he had been working all day, he offered his services gratis. Less than two weeks later, Cushing appointed the young man (who just months before had been driving a taxi in Morristown, New Jersey), to the position of Manager of the Squaw Valley Development Company. From that point on, Buchman devoted his life to Squaw Valley and over a period of 45 years became General Manager, President, and a Director of the Company.

Just prior to opening day, at Cushing's request, Pascal "Pete" Heuga joined the Squaw Valley family selling lift tickets, working lift lines, and cutting trails. Heuga recalls "there was always something to do." During the 1960 Olympics, he oversaw operation of the ice arenas. In 1968 Heuga, whose son Jimmy won a silver medal in the 1964 Olympics, retired from Squaw Valley USA, only to return several days later to run the tram for 17 more years. A notoriously strict ticket checker, Pete Heuga's presence was known all over the mountain, and his smile continues to be a familiar sight in the valley today.



In 1969, after boot-packing for the World Cup, Tom Anderson went for a job interview halfway up the mountain road. "You hiked all the way up this hill to get a job?" said Mountain Manager Dick Reuter, "well then, you're hired! I'll put you on as a lift mechanic." From shoveling, lift maintenance, ski patrol, and government relations, to mountain management and a stint on the Board of Directors, Tom was an icon of loyalty and relentless pursuit of the job at hand. He retired in 1998 after 29 years at Squaw Valley.

Squaw Valley's spirit has been tested more than once. Squaw One was destroyed by avalanche each year for its first three years. The fourth year of operations there was a devastating flood, and during the fifth year, the lodge burned down. For many, these setbacks would have signalled the time to sell out; instead, Alex surprised millions by securing Squaw Valley as the site for the 1960 VIII Olympic Winter Games, beating out internationally regarded resorts such as Innsbruck, Austria, St. Moritz, Switzerland and Garmisch-Partenkirchen, Germany. The Olympics brought Lake Tahoe international publicity and sparked interest in winter sports and California skiing.

Following the Olympics, Squaw Valley raced to meet the growing demand for skiing. The resort became a social mecca, entertaining guests and celebrities from around the globe. "Employees went to Bar One once a week for the Thursday Night Follies" recalls long-time ski patroller Wes Schimmelpfennig, who began working at Squaw in 1962. "We would put on skits to entertain the guests." Celebrities like Gene Kelly, Bing Crosby and Sophia Loren added to the resort's glamour and glitz. Meanwhile, daredevil athletes were drawn to the Valley for its challenging terrain. Skiers and adventurers like Joe Marillac, Emile Allais, and Joe Aukenthaller broke new ground in skiing technique, often competing to be the first to try a new run. Roger Maché and Dick "Madman" Buek both laid claim to the first "schuss" of Headwall. Today, internationally celebrated athletes continue to bud, grow, and thrive on Squaw Valley's terrain.

Alex Cushing grew up in a family where dreams guided the way. His father, Howard, and sister, Lily, both artists, had received international acclaim for their paintings. Alex chose the mountain peaks of Squaw Valley as his medium. "It's like being a sculptor," says Cushing. "It's your life, and it takes everything you've got."

Yet nothing would have been developed without the Squaw Valley teams' vision, determination, and perseverance. Squaw Valley USA is a breeding ground for innovation. "We're in the uphill transportation business," says Cushing, and the resort's commitment to providing the newest and best in lift technology is evidenced by the most technologically advanced transportation network in the world. Featuring the Funitel, Cable Car, Pulse, two six-passenger high-speed detachable chairs, five quad chairs, and an assortment of fixed grip lifts, Squaw Valley's lift system totals 31 in all.

Cushing credits the "Squaw Valley Family" with making his dreams come true. In his 1999 letter to season passholders, he wrote "my luck continues, because I am a member in good standing of the Squaw Valley Family. I admire and owe a debt of thanks to so many of our family members for their loyal support. Without them, I have nothing. I am loathe to single out any individual, with two exceptions: one is Hans Burkhart and the other is my wife, Nan." Indeed, these two remarkable individuals have helped guide Squaw Valley's growth and success.

Hans Burkhart came to Squaw Valley in 1961. Cushing needed someone to oversee construction and maintenance of the first gondola, and when asked for advice, the manufacturer pointed up the hill to Burkhart, who was hanging upside down over a cliff with a drill in his hand. Thus began a relationship that continues today. Cushing and Burkhart both stand well over six feet tall, speak with distinguished accents and enter a room with intention and authority. Their demeanors reflect the strength required to persevere. In 1968 the two brought another dream to fruition by completing what was the largest aerial tramway in the world, the High Camp Cable Car. Today, as General Manager and head of every construction project, Burkhart's work is visible everywhere.

