# EXHIBIT 2

# United States Patent Office

**670,261**
Registered Nov. 25, 1958

## PRINCIPAL REGISTER
### Trademark

Ser. No. 692,307, filed Aug. 2, 1955

# SQUAW VALLEY

Budd & Votaw (firm)
663 Howard St.
San Francisco, Calif.

For: WOMEN'S, MEN'S, GIRLS', AND BOYS' JACKETS, PANTS, AND SWEATERS, in CLASS 39.
First use June 20, 1955; in commerce June 20, 1955.

Int. Cls.: **14, 16, 20, 21, 24, 28 and 34**

Prior U.S. Cls.: **2, 8, 9, 22, 23, 28, 30, 32, 33, 38, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. **1,645,155**
Registered May 21, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## SQUAW VALLEY USA

SQUAW VALLEY DEVELOPMENT COMPANY (NEVADA CORPORATION)
P.O. BOX 2007
OLYMPIC VALLEY, CA 95730

   FOR: JEWELRY, NAMELY PINS, RINGS AND BRACELETS, IN CLASS 14 (U.S. CL. 28).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1949.
   FOR: BROCHURES, PAMPHLETS, BOOKLETS RELATING TO VACATION PLANNING, SKI GUIDES, SKI SCHOOL MATERIALS, RECREATION PLANNING; PLASTIC BAGS, IN CLASS 16 (U.S. CLS. 2 AND 38).
   FIRST USE 0-0-1972; IN COMMERCE 0-0-1972, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1949.
   FOR: FURNITURE, ORNAMENTAL NOVELTY BUTTONS, IN CLASS 20 (U.S. CLS. 32 AND 50).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   FOR: MUGS, CUPS, PLATES AND GLASS BEVERAGEWARE, CORKSCREWS, CUPS, MUGS, PLATES MADE OF PLASTIC, IN CLASS 21 (U.S. CLS. 2, 23, 30 AND 33).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   FOR: TOWELS, TEXTILE WALLHANGINGS AND BANNERS, IN CLASS 24 (U.S. CLS. 42 AND 50).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   FOR: SKIS, POLES, SKI BINDINGS, SKI TUNING KITS CONTAINING WAXES AND ADJUSTMENT TOOLS, SKI EQUIPMENT, NAMELY POWER CORDS, IN CLASS 28 (U.S. CL. 22).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   FOR: MATCHES; ASHTRAYS, IN CLASS 34 (U.S. CLS. 8 AND 9).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   SEC. 2(F).

   SER. NO. 73-828,691, FILED 10-2-1989.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cls.: **24 and 25**

Prior U.S. Cls.: **22, 39, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,115,036
Registered Nov. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## SQUAW VALLEY USA

SQUAW VALLEY DEVELOPMENT COMPANY (NEVADA CORPORATION)
P.O. BOX 2007
OLYMPIC VALLEY, CA 95730

   FOR: TEXTILE GOODS, NAMELY, BED BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).
   FIRST USE 3-0-1995; IN COMMERCE 3-0-1995.
   FOR: MEN'S AND WOMEN'S CLOTHING AND ACCESSORIES, NAMELY, JACKETS, SWEATSHIRTS, CAPS, BATHROBES, T-SHIRTS, GLOVES, HEAD BANDS, VESTS, HATS AND FLEECE-WEAR, NAMELY, SKI CAPS; CHILDREN'S CLOTHING AND ACCESSORIES, NAMELY, T-SHIRTS, SWEATSHIRTS, BASEBALL CAPS, BATHROBES AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).
   FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
   OWNER OF U.S. REG. NOS. 670,261, 1,628,589, AND 1,645,155.
   SEC. 2(F).

   SER. NO. 74-720,618, FILED 8-24-1995.

BRIAN WEBER, EXAMINING ATTORNEY

Int. Cls.: **36, 39, 41 and 42**

Prior U.S. Cls.: **100, 101, 102, 105 and 107**

<u>United States Patent and Trademark Office</u>  Reg. No. 1,628,589
Registered Dec. 18, 1990

## SERVICE MARK
### PRINCIPAL REGISTER

## SQUAW VALLEY USA

SQUAW VALLEY DEVELOPMENT COMPANY (NEVADA CORPORATION)
P.O. BOX 2007
OLYMPIC VALLEY, CA 95730

FOR: REAL ESTATE MANAGEMENT, IN CLASS 36 (U.S. CLS. 101 AND 102).
FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.
FOR: LIMOUSINE, BUS AND TRANSPORTATION SERVICES; IN CLASS 39 (U.S. CL. 105).
FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.
FOR: PROVIDING RECREATIONAL FACILITIES FOR AND INSTRUCTIONS IN SKIING, GOLF, TENNIS, SWIMMING, OPERATING A SKI LIFT, AEROBICS AND OTHER FORMS OF EXERCISE, IN CLASS 41 (U.S. CL. 107).
FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.
FOR: HOTEL, RESTAURANT AND LOUNGE SERVICES; RETAIL GROCERY SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 0-0-1972; IN COMMERCE 0-0-1972.
SEC. 2(F).

SER. NO. 73-828,303, FILED 9-28-1989.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,269,300

Registered Aug. 10, 1999

## TRADEMARK
PRINCIPAL REGISTER

### SQUAW VALLEY USA

SQUAW VALLEY DEVELOPMENT COMPANY (NEVADA CORPORATION)
P.O. BOX 2007
OLYMPIC VALLEY, CA 95730

FOR: LEATHER GOODS AND IMITATION LEATHER GOODS, NAMELY, LUGGAGE, TRAVEL BAGS AND UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-21-1991; IN COMMERCE 5-21-1991.

OWNER OF U.S. REG. NOS. 670,261, 2,115,036, AND OTHERS.

SEC. 2(F).

SN 74-672,035, FILED 5-10-1995.

JEFFERY COWARD, EXAMINING ATTORNEY