# EXHIBIT 3

 

# WHOIS RESULTS

 Rewards add up faster  APPLY NOW  GET A DECISION IN 60 SECONDS 

- Earn 100,000 points or more in one year    • Save on everyday purchases    • Fee-free for your first year

| Do another WHOIS lookup | Send anonymous offer to buy this name | Backorder this name |

**RESOUI**
**SERVIC**

**r.** **Choose r.Protect** to hide the contact information below from public view

Access PC fr Anywl









Online Me
Made

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use:
You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package
- or just $8.95 with monthly packages.

http://www.networksolutions.com


Registrant:
Squaw Valley USA
  po 2007
  Squaw Valley, CA 96146
  US

  Domain Name: SQUAW.COM

  Administrative Contact:
    Kendall, Nathannkendall@SQUAW.COM
    Squaw Valley USA
    1960 Squaw Valley Rd.
    PO 2007
    Squaw Valley, CA 96146
    US
    530-583-6985 fax: 530-583-6985

  Technical Contact:
    Squaw Valley USAnkendall@SQUAW.COM
    po 2007
    Squaw Valley, CA 96146
    US
    530-583-6985 fax: 530-581-7106

  Record expires on 23-Mar-2012.
  Record created on 22-Mar-1996.
  Database last updated on 20-Jul-2006 16:11:12 EDT.

  Domain servers in listed order:

  NS3.SQUAW.COM          207.210.102.7
  NS4.SQUAW.COM          207.210.102.8
  NS1.SQUAW.COM          207.210.102.7
  NS2.SQUAW.COM          207.210.102.8

---

| Do another WHOIS lookup | Send anonymous offer to buy this name | Backorder this name |