# EXHIBIT 4 - PART A

OLYMPIC GAMES ◄ SQUAW VALLEY 1960

OLYMPIC GAMES
SPORTS
ATHLETES
NEWS
PASSION
ORGANISATION





# SQUAW VALLEY 1960

## VIII Olympic Winter Games

The 1960 Squaw Valley Games were preceded by a controversy when the organizing committee refused to build a bobsleigh run because only nine nations had indicated an intention to take part. This was the only time that bobsledding was not included in the Olympic programme. As the Games were held in California, it seemed fitting that the chairman of the Pageantry Committee in charge of the Opening and Closing Ceremonies was none other than Walt Disney. A new sport, biathlon (a combination of cross-country skiing and shooting) was added to the Olympic programme. The first race was won by Klas Lestander of Sweden. Women competed in speed skating for the first time. Male speed skater Yevgeny Grishin gained victories in the 500m and the 1,500m, just as he had in 1956. The United States ice hockey team won an unexpected championship, upsetting both Canada and the USSR.

30 NOCs (Nations)
665 athletes (144 women, 521 men)
27 events

### CEREMONIES



Squaw Valley February 1960. The Olympic Flame and the "Tower of the Nations".

Official opening of the Games by: **Vice-president Richard Nixon**

Lighting the Olympic Flame by: **Kenneth Charles (Ken) Henry (1952 Olympic champion in 500m speed skating)**

Olympic Oath by: **Carol Heiss (figure skating)**

Official Oath by: **The first officials' oath was sworn at the 1972 Olympic Games in Munich.**

📹 Relive the opening ceremony

### HIGHLIGHTS

Four years after earning two gold medals, Yevgeny

---

Search

OLYMPIC GAMI

◄◄ Previous

**KEY FACTS**

Opening date:
**18 February 19**

Closing date:
**28 February 19**

Country of the hc
**United States o
(USA)**

Candidate cities:
**Innsbruck (AU1
Moritz (SUI) an
Garmisch-Parte
(GER)**

Sports:
**4**

 **EMBLE**
🖼 Deta

 **MEDAI**
🖼 Det;
🖼 3D

 **POSTE**
🖼 Deta

 **TORCH**
🖼 Det;
🖼 3D

**ATHLETES**
Go directly to the
of the following a

 Veikko
HAKUL
Skiing
(FIN)

 Helmu
RECKN
Skiing
(EUA)

🖼 All the Athletes
these Games



Grishin's (URS-speed skating) performance was remarkably similar. He again won the gold medal over 500m, and again matched his own world record. Then, in the 1,500m, he finished in another tie for first place with Roald Aas.

☑ Discover Yevgeny Grishin's biography

☑ **More highlights**

**OLYMPIC RESU**

☑ Medals by cour

Looking for result other Games?
☑ Complete resu database

☑ My video prefe
☑ Association of
International Oly
Winter Sports Fe

## DID YOU KNOW?

The officials, unsure as to whether a skier had missed a gate in the men's slalom, asked CBS-TV if they could review a videotape of the race. This gave CBS the idea to invent the now ubiquitous "instant replay."

☑ **More facts**

## PHOTO GALLERY

Click below to discover all the photos.

   

Olympic Games:  Squaw Valley 1960

Home | Français | Multimedia gallery | FAQ | Jobs | Newsletter | Documents
Screensavers | Site map | Help | Credits | Legal information
© IOC 2006. All rights reserved.



OLYMPIC GAMES  ‹  SQUAW VALLEY 1960  >  DID YOU KNOW?

**OLYMPIC GAMES**
**SPORTS**
**ATHLETES**
**NEWS**
**PASSION**
**ORGANISATION**



# SQUAW VALLEY 1960
**Did you know?**

Search

## CEREMONIES

Spectacle and pr
the opening and
ceremonies.

📹 Opening cere

## HIGHLIGHTS

Sporting achieve
messages of pea
brotherhood, smi
tears.

▣ Learn more

## MEDAL TABLE

See prize winners
country:

▣ Click here

▣ My video prefe

### EVERYTHING IS STILL TO BE DONE



When Alexander Cushing put forward Squaw Valley's bid to the International Olympic Committee in 1955, the resort did not even exist ! He was the only inhabitant and homeowner in the whole place (300km from San Francisco and 1,900m above sea level).

### NO BOBSLEIGH

The organizers refused to build a track for the bobsleigh competition, making this the first time that this discipline was not on the Olympic programme.

### THE APPEARANCE OF SLOW MOTION

The officials, unsure as to whether a skier had missed a gate in the men's slalom, asked CBS-TV if they could review a videotape of the race. This gave CBS the idea to invent the now ubiquitous "instant replay."

### THE APPEARANCE ANTHEM



The Olympic Anthem was heard.

📹 Video

### NEW ON THE PROGRAMME



Men's biathlon and women's speed skating made their Olympic début.

### AN INNOVATION IN SKI EQUIPMENT



The winner of the downhill, Frenchman Jean Vuarnet, wore metal skis instead of the traditional wooden ones. It was the first Olympic medal to be won on metal skis.

Olympic Games:  Squaw Valley 1960



3 of 34 DOCUMENTS

Copyright 2003 Ventura County Star
Ventura County Star (California)

November 9, 2003 Sunday

**SECTION:** Life; Pg. J06

**LENGTH:** 1036 words

**HEADLINE:** For wintry fun, Squaw Valley is tough to beat
Skiing is just the beginning

**BYLINE:** Roberta Grant; Correspondent

**BODY:**

Lake Tahoe ski areas are famous for their abundant sunshine and spectacular views. One of the most picturesque is Squaw Valley USA, now over 50 years old and the site of the 1960 Olympic Winter Games.

Before the Games, Squaw had four double chair lifts and one rope tow. Today, it's considered one of the nation's main ski destinations, with over 27 lifts, 4,000 skiable acres and so many back bowls, you'll never get bored. And Squaw is an excellent spring skiing destination, often open through Memorial Day.

You get a lot of extras at Squaw. For example, board Squaw's cable car and take a 10-minute ride up 2,000 vertical feet to High Camp. Here, at 8,200 feet, you'll find the wonderful outdoor skating rink built for the Olympics, as well as a heated outdoor pool, spa and restaurant. The pool opens in March, but the restaurant offers a sunset dinner package for $25 all season. It's a great deal: the ride up the mountain and a three-course meal featuring such offerings as barbecued chicken and ribs, fresh fish or pot roast. Tickets can be purchased after 4 p.m. at the cable car ticket window. Seating is available until 9 p.m.

Squaw also offers free night skiing with all-day and afternoon lift tickets; night snowboarding begins Dec. 20 and runs through April 11, 2004. Snowboarders at Squaw have three terrain parks to themselves: Belmont Park for smaller kids, a super pipe and a halfpipe.

In recent years, Squaw has invested heavily in environmental improvements, new grooming equipment, terrain park enhancements and expanded beginner terrain. The Squaw Valley ski school offers classes in racing, mogul, extreme, parabolic, freestyle, snowboarding and powder. There are excellent multiday "Just For Women" clinics and a snow school for kids ages 3-12, offering ski instruction and games.

If you should tire of downhill, Squaw has plenty of other activities to offer: cross country, ski touring, sleigh riding and snow tubing for the whole family. Ice fishing and mountaineering are available nearby.

For wintry fun, Squaw Valley is tough to beatSkiing is just the beginnin

The hub of this high-energy winter playground is a European-style ski village that draws 20-somethings and families in equal numbers. Here you'll find a huge day-use locker room, ski boutiques, pubs and a wide range of restaurants. The casual, two-level Fireside Pizza Company is a popular rendezvous because you can ski right to its upper deck at the mountain's base. At the more sophisticated end of the culinary spectrum are delectable upscale eateries such as PlumpJack and The Library.

There are over 40 hotels within eight miles of Squaw Valley, including several in the charming town of Truckee. My favorite is the Resort at Squaw Creek, opened in 1990. What distinguishes the resort is its setting in the Squaw Valley Meadow and superb ski-in-ski-out access to its own triple chair lift that carries you to the heart of the Squaw Valley ski area.

The lobby building features five restaurants and conference rooms, and on the lower level a very good ski shop as well as a ticket office and rental shop. In case you're forced to bring work with you, the resort offers wireless Internet access.

After you check in, stroll outside through a double row of boutiques featuring jewelry, clothing and art, plus a well-stocked deli. At the far end, you'll find the concrete structure housing 403 luxury rooms, including suites and bi-level penthouse units, done up in neo-craftsman style and cozy tones of burgundy and green. From this building, it's a short stroll to the resort's chair lift. I found it pleasant to pick up my skis from the resort's storage room and walk 100 feet or so to the lift.

