# EXHIBIT 4 - PART B

you will attend concerts by world-class musicians.

Downhillers have their choice of four ski mountains that use an interchangeable lift ticket: Aspen Mountain, Snowmass, Aspen Highlands and Buttermilk.

Park City, Utah

This is a former silver-mining town surrounded by three ski resorts: Park City Mountain Resort, Deer Valley Resort and The Canyons. The Victorian structures in the heart of Park City today house shops, boutiques and restaurants, while the contemporary condos and some posh homes nestle to the slopes.

Here, you can go 1,500 feet underground into an authentic mine, then visit the museum at the Park City Silver Mine Adventure, or you can see the countryside while sitting in a vintage rail coach warmed by a potbelly stove on the Heber Valley Historic Railroad.

For an aerial view, there's hot-air ballooning. And, if you're really adventurous, head for the Sports Park, the site for the ski jumping, luge and bobsled races during the 2002 Olympics. It's open to visitors.

Skiers can try the 20-meter and (after training) the 40-meter ski jump, or take a ride in a bobsled or on the self-steering "ice rocket" sleds.

Cultural events range from national touring acts to regional play productions and the famous Sundance Film Festival. If you need a city fix, Salt Lake City is just 35 minutes away.

Stowe, Vt.

This resort town remains one of the quintessential New England towns, complete with a white-spired church, an authentic country store and lots of inns and bed-and-breakfast homes that have been part of the landscape for more than 100 years. In the distance, you can see the slopes of Stowe Mountain Resort draped over Mt. Mansfield, the highest mountain in Vermont.

On the far side sits Smugglers' Notch Resort, and Sugarbush awaits a little way down Vermont Highway 100. Stowe has a thriving shop, boutique and gallery scene, much of it reached by strolling in the central area. This is a big dining region, with many restaurants tucked in old inns and farmhouses.

Seven of the almost 70 restaurants have won Wine Spectator awards. If ice cream is your thing, join the crowd touring Ben and Jerry's ice cream factory. To work off the calories, try snowshoeing or winter walking along the Sunset Ridge trail, or cross-country skiing on tracks set by the many nordic ski resorts in the region. The Stowe Area Association and Stowe Mountain Resort offer a variety of packages for skiers and non-skiers.

Banff, Alberta

Even though it's become a fashionable tourist destination, if you walk around the quieter streets early in the morning it is still possible to see a deer grazing in the town of Banff. The town is inside Banff National Park, which is filled with the craggy, snow-draped Canadian Rockies.

Within the town, you'll find everything from brand-name cafes to gourmet French restaurants; souvenir shops to stores featuring warmed, rugged and stylish Canadian-made clothing; and lots of lively nightlife. During the apres-ski hour, many head to the outdoor natural hot springs (or inside to the Banff Springs Hotel's spectacular Solace spa).

Outside the town there's an endless display of nature to be explored. Skiers drive or take shuttles to Lake Louise or Ski Sunshine, and smaller Mt. Norquay is right in town.

Quebec City

The old quarter of Quebec City is such a treasure trove of history that is was declared a world heritage site by UNESCO in 1985. Stand at the top of the ramparts of this fortified city and you'll see a maze of winding streets and charming old buildings with sloped roofs that are filled with interesting shops, museums and restaurants serving French-Canadian cuisine and fish fresh from the docks of the mighty St. Lawrence River which flows past within view.

Choose one of the hotels or inns within the old town area for lodging, for the ambience and because you will be in the middle of the quarter that you will want to explore. Visit the Musee de la Civilisation and stop in some of the tiny economusee, where local craftspersons create their work using traditional techniques (whether it is glass, pottery or other styles of art), sell their work, and show visitors how the art is created. Skiers can drive or take shuttles to nearby Stoneham or Mont-Sainte-Anne, or travel further to Le Massif. It can be bitterly cold midwinter here, so best to visit in the spring. Skican, a tour operator, offers four-night/three-day trips, with round trip air on Air Canada, airport transfers and ski area transfers in the price range (in U.S. dollars) of $530-$565 for lodging at the Chateau Frontenac and $475-$510 lodging at the Manoir Victoria. (The higher rates are February to mid-March.)

Innsbruck, Austria

Twice the venue for Winter Olympics, Innsbruck is in a narrow valley surrounded by mountains. You can relax in European elegance or at a more casual-type hostel in the heart of this colorful Austrian city while the others head out via car or train to explore a variety of ski areas.

The city is filled with cultural treasures and museums to explore, from the Imperial Court Palace to the Museum of Tyrolean Folk Art and the Bell Museum. Evenings are for dining, dancing to Bavarian folk music or cultural events.

St. Moritz, Switzerland

Chic, elegant and sophisticated are the operative words for St. Moritz. Here, about half of the visitors never ski, preferring to shop the luxe boutiques, sit in Badrutt's Palace hotel bar and watch the polo ponies on snow or the horse races on the frozen lake.

St. Moritz, the elder statesman of European ski resorts, is filled with cultural events in the wintertime, from a gourmet festival to classical music

FOR NON-SCHUSSERS . . .;U.S., CANADIAN AND EUROPEAN RESORTS OFFER ALTERN

at the village concerts.

Chamonix, France
France's Chamonix Mont Blanc region boasts a 13.7-mile run, 9,209 lift-served vertical feet, some of the hairiest glacial crevasses in the world for extreme skiers, and the chance to ski over to Italy's Aosta Valley and back.

So why should a non-skier stay here too? It's a resort that is popular with Europeans who enjoy snowshoeing or winter walking. There are guided snowshoe tours both during the day and in the evening. Ten miles of pedestrian walks are signed for visitors.

You can do an overview of the region, eyeing massive Mont Blanc up close in a helicopter, or take a horse-drawn carriage ride to a restaurant to dine.

IF YOU GO

INFORMATION
Jackson Hole, Wyo.: Jackson Hole Central Reservations at 800-443-6931, www.jhsnow.com.

Aspen and Snowmass, Colo.: Aspen Central Reservations at 800-290-1325 or Snowmass Resort Association at 800-215-7669, or www.aspen4u.com or www.skiaspen.com.

Park City, Utah: Park City Chamber of Commerce Convention & Visitors Bureau at 800-453-1360 or www.parkcityinfo.com.

South Lake Tahoe, California and Nevada: Lake Tahoe Visitors Authority at 800-AT-TAHOE; www.virtualtahoe.com.

Stowe, Vt.: 800-24-STOWE; www.gostowe.com.

Banff, Alberta, Canada: For information about the region call Travel Alberta at 800-661-8888 or the Banff Lake Louise Tourism Bureau at 403-762-8421. For ski packages call 800-661-1431; www.skibanfflakelouise.com.

Quebec City, Quebec: For information about Quebec City, call 418-649-2608, or www.quebecregion.com. For regional information, call Tourism Quebec, 800-363-777. For packages to Quebec City, contact Skican at 800-363-3009.

