# EXHIBIT 4 - PART C



# THE FUTURE OF SKIING IS COMING

## Spring Magic Continues at Squaw Valley USA

**NEWS**

**TRAVEL**

**GEAR**

**INSTRUCTION**

**SNOW REPORTS**

**MOUNTAIN CAMS**

**GIFT SHOP**

**MOUNTAIN LIFE**

**MAGAZINE DEPARTMENTS**

**SKI FORUMS**

**CONTACT US**

search our site  

## RESORT FINDER

Select Resort

## GEAR FINDER

--Skis--

--Boots--



Subscribe Now & Receive a Free Gift w/ full payment

## New Subscriptions

**MAGAZINE SERVICES**

**TRAVEL DEALS**

**CLASSIFIEDS**

**SLIDE SHOWS**

**READER SERVICE**



**March 31, 2005**

Squaw Valley USA - To the delight of skiers and snowboarders, Mother Nature decided to celebrate the start of spring with over 97 inches or 8 feet of snow on the upper mountain during the past ten days. In between powder turns, Squaw Valley's long list of fun spring events and activities continue April 9-10, 2005, with a variety of competitions and events that go up, down and all around the mountain.

The fun begins Saturday April 9, with a one-of-a-kind North Lake Tahoe tradition, the Billy Dutton Uphill. This uphill race, offers participants the opportunity to use any non-motorized gear to ascend the mountain. Popular choices include snowshoes, skating skis, hiking boots and tennis shoes. The race begins near the bottom terminal of Squaw Valley's KT-22 chairlift and climbs 2,000' vertical feet and approximately 3.2 miles up the Mountain Run to High Camp. Registration takes place at 7am in The Olympic Plaza and the race begins at 8am. The entry fee is $15 and includes a t-shirt and goodies.

Following the uphill racing, skiers, snowboarders and telemark skiers are invited to switch gears and race downhill in the Squaw Valley Challenge last chance qualifier, and finals. Skiers and snowboarders have been racing all season long in dual-slalom races on Squaw Valley USA's lower mountain Ford Race Arena. The top finishers of each of these races are qualified for the finals at 11am on Saturday April 9. Those that have missed the fun can still qualify for the finals during the last chance qualifier prior to the finals from 9-10am. All finalists are entered into a raffle for two airline tickets to Hawaii courtesy of Runaway Vacations.

Rounding out the entertainment on Saturday is the 3rd ever Undie 500, one of Squaw Valley's most popular and hilarious spectator events. Open to the public, this unique running event features teams of two as they race relay-style in only their undergarments (including a pair of boxers that are provided) around Cushing Pond. Registration for the Undie 500 is $10 per team and begins at 3pm on the Olympic Plaza deck with the race taking place at 4:30pm. Participants must be 18 or older to race. The first place team walks with cash.

On Sunday morning April 10, skiers and snowboarders are invited to the upper mountain Ford Recreational Raceway for the Spring Blast Bikini & Boxers Race. Competitors are encouraged to race in their finest swimwear on the dual race course for fabulous prizes. The racing begins at 10am and the cost to participate is $5 for 2 runs. The top combined times win.







To celebrate the end of North Tahoe's spring festival SpringBlast, High Camp hosts a giant pool party and BBQ starting at noon. Party-goers can enjoy DJ music as they swim, soak, eat, drink and socialize the afternoon away at Squaw Valley's mountaintop paradise.

Additional events coming up at Squaw Valley this spring include Tait's Rail Wars on April 16, another 180 Sundays in the Park mountaintop concert on April 17 featuring Frank Hannon of Tesla hard-rock fame, the annual Lake Cushing Classic on April 30, the Earth Day Festival and Eco Parade on April 30, Mother's Day on May 8, the annual season passholder party on May 29, the Lake Tahoe Smooth Jazz Festival presented by JazzTrax over the Memorial Day weekend May 29-30, and the last day for skiing and snowboarding for the 2004-2005 winter season scheduled for Monday May 30, 2005.

For all the details on Squaw Valley's spring calendar of events please visit www.squaw.com or call 530-583-6985.

Sponsored Link

Heavenly Mountain Resort - 300 sunny days, 40 feet of snowfall. Non-stop nightlife. Book now!

**RELATED STORIES**

▸ Buy Squaw Pass and Ski Free
▸ Go Ape at Squaw Valley USA's Spring Tiki Party
▸ Holiday Storm Covers Squaw with 6 Feet of Snow
▸ Squaw Valley Offers Free Lift Tickets to Troops

▸ check out our NEWS archives

**Squaw Accommodations**
Spend the Summer in Lake Tahoe Lodging & Activity Packages Avail!

Ads by Goooooogle

**Squaw Valley Realty**
Buy Or Sell Real Estate In Squaw. Homes, Condos, Lots In Squaw Valley

Advertise on this site



| Name | ST/Province |
| Address | Zip/Postal |
| Apt/Suite | E-mail |
| City | CONTINUE |

THE **FUTURE OF SKIING** IS COMING.

