# EXHIBIT 5



# WINSTON & STRAWN

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 1400 L STREET, N.W.<br>WASHINGTON, D.C. 20005-3502 |
| 38TH FLOOR<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (212) 294-4700 | |
| | www.winston.com | |

April 30, 2003

**VIA FIRST CLASS MAIL**

BOX NEW APP. - FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

|  | Applicant: | **Squaw Valley Development Company** |
|---|---|---|
| Re: | Mark: | **SQUAW** |
|  | Classes: | **25, 28 and 35** |

Dear Sir:

      We enclose for filing in the Patent and Trademark Office papers constituting an application for registration of the mark SQUAW, which papers include the statement, declaration, Power of Attorney, specimens, postcard and a check in the amount of $1,005.00 in payment of the filing fee. The application is based on 15 U.S.C. § 1051(a). **Please address all correspondence to the attention of Virginia R. Richard.**

      The Commissioner is hereby authorized to charge any additional fees which may be required to Account No. 501-814.

Very truly yours,

Virginia R. Richard

Enclosures

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513 on the date shown below:

Denise Bolden
_____

_____
Signature

April 30, 2003
_____
Date

**SERVICE MARK APPLICATION (15 U.S.C. §§ 1051, 1126(d) & (e))**

**TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:**

**APPLICANT INFORMATION**

| | |
|---|---|
| Name: | Squaw Valley Development Company |
| Street: | 1960 Squaw Valley Road |
| City: | Olympic Valley |
| State: | California |
| Zip Code: | 96146 |
| Country: | USA |
| Telephone Number: | 530-583-6985 |
| Fax Number: | 530-581-7106 |
| E-mail Address: | squaw@squaw.com |

**APPLICANT ENTITY INFORMATION**

A corporation duly organized and existing under the laws of the State of Nevada.

**TRADEMARK INFORMATION**

| | |
|---|---|
| Mark: | **SQUAW** |
| Form: | Block letter form |

**BASIS FOR FILING AND GOODS INFORMATION**

| | |
|---|---|
| Use in Commerce: Section 1(a): | Applicant has adopted and is using the mark in commerce on or in connection with the below-identified goods and services. (15 U.S.C. § 1051(a), as amended). |
| International Class Number: | 25, 28 and 35 |
| Listing of Goods: | Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25 |
| | Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28 |

Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35

Date of First Use Anywhere:    At least as early as 1949 in Classes 25 and 35
At least as early as 1968 in Class 28

Date of First Use in Commerce:    At least as early as 1949 in Classes 25 and 35
At least as early as 1968 in Class 28

One (1) specimen for each of the above-listed classes showing the mark as used in commerce is submitted herewith. A total of three (3) specimens is attached.

## FEE INFORMATION

Number of Classes:    3

Total Filing Fee Paid: $1,005.00

## PRIOR REGISTRATIONS

Applicant is the owner of U.S. Trademark Registration No. 1,645,155 for **SQUAW VALLEY USA**, for, *inter alia*, "Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords," Registration No. 2,115,036 for **SQUAW VALLEY USA**, for, *inter alia*, "Men's and women's clothing and accessories, namely, jackets, sweatshirts, caps, bathrobes, T-shirts, gloves, head bands, vests, hats and fleece-wear, namely, ski caps; children's clothing and accessories, namely, T-shirts, sweatshirts, baseball caps, bathrobes and gloves," and others.

## SIGNATURE INFORMATION

Applicant requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by Act of July 5, 1946 (15 U.S.C. § 1051 et seq.) for the above-identified goods and services.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark for which registration is sought; he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief, no other person, firm, corporation or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made

of his/her own knowledge are true and all statements made on information and belief are
believed to be true.

**SQUAW VALLEY DEVELOPMENT
COMPANY**

Date: _April 5, 2003_

Signature: _NRWendt_

Name: _Nancy R. Wendt_

Title: _President_

**CONTACT INFORMATION**
Name: Virginia R. Richard, Esq.
Company/Firm Name: Winston & Strawn
Street: 200 Park Avenue
City: New York
State: New York
Country: United States of America
Zip Code: 10166
Telephone Number: (212) 294-6700
Fax Number: (212) 294-4700
E-Mail Address: vrichard@winston.com

-3-

## DRAWING

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25 |
| | | Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28 |
| | | Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services. (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1949 in Classes 25 and 35<br>At least as early as 1968 in Class 28 |
| **Date of First Use in Commerce:** | | At least as early as 1949 in Classes 25 and 35<br>At least as early as 1968 in Class 28 |

## SQUAW

NY:758287.1

## SPECIMEN - CLASS 25

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services. (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1949 |
| **Date of First Use in Commerce:** | | At least as early as 1949 |

-5-



## SPECIMEN - CLASS 28

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services.  (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1968 |
| **Date of First Use in Commerce:** | | At least as early as 1968 |

-6-



## SPECIMEN - CLASS 35

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services. (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1949 |
| **Date of First Use in Commerce:** | | At least as early as 1949 |

-7-

# WINSTON & STRAWN

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 1400 L STREET, N.W.<br>WASHINGTON, D.C. 20005-3502 |
| 38TH FLOOR<br>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | FACSIMILE (212) 294-4700 | |

www.winston.com

April 30, 2003

**VIA FIRST CLASS MAIL**

BOX NEW APP. - FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

|     | **Applicant:** | **Squaw Valley Development Company** |
|-----|----------------|--------------------------------------|
| **Re:** | **Mark:** | **SQUAW ONE** |
|     | **Classes:** | **25, 28 and 35** |

Dear Sir:

   We enclose for filing in the Patent and Trademark Office papers constituting an application for registration of the mark SQUAW ONE, which papers include the statement, declaration, Power of Attorney, specimens, postcard and a check in the amount of $1,005.00 in payment of the filing fee. The application is based on 15 U.S.C. § 1051(a). **Please address all correspondence to the attention of Virginia R. Richard.**

   The Commissioner is hereby authorized to charge any additional fees which may be required to Account No. 501-814.

