# EXHIBIT 6

\*\*Please place on Upper Right Corner\*\*
\*\*of Response to Office Action ONLY.\*\*

Examining Attorney: DE JONGE, KATHY
Serial Number: 76/511145

UNITED STATES PATENT A

SERIAL NO: 76/511145

APPLICANT: Squaw Valley Development Company

NOV 13 2003

CORRESPONDENT ADDRESS:
   VIRGINIA R. RICHARD
   WINSTON & STRAWN
   200 PARK AVENUE
   NEW YORK NEW YORK 10166

RETURN ADDRESS:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
ecom116@uspto.gov

NOV 17 2003

MARK:   SQUAW ONE

CORRESPONDENT'S REFERENCE/DOCKET NO: N/A

CORRESPONDENT EMAIL ADDRESS:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

RE: Serial Number 76/511145

The assigned examining attorney has reviewed the referenced application and determined the following.

**Office Search**
The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

**Refusal to Register – Disparaging Mark**
The examining attorney refuses registration because the mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. Trademark Act Section 2(a), 15 U.S.C. §1052(a). *See Greyhound Corp. v. Both Worlds Inc.*, 6 USPQ2d 1635 (TTAB 1988); *In re Anti-Communist World Freedom Congress, Inc.*, 161 USPQ 304 (TTAB 1969); TMEP §§1203.03, 1203.03(c) and 1203.03(d).

The applicant's mark is **SQUAW ONE**. "SQUAW" is an offensive or disparaging term for an American Indian woman. The term "SQUAW" is defined as follows:

DOCKETED

Dated 11/18/03

## squaw
squaw (skwô) *noun*
**Offensive.**
1. A Native American woman, especially a wife.
2. A woman or wife.

[Massachusett *squa*, younger woman.][1]

The Online *Merriam-Webster Dictionary* defines "SQUAW" as follows (see attachments):

1 *often offensive*: an American Indian woman
2 *usually disparaging*: WOMAN, WIFE

The *Encyclopedia of North American Indians* states that "[b]y the twentieth century the word squaw had developed multiple **derogatory** associations that had no connection with the word's original meaning."[2] (see attachments).

The applicant's registrations for the marks **SQUAW VALLEY** and **SQUAW VALLEY USA** differ from the proposed mark **SQUAW ONE** in that they are geographic designations. The primary significance of the term "SQUAW" in the applicant's mark is that of an offensive or disparaging term for an American Indian woman, rather than a geographic designation. Given that the primary meaning of the term "SQUAW" is disparaging to American Indians, registration of the mark **SQUAW ONE** is refused under Section 2(a) of the Trademark Act.

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informalities.

**Amended Claim of Ownership Required**
If the applicant is the owner of Registration Nos. 0670261 and 1628589 (see attachments), the applicant must amend the claim of ownership to include these registrations. 37 C.F.R. §2.36; TMEP §812.

**Amended Identification of Goods and Services Required**
The identification of goods and services is acceptable as to Classes 25 and 35, but unacceptable as indefinite as to the wording "poles" and "ski tuning kits containing waxes and adjustment tools" in Class 28. The applicant must amend the identification to specify that the poles are *ski* poles and that the kits are *comprised of* waxes and adjustment tools. The applicant may adopt the following identification, if accurate (suggested changes in bold type):

---

[1] The American Heritage® Dictionary of the English Language, Third Edition copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.
[2] http://college.hmco.com/history/readerscomp/naind/html/na_037100_squaw.htm

Men's, women's and children's clothing and accessories, namely, jackets, sweatshirts, sweaters, shirts, pants, bathrobes, t-shirts, gloves, head bands, vests, hats (Class 25);

Skis, **ski** poles, ski bindings, ski tuning kits **comprised of** waxes and adjustment tools, ski equipment, namely power cords (Class 28);

Retail store services in the field of sporting goods and equipment, apparel for men, women and children, footwear, headgear and related goods and services (Class 35).

TMEP §1402.01.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

**Substitute Class 35 Specimen Required**
The specimens are acceptable for the goods, but are unacceptable for the Class 35 services. The Class 35 specimen, a photograph of a building with a sign reading "SQUAW ONE," is unacceptable because it does not show use of the mark for any of the Class 35 services identified in the application. A service mark specimen is unacceptable if it does not show use of the service mark in relation to the identified services. *Intermed Communications, Inc. v. Chaney*, 197 USPQ 501 (TTAB 1977). The specimen must show use of the mark "in the sale or advertising of [the] services." Trademark Act Section 45, 15 U.S.C. §1127; *In re Universal Oil Products Co.*, 476 F.2d 653, 177 USPQ 456 (C.C.P.A. 1973); TMEP §§1301.04 *et seq*. Therefore, the specimen must show the mark in reference to the particular services identified.

The applicant must submit a substitute specimen showing use of the mark for the Class 35 services specified. 37 C.F.R. §2.56; TMEP §904. Examples of acceptable specimens are signs, photographs, brochures or advertisements that show the mark used in the sale or advertising of the services. TMEP §§1301.04 *et seq*. The applicant must verify, with an affidavit or a declaration under 37 C.F.R. §2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. §2.59(a); TMEP §904.09.

