# EXHIBIT 8

 

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK EXAMINING OPERATIONS

| | |
|---|---|
| Applicant: | Squaw Valley Development Company |
| Serial No.: | 76/511145 |
| Mark: | SQUAW ONE |
| Filing Date: | May 2, 2003 |
| Examiner: | Kathleen de Jonge    Law Office: 116 |
| Office Action Mailed: | November 13, 2003 |

### AMENDMENT AND RESPONSE TO OFFICE ACTION

BOX RESPONSES - NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

### AMENDMENT

SIR OR MADAM:

In response to the Examining Attorney's Office Action dated November 13, 2003, please

AMEND the Application as follows:

**In the Identification of Goods:**

Delete the identification of goods in International Class 28 in its entirety and substitute

therefor the following:

"EXPRESS MAIL" mailing label number–EV 382455313US
Date of Deposit _May 11, 2004_
I hereby swear that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Assistant
Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

_____Denise Bolden_____

_Denise Bolden_
                              Signature

NY:861914.1



skis, ski poles, ski bindings, ski tuning kits comprised of waxes and adjustment tools, ski equipment, namely, power cords, in International Class 28.

The identification of goods in International Class 25 and the recitation of services in International Class 35 remain unchanged.

### In the Application:

Enter the following claim of ownership of prior registrations:

> Applicant is the owner of U.S. Trademark Registration No. 670,261 for **SQUAW VALLEY**, for, *inter alia*, "women's, men's, girls', and boys' jackets, pants, and sweaters;" Registration No. 1,628,589 for **SQUAW VALLEY USA**, for, *inter alia*, "hotel, restaurant and lounge services; providing recreational facilities for and instructions in skiing, golf, tennis, swimming, operating a ski lift, aerobics and other forms of exercise; real estate management; and bus and transportation services;" Registration No. 1,645,155 for **SQUAW VALLEY USA**, for, *inter alia*, "Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords;" and Registration No. 2,115,036 for **SQUAW VALLEY USA**, for, *inter alia*, "Men's and women's clothing and accessories, namely, jacket, sweatshirts, caps, bathrobes, T-shirts, gloves, head bands, vests, hats and fleece-wear, namely, ski caps; children's clothing and accessories, namely, T-shirts, sweatshirts, baseball caps, bathrobes and gloves."

## RESPONSE

This will respond to the official communication of November 13, 2003, in the above-captioned Application. In that communication, the Examining Attorney refused registration under Trademark Act § 2(a), 15 U.S.C. § 1052(a). Additionally, the Examining Attorney required amendment of the identification of goods in International Class 28 and amendment of the claim of ownership of prior registrations. Finally, the Examining Attorney required submission of a substitute specimen of use for the services in International Class 35.

Reconsideration and publication of the applied-for mark are requested in view of the amendments above and the comments that follow.

### I.    § 2(a) Refusal

- 2 -

The Examining Attorney has refused registration of Applicant's mark SQUAW ONE in International Classes 25, 28, and 35 under Trademark Act § 2(a), 15 U.S.C. § 1052(a), on the ground that the applied-for mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. Specifically, the Examining Attorney argued that the term "squaw" is an offensive or disparaging term for an American Indian woman and that the primary significance of the term "squaw" in the applied-for mark is the offensive or disparaging significance rather than the geographic designation found in Applicant's claimed registrations. In support of her position the Examining Attorney attached definitions of the term "squaw" from the online *Merriam-Webster Dictionary* and the *Encyclopedia of North American Indians*.

In view of the comments below, Applicant respectfully submits that the primary significance of the term "squaw" as used in the applied-for mark is not that of an offensive or disparaging term for a Native American woman. Accordingly, the refusal to register Applicant's mark is respectfully traversed and reconsideration is requested.

The Trademark Trial and Appeal Board set forth a two-step process for determining whether matter is disparaging in *Harjo v. Pro Football Inc.*, 50 U.S.P.Q.2d 1705, 1738-39 (TTAB 1999). First, the likely meaning of the matter in question must be determined, taking into account not only dictionary definitions, but also the relationship of the matter to the other elements in the mark, the nature of the goods or services, and the manner in which the mark is used in the marketplace in connection with the goods and services. *Boswell v. Mavety Media Group. Ltd.*, 52 U.S.P.Q.2d 1600, 1606 (TTAB 1999); *Order Sons of Italy in America v. Memphis Mafia Inc.*, 52 U.S.P.Q.2d 1364, 1368 (TTAB 1999); *Harjo*, 50 U.S.P.Q.2d at 1738. If that meaning is found to refer to identifiable persons, institutions, beliefs or national symbols, the

