# EXHIBIT 9



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK EXAMINING OPERATIONS

| | |
|---|---|
| Applicant: | Squaw Valley Development Company |
| Serial No.: | 76/511144 |
| Mark: | SQUAW |
| Filing Date: | May 2, 2003 |
| Examiner: | Kathleen de Jonge    Law Office: 116 |
| Office Action Mailed: | November 18, 2003 |

### AMENDMENT AND RESPONSE TO OFFICE ACTION

BOX RESPONSES - NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

### AMENDMENT

SIR OR MADAM:

In response to the Examining Attorney's Office Action dated November 13, 2003, please

AMEND the Application as follows:

**In the Identification of Goods:**

Delete the identification of goods in International Class 28 in its entirety and substitute

therefor the following:

"EXPRESS MAIL" mailing label number-- EV 382455021US
Date of Deposit __May 18, 2004__
I hereby swear that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Assistant
Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Denise Bolden
_____
Signature



skis, ski poles, ski bindings, ski tuning kits comprised of waxes and adjustment tools, ski equipment, namely, power cords, in International Class 28.

The identification of goods in International Class 25 and the recitation of services in International Class 35 remain unchanged.

**In the Application:**

Enter the following claim of ownership of prior registrations:

> Applicant is the owner of U.S. Trademark Registration No. 670,261 for **SQUAW VALLEY**, for, *inter alia*, "women's, men's, girls', and boys' jackets, pants, and sweaters;" Registration No. 1,628,589 for **SQUAW VALLEY USA**, for, *inter alia*, "hotel, restaurant and lounge services; providing recreational facilities for and instructions in skiing, golf, tennis, swimming, operating a ski lift, aerobics and other forms of exercise; real estate management; and bus and transportation services;" Registration No. 1,645,155 for **SQUAW VALLEY USA**, for, *inter alia*, "Skis, poles, ski bindings, ski tuning kits containing waxes and adjustment tools, ski equipment, namely power cords;" and Registration No. 2,115,036 for **SQUAW VALLEY USA**, for, *inter alia*, "Men's and women's clothing and accessories, namely, jacket, sweatshirts, caps, bathrobes, T-shirts, gloves, head bands, vests, hats and fleece-wear, namely, ski caps; children's clothing and accessories, namely, T-shirts, sweatshirts, baseball caps, bathrobes and gloves."

## RESPONSE

This will respond to the official communication of November 18, 2003, in the above-captioned Application. In that communication, the Examining Attorney refused registration under Trademark Act § 2(a), 15 U.S.C. § 1052(a). Additionally, the Examining Attorney refused registration under Trademark Act § 2(d), 15 U.S.C. § 1052(d). The Examining Attorney also required amendment of the identification of goods in International Class 28 and amendment of the claim of ownership of prior registrations. Finally, the Examining Attorney required submission of a substitute specimen of use for the services in International Class 35.

Reconsideration and publication of the applied-for mark are requested in view of the amendments above and the comments that follow.

- 2 -

NY:864316.1

**I.    § 2(a) Refusal**

The Examining Attorney has refused registration of Applicant's mark SQUAW in
International Classes 25, 28, and 35 under Trademark Act § 2(a), 15 U.S.C. § 1052(a), on the
ground that the applied-for mark consists of or comprises matter which may disparage American
Indians or bring them into contempt or disrepute.  Specifically, the Examining Attorney argued
that the term "squaw" is an offensive or disparaging term for an American Indian woman and
that the primary significance of the term "squaw" in the applied-for mark is the offensive or
disparaging significance rather than the geographic designation found in Applicant's claimed
registrations.  In support of her position the Examining Attorney attached definitions of the term
"squaw" from the online *Merriam-Webster Dictionary* and the *Encyclopedia of North American
Indians*.

In view of the comments below, Applicant respectfully submits that the primary
significance of the term "squaw" as used in the applied-for mark is not that of an offensive or
disparaging term for a Native American woman.  Accordingly, the refusal to register Applicant's
mark is respectfully traversed and reconsideration is requested.

