# EXHIBIT 10 - PART A

\*\*Pleas    e on Upper Right Corner  
\*\*of Response to Office Action ONLY.\*\*

Examining Attorney: DE JONGE, KATHY

Serial Number: 76/511145

## UNITED STATES PATENT A

**SERIAL NO**: 76/511145

**APPLICANT**: Squaw Valley Development Company

**CORRESPONDENT ADDRESS**:
    VIRGINIA R. RICHARD
    WINSTON & STRAWN
    200 PARK AVENUE
    NEW YORK NEW YORK 10166

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

**MARK**:    SQUAW ONE

**CORRESPONDENT'S REFERENCE/DOCKET NO**: N/A

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

## TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.

RE: Serial Number  76/511145

This is in response to the applicant's response filed on May 20, 2004.

**Identification of Goods and Services**
The amended identification of goods and services is acceptable.

**Claim of Ownership**
The amended claim of ownership is acceptable.

**Specimen for Class 35 Services**
The requirement for a substitute specimen for the Class 35 services is withdrawn.

**Section 2(d) Refusal**
The Section 2(d) refusal is withdrawn.

**Final Refusal – Disparaging Mark**
The refusal to register the mark **SQUAW ONE** under Section 2(a) of the Trademark Act, on grounds that the mark consists of or comprises matter which may disparage American Indians or



bring them into contempt or disrepute, is maintained and made final. This is a final action. 37
C.F.R. Section 2.64. Trademark Act Section 2(a), 15 U.S.C. §1052(a); *See Greyhound Corp. v.
Both Worlds Inc.*, 6 USPQ2d 1635 (TTAB 1988); *In re Anti-Communist World Freedom Congress,
Inc.*, 161 USPQ 304 (TTAB 1969); TMEP §§1203.03, 1203.03(c) and 1203.03(d).

The applicant's mark is **SQUAW ONE**. "SQUAW" is an offensive or disparaging term for an
American Indian woman. The term "SQUAW" is defined as follows:

## squaw

squaw (skwô) *noun*
**Offensive.**
1.  A Native American woman, especially a wife.
2.  A woman or wife.
[Massachusett *squa*, younger woman.][1]

The Online *Merriam-Webster Dictionary* defines "SQUAW" as follows (see attachments):

1 *often offensive*:  an American Indian woman
2 *usually disparaging*:  WOMAN, WIFE

The *Encyclopedia of North American Indians* states that "[b]y the twentieth century the word
squaw had developed multiple **derogatory** associations that had no connection with the word's
original meaning."[2] (see attachments to first office action).

The examining attorney has attached excerpts from a representative sampling of stories in the
LEXIS/NEXIS research database about the offensiveness of the term "SQUAW." This evidence
establishes that legislation banning the term "SQUAW" from place names and landmarks has been
enacted in at least five states (Minnesota, Maine, Wisconsin, South Dakota and Montana) and
proposed in Oregon and several localities. Most recently, Phoenix's "Squaw Peak" was renamed
"Piestewa Peak"; "Squaw Creek" in Nebraska is to be renamed. The Oklahoma legislature has
enacted a resolution asking state officials to remove "squaw" from all geographic place names.
The director of the Washington State Board of Place Names has said that "the name is so
universally offensive that all 'squaw' names will eventually be replaced, I believe." (See
attachments). Clearly, the term "SQUAW" is now regarded as offensive.

The applicant's registrations for the marks **SQUAW VALLEY** and **SQUAW VALLEY USA**
differ from the proposed mark **SQUAW ONE** in that they are geographic designations. The
primary significance of "SQUAW ONE" is that of an offensive or disparaging term for an
American Indian woman, rather than a geographic designation. Therefore, the refusal to register is
made final.

---

[1]*The American Heritage® Dictionary of the English Language*, Third Edition copyright © 1992 by Houghton
Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution
restricted in accordance with the Copyright Law of the United States. All rights reserved.
[2] http://college.hmco.com/history/readerscomp/naind/html/na_037100_squaw.htm



**Response Guidelines for Final Refusals**

If the applicant fails to respond to this final action within six months of the mailing date, the application will be abandoned. 15 U.S.C. §1062(b); 37 C.F.R. §2.65(a). The applicant may respond to this final action by:

(1) submitting a response that fully satisfies all outstanding requirements, if feasible (37 C.F.R. §2.64(a)); or

(2) filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class (37 C.F.R. §§2.6(a)(18) and 2.64(a); TMEP §§715.01 and 1501 *et seq.*; TBMP Chapter 1200).

In certain circumstances, a petition to the Director may be filed to review a final action that is limited to procedural issues, pursuant to 37 C.F.R. §2.63(b)(2). 37 C.F.R. §2.64(a). *See* 37 C.F.R. §2.146(b), TMEP §1704, and TBMP Chapter 1201.05 for an explanation of petitionable matter. The petition fee is $100. 37 C.F.R. §2.6(a)(15).

/Kathleen de Jonge/
Examining Attorney, Law Office 116
(571) 272-9152
(703) 746-8116 (fax)

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

***************************087828*****************************

SEND TO: DEJONGE, KATHLEEN **DOCKETED**

Dated 7/16/04



RECEIVED
JUL 1 6 2004
By



TRADEMARK LAW LIBRARY
2101 CRYSTAL PLAZA ARC
MAILBOX 314
ARLINGTON, VIRGINIA 22202-4600

MAIL-IT REQUESTED: JUNE 17, 2004                    10083K

   CLIENT:
   LIBRARY: NEWS
    FILE: MAJPAP

YOUR SEARCH REQUEST AT THE TIME THIS MAIL-IT WAS REQUESTED:
 SQUAW W/S OFFENSIVE

NUMBER OF STORIES FOUND WITH YOUR REQUEST THROUGH:
    LEVEL  1...   121

LEVEL   1 PRINTED

THE SELECTED  STORY NUMBERS:
1,2,4,13,16,21,24,27,29,31,37,38,40,42,45,52,53,58,70,73,79,84,85,87,90,107,112,
117

DISPLAY FORMAT: 75 VAR KWIC

MULTIPLE DOCUMENTS ON A PAGE

SEND TO: DEJONGE, KATHLEEN
    TRADEMARK LAW LIBRARY
    2101 CRYSTAL PLAZA ARC
    MAILBOX 314
    ARLINGTON VIRGINIA 22202-4600


******************************05292*************************************

Copyright 2004 Denver Publishing Company
Rocky Mountain News (Denver, CO)

June 1, 2004 Tuesday Final Edition


SECTION: WIRE/NATIONAL/INTERNATIONAL; Pg. 6A

LENGTH: 1380 words

HEADLINE: SERVING WITH HONOR;
WHEN NATION HAS GONE TO WAR, AMERICAN INDIANS HAVE ANSWERED THE CALL

BYLINE: Gwen Florio, Rocky Mountain News

DATELINE: FORT WASHAKIE, Wyo.



