# EXHIBIT 10 - PART B

LEXIS®-NEXIS® View Printable Page

Page 1 of 2



Copyright 2004 The Arizona Republic
All Rights Reserved
The Arizona Republic

March 31, 2004 Wednesday Final chaser Edition

**SECTION:** LOCAL; Pg. 6B

**LENGTH:** 492 words

**HEADLINE:** NAMES BOARD BILLS FAIL IN COMMITTEE; PIESTEWA FANS FEARED LOSS OF DESIGNATION

**BYLINE:** By Robbie Sherwood, The Arizona Republic

**BODY:**
A legislative effort to penalize Gov. Janet Napolitano for her aggressive role in naming Piestewa Peak failed Tuesday.

American Indian leaders and family members of fallen Army Spc. Lori Piestewa believe they stopped a back-door effort to change the name of a Phoenix mountain back to Squaw Peak.

"The man upstairs was with us today," said Lori Piestewa's mother, Priscilla "Percy" Piestewa, as she hugged and kissed relatives and supporters outside a Senate hearing room.

"I just hope they will let this rest and let my daughter rest."

House Concurrent Resolution 2036 would have asked voters in November to give control of the State Board on Geographic and Historic Names to the Legislature and take it away from the governor. The measure failed 6-3 in the Senate Government Committee, and a companion bill failed 5-4.

Backers of the bills said they did not intend to rename the peak or dishonor Piestewa, a Hopi from Tuba City and the nation's first female American Indian service member killed in combat.

Rep. Phil Hanson, who sponsored the measures, said he stood behind them because "the board has lost all integrity and trust." Hanson added that he took "great umbrage" at the bills' opponents who suggested he was being a racist by pushing the bills.

"If it had been one legislator saying that to another, they would have been soundly ostracized," said Hanson, R-Peoria, before the votes. "I assure you that, if this does not pass, it's going to come up again next year and the year after that, and I don't think any of us want that."

Tim Norton, a longtime board member, said the issue wasn't about derogatory geographic names but about "removing the threats, intimidation and the politics" from the process. Norton made headlines when Napolitano's former aide Mario Diaz unsuccessfully pressured him to resign as chairman of the board because he would not consider the Piestewa Peak change.

But Jacob Moore, a representative of the Salt River Pima-Maricopa Indian Community, said Hanson's

bills are divisive and disrespectful. Several American Indians testified that they believed a newly created board would attempt to rename Piestewa Peak.

"This would create a division between tribes and the state Legislature that would take us back to territorial days when members of Indian tribes were considered second-class citizens," Moore said.

The failure of the bills won't stop Tug Ross from continuing to call the mountain near his Phoenix home by the **Squaw** Peak name. Ross, a 63-year-old motorcycle apparel salesman, couldn't make it to the Senate to testify but said the old name is not **offensive.**

"The public is tired of these people sniveling about this," Ross said.

"I don't have anything against these people. I've got a lot of Indian friends, and many of them feel the same way I do. This whole thing was underhanded to start with."

/

Reach the reporter at robbie.sherwood@arizonarepublic.com or (602) 444-8146.

**LOAD-DATE:** April 23, 2004

LEXIS®-NEXIS® View Printable Page



Copyright 2004 Bangor Daily News
Bangor Daily News (Maine)

March 27, 2004 Saturday
All Editions

**SECTION:** Pg. C1

**LENGTH:** 577 words

**HEADLINE:** Tribal leader eyes Senate seat;
Richmond woman in nonvoting slot would gain visibility

**BYLINE:** JEFF TUTTLE OF THE NEWS STAFF

**DATELINE:** AUGUSTA

**BODY:**

Recovering from a case of laryngitis, Donna Loring doesn't have much of a voice at the moment.

But for the Penobscot Nation's longtime representative to the Maine Legislature, her current state, brought about by a persistent head cold, is a mere inconvenience compared to the more figurative silencing she has experienced in her nearly eight-year tenure in the House.

"I'm tired of being invisible," Loring said Thursday, explaining her desire to give up her nonvoting seat representing the Penobscot tribe and run for Maine Senate District 19, most of which lies in Sagadahoc County.

If elected to the Senate, Loring, a Democrat who lives in Richmond, would do more than cast her first vote. It is believed she would become the first Maine tribal member to do so in either chamber.

Because the state's Indian reservations are included within existing legislative districts, the state's two tribal representatives cannot vote in committee or on the House floor. If they did, courts have suggested tribal members would be inordinately represented, running afoul of the constitutional principle of "one person, one vote."

But under an arrangement - unique in the nation - Maine's tribal representatives do wield some influence, namely the ability to sponsor legislation, speak in committee and address the House.

During a break in the session Thursday, Loring said she has had to make the most of those limited powers - and hone her own power of persuasion - to effectively advance the tribe's agenda in Augusta.

"Without a vote, I really haven't had the ability to say I'll support your bill if you support mine," said Loring, noting her Republican opponent, Sen. Art Mayo of Bath, has enjoyed that luxury throughout his tenure - four terms in the House and one in the Senate. "I've had to be a bit more creative and

imaginative than he's had to be."

"I don't know what that has to do with creativity or getting legislation passed," countered Mayo, a moderate Republican well-known in the district, which this year added Loring's hometown. "Perhaps contrary to public perception, that kind of vote trading hardly ever happens."

Because of its historical significance, Loring's candidacy has attracted a fair share of media attention. In contrast, Mayo's expected re-election bid, has been delegated, he said, to the inside pages.

"I can't even get a notice in the local paper saying that I'm running," he said, laughing. "And I'm serious about that."

Loring counts among her accomplishments drafting a law that mandates the teaching of Maine Indian history in public schools and removing the word "**squaw,**" which many American Indians find **offensive,** from names of public places.

Her tenure in Augusta has been well documented, as she has found herself in the center of several contentious issues, including casino gambling and tribal sovereignty - both of which found the state and tribes at odds.

Like Loring, Penobscot Nation Chief Barry Dana is quick to reject the suggestion she would use her senate seat as a forum to advance the tribal issues she has championed in the past.

"She is an honorable person ... and our loss is your gain," said Dana, rattling off Loring's accomplishments, including her service in the Vietnam War.

"Would she abuse her tribal connection to change things in Augusta to the benefit of the tribes?" he asked rhetorically. "As you know, one person in Augusta can't make that much of a change, and I don't think there's much need for discussion there."

