# EXHIBIT 11 - PART A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Squaw Valley Development Company |
| Serial No.: | 76/511,145 |
| Mark: | SQUAW ONE |
| Filing Date: | May 2, 2003 |
| Examiner: | Kathleen de Jonge         Law Office: 116 |
| Office Action Mailed: | July 8, 2004 |

### REQUEST FOR RECONSIDERATION

Commissioner for Trademarks
**BOX RESPONSES/NO FEE**
P.O. Box 1451
Alexandria, Virginia 22313-1451

    This Request for Reconsideration is filed in response to the Office Action mailed on July 8, 2004 in connection with the above-referenced Application, pursuant to 37 C.F.R. § 2.64(b); TMEP § 715.03.   In that Office Action the Examining Attorney accepted the amended identification of goods and services and the amended claim of ownership.   Additionally, the Examining Attorney withdrew the requirement for a substitute specimen for the Class 35 services.   However, the Examining Attorney maintained and made final the refusal of registration under Trademark Act § 2(a), 15 U.S.C. § 1052(a).   Applicant respectfully requests that the Examining Attorney reconsider and withdraw this refusal for the reasons set forth below.

EF 321761460 US

"EXPRESS MAIL" mailing label number=
Date of Deposit ___November 9, 2004___
I hereby swear that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Assistant
Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.


___Denise Bolden___

_Denise Bolden_ (signature)
Signature

Applicant respectfully disagrees with the Examining Attorney's determination that the applied-for mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. Applicant's use the mark SQUAW ONE in connection with ski equipment, clothing and retail sporting goods store services refers to Applicant's world famous resort, Squaw Valley, and in particular the "Squaw One" ski lift at that resort. Accordingly, Applicant submits that the primary significance of the term "squaw" in the applied-for mark is neither offensive nor disparaging.

## I.    TRADEMARK ACT § 2(a)

The Examining Attorney has refused registration of Applicant's mark SQUAW ONE in International Classes 25, 28, and 35 under Trademark Act § 2(a), 15 U.S.C. § 1052(a), on the ground that the applied-for mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. In the first Office Action the Examining Attorney supported this refusal by reference to dictionary and encyclopedia definitions of the term "squaw" which include editorial comments such as "often offensive" or "usually disparaging".

In response, Applicant argued that this evidence was insufficient to demonstrate that the term "squaw" is disparaging as used by Applicant because the Court of Appeals for the Federal Circuit has expressly found error in the T.T.A.B.'s reliance on dictionary sources bearing such editorial comments as the sole basis for finding a mark disparaging. See In re Mavety Media Group Ltd., 33 F.3d 1367, 31 U.S.P.Q.2d 1923 (Fed. Cir. 1994). Additionally, Applicant submitted evidence demonstrating that the primary significance of the term "squaw", as used in the applied-for mark in connection with Applicant's goods and services, refers to Applicant's

world famous resort, Squaw Valley, the home of the 1960 Winter Olympic Games, and not to Native American women. This evidence is specifically incorporated herein by reference.

In the final refusal, the Examining Attorney again cited the same dictionary and encyclopedia editorial comments as evidence in support of the refusal of registration. Additionally, the Examining Attorney attached excerpts of stories from the LEXIS/NEXIS® database regarding legislation in several states and localities banning use of the term "squaw" in place names and landmarks. However, the Examining Attorney has failed to apply the mandated T.T.A.B. and United States District Court for the District of Columbia test to determine whether the applied-for mark is disparaging.

The Trademark Trial and Appeal Board set forth a two-step process for determining whether matter is disparaging in Harjo v. Pro Football Inc., 50 U.S.P.Q.2d 1705, 1738-39 (T.T.A.B. 1999). First, the likely meaning of the matter in question must be determined, taking into account not only dictionary definitions, but also the relationship of the matter to the other elements in the mark, the nature of the goods or services, and the manner in which the mark is used in the marketplace in connection with the goods and services. If that meaning is found to refer to identifiable persons, institutions, beliefs or national symbols, the second question is whether the meaning may be disparaging to a substantial composite of the referenced group. See Pro-Football, Inc. v. Harjo, 284 F.Supp.2d 96, 125 (D. D.C. 2003); Boswell v. Mavety Media Group. Ltd., 52 U.S.P.Q.2d 1600, 1606 (T.T.A.B. 1999); Order Sons of Italy  in America v. Memphis Mafia Inc., 52 U.S.P.Q.2d 1364, 1368 (T.T.A.B. 1999); Harjo, 50 U.S.P.Q.2d at 1738.[1]

---

[1]    "The same standards for determining whether matter in a mark may be disparaging are applicable to determining whether such matter brings 'person, living or dead, institutions, beliefs, or national symbols into contempt or disrepute.'" Boswell, 52 U.S.P.Q.2d at 1609 quoting Harjo, 50 U.S.P.Q.2d at 1740.

Even though it is clear that the question of disparagement *must* be considered in relation to the goods or services identified by the mark in the context of the marketplace, the Examining Attorney's analysis continues to ignore the goods and services offered by Applicant and the marketplace in which those goods and services are offered. See Harjo, 50 U.S.P.Q.2d at 1738-39; Pro-Football, 284 F.Supp.2d at 125 (emphasis added). The Examining Attorney has made a determination that the term "squaw" is simply not registrable in connection with any goods or services or in any context. However, it is well established that the determination of whether matter is disparaging is highly subjective and is based on the facts of each case. See Harjo, 50 U.S.P.Q.2d at 1737; In re In Over Our Heads Inc., 16 U.S.P.Q.2d 1653, 1654 (T.T.A.B. 1990).