The early 80's witnessed the start of a myriad of changes. Tom Richardson, former head of the Aspen Skiing Co., filled in as President of Squaw Valley Ski Corporation, overseeing the first of many improvements in uphill access and capacity. Soon after, Jim Mott, a former ski patroller, took the helm, leading the way for significant changes in both facilities and services. Double chairlifts were replaced by triples and then high-speed detachable "quads." By 1990, Squaw Valley's lift network had grown to over thirty lifts.



Ski Corporation President Nancy Wendt infused new life into the resort in the 80's through the acquisition of 150 acres at the base of the mountain. Arrangements were made to get the 250 room Squaw Valley Lodge up and running and funding was sought for the 400 room, four star Resort at Squaw Creek. The Opera House was acquired and revamped, and the 12,000 square foot Children's Centerwas finished. Wendt and Cushing commissioned four top architects to design conceptual plans for the base area and today, with the help of Intrawest, these plans are beginning to take shape. Their focus was on expanding the lodging at el. 6200' and the facilities at el. 8200'. In 1985 the Oasis Restaurant and Bar opened at Gold Coast with exotic decor by architect Henrik Bull. New shops, restaurants, and entertainment venues have opened each year, bringing today's total to over fifty. In 1990, the installation of a new snowmaking system greatly improved early season skiing, and permanent lighting along the 3.2 mile Mountain Run extended the fun into the night. High Camp continued to expand with the addition of tennis courts, the Olympic Ice Pavilion, restaurants, bars and the Swimming Lagoon and Spa. The High Camp Bath and Tennis Club, el. 8200', is now a year-round center of activity, with breathtaking views of Lake Tahoe and the surrounding Sierra Nevada.



On December 19th, 1998, following eighteen months of painstaking construction, Squaw Valley celebrated the grand opening of North America's first Funitel. The *Funicular Telepherique*, which can operate in 75 mph winds, is a key step toward Alex's goal of making Squaw Valley's terrain safely accessible in any type of weather. In considering plans for two new wind-resistant detachable six-passenger lifts to be completed for the 1999-2000 season, Cushing proclaimed "we won't tell people when they can and can't ski, they'll tell us!"

Alexander Cushing's vision and determination, combined with the hard work of his exceptional team, have forged Squaw Valley USA into an internationally famous mountain resort. Behind it all, the valley's magic continues to work its spell. Cushing acknowledges that his success is due to Squaw Valley's natural resources-alpine mountains with wonderful snow-and he continues to dream of tomorrow.

This story and others, plus hundreds of photographs from Squaw Valley's history, can be found in the book, "**Squaw Valley USA: The First Fifty Years.**" available online or at Squaw Valley retail shops.

[ top of page ]

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy**



**On the Mountain**
 Snow Report
 Tickets
 Maps
 Ski & Snowboard School
 Squaw Kids
 Activities
 Cable Car
 High Camp
 Gold Coast
 Rentals and Demos
 Parks & Pipes
 Mountain Safety
 Race Teams

**In the Valley**
 Lodging
 Restaurants
 Shops
 Activities
 Services
 High Camp
 Events
 Shuttles



**Squaw Valley USA Ranked #5 in North America
By Skiing Magazine**

[Squaw Valley USA] The November 2003 issue of Skiing magazine hits the stands this week and skiers across the nation will again discover what Squaw Valley visitors have known for decades – that Squaw Valley USA is one of the top five resorts in North America.

In their annual resort survey, which ranks the top 25 resorts, Skiing ranked Squaw Valley USA #5 overall, one of only two Sierra resorts in the top 10 and the only Tahoe resort in the top 15. The survey puts Squaw Valley in the top five behind the resorts of Whistler/Blackcomb, BC, Alta/Snowbird, UT, Jackson Hole, WY and Vail, CO, each ranked first through fourth respectively. The survey also ranks Squaw Valley #2 for Classic Hikes (Palisades), #3 for Classic Steeps (Marquee Plunge: Granite Chief Peak) and #4 for Bumps.

"Squaw Valley continues to strive to be the best on and off the mountain, " explained Squaw Valley's Director of Marketing Eric Brandt. "We're ecstatic to receive such high marks from one of the leading winter sports publications, and thrilled to be in such great company at the top. "

According to the Skiing staff, the survey represents the votes of numerous Skiing readers as well as dozens of top professional skiers in North America. To generate the results, they first picked the attributes that they felt were the most important in determining what defines a truly exceptional ski resort – snow, terrain and nightlife, followed by acreage, vertical drop and snowfall totals as tabulated by a Princeton grad with a degree in statistics that has been analyzing snowfall, water content and weather for more than 10 years. Add to that the opinions and real world experience of magazine editors, contributors, readers, and professional skiers and it all combines to the 2003 "25 Top Spots".

For more information about Squaw Valley USA visit www.squaw.com and for more details about the annual survey check out Skiing's web site at www.skiingmag.com.








SEND TO A FRIEND

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6955
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center

©1996-2006 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. Privacy