Apres ski, it's an equally short hop to the resort's full-service spa and fitness center or to the wonderfully inviting outdoor hot tubs and three swimming pools. The main pool is open year-round. At the poolside snack bar, you can purchase coffee, hamburgers, cookies and other goodies. Children and their parents will enjoy Mountain Buddies, a fully supervised children's program.

If you'd like to take a day off from skiing, the resort offers sleigh rides, dog sled tours, an on-site Nordic Center with 12 miles of groomed trails and ice skating on its 60-foot-by-90-foot outdoor exhibition rink.

Try a yoga class or have a relaxing massage at the cozy stone-and-wood spa, then get your hair and nails done at the salon or barber shop. For dinner, choose from Glissandi, the resort's four-diamond signature restaurant; Ristorante Montagna, featuring northern Italian cuisine; Cascades, offering Pacific Rim fare and a breathtaking view of the Squaw Valley Meadow; or Bullwhacker's Pub, an alpine steakhouse and sports bar.

I'm told that families come back to the Resort at Squaw Creek year after year, and I can understand why. It is more than a ski vacation; it's a well-rounded winter experience.

If you go

n Squaw Valley, P.O. Box 2007, Olympic Valley, CA 96146; 1-530-583-6985; http://www.squaw.com; e-mail squaw@squaw.com; online tickets, http://www.squawshop.com. Lift tickets: $58 all day adult, children under 12, $5. Ice skating: Ride and skate rental package, $20; ride only $17; skate only $8. Swimming starts March 15.

n Resort at Squaw Creek, 400 Squaw Creek Road, P.O. Box 3333, Olympic Valley, CA 96146; 1-530-583-6300; fax 1-530-582-6632.

How much: Room rates start at $279; Holiday rates start at $400; call or check the Internet for discounts and packages.

For wintry fun, Squaw Valley is tough to beatSkiing is just the beginnin

Restaurants: Glissandi is currently closed for renovation; Ristorante Montagna, entrees from $19 to $31; Cascades seafood and prime rib buffet, adults $24.50, children $15.50.

Extras: Swedish massage, $95 for 50 minutes;Olympic sports or deep-tissue massage, $110 for 50 minutes.

n A $14-per-day resort fee covers shuttle service to Tahoe City, baggage service, unlimited access to the Health Club, yoga, in-room coffee/tea service, ice skate rental and rink use, cross country rental and Nordic pass, and day use of shoeshoes or sleds. Sleigh rides with rare blond Belgian horses take tours of Squaw's historic landmarks; $20 adults, $10 children 2-11. Moonlight rides available by request.

**GRAPHIC:** Courtesy Squaw Valley USA

Tired of downhill skiing? Squaw Valley has plenty of other activities tooffer: cross country, ski touring, sleigh riding and snow tubing for thewhole family. Ice fishing and mountaineering are available nearby.

**LOAD-DATE:** November 17, 2003

4 of 34 DOCUMENTS

Copyright 2003 Gale Group, Inc.
ASAP
Copyright 2003 Los Angeles Magazine, Inc.
Los Angeles Magazine

November 1, 2003

**SECTION:** No. 11, Vol. 48; Pg. 143; ISSN: 1522-9149

**IAC-ACC-NO:** 110459770

**LENGTH:** 1187 words

**HEADLINE:** Heaven on earth: nearby sun and ski destinations; Special Advertising Section

**BYLINE:** Wright, Bekah

**BODY:**

There are those East Coast transplants who bemoan the loss of seasons here in the West. Perhaps they just don't recognize the signs. True, it can be confusing, for where else can a person both surf and ski in the dead of winter? When the rest of the world is hibernating Angelenos are revving up to enjoy what the magnificent terrains of L.A. and its nearby surrounds have to offer.

High atop a cliff in the artist colony of Laguna Beach sits the area's latest work of art, the Montage Resort and Spa. This Craftsman-inspired luxury resort abounds with artistic touches, from the exclusive art collection to the culinary creations of renowned chef James Boyce. Four private white-sand beaches offer ocean vistas and a launching point for kayaking, snorkeling, and surfing. Those with a love of the oceanic can explore the tidal pools with the on-staff marine biologist and get an in-depth education in local sea life. If you've forgotten your wet suit and the ocean chill is not to your liking, step inside Spa Montage for the "Elements of Life" treatment, in which warm ocean mud is applied to the body, followed by a soak in a rose and jasmine bath.

Bacara Resort is the perfect place for sea lovers to make the most out of the American Riviera's waves, be it on a surfboard or a catamaran. Bacara caters to the adventurous with its many outdoor activities including horseback riding, mountain biking, tennis, and golf. Still hankering for a challenge? Bacara will create a triathlon to test your athletic prowess. If relaxing is more your forte, lounge by one of their three zero-edged swimming pools in a private cabana, dine at one of the world-class restaurants, or partake in a "Citrus Avocado Body Polish" at the spa.

A mere two-hour flight will deposit you at the "windows to Paradise," otherwise known as Rosewood's Las Ventanas al Paraiso. Located in Los Cabos, Mexico, where the Sea of Cortez meets the Pacific Ocean, this luxury resort appeals to thrill seekers with activities such as windsurfing and world-class sport fishing. Use one of the resort's sport yachts to explore the open seas, scuba down

Heaven on earth: nearby sun and ski destinations; Special Advertising Se

to a shipwreck in search of hidden treasure, or snorkel around the Sea of Cortez's coral reefs. Palopas with hammocks beckon sun worshipers seaside, where they're attended by six of their very own beach butlers. The resort's Mediterranean-Mexican-style architecture blends with the beauty of the natural surroundings, a mixture of desert, mountains, and the marine. Head in to a sumptuous suite with its own Jacuzzi/splash pool and rooftop terrace, where you can stargaze with your very own telescope.

Where better to catch a wave than "Surf City USA," in Huntington Beach. Surfers come for the illustrious waves, where the pros recently pulled out all the stops for the X Games IX surfing competition by riding the rail and catching some big air. For easy beach access, stay at the Hyatt Huntington Beach Spa and Resort. At this stunning resort, no stranger to beach lovers, it's not uncommon to see a surfer with a longboard strolling through the elegant lobby. When the last rays of the sun have disappeared paddle inland and warm up by a beachside fire.

As any Californian can tell you, there's more than one way to achieve "Big Air." Those preferring powder to kelp head for nearby ski resorts. Day-trippers seek out slope time at Big Bear Lake's ski resorts, Bear Mountain and Snow Summit. If a day doesn't quench your appetite for downhill action, consider something more permanent. New to the area is the Club at Big Bear Village, a luxurious private residence club. "It's the great outdoors on a silver platter," says Arlene Winnick of Novom Marketing. Indeed, with heated sidewalks, groceries delivered via the touch of a fax button, and an on-call concierge, all your needs are catered to, allowing you to focus your energies on the slopes.

For Olympics-inspired skiing visit the home to the 1960 Winter Games in Squaw Valley. Its open bowl format provides a veritable winter playground with more than a hundred runs, 16 open bowls, three dedicated terrain parks, and two half pipes. Advanced skiers flock to the peak of KT-22, one of the world's most famous pitches. At the mountain's base is the Resort at Squaw Creek, which provides ski in/ski out access. New to the resort is its Nordic Center, where cross-country and snowshoe fans can strut their stuff through 400 acres of meadow trails. After a full day of polar fun kick back in the resort's Presidential Penthouse and enjoy a stunning sunset over hot toddies.

Don't want to miss out on a breathtaking view of nearby Lake Tahoe during your visit? Relive "Old Tahoe" at the 1920s-inspired mountain lodge of the newly renovated Hyatt Regency Lake Tahoe Resort Spa and Casino. Take a dip at the unique year--round lagoon-style swimming area with its heated deck and outdoor pool. Luxuriate at the Stillwater Spa with a hot stone massage before settling down for fireside dining at the Lone Eagle Grill. Take in some gambling at the resort's casino before turning in for the night.

Farther afield are the slopes of the 2002 Winter Olympic Games in Park City, Utah. When planning a ski trip to the area make your first stop the Park City Chamber of Commerce's web site. Take advantage of the Quick START Vacation Program, a joint effort of the chamber of commerce and the area's three ski resorts--the Canyons, Deer Valley Resort, and Park City Mountain Resort--which enables visitors to download a coupon and present it with their airline voucher for a free day on the slopes. "We want to show how quick and convenient it is to ski in Park City," says Krista Rowles, communications manager for the Park City Mountain Resort. "You can fly in that morning and be on the slopes by 10 a.m." Park City's Winterfest 2004 will kick off with events sure to please the most avid of winter sports enthusiasts, including the FIS Freestyle World Cup and Big Air competitions.