Innsbruck, Austria: Austrian National Tourist Office, 212-575-7723, www.anto.com or www.tiscover.com/innsbruck-tourism.

St. Moritz, Switzerland: Switzerland Tourism, 212-757-5944, or www.switzerlandtourism.com.

Chamonix, France: French Government Tourist Office, 212-838-7800. For a copy of the French Alps Discovery Guide, contact "France-on-Call" at 410-286-8310, or e-mail the French Government Tourist Office at info@francetourism.com.

Several tour operators specialize in European ski trips. You can book a pre-packaged trip to Chamonix or Innsbruck for under $1,000, but it will cost more to visit St. Moritz.

SkiEurope specializes in European trips, both prepackaged and customized. For more information, call 800-333-5533; www.ski-europe.com.

FOR NON-SCHUSSERS . . .;U.S., CANADIAN AND EUROPEAN RESORTS OFFER ALTERN

Other tour operators offering European trips include Adventures on Skis, 800-628-9655; Swisspak, 800-727-1377; DER Travel Services, 800-782-2424; Snow Tours, 800-222-1170; Alpine Adventures, 800-755-1330; and Skiing Unlimited, 800-925-0220.

Skiing '99-'00.

**GRAPHIC:** PHOTOS 4PHOTO: A western mood prevails in the Wyoming town of Jackson Hole. The Cowboy Bar (above) is a popular apres-ski stop.; PHOTO: Ski areas are a short distance from Quebec City, where a toboggan run is one of the city's attractions. That's Chateau Frontenac in the distance. Tourism Quebec photo.; PHOTO: About half of the visitors who come to the chic Swiss resort of St. Moritz never ski. Horsedrawn sleigh rides are one diversion. A favorite activity is shopping. Switzerland Tourism photo.; PHOTO: Cross-country skiing and a white-spired church are part of the picture in the quintessentially New England town of Stowe, Vt.

**LOAD-DATE:** October 24, 1999

18 of 34 DOCUMENTS

Copyright 1999 Little Rock Newspapers, Inc.
Arkansas Democrat-Gazette (Little Rock, AR)

October 10, 1999, Sunday

**SECTION:** FEATURES; Pg. H1

**LENGTH:** 1299 words

**HEADLINE:** Getting personal on the slopes Trying to meet the demands of the fit generation, resorts offer small classes and clinics with the pros for skiers of all levels

**BYLINE:** Anne Z. Cooke, and Steve Haggerty, Special to the Democrat-Gazette

**BODY:**

LAKE TAHOE, Calif. -- "Steve," a bass voice behind us boomed, the "v" pronounced like an "f," the accent reminiscent of the Terminator. "Keep those haaands up, Stefe."

Seconds later, an electric-yellow blur flashed past and Franz Weber, six-time international speed-skiing champion, blitzed downhill in a spray of powder, a group of students following.

That the former Olympian recognized us from behind after a two-hour lesson the day before, was amazing. That Weber remembered us at all -- and by name -- was astonishing, a tribute to his boundless interest in people and his irrepressible enthusiasm for anything to do with downhill skiing -- teaching it, promoting it, sharing it.

But the real surprise was that this writer -- and anyone who stays at the Resort at Squaw Creek, a luxury four-season lodge next to Squaw Valley Ski Resort -- can ski free with Weber.

Now 42, Weber, owner of a sports management company in Reno and director of skiing at the Squaw Creek Lodge, moves as fast as ever, on and off the slopes. When it looks like he's talking to the air, it's his office calling, buzzing the hidden cell phone in his jacket, confirming corporate ski events or relaying messages from friend and client Olympic gold medalist Franz Klammer.

But 20 days each winter, Weber leads the resort's Ski With Franz clinics, half-day ski-alongs created to help hotel guests carve better turns, feel more confident or simply have more fun skiing at 4,000-acre Squaw Valley, Lake Tahoe's most exciting and challenging ski area.

Personalized training, a trend that began in fitness clubs, is the mantra of the decade. And nowhere is it more in evidence than on the ski slopes. Members of the fit generation, fresh off their stair-steppers, want to ski well and they want to do it now. Small, tightly focused classes and clinics are the newest way to make that happen.

You name it, ski resorts teach it, with programs for all ages and abilities. You can ski with the pros, enroll your teen-agers in ski camp, take bumps or carving clinics, sign up for a women's ski week or take an off-piste tour into the back country. And you can explore Squaw Valley with Franz.

Getting personal on the slopes Trying to meet the demands of the fit gen

For the average skier, the prospect of keeping up with someone who has skied at 140 miles per hour, and lived to be interviewed, is daunting. What if you can't handle the pace? What if he loses patience and ditches you on some black diamond death trap?

But Weber is a teddy bear, coaxing and kidding, modest about his expertise and generous with words like "terrific," and "video-perfect." Most skiers, he believes, can ski far better than they think they can.

"Fear is what paralyzes people," he says, leading us toward the ridge on Granite Chief. "Get past the fear and you can do anything. Try this run, it's the easy way down, one of my favorites. You'll like it."

The group, utterly trusting, follows him like lambs. Five minutes later they're at the bottom, bewildered and panting, but happy. "That was a black diamond run," he admits, grinning sheepishly. "It's your level, definitely."

Every ski area now offers special learning programs. The following are some of the best:

ASPEN HIGHLANDS

Aspen Highlands, famous for a wealth of high-altitude terrain, is a natural for adventure skiing. Two of the most popular are the Off-Piste Tours, one-day back country outings for advanced intermediates and experts ($ 99 per person), and Adventure Ski Camp, a five-day ski- mountaineering course for experts only, also held on out-of-bounds terrain ($ 995).

"We've got thousands of acres outside the ski boundary but inside our permit area," says Rich Burkley, director of skiing for the Aspen Ski Co. "The slopes aren't necessarily extreme, or even dangerous. But you have to know where to go, which is why some of our most experienced instructors lead these."

Aspen Highland's newest program, Mountain Explorers, is for all ski levels, from low intermediate to expert. Held for three weekend days ($ 239) or four mid-week days ($ 299), the clinic's advantage is that each keeps the same instructor throughout, enhancing consistent learning, group dynamics and on-mountain camaraderie.

For teens 13-19, the Too Cool For School program, offered daily, keeps the same core group of kids together with an energetic young instructor for learning, races and evening events. Three days is $ 174; five days is $ 269.

Adult lift tickets, good at all four Aspen mountains, are $ 59. Some lodging packages have discounted tickets. Six-day tickets bought before Dec. 1 work out to $ 39 per day. The Aspen Skiing Co. (800) 525-6200; Central Reservations (800) 262-7736; www.skiaspen.com

NORTHSTAR-AT-TAHOE

On weekends, Northstar, a family ski resort north of Lake Tahoe, is crowded with day skiers. But during the week the resort, skiers and snowboarders staying in resort lodging can take advantage of several special learning clinics.