Home • Travel • Gear • Instruction • Subscribe • Media Kit • ©2006 Mountain Sports Media • Privacy Policy



THE **FUTURE OF SKIING** IS COMING

## SKI
### THE MAGAZINE OF THE SKI LIFE

**TRAVEL**

**GEAR**

**INSTRUCTION**

**SNOW REPORTS**

**MOUNTAIN CAMS**

**GIFT SHOP**

**MOUNTAIN LIFE**

**MAGAZINE DEPARTMENTS**

**SKI FORUMS**

**CONTACT US**

search our site [GO]

## RESORT FINDER

Select Resort

## GEAR FINDER

--Skis--  [GO]

--Boots--  [GO]


Subscribe Now & Receive a Free Gift w/ full payment

**New Subscriptions**

**MAGAZINE SERVICES**

**TRAVEL DEALS**

**CLASSIFIEDS**

**SLIDE SHOWS**

**READER SERVICE**

**NEWS**

## Earth Day Festival & Eco-Parade at Squaw Valley USA

April 19, 2006
OLYMPIC VALLEY, CA - (News Release) - Squaw Valley USA and the Village at Squaw Valley are teaming up with the Tahoe Earth Day Foundation to celebrate Mother Earth at the 2006 Earth Day Festival on Saturday April 29, 2006.

Residents and visitors are encouraged to come to Squaw Valley and learn about the environmental issues, programs, and projects currently underway in the region, including watershed health, forest health, pollution prevention, alternative energy, waste management, recycling, and much more. Guests can also visit with agency representatives and non-profit staff from over 50 local organizations.

"We are excited that the Earth Day Festival is coming to Squaw again this year," explained Nancy Wendt, President of Squaw Valley Ski Corp. "This is an excellent opportunity for the community and visitors to learn more about local environmental issues and what they can do to help preserve and protect our beautiful area."



Squaw Valley's base Village will be filled with educational and environmental booths, earth-friendly vendors, hands-on activities, arts & crafts, food and drink, mural and face painting for kids, a bouncy house, and more. Music and entertainment throughout the day will be provided by a number of groups including Blue Turtle Seduction, the Jeff Jones Band, Sol Jibe, Frame of Mind, Old Dog - New Trix, Mad Cow String Band, the Chad Bowen Project, and Daowaga All Nations Drum Group. Music and entertainment will be performed all day long on two stages.

One of the highlights of the Festival is the Push, Pull or Pedal Eco-Parade! Entries may include anything that can be pushed, pulled or pedaled and does not have a motor, including bikes, wagons, skateboards, scooters or big wheels. Participants are encouraged to make and decorate their craft out of recycled materials. Parade

SKI Magazine ~ Earth Day Festival & Eco-Parade at Squaw Valley USA          Page 2 of 3





attendees are also encouraged to dress up in the costume of their choice. The parade route will wind through the Village and base area of Squaw Valley USA and judging will be based on originality, creativity, appeal, and environmental friendliness. Registration for the Eco-Parade will be at 10 am at the raffle tent and the parade will begin at noon.

"This event is for kids of all ages," explained Derek Moore, Marketing Manager for Squaw Valley Ski Corp and event coordinator. "We want to encourage people to showcase their creativity, while also promoting a positive environmental message."

Waste reduction will be emphasized through the Zero Waste program. Earth Day Festival attendees can read facts and figures on American waste that will be placed throughout the Village. Participants are requested to minimize discardable handouts and implement other forms of waste reduction. Nearly all food vendors, along with New Belgium Brewery, will be using biodegradable take-out containers made of either paper or PLA, a high tech starch-based plastic. Food and biodegradable waste will be collected and composted by Full Circle Compost in Minden, Nevada. The composted waste will return to Sierra Nevada College's demonstration garden in Incline Village. A contest will be held to guess how much waste is generated the day of the event and the winner will receive a hammock made from recycled soda bottles.

New this year, Tahoe Truckee Earth Day welcomes the Patagonia Wild and Scenic Film Festival. The film fest presents a series of thought-provoking shorts and documentaries on Friday, April 28 at 7 pm at Bar One. Seating is limited and advanced tickets will be available at select locations throughout North Lake Tahoe and Truckee. Ticket locations and a listing of films will be announced soon and posted on the web at www.TahoeTruckeeEarthDay.org.

The Earth Day Festival is from 10 am-5 pm and admission is free. Free round-trip public transportation service is available from Truckee and Stateline/Kings Beach to the Village. In addition, Squaw Valley Ski Corp is encouraging guests to carpool to the resort to help cut down on harmful emissions.