            Very truly yours,

            Virginia R. Richard

Enclosures

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513 on the date shown below:

Denise Bolden
_____
Signature

April 30, 2003
_____
Date

## SERVICE MARK APPLICATION (15 U.S.C. §§ 1051, 1126(d) & (e))

## TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

## APPLICANT INFORMATION

| | |
|---|---|
| Name: | Squaw Valley Development Company |
| Street: | 1960 Squaw Valley Road |
| City: | Olympic Valley |
| State: | California |
| Zip Code: | 96146 |
| Country: | USA |
| Telephone Number: | 530-583-6985 |
| Fax Number: | 530-581-7106 |
| E-mail Address: | squaw@squaw.com |

## APPLICANT ENTITY INFORMATION

A corporation duly organized and existing under the laws of the State of Nevada.

## TRADEMARK INFORMATION

Mark:          **SQUAW ONE**

Form:          Block letter form

## BASIS FOR FILING AND GOODS INFORMATION

Use in Commerce: Section 1(a):     Applicant has adopted and is using the mark in commerce on or in connection with the below-identified goods and services. (15 U.S.C. § 1051(a), as amended).

International Class Number:     25, 28 and 35

Listing of Goods:     Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25

Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28

Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35

| | |
|---|---|
| Date of First Use Anywhere: | At least as early as 1949 in Classes 25 and 35 |
| | At least as early as 1968 in Class 28 |
| Date of First Use in Commerce: | At least as early as 1949 in Classes 25 and 35 |
| | At least as early as 1968 in Class 28 |

One (1) specimen for each of the above-listed classes showing the mark as used in commerce is submitted herewith. A total of three (3) specimens is attached.

## FEE INFORMATION

Number of Classes:   3

Total Filing Fee Paid: $1,005.00

## PRIOR REGISTRATIONS

Applicant is the owner of U.S. Trademark Registration No. 1,645,155 for **SQUAW VALLEY USA**, for, *inter alia*, "Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords," Registration No. 2,115,036 for **SQUAW VALLEY USA**, for, *inter alia*, "Men's and women's clothing and accessories, namely, jackets, sweatshirts, caps, bathrobes, T-shirts, gloves, head bands, vests, hats and fleece-wear, namely, ski caps; children's clothing and accessories, namely, T-shirts, sweatshirts, baseball caps, bathrobes and gloves," and others.

## SIGNATURE INFORMATION

Applicant requests registration of the above-identified mark in the United States Patent and Trademark Office on the Principal Register established by Act of July 5, 1946 (15 U.S.C. § 1051 et seq.) for the above-identified goods and services.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark for which registration is sought; he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief, no other person, firm, corporation or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made

-2-

of his/her own knowledge are true and all statements made on information and belief are
believed to be true.

**SQUAW VALLEY DEVELOPMENT
COMPANY**

Date: _April 5, 2003_

Signature: _N R Wendt_

Name: _Nancy R. Wendt_

Title: _President_

**CONTACT INFORMATION**
Name: Virginia R. Richard, Esq.
Company/Firm Name: Winston & Strawn
Street: 200 Park Avenue
City: New York
State: New York
Country: United States of America
Zip Code: 10166
Telephone Number: (212) 294-6700
Fax Number: (212) 294-4700
E-Mail Address: vrichard@winston.com

NY:758357.1

# DRAWING

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |

**GOODS/SERVICES:**   Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25

Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28

Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35

**BASIS FOR FILING:**   Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services. (15 U.S.C. § 1051(a))

**Date of First Use Anywhere:**   At least as early as 1949 in Classes 25 and 35
At least as early as 1968 in Class 28

**Date of First Use in Commerce:**   At least as early as 1949 in Classes 25 and 35
At least as early as 1968 in Class 28

## SQUAW ONE

-4-

## SPECIMEN - CLASS 25

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats, in Class 25 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services. (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1949 |
| **Date of First Use in Commerce:** | | At least as early as 1949 |

NY:758357.1



<u>SPECIMEN - CLASS 28</u>

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |
| **GOODS/SERVICES:** | | Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords, in Class 28 |
| **BASIS FOR FILING:** | | Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services.  (15 U.S.C. § 1051(a)) |
| **Date of First Use Anywhere:** | | At least as early as 1968 |
| **Date of First Use in Commerce:** | | At least as early as 1968 |

-6-



## SPECIMEN - CLASS 35

| | | |
|---|---|---|
| **APPLICANT** | : | Squaw Valley Development Company |
| **ADDRESS** | : | 1960 Squaw Valley Road<br>Olympic Valley, California 96146 |

**GOODS/SERVICES:**       Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services, in Class 35

**BASIS FOR FILING:**       Applicant has adopted and is using the mark in commerce on or in connection with the above-identified goods and services.  (15 U.S.C. § 1051(a))

**Date of First Use Anywhere:**     At least as early as 1949

**Date of First Use in Commerce:**     At least as early as 1949

-7-