**Drawings Rules Changed**
PLEASE NOTE: The Trademark Rules pertaining to drawings were amended on November 2, 2003. For applications filed prior to November 2, 2003, applicants may follow either the new standard character drawing rules or the typed drawing rules in force prior to their amendment on November 2, 2003. Exam Guide 01-03, section I.A.9.

**Fee Increase**
PLEASE NOTE: Effective January 1, 2003, the fee for filing an application for trademark registration will be increased to **$335.00** per International Class. The USPTO will not accord a filing date to applications that are filed on or after that date that are not accompanied by a minimum of $335.00.

Additionally, the fee for amending an existing application to add an additional class or classes of goods/services will be $335.00 per class for classes added on or after January 1, 2003.

**Response Guidelines**
No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements and request that the Office enter them. The applicant must sign the response. Electronically-filed responses must include a valid electronic signature. The Office will accept any combination of letters, numbers, spaces and/or punctuation marks placed between two forward slash ("/") symbols as an electronic signature. 37 C.F.R. §§1.4(d)(1)(iii) and 2.33(d); TMEP §§304.08 and 804.05.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Kathleen de Jonge/
Examining Attorney, Law Office 116
(703) 306-7916
(703) 746-8116 (fax)
ecom116@USPTO.gov (formal responses)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

Serial Number 76511145  Attachment 1 squaw encyclopedia of north american indians       Page 1 Of 1



# HOUGHTON MIFFLIN
*college division*

Instructors | Students | Reviewers & Authors | Booksellers | Contact Us

- Return to Discipline
- Textbook Site Home
- Entries
- Publication Data
- Advisory Board
- Maps
- Introduction
- Contributors
- Credits
- Resource Centers
- U.S. History

**Encyclopedia of North American Indians**

## Squaw

The literal meaning of the word *squaw* is obscure, and its connotations have changed over time. Its origins are found among the northeastern tribes. In Massachusett, *squà* referred to a younger woman. In Narragansett, *sunksquaw* meant "queen" or "lady." Despite these Algonquian-language origins, however, nonnatives applied the term to native women throughout North America. Over time it took on derogatory connotations as travelers referred to native women as *squaw drudges* and often used the term in opposition to *Indian princess*. Nonnatives often referred to women leaders as *squaw sachems* and nonnative men who married native women as *squaw men*. By the twentieth century the word *squaw* had developed multiple derogatory associations that had no connection with the word's original meaning.

See also Women.

Serial Number 76511145          ●tachment # 2 squaw webster's onl●          Page 1 Of 1




Print: Nov 12, 2003                    71692307

## DESIGN MARK

**Serial Number**
71692307

**Status**
REGISTERED AND RENEWED

**Word Mark**
SQUAW VALLEY

**Registration Number**
0670261

**Date Registered**
1958/11/25

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
SQUAW VALLEY DEVELOPMENT COMPANY CORPORATION NEVADA 1960 SQUAW VALLEY ROAD OLYMPIC VALLEY CALIFORNIA 96146

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 039. G & S: WOMEN'S, MEN'S, GIRLS', AND BOYS' JACKETS, PANTS, AND SWEATERS. First Use: 1955/06/20. First Use In Commerce: 1955/06/20.

**Filing Date**
1955/08/02

**Examining Attorney**
UNKNOWN

**Attorney of Record**
VIRGINIA R RICHARD

Serial Number 76511145        Attachment # 4 71692307p002of00        Page 1 Of 1

# SQUAW VALLEY

Print: Nov 12, 2003                              73828303

**TYPED DRAWING**

**Serial Number**
73828303

**Status**
REGISTERED AND RENEWED

**Word Mark**
SQUAW VALLEY USA

**Registration Number**
1628589

**Date Registered**
1990/12/18

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
SQUAW VALLEY DEVELOPMENT COMPANY CORPORATION NEVADA P.O. BOX 2007
OLYMPIC VALLEY CALIFORNIA 95730

**Goods/Services**
Class Status -- ACTIVE. IC 042. US 100 101. G & S: HOTEL,
RESTAURANT AND LOUNGE SERVICES [ ; RETAIL GROCERY SERVICES ]. First
Use: 1972/00/00. First Use In Commerce: 1972/00/00.

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 107. G & S: PROVIDING
RECREATIONAL FACILITIES FOR AND INSTRUCTIONS IN SKIING, GOLF, TENNIS,
SWIMMING, OPERATING A SKI LIFT, AEROBICS AND OTHER FORMS OF EXERCISE.
First Use: 1972/00/00. First Use In Commerce: 1972/00/00.

**Goods/Services**
Class Status -- ACTIVE. IC 036. US 101 102. G & S: REAL ESTATE
MANAGEMENT. First Use: 1972/00/00. First Use In Commerce:
1972/00/00.