- 3 -

second question is whether the meaning may be disparaging to a substantial composite of the referenced group. *Id.*[1]

While the Examining Attorney has cited two dictionary definitions for the term "squaw" to support her position, she omits evidence that the primary definition of the term is neither offensive nor vulgar, but is, in fact, a translation of a similar sounding word in various Native American languages, all of which mean "woman" or "female creature." In the present instance, the mark SQUAW ONE, must be considered in the context of the goods and services offered by Applicant and the use of the mark in the marketplace. It is obvious that the mark refers to Applicant's world famous resort, Squaw Valley, and not to Native American women. In fact, this significance is extremely common, as shown by the results of searches for the term "squaw" on the Yahoo and Google Internet search engines.[2] As shown by the printouts in Exhibit A, the primary significance of the term "squaw" is the resort Squaw Valley USA. These searches clearly demonstrate that the association of the term "squaw" with Squaw Valley and its facilities is longstanding and widely recognized, and the purported offensive or disparaging meaning is not commonly understood by consumers in the marketplace. Further, attached hereto as Exhibit B is a printout from the online *Encyclopedia Britannica* website also demonstrating that the primary significance of the term "squaw" is its use in the name Squaw Valley, the world famous winter sports area and home of the 1960 Winter Olympic Games.

This is especially true in the context of the goods and services offered in connection with the SQUAW ONE mark, namely, ski equipment, clothing, and retail stores offering sporting

---

[1] "The same standards for determining whether matter in a mark may be disparaging are applicable to determining whether such matter brings 'person, living or dead, institutions, beliefs, or national symbols into contempt or disrepute.'" *Boswell*, 52 U.S.P.Q.2d at 1609, quoting *Harjo, supra.*

[2] *See* Exhibit A attached hereto.

- 4 -

goods and related items. It is likely that consumers who encounter the SQUAW ONE mark used in connection with these goods and services are more likely to make the connection with the Squaw Valley resort and its ski lift known as "Squaw One" than the offensive or disparaging meaning ascribed to the term "squaw" by the Examining Attorney.

Further, the Examining Attorney relies solely on dictionary definitions for the term "squaw" which bear the editorial comments "often offensive" and "usually disparaging." The Court of Appeals for the Federal Circuit has expressly found error in the TTAB's reliance on dictionary sources bearing such editorial comments as the sole basis for finding a mark disparaging. *See In re Mavety Media Group Ltd.*, 33 F.3d 1367, 31 U.S.P.Q.2d 1923 (Fed. Cir. 1994). While the term "squaw" may possess one meaning that is offensive or disparaging, the evidence submitted herewith clearly demonstrates that it also possesses an alternate, highly laudable significance and association with a world famous resort and the site of the 1960 Olympic Games, which is more likely to be thought of by consumers in the context of the goods and services offered by Applicant. Additionally, the Examining Attorney omits the primary dictionary definition for the term "squaw" from her analysis. Specifically, according to *Webster's Third New International Dictionary* the primary definition of the term "squaw" is "1a: an American Indian woman."[3] The term is derived from Algonquian origin, akin to the Natick term "squa" for female creature.[4] The fact that the term has an alternative, disparaging meaning does not detract from its primary and original meaning in both English and the Native American languages from which it originated.

---

[3]    *See* Exhibit C attached hereto.

[4]    *Id.*

- 5 -

The Examining Attorney has offered no evidence of a connection between Applicant's ski equipment, clothing, and retail sporting goods stores and the dictionary definition of "squaw." The lack of a connection between Applicant's goods and services and that dictionary definition is supported by the specimens of use submitted with the Application, which demonstrate that the applied-for mark is not used in any manner that would make such a connection. Applicant does not use the mark as a reference to Native Americans. *See, In re In Over Our Heads Inc.*, 16 U.S.P.Q.2d 1653, 1654 (TTAB 1990) ("... applicant's mark MOONIES -- with its naked buttocks design and spelled without emphasizing the letter 'm' -- would, when used on a doll, most likely be perceived as indicating that the doll 'moons,' and would not be perceived as referencing members of The Unification Church.").