The Trademark Trial and Appeal Board set forth a two-step process for determining
whether matter is disparaging in *Harjo v. Pro Football Inc.*, 50 U.S.P.Q.2d 1705, 1738-39
(TTAB 1999).  First, the likely meaning of the matter in question must be determined, taking
into account not only dictionary definitions, but also the relationship of the matter to the other
elements in the mark, the nature of the goods or services, and the manner in which the mark is
used in the marketplace in connection with the goods and services. *Boswell v. Mavety Media
Group. Ltd.*, 52 U.S.P.Q.2d 1600, 1606 (TTAB 1999); *Order Sons of Italy  in America v.
Memphis Mafia Inc.*, 52 U.S.P.Q.2d 1364, 1368 (TTAB 1999); *Harjo*, 50 U.S.P.Q.2d at 1738.  If

- 3 -

that meaning is found to refer to identifiable persons, institutions, beliefs or national symbols, the second question is whether the meaning may be disparaging to a substantial composite of the referenced group. *Id.*[1]

While the Examining Attorney has cited two dictionary definitions for the term "squaw" to support her position, she omits evidence that the primary definition of the term is neither offensive nor vulgar, but is, in fact, a translation of a similar sounding word in various Native American languages, all of which mean "woman" or "female creature." In the present instance, the mark SQUAW must be considered in the context of the goods and services offered by Applicant and the use of the mark in the marketplace. It is obvious that the mark refers to Applicant's world famous resort, Squaw Valley, and not to Native American women. In fact, this significance is extremely common, as shown by the results of searches for the term "squaw" on the Yahoo and Google Internet search engines.[2] As shown by the printouts in Exhibit A, the primary significance of the term "squaw" is the resort Squaw Valley USA. These searches clearly demonstrate that the association of the term "squaw" with Squaw Valley and its facilities is longstanding and widely recognized, and the purported offensive or disparaging meaning is not commonly understood by consumers in the marketplace. Further, attached hereto as Exhibit B is a printout from the online *Encyclopedia Britannica* website also demonstrating that the primary significance of the term "squaw" is its use in the name Squaw Valley, the world famous winter sports area and home of the 1960 Winter Olympic Games.

---

[1]    "The same standards for determining whether matter in a mark may be disparaging are applicable to determining whether such matter brings 'person, living or dead, institutions, beliefs, or national symbols into contempt or disrepute.'" *Boswell*, 52 U.S.P.Q.2d at 1609, quoting *Harjo, supra.*

[2]    *See* Exhibit A attached hereto.

- 4 -

This is especially true in the context of the goods and services offered in connection with the SQUAW mark, namely, ski equipment, clothing, and retail stores offering sporting goods and related items. It is likely that consumers who encounter the SQUAW mark used in connection with these goods and services are more likely to make the connection with the Squaw Valley resort than the offensive or disparaging meaning ascribed to the term "squaw" by the Examining Attorney.

Further, the Examining Attorney relies solely on dictionary definitions for the term "squaw" which bear the editorial comments "often offensive" and "usually disparaging." The Court of Appeals for the Federal Circuit has expressly found error in the TTAB's reliance on dictionary sources bearing such editorial comments as the sole basis for finding a mark disparaging. *See In re Mavety Media Group Ltd.*, 33 F.3d 1367, 31 U.S.P.Q.2d 1923 (Fed. Cir. 1994). While the term "squaw" may possess one meaning that is offensive or disparaging, the evidence submitted herewith clearly demonstrates that it also possesses an alternate, highly laudable significance and association with a world famous resort and the site of the 1960 Olympic Games, which is more likely to be thought of by consumers in the context of the goods and services offered by Applicant. Additionally, the Examining Attorney omits the primary dictionary definition for the term "squaw" from her analysis. Specifically, according to *Webster's Third New International Dictionary* the primary definition of the term "squaw" is "1a: an American Indian woman."[3] The term is derived from Algonquian origin, akin to the Natick term "squa" for female creature.[4] The fact that the term has an alternative, disparaging meaning

---

[3]    *See* Exhibit C attached hereto.

[4]    *Id.*

NY:864316.1



does not detract from its primary and original meaning in both English and the Native American languages from which it originated.

The Examining Attorney has offered no evidence of a connection between Applicant's ski equipment, clothing, and retail sporting goods stores and the dictionary definition of "squaw." The lack of a connection between Applicant's goods and services and that dictionary definition is supported by the specimens of use submitted with the Application, which demonstrate that the applied-for mark is not used in any manner that would make such a connection. Applicant does not use the mark as a reference to Native Americans. *See, In re In Over Our Heads Inc.*, 16 U.S.P.Q.2d 1653, 1654 (TTAB 1990) ("... applicant's mark MOONIES -- with its naked buttocks design and spelled without emphasizing the letter 'm' -- would, when used on a doll, most likely be perceived as indicating that the doll 'moons,' and would not be perceived as referencing members of The Unification Church.").

Because the term in question does not refer to identifiable persons it is not necessary to reach the question of whether it is disparaging to a substantial composite of the identified persons. In view of the existence of an alternate, non-disparaging meaning for the term "squaw," which is most likely to be thought of by consumers of ski equipment, clothing, and sporting goods stores, Applicant respectfully submits that the primary significance of the term "squaw" in the applied-for mark is neither offensive nor disparaging. Accordingly, the mark SQUAW as used by Applicant does not consist of or comprise matter which may disparage Native American women or bring them into contempt or disrepute, and Applicant requests that the refusal to register the mark under § 2(a) of the Trademark Act be withdrawn.