BODY:

... German soldiers in France in World War I and was awarded the Croix de Guerre and the Silver Star.

Army Cpl. Mitchell Red Cloud Jr., a Ho-Chunk from Wisconsin, was posthumously awarded the Congressional Medal of Honor for single-handedly delaying an enemy charge during the Korean War. The Navy named a transport ship for him in 1999.

Army Spc. Lori Piestewa, a Hopi from Arizona, was the first U.S. servicewoman killed in the Iraq war. Piestewa died in the ambush in which Pfc. Jessica Lynch, Piestewa's roommate, was captured. An Arizona mountain, **Squaw** Peak - a name  **offensive** to Indian people - was renamed in her honor.


Copyright 2004 The Tribune Co. Publishes The Tampa Tribune
Tampa Tribune (Florida)


May 19, 2004 Wednesday
FINAL EDITION


SECTION: PASCO; Pg. 2

LENGTH: 983 words

HEADLINE: LETTERS TO THE EDITOR


BODY:

... Finn replied, "Irish." Murphy said to Finn: "So leave our culture and spirituality alone and pursue your own."

Has Finn done so? Has he studied Gaelic and learned about Ireland's tribal history and centuries-long fight for freedom to practice its culture, spirituality and language? Apparently not, or he wouldn't be stealing Native American culture, spirituality and history by becoming Chief Tom-Tom of the infamous Krewe of Chasco.

What is their idea of honoring Indians? Maybe it's the color photograph of a pouting blond wearing an authentic Plains Indian headdress, with the caption: "Even Squaws can be braves in the Krewe of Chasco."

The word " **squaw" is as offensive**  to Indians as the "n-word" is to blacks. It is so offensive and repugnant that it's been banned from geographical names in Minnesota and Arizona, and a bill passed in Florida aims to ban it as well.

So now we have this saccharin-sweet piece of pabulum with Finn's solution to racial discord - get over it and move on. It's not surprising that it sounds a lot like Zephyrhills City Councilwoman Gina King, who Finn spoke to and judged pure of motives. Sounds a lot like that adage about a pot calling the kettle black.


Copyright 2004 Saint Paul Pioneer Press
All Rights Reserved

Saint Paul Pioneer Press (Minnesota)

February 1, 2004 Sunday

SECTION: LOCAL; BRIEF; Pg. 1C

LENGTH: 1692 words

HEADLINE: A serious name game;
It's possible to name a geographic feature, but it isn't easy. The process, often initiated by families, takes a year or more and requires local, state and federal approval.

BYLINE: BY MARY DIVINE; Pioneer Press

BODY:

... Minnesota involve bodies of water, Yakel said.

"They are frequently, but not always, named after relatives. But there are not thousands of lake basins begging to be named. There are more people than there are features."

Sites in federally designated wilderness areas, such as the Boundary Waters Canoe Area, are not named unless it is necessary for reasons of safety or education, Yakel said. "Naming features in a wilderness area is contrary to the purpose of a wilderness area," he said.

In 1995, Minnesota became the first state to require counties to rename geographic features -- 21 lakes, streams and points in all -- that contained the word **squaw,** which was deemed **offensive.**

Some Minnesota names were changed in the 1960s after the U.S. Geological Survey's Board on Geographic Names outlawed two racial epithets. The board recently changed the name of Jap Lake near Grand Marais. The lake was named after the initials of John and Addie Paulson, who developed an iron-ore mine near the lake in the 1880s. The lake is now Paulson Lake.

UNITED STATES

Nationally, about 400 applications for name changes are received annually. About 90 percent are approved, said Roger Payne, executive secretary of the U.S. Board on Geographic Names with the U.S. Geological ...

Copyright 2003 The San Diego Union-Tribune
The San Diego Union-Tribune

May 2, 2003, Friday

SECTION: OPINION;Pg. B-9:2,6,7; B-7:1

LENGTH: 913 words

HEADLINE: Walk up to any Indian woman and call her a squaw





BYLINE: Tim Giago; Giago, an Oglala Lakota, is editor and publisher of the weekly Lakota Journal in Rapid City, S.D. He is author of "The Aboriginal Sin" and "Notes from Indian Country" volumes I and II.

BODY:

... Congress of American Indians, Suzanne Harjo, while fighting the use of Indians as mascots, came up with the version that says squaw is a word for the female genitalia. This, as far as I can determine, has been proved false.

But it doesn't matter what the word "squaw" means. It is how the word transformed its meaning from the early settler days. Any white man married to or living with an Indian woman was known as a "Squawman." When white men went looking for sex they went "squaw hunting."

If any white person living in Phoenix or any other part of the United States wants to know if the word " squaw" is offensive to Indian women there is one sure way to find out. The next time you see several Indian women gathered together just walk up to them and call them squaws. If you get away with out having one hair on your head mussed up, you may consider yourself fortunate.

It does not matter whether all of the white people in Phoenix believe " Squaw Peak" is an OK name. If just one Indian woman finds it offensive then that alone is reason enough to change the name.

It amazes me that in the wake of the renaming controversy several white columnists wrote articles intended to be humorous that lambasted those wishing to change the name of Squaw Peak. They went through their own versions of the meaning of the word almost to the point of being offensive.

Not one of these columnists bothered to call an Indian woman and ask how she felt about the word squaw. It is so easy for white men to sit back and speculate -- or I should say, expectorate -- over the name squaw without asking an Indian woman how she feels about it. This is what I call an oversight based upon ignorance.

Even the chairman of the Arizona Geographic and Historic Names Board threatened to block Napolitano's idea. He cited a requirement that people must be dead five years before their names can be used on geographic features. The governor asked the board to waive the ...