**LOAD-DATE:** March 29, 2004




Copyright 2004 Saint Paul Pioneer Press
All Rights Reserved
Saint Paul Pioneer Press (Minnesota)

February 1, 2004 Sunday

**SECTION:** LOCAL; BRIEF; Pg. 1C

**LENGTH:** 1692 words

**HEADLINE:** A serious name game;
It's possible to name a geographic feature, but it isn't easy. The process, often initiated by families, takes a year or more and requires local, state and federal approval.

**BYLINE:** BY MARY DIVINE; Pioneer Press

**BODY:**
About 70 years ago, Homer Holmbo acquired a small island in Lake Vermillion in northern Minnesota.

It was during the Depression, and the couple he was working for couldn't afford to pay him in cash.

Instead, Riley and Dorothy Creigh, who started what is now the Life of Riley Resort outside Cook, Minn., let Holmbo choose between two islands in the northeast end of the lake in 1934. The island he picked has been in the Holmbo family ever since, but it has never had a name.

Last month, however, the island was officially designated Holmbo Island. The naming was a result of efforts by Holmbo's nephew Gary, one of a growing number of Minnesotans who want their family's legacy to include a favorite lake, island, creek or other landmark that will carry on their name.

But naming a geographic feature isn't easy. The process often takes a year or more and requires local, state and federal approval. "It's a deliberative process because we want to make sure people have given proper thought to such a lasting decision," said Glen Yakel, who oversees the naming of geographic features in the state as supervisor of hydrographics for the Minnesota Department of Natural Resources. "What we do today, we want to stand the test of time."

Names such as Holmbo Island are accepted because they convey a slice of the state's history. "The idea is to capture some early history -- that's probably the most honorable reason to pursue a name change," Yakel said. "Are there early settlers who had a lasting and ongoing impact on the area-vicinity lasting to today?"

The DNR received about 12 formal proposals for name changes last year -- twice as many as in years past. "I used to get an inquiry about once every three months. Now, it's once a week," Yakel said.

WASHINGTON COUNTY

In Washington County, Tom Armstrong and Don Raleigh are petitioning to name a lake and creek in the Oakdale and Lake Elmo area after their pioneer great-grandmother and in honor of their family's Irish heritage. A public hearing on the new names -- Margaret Lake and Farney Creek -- was held Tuesday.

"I don't want someday for somebody to come in with some worthless, meaningless, foolish name ... which has nothing to do with the history of the county," said Armstrong, 57, a local historian and Washington County District Court judge.

"There are so many worthwhile people and names in this county that should have been kept, but they just let these people go through and give names that are meaningless," he said. "They should name it a historical name that means something. We just don't give enough appreciation to the people who broke the land here, especially these early pioneer families."

Armstrong said the hardships experienced by Margaret Mahoney Rawleigh, an Irish immigrant who helped settle Oakdale Township, were shared by many of Washington County's women pioneers.

Rawleigh bore 12 children. Six lived to adulthood. When the family's only cow fell in the ice on a lake near the family's home and drowned, the family went without milk. "Margaret had a tough life. It's a sad, sad story," said Armstrong.

The hoping-to-be Margaret Lake is in Lake Elmo Regional Park Reserve and is where the family cow drowned.

He also wants an unnamed creek to be named Farney Creek to honor his Irish forebears. The Armstrong family came from the lands of Farney Castle, which began as a single tower built in the 1500s to protect the Farney Bridge, an ancient stone structure in Ireland.

In 1987, Armstrong successfully petitioned to have a lake in Lake Elmo and Oakdale named Armstrong Lake after his great-great-uncle William Armstrong, the first clerk of Oakdale Township.

MINNESOTA

Not surprisingly given the state's 11,842 lakes, most of the name-change proposals in Minnesota involve bodies of water, Yakel said.

"They are frequently, but not always, named after relatives. But there are not thousands of lake basins begging to be named. There are more people than there are features."

Sites in federally designated wilderness areas, such as the Boundary Waters Canoe Area, are not named unless it is necessary for reasons of safety or education, Yakel said. "Naming features in a wilderness area is contrary to the purpose of a wilderness area," he said.

In 1995, Minnesota became the first state to require counties to rename geographic features -- 21 lakes, streams and points in all -- that contained the word **squaw,** which was deemed **offensive.**

Some Minnesota names were changed in the 1960s after the U.S. Geological Survey's Board on Geographic Names outlawed two racial epithets. The board recently changed the name of Jap Lake near Grand Marais. The lake was named after the initials of John and Addie Paulson, who developed an iron-ore mine near the lake in the 1880s. The lake is now Paulson Lake.

UNITED STATES

Nationally, about 400 applications for name changes are received annually. About 90 percent are approved, said Roger Payne, executive secretary of the U.S. Board on Geographic Names with the U.S.

LEXIS®-NEXIS® View Printable Page



Geological Survey in Reston, Va. Half of the applications seek to name a feature. Half are requests to change an existing name.

Names in place for 40 years generally are not subject to change, and anyone who is commemorated must have been dead at least five years.

Board members routinely deny requests to name geographic features after family pets or characters in books and movies, Payne said. Long names are discouraged because they take up so much room on maps.

The board works to standardize names, not regulate them, Payne said. "The federal government doesn't care what the name is -- what we care about is everybody using the same name for the same feature," he said. "All variables being equal, what's most important to us is local use and acceptance."

Interestingly, since its inception in 1890, the board has discouraged the use of possessives that include an apostrophe, stripping Harpers Ferry and Jamestown, among others, of apostrophes.

Legend has it apostrophes were discouraged because they look like rocks in the water on maps, but Payne says the reason is that the board has developed a philosophy that "geographic names in the United States should not show ownership of a feature." There are five exceptions, including Martha's Vineyard, a name conferred in 1933.

Payne also oversees the naming of underwater and international places on U.S. maps. "We can't tell any other country what names to use, but we establish policies and procedures about how we use those names on our products," he said. "You can imagine how important that is today."

There are any number of places in the United States left to name, according to Payne.

"Anything you can see on a landscape could be named," he said. "They can be as small as you can imagine. There's no such thing as an insignificant feature. People name just about anything. If you can see it on the ground, people have named it."

Back in Minnesota, Tom Armstrong said he is finished naming bodies of water. "This is everything that was connected with the family farm," he said. "There isn't any more." He does plan to ask the Washington County board to name roadways and trails in the Lake Elmo Park Reserve after three Civil War veterans who were from the Oakdale area.

Gary Holmbo, who lives in New Brighton, is looking forward to the day when Holmbo Island appears on a map of the Lake Vermillion area. When geographical names change, there is no mandate to print new maps. It simply means that information is updated the next time maps are printed.

"We'll probably have a celebration this summer," said Holmbo, lab services coordinator in the chemistry department of the University of Minnesota. "It was really a great experience to know that this was happening."