A. **The Primary Meaning of the Term "Squaw" in the Applied-for Mark Does Not Refer to Identifiable Persons**

In the present instance, the applied-for mark SQUAW ONE must be considered in the context of the goods and services offered by Applicant and the use of the mark in the marketplace. See Pro-Football, Inc., 284 F.Supp.2d at 125; Boswell, 52 U.S.P.Q.2d at 1606; Order Sons of Italy, 52 U.S.P.Q.2d at 1368; Harjo, 50 U.S.P.Q.2d at 1738. Applicant's mark is used in connection with ski equipment, clothing, and retail stores offering sporting goods and related items. Consumers who encounter the SQUAW ONE mark used in connection with these goods and services are more likely to make the connection with the world famous Squaw Valley resort and its equally famous "Squaw One" ski lift than the offensive or disparaging meaning ascribed to the term "squaw" by the Examining Attorney.

Attached hereto as Exhibit 1 are numerous articles from the LEXIS/NEXIS® database from the past two years in which the term "squaw" is used to refer to Applicant's resort. Moreover, attached hereto as Exhibit 2 are articles from the LEXIS/NEXIS® database demonstrating use of the applied-for mark SQUAW ONE to refer to the famous chair lift at

Applicant's resort. Based on this evidence it is clear that there is no connection whatsoever between Applicant's ski equipment, clothing, and retail stores offering sporting goods and the dictionary definition of the term "squaw" as an American Indian woman. Instead, the only relevant meaning of the term "squaw" as used in the applied-for mark would be the meaning known to consumers of applicant's goods and services, i.e., Applicant's world famous resort and ski lift. See Order Sons of Italy, 52 U.S.P.Q.2d at 1369. Applicant's use of the term "squaw" and its connection with Applicant's resort is also demonstrated by Applicant's ownership of the Internet domain name www.squaw.com, printouts from which are attached hereto as Exhibit 3.

While the term "squaw" may possess one meaning that is offensive or disparaging, the evidence submitted herewith clearly demonstrates that it also possesses an alternate, highly laudable significance and association with a world famous resort and the site of the 1960 Olympic Games. That alternate, highly laudable meaning is the one that is more likely to be thought of by consumers in the context of the goods and services offered by Applicant. The Examining Attorney has offered no evidence of a connection between Applicant's ski equipment, clothing, and retail sporting goods stores and the dictionary definition of "squaw." The lack of a connection between Applicant's goods and services and that dictionary definition is supported by the specimens of use submitted with the Application, which demonstrate that the applied-for mark is not used in any manner that would make such a connection. Applicant does not use the mark as a reference to Native Americans. See In re In Over Our Heads Inc., 16 U.S.P.Q.2d 1653, 1654 (T.T.A.B. 1990) ("... applicant's mark MOONIES -- with its naked buttocks design and spelled without emphasizing the letter 'm' -- would, when used on a doll, most likely be perceived as indicating that the doll 'moons,' and would not be perceived as referencing members of The Unification Church.").

Accordingly, it is clear that the likely meaning of the term "squaw" in Applicant's mark, as used in connection with Applicant's goods and services in the context of the marketplace for those goods and services, does not refer to identifiable persons, but rather to Applicant's world famous resort and the chair lift at that resort.

### B.    Whether the Meaning May be Disparaging

Because the term in question does not refer to identifiable persons it is not necessary to reach the question of whether it is disparaging to a substantial composite of the identified persons.

## II.    CONCLUSION

Doubts on the issue of whether a mark is disparaging are resolved in favor of the applicant. In re In Over Our Heads, 16 U.S.P.Q.2d at 1654. In view of the fact that the primary meaning of the term "squaw" which is most likely to be thought of by consumers of ski equipment, clothing, and sporting goods stores is the world-famous resort Squaw Valley, Applicant respectfully submits that the primary significance of the term "squaw" in the applied-for mark is neither offensive nor disparaging. Accordingly, the mark SQUAW ONE as used by Applicant does not consist of or comprise matter which may disparage Native American women or bring them into contempt or disrepute, and Applicant requests that the refusal to register the mark under § 2(a) of the Trademark Act be withdrawn.

In view of the foregoing, Applicant respectfully submits that this Application is in condition for allowance, and requests that it be promptly passed for publication.

Respectfully submitted,

Dated: New York, New York          By:
     November 9, 2004

Virginia R. Richard, Esq.
Lana C. Marina, Esq.
Matthew A. Pater, Esq.
WINSTON & STRAWN
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700

Attorneys for Applicant
Squaw Valley Development Company

7

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Squaw Valley Development Company |
| Serial No.: | 76/511,144 |
| Mark: | SQUAW |
| Filing Date: | May 2, 2003 |
| Examiner: | Kathleen de Jonge         Law Office: 116 |
| Office Action Mailed: | July 8, 2004 |

### REQUEST FOR RECONSIDERATION

Commissioner for Trademarks
**BOX RESPONSES/NO FEE**
P.O. Box 1451
Alexandria, Virginia 22313-1451

This Request for Reconsideration is filed in response to the Office Action mailed on July 8, 2004 in connection with the above-referenced Application, pursuant to 37 C.F.R. § 2.64(b); TMEP § 715.03. In that Office Action the Examining Attorney accepted the amended identification of goods and services and the amended claim of ownership. Additionally, the Examining Attorney withdrew the requirement for a substitute specimen for the Class 35 services. However, the Examining Attorney maintained and made final the refusals of registration under Trademark Act § 2(a), 15 U.S.C. § 1052(a), and Trademark Act § 2(d), 15 U.S.C. § 1052(d). Applicant respectfully requests that the Examining Attorney reconsider and withdraw these refusals for the reasons set forth below.