Heaven on earth: nearby sun and ski destinations; Special Advertising Se

Taos, New Mexico, is known not only as a spiritual center but as one of the world's prime skiing destinations. To get the most out of your stay, check ahead with the Taos Chamber of Commerce about the many festivities planned around the winter season. The blend of Native American, Hispanic, and Anglo cultures comes together in many of Taos's celebrations, such as the Deer Dance, Matachinas, and Las Posadas, or partake of a traditional Spanish dinner, the Merienda de Navidad. The newly opened El Monte Sagrado Resort makes the perfect base for skiers en route to Taos Ski Valley or one of the area's four ski resorts. They'll also arrange myriad other outdoor adventures, from llama trekking to white-water rafting down the Rio Grande.

Whether they're riding the waves or shushing down the slopes Angetenos make the most of winter. And why not, when you live in Paradise?

RESOURCE GUIDE

Park City Chamber (800)453-1360 ext. 514 www.parkcityinfo.com

Sheraton Holds and Resorts Hawaii (888)488-3535 www.starwood.com/hawaii

Tool (800)862-3365 www.taosguide9.com

The Club at Big Bear (866)848-2582 www.clubbigbear.com

**IAC-CREATE-DATE:** January 12, 2004

**LOAD-DATE:** January 13, 2004

5 of 34 DOCUMENTS

Copyright 2003 The Charlotte Observer
All Rights Reserved
Charlotte Observer (North Carolina)

February 16, 2003 Sunday ONE-THREE EDITION

**SECTION:** TRAVEL; Pg. 1I

**LENGTH:** 1163 words

**HEADLINE:** SQUAW VALLEY HIGH LIFE;
FAR ABOVE THE TREE LINE, SKI THE CLIFFS AND CHUTES ALONG WITH MEDALISTS AND DAREDEVILS

**BYLINE:** PAIGE WILLIAMS, SPECIAL TO THE OBSERVER

**DATELINE:** SQUAW VALLEY, Calif.

**BODY:**

The first thing to know about Squaw Valley USA, the California ski resort five miles west of Lake Tahoe, is that nearly 20 years ago a movie was filmed here that has become a cult classic.

"Hot Dog" spent a week as the nation's No. 2 movie, behind "Terms of Endearment." Last month there was a "Hot Dog" reunion with the actors and local ski doubles hired for the downhill stunt work. Five hundred people packed a lodge to watch a screening of the sports comedy - with beers and in '80s costume (big hair, gators) and with warm irreverence for the local scenes, hometown faces and campy lines ("Rotate outta here, Jack!"). It was like "Rocky Horror" with snow. Thing is, a lot of the people who came to Squaw to make that movie never left. The place has a way of drawing you in.

Bohemia, bonhomie, call it what you will, Squaw people live exuberantly, work hard and possess unpretentious pride in the uniqueness of their community. This may be because Squaw is still a family-owned resort, or because it hosted the 1960 Winter Olympics or because so many ski movies, magazine covers and ads have been shot here that the place is often called "Squawllywood."

As resorts go, there are bigger ones, richer ones, fancy-schmancier ones; if it's cookie-cutter glitz you want, go to Aspen. Squaw Valley's allure is - well, where to start?

The largest of Lake Tahoe's 15 downhill ski resorts, Squaw is considered the birthplace of extreme skiing. Veteran downhillers compare it to European resorts for its challenging terrain of cliffs, chutes and straight-drop pitches, and because most of the skiing is above tree line.

In the 1970s, daredevils like Scot Schmidt came soaring off the summit cliffs and a legion of wannabes followed, creating a cult-like sport that thrives today. These guys live to ski, jump, snow-

SQUAW VALLEY HIGH LIFE;FAR ABOVE THE TREE LINE, SKI THE CLIFFS AND CHUTE

board and telemark the gnarliest natural obstacle courses on the mountain and are forever coming up with weird and breathtaking new ways to do it.

On any given day you might share a lift with some of the biggest names in professional skiing and snowboarding. The moguls gold medalist Jonny Moseley and free-skiing icon Brad Holmes both ski at Squaw, as do free-skiers Shane McConkey, Scott Gaffney and Aaron McGovern, who last month was sporting lavender hair. Olympic racer Marco Sullivan hits the hill a lot, as do world-class downhillers Tamara McKinney and Franz Weber. And though nearby Sugar Bowl is one of his sponsors, the Salt Lake Olympian Daron Rahlves - who recently swept world championships in Italy and Kitzbuhl, Austria - can be seen blurring down the mountain with his friends.

This isn't to say Squaw is an experts-only mountain. Seventy percent is intermediate or beginner material, or nicely groomed "cruisers" through wide-open spaces, and the relatively open geography (4,000 skiable acres) makes the mountain uniquely democratic. Even from the bunny lifts you can see the pros assaulting the snow, looking for new ways to jump it, carve it, ride it.

"You can come to where the bad boys play and still have an intermediate experience," says Katja Dahl, Squaw's director of media and public relations and herself a former ski racer. "The cruisers are within full view of the show - the extreme show - so you can check it all out. Some people say it inspires them, being able to watch the skiers on the more advanced terrain."

The conditions at Squaw are also unique. The snow comes in early over the Sierras and saturates the mountain with a thick, wet foundation called "Sierra cement," which clings to the steepest runs and supports the lighter, drier "hero snow," allowing the runs to be skied.

Because Squaw gets more than 450 inches of snow a year, the season runs later than most, through the end of May rather than April. And: "The temps are a lot milder," Dahl says, "so you don't have to deal with the frigid cold."

Squaw regulars especially like the short queues. Though 600,000 or so people ski here each season, the wait is hardly ever more than five minutes unless somebody spazzes out in the lift line. Lifts were designed with heavy traffic flow in mind: Three or four service the same kind of terrain.

For some good intermediate runs, try Shirley Lake, though ski it early if you like a sunny slope, because by early afternoon it's in shadow. On a powder day, locals head straight to KT-22, or to the tree chutes off the Cornice II chairlift or Headwall's hogback, or they hike to the legendary Palisades or the Granite Chief peak to hurl themselves off the summit. The less adventuresome could stick to any of the runs off the Gold Coast lift. For the tricksters, there's a half-pipe, a 400-foot super-pipe with 17-foot walls and tables, jumps and rails.

Nearing the top of the Siberia lift or Headwall, turn around and look behind you and check out Lake Tahoe, mountain rimmed and glimmering, and honest to God, you'll be happy to be alive.Insider Tips

BASICS

Squaw Valley is several miles west of Lake Tahoe, just west of the California-Nevada line. Fly into Reno, Nev., (40 miles away); Sacramento, Calif., (100 miles) or even San Francisco (200), if you'd like to combine skiing with city sights or a road trip through wine country. Squaw Valley opened as a ski resort in 1949. It was the site of the 1960 Winter Olympics, the first Winter Games held in the western United States.

SQUAW VALLEY HIGH LIFE;FAR ABOVE THE TREE LINE, SKI THE CLIFFS AND CHUTE

Ways & Means

Lift tickets: Adult all-day, $58; adult two-day, $102; 12 and younger, $5; 76 and older, free. Lifts run 9 a.m.-4 p.m. weekdays, 8:30 a.m.-4 p.m. weekends and holidays.

Where to stay: Accommodations range from ski-in/ski-out, to condos just steps from the chairlifts, to rustic cabins. Between Squaw Valley and the California towns of Truckee and Tahoe City (five miles away, on the lake), there is a variety of lodging, with ski packages. Midweek specials, via Central Reservations Internet, recently began at $152 per person/night double at Olympic Village Inn. Central Reservations represents more than 50 properties: (800) 545-4350, toll-free, 11 a.m.-7:30 p.m. weekdays; www.squawvacations.com.

Ambience: The spectacular new Village at Squaw opened this year, a handsome pedestrian concentration of restaurants, shops and luxury condos (139 of these sold in six hours).

Apres ski: The best bar around (and the best bartender, John Haynes) is Le Chamois, at the base, where the beer's always cold and the saki's always hot. For good grub, try Mountain Nectar for great wraps and smoothies, or go upscale at Graham's.

RESOURCES

(530) 583-6985, 11 a.m.-7:30 p.m. any day; www.squaw.com.

Mountain stats

Six mountain peaks, 4,000 skiable acres.

Longest run: 3.2 miles (Mountain Run).

Thirty-three lifts including a cable car, Funitel tram system, three high-speed six-packs and four high-speed quads.

SquawKids Children's Center is a 12,000-square-foot facility that caters to children 12 and younger. All-day programs include lunch. Details: (530) 581-7225 anytime.

**GRAPHIC:** GRAPHIC:1 PHOTO:4;
1. SQUAW VALLEY SKI PHOTOS. Skiing can be a high-flying sport at Squaw Valley, the famous resort that overlooks Lake Tahoe.; 2. The party scene draws repeat visitors to the California resort, which is near the Nevada line and Lake Tahoe. The spectacular new Village at Squaw - seen here - is a handsome pedestrian concentration of restaurants, shops and luxury condos.; 3. SQUAW VALLEY SKI CORP. PHOTOS. Squaw Valley attracts ski professionals - Olympic, "extreme" and otherwise. But there are easier slopes, too.