The best-known -- perhaps because they're free -- are the Vertical Improvement Workshops for intermediates and up. The one and three-quarter-hour daily workshops, which meet at the top of 8,610-foot Mount Pluto, are filled on a first-come first-served basis and are limited to seven skiers. If you're a borderline parallel skier you can probably keep up.

The classes begin hourly from 10 a.m. to 2 p.m., so you could, theoretically, take two a day. The content varies, focusing on carving, skiing powder, or bumps, depending on the snow, the students and the instructor.

Getting personal on the slopes Trying to meet the demands of the fit gen

Northstar also offers three-day men's and women's clinics for $ 259 per person. Lift tickets are included. The clinics focus on ski techniques specific to one's sex; the women's lessons also include nutrition, fitness and two apres-ski events.

It's hard to get lost on Northstar's 2,000 acres since the lifts and runs, in a bowl-shaped valley, funnel down to the Lodge at Big Springs and the kids' Ski School. Half the runs are intermediate; a half-dozen trails on the back side of Pluto are tougher, between advanced intermediate and black diamond.

Northstar has great lodging packages in on-property condos and cottages, that include lift tickets, swim club privileges and other nonskier winter sports. Call (800) GO-NORTH; or access www.skinorthstar.com

SQUAW VALLEY SKI RESORT

Squaw, which was covered with 44 feet of snow last year, is a skier's heaven. Despite a reputation for blood-chilling steeps, Squaw also has spectacular wide beginner and intermediate terrain. Take the cable car to High Camp for magnificent summit views, on-mountain dining, easy slopes, a swimming pool, a tubing park and lots more for nonskiers to do. Adult lift tickets are $ 52, kids 12 and under ski free.

The Ski With Franz clinics (held Saturdays) are free, but you must be a guest at the Resort At Squaw Creek, a posh four-season lodge with ski-in ski-out convenience. The Squaw Creek triple chair loads at the lodge and unloads at the top of the Red Dog lift, in the ski area. For Ski With Franz dates and lodging, call (530) 583-6300. For Squaw Valley, call (530) 583-6955, or access www.squaw.com

Cutlines:

Spar Gulch: Speeds of 90 mph can be reached on this fast funnel that descends 3,267 feet of Aspen Mountain's 11,212. It is where skiers from around the world come to participate each Dec. 12-13 for the charity event, 24 Hours of Aspen, sponsored by Gulfstream.

Skiers gather at the entrance to Ajax Village, near the bottom of the Silver Queen Gondola.

Northstar's Lodge at Big Springs at Lake Tahoe, Calif. (below).

PAGE FOUR

Northstar-at-Tahoe's Starkids ski class gets ready for action.

Olympian speed skier Franz Weber delivers a pep talk before a downhill run at Squaw Valley Ski Resort.

Starkids head to the ski lift in Truckee, Calif.'s Northstar-at-Tahoe.

Slug Line: skischool1010

**LOAD-DATE:** November 15, 1999

19 of 34 DOCUMENTS

Copyright 1999 McClatchy Newspapers, Inc.
Modesto Bee

March 24, 1999, Wednesday, ALL EDITION

**SECTION:** Sports; Pg. D-2

**LENGTH:** 672 words

**HEADLINE:** JUNIOR SKIER FEELS RIGHT AT HOME AT DODGE

**BYLINE:** By RON AGOSTINI, Bee staff writer

**BODY:**

Heidi Lupo of Pinecrest learned to ski on the slopes of Dodge Ridge, so it follows she'll represent her most familiar ski venue in the Junior Olympics. How well does Lupo know Dodge, you ask? For starters, her mother Laurie Cashman, manages Pinecrest Lake Resort. Her uncle, John Cashman, coaches the Dodge Ridge racing team. And Heidi's Ski Shop at nearby Cold Springs, operated by her father John Lupo, was named after you-know-who. Lupo is the only Dodge Ridge J1 (ages 17-19) qualifier for the Junior Olympics, held each year to determine the best junior ski racers west of the Rockies. The winners at all age levels advance to the national championship. Lupo competes this week in the J1 Junior Olympics at Jackson, Wyo. She will join two members of the Bear Valley team -- Samantha Foutz of Arnold and Mike Mayon of Los Altos -- at Jackson. On the surface, the goal of ski teams is simple: to further the skiing development, skills, confidence and enjoyment of all junior athletes. With that, how does a coach or director treat a youngster with obvious down-the-road potential, such as former Bear Valley junior racer Kyle Rasmussen who matured into a World Cup champion and Olympian? "You make sure all the kids are still having fun, that it doesn't become a drudgery," Bear Valley coach Mike Young said. "You want the gifted kids to understand they have potential, and that the more work they put in, the more they get out of it." A major help, or obstacle, to such progress are the skiers' parents. "You want to make sure the parents are on the same page with you. They can get anxious," Young said. "It's their little baby out there, and they know he or she are going to be the best. "You want to hold them (the parents) at arm's length, but you also want them encouraging their children in every way," Young continued. "They want to help, but sometimes they step on toes." It's not unlike the parents of promising talents in other individualized sports such as tennis or golf. At what point does encouragement downsize into interference? "That's the toughest part," Young admitted. Other qualifiers from Bear Valley: * Carey Schwarz of Murphy placed 12th overall at the J3 Olympics (13-14) at Bogus Basin, Idaho, last week. Camille Conrad, the daughter of Bear Valley actor Bob Conrad, qualified in her first year at J3 and was 40th. * Robin Waldroup of Arnold and Mike Schimke of Murphys travel to the upcoming J2 Junior Olympics (15-16) at Mammoth. NOTES -- Tommy Moe and AJ Kitt, the members of the U.S.A. team the final three races of the Ford Downhill Series, slipped during the final event earlier this month at Squaw Valley and placed third overall. They led going into the closing

JUNIOR SKIER FEELS RIGHT AT HOME AT DODGE Modesto Bee March 24, 1999, We

race but eventually placed behind winner France and runner-up Switzerland. It meant Rasmussen, who replaced the injured Kitt for the first two races, lost a chance for a new Ford auto, one of the rewards for the winning team. Luc Alphand of France captured the overall individual title, while the Swiss were carried to victory by Franz Heinzer and Daniel Mahrer. The purse this season was a record $500,000. **Olympic gold medalist Jonny Moseley captured the third and final stop of the Nutri-Grain Bumps & Jumps tour by winning the overall title last week at Heavenly. Moseley, injured for most of the World Cup season, recovered by throwing his famous 360-degree mute grab which made him famous at the Nagano Games. He won $9,600 and a 1999 Chevy Blazer. . . . Kirkwood received two inches of fresh snow Monday night, a pleasant prelude to the Kirkwood Jammin' VI, Lake Tahoe's popular spring ski and snowboard party. The weeklong event begins Saturday, and it features outrageous contests, music and fun for all ages. Call 258-7248. . . . The first King of the Hill, a skier and boarder-cross competition, will be held at Bear on Saturday. It's open to everyone 16 and older ($15 per entry) and features separate age divisions. Registration begins at 8 a.m., followed by the competition at 11. Call 753-2301.**