The Tahoe Earth Day Foundation, a non-profit organization, is being created to educate the general public regarding the Lake Tahoe and Truckee region's unique beauty and how to preserve and protect it. The means of providing such education includes, but is not limited to, regional Earth Day Festivals that will include environmental and educational booths with focus areas on watershed health, forest health, pollution prevention, alternative energy, and waste management. It has also been created to recognize and celebrate the work of Senator Gaylord Nelson of Wisconsin whose creation of the first Earth Day, on April 22, 1970, eventually led to national legislation such as the Clean Air Act and the Clean Water Act.

For more information visit www.TahoeTruckeeEarthDay.org or contact Suzanne Wilkins at 530-545-2565. For more information on the Zero Waste project contact Nichole Dorr, Town of Truckee at 530-582-2909. For volunteer opportunities you can also contact Nichole or Catherine Parsons, League to Save Lake Tahoe at 530-541-5388.

SKI Magazine ~ Earth Day Festival & Eco-Parade at Squaw Valley USA    Page 3 of 3

**Squaw Accommodations**
Spend the Summer in Lake Tahoe Lodging &
Activity Packages Avail!

Ads by Goooooogle

**PC Recycling Northwest**
Computer and Electronic recycling Ask us
about Free Pickup Program

Advertise on this site



| | |
|---|---|
| Name | ST/Province |
| Address | Zip/Postal |
| Apt/Suite | E-mail |
| City | CONTINUE |



Home • Travel • Gear • Instruction • Subscribe • Media Kit • ©2006 Mountain Sports Media • Privacy Policy

SKI Magazine ~ Go Ape at Squaw Valley USA's Spring Tiki Party                    Page 1 of 2



SAVE 10% NOW!  EarthC
Click here for mo
PROMOTE AND MARKET YOUR RESORT   DRIVE TRAFFIC TO

## SKI
### THE MAGAZINE OF THE SKI LIFE

**NEWS**

TRAVEL

GEAR

INSTRUCTION

SNOW REPORTS

MOUNTAIN CAMS

GIFT SHOP

MOUNTAIN LIFE

MAGAZINE DEPARTMENTS

SKI FORUMS

CONTACT US

search our site | GO

## RESORT FINDER

Select Resort 

## GEAR FINDER

--Skis--  GO

--Boots-- GO



Subscribe Now & Receive a Free Gift w/ full payment
New Subscriptions

MAGAZINE SERVICES

TRAVEL DEALS

CLASSIFIEDS

SLIDE SHOWS

READER SERVICE

## Go Ape at Squaw Valley USA's Spring Tiki Party

**Feb. 23, 2005**

Squaw Valley, CA - Squaw Valley USA and the Tahoe Forest Hospital Foundation are hosting a *Tiki Party for the Next Generation of Care* on Friday, March 18, 2005 at Squaw Valley USA's High Camp.

The festive fundraising event is sure to be a unique treat with guests arriving via Cable Car to High Camp followed by a buffet dinner and party overlooking Lake Tahoe. The evening is set to include an Island Dinner Buffet complete with a mai-tai fountain and a silent auction followed by live music, dancing and a special on-site tiki carving during the musical performance.

Entertainment and tiki carving during the party will be provided by San Francisco's high-energy, tropical, tribal, island-hopping band APE. APE combines the popular sounds of warm weather Polynesian retreats such as Hawaii, Tahiti, Mexico and the Caribbean, complete with wailing bongos, Hawaiian steel, ukuleles, tribal drums, surfy guitars and the occasional tiki call-out. Following the music, the tiki statue that the band carves will be auctioned off as part of the fundraising portion of the evening.

Event organizers are currently seeking donations for the event's silent auction. "This is shaping up to be a must-attend party and we are looking to the community to help make the fundraising portion of the party a success," stated Eric Brandt, director of marketing for Squaw Valley Ski Corp. "All donated auction items help us raise money to support our local hospital."

## WARREN MILLER
### entertainment



All proceeds from the dinner, auction and raffle support the Tahoe Forest Hospital Foundation's expansion and improvement efforts, including community benefit programs, new construction and equipment upgrades and to assist in the Hospital's goal to raise $4 million through their *Campaign for The Next Generation of Care*.



"This party is a great way for friends and family to have fun and help with an important fundraising opportunity for the hospital," explained Nancy Wendt, President of Squaw Valley Ski Corp.



Sponsored Link

Heavenly Mountain Resort - 300 sunny days. 40 feet of snowfall. Non-stop nightlife. Book now!