**Goods/Services**
Class Status -- ACTIVE. IC 039. US 100 105. G & S: [ LIMOUSINE, ]
BUS AND TRANSPORTATION SERVICES. First Use: 1972/00/00. First Use In
Commerce: 1972/00/00.

Serial Number 76511145          Attachment # 6 73828303p002of0          Page 1 Of 1

Print: Nov 12, 2003                              73828303

**Section 2f Statement**
2(F) ENTIRE MARK

**Filing Date**
1989/09/28

**Examining Attorney**
RUPP, TERESA M.

**Attorney of Record**
VIRGINIA R. RICHARD

Print: Nov 12, 2003                         75884187

**DESIGN MARK**

**Serial Number**
75884187

**Status**
REGISTERED

**Word Mark**
LISA KLINE

**Registration Number**
2442393

**Date Registered**
2001/04/10

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Lisa Kline, Inc. CORPORATION CALIFORNIA 123 South Robertson Ave. SUITE B Los Angeles CALIFORNIA 90048

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 022 039. G & S: Clothing, namely tops, tank tops, blouses, shirts, t-shirts, sweatshirts, cardigans, sweaters, blazers, jackets, coats, vests, bottoms, pants, trousers, jeans, sweatpants, leggings, shorts, skorts, jumpsuits, overalls, skirts, dresses, jumpers, unitards, lingerie, leotards, tights, bras, underwear, sleepwear, sleep shirts, pajamas, robes, nightgowns, footwear, shoes, boots, sandals, slippers, slipper socks, socks, hosiery, bandannas, neckties, scarves, neckerchiefs, handkerchiefs, mufflers, caps and hats, headbands, gloves, belts, suspenders, boxer shorts. First Use: 1995/08/05. First Use In Commerce: 1995/09/00.

**Name/Portrait Statement**
THE NAME "LISA KLINE" IN THE MARK IS THE NAME OF A PARTICULAR LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

**Filing Date**
1999/12/30

**Examining Attorney**

Serial Number 76511145     ●ttachment # 8 75884187p002of00●     Page 1 Of 1

**Print: Nov 12, 2003**          75884187

CAPSHAW, DANIEL

**Attorney of Record**
MIRIAM CLAIRE BEEZY

# LISA KLINE

Serial Number 76511145        Attachment # 10 78144600p001of0         Page 1 Of 1

Print: Nov 12, 2003                    78144600

**DESIGN MARK**

**Serial Number**
78144600

**Status**
REGISTERED

**Word Mark**
ESCAPADES

**Registration Number**
2727265

**Date Registered**
2003/06/17

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
LADY ESTER LINGERIE CORPORATION CORPORATION NEW YORK 16 East 34th St. New York NEW YORK 10016

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 022 039. G & S: Lingerie, bras, underwear, girdles, slips, camisoles, tank tops, slippers, pant liners, bodysuits, shirts, blouses, T-shirts, tights, sweatshirts, sweatpant, pants, pantsuits, jackets, vests, sweaters, coats, skirts, dresses, jeans, scarves, gloves, suits, jogging suits, jogging shorts, leggings, socks, hosiery, leotards, crop tops, robes and sleepwear. First Use: 1987/05/01. First Use In Commerce: 1988/01/12.

**Prior Registration(s)**
1472399

**Filing Date**
2002/07/17

**Examining Attorney**
SHANAHAN, WILLIAM P.

Serial Number 76511145   ●ttachment # 11 78144600p002of0●   Page 1 Of 1



Print: Nov 12, 2003                      78144916

## TYPED DRAWING

**Serial Number**
78144916

**Status**
REGISTERED

**Word Mark**
GENUINE KIDS FROM OSHKOSH

**Registration Number**
2783307

**Date Registered**
2003/11/11

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
OshKosh B'Gosh, Inc. CORPORATION DELAWARE P.O. Box 300 Oshkosh WISCONSIN 549030300

**Goods/Services**
Class Status -- ACTIVE. IC 025. US 022 039. G & S: clothing, namely bib overalls, jumpers, shortalls, shorts, bike shorts, skirts, skorts, dresses, pants, bottoms, shirts, blouses, tops, tops with hoods, tank tops, sweaters, sweatshirts, outerwear, namely vests, coats, and jackets, swimwear, sleepwear, pajamas, footwear, namely boots, shoes, and sandals, hosiery, namely socks, tights, and leggings, underwear, layette, headwear, namely hats, caps, visors, and headbands, handwear, namely mittens and gloves, belts and suspenders. First Use: 2003/06/25. First Use In Commerce: 2003/06/25.

**Prior Registration(s)**
0511479;0511480;1133127;1232852;1498723;1556949;1559976;1561067;1561086-;1588981;1981387;1984438;1985979;2032487;2112584;2168143;2217577;2417633;2450826;2481785;2504676;2575818;AND OTHERS

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KIDS" APART FROM THE MARK AS SHOWN.

**Section 2f Statement**

**Print: Nov 12, 2003**                    **78144916**

As to Oshkosh

**Filing Date**
2002/07/17

**Examining Attorney**
PERRY, KIMBERLY

**Attorney of Record**
Robert L. Titley