Because the term in question does not refer to identifiable persons it is not necessary to reach the question of whether it is disparaging to a substantial composite of the identified persons. In view of the existence of an alternate, non-disparaging meaning for the term "squaw," which is most likely to be thought of by consumers of ski equipment, clothing, and sporting goods stores, Applicant respectfully submits that the primary significance of the term "squaw" in the applied-for mark is neither offensive nor disparaging. Accordingly, the mark SQUAW ONE as used by Applicant does not consist of or comprise matter which may disparage Native American women or bring them into contempt or disrepute, and Applicant requests that the refusal to register the mark under § 2(a) of the Trademark Act be withdrawn.

## II.    Identification of Goods

The Examining Attorney determined that the identification of goods in International Class 28 was unacceptable as indefinite. Therefore, the Examining Attorney required that

- 6 -



Applicant amend the identification to specify that the poles are ski poles and that the ski tuning kits are comprised of certain items.

Applicant respectfully submits that the identification in Class 28, as amended, is sufficiently definite to allow others to understand what Applicant's goods are, to allow proper classification of those goods, and to adequately define the parameters of the goods provided by Applicant, pursuant to TMEP §§ 805 and 1402.

For the reasons stated above, Applicant respectfully submits that the amended identification of goods in International Class 28 responds to the requirements made by the Examining Attorney. Therefore, Applicant requests that the requirement for amendment of the identification of goods in International Class 28 be withdrawn and the Application allowed for publication. If the Examining Attorney determines that the identification is still unacceptable, the Examining Attorney is encouraged to call the undersigned to resolve any issues by phone.

**III.     Claim of Ownership of Prior Registrations**

The Examining Attorney required that Applicant amend the claim ownership of prior registrations to include additional registrations if Applicant is the owner of U.S. Registration Nos. 670,261 and 1,628,589, pursuant to 37 C.F.R. § 2.36; TMEP § 812.

Applicant is the owner of these additional registrations and has amended the claim of ownership accordingly. Therefore, Applicant respectfully submits that this requirement has been fulfilled and the Application is in condition for publication.

**IV.     Specimen of Use for International Class 35**

The Examining Attorney found the specimen of use submitted with the Application for the services in International Class 35 unacceptable as evidence of actual service mark use "because it does not show use of the mark for any of the Class 35 services identified in the

- 7 -

application." Therefore, the Examining Attorney required that Applicant submit a substitute specimen showing use of the mark for the Class 35 services specified, pursuant to 37 C.F.R. § 2.56; TMEP § 904. The Examining Attorney's requirement that Applicant submit a substitute specimen is respectfully traversed and reconsideration is hereby requested.

According to TMEP § 1301.04(b), "[a] specimen that shows the mark as used in the course of performing the services is generally acceptable. Where the record shows that the mark is used in performing (as opposed to advertising) the services, a reference to the services on the specimen itself may not be necessary." In the present instance, the specimen of record is a picture of the front of Applicant's retail store showing the sign on the building bearing the applied-for mark.[5] The nature of retail store services is such that the mark will be used both in advertising the services and in performing the services. The use of the applied-for mark on signage attached to the actual retail store clearly shows use of the mark in the course of performing the services. Specimens showing use of a mark on signage are generally acceptable for retail services. In fact, the Examining Attorney's Office action explicitly states that signs are acceptable specimens.[6]

Applicant respectfully submits that the original specimen submitted with the Application is acceptable as evidence of use of the mark for the Class 35 services, pursuant to the requirements of 37 C.F.R. § 2.56 and TMEP § 1301.04(b). Accordingly, acceptance of the original specimen is respectfully requested.

V.    No Conflicting Marks Noted

Applicant acknowledges the Examining Attorney's determination that there are no

---

[5]    A copy of this specimen is attached hereto as Exhibit C.

[6]    *See* November 13, 2003 Office Action at p. 3, citing TMEP §§ 1301.04 *et seq.*

- 8 -



similar registered or pending marks which would bar registration under Trademark Act § 2(d).

## Conclusion

As all outstanding matters have been addressed, Applicant respectfully submits that this application is now in condition for publication and respectfully requests the same.