- 6 -

NY:864316.1

## II.   § 2(d) Refusal

The Examining Attorney refused registration of Applicant's mark SQUAW in International Class 25 on the ground that it is likely to cause confusion with United States Registration No. 2,049,234 for the mark SQUAW CREEK for "clothing, namely, socks, leotards, tights, thigh highs, over the knee hosiery" in the name of DML Marketing Roup0, Ltd.

As stated by the Examining Attorney, in *In re E.I., DuPont de Nemours & Co.*[5] the Court enumerated several factors to be weighed in a Section 2(d) likelihood of confusion analysis. Among these factors to be considered are: similarity of the marks, in their entireties, as to appearance, sound, connotation and commercial impression.[6] Each case must be decided on its own facts and any one *DuPont* factor may be dispositive in a confusion inquiry.[7]

In considering the cited registration and Applicant's mark it becomes evident that there are differences in the sound, appearance, and commercial impressions created by the respective marks.

For these reasons, and in view of the comments below, Applicant respectfully submits that there is no likelihood of confusion between the cited mark and the mark sought to be registered. Accordingly, the refusal to register Applicant's mark is respectfully traversed and reconsideration is requested.

### A.   The Marks are Not Confusingly Similar

The Examining Attorney argued that "[b]oth marks share the term "SQUAW" and that "[t]he deletion of the term "CREEK" from the registrant's mark does not obviate the likelihood of

---

[5]   177 U.S.P.Q. 563 (CCPA 1973).

[6]   *Id.* at 567.

[7]   *Champagne Louis Roederer S.A. v. Delicato Vineyards*, 47 U.S.P.Q.2d 1459 (Fed. Cir. 1998).

-7-

confusion" because "[m]arks may be confusingly similar in appearance notwithstanding the addition, deletion or substitution of letters or words."[8] According to the Court in *DuPont,*[9] the similarity or dissimilarity of marks is determined by considering the appearance, sound, connotation and commercial impression created by the marks in their entireties. Comparing Applicant's mark (SQUAW) to the cited mark (SQUAW CREEK) in their entireties, Applicant's mark is not likely to be confused with the mark in the cited registration. The marks are distinguishable in appearance, sound and commercial impression.

The marks SQUAW and SQUAW CREEK do not sound alike when spoken in their entireties. While both marks contain the term "squaw," the registrant's mark also contains the additional term "CREEK" that is not part of the applied-for mark and which creates a different sounding mark when spoken in its entirety. The use of this additional term in the registrant's mark results in marks with clearly different audible impressions. The use of the additional term "CREEK" in the registrant's mark also creates obviously different visual images when the respective marks are viewed in their entireties.

Nor do the marks have similar connotations or create similar commercial impressions. The registrant's mark suggests to consumers the idea of a river or stream. In contrast, in the context of the goods and services offered by Applicant, the applied-for mark causes consumers to think of Applicant's world famous resort, Squaw Valley, and the 1960 Olympic Games that were held there.[10] For these reasons, it is clear that the marks at issue possess substantially different connotations and commercial impressions for consumers.

---

[8]    December 22, 2003 Office Action at p. 3.

[9]    Note 1, supra, at 567.

Given the differences in the sound, appearance, and commercial impressions of the marks, Applicant's mark is not likely to be confused with the mark in the cited registration.

Moreover, it appears that the Examining Attorney has improperly dissected the marks by ignoring the effect of the additional term in the registrant's mark on the sound, appearance, and connotation created by that mark. The Court of Appeals for the Federal Circuit has provided the following guidance with regard to determining and articulating likelihood of confusion:

> The basic principle in determining confusion between marks is that marks must be compared *in their entireties* and must be considered in connection with the particular goods or services for which they are used (citations omitted). It follows from that principle that likelihood of confusion cannot be predicated on dissection of a mark, that is, on only part of a mark (footnote omitted).[11]

In the present instance, the registrant's use of the "CREEK" in its mark clearly distinguishes between the sound, appearance, connotation and commercial impression created by the mark of the registrant and the applied-for mark. The Examining Attorney cannot ignore this term in the registrant's mark in making the likelihood of confusion analysis. When the applied-for mark and the registrant's mark are properly examined in their entireties they create clearly different audible, visual and commercial impressions on consumers encountering them. Therefore, the marks are not sufficiently similar to find a likelihood of confusion.