Copyright 2003 Chicago Tribune Company
Chicago Tribune

April 18, 2003 Friday
CHICAGO FINAL EDITION

SECTION: NEWS; ZONE: C; ACROSS THE NATION.; Pg. 18

LENGTH: 55 words

HEADLINE: Peak renamed to honor fallen soldier

BYLINE: Items compiled from Tribune news services

DATELINE: PHOENIX, ARIZONA



BODY:

Army Pfc. Lori Piestewa, a Hopi from Tuba City, was killed in an ambush March 23.

In renaming **Squaw** Peak, Napolitano also sought to remove a name Indians find **offensive.**

Copyright 2003 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

April 13, 2003 Sunday
Home Edition

SECTION: MAIN NEWS; Part 1; Foreign Desk; Pg. 12

LENGTH: 62 words

HEADLINE: WAR WITH IRAQ;
IN BRIEF / ARIZONA;
Governor Seeks to Name Peak for Dead Soldier

BYLINE: From Times Wire Reports

BODY:

The mountain is known as **Squaw** Peak, a name that many American Indians find **offensive** and have been trying to change.

Gov. Janet Napolitano wants it renamed Piestewa Peak, for Pfc. Lori Ann Piestewa, a Hopi from Tuba City who was killed in Iraq last month.

Copyright 2002 The Oregonian
The Oregonian

June 11, 2002 Tuesday SUNRISE EDITION

SECTION: SOUTH ZONER; Pg. B02

LENGTH: 771 words

 

HEADLINE: COMMUNITY SNAPSHOT PARACHUTE OPENS LATE IN JUMP; SKY DIVER LISTED AS SERIOUS

DATELINE: MOLALLA

BODY:

... injuries.

Milwaukie mayor will deliver State of the City comments

MILWAUKIE -- Mayor Jim Bernard will present his State of the City address at a noon luncheon June 18 at The Keg Restaurant, 13456 S.E. McLoughlin Blvd.

Bernard's presentation, hosted by the Rotary Club of Milwaukie, is expected to touch on budget issues, a proposed annexation to Clackamas County Fire District 1, transportation needs, possible future development of the north Main Street area and Milwaukie neighborhoods.

Lunch is $6 for soup and salad, $10 for the complete lunch.

County will rename road to eliminate **offensive** term Clackamas County will change the name of **Squaw** Mountain Road this year to comply with a new state law.

Last year, the Legislature voted to expunge from maps the word that now is considered a vulgar term for Native American women. The Legislature mandated state and local agencies to change the names of streets, public property and geographical features such as creeks or buttes, that include the word.

Clackamas County commissioners have until the end of 2004 to rename the road and probably won't address the issue until next summer at the earliest.

The road southeast of Estacada dead-ends in the Mount Hood National Forest.

It will be up to the Oregon Geographic Names Board to rename ...

Copyright 2002 Chicago Tribune Company
Chicago Tribune

March 24, 2002 Sunday
CHICAGOLAND FINAL EDITION

SECTION: NEWS; ZONE: C; Pg. 8

LENGTH: 1139 words

HEADLINE: A hill by any other name is states' goal;
Effort seeks to eliminate 'squaw' from geographic sites

BYLINE: By Evan Osnos, Tribune national correspondent



DATELINE: ATOP SQUAW HILL, S.D.


BODY:


Squaw Hill is still Squaw Hill according to the federal government--and to Schultz. But to the state of South Dakota, it is Six Mile Hill, renamed recently for a nearby lake. To local Native American activists, it should be Star Woman Hill.

Offensive to Native Americans

South Dakota is the latest front in a national effort to eliminate the word " **squaw,** " a term many Native Americans find **offensive,** from geographic names. Five other states, from Oregon to Maine, have banned the word in official place names since 1995. Similar efforts are under way in California, Idaho and Nebraska.

To understand how Schultz and his hill landed in a growing fight over names and history, it is best to start on a night sometime around 1856.

That was when, historians say, a band of Chippewa warriors attacked and killed a camp of Sioux women on the hilltop where they were digging for turnips. What thus became known as Squaw Hill drew little attention over the following century and a half, until last year, when it appeared on a list of 28 South Dakota "squaw" places to be renamed.

But, like similar cases nationwide, the move to rename **Squaw** Hill has come up against a simple but vexing problem: What word should replace the **offensive** term?

Native Americans do not agree on a universal substitute for squaw, which they consider an obscene reference to women. Much of the renaming process has been left to local officials, historians and activists--touching off a wave of small-scale battles over heritage, respect and politics.

In Minnesota, officials in one county had to be dissuaded from christening Politically Correct Creek and Politically Correct Bay.

In Maine, a county that is already the proud home to dozens of moose-themed places is being urged to restrain itself from replacing its squaw names with more moose references. In Arizona, a 5-year- ...

... federal level ever since by an Ohio congressman who represents Canton, the hometown of former U.S. President William McKinley. Until this protest is dropped, federal geographers still use the name Mt. McKinley.

For decades, some Native Americans have objected to satanic labels on land features they hold sacred, including Devils Tower in Wyoming and Devils Lake in North Dakota.

Occasionally, name-change efforts have been foiled by facts. New York state officials in the 1980s targeted Wappinger Falls, Guinea Road and Spook Woods--until each was determined to have benign origins.

As for " **squaw,** " experts generally agree that the word is derived from a non- **offensive** Algonquin word for woman. When "squaw" passed into English, "it took on very negative connotations in the 19th Century, meaning Indian woman available for sexual purposes," said Thomas Gasque, president of the American Name Society, which studies the use and origins of names.

In some cases, Gasque said, white settlers likely assigned "squaw" to places with no pejorative intent.

To Gasque, an English professor at the University of South Dakota who is also the state's official naming authority, new names should reflect local heritage but must not offend.

If Squaw Hill is an example, that combination can be ...



GRAPHIC: PHOTOPHOTO: Arizona is one of several states seeking to replace " **squaw** " with a less **offensive** word. The 5-year-old push to rename **Squaw** Peak is stuck because Native American tribes disagree on a new name. AP photo by Jeff Robbins.

Copyright 2002 The New York Times Company
The New York Times

February 21, 2002 Thursday
Correction Appended
Late Edition - Final

SECTION: Section A; Column 1; National Desk; Pg. 16

LENGTH: 925 words

HEADLINE: A County Has a Word for It. Problem Is, It's 'Moose.'