HOW TO NAME A GEOGRAPHIC FEATURE

1. Provide a petition to the county auditor where the geographic feature is located. The petition must contain: a description of the feature, a statement on why the name change or naming is requested, a map of the geographic feature and the proposed name, which cannot duplicate an existing name.

2. The petition must include the signatures of at least 15 legal voters residing in the county.

3. The petitioner is required to reimburse the county for all costs related to the naming process. This is $200 in Washington County.

4. The county sets a time for a public hearing and publishes a hearing notice in the legal newspaper for at least three consecutive weeks before the hearing.

5. The county notifies the Minnesota Department of Natural Resources and cities or townships of the name proposal and the date of the hearing. The DNR provides written findings and recommendations to the county board prior to the hearing.

6. The county holds a public hearing and petitioner presents arguments in favor of the name. Also, legal voters of the county may present arguments for or against the proposed name.

7. The county board makes findings and decisions related to the petition and notifies the DNR.

8. All naming actions taken by county boards require the written approval of the commissioner of natural resources.

9. Names are then forwarded to the U.S. Board on Geographic Names for approval.

FYI

The Minnesota Historical Society has published several books on names of places in Minnesota and maintains a Minnesota place names Web site. For information on the books and the site, visit the following links:

Minnesota Place Names, 3rd edition ($49.95 hardcover):
www.mnhs.org/market/mhspress/products/0873513967.html

The Pocket Guide to Minnesota Place Names ($11.95 paperback):
www.mnhs.org/market/mhspress/products/0873514246.html

Minnesota place names Web site: http://mnplaces.mnhs.org/upham

ALSO ONLINE

Ever wonder what is the most frequently occurring community name in the United States? (Fairview, 288 occurrences). Or the longest community name without a hyphen? (Mooselookmeguntic, Maine). For these facts and others, click on Geonames.usgs.gov.

Mary Divine covers Washington County. She can be reached at mdivine@pioneerpress.com

**LOAD-DATE:** February 1, 2004



Copyright 2004 Knight Ridder/Tribune Business News
Copyright 2004 Indian Country Today
Indian Country Today

January 28, 2004, Wednesday

**KR-ACC-NO:** IC-ARIZONA-PEAK

**LENGTH:** 1146 words

**HEADLINE:** American Indian Leaders Warn Arizona Not to Use Insulting Name for Mountain

**BYLINE:** By Brenda Norrell

**BODY:**
PHOENIX Arizona Indian leaders warned Arizona legislators from the floor of the House of Representatives that changing the name of Piestewa Peak back to Squaw Peak would cripple tribal and state relationships, returning them to conditions of territorial days.

"The term is degrading and racist," said Fort Mojave Chairperson Nora McDowell, among Arizona Indian leaders speaking on Indian Nations and Tribes Legislative Day.

McDowell refused to even say the word in her address to the state legislature.

"I'm not going to say it because it is offensive to us as Native American women," said McDowell, president of the Intertribal Council of Arizona.

With a united voice, tribal leaders said Hopi Pvt. Lori Piestewa of Tuba City killed in Iraq, represents all Arizonans fighting for this country.

Hopi Chairman Wayne Taylor Jr., said the state legislature has already chosen to honor Piestewa as the first American Indian woman killed in action.

"Damaging and **offensive**," is how Taylor described the word **"squaw."**

"Such action does not speak well for Arizona." He said if the name is reversed it would affect future successes between the tribes and the state, resulting in a fractured relationship that the state and tribes have not seen since territorial days. We cannot afford this step backward," he told the state legislature.

Rep. Jack Jackson Jr., D-Window Rock, described the bill he has presented, H.B. 2500, which prohibits places in Arizona from being named "Squaw." This includes geographic features, landmark historical sites, highways and publicly-funded facilities. Any place currently named Squaw would have to be changed by 2007.

Earlier, Rep. Phil Hanson, R-Peoria, and 38 other legislators presented a bill which would revamp the board that changed Squaw Peak and Squaw Parkway to Piestewa Peak and Piestewa Parkway.

If Hanson's bill, H.B. 2007, passes, the legislature instead of the governor would make most

LEXIS®-NEXIS® View Printable Page

appointments to the board and most state employees would be unable to serve. Currently, one American Indian board member serves on the board and is employed by the Arizona State Museum.

Navajo President Joe Shirley spoke against renaming Piestewa Peak.

"Native Americans from throughout the state of Arizona felt very proud when they decided to make the change from Squaw Peak to Piestewa Peak.

"It stands for something. It makes the Native American citizenry proud." Shirley said Navajos have fought for this state and country.

"We have gone to battle for its sovereignty, its greatness. That is what it signifies," he said. "Please continue to listen to us and keep the name of Piestewa Peak."

Meanwhile, speaking of the Hopi Tribe's economic struggle, Taylor told the legislature that the issue of taxation must be addressed as well as the water crisis.

Currently, the State of Arizona receives $ 15 million a year from Peabody Coal's two mines on Black Mesa in northern Arizona. It is more than the Hopi Tribe receives from Peabody for the sale of its coal based on the lease.

With Hopi springs drying up, Taylor also pressed the state to assist in identifying an alternative water source for Peabody Coal, which uses N-aquifer water on Black Mesa to slurry coal to Nevada for electricity production. An alternative water supply must be found before 2005, he said.

That is the date set by the Hopi Tribe and the Navajo Nation for Peabody to halt the use of the N-aquifer water or cease operating mines on the tribes' lands, he said.

Speaking to the legislature, Tohono O'odham Chairperson Vivian Juan-Saunders said gaming is allowing her tribe in southern Arizona to become self-sufficient. "Tribes have become major economic engines for the economy."

The Tohono O'odham Nation is now the 10th largest employer in its region. Yet, she said, Tohono O'odham still have 40 percent unemployment and many O'odham live in substandard housing without running water and electricity.

Juan-Saunders said the tribe's funds are being drained by protecting the border of the United States and Mexico and repairing Highway 86, the major highway that runs east and west through Tohono O'odham land.

Since the attack of Sept. 11, the United States has tightened security at ports of entry along the international border. It has created a funnel effect, with 1,500 immigrants daily entering the United States through Tohono O'odham land. The funnel effect has also increased the threat and number of drug traffickers.

"Our gaming dollars should be used to address poverty and unemployment."

Further, she said the international border dissects Tohono O'odham lands. The 1,700 O'odham living across the border in Mexico are suffering because it is more difficult now for them to come across for health care with tightened security.

Senate President Ken Bennett extended a warm welcome to tribal leaders, councilmen and tribal members who packed the House of Representatives for the joint session with tribes, followed by Indian taco lunches on the lawn and joint committee meetings with tribal leaders.