EF 321761270 US

"EXPRESS MAIL" mailing label number
Date of Deposit __November 9, 2004__
I hereby swear that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

__Denise Bolden__

Signature

Applicant respectfully disagrees with the Examining Attorney's determination that the applied-for mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. Applicant's use the mark SQUAW in connection with ski equipment, clothing and retail sporting goods store services refers to Applicant's world famous resort, Squaw Valley. Accordingly, Applicant submits that the primary significance of the term "squaw" in the applied-for mark is neither offensive nor disparaging.

Applicant further disagrees with the Examining Attorney's determination that the applied-for mark, when used on or connection with the goods identified in Class 25, so resembles the mark in Registration No. 2,313,003 as to be likely to cause confusion, to cause mistake, or to deceive. The applied-for mark differs from the cited mark with respect to sound, appearance and commercial impression. Accordingly, Applicant's submits that there is no likelihood of confusion between the applied-for mark and the cited mark.

## I.    TRADEMARK ACT § 2(a) REFUSAL

The Examining Attorney has refused registration of Applicant's mark SQUAW in International Classes 25, 28, and 35 under Trademark Act § 2(a), 15 U.S.C. § 1052(a), on the ground that the applied-for mark consists of or comprises matter which may disparage American Indians or bring them into contempt or disrepute. In the first Office Action the Examining Attorney supported this refusal by reference to dictionary and encyclopedia definitions of the term "squaw" which include editorial comments such as "often offensive" or "usually disparaging".

In response, Applicant argued that this evidence was insufficient to demonstrate that the term "squaw" is disparaging as used by Applicant because the Court of Appeals for the Federal Circuit has expressly found error in the T.T.A.B.'s reliance on dictionary sources bearing such

2

editorial comments as the sole basis for finding a mark disparaging.  See In re Mavety Media Group Ltd., 33 F.3d 1367, 31 U.S.P.Q.2d 1923 (Fed. Cir. 1994).    Additionally, Applicant submitted evidence demonstrating that the primary significance of the term "squaw", as used in the applied-for mark in connection with Applicant's goods and services, refers to Applicant's world famous resort, Squaw Valley, the home of the 1960 Winter Olympic Games, and not to Native American women.  This evidence is specifically incorporated herein by reference.

In the final refusal, the Examining Attorney again cited the same dictionary and encyclopedia editorial comments as evidence in support of the refusal of registration. Additionally, the Examining Attorney attached excerpts of stories from the LEXIS/NEXIS® database regarding legislation in several states and localities banning use of the term "squaw" in place names and landmarks.  However, the Examining Attorney has failed to apply the mandated T.T.A.B. and United States District Court for the District of Columbia test to determining whether the applied-for mark is disparaging.

The Trademark Trial and Appeal Board set forth a two-step process for determining whether matter is disparaging in Harjo v. Pro Football Inc., 50 U.S.P.Q.2d 1705, 1738-39 (T.T.A.B. 1999).  First, the likely meaning of the matter in question must be determined, taking into account not only dictionary definitions, but also the relationship of the matter to the other elements in the mark, the nature of the goods or services, and the manner in which the mark is used in the marketplace in connection with the goods and services.  If that meaning is found to refer to identifiable persons, institutions, beliefs or national symbols, the second question is whether the meaning may be disparaging to a substantial composite of the referenced group.  See Pro-Football, Inc. v. Harjo, 284 F.Supp.2d 96, 125 (D. D.C. 2003); Boswell v. Mavety Media

# EXHIBIT 1

1 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

November 2, 2004 Tuesday Final Edition

**SECTION:** TRUCKEE TODAY; Pg. 1K

**LENGTH:** 366 words

**HEADLINE:** Upcoming EVENTS Around Truckee

**BODY:**

Quickest way to get election results

The public is invited to attend and view the Nov. 2 election returns in Council Chambers at Town Hall, 10183 Truckee Airport Road, Truckee. Up-to-the-minute election results in all Nevada County contests will be displayed via computer projector onto a large screen. The Eastern Nevada County Election Return Center will be open from 7:30 p.m. until the final results are released. The Elections Office plans to release absentee ballot results by 8:15 p.m. Nevada County election results may be viewed on the Internet at www.mynevadacounty. com/elections.

Truckee, Reno ski swaps

The Truckee-Donner Recreation and Park District is hosting its annual ski swap from 11 a.m. to 4 p.m. Saturday at the Truckee Community Center, 10046 Church St., Truckee. Equipment check-in for sellers is from 7:30 to 9 a.m. Friday. There will be a silent auction to raise funds for Truckee's Youth Sports Programs. Cost: $1 general, free for children age 12 and younger. Details: 582-7720.

The University of Nevada, Reno ski team swap is Nov. 13-15 at the Reno Livestock Events Center, 1350 Wells Ave., Reno. Details: (775) 825-6555 or visit www.unrskiswap.com.

Squaw job fair this Sunday

Find a job working at Squaw Valley USA during the upcoming ski season at the fair from 9 a.m. to 3 p.m. Sunday Nov. 7 at the Olympic Village Lodge located at the base of the resort, Squaw Valley Road. Positions include guest services, lift operators, ticket sellers, retail sales, parking attendants, ski patrol, ski and snowboard instructors, children's instructors and reservation agents. Details: 581-7112 or visit www.squaw.com.

Truckee high school performs 1930s comedy

"The Man Who Came to Dinner": The Truckee High School Drama Department presents the 1930s drawing room comedy at 7 p.m. Nov. 12-13 and 19-20 at 11725 Donner Pass Road, Truckee. Cost: $7, $5 for students. Details: 582-2600.