**LOAD-DATE:** February 17, 2003

6 of 34 DOCUMENTS

Copyright 2003 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

February 2, 2003 Sunday Five Star Late Lift Edition

**SECTION:** TRAVEL & LEISURE ; Pg. T10

**LENGTH:** 885 words

**HEADLINE:** NEW VILLAGE WILL PUT A NEW FACE ON SQUAW VALLEY

**BYLINE:** Patricia Woeber Special To The Post-Dispatch

**BODY:**

\* The resort near Lake Tahoe is making improvements in four phases.

Squaw Valley always has been famous for great ski terrain. The resort high in California's Sierra Nevadas, near Lake Tahoe, begins at a base of 6,200 feet, with slopes reaching 9,050 feet. It was the site of the 1960 Winter Olympics.

The name derives from the Washoe Indians, who left their squaws in the safety of the valley before going on hunting trips.

The resort's history dates to 1948, when owner Alex Cushing first realized the potential of this hidden valley. His vision and determination brought the Olympics and earned the area an international reputation.

The November issue of Skiing magazine ranked Squaw Valley fourth among North America's top 25 ski resorts. Only Whistler Blackcomb in British Columbia, Alta-Snowbird in Utah and Jackson Hole in Wyoming finished higher.

The magazine also ranked Squaw Valley as fourth for snow quality, fifth for steep slopes and 14th for nightlife.

But no resort, no matter how magnificent, can rest on its laurels for too long. Big changes are coming, centered on a new Village at Squaw Valley, which will be connected to the historic base area.

"The entire base area has been transformed," said Eric Brandt, director of marketing. "The village adds a new energy and excitement."

The pedestrian village is being built in four phases (phase I is open, and phase II will open gradually through this season). Construction of the complex will take place over several years and represents an investment of approximately $250 million. When complete, the village will include 600 new lodging units, 80 boutique shops, restaurants and galleries.

NEW VILLAGE WILL PUT A NEW FACE ON SQUAW VALLEY St. Louis Post-Dispatch

Other improvements have been made over the past decade. The gondola was replaced by a "fu-nitel," said to be the most advanced enclosed aerial transportation system and the first of its kind in the United States, designed with a double cable, enabling it to run in crosswinds up to 75 mph. Windy or not, skiers can get to the top of the mountain.

The ski resort offers levels of challenge for every type of skier. Six mountain peaks cover 4,000 acres of slopes, so there's room for everyone: 45 percent of the slopes are designed for intermediates, 30 percent for experts and 25 percent for beginners.

Beginners find that several of the easiest slopes are on top of the mountain, giving panoramic vistas of snowy peaks and Lake Tahoe. The High Camp restaurant complex sits at 8,200 feet, with an Olympic-size ice-skating rink, tennis courts, a lagoon-shaped swimming pool, spa and a snow-tubing area. All are open winter and summer (except the tennis courts, which are open summer through fall, and the snowtubing is winter only).

For children, the resort offers SquawKids, a child-care center for ages 2 to 3, with a ski school for ages 4 to 12. Each ski class includes fewer than half a dozen kids, evaluated by ability. As soon as a few basics, including the most important -- control and stopping -- are learned, the kids are taken to the easy slopes. For intermediates, the most popular slopes are Shirley Lake's groomed runs.

Squaw Valley also offers night skiing. From mid-December through mid-April, those who purchase daily and afternoon half-day lift tickets can ski or snowboard free at night.

Squaw Valley is usually open through May, and the months of March and April often bring warmer weather along with good snow coverage.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you go

Getting there: Squaw Valley is 200 miles east of San Francisco and 100 miles east of Sacramento via Interstate 80, to Highway 89. Many airlines fly into Reno/Tahoe International Airport, which is 45 scenic miles from the resort. Rent a car or take the shuttle from Reno; reserve 24 hours in advance, through Squaw Valley Central Reservations: 1-800-545-4350.

Accommodations: Squaw Valley Central Reservations, 1-800-545-4350, lists hotels, condos, homes and inns. E-mail squawres@squaw.com, or go to www.squaw.com. Or contact Julee Rosa Realty, 1-530-583-6715, broker@squawusa.com. Or check with a travel agent.

The five-star deluxe Resort at Squaw Creek is located in the valley at 6,200 feet. The hotel (405 rooms and major convention facilities) offers th ree swimming pools, an 18-hole Robert Trent Jones Jr. golf course and a mini-mall with boutiques. A chairlift gives access to the ski terrain. Rooms start at $204 a night. Ask about promotional rates and ski packages, 1-800-327-3353.

The PlumpJack Squaw Valley Inn, 1-530-583-1576, offers standard rooms from $185 midweek, $320 weekend, $355 holidays; suites are $395 to $625. At Squaw Valley Lodge, 1-800-992-9920, rates are about $190 to $275 for weekend suites.

Ski season: Usually begins in mid-November with a good base, as Squaw Valley has a state-of-the-art snow-making system, and usually lasts through Memorial Day. An adult lift ticket costs $58; $5 for children 12 and under; $29 for juniors 13 to 15; $29 for seniors 65 to 75; and free for anyone

NEW VILLAGE WILL PUT A NEW FACE ON SQUAW VALLEY St. Louis Post-Dispatch

over 75. Season passes and ski packages offer discounts. All tickets include night skiing and snow-boarding.

Squaw Valley information: Call 1-530-583-6985, e-mail squaw@squaw.com, go to www.squaw.com or call a travel agent. For snow information, call 1-530-583-6955.

**NOTES:**
Leisure; skiing

**GRAPHIC:** GRAPHIC, PHOTO, MAP; (1) Color Photo by PATRICIA WOEBER - Lake Tahoe is visible in the distance from one of the peaks at Squaw Valley. GRAPHIC (2) Color Graphic / Map by Post-Dispatch - Map of California and area of detail

**LOAD-DATE:** February 4, 2003

8 of 34 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 1, 2002 Sunday

**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 788 words

**HEADLINE:** Squaw's Wendt talks of competition and customers

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

BUILDING ON OLYMPIC SUCCESS

By Ryan Randazzo

RENO GAZETTE-JOURNAL

The 1960 Winter Olympics made Squaw Valley USA and its terrain world-famous, and numerous events have kept the resort and its management in the spotlight since.

The latest examples: A $250 million village planned to include 589 condominiums and 78 businesses being built at the base area and a pending lawsuit over its alleged pollution of a Truckee River tributary.

Those issues have drawn serious attention to the resort's decision-makers from skiing connoisseurs and public officials alike.

Nancy Wendt, president of Squaw Valley Ski Corp., who took the helm after marrying resort founder Alex Cushing in 1987, plays a leading role in the resort's decisions.

A lawyer by trade - she attended the University of Colorado, Boulder, as an undergraduate and received her law degree from the University of South Carolina Law School with a year of special study at Harvard - Wendt gained business experience dealing with billion-dollar mergers and acquisitions.

"The little calculators we used couldn't handle all the numbers, to tell you how long ago that was," she said.

That prepared her for a career at the resort, which she says she finds much more relaxing, but with its own challenges.

Squaw's Wendt talks of competition and customers Reno Gazette-Journ

One such challenge has been finding the right partners to develop the resort's base area. She says the Village at Squaw Valley being built by Intrawest Corp., the first phase of which is already open, will transform the once mostly vacant base area into a lively ski hamlet.

"We are looking for activity," she said of the development, which should be finished by 2005 or 2006. "We want to see activity in all four seasons, and that is the exciting part of it."

The growing number of rooms at the base area could help Squaw build on its already large national stature. Both Skiing magazine and Freeskier ranked the resort fourth best in North America this year, behind Whistler, Jackson Hole, Mammoth and Alta/Snowbird. Transworld Snowboarding magazine ranked Squaw 12th overall.

Ongoing litigation - the resort has three pending lawsuits - has created a business challenge for Squaw's managers in countering a reputation for poor environmental stewardship.

The Lahontan Regional Water Quality Control Board, based in South Lake Tahoe, has ordered the resort to study and prevent dirt from flowing into Squaw Creek, a Truckee River tributary.

"We have had a long history of violations on that mountain," said Scott Ferguson, senior water resource control engineer for the board. "The purpose of this cleanup and abatement order is to have Squaw Valley identify pollutant sources, the primary one is sediment, then develop a plan that will reduce or eliminate those sources so Squaw Creek is returned or brought into compliance with the objectives."

Wendt counters that a pending lawsuit from the California Attorney General initiated by the control board is baseless, and that allegations of water pollution caused by construction at the resort are overblown.