**LOAD-DATE:** March 4, 2002

20 of 34 DOCUMENTS

Copyright 1998 McClatchy Newspapers, Inc.
Modesto Bee

March 4, 1998, Wednesday, ALL EDITION

**SECTION:** Sports; Pg. C-3

**LENGTH:** 654 words

**HEADLINE:** DODGE RIDGE KIDS SOARING FAR WEST MEET AWAITS RACE TEAM

**BYLINE:** By RON AGOSTINI, Bee staff writer

**BODY:**

They carve around the gates seeking speed, void of fear. Their idols are Picabo Street, Kyle Rasmussen, Hermann Maier and Tommy Moe. The tips of their skis point straight down the fall line, and they already enjoy the wind reddening their cheeks. They're the members of the Dodge Ridge Race Team, 45 strong and the vast majority no older than 12. They have two things in common: They love to ski, and they love to ski fast. "Kyle skied with the kids three years ago. He signed jackets, gloves, anything," recalled Sally Harms, a team supervisor. "He was great. The team was ecstatic." Dodge competed in three events in what's known as the Valley Series. One was held at Badger Pass and two at Dodge, the latter last weekend during the best weather weekend thus far this season. Probably the most accomplished member of the team is Nathan Norbeck of Brentwood, 10, who's won four races -- two in Giant Slalom and two in Super G. Other standouts this year include Laura Hoff, 8, of Winton (three first-place finishes); Katie Coffee (two firsts), 11, and brother Kevin Coffee, 8, of Knights Ferry; and other winners Katie Ratfield of Fremont, Ben Hicks of Knights Ferry and Bobby Rapp of Sonora. The team consists mostly of J4 (11-12) and J5 (10-under) skiers, a cyclical condition according to Harms. "We just don't have a lot of older kids right now," she said. "Our main team is J4s and J5s. Brittney Mahanna and the late Ryan Lavagnino took all the firsts for years. No single child wins everything now. In a few years, we'll be stronger in the older groups." Between 25 and 30 Dodge racers are expected to take part in the Far West Championship the first week of April at Mammoth Mountain. They compete against some of the region's best as they gather valuable experience. "The next morning after one of the Olympics races, they were pretty excited," Harms said. "It gives them something to shoot for. Who knows? Maybe they'll be on the podium someday." JONNY -- Jonny Moseley of Tiburon, the recipient of a flood of accolades and exposure since he won the moguls gold at the Winter Olympics, earned a special honor last weekend. Squaw Valley USA renamed KT-22's main west face mogul run, one of the world's most famous, "Moseley's Run." Moseley learned to ski and compete with the Squaw Valley Free-style Team. "North Lake Tahoe athletes have won silver and bronze medals throughout the years, but Jonny is the first ever to win Olympic gold," proclaimed Squaw Valley General Manager Hans Burkhart during the opening ceremonies of Snowfest last weekend. Burkhart presented Moseley with a plaque, the Moseley's Run trail sign and a Squaw Valley Gold Pass, valid the rest of his life.

DODGE RIDGE KIDS SOARING FAR WEST MEET AWAITS RACE TEAM Modesto Bee Marc

NOTES -- Three-time Extreme Snowboard champion Julie Zell of Teton Village, Wyo., won her first BoarderCross competition at the VANS Championship of Snowboarding at Kirkwood last weekend. Switzerland's Bertrand Denervaud won the men's BoarderCross event, and snowboarding legend Jim Rippie of Truckee and Tara Dakides of Laguna Niguel took the men's and women's Big Air contests. Rippie stuck his signature "Rippie Flip," a 360-degree flip-spin, in the finals. ... Coming up: the third annual Country Snow Fest, a celebration of skiing, snowboarding, live country and bluegrass entertainment, March 21-22 at Bear Valley. Making an appearance will be the Budweiser Clydesdales. Call 753-2301. ... Sierra-at-Tahoe will hold a consumer demo day Sunday, March 15. The latest ski and snowboard equipment, presented by all major vendors, will be available for try-outs, all for the cost of a lift ticket. (530) 659-7453. ... The Squaw Valley Ski Patrol's fourth annual Deep Avalanche Awareness Clinic is set Thursday night, March 12. The free event combines entertainment with information on safe back-country travel. Call (530) 583-6985.

Write P.O. Box 5256, Modesto 95352-5256, call 578-2302, fax 238-4551 or e-mail ragostini@modbee.com

**LOAD-DATE:** February 26, 2002

21 of 34 DOCUMENTS

Copyright 1998 Chicago Tribune Company
Chicago Tribune

January 25, 1998 Sunday, CHICAGOLAND FINAL EDITION

**SECTION:** TRAVEL; Pg. 6; ZONE: C

**LENGTH:** 1443 words

**HEADLINE:** SQUAW VALLEY;
CALIFORNIA RESORT STAYS ON TOP WITH MAJOR UPGRADES

**BYLINE:** By Patricia Woeber. Special to the Tribune.

**DATELINE:** SQUAW VALLEY, Calif.

**BODY:**

Last season at Squaw Valley, it snowed and snowed the lightest powder. Enough to even make your skis twitch. There was so much superb skiing that we couldn't get over it. This was the third consecutive year of great skiing.

After we'd skied the slopes, carving them up with our turns, we swooped down the gullies--still fresh snow. The previous year, a total of 833 inches of snow fell (at the 8,200 level) and people skied through the Fourth of July.

Squaw Valley, always famous for outstanding ski terrain, has been transformed into a fabulous, year-round deluxe resort.

In the past few years, the resort has undergone a multimillion dollar make-over. Accessible only by cable car, a stunning new complex includes a new High Camp Bath and Tennis Club ($4.5 million) with an Olympic-size ice skating rink, six tennis courts and three volleyball courts, a lagoon-shaped swimming pool and a new spa, and a bungee jump. All are open spring through fall and located high in the Sierra Nevada mountains at a breathtaking 8,200 feet--at High Camp. The resort offers a year-round playground for skiers and nonskiers of all ages.

Meanwhile, at the base of the valley (6,200 feet) there is a five-star hotel (405 rooms and major convention facilities) called The Resort at Squaw Creek ($135 million), which includes three swimming pools and an 18-hole Robert Trent Jones Jr. golf course. Here, in the winter, two triple chairlifts give access to 230 acres of new ski terrain.