**RELATED STORIES**

▸ Holiday Storm Covers Squaw with 6 Feet of Snow

▸ Squaw Valley Offers Free Lift Tickets to Troops

▸ Dream Vacation Packages at Squaw Valley USA

▸ Squaw Hosts 3rd Annual Art, Wine & Music Festival

▸ check out our NEWS archives

**Big White Resort Lodging**
Quality chalet rentals with fire places, hot tubs, ski in/ski out.
Ads by Google

**Big White Ski Condos**
The Lodging Company - ski chalets, condos, and hotels at Big White BC
Advertise on this site



Home • Travel • Gear • Instruction • Subscribe • Media Kit • ©2006 Mountain Sports Media • Privacy Policy



**SKI**
THE MAGAZINE OF THE SKI LIFE



TRAVEL

GEAR

INSTRUCTION

SNOW REPORTS

MOUNTAIN CAMS

GIFT SHOP


MOUNTAIN LIFE

MAGAZINE
DEPARTMENTS

SKI FORUMS

CONTACT US

search our site  [GO]

**RESORT FINDER**

Select Resort

**GEAR FINDER**



--Skis--  [GO]

--Boots--  [GO]


Subscribe Now & Receive a Free Gift
w/ full payment

**New Subscriptions**

MAGAZINE SERVICES

TRAVEL DEALS

CLASSIFIEDS

SLIDE SHOWS

READER SERVICE

**NEWS**

### Squaw Valley Hosts the Vertical Express for MS

February 20, 2006

Squaw Valley USA (Squaw Valley Press Release)—The Vertical Express for MS hits the slopes at Squaw Valley USA on March 4-5, 2006. The Express, an event for skiers and riders of all abilities, benefits The Heuga Center, a national non-profit organization and leader in the field of wellness and educational programs for people and families living with multiple sclerosis (MS). MS is a chronic, disabling disease of the central nervous system that affects over 400,000 Americans.

The Vertical Express for MS involves teams of three skiers and/or riders who raise a minimum $1000 to enter. The weekend's activities include two on-snow events, including a mountain challenge and GS race, a race clinic, great prizes for both performance and fundraising, complimentary lift tickets, food and cocktail parties, and goodie bags. Any team that raises $15,000 or more wins a free trip to Vail, Colorado, April 6-9, 2006 for the April Awards celebration. Those who can't take part in person can participate on-line. Anyone can register for the Vertical Express for MS by logging on to www.verticalexpress.org or by calling 1.888.DO.IT.4MS.



Last year, the event at Squaw Valley raised a record $160,000. Funds generated will support the Heuga Center's one, three, and five-day programs that teach people with this incurable, neurological disease how to manage it to the best of their ability.

Jimmie Heuga founded the center in 1984 with the purpose of sharing his unique approach to living with multiple sclerosis. His idea was that appropriate exercise can be beneficial to those suffering from the condition. Six years after winning the 1964 Olympic Slalom bronze medal, Jimmie's professional skiing career was ended when he was diagnosed with MS. At that time, he followed the advice of his doctors





and for several years remained sedentary. Eventually, he rebelled and began exercising again to regain his health. By the end of one year, he had bicycled 1,000 miles and swam 50 miles.

The idea of exercise for people with MS is the basic premise upon which The Heuga Center's CAN DO programs are based. The Center's wellness approach to MS, which focuses on what people with MS can do, rather than what they can't do, is now widely embraced by the medical community. The Heuga Center seeks to complement existing treatments for people with MS by providing important education and advice in areas of overall health and wellness, areas that are increasingly under-represented in an overburdened health care environment.

The event for MS at Squaw Valley has exceptional meaning both to the mountain and to the Heuga organization. Jimmie Heuga spent many years perfecting his slalom skills on the slopes of Squaw Valley and his father was a longtime employee. Squaw Valley takes pride in Jimmie's accomplishments as an Olympic skier and as the founder of such a remarkable organization that has bettered the lives of so many people living with MS.

The Vertical Express for MS is presented by Columbia Sportswear Co. and Rolex Watch, USA, and sponsored by RSN, Wilson-Lass, Central House, R & B Cellars, High Sierra Sport Co., Dermatone Laboratories, Swany America, Heat Treat Warmers, Vacation Connections, Vail Daily, NRC Broadcasting and TV8, PlumpJack and Squaw Valley USA.

For more information about the Vertical Express for MS at Squaw, visit www.heuga.org.

Sponsored Link

Heavenly Mountain Resort - 300 sunny days. 40 feet of snowfall. Non-stop nightlife. Book now!

**RELATED STORIES**

▸ Olympic Festivities at Squaw Valley

▸ Squaw Valley Celebrates Winter Olympics Past and Present

▸ The Resort At Squaw Creek Offers Clients the Experience of Skiing with a Legend

▸ Free Avalanche Awareness Clinic at Squaw Valley

▸ Ski, Ride, & Skate for $35 at Squaw Valley

▸ check out our NEWS archives

**Big White Resort Lodging**
Quality chalet rentals with fire places, hot tubs, ski in/ski out.
Ads by Google

**Park City Utah Ski Condos**
Affordable Rental Homes & Condos Park City, Deer Valley, The Canyons
Advertise on this site

Name                          ST/Province  ·

Address                       Zip/Postal



Home • Travel • Gear • Instruction • Subscribe • Media Kit • ©2006 Mountain Sports Media • Privacy Policy