Respectfully submitted,

Dated: New York, New York            By:
      May 10, 2004

Virginia R. Richard, Esq.
Lana C. Fleishman, Esq.
WINSTON & STRAWN
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

Attorneys for Applicant
SQUAW VALLEY DEVELOPMENT
      COMPANY

NY:861914.1

# EXHIBIT A

Google Search: squaw



# Google

Web  Images  Groups  News  Froogle<sup>New!</sup>  more »

| squaw | Search | Advanced Search / Preferences |

## Web

Results **1 - 10** of about **465,000** for **squaw** [definition]. **(0.20** seconds)

### Squaw Valley USA, California Ski Area, Resort, offering Skiing ...
**Squaw** Valley USA, North America's Spring Skiing Capital, is still open
with upper mountain spring skiing and snowboarding for all abilities,
discounted lift ...
www.**squaw**.com/ - 42k - May 3, 2004 - Cached - Similar pages

#### Squaw Valley USA: Squaw Cam
Home, Snow Report, Live **Squaw** Cams, **Squaw** Shop, Photo Gallery, Subscribe to
**Squaw** Mail, Summer at **Squaw**, Vacation Planner, On the Mountain, ...
www.**squaw**.com/winter/squawcam.html - 38k - Cached - Similar pages
[ More results from www.squaw.com ]

### Lake Tahoe Hotels & Resorts: Resort at Squaw Creek, hotel in Squaw ...
This luxury California resort offers world-class Golf, Spa, conference and meeting
packages; ski-on access to **Squaw** Valley USA; minutes from North Lake Tahoe. ...
www.**squaw**creek.com/ - 16k - Cached - Similar pages

### Squaw Valley USA, California Ski Area, Resort, offering Skiing ...
**Squaw** Valley USA is North America's Spring Skiing Capital, open top-to-bottom with
excellent spring conditions, discounted lift tickets, and scheduled ...
winter.**squaw**.com/ - 43k - Cached - Similar pages

### The Village at Squaw Valley USA Home
A touch of Spring has come to **Squaw** Valley! Perfect corn snow is happening right now
in **Squaw** Valley. The weather is outstanding ...
www.thevillageatsquaw.com/ - 20k - Cached - Similar pages

### .| Squaw Valley Academy |.
... Close to **Squaw** Valley, site of 1960 Winter Olympics. ... SQUAW VALLEY
ACADEMY is a college-preparatory school at Lake Tahoe for grades 6-12. ...
www.sva.org/ - 9k - May 3, 2004 - Cached - Similar pages

### Squaw Valley Herb Gardens Welcome
Photo Album, Welcome to the small family farm of two California artists. We offer
memorable 'Group Tours & Field Trips'. Meet the ...
**squaw**valleyherbgardens.com/Default.htm - 4k - May 4, 2004 - Cached - Similar pages

### Maine Skiing Resort - Big Squaw Mountain, Greenville, Maine
... Of all the 1000 ski trails and 300 ski areas I have designed, the Penobscot Trail at Big
**Squaw** Mountain is by far the most scenic". ...
big**squaw**mountain.com/default.asp - 20k - Cached - Similar pages

### Squaw Valley Community of Writers Summer Workshops - Community of ...
**Squaw** Valley Community of Writers, holding summer writing workshops in Poetry,
Fiction, NonFiction and Screenwriting since 1969. ...
www.**squaw**valleywriters.org/ - 18k - Cached - Similar pages

### RSN Cams- Squaw Valley USA
05-03-04 08:45 AM PST Click to view full-size image Skiing & Riding Through May at

Sponsored Links

**Squaw Rates**
Read reviews & compare hotel rates
from top travel sites at NexTag!
hotels.nextag.com

See your message here...

**Squaw** Check out the Local Report. **...** Have you been to **Squaw** Valley USA? ...
www.rsn.com/cams/**squaw** - 32k - May 4, 2004 - Cached - Similar pages

# Goooooooooogle 

Result Page:     1 2 3 4 5 6 7 8 9 10     **Next**

| squaw | | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Products - Business Solutions - About Google

©2004 Google

Case 1:06-cv-01301-JDB    Document 1-17    Filed 07/21/2006    Page 14 of 24

Yahoo! Search Results for squaw                                            Page 1 of 4

Yahoo!   My Yahoo!   Mail    Welcome, **Guest** [Sign In]

**YAHOO!** search   | squaw                              |   Yahoo! Search
Related: squaw valley, squaw creek, squaw peak, squaw lake   More...

| Web | Images | Directory | Yellow Pages | News | Products |

**Categories:** • California > **Squaw** Valley  • Minnesota > **Squaw Lake**  • California > Olympic Valley > **Squaw V** Area