**B.    Other Factors Precluding a Likelihood of Confusion**

Applicant is the owner of incontestable U.S. Registration No. 670,261 for SQUAW VALLEY for "women's, men's, girls', and boys' jackets, pants, and sweaters." The applied-for mark is merely a shortened reference to Applicant's prior existing mark.

---

[10]    In determining confusion between marks, the marks at issue must be considered in connection with the particular goods or services for which they are used (citations omitted). *In re National Data Corp.*, 224 U.S.P.Q. 749, 750-51 (Fed. Cir. 1985) (emphasis added).

[11]    *In re National Data Corp.*, 224 U.S.P.Q. at 750-51 (emphasis added).

NY:864316.1

Further, Applicant notes the Examining Attorney's statement that "[m]arks may be confusingly similar in appearance notwithstanding the addition, deletion or substitution of letters or words."[12] Given this argument, Applicant finds it curious that the registrant's mark SQUAW CREEK was not denied registration based on Applicant's prior, incontestable registration for SQUAW VALLEY, which registered before the cited mark. The registrant has merely substituted the term "CREEK" for the term "VALLEY" used in Applicant's prior registration. Based on the fact that no likelihood of confusion exists between the marks SQUAW VALLEY and SQUAW CREEK, for the same goods as those at issue here, it is obvious that there is also no likelihood of confusion between the marks SQUAW CREEK and SQUAW.

### C.     Conclusion

In this case, it is extremely unlikely that persons familiar with the SQUAW CREEK brand of socks and hosiery cited by the Examining Attorney would, upon encountering the different mark SQUAW for clothing related to the world famous Squaw Valley resort, be confused as to the source or sponsorship of such goods.

The trademark laws seek to prevent likelihood of confusion, not remote possibilities of confusion based on supposition.[13] For the foregoing reasons, Applicant respectfully requests that the refusal to register the mark under § 2(d) of the Trademark Act be withdrawn.

### III.     Identification of Goods

The Examining Attorney determined that the identification of goods in International Class 28 was unacceptable as indefinite. Therefore, the Examining Attorney required that Applicant amend the identification to specify that the poles are ski poles and that the ski tuning

---

[12]   *See* November 18, 2003 Office Action at p. 3.

[13]   *See In re Chalet Chocolates, Inc.*, 212 U.S.P.Q. 968, 969 (TTAB 1982).

- 10 -

kits are comprised of certain items.

Applicant respectfully submits that the identification in Class 28, as amended, is sufficiently definite to allow others to understand what Applicant's goods are, to allow proper classification of those goods, and to adequately define the parameters of the goods provided by Applicant, pursuant to TMEP §§ 805 and 1402.

For the reasons stated above, Applicant respectfully submits that the amended identification of goods in International Class 28 responds to the requirements made by the Examining Attorney. Therefore, Applicant requests that the requirement for amendment of the identification of goods in International Class 28 be withdrawn and the Application allowed for publication. If the Examining Attorney determines that the identification is still unacceptable, the Examining Attorney is encouraged to call the undersigned to resolve any issues by phone.

**IV.    Claim of Ownership of Prior Registrations**

The Examining Attorney required that Applicant amend the claim ownership of prior registrations to include additional registrations if Applicant is the owner of U.S. Registration Nos. 670,261 and 1,628,589, pursuant to 37 C.F.R. § 2.36; TMEP § 812.

Applicant is the owner of these additional registrations and has amended the claim of ownership accordingly. Therefore, Applicant respectfully submits that this requirement has been fulfilled and the Application is in condition for publication.

**V.    Specimen of Use for International Class 35**

The Examining Attorney found the specimen of use submitted with the Application for the services in International Class 35 unacceptable as evidence of actual service mark use "because it does not show use of the mark for any of the Class 35 services identified in the application." Therefore, the Examining Attorney required that Applicant submit a substitute

- 11 -

specimen showing use of the mark for the Class 35 services specified, pursuant to 37 C.F.R. § 2.56; TMEP § 904. The Examining Attorney's requirement that Applicant submit a substitute specimen is respectfully traversed and reconsideration is hereby requested.

According to TMEP § 1301.04(b), "[a] specimen that shows the mark as used in the course of performing the services is generally acceptable. Where the record shows that the mark is used in performing (as opposed to advertising) the services, a reference to the services on the specimen itself may not be necessary." In the present instance, the specimen of record is a picture of the front of Applicant's retail store showing the sign on the building bearing the applied-for mark.[14] The nature of retail store services is such that the mark will be used both in advertising the services and in performing the services. The use of the applied-for mark on signage attached to the actual retail store clearly shows use of the mark in the course of performing the services. Specimens showing use of a mark on signage are generally acceptable for retail services. In fact, the Examining Attorney's Office action explicitly states that signs are acceptable specimens.[15]

Applicant respectfully submits that the original specimen submitted with the Application is acceptable as evidence of use of the mark for the Class 35 services, pursuant to the requirements of 37 C.F.R. § 2.56 and TMEP § 1301.04(b). Accordingly, acceptance of the original specimen is respectfully requested.