BYLINE: By PAM BELLUCK

DATELINE: AT BIG MOOSE MOUNTAIN, Me.

BODY:

There are more moose than people in this snow-sheathed corner of the Great North Woods. And those people who do live here cling to their independence.

So no wonder they bridled when state legislators told them two years ago to change the names of some of their mountains, lakes and townships. The lawmakers voted to erase the word " **squaw** " from the map of Maine because Indians found it **offensive,** and this county had more " **squaw** " names than any other in the state.

CORRECTION-DATE: February 22, 2002

CORRECTION:

A map yesterday with an article about efforts to eliminate "Squaw" from Maine place names misidentified the neighboring state. It is New Hampshire, not Vermont.

Copyright 2001 The Houston Chronicle Publishing Company
The Houston Chronicle

November 05, 2001, Monday 3 STAR EDITION

SECTION: A; Pg. 19 MetFront

LENGTH: 1147 words

HEADLINE: Politically correct name-dropping ;
Indians part of movement to purge offensive words from titles, places

SOURCE: Staff

BYLINE: RICHARD STEWART

BODY:

... Antonio-area schools. At least 20 schools there have Indian-related mascots, he said.

"Texans seem to have a great fondness for Indian mascots," he said. In other states, Indian groups have gone much farther.

San Antonio's Sam Houston High School students have voted to replace its Cherokee mascot with the Hurricanes. Students at Hirsch Elementary, Cooper Middle School and Barkley Elementary are all in the process of changing Indian-related mascot names.

But two other San Antonio-area school districts, Harlandale and Jourdanton, do not intend to change mascots that Indians consider offensive.

Most **offensive** to Indians is the use of the term " **squaw** " in mascot or place names, Hook said. Most modern American Indian groups now consider "squaw" an obscene reference to a woman's body part, Hook said.

"It has always been a term of derision for Indian women," he said.

In the past few years there has been a national movement among Indian leaders to have "squaw" purged from place names. The National Congress of American Indians asked the U.S. Board on Geographical Names to have that term forbidden in use for place names across the country.

That board, part of the Interior Department's U.S. Geological Survey, decides what names for ...

Copyright 2001 The Oregonian
The Oregonian

March 23, 2001 Friday SUNRISE EDITION

SECTION: EDITORIAL; Pg. C12

LENGTH: 141 words

HEADLINE: LET GO OF OFFENSIVE WORD



BODY:
    Let me update Jack C. Sullivan's citation of " **squaw** " from Webster's Ninth New Collegiate Dictionary ["Dictionary backs using ' **squaw**', " Letters, March 16]: The 10th edition adds "often taken to be **offensive** " after the definition "an American Indian woman." Other mainstream dictionaries say that " **squaw**" is  "**offensive** " or "now freq. considered **offensive.**"

Copyright 2001 The Omaha World-Herald Company
Omaha World Herald (Nebraska)

March 13, 2001, Tuesday SUNRISE EDITION

SECTION: NEWS; Pg. 11;

LENGTH: 303 words

HEADLINE: Squaw Creek will Be Renamed After All

BYLINE: NICHOLE AKSAMIT

SOURCE: WORLD-HERALD STAFF WRITER

BODY:
    Less than a month after informally deciding the word isn't **offensive,** Bellevue City Council members agreed Monday to remove " **squaw** " from the name of a creek that runs through northwest Bellevue.

    "To reflect the proud Indian heritage, I would like to ask the council to change the **offensive** name of **Squaw** Creek to Big Elk Creek," Council President Larry Cascio said Monday.

    Although some council members argued at a Feb. 17 meeting that " **squaw** " is not **offensive** and the name should not be changed, Cascio said several American Indians have since explained the word's negative connotations.

    "We didn't have the right information on this derogatory offense," Cascio said of the council's previous action.

    Of the 10 council members, only John Stacey on Monday maintained his earlier stance.

    "The name isn't derogatory," he said. "I've stated it once. I'll state it again. I cannot support (the name change)."

    Although Webster defines "squaw" as "a North American Indian woman or wife," many feel the word also has negative and vulgar meanings. At the urging of American Indian groups, Gov. Mike ...

Copyright 2001 The New York Times Company
The New York Times



March 4, 2001 Sunday
Late Edition - Final

SECTION: Section 4; Column 5; Week in Review Desk; Pg. 2

LENGTH: 880 words

HEADLINE: What Is, And Isn't, In a Word

BYLINE: By JESSE SHEIDLOWER;  Jesse Sheidlower, who runs the American office of the Oxford English Dictionary, is the editor of "The F-Word" (Random House, 1999).

BODY:

   LAST week, lawmakers in Idaho rejected a proposal to change place names that include the word "squaw," which some Native Americans believe to be an insult deriving from a vulgarism for female genitalia. Other states have faced similar challenges; in 1998, for example, Arizona rejected a proposal to rename that state's Squaw Peak, while Gov. Angus King of Maine signed a bill last year to ban the word from two dozen place names.

   Some dictionaries do label **squaw as offensive,** but that reflects its derogatory usage, not its derivation. In fact, linguists agree that the etymological meaning of the word, a borrowing from the Massachusett language, is simply "woman," with no insulting implications. The link to genitalia was promulgated, with no evidence, in a 1973 polemic, and circulated broadly after being mentioned in a 1992 episode of "Oprah."

Copyright 2001 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

March 2, 2001 Friday
Home Edition

SECTION: PART A; Part 1; National Desk; Pg. 22

LENGTH: 95 words

HEADLINE: NATION IN BRIEF / SOUTH DAKOTA;
OFFENSIVE TOWN NAMES TO BE CHANGED

BYLINE: From Times Wire Reports

BODY:



Under a new state law, more than three dozen South Dakota towns will be renamed to remove the words " **Squaw** " or "Negro" because the words are **offensive.**

Among the place names deemed by the bill to be " **offensive** and insulting to all of South Dakota's people, history, and heritage," were **Squaw** Lake, to be renamed Serenity Lake, and Negro Gulch, to be renamed Last Chance Gulch.

Among the examples listed by the bill, the town of Squaw Teat Creek will be renamed East Rattlesnake Creek, and Negro Creek will become Medicine Mountain Creek. A total of 39 towns will be renamed.