Bennett said he grew up with Yavapai at Prescott and neither he nor his friends made distinctions. "We just thought of each other as friends."

Speaking to legislators, he said, "Everything we do should be done under the auspices of the great word 'neighbor.' We greet our neighbors at the front door, not at the back door."

Addressing tribal leaders, he said, "Thank you for being here today to move that effort forward."

Rep. Sylvia Laughter, I-Kayenta, said she has presented six bills, seeking health care reform and funds for Indian senior centers, education opportunities for children in juvenile detention centers and highways in rural areas of Indian lands.

Taylor implored lawmakers to change state laws requiring autopsies, which conflicts with the Hopi custom of burying their dead within 24 hours. Further, Hopi tradition requires that all organs be intact for the journey.

While Arizona landscapes on Indian lands are beautiful, Taylor pointed out that Hopi have no gaming revenues and are in need of jobs. "Many of our reservations lack the raw materials of industry.

"Tribal dollars need to circulate several times on the reservation before going off."

Taylor also urged swinging wide the doors of opportunities for education for Hopi youths and improving the road conditions of Route 60 which endangers school children in northern Arizona.

Rep. Jackson said he is working toward an executive order for a government-to-government relationship between tribes and the state. He praised Gov. Janet Napolitano for appointing 14 American Indians to boards and commissions.

Gov. Napolitano has also voiced support for the naming of Piestewa Peak.

-----

To see more of Indian Country Today, or to subscribe to the newspaper, go to http://www.indiancountry.com

JOURNAL-CODE: IC

LOAD-DATE: January 29, 2004

LEXIS®-NEXIS® View Printable Page



Copyright 2003 McClatchy Newspapers, Inc.
Fresno Bee (California)

June 30, 2003, Monday FINAL EDITION

**SECTION:** MAIN NEWS; Pg. A1

**LENGTH:** 608 words

**HEADLINE: Squaw** Leap near Millerton renamed Many American Indians found the name **offensive.**

**BYLINE:** Mark Grossi THE FRESNO BEE

**BODY:**
Squaw Leap, a name that has long grated on American Indians, has passed into Central California history -- at least, as far as the U.S. Bureau of Land Management is concerned.

The agency this month renamed 6,700-acre Squaw Leap Management Area, an outdoor recreation spot in the rugged hills above Millerton Lake, east of Fresno. It is now the San Joaquin River Gorge.

But the name Squaw Leap still lives.

A nearby table mountain will continue to be called Squaw Leap on U.S. Geological Survey maps -- meaning all official maps -- until someone asks USGS's Board of Geographic Names to change it.

"We don't have any control over that," said Land Management representative Tracy Rowland. "We will partner with local people to propose a change to USGS, but someone must approach us."

American Indians think Rowland's agency has done its part. For decades, they have considered the name an insult and a reminder of a sad chapter of their history.

"There are many legends about how the name was started," Rowland said. "It's hard to settle on one."

Some members of local tribes believe the name comes from a mid-19th century story about young Indian women who purposely jumped to their deaths rather than face capture by the U.S. Army.

The captured women suffered sexual assault from soldiers, said Patricia Murphy Brattland, a descendant of local Kechayi members. Murphy Brattland, who has researched Indian issues for years, is considered spokesperson for the Kechayi by the state Native American Heritage Commission.

"The history is that 17 women escaped and jumped to their death," she said. "I don't need to go into a description of what went on when an Indian woman was captured, but the soldiers were rounding up all the young maidens."

American Indians had made sporadic efforts over many years to change the name. This year, more people approached the Bureau of Land Management.

Aside from the local history, Land Management officials said the word "squaw" has come under



increasing fire across the country. The word is used in hundreds of names for mountains, cliffs, streams and lakes throughout the United States. But it carries disparaging and vulgar meanings, said Ron Fellows, Bakersfield field office manager for the agency.

"It may be objectionable for any public use area, but we feel it is particularly inappropriate for a site used for teaching children about Native American culture," Fellows said in a written statement.

Land Management officials promote cultural awareness by bringing children and tribal teachers together at the management area.

To rename the area, officials took suggestions from the community and settled on San Joaquin River Gorge as a descriptive, generic choice so one tribe's suggestion would not be picked ahead of others.

Officials intend to use some suggested tribal names on facilities and features within the management area.

The tribal suggestions included Ahol lul, the name of a Dumna-Kechayi Yokuts village site in the area; Pa'san Ridge, "pa'san" meaning pine nut; Tischachu, "salmon-spearing place"; and Ewahu, a word for the San Joaquin River.

The name of Ted Anderson, a local hunter who was instrumental in establishing the foothill recreation area, also was submitted and will be considered for use in the management area, officials said.

But the public will need to step forward one more time to completely remove the name from these foothills.

"Unless a proposal is submitted to the board and approved," said spokeswoman Karen Wood, "the official name for the cliff shall remain Squaw Leap."

The reporter can be reached at mgrossi@fresnobee.com or 441-6316.

**GRAPHIC:** MARK CROSSE -- THE FRESNO BEE Terry Thompson, left, demonstrates to Joseph Sanchez, 14, a prehistoric weapon called an "atl atl" at the former Squaw Leap Management Area, now named the San Joaquin River Gorge. Sanchez was with students from Fresno Unified School District's Indian Education program.
THE FRESNO BEE Map The federal government's Squaw Leap Management Area has been renamed the San Joaquin River Gorge. See microfilm or PDF page for complete details.

**LOAD-DATE:** June 30, 2003



Copyright 2003 Toronto Star Newspapers, Ltd.
Guelph Mercury (Ontario, Canada)

June 28, 2003 Saturday Final Edition

**SECTION:** NEWS; Pg. A10

**LENGTH:** 70 words

**HEADLINE:** State considers name change for island after complaints

**SOURCE:** Associated Press

**DATELINE:** BUFFALO

**BODY:**
Buffalo is contemplating changing the name of **Squaw** Island in the Niagara River after a native city employee complained it is **offensive.**

Mayor Anthony Masiello's sought input from the Seneca Nation, which occupies two New York state reserves.

Seneca President Rickey Armstrong responded "squaw" is considered to be a negative reference to a native woman. He suggested renaming the tiny island Seneca Island.

**LOAD-DATE:** June 28, 2003

LEXIS®-NEXIS® View Printable Page





Copyright 2003 The Buffalo News
Buffalo News (New York)

June 27, 2003 Friday, FINAL EDITION

**SECTION:** NEWS, Pg.A1

**LENGTH:** 289 words

**HEADLINE:** NAME CHANGE IS POSSIBLE FOR SQUAW ISLAND

**BYLINE:** BRIAN MEYER; News Staff Reporter

**BODY:**
Tiny Squaw Island in the Niagara River might be in for a name change, after a Native American city employee complained that the name offends the country's native people -- including local tribes.