'Rock in America' band plays at Harrah's

The '80s rock band Night Ranger, known for "Don't Tell Me You Love Me," "Rock in America" and "Sister Christian," performs at 8 p.m. Nov. 13 at Harrah's Lake Tahoe. Cost: $27.50. Details: 588-6611 or (800) 427-7247.

**GRAPHIC:** Publicity photo; MOODY JAZZ: Saxophonist John Ellis, at right, and his band will play at 9 p.m. Nov. 19 at Moody's Bistro and Lounge, 10007 Bridge, Truckee. Details:

Reno Gazette-Journal November 2, 2004 Tuesday Final Edition

**LOAD-DATE:** November 3, 2004

47 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

October 21, 2004 Thursday Final Edition

**SECTION:** LIFE; Pg. 3F

**LENGTH:** 543 words

**HEADLINE:** Do things: News & Notes

**BODY:**

Films at **Squaw**

Snowboarders excited by the recent snowfall can satisfy their jones with three free films Saturday at the Village at **Squaw** Valley.

Kids Know Pro's "Love Hate," Think Thank Productions' "Thunk" and local film company Neoproto Films' "Everyday Something" will show from 6 to 9 p.m. DJ Rico will spin and a raffle will benefit the North Lake **Tahoe** Skatepark Fund.

Details: Call (530) 584-6266.

Mark Vanderhoff

Films at **Squaw**

Sierra-at-**Tahoe** kicks off the job fair season Saturday. The **ski** area will interview for part- and full-time positions from 10 a.m. to 2 p.m. at the Main Lodge.

Northstar-at-**Tahoe** will hold its job fair from 9 a.m. to 4 p.m. Nov. 6 in the Northstar Village. Appointments are recommended for interviews. Appointments can be made by calling (530) JOB-3510.

Benefits at both **ski** areas, which are owned by Booth Creek Resorts, include free skiing and snowboarding at any Booth Creek Resort, free **ski** and snowboard lessons, discounted rental equipment, and 50 percent discounts on food.

**Squaw** Valley will hold its job fair from 9 a.m. to 3 p.m. on Nov. 7 at the Olympic Village Lodge.

Mark Vanderhoff

'Trekking California'

The Mountaineers Books may have set a new standard for guidebooks with "Trekking California," ($18.95) a smart and appetizing book out this week.

The first things I noticed when opening this guidebook were the two-page relief maps. Big and colorful, they really give a reader an overall feel for the landscape. Although some readers may prefer the topographic maps featured in some guidebooks, I prefer to buy real topographic maps separately and use guidebooks as a primer or to help me pick a trip.

The second thing I noticed was the photography. While many publishers rely on authors who write well but don't necessarily take great photos, The Mountaineers found a man who can do both in Paul Richins Jr. He's no David

Reno Gazette-Journal October 21, 2004 Thursday Final Edition

Muench, but his work beats most of what's out there in guidebooks. The publisher even did his photos justice with quality reproduction.

After scoping the maps and looking at the photos, I started reading about Richins' recommended treks. Although skeptical at first about the title, which I thought was a gimmick to repackage old material, I realized that treks are long-distance hikes that often travel cross-country, or off the trail. Eight of the recommended treks travel off-trail.

The treks include a creative loop on trails in Desolation Wilderness, an intriguing Northern Yosemite jaunt that includes some cross-country travel and some standards like the Lost Coast Trail and a portion of the **Tahoe** Rim Trail.

Richins' writing is never melodramatic, but always clear and interesting. Charts and graphics pull the essential beta out for easy access. One feature I don't recall seeing in any books before is a trail summary chart that breaks down mileage between major points alongside a running trip total. I've always had to write out this information myself, but here it's done for the reader.

Finally, The Mountaineers need to be commended for using slick paper that withstood some ginseng tea poured on a page. After being wiped off, the tea left neither a stain nor a rumple, a quality that will come in handy in the field.

Mark Vanderhoff

**GRAPHIC:** Mountaineers Books (book cover not archived)

**LOAD-DATE:** October 22, 2004

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

October 19, 2004 Tuesday Final Edition

**SECTION:** TRUCKEE TODAY; Pg. 1K

**LENGTH:** 183 words

**HEADLINE:** Upcoming EVENTS Around Truckee

**BODY:**

Winter job fair at Squaw

Find a job working at Squaw Valley USA during the upcoming ski season at the fair from 9 a.m. to 3 p.m. Nov. 7 at the Olympic Village Lodge located at the base of the resort, 1960 Squaw Valley Road. Positions include guest services, lift operators, ticket sellers, retail sales, parking attendants, ski patrol, ski and snowboard instructors, children's instructors and reservation agents. Details: 581-7112 or www.squaw.com.

Great Pumpkin Festival

A visitor to last year's Great Pumpkin Festival at the Village at Squaw Valley, left, scrutinizes pumpkins large and small. This year's festival runs from Saturday through Oct. 31. Events include a performance of "You're a Good Man Charlie Brown," a karaoke party and costume contest at Balboa Cafe, the pumpkin patch and a haunted house tour. This year's patch will be open Saturday and Sunday. The haunted house runs from 5 to 9 p.m. Saturday thorugh Oct. 23 and from 3 to 10 p.m. Oct. 30 and 31. Proceeds from the haunted house benefit Excellence in Education. Cost: $2 for children and $5 for adults.

**GRAPHIC:** Provided by Squaw Valley; Voluteers sought for ski school; The Tahoe Adaptive Ski School at Alpine Meadows Ski Area is looking for volunteers to help teach people with disabilities to downhill ski. You must be a strong intermediate skier or snowboarder and like to have fun. Training and lift tickets are provided. Details: Caylin Goldey at 581-4161.