"We have natural beauty here, no question about that, and part of beauty is to be sure that everything in the environment is attractive, including clean water," she said.

Besides those concerns, the resort competes with many other world-class destinations nearby. One is Heavenly Lake Tahoe, which was bought by Vail Resorts in March. Vail has already begun spending the $40 million on improvements it promised at the time of purchase, said spokeswoman Molly Cuffe.

Heavenly officials have plans for on-mountain improvements that could include new lifts, Cuffe said. Add to that the two Marriott lodging projects with a combined 464 units just opened on either side of Heavenly's gondola base in South Lake Tahoe, and it is hard to overstate Squaw's competition.

"There is a lot going on here in South Lake Tahoe," Cuffe said. "It is really exciting. Now we are getting the amenities to accompany the world-class skiing."

ENVIRONMENTAL BATTLES

"In 1967 there was no environmental law at all. ... Each year since then, regulations have gotten tighter and tighter and things have changed. And so things that we may have done 40 years ago you certainly would not be able to do today."

HUSBAND ALEX CUSHING

"He is the sweetest man in the whole world. ... We have a remarkable relationship because we are together 24 hours a day, seven days a week, and we have been for a long, long time. It is a very unusual relationship."

CUSTOMER SERVICE

"We want to be sure that when our customer arrives here from the very moment he parks his car until he leaves at the end of the day ...We want to be sure that he is treated in the very best manner. We think we can improve on that."

GRAPHIC: Scott Sady, Reno Gazette-JournalUNIQUE VIEW: Nancy Wendt, president of Squaw Valley USA, enjoys the view while riding up the mountain on the Funitel gondola on the resort's opening day.Scott Sady, Reno Gazette-JournalSQUAW DEVELOPMENT: New construction is seen behind the Olympic House at the base of Squaw Valley USA. Tackling the issues; After an early-November storm dropped nearly 4 feet of snow on Squaw Valley USA's higher elevations, turning the bare slopes to hard-pack runs, the resort celebrated a sunny opening day on Nov. 16. Before taking a few runs, Squaw Valley President Nancy Wendt sat down with Ryan Randazzo of the Reno Gazette-Journal. Along with the big issues, Wendt discussed being a woman in an industry dominated by men, her feelings on Reno officials making a bid for the 2014 Olympics, how the resort maintains its reputation, and what direction it will take after 53 years in operation. RGJ: Can you describe the path you took to becoming president of Squaw Valley Ski Corp.? A. I guess probably the skill that is most important in this job is my legal background. I graduated from law school in 1975, and I practiced law in New York for Skadden, Arps, Meagher and Flom for quite a few years and then I went into private practice for a while. Then when I came out here, it is a very complex situation out here. There are a lot of little divisions of land ownership. Our operation involves approximately 40 concessionaires and licensees. The closest thing it is equivalent to is a shopping mall or an amusement park. There are a lot of businesses here. RGJ: So your legal background helped get you into your position. Is that how you met Alex? A. Yes it is. I gave him some legal advice. At that time I had a specialty in historic preservation. After the Olympics, there are a lot of Olympic buildings here. The question was whether to go for a historic designation for some of them, which would have some tax implications, but it also restricts you from making any modifications to the buildings. There were a lot of complex issues. RGJ: You still spend your summers on the East Coast. Is that where you grew up? A. I grew up in Tuxedo Park, N.Y. I call it upstate New York. It is an hour and a half north of New York City. As a matter of fact, there is a little ski area there. Sterling Forest it is called. When I skied there, I never thought I would be here. RGJ: Growing up you never thought about being president of a giant resort? A. (Laughing) No, I did not. RGJ: Do you ever go back there and ski now just for old-time's sake? A. No, no. I really learned to ski in Vermont at Bromley. It is a little area there and there was a run called The Lord's Prayer, which was the beginner run. That is how I learned to ski. I went to the University of Colorado at Boulder, and that is where I really started skiing. RGJ: So how old are you? A. Ooh. You sure you want to ask that of a woman? RGJ: I do. A. You do. OK. I think I am 58. RGJ: You ski a lot still? A. I try to, yes. RGJ: So when you see a big storm start to come in and unload on the mountain, do you get more excited about the business prospects that offers for you, or the turns you are going to get to make that afternoon? A. Oh. That is a good question. I don't think you can really separate the two. When you are working at something you love, everything is combined together. It is just a good thing. When it snows, it is a good thing. RGJ: How big of a challenge is it maintaining Squaw Valley's reputation? A. We have had difficulty in that regard. We've got a great past. We've had the

Olympics and we have been in the forefront of using the latest lift technology. We had the second detachable lift in the United States. We had the first Funitel (a double-cabled, enclosed lift that can withstand heavy winds) in the United States. We have the largest tramway in the United States. So we have had excellence in our technology and in the way we have run our mountain. Every year we are improving our mountain. Now we have moved to a more four-seasons resort. That really happened when we tripled the size of High Camp in 1991. We added amenities up there, the swimming pool, ice rink, and we had soccer up there, volleyball, bungee tower, many activities. At that time we made the decision that we really wanted to have the place look absolutely fantastic all four seasons. Since then we have been spending a tremendous amount of money on re-vegetation. In certain years we have spent up to $1 million on re-vegetation. We have been the subject of quite a few lawsuits. I take that back, not quite a few, one lawsuit from the attorney general. They have some environmental causes of action. So we have been under attack in that regard. We are pursuing our defense and we will just have to see how that comes out. RGJ: I was thinking the reputation of a world-class destination. A. That has been our main focus since I started working here. As I mentioned, the ownership of the land was very fragmented here in the valley. We have basically acquired some land in the valley, 130 acres. We didn't own the parking lot when I first came here. We just had an easement for parking. It was someone else's property. So we acquired as much land as we could at the base to plan a master plan. In 1988 we hired four architects independently, four architectural firms in order for each of them to come up with their own idea for what would be a good concept for a master plan. We took the plans from each of them. We let one of the architects (Hornberger + Worstell of San Francisco) put it together into a master plan for the base area. After that we went out and started to look for partners to help us with our development ... Intrawest. RGJ: Vail recently bought Heavenly. Booth Creek, another large corporation, owns two of your competitors, Sierra-at-Tahoe and Northstar-at-Tahoe. So what is it like to be more of a family-run business competing against large corporations? A. Don't forget Alpine (Meadows) is owned by Powdr Corp., which is one of the largest privately held conglomerates. So we are hemmed in by giant corporations. It is a different way of doing business. They have a completely different way of doing business. RGJ: Does it offer you any advantages to be family operated? A. We hope so. We are proud that it is a mom-and-pop operation. It is a family instead of a parent company. That is what we say. RGJ: No one calls you mom and pop, though, do they? A. Well, I don't know. Every employee calls us by our first names. Not Mr. and Mrs. so-and-so. That might be a difference from some other areas. RGJ: What about competing against those corporations as far as the pocketbook they have to turn to? A. It is very tough ? very tough. As a matter of fact, right now we are seeing an interesting situation with Vail associates coming in. They have instituted some pricing policies that are not sustainable. It is interesting that they have done this not sustainable pricing at the same time they have cut the bonuses, there are no bonuses, there is a pay freeze, and they fired the president of the company of Vail. So, they are essentially taking this pricing out of their own employees' pockets. We have never done anything like that, and it is something we would not consider doing. It is very interesting how these big companies operate. To go into that a little bit more, I think what you probably are interested in is the season pass pricing. You know that pass they have that they have been smothering the Bay area with? RGJ: The $299 pass that they offered everywhere? (Editor's note, this offer expired) A. Yes. That is interesting. I know they have been selling a lot of them, and yet our regular pass is $1,595 or something like that. So there is a huge difference there between $1,600 and $300. But yet our season pass sales continue to rise. They have gone up every year for the last umpty-ump years, and this year they have gone up quite a bit. I think people realize we have a great deal of value here. Our mountain is known as one of the best mountains in the United States, if not