For skiers, six new chairlifts add up to 33 lifts, and a state-of-the-art snowmaking system covers 250 acres of skiing. With the addition of super express chairlifts (a brand-new high speed quad on KT 22), you'll only wait

SQUAW VALLEY;CALIFORNIA RESORT STAYS ON TOP WITH MAJOR UPGRADES Chicago

moments to catch a lift to any one of Squaw's varied and challenging slopes, and to the longest run--more than 3 miles. Squaw is so confident of the new service that it continues to honor its written promise printed on the skier's guide: "In the world, only Squaw Valley USA guarantees skiers no waiting in line--or your money back." (But read the fine print.)

Squaw Valley offers varying levels of challenges. Six mountain peaks cover 4,200 acres of slopes: 45 percent of the slopes are designed for intermediate, 30 percent for experts and 25 percent for beginners.

For intermediates, the most popular slopes are Shirley Lake's numerous groomed runs. The 3.5-mile Mountain Run's velvety smooth snow is an ego trip. There are literally dozens of other runs, lovely bowls and also a run designed for intermediates on KT 22 called The Saddle.

If you are an advanced skier, head off for a new and exciting challenge--the Silverado lift, which opened up the bowl beneath the tram at High Camp and added 800 acres of skiing down into Shirley Canyon. Expert skiers also seek out difficult KT 22, where the famous Westface ski slope, one of the steepest runs in the world, is a wall of bumps--a hot-dogger's paradise. For the intrepid, vast areas are left in their natural state with vertical cliffs, cornices and gullies galore.

If you're a beginner, you'll be thrilled to find that the easiest slopes are on top of the mountain. Access here is from the cable car lift at High Camp, so at the same time you're practicing your turns, you'll enjoy panoramic vistas of snowy peaks and beautiful Lake Tahoe--just like everyone else. Another way up the mountain is on the six-person gondola to the Gold Coast, where East Broadway is easy fun.

In recent years, eating facilities and lodging have been upgraded. The Squaw Valley Inn, the Olympic Village Inn and the Squaw Valley Lodge have been completely remodeled, and all have conference facilities. Apres-ski, you can also go only 5 miles along the sparkling Truckee River to Lake Tahoe's restaurants and within less than an hour you'll be in Reno's casinos.

On the slopes, another big change is the ski-school format. You can take lessons anytime during the day, or all day if you like. These lessons, for beginners through intermediates, are based on a four-station network with video displays at seven locations. Experts join regular lessons.

At the base of the mountain, Squaw's new Children's World is a one-stop center with lessons, lift-tickets, rentals and meals for ages 2 through 12.

Recognizing the joys of snowboarding, special areas away from downhill slopes have been developed. A theme park has two half-pipes and some gnarly bumps. Snowboarders are still welcome everywhere. Squaw offers snowboard rentals, lessons and a snowboard team.

Both High Camp and Gold Coast restaurants have been rebuilt. At lunch, you can bask on the sun terraces. Before starting on your run, stop for a minute to enjoy the stunning views of Lake Tahoe--glimpsed from the top of all six peaks--then swoop through powder and you're on your way. But before taking off, look to the west, where you can see clear across the Sierra Nevada Mountains. No wonder John Muir called the Sierra Nevada "the range of light."

SQUAW VALLEY;CALIFORNIA RESORT STAYS ON TOP WITH MAJOR UPGRADES Chicago

As a ski resort, Squaw's story began in 1948, when Alex Cushing first realized the potential in this hidden valley. His coup, a combination of vision and determination, brought the 1960 Winter Olympic Games here and earned the area an international reputation. Credit goes to Cushing for making the most recent additions and changes that transformed the mountain into a first-class resort.

Throughout the years Squaw has nurtured many ski champions, among them Tamara McKinney, the only American woman to win the World Cup overall (in total, winner of 18 World Cup championships), and she skied in three Olympics for the U.S. Her brother, Steve, once set the world record in speed skiing (124 m.p.h.). Another local is Rick Sylvester, who skied the stunts for Roger Moore in James Bond movies. Joe Marillac, one of France's heroes, who was active in the French Underground during World War II, is also a local.

Midweek skiing is ideal because the area is a popular weekend destination for San Francisco residents. You'll ski right onto the lifts and the slopes are all yours. The new Squaw Valley USA is the best! We'll see you there.

## DETAILS ON SQUAW VALLEY

Getting there: Many airlines fly into Reno/Tahoe International Airport, which is just 45 scenic miles from Squaw Valley. It's best to rent a car, although you can take the shuttle from Reno; reserve 24 hours in advance through Squaw Valley Central Reservations, 800-545-4350. Squaw Valley is 200 miles east of San Francisco and 100 miles east of Sacramento, via all-weather maintained Interstate Highway 80 and Nevada Highway 89.

Where to stay: Call Squaw Valley Central Reservations at 800-545-4350 for condos, inns and the most reasonably priced accommodations, which are homes listed with both Central Reservations and Julee Rosa Vacation Rentals, 800-545-8424; fax 916-583-7944 or e-mail broker@squawusa.com. The Resort at Squaw Creek (800-3-CREEK-3) is about $280 a night; ask about their ski packages. The Squaw Valley Inn (800-323-ROOM) is $170 to $270 a night. The Squaw Valley Lodge (800-992-9920) is $160 to $210 a night. All prices are per room.

The ski season usually begins in mid-November and lasts through Memorial Day. A lift ticket costs $48 a day (less with ski packages) and it includes night skiing and snowboarding, children 12 and under and $5, seniors $24, seniors over 75 ski free.

Activities: Family Fun Park at High Camp has a snowtubing area. Open all day until 9 p.m. Fun in the Sun is a free program for beginners offering first-time skiers (13 years of age and up) lessons and equipment, for one time only and offered Monday-Fridays, not including holidays.

Where to shop: Near the tram building, Squaw Valley Sports Store and Squaw Valley Inn Shop carry an outstanding selection of ski equipment, clothing and accessories. Granite Chief on the main road is also excellent. Rental equipment can be found at the S.V. Rental Shop, S.V. Inn Rental Shop and Granite Chief.

Other information: During the summer, at High Camp, three restaurants are

SQUAW VALLEY;CALIFORNIA RESORT STAYS ON TOP WITH MAJOR UPGRADES Chicago

open. Activities include horseback riding, mountain biking, hiking,
volleyball, tennis, swimming, ice skating and bungee jumping.
   For more information call Squaw Valley USA, 916-583-6985; its 24-hour
Sno-Phone, 916-583-6955; see the Web site at www.squaw.com.

Winter breaker.

**GRAPHIC:** PHOTOPHOTO: Squaw Valley's 4,200 acres of skiable terrain are about an hour's
drive from Reno's casinos. The ski area was the site of the 1960 Winter Olympic Games. Photo by
Joe McBride/Squaw Valley Ski Corp.