EarthCam SkiCams    SAVE 10% NOW!    EarthC  Click here for mo

PROMOTE AND MARKET YOUR RESORT    DRIVE TRAFFIC TO



# SKI
## THE MAGAZINE OF THE SKI LIFE

**TRAVEL**

**GEAR**

**INSTRUCTION**

**SNOW REPORTS**

**MOUNTAIN CAMS**

**GIFT SHOP**

**MOUNTAIN LIFE**

**MAGAZINE DEPARTMENTS**

**SKI FORUMS**

**CONTACT US**

search our site [GO]

## RESORT FINDER

Select Resort 

## GEAR FINDER

--Skis-- [GO]

--Boots-- [GO]



Subscribe Now & Receive a Free Gift w/ full payment

**New Subscriptions**

**MAGAZINE SERVICES**

**TRAVEL DEALS**

**CLASSIFIEDS**

**SLIDE SHOWS**

**READER SERVICE**

**TRAVEL**

# RESORT FINDER 2006

▶ Go Back to Resort Finder Index
▶ Custom Search Top 60
▶ Browse all North American Resorts

## RESORT REVIEW:

**Resort: Squaw Valley USA, CA**
**Region: West**
**Rated: # 16**

"Of all the things that contribute to Squaw's reputation for extreme, the most telling may be its season. Between a three-foot dump in October and the foot of freshies that fell on May 9, the 1960 Olympic venue received 492 inches of solid Sierra, uh, snow last season. It's not always feather-light, but on a mountain with "unrelenting terrain," where you see "more awesome skiers in one day that you'd see anywhere else in a week," you'll be thankful for a little viscosity to check your speed. As one reader observes, "KT-22 is the best lift in the universe," and if 2,850 feet of thrilling vert doesn't do it for you, try any of the five other peaks that make up the 4,000-acre resort. The California sun brings "California crowds," but regulars find that "on any given day there's always a place to hide." For experts, hideouts range from the steeps of North Bowl to the trees of Granite Chief. Intermediates get friendly terrain like Shirley Lake, and beginners feel their oats on East Broadway. At day's end, the spiffed-up village serves California's best in everything from cuisine and wine to massage and music. Some decry Squallywood's "attitude," but come on, it's "The E-ticket of Tahoe," and it's worth it. —Edie Thys "

**THE LATEST**
Demo Center at the top of the Funitel; enhanced terrain park; more options in the village including—bless them—Trilogy Spa and Ben & Jerry's.

**THE DEAL**
Kids under 12 ski for $5. Another $5 gets them nightskiing until 9 p.m.

**LOCAL SECRET**
Avoid the taillights streaming out of the valley at day's end. Settle in for a lakeview après beverage at High Camp, then ski down under the lights.

KEYWORD SEARCH:

keyword [GO]





**SQUAW VALLEY USA**

**RESORT DETAILS**
Olympic Valley, CA
96146
Elevation: 8900
Acreage: 4000
Vertical Drop: 2850
Squaw Valley's website

**RESORT LINKS**
• Snow Report
• Mountain Cam
• Trail Map
• Go to Forum

**SPONSORED LINKS**

**RELATED LINKS**
• Squaw Valley Hosts the Vertical Express for MS
• Go Ape at Squaw Valley USA's Spring Tiki Party
• Earth Day Festival & Eco-Parade at Squaw Valley USA
• Spring Magic Continues at Squaw Valley USA

• Back to Resort Finder







**Squaw Valley Real Estate**
Beautifully Maintained Homes Near Squaw
Valley-Call Today For Details
Ads by Goooooogle

**Deer Valley Hotels**
Reservations for Stein's, Goldener Hirsh,
Mont Cervin and more!

Advertise on this site

THE FUTURE OF SKIING IS COMING.

Home • Travel • Gear • Instruction • Subscribe • Media Kit • ©2006 Mountain Sports Media • Privacy Policy

Squaw Valley Ski Resort: OnTheSnow Overview of Squaw Valley Northern California    Page 1 of 2







Northern California > Squaw Valley > Resort Info

    See Nearby Resorts:

Resort Info    Travel Deals    Snow Report    Resort Cams    Reviews

**Resort Info**
Lift Tickets
Season Pass
Weather
Summer

**Travel Deals**
**Snow Report**
**Resort Cams**
**Reviews**

# SPOTLIGHT ON SQUAW VALLEY

**RSS**

**Area Profile**
Squaw Valley USA, site of the VIII Winter Olympic Games in 1960, is a legendary vacation destination plunked down squarely at the end of a gorgeous Sierra valley. Squaw's terrain may seem endless to those trying to conquer it, with 4,000 acres available to play in, 2,850 vertical feet and 33 lifts designed to get you where you need to go quickly.


View Slideshow >>

The Village was built with the inviting ambiance of a European style mountain village and features the sort of restaurants, shops, and support services skiers expect to find when visiting such a venerable area. and experiences to share with friends and families. Squaw has invested heavily in environmental improvements, a new day use locker room, new grooming equipment, terrain park enhancements and expanded beginner terrain.