**SPONSOR RESULTS**   (What's this?) (Become a Sponsor)

- **Squaw Valley Hotels, Dining and Shopping** Lawrence Realty sells homes, condos and lots in **Squa** for our free guide to **Squaw** Valley hotels, dining and shopping.
  www.thevillageatsquawvalley-resales-by-lawrencerealty.com
- **Squaws** on eBay Find **squaw** items at low prices. With over 5 million items for sale every day, you'll find unique things on eBay - The World's Online Marketplace.
  www.ebay.com

**TOP 20 WEB RESULTS**   out of about 2,420,000. Search took 0.06 seconds. (What's this?)

1. **Squaw** Valley USA
   resort offering skiing, snowboarding, and summer activities in Lake Tahoe.
   Category: California > Olympic Valley > **Squaw** Valley USA Ski Area
   www.squaw.com/ - 44k - Cached - More pages from this site

2. **Resort at Squaw Creek**
   offers information on accommodations, activities, and more.
   Category: California > Olympic Valley > Lodging > Resorts
   www.squawcreek.com/ - More pages from this site

3. **Squaw** Valley Community of Writers
   offers annual summer writing workshops in fiction and nature writing.
   Category: California > **Squaw** Valley > Literature Events
   www.squawvalleywriters.org/ - 18k - Cached

4. RSN Cams- **Squaw** Valley USA
   rsn.com is the ultimate resource for outdoor enthusiasts providing the latest information and entertainment of destinations. Log on for daily cam shots, conditions and weather, ... Spring Fun at **Squaw** Valley USA. **Squaw** Valley USA. Spring Rocks at **Squaw** ...
   www.rsn.com/cams/squaw - 32k - Cached

5. **Squaw** Valley Ski Vacation, Ski Trips and Lodging - OnTheSnow
   Vacation Trip Deals and Lodging at **Squaw** Valley provided by OnTheSnow. Visit us online for more resor weather, cams, events, and more. ... Northern California > **Squaw** Valley. Choose Another Resort: ... Clicl detailed information on the **Squaw** Valley ski vacations you wish to see ...
   www.aminews.com/CN/419/travel.html - 65k - Cached - More pages from this site

6. Lake Tahoe Golf Courses - Resort at **Squaw Creek** Golf Course
   This luxury California resort offers world-class Golf, Spa, conference and meeting packages; ski-on acces: Valley USA; minutes from North Lake Tahoe. Lake Tahoe golf course packages from ... 2004 The Resort - **Squaw** Valley - North Lake Tahoe Hotel. 400 **Squaw** Creek Road, Olympic Valley, California ...
   www.squawcreek.com/golf - 15k - Cached - More pages from this site



7. **Squaw** Valley Academy 🖺
A Lake Tahoe, California coed boarding school. College preparatory for students who need schools with s
ski and snowboard; Outdoor Education; international students. Close to **Squaw** ... SQUAW VALLEY ACA
college-preparatory school at Lake Tahoe for grades 6-12 ... needs of each student remain an integral par
Valley Academy campus life ...
Category: California > Olympic Valley > Private High Schools
www.sva.org/ - 9k - Cached

8. **Squaw Shop** 🖺
selling lift tickets, season passes, gear, accessories, lessons, and more for **Squaw** Valley USA.
Category: California > Olympic Valley > Shopping > Skiing
www.squawshop.com/ - 17k - Cached - More pages from this site

9. **Squaw** Tahoe Lodging, Tahoe Vacation Hotel Packages 🖺
**Squaw** Tahoe Lodging, including Tahoe Vacation Hotel Packages from **Squaw** Valley Central Reservatioi
Valley Central Reservations is your one-stop source for complete year-round vacation planning to Lake Ta
Valley USA, and Reno ...
www.squawvacations.com/ - 8k - Cached - More pages from this site

10. **Squaw** Valley USA: Environmental 🖺
General Overview. Squawcology Program. Cable Car Energy Story. Energy Rebate Story. What You Can
Keep Winter Cool Campaign " **Squaw** Valley is the most beautiful valley the eye. of man has ever beheld.'
Surveyor Thomas A. ... To complement **Squaw** Valley's current environmental programs, in June of 2000,
www.squaw.com/winter/environmental.html - 78k - Cached - More pages from this site

11. **Squaw** Mountain Gardens 🖺
... **Squaw** Mountain Gardens offers Sempervivum, Sedum, jovibarba, and other succulents and selected r
2004 © Copyright - **Squaw** Mountain Gardens. Site created and Maintained by ...
www.squawmountaingardens.com/ - 14k - Cached