## VI.    No Conflicting Marks Noted

Applicant acknowledges the Examining Attorney's determination that there are no similar registered or pending marks which would bar registration under Trademark Act § 2(d).

---

[14]    A copy of this specimen is attached hereto as Exhibit D.

[15]    *See* November 13, 2003 Office Action at p. 4, citing TMEP §§ 1301.04 *et seq.*

- 12 -

CONCLUSION

As all outstanding matters have been addressed, Applicant respectfully submits that this

application is now in condition for publication and respectfully requests the same.

Respectfully submitted,

Dated: New York, New York          By:
     May 18, 2004

Virginia R. Richard, Esq.
Lana C. Fleishman, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

Attorneys for Applicant
SQUAW VALLEY DEVELOPMENT
     COMPANY

- 13 -

# Exhibit A



# Google

Web | Images | Groups | News | Froogle[New!] | more »

squaw     [Search]   Advanced Search   Preferences

### Web

Results **1 - 10** of about **465,000** for **squaw** [definition]. **(0.20 seconds)**

**Squaw Valley USA, California Ski Area, Resort, offering Skiing ...**
**Squaw** Valley USA, North America's Spring Skiing Capital, is still open with upper mountain spring skiing and snowboarding for all abilities, discounted lift ...
www.**squaw**.com/ - 42k - May 3, 2004 - Cached - Similar pages

**Squaw** Valley USA: **Squaw Cam**
Home, Snow Report, Live **Squaw** Cams, **Squaw** Shop, Photo Gallery, Subscribe to **Squaw** Mail, Summer at **Squaw**, Vacation Planner, On the Mountain, ...
www.**squaw**.com/winter/squawcam.html - 38k - Cached - Similar pages
[ More results from www.squaw.com ]

**Lake Tahoe Hotels & Resorts: Resort at Squaw Creek, hotel in Squaw ...**
This luxury California resort offers world-class Golf, Spa, conference and meeting packages; ski-on access to **Squaw** Valley USA; minutes from North Lake Tahoe. ...
www.**squawcreek**.com/ - 16k - Cached - Similar pages

**Squaw Valley USA, California Ski Area, Resort, offering Skiing ...**
**Squaw** Valley USA is North America's Spring Skiing Capital, open top-to-bottom with excellent spring conditions, discounted lift tickets, and scheduled ...
winter.**squaw**.com/ - 43k - Cached - Similar pages

**The Village at Squaw Valley USA Home**
A touch of Spring has come to **Squaw** Valley! Perfect corn snow is happening right now in **Squaw** Valley. The weather is outstanding ...
www.**thevillageatsquaw**.com/ - 20k - Cached - Similar pages

**.| Squaw Valley Academy |.**
... Close to **Squaw** Valley USA, site of 1960 Winter Olympics. ... SQUAW VALLEY ACADEMY is a college-preparatory school at Lake Tahoe for grades 6-12. ...
www.**sva**.org/ - 9k - May 3, 2004 - Cached - Similar pages

**Squaw Valley Herb Gardens Welcome**
Photo Album, Welcome to the small family farm of two California artists. We offer memorable 'Group Tours & Field Trips'. Meet the ...
**squawvalleyherbgardens**.com/Default.htm - 4k - May 4, 2004 - Cached - Similar pages

**Maine Skiing Resort - Big Squaw Mountain, Greenville, Maine**
... Of all the 1000 ski trails and 300 ski areas I have designed, the Penobscot Trail at Big **Squaw** Mountain is by far the most scenic". ...
big**squaw**mountain.com/default.asp - 20k - Cached - Similar pages

**Squaw Valley Community of Writers Summer Workshops - Community of ...**
**Squaw** Valley Community of Writers, holding summer writing workshops in Poetry, Fiction, NonFiction and Screenwriting since 1969. ...
www.**squawvalleywriters**.org/ - 18k - Cached - Similar pages

**RSN Cams- Squaw Valley USA**
05-03-04 08:45 AM PST Click to view full-size image Skiing & Riding Through May at

Sponsored Links

**Squaw Rates**
Read reviews & compare hotel rates from top travel sites at NexTag!
hotels.nextag.com

See your message here »

**Squaw** Check out the Local Report. ... Have you been to **Squaw** Valley USA? ...
www.rsn.com/cams/**squaw** - 32k - May 4, 2004 - Cached - Similar pages