Copyright 2001 The Omaha World-Herald Company
Omaha World Herald (Nebraska)

January 28, 2001, Sunday SUNRISE EDITION

SECTION: NEWS; Pg. 1A;

LENGTH: 1185 words

HEADLINE: Nebraska Moves to Purge 'Squaw' From the Map In the Midlands

BYLINE: TODD VON KAMPEN

SOURCE: WORLD-HERALD BUREAU

DATELINE: Lincoln

BODY:

... who either died while giving birth or after eating tainted meat, said Commissioner Ed Sowders.

"I'm here to tell you that the local people in that area never looked at (the name) as offensive," he said.

That position ignores Indians' feelings about the word, said Leonard Bruguier, a Yankton Sioux and the director of the Institute of American Indian Studies at the University of South Dakota in Vermillion.

As he grew up in Yankton, S.D., "the people I knew were seasonal workers, hard workers," Bruguier said. "They'd get drunk and you'd hear this, and it has a very negative connotation."

Linguists dispute the origin of " **squaw,** " although it clearly is **offensive** today, said Bruguier and colleague Tom Gasque, an English professor.

Some of those urging the abolition of "squaw" link it to a Mohawk word for a woman's private parts, retired UCLA linguistics professor William Bright wrote last fall in Names, a journal formerly edited by Gasque.

But he wrote that many linguists trace the word to 1624, four years after the Pilgrims reached America, when it was borrowed from the Massachusett Indian nation's word for "young woman." The language is unrelated to Mohawk, Bright wrote.



In any event, whites later applied "squaw" to Indian ...

Copyright 2000 Detroit Free Press
All Rights Reserved
Detroit Free Press

JUNE 6, 2000 Tuesday METRO FINAL EDITION

SECTION: NWS; Pg. 8A

LENGTH: 228 words

HEADLINE: OKLAHOMA URGES 'SQUAW' BE AVOIDED

BYLINE: FREE PRESS NEWS SERVICES

DATELINE: OKLAHOMA CITY

BODY:

... term that dates to the days of white trappers and pioneers, is defined in many dictionaries as an American-Indian woman. But critics say it actually is a slur meaning a prostitute or a woman's genitalia.

Most people "think squaw means American-Indian woman," said Leda Green, a member of the Apache and Otoe-Missouria tribes in Oklahoma. "But in true meaning, it's her body parts."

The Oklahoma legislature agreed. The resolution, passed unanimously in May, does not carry the force of law but asks state officials to work with local authorities to remedy the problem.

"The word ' squaw' is offensive  to Native Americans, and a national movement exists to remove this word from all geographic place names," the resolution stated.

Copyright 2000 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved
The Gazette (Montreal, Quebec)

June 3, 2000, Saturday, FINAL

SECTION: Books and the Visual Arts; J2

LENGTH: 897 words

HEADLINE: What's in a name? Maybe a lawsuit



BYLINE: HOWARD RICHLER

BODY:

Etymology aside, Melissa Lazore of the Assembly of First Nations says that "throughout the centuries, the way in which the word was used also helped to build negative and derogatory meanings which many native Americans have come to associate with the word." The Encarta World English Dictionary entry for " squaw" states: "a highly offensive term for a Native North American woman or wife."

Similarly, there have been protests in the United States over the use of the term Redskins as the name of the football franchise in Washington. In 1992, a suit was filed in U.S. federal court to have the name changed. Lead petitioner, Cheyenne poet Suzan Shown Harjo, wrote that "in the annals of European American historical, journalistic ... writing about Native peoples, 'Redskins' was and is the worst racial epithet hurled at us in English." Harjo says that it was the definitive term used by soldiers and writers who were espousing the ethnic cleansing, if not the outright ...

Copyright 2000 The Miami Herald
All Rights Reserved
The Miami Herald

April 4, 2000 Tuesday FINAL EDITION

SECTION: FRONT; Pg. 19A

LENGTH: 366 words

HEADLINE: MAINE NEW LAW DROPS 'SQUAW' IN STATE'S PLACE NAMES

BYLINE: From Herald Wire Services

BODY:

AUGUSTA - All Maine communities and natural landmarks containing the word " squaw " - a term considered offensive to women and Indians - will be renamed under a bill signed Monday by Gov. Angus King. A special commission will recommend new names.

"It's not just an issue of being politically correct," said Tony Sprague, a spokesman for the governor. "This is a term that is offensive to them and it shouldn't be used in public places."

Copyright 2000 The Oregonian
The Oregonian

February 24, 2000 Thursday SUNRISE EDITION

SECTION: NORTH ZONER; Pg. D02

LENGTH: 410 words

HEADLINE: SQUAW BUTTE COULD BECOME CHINOOK RIDGE

SOURCE: FOSTER CHURCH - The Oregonian

DATELINE: BATTLE GROUND

BODY:

... overall responsibility for naming -- and sometimes renaming -- geographic spots in the state.

Its guidelines include a preference for names significant to the early history of the state, names that are strongly supported by local residents and that conform to existing names in the area.

Names that carry derogatory or defamatory implications are rejected. It appears that the butte's current name will not last long, nor will the names of 28 other features in Washington that carry the same derogatory name. Among them are two canyons, 10 creeks, four lakes, a saddle, a spring and a valley.

"In this case, the name is so universally **offensive** that all ' **squaw**' names will eventually be replaced, I believe," said Tim Gregg, executive secretary of the names board. "Our policy is that we will rename the features as people come forward with new names that are appropriate or honor the community members."

Copyright 1999 The Atlanta Constitution
The Atlanta Journal and Constitution

March 2, 1999, Tuesday, CONSTITUTION EDITION

SECTION: NEWS; Pg. 05A

LENGTH: 760 words

SERIES: Home

HEADLINE: Federal probe targets school mascots;
Team nicknames at North Carolina school are attacked as offensive to;
American Indians.

BYLINE: Lyn Riddle

DATELINE: Asheville, N.C.



BODY:

... Pastors have encouraged the board to drop the mascot, while Lions Club President Houston Henderson said during the public hearing last week, "They say we're stepping on their foot. Well cut off their foot."

The International Lions Club quickly issued a statement decrying Henderson's remarks.