City officials say they are contemplating changing the name and possibly erecting a monument there to Native Americans.

"**Squaw,**" considered by many to be a **offensive** term, refers to a Native American woman, especially a wife and mother. Masiello administration officials recently contacted the Seneca Nation of Indians after an unidentified Native American city employee complained that "Squaw Island" has negative connotations.

The property -- home to the city's wastewater treatment plant, public green space and a former dump -- was christened Squaw Island in the 1800s.

Buffalo & Erie County Historical Society researchers were unable to determine the origin of the name.

Responding to city officials' request for input, Seneca Nation President Rickey L. Armstrong Sr. cited the dictionary definition of squaw as "a taboo term for a Native American woman or wife." He suggested some alternatives, including Seneca Island or Three Sisters Island.

"If it's offensive, I'm amenable to changing it," said Mayor Anthony M. Masiello.

City officials denied that the issue has connection with Buffalo's efforts to convince the Senecas to build a downtown casino.

North Council Member Joseph Golombek Jr., whose district includes part of Squaw Island, said a similar name change was discussed years ago.

Niagara Council Member Dominic J. Bonifacio Jr., who also has a portion of Squaw Island in his district, encouraged city officials to contact all six Indian tribes for their input.

e-mail: bmeyer@buffnews.com

**LOAD-DATE:** June 29, 2003



Copyright 2003 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

These materials may not be republished without the express written consent of The Associated Press

May 8, 2003, Thursday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 310 words

**HEADLINE:** Coeur d'Alenes remove "squaw" place names

**DATELINE:** PLUMMER, Idaho

**BODY:**
The Coeur d'Alene Tribal Council on Thursday announced that it changed the names of two geographic features on the reservation to take the word "squaw" off the map.

The tribe approved changing "Squaw Hump" and "Squaw Creek" to "Nehchen (nah-CHEN) Bluff" and "Nehchen Creek."

The new names are for Neechen Ann Mary, a Coeur d'Alene tribal member who was the wife of Chief Peter Moctleme and who owned property in the area of the geographic features, the tribe said in a prepared statement.

There are at least 90 places in Idaho containing "**squaw**" in their names, considered **offensive** to many American Indians.

The origin of the word is disputed in political and academic circles, but many believe it refers to female genitalia.

"These are appropriate changes which honor the history of the tribe and the memory of one of our tribal elders," said Ernie Stensgar, chairman of the Coeur d'Alene Tribal Council.

In 2001, the Idaho Legislature refused to authorize changing the names of places currently called "squaw," as Indian tribes had requested.

A year later, lawmakers passed a resolution calling on people and local governments to recommend changes to the State Historical Society when they identify place names that might be offensive.

None have been changed, although some requests from the Nez Perce Tribe were pending last year. In 2001, a mountain near Pocatello was officially changed from Chinks Peak to Chinese Peak.

Stensgar said Neechen was held in high regard, both as the widow of Chief Moctleme and by her own

character and dignity.

"It is especially offensive that her home has been labeled and known by an insulting and offensive term that we reject. We are happy that we can correct this wrong, and to designate these places with her name, as the right and respectful way of honoring her home and memory," he said.

**LOAD-DATE:** May 9, 2003

LEXIS®-NEXIS® View Printable Page



Copyright 2003 Tribune Publishing Co.
Lewiston Morning Tribune (Idaho)

February 11, 2003 Tuesday

**SECTION:** Pg. 5A

**LENGTH:** 451 words

**HEADLINE:** Drive to erase demeaning names rolls on; Nez Perce man spurs state to rub out squaw label from Idaho places

**BYLINE:** Dean Ferguson

**BODY:**
Four out the 93 Idaho places with the word "squaw" in their names were officially changed last December by the U.S. Board of Geographic Names, according to a member of an Idaho advisory board.

Proponents of the name change have tried for the last two years to remove **squaw,** which many Indians consider **offensive,** from the names of geographic features around the state.

"It is never appropriate to use the word 'squaw'," said Julian Matthews, 44, a Nez Perce tribal member who works at the Clearwater Casino near Lewiston.

Matthews has worked on the Idaho Geographic Advisory Board for the last two years while the state wrangled with the issue of whether to change place names.

Opponents argued that squaw means "Indian woman." Many Idahoans claimed to have grown up using the term without any derogatory connotations. Proponents argued that squaw has taken on a common meaning that insults women. They also say the term is derived from a word for a woman's genitalia.

The Idaho Legislature shot down a proposal to change place names in 2001. The lawmakers reversed their position a year later.

Matthews takes the position that people who are insulted by a term should have a greater say in such matters than those who are not. He likens the issue to the choice between using "Native American" or "Indian" to describe his ethnicity. He prefers to be called an Indian.

"I don't call people a name just because that's what I want to call them," he explained.

**Squaw** should be dropped from names for no other reason than that it is **offensive** to Indian women, he said.

"I think Indian women should be respected as they are the most beautiful women," he said.

The Nez Perce Circle of Elders, a group with about 20 members, researched the places needing a change. Their recommendations stem from either traditional Nez Perce place names or from people known to have lived in the areas.

LEXIS®-NEXIS® View Printable Page

Squaw Creek and Squaw Saddle in the Clearwater National Forest are among the four to get new monikers. Squaw Creek will become Wawa-alamnia or Cutthroat Trout Creek; Squaw Saddle will become Waca- myoos Likoolam or Rainbow Saddle.

Matthews said the advisory council will continue its work to remove squaw from all the names in the state. He added that people should expect to see the word "papoose" dropped as well.

Papoose, he said, is not necessarily insulting. However, the word is not Nez Perce and it is a generic word for Indians, such as "chief" or "red man," which people consider embarrassing or degrading.

Matthews said it will probably be a couple of years before the official name change makes it onto maps.

------

Ferguson may be contacted at dferguson@lmtribune.com

**GRAPHIC:** No Caption; Julian Matthews of Pullman has helped convince the federal government to change four geographic place names in Idaho that included the word "squaw." He is pictured outside of the Clearwater Casino, where he works as a human resources director.