**LOAD-DATE:** October 20, 2004

500 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

May 16, 2004 Sunday

**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 2582 words

**HEADLINE:** Mother Nature comes through

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

Capital improvements help boost numbers at ski resorts

By Ryan Randazzo and Thomas J. Walsh

Reno Gazette-Journal

Early season snow promised to keep Lake **Tahoe ski** resorts busy this season. But after November and December's blessing, the season warmed up, especially during the past two months.

Despite the warm, mostly snowless spring, local resorts report strong visitor numbers for the year, pumped up by various capital improvements and season pass specials.

While Heavenly enjoyed a giant boost in visitors as of January, the spring weather kept most other resorts from posting any records.

"This time of year, our competitors no longer become other **ski** areas, they become other activities - golf, biking ..." Alpine Meadows spokeswoman Rachel Woods said. As the **Tahoe** season wraps up today with the last day of skiing and snowboarding at **Squaw** Valley USA, some resorts offered a look back at how 2003-2004 panned out - and a preview of what lies ahead for 2004-2005.

Heavenly capital

The Heavenly **ski** resort in South Lake **Tahoe** had a really good year, spokeswoman Molly Cuffe said, although it also was affected by the warm spring.

Heavenly is in the fortunate position of having a new corporate parent that committed $40 million in capital spending for the resort during a five-year period, starting in May 2002, when Vail Resort Inc. of Colorado bought the business.

This summer, $10 million of that will be ploughed into the mountain, including a new high-speed, six-person lift that will replace two older and slower three-person chairs (the Waterfall and Powder Bowl lifts).

Cuffe said overall business was up almost 22 percent as of January, when compared with the previous year. However, numbers for the entire season were not available last week from Vail Resort, whose fiscal third quarter ended April 30.

107 of 2174 DOCUMENTS

Copyright 2004 Newspaper Publishing PLC
Independent on Sunday (London)

October 3, 2004, Sunday

**SECTION:** First Edition; FEATURES; Pg. 2,3

**LENGTH:** 1819 words

**HEADLINE:** SNOW SPECIAL: HERE TODAY, GONE TOMORROW: ON THE ROAD IN COLORADO; ONE HOLIDAY, FOUR RESORTS. IF YOU KEEP ON THE MOVE, SAYS MINTY

**BYLINE:** MINTY CLINCH Road runner: take a break from the pistes in downtown Durango, main picture, where you can hear some honky tonk piano. Then head for the next resort in your four-wheel drive WWW.COLORADO TOURISM.COM

**BODY:**

When in America, do as the natives do and travel by car. This applies as much to ski trips as to any other form of holiday. Just think how easy it would be to fly in, sling your kit into a 4x4 and hit the road. In the Rocky Mountains, there is no shortage of 19th-century mining towns with wide streets and attractive red-brick buildings that have reinvented themselves as winter sports centres, either with ski-in, ski-out facilities or with town hills a few miles down the road.

In America, the Jack Kerouac spirit still rules. Ask someone who lives in Chicago, for example, how he's going to visit his family in Phoenix and he may well say, "Oh, we'll load up the car and drive." In Europe, a road trip of around 2,000 miles would take you from London to Istanbul or Moscow. It would mean crossing frontiers, buying extra insurance and paying motorway charges in a number of different currencies. You might have to get permits and you would almost certainly stop for a couple of nights en route.

In middle America, the interstate highways go from nowhere to nowhere for hundreds of miles. Many are giant dual carriageways, running straight and true through prairies as empty as they would have been when Kerouac passed them half a century ago.

As it was then, so it is now. While American cities cater for every commercial whim, rural development is sketchy and often shabby. In fat-obsessed Britain, it is increasingly difficult to find a traditional caff selling a fried breakfast, but American country folk have no such reservations about the one meal they almost always cook well. Stop at any diner, however unappealing it looks, and you'll get a warm welcome, far removed from the tip-seeking plastic smiles of the big resorts. Sure the coffee will be undrinkable, but at least they let you take responsibility for your own obesity.

Within an hour of landing at a small airport in southern Colorado, we were ordering beer in the Diamond Belle bar in Durango's finest, the Strater Hotel, built in 1887 and maintained in the same manner ever since. It was barely noon, but the barmaid was dressed in fishnet

tights and a velvet basque with a silky fringe that fluttered round her bum when she walked. In her spare time, she worked on her PhD, but being a belle means wearing a Victorian tart's outfit at all times. "Yeah, well," she said philosophically, "I don't come here every day."

You could stay at the purpose-built Durango Mountain Resort 25 miles away, but that would be to miss out on the Strater's bedrooms which have period four-posters, velvet hangings and hand-screened wallpaper. Downtown life focuses on the Diamond Belle, where honky tonk piano music pulls in grumpy Korean vets in cowboy hats in the

Independent on Sunday (London), October 3, 2004

evening, and the Orio bar on the other side of Main Street. Named after a mean biker who used to start fights in it, the Orio attracts fellow Harley riders who treat it as a shrine, roaring into town to drink themselves on to the sawdust floor under the pool tables before staggering down the road to finish up in the Scoot and Blues club.

Durango has two local ski hills, Durango Mountain Resort and Wolf Creek, each worth a day's lift pass, but not much more. Both are quintessentially all-American, with chairlifts fanning out from the base lodge, glade runs cut from the forest and a choice of identikit mountain cafeterias serving burgers and fries. Durango Mountain Resort, formerly known as Purgatory, has been extended recently, but in this case, bigger means more of the same rather than better.