the world. So, we have been able to maintain that as far as the season passes are concerned, but the question will be how will that affect our daily sales. RGJ: Are most of your pass holders coming from the Bay area or are they locals here at Tahoe? A. Our full-season passes are mostly the Bay area. Our mid-week passes are local. RGJ: You are one of the few women in this industry as president of a company. Is that brought up very often? A. Well, yes, I think it is. I am always in meetings and I am the only woman in the meeting. There was a ski-area insurance company for a while. The insurance market has gotten very tough, and that company was not able to compete against the larger companies, so it disbanded. But being on that board, they always, they would make jokes about it and stuff. RGJ: So has it presented any particular challenges? A. I think it is difficult. I think some people have trouble taking directions from me, but that is to be expected. It is different. It is so different from the law office atmosphere that I came from, which is a very collegial atmosphere. Everybody is the same. They are all lawyers. They are all the same level and they are all equals essentially. This situation is challenging, definitely. RGJ: To get to where you are now, do you feel like you actively had to break through a so-called glass ceiling? A. (Laughing) No, I don't feel like I had to because I happen to be married to the owner. No, I had a very easy route. RGJ: Squaw Valley USA still uses the USA modifier in its name instead of Tahoe, which most of your local competitors do. A. Because of the Olympic tradition. If you go to Europe, Squaw Valley is much better known than most of the other areas in the United States. As a matter of fact, I think in Val d'Isere there is a hotel called Squaw Valley Hotel. I kind of got a kick out of that when I was there. RGJ: So when you are positioning your resort, do you have a harder time competing with the local resorts like Alpine Meadows and Northstar, or North American destinations along the lines of Vail and British Columbia, or worldwide destinations like the Alps? A. Well, we are in all of those markets and we are affected by all of the different things that affect those markets. The terrorist situation affects international travel. Where the snow is East verses West and the Rockies, that affects the national market. There are different things that affect each market. Price is becoming a huge thing here in Tahoe where you are seeing a wide range of prices, from Mt. Rose through Boreal to Sierra and Northstar. Everyone is taking a little price niche. RGJ: It seems by keeping the USA in the title that you could be ignoring the lake, where most people are highlighting Lake Tahoe as a destination. A. I don't think we are ignoring the lake. We are a member of Ski Lake Tahoe and we are very active in marketing the Tahoe area. We go to many ski shows as a group, especially the international shows. And now that San Francisco lost their bid for the (summer) Olympics, hey, maybe it is time for another new Winter Olympic bid trial. RGJ: The 1960 Olympics came to Squaw Valley after Alex saw a newspaper article explaining how Reno wanted to make a bid and he decided to make a bid also, and again Reno is hoping to make a bid for the 2014 Games ? A.Well they better have us in an alliance so we won't try to beat them out again. No, I am just kidding. Nowadays the bids are centered upon a city. We would never be able to have the Olympics here now. It is way too big. We only had 900 athletes and they set a rule - 1.5 officials for each athlete, because there are a lot of officials that come along. We would never be able to have that, but we would like to have the downhill events. We have the mountain for it. We could certainly do that, the alpine events. RGJ: So that does get wheels turning up here? A. I would say it opens the door. I don't know if there is the will and the interest, but it definitely opens the door. RGJ: The Intrawest development, you are marketing that as creating a more village-like atmosphere here. A. Yes. That was what we were looking for. We said a great mountain deserves a great village. RGJ: Most of those units are owned by Bay area residents, correct? That is where you had the auction for the units. A. That is correct. RGJ: What will it be like when it is finished? A. We are hoping it will be the heartbeat of the whole village area here at the base.The way it has sort of been developed, the lodge, the other buildings are

Squaw's Wendt talks of competition and customers Reno Gazette-Journ

off to the side. Now we have sort of a central location with a concentration of activity and people. People like people. They like to go people-watching. I think this will be a good thing for us. RGJ: Have you ever talked about merging with Alpine Meadows? A. We have talked with them many times. As a matter of fact, Nick Badami, the old head of Alpine when it was an independent, was on our board of directors. The thought being ? You know how he got started? He sold BVD underwear. So the thought being (laughing) that anyone who could sell underwear has got to be a very smart businessman. He agreed to be on our board. So up until the current time, we have always had friendly competition. We hope it remains that way. RGJ: But no talks of a merger right now? A. Well, we did. We had plans for a lift called the Siphon lift, which went up and over. Then, unfortunately, when word got out about that, some local people quickly declared a roadless area, and I think now its designation may have been moved up to a wilderness area. So there are some obstacles there. RGJ: So it's probably not a possibility now because of the designation of the land? A. I would say so. At the present time. It could always change. It isn't a true wilderness, so I suppose the designation could change. We would really like that because when you ski Europe, you don't just ski one area, there is always a connection to the next area. In Val d'Isere there are 400 lifts all within an area you can ski. RGJ: Most people, regardless of how good their relationship is, would have a difficult time working with their spouse. A. Well, most people are not married to Alex Cushing. He is the sweetest man in the whole world and you can ask anybody in this organization. He doesn't even raise his voice. He is just the kindest, nicest person I have ever met in my entire life. I can't say that I am that way, but I can say that he is. We are together all the time. We have a remarkable relationship because we are together 24 hours a day, seven days a week, and we have been for a long, long time. It is a very unusual relationship. RGJ: Based on magazine ratings, Squaw Valley is consistently among the top. Both Skiing and Freeskier ranked the resort No. 4 in North America this year. Do you think you could ever be No. 1? A. It is how the survey is done. If it was ranked purely on the mountain, I think we could definitely. But when they do reader surveys, the Vails and Whistlers each have bed bases of 20,000 to 30,000 and so there are more readers that have skied those areas. We attract an elite skier that is really a connoisseur of skiing. We don't have enough beds to appeal to the mass skier. We would like to, but you can see that our valley is very small. Our land is so precious in this valley because we just don't have a lot. Vail, they just stretch right out along the highway. They just keep going on out down the road. We don't have the ability to do that, so we have to be extremely careful with everything we do. We are trying to go slowly. We want to digest the Intrawest development and see how it affects things here before we proceed. We have other availability here in the Olympic Village and also at the top of the mountain. We are interested in putting a hotel at the top of the mountain. But we are going slowly on that because we just want to see how things will work with the new dynamics. RGJ: You are ranked consistently among the top in ski publications, and not so high in the snowboard publications. But you obviously put a lot into marketing to that crowd building terrain parks and halfpipes. A. Well, actually, we don't spend a lot of money marketing to snowboarders. We try to provide good product for them. That is interesting that you find that. I am not exactly sure why that would be true. There are different kinds of snowboarders and different kinds of snowboard publications. It is kind of a fragmented. There is a kind of surfer-set snowboarder and then there is the snowboarder that came from skiing. They are different kinds of snowboarders. I would have to analyze that a little further before I could comment on that. RGJ: What do you estimate your skier-to-snowboarder ratio is? A. It depends on the time of year and the time of the week. On the weekends, it is probably 30 percent snowboarders and if you came on a weekday in April it could be over 50 percent. Snowboarders are very committed. They get here early, they stay late, and rip it up in between. RGJ: The Environmental Protection Agency

Squaw's Wendt talks of competition and customers Reno Gazette-Journ

in June 2000 came in and took computers and files and made accusations toward your company (for violating the Clean Water Act during the construction of lifts by storing debris near Squaw Creek) and then decided to not pursue a case against you. A. They raided. They brought a special SWAT team in, I think from Denver. I think it was 14 people with guns. RGJ: They actually had guns drawn? A. They had the guns pulled back ready to be drawn. They had their, you know, their jackets back in a very threatening way. It was really frightening for the people that were here. I didn't happen to be here on that day. I am sorry about that. RGJ: That is a unique challenge for a ski resort. A. It was very difficult to keep running. They took 80,000 pages of documents and all of our computer hard drives. It was in June. That was good, but it was extremely ? we still don't have some of our original files back. But, after almost two years of investigating and going through those files, they determined there was absolutely no basis for further prosecution and they didn't bring any charges against us at all, no claims whatsoever. And frankly, we don't understand why (the) Lahontan (Regional Water Quality Control Board), which instituted that, why they continue to pursue us. We question if there is a rational basis for this continued pursuit. RGJ: One thing the suit does, whether or not they have a case against you, is generate bad press. For a company like yours, you rely on the Bay area, probably one of the most environmentally aware communities in the world, for your business. That creates a marketing challenge for you, doesn't it? A. Yes it does. They say our 'history of non-compliance,' but they have never brought suit against us before, and we hope that as the current suit continues that we will be able to get out our side of the story. And as I say, we don't understand why they are continuing to pursue this when it is found that their charges are that we have somehow dirtied the water. That is the EPA's purpose, to protect clean water in the United States. And they found that we were not doing that. So there seems to be a big conflict. RGJ: Probably a fight that you don't want to be in at all. A. Our legal fees alone are more than $1 million. This is money that could be spent on the environment. We'll spend any amount of money on the environment here in Squaw Valley. We've always told Lahontan that, too. Matter of fact, we presented a plan to them two years ago, this is before the raid, called the Greening of Squaw Valley, which was a 10-year plan. We would have spent millions and millions of dollars taking up roads and creating other environmental improvements. When we presented that plan, they laughed at us and said, 'No, we are going to make you do that.' RGJ: So you have a program now called Squaw Ecology based on educating customers on how a ski resort can minimize environmental impacts. Can you tell me a little bit about that? A. It is basically an education program. We have a ski-with-a-ranger day. We have some signage on the mountain to show some features of the natural world, flora and fauna of the natural world. And we have some educational material that explains some of our environmental programs, recycling, energy reduction plans, things of that nature. RGJ: Some people say that Squaw is nonchalant and does what it wants and is willing to pay the price of whatever fines come its way. A. Those are people that haven't come here to see the situation firsthand. For 12 years we have been working on this every year to improve this place to make it into the place that it should be, which should be a beautiful place. For the last 12 years, we've had a re-vegetation department. If you look at an old picture of the area, you will see the slopes are bare. It used to be just a ski area. In the summer nobody worked here. That is just the way it was left. We are working on erosion features. We do have 20 to 50 percent slopes here, some of the steepest slopes in the United States. That is why KT-22 (a famous ridge at Squaw) is a mecca for skiers. There is a question of whether it is natural erosion or man-made erosion. It is a very difficult situation, but we are devoting so much of our resources to environmental improvement, I think that is a cheap shot. RGJ: So it is a priority for you? A. You have to take into consideration that times have changed. In 1967 there was no environmental law at all. There was no environmental movement and no environmental law.