**LOAD-DATE:** January 25, 1998

27 of 34 DOCUMENTS

Copyright 1993 News World Communications, Inc.
The Washington Times

October 31, 1993, Sunday, Final Edition

**SECTION:** Part E; TRAVEL; Pg. E1

**LENGTH:** 1197 words

**HEADLINE:** Tahoe is the jackpot

**BYLINE:** Tom Carter; THE WASHINGTON TIMES

**BODY:**

Lake Tahoe may be the most unusual ski area in the world - it's got just about everything.

Try to imagine an area with more world-class skiing, a more glamorous night life, better mountain panoramas, more diverse dining and accommodations and better deals for the budget skier.

From the casinos and exotic floor shows to some of world's best ski areas, it is no gamble to ski Tahoe.

The entire region is a weekend destination or day area for San Francisco and northern California and skiers, so at times and in certain areas it can become crowded, but that is no reason for Washington skiers to write off one of the world's premier ski regions.

Eastern skiers can fly into Reno, rent a car and spend a week sampling the many treasures of Tahoe. The region offers some of the most affordable air/lift and lodging packages in the country. Midweek lodging and ski packages are available for as little as $39 a day. Three nights' lodging and a three-day pass good at four different North Shore areas go for as little as $159.

While the 1992-93 season brought unusually deep snows to the Tahoe region, 500 to 700 inches for the season, during an average year the region boasts 75 percent sunny days and about 350 inches of snow.

Within a two-hour drive, there are 15 alpine areas and 13 cross-country resorts dotted around the spectacular mountains that surround Lake Tahoe, easily one of the most beautiful mountain lakes in the world.

Mark Twain once described Lake Tahoe as "the fairest picture the whole earth affords."

That alone is worth the trip.

The South Shore, on the Nevada side of the lake, has the Heavenly and Kirkwood ski areas, and the casino glamour of Vegas-by-the-Lake.

Tahoe is the jackpot The Washington Times October 31, 1993, Sunday, Fina

The North Shore, on the California side of the lake, is quieter, a more traditional ski region, with lots of trees, winding roads, shops and flat-out great skiing.

The North Shore features Squaw Valley, Northstar-at-Tahoe and Alpine Meadows, plus a bevy of smaller areas and cross-country ski ranches.

Squaw Valley, the site of the 1960 Winter Olympics, is the best-known area in the region. A quick look at the area's trail map shows hardly a tree in evidence on the mountainside. Instead, Squaw is famous for its 4,850 acres of open-bowl skiing.

Considered one of the best and most demanding areas in the United States, Squaw's intermediate areas can become overcrowded, especially on weekends. But advanced skiers can test their mettle at Squaw all week without attacking the same chute twice.

Despite its reputation among the locals for surly employees, good skiers know this place as expert heaven. Squaw earned a reputation in the 1980s for being a bit run-down, but since 1989, the owners have spent millions of dollars in very visible improvements.

There are six different peaks, all with true black-diamond runs, from KT-22 to the Palisades to Eagle's Nest and the Sun Bowl on Squaw Peak.

Squaw has one of the most extensive lift networks in the world. It has 33 lifts, including a 150-passenger cable car, a supergondola and three high-speed quads. The longest run is 3 miles.

Last season, Squaw opened its High Camp Bath and Tennis Club, featuring tennis and outdoor swimming at 8,200 feet. The truly adventurous, who cannot manage enough air on their skis, may want to get a thrill by bungee jumping off the new tower opposite the new mountainside tennis club.

Squaw, only a 15-minute drive from the lakeside shops, restaurants and hotels of Tahoe City and 20 minutes from Truckee, has always been plagued by the shortage of mountainside facilities, but last year the Resort at Squaw Creek opened near the base, offering luxurious accommodations and three new restaurants slopeside.

Squaw Creek even offers a lift/lodging package that includes a pair of new Rossignol skis.

Unlike Squaw, which is a ski area that has grown into a resort, Northstar-at-Tahoe was planned as an all-inclusive ski community. That means accommodations, restaurants and skiing are all slope-side or within walking distance of the base.

A genuine family resort, consistently ranked by non-ski magazines such as Family Circle and Better Homes and Gardens, Northstar features wide, perfectly groomed intermediate runs created for ballroom skiing that can make even timid skiers look and feel like Alberto Tomba.

The area is big enough for a couple of steep runs on the backside of the mountain, but the same runs would be blues over on Squaw. Northstar really is an intermediate's dream. Snow boarders are welcome, and at 2,200 vertical feet, 1,700 acres and 11 lifts, it's a place where the family can be turned loose on the mountain.

Alpine Meadows is known throughout the region as having "something for everyone" and being "user friendly." A great area for upper-intermediate skiers, it also has plenty of genuine expert terrain. And beginners have plenty of room to scoot around in a protected area near the base.

Tahoe is the jackpot The Washington Times October 31, 1993, Sunday, Fina

With 2,000 acres overlooking Lake Tahoe, Alpine Meadows has some of the most outstanding views of the lake. And with a base elevation at 7,000 feet, it is one of the first areas to open and among the last to close.

On the South Shore, part of the attraction is the setting.

Skiers are blasted with neon and glitz. The clang and clatter of bells on slot machines and roulette wheels of Caesar's, Harrah's, Harvey's and other casinos act as a gateway to the ski areas.

Heavenly is big - really big. It has the highest elevation in the area (10,100 feet) the biggest vertical rise (3,600 feet) and the longest run (5 1/2 miles); it offers primarly intermediate and intermediate-advanced skiing. It can take hours to traverse the flat catwalks to reach the steeper runs. But from the top of the mountain, skiers are given unbelievably stunning views of the blue-green Lake Tahoe on the California side or the brown desert plain of Nevada.

Kirkwood, about 45 minutes' drive from South Lake Tahoe, might be in another world. No casinos. No glitz. No glam. Just good skiing.

Like Alpine Meadows, Kirkwood is another something-for-everyone kind of area.

The ski area is split. On one side of the ridge are the beginner/intermediate slopes. On the other side are a whole series of chutes and expert terrain, equal to almost anything found at Squaw.

The area is somewhat remote, but Kirkwood - located in one of the most beautiful alpine valleys imaginable - offers the traditional alpine ski setting and the classic ski vacation.

Altogether, Lake Tahoe is a good bet.

***** Lake Tahoe, in California and Nevada, is 12 miles wide and 22 miles long, and sits at an elevation of 6,228 feet; it's the world's second-largest lake at such an elevation. There are 72 miles of shoreline, and the drive around the lake takes more than three hours when no snow is on the highway; last year's record snows closed part of the shoreline drive. Also, there are more ski lifts in the Tahoe basin than in the whole state of Colorado.