View Lift Tickets

**Lodging Profile**
Ski in-out condo-hotel luxury accommodations. Forty hotels within 8 miles of Squaw Valley. Overnight facilities in Tahoe City 6 miles, Truckee 9 miles; RVs welcome at resort but no hookups.

**Services Profile**
Ski shops, designer boutiques, post office, beauty salon, liquor, cleaners, grocers, ski equipment, drug store, fast food and factory outlets in Truckee and more.
Nursery/childcare available in Squaw Valley for ages 2-12. Doctor's office on-site; Tahoe Forest Hospital in Truckee 12 miles away. Ski rental and repair, and cross country rental and repair available on-site. Classes in racing, mogul, extreme, parabolic, freestyle, snowboarding, powder; Just For Women; Snow School for ages 3-12, ski instruction and games.

**Area Recreation Profile**
Cross country and touring at area. Also offering ice skating, movie theater, sleigh riding, snowtubing, swimming, jacuzzi and tennis. Ice fishing and

 **Squaw Valley Web Site**

 **WEATHER**



**Thursday**
Partly Cloudy
**87° 52° F**
Hi   Lo
**Friday**
Thunderstorm
**88° 52° F**
Hi   Lo

**FULL WEATHER INFO** ▶



 **TRAIL MAP**

**VIEW TRAIL MAP** ▶



**RESORT CAMS**
7/19/06 8:06 PM PST



**VIEW ALL RESORT CAMS** ▶



**TRAVEL DEALS**

Lift Tickets >>
Season Passes >>







mountaineering nearby. Coin-op race courses and family fun park. Night skiing (free with all day and afternoon lift tickets) and night riding.

ALL TRAVEL DEALS

**Snowboarding Profile**
Three terrain parks including Belmont Park for smaller kids, a Super Pipe, and halfpipe.

### BY THE NUMBERS

**Important Dates**
Proj. Days Open: 188
Days Open 03/04: 195
Year Open: 1949
Avg. Snowfall: 450

**Lift Information**
Total # of Lifts: 34
Gondolas/Trams: 3
High Speed Six Chairs: 3
High Speed Quads: 4
Quad Chairs: 1
Triple Chairs: 8
Double Chairs: 10
Surface Lifts: 5
Lift Capacity: 49000 hr

**Resort Stats**

**Elevation**
Top: 9050 ft
Bottom: 6200 ft
Vertical Drop: 2850 ft
Longest Run: 3.20 mi
Skiable Area: 4000 acres
Snow Making: 400 acres

**Runs/Trails**
Beginner: 25%
Intermediate: 45%
Expert: 30%

### CONTACT INFO

⊠ **Squaw Valley Web Site**

Main Phone: (530) 583-6985
E-mail: squaw@squaw.com
Squaw Valley
1960 Squaw Valley Road
Olympic Valley, CA
96146



**Adventure abounds in BC**
BC is the ultimate playground, so step outside and explore mountain peaks, winding rivers, secluded rainforests and breathtaking coastline. The 2006 BC Outdoor Adventure Guide has insider tips on hiking trails, serene inlets and extreme rides. Order your FREE guide and enter to win two Rocky Mountain 'Whistler' bikes.

More Information

Copyright © 1968-2006 Mountain News Corp. All Rights Reserved.
Contact On the Snow | Privacy Policy | Advertising Info | Careers at MountainNews



SFGATE HOME · **BUSINESS** · **SPORTS** · **ENTERTAINMENT** · **TRAVEL**                    **JOBS** · **REAL ESTAT**

[ Search ]  ● SFGate News  ○ Web by Google

# Squaw Valley USA

www.onthesnow.com

**5-Day Forecast** | **Ski Packages** | **Lodging Specials** | **Trail Map**

PO Box 2007
Olympic Valley, CA 96146
(530) 583-6985
Snow Conditions: 530-583-6985
Web site

Squaw Valley USA, site of the VIII Winter Olympic Games in 1960, is one of the most legendary and sought after vacation destinations for those who love winter sports. This is one of America's premiere destination ski resorts and no skier or rider will ever be bored on the seemingly endless terrain, spanning 4,000 skiable acres.

Guests also will delight in Squaw's stylish new pedestrian village. The new buildings and their carefully connected walkways add the warm and inviting ambiance of a European style mountain village with new restaurants, shops and experiences to share with friends and families. Squaw has invested heavily in environmental improvements, a new day use locker room, new grooming equipment, terrain park enhancements and expanded beginner terrain.