12. Tahoesbest.com Hotels, Resorts & Lodging - **Squaw** & Olympic Valley 🖺
more. Lodging in Lake Tahoe. Click here for. Vacation Rentals. Hotels, Motels, Lodges, Resorts, Inns, B&
a Region. South Lake Tahoe (CA & NV) Incline Village/Crystal Bay. North & West Shore. **Squaw** & Olymp
Truckee / Donner ... Now, in The Village at **Squaw** Valley USA, you don't have to ...
www.tahoesbest.com/hotels_resorts/squaw_olympic.htm - 21k - Cached - More pages from this site

13. **Squaw** Valley Northern California Ski Vacation Deals: Search Using Trip Finder at OnTh
Search for **Squaw** Valley, Northern California vacation deals using our Trip Finder at OnTheSnow. Visit us
information on great vacation package deals in **Squaw** Valley, Northern ... Northern California > **Squaw** V
Another Resort: ... You searched for a 1-28 night trip to **Squaw** Valley Northern California in with all accon
economy/moderate ...
www.aminews.com/apps/packages.pl?s=7&c=419 - More pages from this site

14. SQUAW Genealogy in All Regions 🖺
My CinnamonToast® Genealogy. SQUAW Genealogy in All Regions. Search criteria: All Regions, Surnan
Narrow your search by: Country,Region| Religion| Record Type| Start New Search & nbsp. SQUAW resull
OneGreatFamily.com & nbsp
www.cinnamontoast.net/perl/results.cgi?surname=SQUAW - 5k - Cached

15. PlumpJack **Squaw** Valley Inn 🖺
home to the PlumpJack Cafe and bar with open fireplace. Offers king, two queen, and suite accommodatio
that include daily breakfast buffet for two.
Category: California > Olympic Valley > Lodging > Resorts
www.plumpjack.com/pjsvi - 24k - Cached - More pages from this site

Case 1:06-cv-01301-JDB    Document 1-17    Filed 07/21/2006    Page 16 of 24

Yahoo! Search Results for squaw                                    Page 3 of 4



16. **Squaw Valley USA: Summer Activities, Sports and Recreation in Lake Tahoe, California**
    **Squaw** Valley USA, Summer Activities, Sports and Recreation, in Lake Tahoe, California Ski Area - A vac
    with year-round activities for the whole family, including mountain biking, ... Guests have much to enjoy at
    this spring and summer ... mountain air on a hike to one of **Squaw's** many high mountain peaks where yo
    summer.squaw.com/ - 20k - Cached - More pages from this site

17. **Squaw Valley Miniature Donkeys - Miniature Donkeys, Pygmy Goats, Exotic Poultry** 🔖
    **Squaw** Valley Miniatures sells a variety of top pedigree miniature animals. Donkeys, pygmy goats, ferrets,
    jennets, alpines toggenburgs, saanens and nigerian dwarfs, browns, greys, ... all have perfect conformatic
    outstanding pedigrees! **Squaw** Valley consists of both Jacks and brood Jennets ...
    www.squawvalleyminiatures.com/ - 28k - Cached - More pages from this site

18. **The Village at Squaw Valley resale experts: Lawrence Realty - Larry Lawrence & Chiara
    Gajar** 🔖
    The Village at **Squaw** Valley resale experts: Lawrence Realty. We also sell homes, condos, and lots in Sq
    Truckee, and North Lake Tahoe California, with special emphasis on The Village at... reselling The Village
    Valley condominiums, **Squaw** Valley homes, and all types of **Squaw** Valley ... Rock, Hidden Lake, **Squaw**
    Homesites at **Squaw** Creek, and numerous condos ...
    www.thevillageatsquawvalley-resales-by-lawrencerealty.com/ - More pages from this site

19. **The Straight Dope: Is "squaw" an obscene insult?** 🔖
    Previous Week | Recent Columns Index ] Is "**squaw**" an obscene insult? 17-Mar-2000. Dear Cecil: Here ir
    state legislature is taking up a bill to ban the use of the word **squaw** in place names. ... The idea that squa
    (to use the polite term) first ...
    www.straightdope.com/columns/000317.html - 9k - Cached

20. **Squaw Valley Realty** 🔖
    **Squaw** Valley Lodging - **Squaw** Valley Realty ... For Tahoe's best lodging accommodations in **Squaw** Val
    Valley Accommodations can help you plan your perfect ... We specialize in exclusive homes and condomi
    Valley ...
    Category: California > Lake Tahoe > Real Estate Agencies > Residential
    www.tahoesbest.com/Lodging/svr.htm - 27k - Cached - More pages from this site