# Goooooooooogle ▶

Result Page:    1 2 3 4 5 6 7 8 9 10    **Next**

> squaw                        | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Products - Business Solutions - About Google

©2004 Google

Yahoo! Search Results for squaw

Yahoo!   My Yahoo!   Mail   Welcome, Guest [Sign In]

**YAHOO!** search    squaw    [ Yahoo! Search ]

Related: squaw valley, squaw creek, squaw peak, squaw lake . More...

| Web | Images | Directory | Yellow Pages | News | Products |

**Categories:** • California > Squaw Valley • Minnesota > Squaw Lake • California > Olympic Valley > Squaw V Area

**SPONSOR RESULTS**   (What's this?) (Become a Sponsor)

- **Squaw Valley Hotels, Dining and Shopping** 🖼 Lawrence Realty sells homes, condos and lots in Squa for our free guide to **Squaw** Valley hotels, dining and shopping.
  www.thevillageatsquawvalley-resales-by-lawrencerealty.com
- **Squaws on eBay** 🖼 Find **squaw** items at low prices. With over 5 million items for sale every day, you'll find unique things on eBay - The World's Online Marketplace.
  www.ebay.com

**TOP 20 WEB RESULTS**   out of about 2,420,000. Search took 0.06 seconds. (What's this?)

1. **Squaw Valley USA** 🖼
   resort offering skiing, snowboarding, and summer activities in Lake Tahoe.
   Category: California > Olympic Valley > **Squaw** Valley USA Ski Area
   www.squaw.com/ - 44k - Cached - More pages from this site

2. **Resort at Squaw Creek** 🖼
   offers information on accommodations, activities, and more.
   Category: California > Olympic Valley > Lodging > Resorts
   www.squawcreek.com/ - More pages from this site

3. **Squaw Valley Community of Writers** 🖼
   offers annual summer writing workshops in fiction and nature writing.
   Category: California > Squaw Valley > Literature Events
   www.squawvalleywriters.org/ - 18k - Cached

4. **RSN Cams- Squaw Valley USA** 🖼
   rsn.com is the ultimate resource for outdoor enthusiasts providing the latest information and entertainment of destinations. Log on for daily cam shots, conditions and weather, ... Spring Fun at **Squaw** Valley USA. **Squaw** Valley USA. Spring Rocks at **Squaw** ...
   www.rsn.com/cams/squaw - 32k - Cached

5. **Squaw Valley Ski Vacation, Ski Trips and Lodging - OnTheSnow** 🖼
   Vacation Trip Deals and Lodging at **Squaw** Valley provided by OnTheSnow. Visit us online for more resor weather, cams, events, and more. ... Northern California > **Squaw** Valley. Choose Another Resort: ... Clic detailed information on the **Squaw** Valley ski vacations you wish to see ...
   www.aminews.com/CN/419/travel.html - 65k - Cached - More pages from this site

6. **Lake Tahoe Golf Courses - Resort at Squaw Creek Golf Course** 🖼
   This luxury California resort offers world-class Golf, Spa, conference and meeting packages; ski-on acces: Valley USA; minutes from North Lake Tahoe. Lake Tahoe golf course packages from ... 2004 The Resort - **Squaw** Valley - North Lake Tahoe Hotel. 400 **Squaw** Creek Road, Olympic Valley, California ...
   www.squawcreek.com/golf - 15k - Cached - More pages from this site



7. **Squaw** Valley Academy 🔖
   A Lake Tahoe, California coed boarding school. College preparatory for students who need schools with s
   ski and snowboard; Outdoor Education; international students. Close to **Squaw** ... SQUAW VALLEY ACA
   college-preparatory school at Lake Tahoe for grades 6-12 ... needs of each student remain an integral par
   Valley Academy campus life ...
   Category: California > Olympic Valley > Private High Schools
   www.sva.org/ - 9k - Cached

8. **Squaw** Shop 🔖
   selling lift tickets, season passes, gear, accessories, lessons, and more for **Squaw** Valley USA.
   Category: California > Olympic Valley > Shopping > Skiing
   www.squawshop.com/ - 17k - Cached - More pages from this site

9. **Squaw** Tahoe Lodging, Tahoe Vacation Hotel Packages 🔖
   **Squaw** Tahoe Lodging, including Tahoe Vacation Hotel Packages from **Squaw** Valley Central Reservatio
   Valley Central Reservations is your one-stop source for complete year-round vacation planning to Lake Ta
   Valley USA, and Reno ...
   www.squawvacations.com/ - 8k - Cached - More pages from this site