Tovah Welsh, a student at nearby North Buncombe High School and a Cherokee Indian, told board members the Erwin mascots don't just affect Erwin students, they have hurt her as well.

During a game at Erwin, she said, someone pointed to her and said, "Hey, they have a squaw of their own."

The word **squaw** is especially **offensive,** because to some Indians it means prostitute or refers to a woman's genitalia. Minnesota has dropped the word from place names.

Hundreds of schools around the country have dropped Indian mascots in recent years, but hundreds more still use them, as do professional sports teams such as the Braves and the Washington Redskins.

School Superintendent Bob Bowers said even though he supports dropping the mascots, he considers it unfair for the Justice Department to single out Erwin to make a point about mascots.

"This is our most inclusive school," he said. "I am confident the school can withstand any scrutiny."

He said the issue is much broader than ...

Copyright 1998 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times


August 26, 1998, Wednesday, Home Edition


SECTION: Food; Part H; Page 2; Food Desk

LENGTH: 111 words

HEADLINE: SHE FINDS BREAD NAME INSULTING


BODY:


The word " **squaw** " is a highly **offensive** Algonquin word.

When Europeans first had contact with the Algonquin Nation on the East Coast and learned the meaning of the word squaw, they immediately began to use the word to refer to all native women.

To use the word squaw today is not only a grave insult to Native American women, it is an insult to the dignity of every woman. I wonder if the bakeries that continue to use the word **squaw** in their labeling would be willing to sell a bread as **offensive** to men .

HASHI-HANTA

American Indian Movement



Sells, Ariz.

Copyright 1997 Saint Paul Pioneer Press
All Rights Reserved
Saint Paul Pioneer Press (Minnesota)

April 6, 1997 Sunday

SECTION: MAIN; Pg. 15A

LENGTH: 697 words

HEADLINE: AIM TAKES ANTI-SQUAW CAMPAIGN TO CALIFORNIA;
INDIAN GROUP WANTS TO CHANGE PLACE NAMES

BYLINE: Tracy Seipel, Knight-Ridder News Service

DATELINE: SAN JOSE, CALIF.

BODY:

The word " **squaw,** " long the stuff of TV westerns and American vernacular, is **offensive** to some American Indians, and a national activist group is launching a campaign to remove it from more than 100 places throughout California - including the most famous of all: **Squaw** Valley.

These activists, leaders of the American Indian Movement, say the word is the white man's pejorative slang for "vagina," and they consider it among "the worst of the worst."

The group's crusade has met with success in Minnesota, where it persuaded the Legislature to pass a law decreeing that 19 place names containing the word squaw be changed.

And while linguists disagree with AIM's etymology, this isn't the first time changing sensibilities have prompted changes in

Copyright 1997 The Charlotte Observer
All Rights Reserved
Charlotte Observer (North Carolina)

March 24, 1997 Monday ONE-3 EDITION

SECTION: MAIN NEWS; Pg. 5A

LENGTH: 442 words

HEADLINE: GROUP WANTS SQUAW' STAMPED OUT IN CALIF.

BYLINE: TRACY SEIPEL, Knight-Ridder Newspapers

DATELINE: SAN JOSE, Calif.



BODY:

The word " squaw " is so **offensive** to many American Indians that a national activist group is launching a campaign to remove it from more than 100 places throughout California, including **Squaw** Valley.

These activists, leaders of the American Indian Movement, say the word is the white man's pejorative slang for "vagina."

The group's crusade has already met with success in Minnesota, where they persuaded the state Legislature in 1995 to pass a law decreeing that 19 places containing the word squaw be changed.

Copyright 1997 Chicago Tribune Company
Chicago Tribune

January 17, 1997 Friday, LAKE EDITION

SECTION: METRO LAKE; Pg. 1; ZONE: L

LENGTH: 551 words

HEADLINE: NO OFFENSE, BUT 'SQUAW' TAKEN OUT OF PARK NAME;
CRYSTAL LAKE BOARD OKS ACTIVIST'S REQUEST

BYLINE: By Marles Humphrey. Special to the Tribune.

BODY:
In the lexicon of TV Westerns going back to the 1950s, there typically would be a cowboy hero, a cowgirl pal and often, for exotic effect, an Indian "squaw"--a beautiful, bronze-skinned woman with braided black tresses and a beaded dress.

Though the woman might be portrayed as a sympathetic figure, few TV viewers outside the Native American community would have known the word describing her, " **squaw,** " is considered derogatory and sexually **offensive.**

It's so **offensive,** Cindy Bloom, a resident of Prairie Grove, demanded that the Crystal Lake Park District change the name of its **Squaw** Creek Open Area.

Park District officials Thursday night, with little discussion and finding no opposition to Bloom's request, renamed the site the Prairie Ridge Conservation Area.

"Prairie Ridge Conservation Area is a good choice. It is our hope it can ultimately hook up with the conservation area planned at Prairie Ridge High School," said Park Board President Dave Phelps, referring to the new high school being built north of Crystal Lake.

Also, Phelps said, "We don't want to offend anyone."

The name change was a non-issue, parks officials said, noting they hadn't named the ...

... for the board meeting, and neither of them did so because of the name issue.




The land was given to the Park District by the developer of the Squaw Creek subdivision, and was given the subdivision's name.

Bloom, a member of the Cherokee nation, said the word "squaw" is not just "politically incorrect," it is inflammatory.

That was the same reasoning used when Bloom and other Native American activists persuaded the Prairie Grove Village Board in August to rename Squaw Creek Road over the objections of some residents living on the road. The street is now Half Mile Trail.

In a December letter to the Crystal Lake Park District, Bloom said the word, " squaw," is "offensive to Indian nations across America."

Although there is considerable debate about the origins and the meaning of the word, Bloom said it is derived from the Algonquin Indian language. It does not mean woman, but is rather a crude sexual reference.

Bloom says the word is so obscene that it is not spoken in the homes of Native Americans, including hers.

Bloom is active in an organization called Midwest Soaring. One of their goals is to make certain every public area with the designation "squaw" will undergo a name change.

There are an estimated 1,000 geographical features in the U.S. with the name "squaw," most in the West and ...