**LOAD-DATE:** February 12, 2003



# Legislation



## Proposed Legislation.

### Testimony.

The following testimony was presented before the Montana State Legislature in support of the "S" Bill to remove the word "Squaw" from place names of state landholdings in the State of Montana. When the "S" Bill came before the legislature, it was passed overwhelmingly. The State of Montana is currently undergoing the process of removing the word "squaw" from those place names and geographical landmarks. The following testimony was presented by Ardy Sixkiller Clarke, professor at Montana State University, before the Montana State Legislature in support of this bill. Although Montana is the first state in the nation to take this action, other Native women in the United States are still struggling with the same issue. We call upon all Americans and human rights advocates world-wide to support our efforts.

### Testimony in support of the "S" Bill to remove the word "Squaw" from state landholdings Montana State Legislature, March 1999.

There are several issues of immediate concern to Native Americans that many non-Indians are not aware. These issues range from legal and sovereignty rights to the misuse of Native religious symbols, misuse of Native likenesses by sports teams, equal opportunity issues and racism. But perhaps there is no issue that strikes closer to home, for this author, than the use of the word, "squaw," in reference to American Indian women.

American Indian women, their husbands, their fathers, there brothers and other male relatives throughout the United States have been offended by the use of the word, "squaw," since its introduction into the English language vernacular some four and a half centuries ago. Despite our objections, the word has flourished and appears on hundreds of geographic place names and landmarks throughout the country.

The word itself, used indiscriminately, denotes at a minimum, disrespect, but to fully understand the total impact of the word upon an American Indian woman, we must turn to the origin of the word and its meaning. The Webster's Third International Dictionary defines the word, "squaw," a word for an Indian woman, but points out that the word itself is used disparagingly. Roget's Thesaurus describes the term "squaw" as a derogatory synonym for a female. In the Dictionary of the American West, the word's origin is listed as Algonquian and is reported to have become a part of the lingua franca carried west by frontiersmen. The author points out that "to get squawed" indicated that a white man had taken up with an Indian woman. He further suggests that this expression led to the term, "squaw man," which was regarded as disrespectful by the white men who cohabited with, intermingled with or married American Indian women. But to the American Indian female, the word's origin is by far more explicit and goes beyond disrespectful, disparaging and derogatory. It strikes at the very heart of our character.



As most linguists and native language scholars can tell you, the word, "squaw," originated specifically in two native languages: Algonquian and Mohawk. In the native languages, however, the word "squaw" did not mean woman, wife or female. In Algonquian, "squaw," meant vagina. In the Mohawk language, the word, "otskwaw" meant female genitalia. In fact, stories have been handed down among the Mohawks of how the early European fur traders changed the term "otskwaw" to "squaw" and used the word to represent "what they wanted from Mohawk women." At this point, it takes little imagination to conjure up a number of words commonly used today that could be synonymous with the word, "squaw." Clearly none of those words are wife, female or woman. As a result, it is not difficult to understand why American Indian women are offended when they see landmarks or geographical place names using "Squaw" as part of the title. The meaning of the word is obvious when you consider its origin, but for such a title to be endorsed as a part of the history and geography of the state of Montana, it becomes more than offensive. To American Indian women, the use of the term (in any form) is a constant reminder to us of the dehumanizing disregard that others held of us historically. It is a constant reminder to us as well, that in contemporary Montana, there are still those who sanction such disregard for our gender.

**Why it is important to remove "squaw" from state landmarks at this point in our history.**

I have presented to you the connotations of the word, "squaw," and I have provided you with the historical origins of the word, "squaw," and its definition in various dictionaries as well as its meaning and origins in the Algonquian and Mohawk languages. But if you still believe the word is not offensive, I issue the following challenge to you: **If you are a male, try calling your wife, your sweetheart or your mother, a "squaw." (After all, the word simply means, woman or wife). If you are a woman, try using the word, "squaw" to describe your sister, your best friend or your mother. (After all, the word simply means, woman or female).**

In reality, I suspect that few, if any of you, will take up this challenge to call your sweetheart, your wife, your mother, your sister, or your best friend, a "squaw," because if you did, you would probably only get away with it once. We all know that the word is derogatory. But more importantly, now, you know the origin of the word and its meaning and how it came to be a part of the English language. Furthermore, you should also understand why the word is offensive to American Indian women.

It is with this new knowledge and understanding, that I call upon you to take action and remove the "s" word from Montana landmarks. I urge you to support this bill. By doing so, you will not only be voting to right a wrong that has been visited upon American Indian women for centuries, but you will be voting for all Montana women, regardless of their ethnicity, to be regarded with respect.

Respectfully submitted,

Ardy Sixkiller Clarke
Professor

Legislation Page



Montana State University

[Home] [Purpose] [Legislation] [Publications] [In the News]
[What's New] [International Links Third World Women]

Stateline.org: States Slowly Erasing Word 'Squaw' From Maps - printer-friendly version    Page 1 of 2




*Politics & policy news, state by state*

© Copyright 2004 Stateline.org

**WEDNESDAY, APRIL 26, 2000**

# States Slowly Erasing Word 'Squaw' From Maps

*By John Nagy, Staff Writer, Stateline.org*

Detailed maps of the United States like those produced by the U.S. Geological Survey show more than 1,000 different geographical features – from towns to mountains to creeks and reservoirs – that have "Squaw" in their names. But by January 2001 there will be about 25 fewer with the word for woman that Native Americans find offensive, thanks to legislation enacted in Maine earlier this month.

The Maine law allows 90 days for the formation of a statewide review panel that will then have six months to propose and confirm substitutes for the old labels.

Gov. Angus S. King Jr.'s support for the bill appears to have stimulated efforts across the country to make the 's' word disappear, at least from the text of maps. Maine is the third state, after Minnesota in 1995 and Montana last year, to outlaw the word for use in place names because it is considered repugnant by many American Indians.

One week after King signed the bill, South Dakota Gov. Bill Janklow vowed to muster support for a similar measure when his state legislature convenes again next January. Nebraska Gov. Mike Johanns, Janklow's southern neighbor and fellow Republican, says he plans to watch what happens in South Dakota before taking action in his state. In sheer numbers, South Dakota and Nebraska are minor offenders. The USGS counts 25 "Squaw" place names in South Dakota and only 14 in Nebraska. And Johanns may have more than one model law to examine when Cornhusker lawmakers reconvene next year. In Oregon, which has more place names containing "Squaw" than any other state, lawmakers are currently drafting an eradication bill.

Supporters of the Oregon proposal will look to all three of the pioneering states for models of how to draft an adequate bill, says Karen Quigley of the state's Legislative Commission on Indian Services.

"One of the things we're talking about is how to get a piece of legislation that is concrete enough to capture offensive names without being vague." Time and cost are also practical considerations. With so many names to change "what do you replace them with?" Quigley says.