After a couple of days, we loaded up at dawn and drove over a pass in the San Juans to the dead-end town of Silverton. It too has its own hill accessed by a dirt road, a private enterprise owned by Jen and Aaron Ader Brill, self-styled California ski bums who grew up, got married and acquired the rights to Silverton Mountain. In 2000, they bought a double chairlift from Mammoth in California, installed it at 10,400ft, and opened up their off-piste adventure business.

By 9am, we were parked in a row of mountain vehicles, many of them owned by slim mountain men with shovels sticking out of their backpacks. We followed them into the tent that serves as a base lodge to listen to a lecture designed to deter any doubters. Silverton is rugged, ungroomed and a long way from help. If you don't think you can hack it, best not to try. Jen and Aaron might even refund part of the $ 80 (pounds 47) fee so as not to have to haul you off the hill.

As no one was put off, we all started queuing for backpacks, shovels, transceivers and wide skis, then joined our groups (a maximum of eight per guide) to ride up the mountain. Not to the start of skiing, as it turned out, but to the start of hiking that goes up to 13,487ft. Each step is a lung-buster in the thin air, but the struggle is worth it because Silverton is steep, steep, steep.

Even the easiest descents are as challenging as most resorts get, and the terrain is magnificent, with virgin snowfields and stands of trees guarding testingly narrow gullies. Not our lucky day, as it turned out, because the snow was mashed potato rather than powder. I wouldn't have missed it, but I'd certainly like to go back to see it at its best. As it was, I felt I'd more than earned the beer on sale in the tent - but only after the lift shuts.

Four hours later, we reached Telluride in time for the very end of dinner and 10 hours' much needed sleep in the New Sheridan Hotel, another Rocky Mountain Victorian classic. Over the past decade, Telluride has developed into the really rich man's Aspen, with Tom Cruise as its most famous resident, but the spectacular main street is little changed from 1889 when Butch Cassidy robbed his first bank. As the resort stands at the end of a box canyon, it was a brave choice, but he managed to outrun the posse by posting fresh horses along the only route out of town.

In those days, Main Street was the dividing line between respectability and prostitution, with family homes on one side and brothels on the other, but nowadays every period home is a bijou residence. Like many ex-mining towns, Telluride has a modern arm, in this case a mountain village that is cunningly concealed from the period part, but joined to it by a horizontal gondola that runs until midnight.

The ski area connects well, with two base stations in the downtown area and a wide range of possibilities for all levels on the upper mountain. Both town and village have gourmet dining, but staying in the New Sheridan opens up the nightlife in the Last Dollar Saloon and O'Bannons, the friendliest pool-playing watering holes in the area.

Allow nine hours for the spectacular drive from Telluride to Taos, starting in the mountains of southern Colorado and ending in the deserts of northern New Mexico. The Taos Ski Valley, 20 miles beyond the town that is known both for its artistic community and its Native American pueblos, is a genuine ski oasis in the remote Carson National Forest. It was hacked from virgin terrain in the 1950s at the instigation of the late Ernie Blake, who flew over the mountains to pick the perfect spot for his dream resort.

We arrived on his birthday in early March, an event that is celebrated annually with fireworks and a beer festival, then challenged ourselves the next day on the slopes he named for prominent 20th-century Europeans, among them the British ski pioneer Sir Arnold Lunn. Some of the chutes are a genuine test of nerve, steep and gnarly, with awkwardly placed trees, but no one can say they've skied the resort until they've completed the 600ft hike up Kachina Peak. At that point, you really feel you're on top of the world.

GIVE ME THE FACTS

How to get there

Independent on Sunday (London), October 3, 2004

Minty Clinch's 12-night road trip was organised by **Ski Independence** (0870 555 0555; www.ski-i.com) which can arrange tailor-made road trips in the US and Canada. A similar trip would cost from pounds 1,447 per person, based on two sharing, including return flights on United Airlines into Durango and out of Alburquerque, accommodation at the Strater Hotel in Durango, New Sheridan in Telluride, and Inn at Snakedance in Taos, and 4x4 rental. Silverton Mountain (00 1 970 387 5706; www.silvertonmountain.com) is open Thursday-Sunday, reservations required.

How to do it yourself

Once you're addicted to road trips, wide horizons beckon throughout the American and Canadian west. The simplest approach is to pick the resorts you fancy and ask the experts to link them up. But given time and patience, it's perfectly easy to go it alone. Book flights and rent a car (preferably a 4x4, but otherwise with snow tyres and/or chains) on the internet. Outside peak times, you can reserve rooms en route. For tips, see www. roadtripamerica.com.

Four to follow:

Jackson Hole, Sun Valley and Big Sky: a triangle that offers a rewarding contrast. Jackson Hole, in Wyoming cowboy country, is a winning combination of world-class terrain and gourmet dining, Sun Valley is an unexpected oasis of yesteryear elegance in the impoverished potato state of Idaho, and Big Sky is a barely discovered newcomer in the wilds of Montana. Factor in Grand Targee's celebrated powder fields, near Jackson, and quirky Bridger Bowl, near Big Sky. Driving time between resorts: 3-6 hours.

California: Lake Tahoe is ringed by no fewer than 16 resorts, headed by magnificent **Squaw** and massive Heavenly. Other contenders, all within an hour's drive of each other, include Alpine Meadows, Kirkwood, Northstar and Sierra-at-Tahoe, all skiable on a six-resort pass. Mammoth, four hours to the south, is the other Californian option. With an open-jaw ticket (flying into San Francisco and out of Los Angeles), it is possible to include Reno, or Las Vegas, the Grand Canyon and golf in Palm Springs in a single trip.