Squaw's Wendt talks of competition and customers Reno Gazette-Journ

Each year since then, regulations have gotten tighter and tighter and things have changed. And so things that we may have done 40 years ago you would certainly not be able to do today. RGJ: You have spent the past 50-some years building up, building more lifts, building more housing at the base area. What is next? A. On Nov. 1 we started with a new general manager, Earnst Hager. He is just a terrific fellow. He came from Worgl, Austria, and he graduated from the University of Innsbruck and luckily for us he somehow came to Squaw Valley. He was attracted, as people are from all over the world. He coached our race team for a while and then he was pulled up to coach the U.S. Team, and he coached Tamara McKinney to her wonderful World Cup run and her silver medal in Sarajevo. Then he came back here and again was our coach and was pulled back up to the U.S. Team again and coached Picabo Street and a host of other skiers. And then luckily for us he came back again in 1996, and we immediately called him up the day we found out he came back and said, 'Earnst you have got to come and help us with our organization.' He has been to every major ski area in the world. He knows the international standards. He is a tremendous coach. He can get the best out of people, in a nice way, in a positive way. And, he also was a successful businessman. In the summers he has a construction company. When we expanded High Camp back in 1991, he was the one that built that. So he is an extremely intelligent, savvy businessman, plus he has all of these coaching and skiing accolades. He is just a very unique person. With that ... we are changing our focus to take what we have and try to make of it the best we can be. To polish it and hone it, bring up our customer service to the highest standards. With Earnst, we are well along the way to doing that. He is going to be in charge of all of our operations. RGJ: Squaw has somewhat of a reputation for being highbrow and having a little bit more advanced skiers and a little bit more attitude than other places around the lake. Is that reputation deserved? A. I guess that probably comes from our seasonal workers who come here and they want to ski what they think is the best place. They have a lot of pride in their work and I guess with that comes a little attitude. This is where Earnst is going to come in. We want to be sure that when our customer arrives here from the very moment he parks his car until he leaves at the end of the day, as he rents his skis, gets his ticket, eats his lunch and takes a lesson. We want to be sure that he is treated in the very best manner. We think we can improve on that. RGJ: So toning down the attitude in a sense? A. I think it is good for people to have a positive attitude toward the place that they work. But I don't think a positive attitude should include negative features like inattentiveness or things of that nature. We have a program called Tell Alex. Around the mountain there are these little boxes and a notepad, and some pencils. If you want, you can write a note and Alex reads every one of these notes. We get hundreds of them in a week. It is very interesting that many people are concerned about how they have been treated. If they have been treated well, they write a positive note. If they have been treated disrespectfully in some way, they will write a negative note. It is very interesting how many notes we get about how people have been treated. That really seems to be a major focus for the customer. It is a major focus for us, and something we are going to be really working at. ON THE WEB; The Reno Gazette-Journals' complete interview with Nancy Wendt, president of Squaw Valley USA, can be found at our Web site.

**LOAD-DATE:** December 3, 2002

10 of 34 DOCUMENTS

Copyright 2002 McClatchy Newspapers, Inc.
Modesto Bee

February 20, 2002, Wednesday, ALL EDITION

**SECTION:** SPORTS; Pg. C6

**LENGTH:** 818 words

**HEADLINE:** SOUTHSHORE TAHOE UNDERGOES 'RENAISSANCE'

**BYLINE:** BY RON AGOSTINI, BEE SPORTS COLUMNIST

**BODY:**

It's 4 p.m. and downtown South Lake Tahoe teems with foot traffic.

But these people aren't heading for the casinos. Not now, anyway.

That's because they're lugging skis or snowboards on their shoulders. They cross Highway 50 in happy, if fatigued droves, anxious for a few hours of rest before dinner.

The scene illustrates the new southshore and the makeover of one of the nation's most gorgeous Alpine destinations. In fact, it's happening at ski playgrounds surrounding the lake.

"I look at the whole South Lake Tahoe area as going through a renaissance," said Scott Olda-kowski, project director for the immense Marriott "vacation ownership" village under construction near the casino center. "It is the renaissance of South Lake Tahoe."

The redevelopment plan began 10 years ago with the building of the Embassy Suites, separated from Harrah's only by the Nevada state line. By the time all projects are completed -- between five and 10 years down the line -- nearly $800 million will have been spent at southshore alone. South Lake Tahoe will be transformed, from its quaint traditional look into a world-class vacation gathering place.

The skiers and boarders downtown illustrate the first phase of the project. They're within walking distance from Heavenly, thanks to the opening last year of Heavenly's $23 million Gondola, which is based on Highway 50 on the California side of the casino district.

That means Heavenly's winter sports enthusiasts now are within walking distance of about 5,000 hotel rooms. "The gondola brings the mountain down to the town," Heavenly spokeswoman Kristen Aggers said.

To no surprise, big-ticket hotel corporations have bought into Tahoe's changeover. Marriott surrounds the gondola with the "Village at Heavenly," a $250 million vacation-ownership mini-city to open in November.

SOUTHSHORE TAHOE UNDERGOES 'RENAISSANCE' Modesto Bee February

On one side of the Gondola sits Marriott's Timber Lodge, which caters to weekly condominium purchasers. On the other side is the Grand Residence Club, a second-home concept which requires at least a quarterly (three months per year) sale.

The village will feature underground parking, shops, restaurants, a skating rink and a multi-plex cinema.

"I can't think of another ski area in the nation that has legitimate four-season year-round appeal," Oldakowski said. "We're right in the heart of it."

But to do so, Tahoe politicians and planners took years to make a serious decision: Honor the past and act in the interests of the lake's hundreds of small motels, inns and shops, or sacrifice the past by upgrading amenities and targeting a more affluent clientele. Yes, many long-time Tahoe businesses will be flattened for the sake of the future.

"The nostalgia and the heritage of Lake Tahoe needs to be preserved," Oldakowski said. "But it prevented the area from blossoming into the really truly world-class destination that it has the capability to be. We need quality accommodations. At the same time, let's not lose sight of what our heritage and culture is."

In the near future, a hotel and convention center is planned across the street from the gondola. At the top of the gondola where skiers and boarders debark -- a delightful snow play area is located there -- work will begin next year on a restaurant and learn-to-ski site.

Southshore isn't alone on the redevelopment front:

* Kirkwood -- Less than a decade after Kirkwood Mountain Resort began its own change from a day skier's mountain to a year-round resort community, it will celebrate its 30th birthday by coming of age as a year-round destination. That's what original founder Bud Klein had in mind all along.

The Mountain Village, opened two years ago, welcomes guests with its Rockies-like ambiance, though the planned ice rink won't be opened until later. The village is modeled after Telluride Ski Resort in Colorado.

Since most of Kirkwood -- located on Highway 88, about 35 minutes from Lake Tahoe -- was developed on U.S. Forest Service land, extra care was taken during its growth spurt.

Regardless, condominium projects are under way and major upgrading and replacements of its lifts are planned the next several years.

"We'll close (the ski area) at the end of April so we can clear out the snow to finish some of the buildings," Kirkwood marketing manager Tracy Miller said. "I'd say we're half-way there. It's taken time."

* Squaw Valley USA -- The Village at Squaw Valley, erected at the base of one of the world's most famous ski mountains, reshapes the site of the 1960 Winter Olympics. In fact, it could be the first step toward Squaw's again holding the Games.

Within five to seven years, the Intrawest Corporation project will result in 600 mountain homes and more than 80 boutique shops, restaurants and galleries. Phase One will be completed this winter.

Write P.O. Box 5256, Modesto 95325-5256, call 578-2302, fax 238-4551 or e-mail ragostini@modbee.com

16 of 34 DOCUMENTS

Copyright 1999 The Christian Science Publishing Society
Christian Science Monitor (Boston, MA)

November 30, 1999, Tuesday

**SECTION:** FEATURES; TRAVEL; Pg. 21

**LENGTH:** 720 words

**HEADLINE:** Skiing across America

**BODY:**

Skiers are fiercely loyal to their resorts. Returning each year to the same mountain, they memorize every inch of its trails and regard the place as a home away from home.