**GRAPHIC:** Photos (color), A) Plenty of challenging terrain awaits the expert skier during the long season at Alpine Meadows, a 2,000-acre resort on the North Shore of Lake Tahoe.; B & C) ) Cross-country skiing at North Shore; Northstar-at-Tahoe resort (right); D) Visitors to Northstar-at-Tahoe dash through the snow in a two-horse sleigh., A) By Larry Prosor/Alpine Meadows; B-D) NO CREDIT

**LOAD-DATE:** October 31, 1993

Copyright 1993 Times Newspapers Limited
Sunday Times

October 24, 1993, Sunday

**SECTION:** Features

**LENGTH:** 2325 words

**HEADLINE:** Snow West

**BYLINE:** Geordie Greig and Susan Ellicott

**BODY:**

Think California, and you probably think beaches. Try thinking ski slopes.

Landing in Reno, Nevada, is a surreal experience. The slot machines are pulsing even at the airport arrival gates; this is a gambling state and the acres of video poker games and $5.99 all-you-can-eat buffets stretch in every direction.

Reno is known as a poor man's Las Vegas and skis seem strangely out of place. It is hard to imagine the clear air, dramatic mountains and eminently skiable slopes that lie just 45 minutes from this neon city. High in the Sierras, where red-barked Ponderosa pines blanket the mountainsides, the Truckee River carves a deep valley. This is the California of the Gold Rush, a place where references to Indian and pioneer history abound; California as the Californians know it.

Europeans, however, have yet to catch on. Try telling a friend that you are planning a ski trip to California, and he or she is likely to think either that you meant to say Colorado or that you are stark staring mad. You might as well add that you once took a butterfly-hunting trip to Peckham.

And yet California even if it doesn't offer the best skiing in America is unbeatable for all-round enjoyability, combining as it does an extraordinarily long season with wonderful scenery and pistes and prices for skiers of every ability and budget.

The high country of California prides itself on sunshine four out of every five days during the winter, and there is little chance of a no-snow holiday California has more than 400in a year (with efficient back-up from computer-controlled snow-makers) in one of the longest seasons in the world. Resorts officially open in November and only begin to wind down in May; skiing in July is not unknown.

But a skiing holiday in California also opens the doors to a holiday of many, varied parts. With daytime sea-level spring temperatures rarely below the mid-70s, it's possible to combine beach with piste. And for those willing to take a short flight, or enterprising enough to drive the stunning coast road between Los Angeles and San Francisco, through the cliffs of Big Sur, there is also the glitz of Disneyland and the Universal Studios theme park. For the mellower traveller, there are the vine-

Snow West Sunday Times October 24, 1993, Sunday

yards and starred restaurants of the Napa and Sonoma Valleys north of San Francisco. On the down side, there is, of course, the problem of distance for British skiers, California is not exactly a hop, skip and a jump away; but for those who make the effort, the many rewards include a laid-back atmosphere that turns the ski resorts into the California's winter answer to beach culture.

There's none of the high-octane celebrity-watching and big-money posing of Colorado's Aspen and Vail, and resort staff are friendly, courteous and disarmingly exuberant. Part of the informality stems from the resorts' accessibility to big towns and cities. Many Californian skiers are daytrippers; indeed, the California ski association boasts that most residents of the Golden State are only one petrol tank's drive from a ski resort. There are more than 40, in fact, ranging from 35 to 4,800 acres in size, suitable for downhill and cross-country skiing, and clustered in five areas through the Sierra Nevada mountains.

Among the largest and best-known resorts are Mammoth Mountain in central California and Squaw Valley and Heavenly in the Lake Tahoe area, inland from San Francisco.

SQUAW VALLEY

This is Lake Tahoe's most famous resort. Named after the place where the Indian braves left their wives when they went hunting, Squaw is now better known as the site of the 1960 Winter Olympics. The valley and its peaks are ruggedly beautiful, with evocative names such as Granite Chief, Emigrant Peak and Squaw Peak. Squaw Valley is the easiest place to start a ski holiday in California, because it is so central; Reno is just 45 miles to the east, Sacramento 96 miles to the west, and San Francisco less than 200 miles away. The Heavenly ski area is only an hour's drive.

Squaw Valley spans 4,000ft of mountainside with a vertical drop of 2,850ft. Even the most experienced downhill skiers find Squaw's slopes challenging, although some lament the restrictions on off-piste activity (for safety reasons who would want to risk a US lawsuit? vigilant resort staff tend to reprimand those skiing too fast). The owners estimate that the runs divide into 25% beginner, 45% intermediate and 30% advanced. The longest run is three miles.

The slopes are relatively uncrowded by European standards, since the resort is blessed with wide bowls and six mountain peaks that all look down on to the lake. Afternoons on the easier slopes, however, tend to fill up, especially when the Grunge kids on their snowboards flash by, often with little warning.

After negotiating the car park, getting on to the slopes at Squaw seems like a doddle. You choose either a six-person gondola or a large aerial cable car that delivers you to a clearing area where there are restaurants, a roof terrace serving welcome hot chocolate, and a ski-school where skiers are divided according to their level and, for $25, can join in a class that rarely has more than a handful of participants and sometimes has no more than one. Instructors ski by every half-hour to scoop up pupils waiting by the relevant tree or post. The classes are great value, since up to two hours (sometimes even more) are included in the price. You simply drop in and leave when you feel the urge. You can even ski for a bit, break for lunch and rejoin.

Squaw Valley is owned by Alex Cushing, a sprightly 80-year-old East Coast American, who fell in love with the geography in the 1940s. He started with one ski lift and a rope tow, slowly building the resort. Today, 33 ski lifts are able to move more than 49,000 people every hour. The operators are so confident about their efficiency that anyone waiting more than 10 minutes gets their ski-pass refunded.

Snow West Sunday Times October 24, 1993, Sunday

"You are skiing in light clothes here and not fighting frost bite," Cushing says. "It is also the nearest place you get to skiing almost all year round." Sixteen machines groom the snow every morning at dawn, eradicating moguls, or bumps, so that conditions are not too dangerous or difficult.

Squaw Valley, though casual, has a well-heeled flavour, especially since it boasts one of the state's fanciest ski hotels, The Resort at Squaw Creek. This modern glass structure is set back against a hillside with views across a meadow which lies beneath the main resort. Free shuttle buses run every 30 minutes between the hotel and lifts.

The Resort at Squaw Creek offers all of today's comforts, including a well-equipped gym, saunas, a beautician, a ski-rental shop, fax machines and professional masseuses. The staff, who all seem to sport dazzling tans, are young, perky and helpful, if not always effective (although apologies were profuse, the out-door Jacuzzis at a swimming complex did not once bubble during our weeklong stay). Squidgy sofas and armchairs are arranged around a roaring fire in the evenings, a popular place for apres-ski drinks.