**AREA'S SKIING STATISTICS**
Elevation: Top 9,050
Base: 6,200

* Printable Version
* Email This Article

**CURRENT CONDITIONS**
Updated: 5/3/06
**Snowfall 24 Hrs:** 0"
**Snow Depths:** 218 - 218"
**#Lifts:** 7 of 34
**Runs Open:** 75
**Lift Hours:** 9:00am to 3:00pm
**Surface Snow:** Machine Groomed, Spring, Corn, Skiers Packed
**Notes:** May 5: Cinco de Mayo Poolside Fiesta
**ADD. SNOWBOARD INFO**
**Hits:** N/A
**Pipes:** N/A

by Mountain News Corp/OnTheSnow.com



- Main Snow Report Page



**REVIEWS · DVD's · CRITICAL CONSEN**
**NEW FLICKS · MOVIE TIMES & THEAT**
www.sfgate.com/eguide/movies/

**ChronicleJobs**
TOP JOBS

**ACCOUNTING**
Small office in SSF needs all

**ACCOUNTING**
INTERNAL AUDIT SENIOR MANAGER
*United Commercial Bank*

**ACCOUNTING**
Admin Assistant Local SF Plumbing

**AUTOMOTIVE**
Used Car Pros . Million

**AUTOMOTIVE**
Detailer Exp Preferred CA DL

**BIOTECH**
Several Positions Available
*Dynavax Technologies*

Squaw Valley USA                                                                    Page 2 of 2

Vertical Drop: 2,850
Average Snowfall: 450"
Number of skiable acres: 4,000
Number of lifts: 34
% Expert Runs: 30
% Advance Runs:
% Intermediate Runs: 45
% Beginner Runs: 25

Snowboarding info: Three terrain parks including Belmont Park for smaller kids, a Super Pipe, and halfpipe.

## SERVICES
Ski shops, designer boutiques, post office, beauty saloon, liquor, cleaners, grocers, ski equipment, drug store, fast food and factory outlets in Truckee and more. Nursery/childcare available in Squaw Valley for ages 2-12. Doctor's office on-site; Tahoe Forest Hospital in Truckee 12 miles away. Ski rental and repair, and cross country rental and repair available on-site. Classes in racing, mogul, extreme, parabolic, freestyle, snowboarding, powder; Just For Women; Snow School for ages 3-12, ski instruction and games.

## LODGING
Ski in-out condo-hotel luxury accommodations. 40 hotels within 8 miles of Squaw Valley. Overnight facilities in Tahoe City 6 miles, Truckee 9 miles; RVs welcome at resort but no hookups.

## AREA RECREATION
Cross country and touring at area. Also offering ice skating, movie theater, sleigh riding, snowtubing, swimming, jacuzzi and tennis. Ice fishing and mountaineering nearby. Coin-op race courses and family fun park. Night skiing (free with all day and afternoon lift tickets) and night riding.

5-Day Forecast | Ski Packages | Lodging Specials | Trail Map



Get up to 50% off home delivery of the Chronicle for 12 weeks!

---

**BIOTECHNOLOGY**
District Manager
Pharmaceutical
*PDI*

**BIOTECHNOLOGY**
Genentech in South San Francisco

**BIOTECHNOLOGY**
Multiple Openings
Biotech. Novacea
*Novacea*

**BOOKKEEPER**
Established SF based
co. moving

**BUILDING**
Dept. of General Svcs,
Bldg

**BUILDING**
MANAGER IV
Description

**BUSINESS**
Genentech in South San Francisco

**BUSINESS**
SYSTEMS ANALYST
needed by Lassen

**CARPENTERS**
Minimum 5yrs exper.
Foundation

• About Top Jobs
• View All Top Jobs





on
n
The
Worki
Coo
FAST AND FR
MEALS FOR
PEOPLE

BY TARA DUG
SAN FRANCISCO CH
FOOD COLUMNIST







ADVERTISERS

Own Timeless Beaut
Photos From Chronic
Collection

---

©2006 OnTheSnow.com & SF Gate | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

MSN Home    Hotmail    My MSN

**msn** City Guides

Maps & Directions    MSN Travel    More...


NETFLIX **DVD RENTALS DELIVERED** Only **$5.99** a month    No L 60,00 FREE ⊙ click

⊙ **Citysearch**    Best of Citysearch    New to Citysearch?

| **SEARCH** ⦿ Citysearch ○ Web | Search Citysearch with Business Name or Keyword | Address, City & State, or Zip | Neighborhood |
| | ☐ Search by name only | San Francisco, CA |

| HOME | RESTAURANTS | BARS & CLUBS | HOTELS | SHOPPING | SPA & BEAUTY | MOVIES | EVENTS | MAPS | M |

San Francisco · Yellow Pages · Sports & Recreation · Skiing & Snowboarding · **Profile**

⊡ Send 2 Phone    ☐ Website    ☐ Send to a Friend



### Village at Squaw
Luxury accommodations surrounded by breathtaking beauty.
• ? Luxury one, two and three bedroom condominiums
• ? Fabulous shopping, dining, and spa right outside your door!
• ? Endless activities including golf, hiking, biking and more.