**MORE SPONSOR RESULTS**   (What's this?) (Become a Sponsor)

- **Squaw - Cheaper Prices** 🔖 Before booking a hotel, compare hotel room rates at Nextag.
  www.nextag.com
- Ski Lake Tahoe - Gotorenotahoe.com 🔖 Plan your Lake Tahoe ski vacation. Lake Tahoe resorts, lifest
  ski packages. Alpine Meadows, Heavenly, Kirkwood, Northstar at Tahoe, Sierra at Tahoe, **Squaw** Valley, US/
  www.gotorenotahoe.com
- **Squaw** Valley Hotels and Condos 🔖 Hotel and condo reservation service for **Squaw** Valley, CA. Call tc
  online.
  www.laketahoehotelsonline.com

**Results Page:**
1 2 3 **4** 5 6 7 8 9 10 ▶ **Next**

Help us improve your search experience. Send us feedback.

| Web | Images | Directory | Yellow Pages | News | Products |

Case 1:06-cv-01301-JDB    Document 1-17    Filed 07/21/2006    Page 17 of 24

Yahoo! Search Results for squaw                                    Page 4 of 4

**Your Search:** squaw         Advanced Web Search
Preferences

Related: squaw valley, squaw creek, squaw peak, squaw lake   More...

Yahoo! Search is hiring! Learn about job opportunities

Sharing these results with a friend? Use the Yahoo! Search IMVironment

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Submit Your Site

# EXHIBIT B



Home     Browse     Store     Subscribe     My Account

## Search Results You Can Trust

| All Britannica.com ▼ | squaw | **Go** |

☐ Not sur

Your search: squaw          Did you mean... | squaw vine (plant) ▼ | **Go**

Log in or Subscribe Now

**Log-in**



**Password**

[_____] **Go**

☐ Remember me
Forgot your password?

Not a subscriber yet?
Learn about the service.

> Sign up now for
> 72 hours FREE

Account Management
Britannica Store Products



Britannica 2004 Ultimate
Reference Suite DVD

Encyclopædia Britannica Print
Set Suite

Great Books of the Western
World

▶ Visit Britannica Store

Encyclopædia Britannica          *premium service*

Results 1-7 of 27.

**partridgeberry**
(Mitchella repens), North American plant of the
madder family (Rubiaceae), growing in dry woods
from southwestern Newfoundland to Minnesota and
southward to Florida and Texas. It is evergreen,
with ...

**Squaw Valley**
world-famous winter sports area in Placer County,
eastern California, U.S., just northwest of Lake
Tahoe. The focus of a state recreation area, it was
the site of the 1960 Winter Olympics and has ...

**Squaw Valley, California, U.S., 1960**
   *from Olympic Games*
Squaw Valley was narrowly awarded the eighth
Winter Olympics, beating out Innsbruck, Austria, the
eventual host of the 1964 Games, by a mere two
votes. Many countries protested the selection,
citing ...

**Jenkins, Hayes Alan; and Jenkins, David**
American figure-skating
brothers who won successive
Olympic gold medals, Hayes
at the 1956 Winter Games in
Cortina d'Ampezzo, Italy,
and David at the 1960
Winter Games in Squaw
Valley, California.



**Skoblikova, Lidiya**
Russian speed skater who
became the first athlete to
win four gold medals in a
single Winter Olympic
competition (1964). The
combination of these four
medals with the two she had
won in 1960 made her ...



**Mäntyranta, Eero**
Finnish Nordic skier who
took part in four Olympic
Games, winning a total of
seven medals. One of the
outstanding Nordic skiers of
the 1960s, he also won two
30-km world championships
(1962 and 1966).



**Hollywood**
district within the city of Los Angeles, California,
U.S., whose name is synonymous with the American
motion-picture industry. Lying northwest of
downtown Los Angeles, it is bounded by Hyperion ...

Additional Content

Expand your search on squaw with these dat.

Journals and magazines
Britannica Concise Encyclopedia
Britannica Student Encyclopedia



# EXHIBIT C





Webster's Third New International Dictionary

UNABRIDGED

Case 1:06-cv-01301-JDB   Document 1-17   Filed 07/21/2006   Page 23 of 24

# EXHIBIT D