10. **Squaw** Valley USA: Environmental 🔖
    General Overview. Squawcology Program. Cable Car Energy Story. Energy Rebate Story. What You Can
    Keep Winter Cool Campaign " **Squaw** Valley is the most beautiful valley the eye. of man has ever beheld.'
    Surveyor Thomas A. ... To complement **Squaw** Valley's current environmental programs, in June of 2000,
    www.squaw.com/winter/environmental.html - 78k - Cached - More pages from this site

11. **Squaw** Mountain Gardens 🔖
    ... **Squaw** Mountain Gardens offers Sempervivum, Sedum, jovibarba, and other succulents and selected r
    2004 © Copyright - **Squaw** Mountain Gardens. Site created and Maintained by ...
    www.squawmountaingardens.com/ - 14k - Cached

12. Tahoesbest.com Hotels, Resorts & Lodging - **Squaw** & Olympic Valley 🔖
    more. Lodging in Lake Tahoe. Click here for. Vacation Rentals. Hotels, Motels, Lodges, Resorts, Inns, B&
    a Region. South Lake Tahoe (CA & NV) Incline Village/Crystal Bay. North & West Shore. **Squaw** & Olymp
    Truckee / Donner ... Now, in The Village at **Squaw** Valley USA, you don't have to ...
    www.tahoesbest.com/hotels_resorts/squaw_olympic.htm - 21k - Cached - More pages from this site

13. **Squaw** Valley Northern California Ski Vacation Deals: Search Using Trip Finder at OnTh
    Search for **Squaw** Valley, Northern California vacation deals using our Trip Finder at OnTheSnow. Visit us
    information on great vacation package deals in **Squaw** Valley, Northern ... Northern California > **Squaw** V
    Another Resort: ... You searched for a 1-28 night trip to **Squaw** Valley Northern California in with all accon
    economy/moderate ...
    www.aminews.com/apps/packages.pl?s=7&c=419 - More pages from this site

14. SQUAW Genealogy in All Regions 🔖
    My CinnamonToast® Genealogy. SQUAW Genealogy in All Regions. Search criteria: All Regions, Surnan
    Narrow your search by: Country,Region| Religion| Record Type| Start New Search & nbsp. SQUAW resul
    OneGreatFamily.com & nbsp
    www.cinnamontoast.net/perl/results.cgi?surname=SQUAW - 5k - Cached

15. PlumpJack **Squaw** Valley Inn 🔖
    home to the PlumpJack Cafe and bar with open fireplace. Offers king, two queen, and suite accommodatic
    that include daily breakfast buffet for two.
    Category: California > Olympic Valley > Lodging > Resorts
    www.plumpjack.com/pjsvi - 24k - Cached - More pages from this site

Yahoo! Search Results for squaw

16. **Squaw Valley USA: Summer Activities, Sports and Recreation in Lake Tahoe, California**
**Squaw** Valley USA, Summer Activities, Sports and Recreation, in Lake Tahoe, California Ski Area - A vac
with year-round activities for the whole family, including mountain biking, ... Guests have much to enjoy at
this spring and summer ... mountain air on a hike to one of **Squaw's** many high mountain peaks where yo
summer.squaw.com/ - 20k - Cached - More pages from this site

17. **Squaw Valley Miniature Donkeys - Miniature Donkeys, Pygmy Goats, Exotic Poultry** 
**Squaw** Valley Miniatures sells a variety of top pedigree miniature animals. Donkeys, pygmy goats, ferrets,
jennets, alpines toggenburgs, saanens and nigerian dwarfs, browns, greys, ... all have perfect conformatic
outstanding pedigrees! **Squaw** Valley consists of both Jacks and brood Jennets ...
www.squawvalleyminiatures.com/ - 28k - Cached - More pages from this site

18. **The Village at Squaw Valley resale experts: Lawrence Realty - Larry Lawrence & Chiara Gajar**
The Village at **Squaw** Valley resale experts: Lawrence Realty. We also sell homes, condos, and lots in Sq
Truckee, and North Lake Tahoe California, with special emphasis on The Village at... reselling The Village
Valley condominiums, **Squaw** Valley homes, and all types of **Squaw** Valley ... Rock, Hidden Lake, **Squaw**
Homesites at **Squaw** Creek, and numerous condos ...
www.thevillageatsquawvalley-resales-by-lawrencerealty.com/ - More pages from this site

19. **The Straight Dope: Is "squaw" an obscene insult?**
Previous Week | Recent Columns Index ] Is "**squaw**" an obscene insult? 17-Mar-2000. Dear Cecil: Here ir
state legislature is taking up a bill to ban the use of the word **squaw** in place names. ... The idea that squa
(to use the polite term) first ...
www.straightdope.com/columns/000317.html - 9k - Cached