Copyright 1996 Gannett Company, Inc.
USA TODAY

December 5, 1996, Thursday, FINAL EDITION

SECTION: NEWS; Pg. 11A

LENGTH: 2589 words

HEADLINE: ACROSS THE USA: NEWS FROM EVERY STATE

BODY:
... in
local school districts, advocating instead to close colleges and universities to save money. Although James said his office wouldn't decide which schools to close, he said Auburn University and the University of Alabama may need to cut programs.

Alaska

Kenai -- The federal Minerals Management Service expects to award a contract this month for a two-year study on whether oil industry pollutants accumulate in the sediments of lower Cook Inlet and Shelikof Strait. The study will cost between $1.2 and $1.5 million.

Arizona

Phoenix -- A newly formed local chapter of the American Indian
Movement wants the word " **squaw** " removed from public places here,
saying it's **offensive.** Indians claim the word "squaw" means
female genitalia and demeans women. Protest signs will be put
up Friday, the group said. Copyright 1996 Star Tribune
Star Tribune (Minneapolis, MN)

March 22, 1996, Metro Edition

SECTION: News; Pg. 1B

LENGTH: 873 words

HEADLINE: Citizens debate what's in a name;
Law requiring Squaw Lake's renaming divides town

BYLINE: Robert Franklin; Staff Writer

DATELINE: Squaw Lake, Minn.

BODY:
    Two women, one Indian and one white, stood face-to-face at the front of the small meeting room. They were
debating whether the word " **squaw** " is so **offensive** that it should be abolished as the name of the lake adjoining this
tiny town on the Leech Lake Indian Reservation.

    "It is a putdown to me as a woman," said Muriel Charwood-Litzau, who is Indian. "How can you put a price tag on
that?"

Copyright 1995 Star Tribune
Star Tribune (Minneapolis, MN)

February 9, 1995, Metro Edition

SECTION: News; Pg. 1B

LENGTH: 384 words

HEADLINE: Teens win a battle;
' **Squaw** Point' is **offensive,** they say; town's name changed to 'Oak Point'

BYLINE: Kevin Duchschere; Staff Writer



Copyright 1993 The Washington Post
The Washington Post

September 20, 1993, Monday, Final Edition

NAME: BEN NIGHTHORSE CAMPBELL

SECTION: FIRST SECTION; PAGE A17; THE FEDERAL PAGE

LENGTH: 1059 words

HEADLINE: For Campbell, Heritage Comes Before Tradition

SERIES: Occasional

BYLINE: Kevin Merida, Washington Post Staff Writer

BODY:

... stadiums, where some Native Americans have protested the team's games, but he does hope to get a meeting with team management to discuss the issue.

Nonetheless, he knows what he is up against. A recent nationwide poll conducted by Voter/Consumer Research, a Bethesda-based GOP polling firm, indicated that 76 percent of those surveyed thought the Redskins should keep their name. Team owner Jack Kent Cooke has said in the past that "nothing in the world" is wrong with the name, and other officials have said the name is a tribute to the strength and courage of American Indians.

But Campbell said the word Redskins is one of four terms most **offensive** to Native Americans, the others being buck, **squaw** and savage. "It denotes a time when there was a bounty put on the hair and skins of Indians," he said.

As for the poll and other expressions of popular opposition to Campbell's stand, he said: "If you took a poll 150 years ago asking if slavery was okay, it would come back 85 percent yes. But that doesn't make it right."

Campbell, a member of the Northern Cheyenne tribe, is proud of his heritage. His great grandfather, Blackhorse, fought against Lt. Col. George Armstrong Custer in the famed battle at Little Bighorn. On display in Campbell's office is a knife his great grandfather ...



Copyright 1998 The Times Mirror Company; Los Angeles Times
All Rights Reserved
Los Angeles Times

August 26, 1998, Wednesday, Home Edition

SECTION: Food; Part H; Page 2; Food Desk

LENGTH: 111 words

HEADLINE: SHE FINDS BREAD NAME INSULTING

BODY:

The word " **squaw** " is a highly **offensive** Algonquin word.

When Europeans first had contact with the Algonquin Nation on the East Coast and learned the meaning of the word squaw, they immediately began to use the word to refer to all native women.

To use the word squaw today is not only a grave insult to Native American women, it is an insult to the dignity of every woman. I wonder if the bakeries that continue to use the word **squaw** in their labeling would be willing to sell a bread as **offensive** to men .

HASHI-HANTA

American Indian Movement

Sells, Ariz.

Copyright 1997 Saint Paul Pioneer Press
All Rights Reserved
Saint Paul Pioneer Press (Minnesota)

April 6, 1997 Sunday

SECTION: MAIN; Pg. 15A

LENGTH: 697 words

HEADLINE: AIM TAKES ANTI-SQUAW CAMPAIGN TO CALIFORNIA;
INDIAN GROUP WANTS TO CHANGE PLACE NAMES

BYLINE: Tracy Seipel, Knight-Ridder News Service

DATELINE: SAN JOSE, CALIF.

BODY:



The word " **squaw,** " long the stuff of TV westerns and American vernacular, is **offensive** to some American Indians, and a national activist group is launching a campaign to remove it from more than 100 places throughout California - including the most famous of all: Squaw Valley.

These activists, leaders of the American Indian Movement, say the word is the white man's pejorative slang for "vagina," and they consider it among "the worst of the worst."

The group's crusade has met with success in Minnesota, where it persuaded the Legislature to pass a law decreeing that 19 place names containing the word squaw be changed.

And while linguists disagree with AIM's etymology, this isn't the first time changing sensibilities have prompted changes in

Copyright 1997 The Charlotte Observer
All Rights Reserved
Charlotte Observer (North Carolina)

March 24, 1997 Monday ONE-3 EDITION

SECTION: MAIN NEWS; Pg. 5A

LENGTH: 442 words

HEADLINE: GROUP WANTS SQUAW' STAMPED OUT IN CALIF.

BYLINE: TRACY SEIPEL, Knight-Ridder Newspapers

DATELINE: SAN JOSE, Calif.

BODY:

The word " **squaw** " is so **offensive** to many American Indians that a national activist group is launching a campaign to remove it from more than 100 places throughout California, including **Squaw** Valley.

These activists, leaders of the American Indian Movement, say the word is the white man's pejorative slang for "vagina."

The group's crusade has already met with success in Minnesota, where they persuaded the state Legislature in 1995 to pass a law decreeing that 19 places containing the word squaw be changed.