While "squaw" will be the prime target of the measure, she says that other labels like "Dead Indian Road" would be targets as well. Coos Indians are already prepared to nominate "Raven Island" as a replacement for the current Squaw Island.

In all, thirty-six states have "Squaw" features: Squaw Pants Crossing, near Fairbanks, Alaska; Squaw Creek Municipal Golf Course, in Linn County, Iowa; and Squaw Teats summit, near Hot Springs, Wyoming, are typical examples. Most of the names are in New England, the Midwest and Western

states.

Despite their recent laws, Minnesota retains six such place names while Montana still has 74. Minnesota limited the law to apply only to geographic features, not to towns like Squaw Lake, and the process for change was slow. Montana's law, which took effect in October, sets no deadline for the project.

Standard English dictionaries define "squaw" simply as a woman or wife, typically young and of American Indian descent. Opponents of state-level efforts to scrub the name off the landscape say that the word's origins among the Massachusetts tribe in the 17th century carried no offensive connotation and that it was used to refer to both white and Indian women.

Supporters of the new Maine law and similar campaigns in Arizona, Idaho and Ohio dispute that history and say that the word comes from the French adaptation of an Iroqouian term for female genitalia. But to most American Indians, the word's origins are the lesser point.

"Squaw, like "Redskin," is derogatory ... It's offensive to Indian people, particularly Indian women," says Jack Jackson Jr., Government Affairs Director for the National Congress of American Indians.

A Navajo, Jackson says that his father has sponsored "squaw"-removal bills as an Arizona state lawmaker for years.

© Copyright 2004 Stateline.org

Search - 1 Result - squaw

    

Source: Legal > States Legal - U.S. > South Dakota > Statutes & Regulations > SD - South Dakota Codified Laws,
Constitution, Court Rules & ALS, Combined
TOC: South Dakota Codified Laws, Constitution, Court Rules & ALS, Combined > / . . . / > CHAPTER 1-
19C. HISTORICAL NAMES > § 1-19C-4. List of original and replacement names
Terms: squaw  (Edit Search)

*S.D. Codified Laws § 1-19C-4*

SOUTH DAKOTA CODIFIED LAWS
Copyright © 1968-2003 by The State of South Dakota
All rights reserved.

*** STATUTES CURRENT THROUGH THE 2003 SPECIAL SESSION ***
*** ANNOTATIONS CURRENT THROUGH 2003 SD 23 ***

TITLE 1.  STATE AFFAIRS AND GOVERNMENT
CHAPTER 1-19C.  HISTORICAL NAMES

### ◆ GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION

S.D. Codified Laws § 1-19C-4 (2003)

§ 1-19C-4.  List of original and replacement names

Offensive place names in South Dakota by county are replaced as follows:

| County | Current place name | Place name changed to |
|---|---|---|
| Codington | **Squaw** Lake | Serenity Lake |
| Custer | Little **Squaw** Creek | No recommendation |
| | Negro Canyon | " " |
| | Negro Wool Ridge | " " |
| Fall River | **Squaw** Flat | Hat Creek Flat |
| Gregory | **Squaw** Creek | No recommendation |
| | **Squaw** Creek Reservoir | " " |
| Haakon | **Squaw** Creek | No recommendation |
| | Negro Creek | " " |
| Harding | **Squaw** Creek | No recommendation |
| | East **Squaw** Creek | " " |
| | **Squaw** Tree Spring | " " |
| | West **Squaw** Creek | " " |
| Jackson | Big Negro Draw | No recommendation |
| | Little Negro Creek | " " |
| Jones | **Squaw** Creek | Pitan Creek |
| Lake | Negro Creek | Franklin Creek |
| Lawrence | **Squaw** Creek | Cleopatra Creek |
| | East Branch of **Squaw** Creek | East Branch Cleopatra Creek |
| | Negro Gulch | Last Chance Gulch |
| | Negro Hill | African Hill |
| Marshall | **Squaw** Hill | Six Mile Hill |
| | **Squaw** Lake | Six Mile Lake |
| Meade | **Squaw** Butte School | No recommendation |
| | **Squaw** Butte | " " |
| | **Squaw** Creek | " " |
| | Negro Creek School | " " |
| Moody | **Squaw** Creek | Jack Moore Creek |

Search - 1 Result - squaw



Pennington            **Squaw** Creek                        Cedar Breaks Creek
            Negro Creek                            Medicine Mountain Creek
Shannon            Little **Squaw** Humper Creek                        Little Red
Shirt Creek
            Little **Squaw** Humper Table            Little Red Shirt Table
            **Squaw** Humper Creek                    Two Bulls Creek
            **Squaw** Humper Dam                    Two Bulls Dam
            **Squaw** Humper Table                    Two Bulls Table
Stanley            Negro Edge Canyon                    No recommendation
Ziebach            **Squaw** Teat Butte                    Peaked Butte
            **Squaw** Teat Creek                East Rattlesnake Creek

**HISTORY:** Source: SL 2001, ch 9, § 4.

USER NOTE: For more generally applicable notes, see notes under the first section of this part, chapter or title.

Source: Legal > States Legal - U.S. > South Dakota > Statutes & Regulations > **SD - South Dakota Codified Laws,
        Constitution, Court Rules & ALS, Combined**
   TOC: South Dakota Codified Laws, Constitution, Court Rules & ALS, Combined > _/ . . . /_ > CHAPTER 1-
        19C. HISTORICAL NAMES > § 1-19C-4. List of original and replacement names
 Terms: squaw (Edit Search)
  View: Full
Date/Time: Thursday, June 17, 2004 - 11:07 AM EDT

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

 

Source:  Legal > States Legal - U.S. > Montana > Statutes & Regulations > MT - Montana Code Annotated,
         Constitution, Court Rules & ALS, Combined
   TOC:  Montana Code Annotated, Constitution, Court Rules & ALS, Combined > / . . . / > PART 1 GENERAL
         PROVISIONS > 2-15-149 Naming of sites and geographic features -- replacement of word "squaw" --
         advisory group.
 Terms:  squaw (Edit Search)

*Mont. Code Anno., § 2-15-149*

MONTANA CODE ANNOTATED

*** THIS DOCUMENT IS CURRENT THROUGH THE 2003 SESSION ***

TITLE 2  GOVERNMENT STRUCTURE AND ADMINISTRATION
CHAPTER 15  EXECUTIVE BRANCH OFFICERS AND AGENCIES
PART 1  GENERAL PROVISIONS

### ◆ GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION

Mont. Code Anno., § 2-15-149 (2003)

2-15-149  Naming of sites and geographic features -- replacement of word **"squaw"** --
advisory group.