The Okanagan Valley: in winter, Canada's most famous wine region hangs up its clippers and takes to the slopes. The best resorts are family-orientated Big White, colourful Silver Star and ever-expanding Sun Peaks, owned by the former Olympic champion Nancy Greene, with Apex as an optional day trip. Distances are small: a maximum of four hours on the road.

The Rockies Loop: another Canadian classic that includes Fernie's stern challenge and Lake Louise's fairytale lake, plus Kicking Horse, an increasingly popular newcomer, and the newly improved Panorma, with its tempting heli- **ski** options. Again distances are very manageable: 3.5-4 hours at most.

The tour operator:

Ski Safari (01273 223680; info@skisafari.com; www. skisafari.com): North American specialist, with a particular interest in road trips, though not in pre-packaged form. Prices for all the above on application.

The tailor-made alternative:

Momentum **Ski** (020-7371 9111, sales@momentumski. com, www.momentumski. com): You name it, they'll sort it.

Minty Clinch

**LOAD-DATE:** October 3, 2004

146 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal (Reno, NV)

September 20, 2004 Monday Final Edition

**SECTION:** SPORTS; Pg. 3C

**LENGTH:** 1511 words

**HEADLINE:** Three-peat for Howell

**BYLINE:** John Trent

**BODY:**

Repeat winners: Howell records fifth Journal Jog victory; Ulrich claims fourth woman's crown

By John Trent

Special to the Reno Gazette-Journal

They ran stride for stride for the final three miles of Sunday's 36th annual Reno Gazette-Journal Jog, through a cold, biting wind, trading hard surges the way a couple of boxers might trade hard combinations in a championship fight.

Who would buckle first?

John Howell, 30, was the defending champion, shooting for his third straight victory and fifth overall in a Jog career that started 15 years ago when he was an up-and-coming runner at Wooster High School.

Nick Bingham, 33, a pleasant yet serious Reno engineer, had come close to winning the Jog in years past, finishing as high as second in 2001.

"We went back and forth the whole way," said Howell, who held off Bingham for his third straight Jog win. "No matter how hard I tried, I could never get rid of Nick. We were side by side with about a mile and half to go ... and then I knew the race had become a race of strategy."

Howell realized that will wouldn't be the overriding factor in Sunday's race, which drew 1,840 participants for Reno's oldest and most prestigious run.

"Nick's a tough, tough guy," he said of Bingham, who in June placed sixth in one of the world's toughest running tests, the Western States 100-mile Endurance Run. "I knew to beat him, it was all a matter of figuring out the perfect time to drop the hammer ... and then hang on."

As the pair came upon a small hill on Hunter Lake Drive, about a quarter mile from the finish in the 8-kilometer

From 3C

race, Howell tried one last surge. He created a gap of about three strides.

"Then it was an all-out sprint to the finish," said Howell, who edged Bingham to the finish in a winning time of 26 minutes and 44 seconds. Bingham was second, only three seconds behind, in one of the tightest finishes in Jog history in 26:47. Reno's Mike Fretz was third in 27:39.

Reno Gazette-Journal (Reno, NV) September 20, 2004 Monday Final Edition

In the women's race, University of Nevada, Reno women's cross country coach Kay Ulrich won by more than three minutes. Ulrich, 32, finished fifth overall in 28:24. Cory Avery, 43, of Reno, was second in 31:53, while California runner Ramona Sanchez, 27, was third in 32:02.

Ulrich fed off the energy of several of the Wolf Pack's runners, who volunteered for Sunday's race.

Ulrich, who races sparingly because of her duties with the Wolf Pack, decided to run only because the Wolf Pack had an open date over the weekend. After opening the season on Sept. 11, the Wolf Pack, the defending Western Athletic Conference champions, did not have another meet until Sept. 25 at the Stanford Invitational.

Fourth-place finisher Fred Zalokar - and first master's (over 40) finisher in 28:11 - said Ulrich, NCAA champion for Oklahoma at 5,000 meters in 1993 and Jog champion in 1998-2000, ran a remarkably even race.

"Kay was in front of me pretty much the whole way through Idlewild Park," Zalokar said. "She's so strong and smooth. I had to really run hard to catch her coming out of the park. She knows how to run on a day like today."

For Howell, Sunday's race was redemption for a poor race in August's Squaw Valley Mountain Run. Buried with studies for chiropractic school, Howell struggled home 12th at Squaw on Aug. 7.

"School just kind of took over," said Howell, an All-America steeplechaser at Northern Arizona University in the mid-1990s. "I was bummed after the Mountain Run, so I knew I'd have to make some adjustments and train harder the last few weeks. Today went really well. Today I wanted to wait as long as I could because I wasn't too sure of my fitness.

"Of all the Jogs I've run, this is the most worried I've ever been. It feels great to win again, and to have such a good, hard run against Nick."

Editor's note: John Trent was also a participant in the Journal Jog.David B. Parker/Reno Gazette-Journal number please: Andrea Pham, 13, of Reno helps keep track of the finishers at the end of the 2004 Journal Jog on Sunday.From 3C

race, Howell tried one last surge. He created a gap of about three strides.

"Then it was an all-out sprint to the finish," said Howell, who edged Bingham to the finish in a winning time of 26 minutes and 44 seconds. Bingham was second, only three seconds behind, in one of the tightest finishes in Jog history in 26:47. Reno's Mike Fretz was third in 27:39.

In the women's race, University of Nevada, Reno women's cross country coach Kay Ulrich won by more than three minutes. Ulrich, 32, finished fifth overall in 28:24. Cory Avery, 43, of Reno, was second in 31:53, while California runner Ramona Sanchez, 27, was third in 32:02.