But for those who are new to the sport - or those who want to branch out a bit - deciding where to go can be a challenge. Some resorts are beginner-friendly and cater to families; others are loaded with steep slopes and moguls, and attract singles. There's also the East-West debate: Eastern resorts are often cold and crowded, but they're also quaint, somewhat less expensive, and (for New Englanders) easier to get to than those in Colorado or Utah.

To make your choice easier, we've listed a few of the more popular destinations in various regions across the country, along with what makes them unique.

SQUAW VALLEY USA

Olympic Valley, Calif.

The site of the 1960 Winter Olympics, Squaw Valley is celebrating its 50th anniversary this year. It's one of the three biggest resorts in the United States (others are Vail and Mammoth). Favored by expert skiers - it has lots of steep chutes and drops - its average annual snowfall is the best.

MAMMOTH MOUNTAIN

Mammoth Lakes, Calif.

It's mammoth with a capital "M": More than 150 trails cover Mammoth Mountain. This unpretentious resort lacks some of the glitz found elsewhere - which suits serious skiers just fine. Its fans swear it has the lightest powder in the Sierra Nevada.

Skiing across America Christian Science Monitor (Boston, MA) November 30

## VAIL MOUNTAIN

Vail, Colo.

A mecca for the rich and famous, more skiers flock to Vail's slopes each year than to any other resort in the country. The resort can handle the crowds, however, since it covers nearly seven miles from east to west. It's one of the more expensive destinations, but you'll get more runs for your money.

## ASPEN/SNOWMASS

Aspen, Colo.

One of the oldest ski areas in the nation, Aspen/Snowmass is actually four separate mountains: Aspen Mountain, Snowmass, Aspen Highlands, and Buttermilk. One lift ticket gives you access to all four; a free shuttle runs between them. Aspen is the most advanced, with no novice trails and no snowboarding allowed, Buttermilk is a "learner's" mountain, and the other two are in between. The stats below are a compilation of the four.

## KILLINGTON

Killington, Vt.

The biggest in the East, with seven separate peaks, Killington is famous for its extra-long season that sometimes stretches into June. With numerous aprs-ski options - there are more than 150 nearby eateries - it's also especially popular among singles. If you're looking to escape crowds, however, go elsewhere.

## STOWE MOUNTAIN RESORT

Stowe, Vt.

A charming New England setting, with 90-plus adorable shops in town, Stowe is one of the oldest ski resorts in the country. It's also the town that the Von Trapp family (of "Sound of Music" fame) chose for their new home in the late 1930s - visitors can still stay in the Von Trapp Lodge.

## DEER VALLEY RESORT

Park City, Utah

Preparing for the 2002 Winter Olympics, Deer Valley, by almost all accounts is "posh." It's one of the most expensive and most luxurious resorts, but the lodging and cuisine get high marks. The mountain is favored by intermediate skiers; snowboarding is not allowed.

Skiing across America Christian Science Monitor (Boston, MA) November 30

## SUN VALLEY RESORT

Sun Valley, Idaho

Home of the world's first chairlift, this classic resort has attracted the likes of Marilyn Monroe and Clark Gable. It has two peaks: Bald Mountain and Dollar Mountain; the latter is reserved for beginners only.

## TAOS SKI VALLEY

Taos Ski Valley, N.M.

Taos's ski school is known as the best in the country; that said, the resort is not really designed for beginners. Advanced skiers will love its challenging trails - and its shorter lift lines. There's no snowboarding, and some complain there's not much night life.

## WHITEFACE MOUNTAIN

Lake Placid, N.Y.

The site of the 1980 Olympics, Whiteface boasts the biggest vertical drop in the Northeast. It's also a winter-sports enthusiast's heaven. But be prepared for the cold - it isn't nicknamed "Iceface" for nothing.

Compiled by Suman Bandrapalli and Liz Marlantes

    (c) Copyright 1999. The Christian Science Publishing Society

**LOAD-DATE:** November 29, 1999

17 of 34 DOCUMENTS

Copyright 1999 Chicago Tribune Company
Chicago Tribune

October 24, 1999 Sunday, CHICAGOLAND FINAL EDITION

**SECTION:** TRAVEL; Pg. 21; ZONE: C

**LENGTH:** 2257 words

**HEADLINE:** FOR NON-SCHUSSERS . . .;
U.S., CANADIAN AND EUROPEAN RESORTS OFFER ALTERNATIVES

**BYLINE:** By Lois Friedland. Special to the Tribune.

**BODY:**

They want to ski and you don't. It's not that you mind going to a cold-weather destination. In fact, you think it might be fun to explore Mother Nature's wonderland, but on snowshoes, cross-country skis or in a snowmobile. And, you've heard that many of the resorts have spas where you can get fancy European treatments, do damage in the boutiques and meet your downhill-sliding friends for fine food and good wine in the evenings.

No problem!

In recent years, the most savvy cold-weather destinations have transformed themselves into "winter vacation destinations." Now, the brochures and Web sites focus on lots of attractions and activities for vacationers who never intend to step into skis or on a snowboard.

But which ones are for real?

Here are 10 resorts in North America and Europe that truly classify as winter vacation destinations: Jackson Hole, Wyo.; Aspen, Colo.; Park City, Utah; South Lake Tahoe, Calif./Stateline, Nev.; Stowe, Vt.; Banff, Alberta, Canada; Quebec City, Quebec, Canada; Innsbruck, Austria; St. Moritz, Switzerland, and Chamonix, France.

All have more trails and slopes than most skiers or riders could sample in a week-long vacation, plus many have endless off-piste opportunities for those qualified to explore the backcountry with trained guides. Each resort also offers lots of off-slope activities both outdoors and indoors. It's a given that all offer lots of shopping in boutiques and galleries, spas, fine dining (and good but more simple fare) and evening entertainment.

At every resort you can also go cross-country skiing, snowmobiling up mountainsides, or snowshoeing or winter walking in meadows or on trails threading through tall pines past half-hidden deer.

Several, however, have a uniqueness that can't be duplicated, whether it is

the opportunity to snowmobile into Yellowstone National Park, explore a historical treasure trove declared a world heritage site by UNESCO, visit a bell factory or ski to another country for lunch.

Jackson Hole, Wyo.

The elk-antler arches framing the town square in Jackson are indicative of the Wild West aura that the region embodies. Along the side streets, however, there are many shops and restaurants suggesting that the locals and many of the vacationers have sophisticated tastes.

Above all, though, Jackson Hole is about the vast outdoors. Even the skiers exploring Jackson Hole Ski Resort (or the tiny, in-town Snow King ski area) will take a day off to ride a snowmobile or cross-country ski in nearby Yellowstone National Park.

If they head to Grand Targhee for a powder day, go with them and try cross-country skiing or snowshoeing and then get a massage.

Among the "should dos" during a visit here are riding in a husky-driven sled, taking one of the wildlife safaris led by a naturalist, riding on a sleigh through the National Elk Refuge, visiting the Museum of Wildlife and snowmobiling to a thermal hot spring for a dip.

South Lake Tahoe, Calif./Stateline, Nev.

These two areas hug the southern shore of Lake Tahoe on the California and Nevada sides. One casino hotel straddles the state line, with a parking area in California (where you can't gamble) and slot machines in Nevada. Surrounding that hotel casino is a lively town with lots to do, such as snowmobiling and cross-country skiing to hot springs outdoors, hot air ballooning, gambling and listening to comedians and big-name entertainers indoors.

Skiers and riders can purchase the Ski Lake Tahoe interchangeable lift ticket, which lets them sample several of the ski resorts ringing the lake. If they go to Squaw Valley via the Tahoe Queen, a paddle wheeler that goes across the lake, tag along for the ride and spend the day at the resort's High Camp Bath & Tennis Club. It's a gondola ride uphill to this midmountain club with an ice-skating rink, a swimming lagoon and spa, and restaurants. The choice of lodging in this region ranges from posh casino hotels to suite hotels and an inn where the rooms are themed for fantasies.

Aspen, Colo.

No surprise here. Aspen is the ultimate power-shopping ski resort, if you have a platinum credit card. If not, it's unquestionably one of the best browsing ski towns where you'll find museum-quality art in the shops, branches of boutiques you'll see in Paris and London, and, of course, a smorgasbord of fine gourmet restaurants. Snowmass, just down the road, is a pedestrian-oriented ski village popular with families. You'll find lots to do here, such as cross-country skiing to an old ghost town for a meal, fishing in mountain streams and snowmobiling in the high country. Time it correctly and