The nearest town to Squaw is Tahoe City, set along the lake's northwest shore, about 20 minutes by car. A small town, with a thin selection of motels, sporting-goods shops, restaurants and rental properties.

MAMMOTH

An informal atmosphere prevails at Mammoth, too a resort popular with the Los Angeles crowd since it is a five-hour drive from the city. If Squaw has up-to-the-minute designer jumpsuits, Mammoth is all sweatshirts and puffy jackets, a populist family-fun resort where enjoying yourself takes precedence over looking hip.

The mountain itself is a chunk of rock packed 10-15ft with snow. Shuttle buses run from the base of the pistes into the town a few miles away. All of the lodgings and restaurants are found here, except the superconveniently situated Mammoth Mountain Inn Hotel, a large Heidi-style chalet structure, with a cosy wooden interior and modern rooms, that adjoins several more mundane and motel-like buildings. The joy even of these, however, is that skiers can fall out of bed and stumble across a car park in their ski boots to the lifts.

Snow is guaranteed by a state-of-the-art snowmaking machines (which helps explain why last year's season ran from October 31 to July 5). However, although the extra height 2,000ft makes skiing possible in the late spring when Squaw's afternoon slopes are slushy, Mammoth's weather is more changeable and the winds more likely to cause temporary closures of the upper lifts and gondolas.

Many of the runs are tree-lined, giving picturesque views even for skiers only able to tackle the gentlest slopes. The resort is especially popular with intermediate skiers, for whom about 40% of the slopes are suitable, but beginners and advanced skiers are also well served.

The ski school is housed in a barracks-style complex that echoes with the hubbub of a restaurant, equipment rental shops and a repair service. The food here is basic eat-and-run US fare good value and filling, but hardly gourmet: spaghetti with tomato sauce, hamburgers, fries, chocolate bars.

Neither Mammoth nor Tahoe are renowned for their apres-ski life. If, you are exhausted after a hard day on the slopes, and you yearn only for a hot meal and a bed, the California resorts are ideal.

Snow West Sunday Times October 24, 1993, Sunday

But if you want to party, you should consider heading to Heavenly on the south shore of Lake Tahoe.

## HEAVENLY

Straddling the border between California and Nevada, Heavenly benefits from Nevada's loose gambling laws, which make it a paradise for fans of casino hotels and gaudy nightclubs. There are slot-machines galore, dance shows and other Vegas-style delights. High-brow visitors shun "the scene", as they call it. But it is definitely a form of Americana at its best.

Skiers go to Heavenly for the longest runs in the Tahoe area, including one of 512 miles. The downhill trails are more difficult than average, with an estimated 20% for beginners, 45% for intermediate skiers and 35% for experts. The mountain has the largest network of runs in California 4,800 acres with 68 trails and the resort has one of the largest snow-making facilities in the world.

## TRAVEL BRIEF

SQUAW VALLEY Ski Corp, Squaw Valley, Ca 96146. Central reservations 1 800-545 4350 (toll-free inside America); snow line: 010 1 916-583 69556985; fax 916-583 8184.

Lodging: The Resort at Squaw Creek, POBox 3333, Olympic Valley, Ca 96146 (916-583 6300; fax: 916-581 5407). Sept 26-Dec 17 regular deluxe room with valley view, $195; $175 with forest view. After Dec 18, prices jump to $275 and $250 respectively. Squaw Valley Inn, POBox 2407, Olympic Valley, Ca 95730 (916-583 1576; fax 916-583 7619). Rates Dec-April standard two-bed queen, midweek $125, we (not holidays) $165.

Lift passes: one day $41, child 12 or under, 65+ $5 every day. Half-day adult $28, two days $78, three days $114, four of five days $148, five of six days $180, six days $210, seven days $238.

Hire rates: rental of skis, boots, poles: all-day $20 adult, $12 child. Adult five-day $80, child $48; $32 adult and child for rental of demo boots and other equipment.

Ski school: $26 adult (could stay all day); children 3-12 $55, $35 half-day, and $7 for rentals for those at ski school. Private lessons, $50 one hour; $26 special for two-hour clinics that include mogul skiing, parallel skiing and powder skiing; $49 specialist beginner's packages that include a lesson, ski rental and lift pass for one day.

MAMMOTH Mountain Ski Area, PO Box 24, Mammouth Lakes, Ca 93546, (010 1 619-934 2571).

Lodgings: Mammoth Mountain Inn, PO Box 353, Mammoth Lakes Ca 93546 (619-934 2581, toll-free 1800-228 4947; fax: 619-934 0700) rooms vary in size from single queen-size to condominiums capable of sleeping 13. Rates vary between mid-week, weekends, peak and off-peak. Midweekweekend queen one-two people $80$95; condominium (13 people) $265$325. NB: all California hotel rooms attract an additional 10% sales tax.

Lift passes: one-day $40 adult, $20 child. Three-day $144, child $57. Five-day $180, child $90.

Ski school: adult, all day, group rate $38. Adult, private, one hour, $60, $10 for extra person. One-day learn-to-ski package $54, snowboard $68, includes lessons, rental and lifts. Five-day advanced ski clinic for adults costs $210.

Hire rates: standard rental of boots, skis and poles, $16 per day. Rental of demo boot $14.50 per day. Discounts for multiple days.

Snow West Sunday Times October 24, 1993, Sunday

HEAVENLY Ski Resort, POBox 2180, Stateline, NV 89449 (702-586 7000).

Lodging: Lake Village Vacation Condos, POBox 355, Zephyr Cove, Nv 89448 (702-588 2481), two-, three- and four-bedroom, with kitchens, fireplace, near the casinos and resort, $100-300. The three-bed condo ranges from about $130-300 through the season. Regular season (not new year and Christmas) is $160-190, low (Nov) is $130.

Lift passes: $40 one-day adult, child, seniors $19. Discounts for multiple days for adults.

Hire rates: $18 adult one-day for skis, poles and boots; $10 children; $28 snowboard and boots.

Ski school: adult lessons: one day, $42. Private ski lessons: Early Bird (9am), $50 per hour; other times, $60. Children's day of skiing 4-12 years, includes lunch, rentals, full day $57, half-day $37. Two-hour race coaching, $27.

Getting there: American Airlines (081-572 5555), British Airways (081-897 4000), Air New Zealand (081-741 2299), United Airlines (081-990 9900) and Virgin Atlantic (0293-562000) all fly direct from the UK to Los Angeles. Apex fares from Pounds 363. BA and United fly direct to San Francisco. All carriers can arrange onward flights to Mammoth and Reno.

Operators featuring Californian resorts include: American Independence (0371-874848); Crystal (081-399 5144); Made to Measure (0243-533333); Ski Activity (031-225 9457); Ski the American Dream (081-552 1201); Virgin Snow (0293-617181).

**LOAD-DATE:** October 27, 1993