Off

## Squaw Valley USA

1960 Squaw Valley Rd
Olympic Valley, CA 96146    VIEW MAP
(530) 583-6985
**Cross Street:** Squaw Peak Road
**Admission:** Adult $65; seniors $39; under 19 $49; under 12 $5

Re

▸ **Editorial Profile**
A world-class ski resort continues to build on its Olympic legacy since hosti...
Read More | User Reviews (7)

Writ

Abc

Rat

---

### ✦ Business Info

**Hours:**
· Ski season: Mon-Fri 9am-4pm;
· Sat-Sun 8:30am-4pm;

**Payment:**
· American Express
· Check
· Discover
· MasterCard
· Visa

**Parking:**
· Lot/street

Own this business?

### ⬛ Cichysearch Editorial Profile -- By Eric Rorer

A world-class ski resort continues to build on its Olympic legacy since hosting the 1960 Winter Games.

**Editorial Rating: Not Rated**

**The Scene**
Ever since Jean Vaurnet, Lidija Skoblikova, Roger Staub and a host of other international athletes did battle here in the 1960 Winter Olympics, Squaw Valley has remained one of the world's most coveted ski destinations. This mega-resort has everything from bunny slopes to some of the gnarliest double blacks in America. As you might expect, lift tickets are pricey, and lines can be long, but you can't say you've skied California until you've skied Squaw.

**The Slopes**
Squaw features all kinds of terrain: chutes, cornices, moguls, half-pipes, flats and even some nearby cross-country trails. The lift system, one of the most advanced in the Tahoe area, keeps people moving--although long waits can still be a source

» Enhance or edit your listing

**See something wrong?**
» Suggest a correction

✦ **Things to do nearby:**
1960 Squaw Valley Rd
Olympic Valley, CA 96146

· Restaurants
· Hotels
· Bars
· Movie Theaters
· Department Stores
· Shopping Centers & Malls
· Grocery Stores
· Pharmacies
· Florists
· Banks

✦ **Related Searches**

· Olympic Valley Sports & Recreation
· Search anything in San Francisco
· Search Yellow Pages in San Francisco
· Search other Cities
· Browse San Francisco Editorial Lists

of frustration. Another is the horrific traffic along the two-lane approach road to the resort, where bumper-to-bumper jams often stretch for miles.

**Vital Stats**
Vertical drop: 2,850 feet
Base elevation: 6,200 feet
Top elevation: 9,050 feet
Lifts: 34
Skiable acres: 4,000
Beginner terrain: 25 percent
Intermediate terrain: 45 percent
Advanced terrain: 30 percent
Snowboarding: Full facilities

*Editorial content is independent of paid advertisers. Any expenses are paid for by Citysearch.*

## ▶ Insider Tips

**Parking**
Parking and traffic are two of Squaw's worst features. Get to the resort as early as possible in the morning to avoid the crush.

**The Extras**
Select runs extend their hours until 9pm from mid-December through mid-April. Call for details.

**Know Before You Go**
The ski season varies, but generally runs from mid-November through Memorial Day weekend. Call ahead before planning an early- or late-season trip.

## ▶ User Reviews

**Squaw Cali Valley**
Posted by ealuise22 on 12/07/2004

The night run is the best part of Squaw, it is 3 miles of endless ride and you can leave the lighted area and hit the park with no one to get in your way except a little jack. Only problem with the run that starts at the Ice rink is when you start you better hit the first hill balls to the wall because there is a super long flat that you do not want to get caught on or else you will have to unstrap and walk about a couple hundred feet. But that part is not a prob if you know about it and know what yer doing do theres your warning! The rest is the best. They closed the Gordon Biersch at the bottom? Boo

**Overall user rating:** Highly Recommended

Was this review helpful: Yes or No | Request removal of this review

**» Read all 7 reviews**

## ▶ Related Editorial Content

**Destination: Lake Tahoe**
From snowboarding to waterskiing, the scenic resort area of Lake Tahoe offers year-round recreation for Bay Area locals and visitors.

**24/7 in San Francisco**
From a 24-hour restaurant to a gym that never closes, find the best spots for night owls in San Francisco.



The
Sum
Shir

America

**At-Home Party Planner**
Planning a party at your house? Find the right DJ, florist, caterer, party rental
company, and any other home party needs in San Francisco.

**View More »**

About Us | Advertise with Us | Contact Us | Help | Press Center | Site Guide | List Your Business on Citysearch | Become an Affiliate | Job
Francisco Neighborhood Guide | Other Cities | Privacy Policy | Terms of Use | About BOC | San Francisco Yellow Pages

Citysearch is a registered trademark of 720619 Ontario Inc. and is used under license
(C) 2006 Citysearch.com All rights reserved.

partner sites:
Ask.com - Bagsbuy - Ballard Designs - ClassicVacations - CondoSaver - Entertainment.com - Evite - Expedia - Frontgate - Garnet Hill - GI
Hotels.com - Hotwire - HSN - LendingTree - Match.com - Outletbuy - Pronto - RealEstate.com - ReserveAmerica - ServiceMagic - Shoebuy
The Territory Ahead - Ticketmaster - Travel Smith - TripAdvisor - Zerodegrees