20. **Squaw Valley Realty**
**Squaw** Valley Lodging - **Squaw** Valley Realty ... For Tahoe's best lodging accommodations in **Squaw** Val
Valley Accommodations can help you plan your perfect ... We specialize in exclusive homes and condomi
Valley ...
Category: California > Lake Tahoe > Real Estate Agencies > Residential
www.tahoesbest.com/Lodging/svr.htm - 27k - Cached - More pages from this site

MORE SPONSOR RESULTS     (What's this?) (Become a Sponsor)

- **Squaw - Cheaper Prices** Before booking a hotel, compare hotel room rates at Nextag.
  www.nextag.com
- **Ski Lake Tahoe - Gotorenotahoe.com** Plan your Lake Tahoe ski vacation. Lake Tahoe resorts, lifest
  ski packages. Alpine Meadows, Heavenly, Kirkwood, Northstar at Tahoe, Sierra at Tahoe, **Squaw** Valley, US/
  www.gotorenotahoe.com
- **Squaw Valley Hotels and Condos** Hotel and condo reservation service for **Squaw** Valley, CA. Call tc
  online.
  www.laketahoehotelsonline.com

**Results Page:**
1 2 3 4 5 6 7 8 9 10 ▶ Next

Help us improve your search experience.  Send us feedback.

| Web | Images | Directory | Yellow Pages | News | Products |

Yahoo! Search Results for squaw



**Your Search:** | squaw |  Yahoo! Search | Advanced Web Search
Preferences

Related: squaw valley, squaw creek, squaw peak, squaw lake   More...

Yahoo! Search is hiring! Learn about job opportunities

Sharing these results with a friend? Use the Yahoo! Search IMVironment

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Submit Your Site

# Exhibit B



**Encyclopædia Britannica**

Home    Browse    Store    Subscribe    My Account

## Search Results *You Can Trust*    [All Britannica.com ▾]  [squaw]  **Go**    ☐ Not sur

Your search: **squaw**         Did you mean... [squaw vine (plant) ▾]  **Go**

Log In or Subscribe Now

**Log-in**

[_____]

**Password**

[_____] **Go**

☐ Remember me
Forgot your password?

Not a subscriber yet?
Learn about the service.


**Sign up now for 72 hours FREE**

Account Management
Britannica Store Products

Britannica 2004 Ultimate
Reference Suite DVD

Encyclopædia Britannica Print
Set Suite

Great Books of the Western
World

▸ Visit Britannica Store

Encyclopædia Britannica         *premium service*

Results 1-7 of 27.

**partridgeberry**
(Mitchella repens), North American plant of the
madder family (Rubiaceae), growing in dry woods
from southwestern Newfoundland to Minnesota and
southward to Florida and Texas. It is evergreen,
with ...

**Squaw Valley**
world-famous winter sports area in Placer County,
eastern California, U.S., just northwest of Lake
Tahoe. The focus of a state recreation area, it was
the site of the 1960 Winter Olympics and has ...

**Squaw Valley, California, U.S., 1960**
   *from* Olympic Games
Squaw Valley was narrowly awarded the eighth
Winter Olympics, beating out Innsbruck, Austria, the
eventual host of the 1964 Games, by a mere two
votes. Many countries protested the selection,
citing ...

**Jenkins, Hayes Alan; and Jenkins, David**
American figure-skating
brothers who won successive
Olympic gold medals, Hayes
at the 1956 Winter Games in
Cortina d'Ampezzo, Italy,
and David at the 1960
Winter Games in Squaw
Valley, California.



**Skoblikova, Lidiya**
Russian speed skater who
became the first athlete to
win four gold medals in a
single Winter Olympic
competition (1964). The
combination of these four
medals with the two she had
won in 1960 made her ...



**Mäntyranta, Eero**
Finnish Nordic skier who
took part in four Olympic
Games, winning a total of
seven medals. One of the
oustanding Nordic skiers of
the 1960s, he also won two
30-km world championships
(1962 and 1966).



**Hollywood**
district within the city of Los Angeles, California,
U.S., whose name is synonymous with the American
motion-picture industry. Lying northwest of
downtown Los Angeles, it is bounded by Hyperion ...

Additional Content

Expand your search on squaw with these dat-
Journals and magazines
Britannica Concise Encyclopedia
Britannica Student Encyclopedia



▶ More Articles

About Us | Advertise With Us | Privacy Policy | International Publishing | Syndication | Terms of Use | More Britannica Sites | Con

© 2004 Encyclopædi

# Exhibit C







**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
   p.    cm.
   ISBN 0-87779-201-1

   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                          93-10630
                                                    CIP

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

squash blossom

Case 1:06-cv-01301-JDB   Document 1-18   Filed 07/21/2006   Page 29 of 31

# Exhibit D