Copyright 1997 Chicago Tribune Company
Chicago Tribune

January 17, 1997 Friday, LAKE EDITION

SECTION: METRO LAKE; Pg. 1; ZONE: L

LENGTH: 551 words

HEADLINE: NO OFFENSE, BUT 'SQUAW' TAKEN OUT OF PARK NAME;
CRYSTAL LAKE BOARD OKS ACTIVIST'S REQUEST

BYLINE: By Marles Humphrey. Special to the Tribune.

BODY:
    In the lexicon of TV Westerns going back to the 1950s, there typically would be a cowboy hero, a cowgirl pal and often, for exotic effect, an Indian "squaw"--a beautiful, bronze-skinned woman with braided black tresses and a beaded dress.

    Though the woman might be portrayed as a sympathetic figure, few TV viewers outside the Native American community would have known the word describing her, " squaw, " is considered derogatory and sexually offensive.

    It's so offensive, Cindy Bloom, a resident of Prairie Grove, demanded that the Crystal Lake Park District change the name of its Squaw Creek Open Area.

    Park District officials Thursday night, with little discussion and finding no opposition to Bloom's request, renamed the site the Prairie Ridge Conservation Area.

    "Prairie Ridge Conservation Area is a good choice. It is our hope it can ultimately hook up with the conservation area planned at Prairie Ridge High School," said Park Board President Dave Phelps, referring to the new high school being built north of Crystal Lake.

    Also, Phelps said, "We don't want to offend anyone."

    The name change was a non-issue, parks officials said, noting they hadn't named the ...

    ... for the board meeting, and neither of them did so because of the name issue.

    The land was given to the Park District by the developer of the Squaw Creek subdivision, and was given the subdivision's name.

    Bloom, a member of the Cherokee nation, said the word "squaw" is not just "politically incorrect," it is inflammatory.

    That was the same reasoning used when Bloom and other Native American activists persuaded the Prairie Grove Village Board in August to rename Squaw Creek Road over the objections of some residents living on the road. The street is now Half Mile Trail.

    In a December letter to the Crystal Lake Park District, Bloom said the word, " squaw," is "offensive to Indian nations across America."

    Although there is considerable debate about the origins and the meaning of the word, Bloom said it is derived from the Algonquin Indian language. It does not mean woman, but is rather a crude sexual reference.

    Bloom says the word is so obscene that it is not spoken in the homes of Native Americans, including hers.

    Bloom is active in an organization called Midwest Soaring. One of their goals is to make certain every public area with the designation "squaw" will undergo a name change.

    There are an estimated 1,000 geographical features in the U.S. with the name "squaw," most in the West and ...

Copyright 1996 Gannett Company, Inc.

USA TODAY

December 5, 1996, Thursday, FINAL EDITION

SECTION: NEWS; Pg. 11A

LENGTH: 2589 words

HEADLINE: ACROSS THE USA: NEWS FROM EVERY STATE

BODY:
... in
local school districts, advocating instead to close colleges and
universities to save money. Although James said his office wouldn't
decide which schools to close, he said Auburn University and the
University of Alabama may need to cut programs.


Alaska


Kenai -- The federal Minerals Management Service expects to award
a contract this month for a two-year study on whether oil industry
pollutants accumulate in the sediments of lower Cook Inlet and
Shelikof Strait. The study will cost between $1.2 and $1.5 million.


Arizona


Phoenix -- A newly formed local chapter of the American Indian
Movement wants the word " squaw " removed from public places here,
saying it's **offensive.** Indians claim the word "squaw" means
female genitalia and demeans women. Protest signs will be put
up Friday, the group said. Copyright 1996 Star Tribune
Star Tribune (Minneapolis, MN)

March 22, 1996, Metro Edition


SECTION: News; Pg. 1B

LENGTH: 873 words

HEADLINE: Citizens debate what's in a name;
Law requiring Squaw Lake's renaming divides town

BYLINE: Robert Franklin; Staff Writer

DATELINE: Squaw Lake, Minn.


BODY:



Two women, one Indian and one white, stood face-to-face at the front of the small meeting room. They were debating whether the word " squaw " is so offensive that it should be abolished as the name of the lake adjoining this tiny town on the Leech Lake Indian Reservation.

"It is a putdown to me as a woman," said Muriel Charwood-Litzau, who is Indian. "How can you put a price tag on that?"

Copyright 1995 Star Tribune
Star Tribune (Minneapolis, MN)

February 9, 1995, Metro Edition

SECTION: News; Pg. 1B

LENGTH: 384 words

HEADLINE: Teens win a battle;
' Squaw Point' is offensive, they say; town's name changed to 'Oak Point'

BYLINE: Kevin Duchschere; Staff Writer

Copyright 1993 The Washington Post
The Washington Post

September 20, 1993, Monday, Final Edition

NAME: BEN NIGHTHORSE CAMPBELL

SECTION: FIRST SECTION; PAGE A17; THE FEDERAL PAGE

LENGTH: 1059 words

HEADLINE: For Campbell, Heritage Comes Before Tradition

SERIES: Occasional

BYLINE: Kevin Merida, Washington Post Staff Writer

BODY:

... stadiums, where some Native Americans have protested the team's games, but he does hope to get a meeting with team management to discuss the issue.

Nonetheless, he knows what he is up against. A recent nationwide poll conducted by Voter/Consumer Research, a Bethesda-based GOP polling firm, indicated that 76 percent of those surveyed thought the Redskins should keep their name. Team owner Jack Kent Cooke has said in the past that "nothing in the world" is wrong with the name, and other officials have said the name is a tribute to the strength and courage of American Indians.

But Campbell said the word Redskins is one of four terms most **offensive** to Native Americans, the others being buck, **squaw** and savage. "It denotes a time when there was a bounty put on the hair and skins of Indians," he said.

As for the poll and other expressions of popular opposition to Campbell's stand, he said: "If you took a poll 150 years ago asking if slavery was okay, it would come back 85 percent yes. But that doesn't make it right."

Campbell, a member of the Northern Cheyenne tribe, is proud of his heritage. His great grandfather, Blackhorse, fought against Lt. Col. George Armstrong Custer in the famed battle at Little Bighorn. On display in Campbell's office is a knife his great grandfather ...