   (1)  The coordinator of Indian affairs shall appoint an advisory group that will serve on a
volunteer basis to consult with local agencies, organizations, and individuals in developing
names to replace present site or geographic names that contain the word **"squaw"**.

(2)  Each agency of state government that owns or manages public land in the state shall
identify any features or places under its jurisdiction that contain the word **"squaw"** and
inform the advisory group of the agency's identification of features or places containing that
word. The agency shall ensure that whenever the agency updates a map or replaces a sign,
interpretive marker, or any other marker because of wear or vandalism, the word **"squaw"** is
removed and replaced with the name chosen by the advisory group.

(3)  The advisory group shall:

(a)  notify the U.S. forest service, the Montana departments of commerce and natural
resources and conservation, and any other entity that compiles information for and develops
maps for the state or for public use of the name change so that it may be reflected on
subsequent editions of any maps or informational literature produced by those entities; and

(b)  place a formal request with the United States board on geographic names to render a
decision on the proposed name change so that the new name will be reflected on all United
States board on geographic names maps.

**HISTORY:**

En. Sec. 1, Ch. 307, L. 1999.

**NOTES:**

Chapter Cross-References

Elected executive officers -- Governor, Lieutenant Governor, Secretary of State, Attorney

 
General, Superintendent of Public Instruction, and Auditor, Art. VI, sec. 1, Mont. Const.

Terms of executive elected officers -- 4 years commencing first Monday in January following election, Art. VI, sec. 1, Mont. Const.

General election -- state officers, 13-1-104.

Part Compiler's Comments

*Severability Clause:*   Section 5, Ch. 272, L. 1971, was a severability clause.

Compiler's Comments

*Effective Date:*   This section is effective October 1, 1999.

**NOTES:**

Chapter Law Review Articles

Energy in the Executive, Roeder, 33 Mont. L. Rev. 1 (1971).

Shaping the Modern West: The Role of the Executive Branch, Leshy, 72 U. Colo. L. Rev. 287 (2001).

Executive Branch (Developments in State Constitutional Law: 1999), 31 Rutgers L.J. 1551 (2000).

Source: Legal > States Legal - U.S. > Montana > Statutes & Regulations > MT - Montana Code Annotated, Constitution, Court Rules & ALS, Combined
TOC: Montana Code Annotated, Constitution, Court Rules & ALS, Combined > /.../ > PART 1 GENERAL PROVISIONS > 2-15-149 Naming of sites and geographic features -- replacement of word "squaw" -- advisory group.
Terms: squaw (Edit Search)
View: Full
Date/Time: Thursday, June 17, 2004 - 11:09 AM EDT

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Source: Legal > States Legal - U.S. > Oregon > Statutes & Regulations > OR - Oregon Revised Statutes Annotated 
TOC: Oregon Revised Statutes Annotated > / . . . / > MISCELLANEOUS PROVISIONS > 271.600. Prohibition on use of term "squaw."
Terms: squaw (Edit Search)

✦Select for FOCUS™ or Delivery
☐

*ORS § 271.600*

OREGON REVISED STATUTES

\*\*\* THIS DOCUMENT IS CURRENT THROUGH THE 2003 EDITION \*\*\*

TITLE 25.  PUBLIC LANDS
CHAPTER 271.  USE AND DISPOSITION OF PUBLIC LANDS GENERALLY; EASEMENTS
MISCELLANEOUS PROVISIONS

◆ GO TO THE OREGON REVISED STATUTES ARCHIVE

ORS § 271.600

271.600. Prohibition on use of term **"squaw."**

  (1) As used in this section and section 2, chapter 652, Oregon Laws 2001:

(a) "Public body" has the meaning given that term in ORS 192.410.

(b) "Public property" has the meaning given that term in ORS 131.705.

(2) Except as required by federal law, a public body may not use the term **"squaw"** in the name of a public property.

**HISTORY:** 2001 c.652 § 1

**NOTES:**
271.600 was enacted into law by the Legislative Assembly but was not added to or made a part of ORS chapter 271 or any series therein by legislative action. See Preface to Oregon Revised Statutes for further explanation.

Note: Section 2, chapter 652, Oregon Laws 2001, provides:

Sec. 2. Notwithstanding section 1 (2) of this 2001 Act [271.600 (2)], a public body that, on the effective date of this 2001 Act [June 27, 2001], owns or leases public property with the term **"squaw"** in the name of the public property may use the term **"squaw"** in the name until the later of January 2, 2005, or two years after the United States Department of Agriculture and the United States Department of the Interior discontinue the use of the term **"squaw"** in the names of geographic places. [2001 c.652 § 2]

Source: Legal > States Legal - U.S. > Oregon > Statutes & Regulations > OR - Oregon Revised Statutes Annotated
TOC: Oregon Revised Statutes Annotated > / . . . / > MISCELLANEOUS PROVISIONS > 271.600. Prohibition on use of term "squaw."
Terms: squaw (Edit Search)
View: Full
Date/Time: Thursday, June 17, 2004 - 11:16 AM EDT

http://www.lexis.com/research/retrieve?_m=21722b904ed5fb741e85c87e880f55e2&docnum...    6/17/04




Source:  Legal > States Legal - U.S. > Maine > Statutes & Regulations > ME - Maine Revised Statutes
TOC:  Maine Revised Statutes > / . . . / > CHAPTER 27. NAMES OF PLACES > § 1101. Definitions
Terms:  squaw (Edit Search)

✦Select for FOCUS™ or Delivery
☐

*1 M.R.S. § 1101*

MAINE REVISED STATUTES

\*\*\* THIS DOCUMENT IS CURRENT THRU 2003 FIRST SPECIAL SESSION OF 121ST
LEGISLATURE \*\*\*

TITLE 1.  GENERAL PROVISIONS
CHAPTER 27.  NAMES OF PLACES

◆ **GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

1 M.R.S. § 1101 (2003)

§ 1101.  Definitions

1. OFFENSIVE NAME. "Offensive name" means a name of a place that includes:

A. The designation "nigger" or "**squaw**" as a separate word or as part
of a word; or

B. The designation "squa" as a separate word.

2. PLACE. "Place" means any natural geographic feature or any street, alley or other road
within the jurisdiction of the State, or any political subdivision of the State.

Source:  Legal > States Legal - U.S. > Maine > Statutes & Regulations > ME - Maine Revised Statutes
TOC:  Maine Revised Statutes > / . . . / > CHAPTER 27. NAMES OF PLACES > § 1101. Definitions
Terms:  squaw (Edit Search)
View:  Full
Date/Time:  Thursday, June 17, 2004 - 11:11 AM EDT

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.