Ulrich fed off the energy of several of the Wolf Pack's runners, who volunteered for Sunday's race.

Ulrich, who races sparingly because of her duties with the Wolf Pack, decided to run only because the Wolf Pack had an open date over the weekend. After opening the season on Sept. 11, the Wolf Pack, the defending Western Athletic Conference champions, did not have another meet until Sept. 25 at the Stanford Invitational.

Fourth-place finisher Fred Zalokar - and first master's (over 40) finisher in 28:11 - said Ulrich, NCAA champion for Oklahoma at 5,000 meters in 1993 and Jog champion in 1998-2000, ran a remarkably even race.

"Kay was in front of me pretty much the whole way through Idlewild Park," Zalokar said. "She's so strong and smooth. I had to really run hard to catch her coming out of the park. She knows how to run on a day like today."

For Howell, Sunday's race was redemption for a poor race in August's Squaw Valley Mountain Run. Buried with studies for chiropractic school, Howell struggled home 12th at Squaw on Aug. 7.

"School just kind of took over," said Howell, an All-America steeplechaser at Northern Arizona University in the mid-1990s. "I was bummed after the Mountain Run, so I knew I'd have to make some adjustments and train harder the last few weeks. Today went really well. Today I wanted to wait as long as I could because I wasn't too sure of my fitness.

"Of all the Jogs I've run, this is the most worried I've ever been. It feels great to win again, and to have such a good, hard run against Nick."

Reno Gazette-Journal (Reno, NV) September 20, 2004 Monday Final Edition

Editor's note: John Trent was also a participant in the Journal Jog.

Journal Jog Age Group Results

Top Finishers Male

1 John Howell  26:44

2 Nick Bingham  26:47

3 Mike Fretz  27:39

M 1- 9

1 Ben Lerude  47:19

2 Danny Clifton  50:43

3 Glenn Gansert  52:22

M 10-14

1 David Howard  33:58

2 Myles Bean  34:28

3 Jentre Taber  34:55

M 15-19

1 Matt Hausauer  28:50

2 Matthew Freeman  29:27

3 Sam Coffman  32:06

M 20-24

1 Brian Colleran  29:04

2 Tyler Sandoval  29:54

3 David Glodowski 30:19

M 25-29

1 Greg O'Hair 30:05

2 Christopher Peterson  33:47

3 Danny Clausen  33:59

M 30-34

1 John Howell  26:44

2 Nick Bingham  26:47

3 Patrick Bailey  29:15

M 35-39

1 Mike Fretz 27:39

2 Agustin Arroy  29:10

3 Paul Miers  29:48

M 40-44

1 Fred Zalokar  28:11

Reno Gazette-Journal (Reno, NV) September 20, 2004 Monday Final Edition

2 Mike Scarborough  28:41

3 Daniel Lucas  30:52

M 45-49

1 Armando Ruiz 29:36

2 Wayne Avery  30:44

3 Kevin Brunson 31:01

M 50-54

1 Dale Magnin  31:47

2 Buzz Graves  32:43

3 Davide Cervone 32:58

M 55-59

1 Perry Hayden  31:59

2 Gary Brooks 32:31

3 Ralph Johnson  33:37

M 60-64

1 Skip Houk  32:57

2 Bill Bengiveno  34:18

3 Glade Hall  35:12

M 65-69

1 Frank Hernandez  39:21

2 David Price  42:25

3 Allen Zeme  44:18

M 70-99

1 Gene Nelson  43:57

2 George Ball  44:48

3 Bob Ramsdell  45:30

Top Finishers Female

1 Kay Ulrich  28:24

2 Cory Avery  31:53

3 Ramona Sanchez  32:02

F 01- 9

1 Netty Weitzman  49:31

2 Callie Starn  1:02:45

3 Laura Diflo  1:03:19

F 10-14

1 Laken Cowder  33:48

Reno Gazette-Journal (Reno, NV) September 20, 2004 Monday Final Edition

2 Madison Knight  37:23

3 Mattie Huffman  41:56

F 15-19

1 Asia Taber  33:17

2 Jamie Steinman  39:15

3 Jessica Stewart  42:54

F 20-24

1 Kristin Reagan  34:50

2 Amy Kight  35:46

3 Alexandra Cessna  36:09

F 25-29

1 Ramona Sanchez  32:02

2 Jeff Bertelson  37:01

3 Niki Champ  38:05

F 30-34

1 Kay Ulrich  28:24

2 Lisa Petersen  34:08

3 Jacqueline Renshaw  35:12

F 35-39

1 Regina Erquiaga  33:47

2 Julie Schmidt  34:47

3 Dina Hunsberger  36:00

F 40-44

1 Cory Avery  31:53

2 Joanne Banducci  32:08

3 Rachel Atchley  33:01

F 45-49

1 Peggie Black  34:01

2 Karen Barrett  36:25

3 Gail Brannan  36:58

F 50-54

1 Margaret Franklin  42:45

2 Maureen Higgins  42:48

3 Nancy Lilyhorn  42:51

F 55-59

1 June Lane  38:17

Reno Gazette-Journal (Reno, NV) September 20, 2004 Monday Final Edition

2 Janet Josephsen  43:54

3 Jan Wilson  45:23

F 60-64

1 Carol Gomez  46:52

2 Ande Chern  49:12

3 Gail Palchikoff  50:59

F 65-69

1 Nancy Oakes  54:53

2 Mary Schmidt  1:06:34

F 70-99

1 Monica Miller  55:55

**LOAD-DATE:** September 21, 2004