# EXHIBIT 11 - PART B

159 of 2174 DOCUMENTS

Copyright 2004 FDCHeMedia, Inc. All Rights Reserved
Copyright 2004 CCBN, Inc. All Rights Reserved
FD (Fair Disclosure) Wire

September 14, 2004 Tuesday

Transcript 091404ay.780

LENGTH: 9531 words

HEADLINE: Q4 2004 Intrawest Earnings Conference Call - to Discuss Year-end Results - Final

BODY:

OPERATOR: Good morning, ladies and gentlemen. Thank you for standing by. Welcome to Intrawest's fourth-quarter results conference call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session. As a reminder, this conference call is being recorded on Tuesday, September 14, 2004. I would now like to turn the conference call over to John Currie, Chief Financial Officer of Intrawest Corporation.

JOHN CURRIE, CFO, INTRAWEST CORPORATION: Thank you, operator, and thank you for joining us on Intrawest Corporation's year-end conference call for fiscal 2004. With me on the call today are Joe Houssian, Chairman, President, and Chief Executive Officer; Dan Jarvis, President and CEO of the Intrawest Leisure and Travel Group; and David Blaiklock, Vice President and Corporate Controller.

We have invited media and individual shareholders on the call in a listen-only mode. Analysts and institutional investors will be permitted to ask questions at the conclusion of our remarks. In addition, we are Webcasting the call live from our corporate Website, www.intrawest.com. The conference call will be replayed for one week and will be archived on our Website for one year.

I want to remind listeners that our comments and answers to questions may contain forward-looking information. This information by its nature is subject to risks and uncertainties, and actual results may differ materially from those projected in such information. Please refer to our fiscal 2003 Management's Discussion and Analysis for more information.

On the call today, I will provide some detail on our overall results and on our real estate, and Dan Jarvis will speak to Resort operations and Management Services. But to lead off, I will turn it over to Joe for some introductory remarks.

JOE HOUSSIAN, CHAIRMAN, PRESIDENT & CEO, INTRAWEST CORPORATION: Thank you, John. We just came off our Board meeting yesterday and it was a very pleasant meeting. We have had a very, very satisfying year, as you have perhaps seen in our results. It was a year in two respects that for me were significant and stellar years of the 28 years of Intrawest, one because of our financial performance, particularly as it related to our number one objective, which was to generate free cash flow and pay down debt, and we overachieved our own objectives on those.

And secondly, and something that is a little less visible, but something you're going to see and hear a whole lot more about, is 2004 was the year that we, after ten years of building a network of resorts, tied them all together in kind of an intellectual way, with a reorganization of all of our non-real estate entities into the Leisure/Travel Group, headed up by Dan Jarvis and Hugh Smythe.

Let me start with the financials, and I will just be very summary in my comments, because the guys are going to get into more detail. But it was pretty well records all the way around. Revenue of 1.5 billion; 1.1 last year. EBITDA of 268 million; we were 209 last year. We overachieved both our own internal budgets and our estimates.

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

Net income of 60 million versus 34 million last year. Net income would also have been a record for Intrawest except we did take advantage of the falling interest rates and, you may recall, we redeemed bonds in the second quarter and took a $12 million deduct from income in doing so. EPS ended up at $1.25 versus 73 last year. And again, if we had normalized EPS without the bond paydown, we would have been at $1.48, so quite a reversal from last year.

Our Company was this year on all fronts dedicated to generating free cash flow and driving down debt. We generated 293 million in free cash, which was substantially above our own projections and certainly above the street's projections. We used that cash to pay down debt, which now stands net debt at 849 million, which is 285 million lower than last year. And of course, we are always comparing our net debt to EBITDA ratios with other companies and within our own ranges of comfort. We are now at 3.2 times. It is at the very low end of lodging and leisure companies; it's light years below real estate companies; and it is below our own internal range of debt to EBITDA.

So the bottom line is the Company has in one year -- but it obviously took more than one year to get organized -- has moved to a very, very strong financial balance sheet, and in that same year has moved back to growth on the earnings and EBITDA side. And perhaps at the end of the conversation, I will reflect a little bit on what we see coming up in the future. But now, let me turn it over to John and give you just a bit more detail.

JOHN CURRIE: Thanks, Joe. I will lead in with general comments on the fourth quarter. Net income was 2.6 million, or 5 cents per diluted share, compared with a net loss of 14.5 million, 30 cents per share, in the fourth quarter last year. The loss last year included a $12.3 million write-down of technology assets. That was resulting from our decision to standardize business systems across Resorts and to downsize our RezRez subsidiary. Excluding that item, the loss in the fourth quarter of 2003 would have been 3.7 million, or 8 cents per diluted share.

Total revenue for the quarter increased from 371.4 million to 485.1 million, due mainly to a $100.5 million increase in Real Estate revenue. Real Estate revenue in Q4 2004 included 62.7 million for selling the first four projects into the second phase of our Leisura partnerships. Total Company EBITDA increased 54 percent, from 40.8 million to 62.8 million. Increases in EBITDA of 24.1 million from Real Estate and 5.4 million from Management Services were partially offset by reduced EBITDA of 4.6 million from Resort operations and 2.9 million higher G&A costs. The increase in G&A was due mainly to increased compensation expenses, the cost of expensing stock options and higher corporate governance costs.

Turning to the general comments for the full fiscal year, as Joe mentioned, earnings per share for the year was $1.48, if you exclude the cost of redeeming our bonds in the second quarter. This is higher than the guidance of approximately $1.20 that we gave on the third-quarter conference call due to a number of factors.

Firstly, across-the-board strength in real estate sales across many regions. Secondly, increased income from Leisura. In accordance with GAAP and as recommended by its auditors, Leisura adopted the percentage of completion basis as accounting for its sales. This accelerated the recognition of our deferred land profit and equity income and added about 10 cents per share to our EPS.

Also, profit from the sale of two development sites, one at Mammoth, one in Hawaii, which we were not actively marketing at the time of the third-quarter call and had not expected to sell, the EPS impact of these transactions was approximately 14 cents per share. Lastly, a tax rate of 12.5 percent for the fiscal year, which is lower than our 15 percent estimate and increased EPS by 4 cents.

Free cash flow of 293 million was also higher than the guidance we gave on the Q3 call of 225 to 250 million. This is mainly due to closing the sale of the four projects to the second phase of Leisura before year-end for proceeds of approximately 40 million. We're very pleased that Leisura is running so smoothly now that we were able to do these transfers ahead of our budgeted time line.

Turning now to Real Estate. For the fourth quarter, Real Estate revenue increased to 379.7 million from 279.2 million in Q4 of 2003. Included in revenue for the quarter was the 62.7 million that I referred to for the four projects that were sold to Leisura. Excluding the project sales to Leisura, real estate revenue increased by 37.8 million to 317.0 million. Consistent with our strategy of working with financial partners, we sold a property in Orlando that we had purchased earlier in the year to a partly-owned partnership for 21.5 million, and that contributed to this increase.

In total, we closed 540 units in Q4 2004 compared with 677 units in the fourth quarter of 2003. The higher average revenue per unit in 2004, 531,000 per unit versus 375,000 last year, reflects the disproportionately high number of closings in high-end projects, including the Four Seasons Resort at Whistler.

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

The profit contribution from real estate development for the quarter was 49.0 million, up from 42.0 million in Q4 2003. Excluding the 62.7 million of revenue to Leisura, of which the profit is deferred, the profit margin was 15.5 percent in Q4 2004 versus 15.0 percent in Q4 2003.

Turning to Real Estate results for the full fiscal year, revenue from real estate development increased from 512.7 million in 2003 to 878.2 million in 2004. This increase included 171.5 million in total for the 14 projects that were sold to Leisura during fiscal 2004. The translation effect of the higher Canadian dollar increased reported real estate development revenue by 25.4 million in 2004. For 2004, revenue from our Canadian resorts is translated for financial statement reporting purposes at an average rate of CAN$1.34 to US$1, compared with an average rate of CAN$1.51 to the U.S. dollar in 2003.

We closed a total of 1334 units in 2004, and this compares to 1239 units last year. In 2003, we also closed the sale of the majority of our commercial property retail space at Tremblant, and in doing so, we recognized revenue of 21.5 million. The average price per closed unit, adjusted for the translation impact of the higher Canadian dollar, increased approximately 20 percent in 2004, again reflecting a higher proportion of closings in high-end projects, including the Four Seasons Resort and the At Nature's Door project in Whistler. Our Resort Club generated 44.5 million in sales revenue in 2004, up from 39.9 million in 2003, due mainly to selling more add-on points to resisting Resort Club members.

It is probably a good idea for me to take a minute again to explain the accounting for Leisura. As I stated earlier, we sold 14 projects to Leisura in 2004 for revenue of 171.5 million. Since we account for Leisura on an equity basis, Canadian GAAP dictates that profit on the land sales must initially be deferred and then recognized on the same basis as Leisura recognizes its real estate revenue. Consequently, we recorded real estate expenses equal to 171.5 million being equal to the revenue, consisting of 133.2 million in land and accumulated development costs and deferred profit of 38.3 million.

Leisura recognizes real estate revenue using the percentage of completion method, which means that we recognize our deferred land profit on that same basis. The recognition of deferred land profit is recorded as a credit to real estate development expenses in our balance sheet. So in 2004, this resulted in us recognizing 7.5 million in land profit and 1.7 million in equity income from Leisura.

Total operating profit from resort real estate development increased 34 percent, from 68.3 million in 2003 to 91.4 million in 2004. The profit margin was 10.4 percent in 2004, compared with 13.3 percent in 2003. Excluding the profit and revenue on sales to Leisura, the profit margin was 11.6 percent in 2004, down from 13.3 percent in 2003. This lower margin is in line with the guidance we have previously given and reflects the particular mix of projects that were closed during the year.

Turning now to the outlook for 2005, consistent with our policy, we don't give specific guidance for the Company overall or for the Real Estate division. Let me gave you a few indicators of how things are looking. Recent launches -- since February of this year, we have launched 9 projects at 6 different resorts, and in doing so, we have sold 653 out of 688 units, or approximately a 95 percent sellout, for total revenue of 306 million. We're finding that demand for real estate is extremely strong in almost all of our markets.

Our presales backlog right now, we currently have 207 million presales for delivery in fiscal 2005 and an additional 137 million for delivery in fiscal 2006. In addition to those Intrawest presales, Leisura also has presales of 320 million to close in 2005 and 150 million to close in 2006.

For 2005, we expect to close approximately 600 Intrawest-developed units, broken down approximately 10 percent in Q1, 20 percent in Q2, 30 percent in Q3, and 40 percent in Q4. Average revenue per unit is expected to be in the 570 to $580,000 range, and the margins are expected to be in the mid-teens.

Profit from Leisura units, including our land profit, our equity income and our management fee income, overall is expected to constitute between 40 and 50 percent of our overall Real Estate profit for the year. With the percentage of completion basis, profits from Leisura units will be spread more evenly across these quarters.

So that covers the Real Estate side and now I would like to turn it over to Dan Jarvis to talk about Operations and Management Services.

DAN JARVIS, PRESIDENT & CEO, LEISURE & TRAVEL GROUP, INTRAWEST CORPORATION: Thank you, John, and good morning, everyone. I am going to speak to the results of the Leisure/Travel group, which includes

Operations and Management Services. But starting with operations, resort operations revenue increased from 68.9 million in the fourth quarter of this year compared to 76.2 million last year, due mainly to higher revenue at Whistler Blackcomb, which was severely impacted by some world events -- Iraq, SARS, etc. -- in the 2003 quarter, and increased revenue at Sandestin, which experienced a 44 percent increase in occupied room nights. We're definitely seeing the positive impact of the convention center in the village there at Sandestin.

Resort operations incurred an EBITDA loss of 20.7 million in the quarter compared to 16.1 million in the '03 quarter. Basically, increases in EBITDA at Whistler Blackcomb and Sandestin on the positive side were offset by higher losses at our eastern resorts, particularly weather-related, and our stand-alone golf operations.

Turning to the full year, revenue was 541 million in '04 compared to about 500 million in 2003, and the revenue from the mountain resorts increased from 451 to 488, while revenue from warm-weather resorts increased from 48.9 to 53.1.

Now just looking at what has been driving that revenue picture, one of the things that happened during the year was we closed on the lease to operate Winter Park on December 23, 2002, so we had a partial year situation. So for this year, mountain resort operations' revenue includes 12 months of results for Winter Park compared with six months in 2003. The longer period in 2004 increased mountain resort revenue by 9.4 million. So when you back that out and look at the picture on a same resort basis, mountain resort revenue increased by 27.8 million in 2004.

Now of that, 26.4 million was due to the translation effect of the higher Canadian dollar. So what you have when you back that out is pretty much a flat revenue picture, reflecting what for us was a very difficult year in two respects. First, very challenging weather conditions, and then some changing guest travel patterns. The warm weather in the East in November and December produced a very slow start at our eastern resorts, which we have talked about on earlier calls, and extreme cold temperatures in this region in January impacted visit volumes further. In the West, Copper in particular experienced a lack of snow at the start of the season, followed by warm conditions in the spring.

Compounding the negative effects of this weather, our Canadian resorts saw a decline in visitors from the United States, driven by both a rise in the Canadian dollar and a recent trend of Americans to stay at home. As a consequence of these factors, skier visits on a same-resort basis decreased 4 percent in 2004, from 7.3 million to 7 million.

On a regional basis, if you look at skier visits, they declined 7 percent at our eastern resorts and 3 percent at our Western resorts. The decline in skier visits was partially offset by a 4 percent increase in revenue per visit -- that is on a same-resort and constant exchange rate basis.

Revenue from our warm-weather resorts increased from 48.9 million to 53.1 million, due to a 20 percent increase in occupied room nights at Sandestin, which drove higher retail at food and beverage revenue at that resort. Resort operations EBITDA was 105 million in 2004 compared to 112 in 2003. On a same-resort basis and removing the translation effect of the higher Canadian dollar, resort operations EBITDA was 14.9 million lower in 2004 than '03.

And we were -- during the year, we were able to keep the costs very tightly under management, so what we have here is very much a revenue shortfall issue. And as we look forward into the next year, we believe that we are much better positioned to drive revenue with the reorganization of resources that has occurred with the formation of the Leisure and Travel Group.

For those of you who live in the New York area or the commuter suburbs of New Jersey or Connecticut, you will actually see this in a very visible way. We are about to launch this fall a major campaign, in fact, the largest campaign we have ever done, which will run from October to January and leverages off the combined resources of the Leisure and Travel Group. We will present offers from six of our resorts on a combined basis, and it will be breaking new ground in a whole number of ways. We expect to drive some very significant revenue from this campaign and drive it particularly with a focus on Whistler, Colorado, Tremblant, but will also build awareness in business for Stratton and Mountain Creek.

More broadly across our whole network, we are now very well-positioned to take full advantage of the customer database that we have to sell more effectively to our customers, and in particular, to work to regain some customers who have left us and build them back into our system. So we're going into the coming year with a much stronger marketing and sales capability than we had before.

I would like to turn now to Abercrombie & Kent. In early July, we announced that we had made as strategic investment in Abercrombie & Kent, the world's leading adventure travel company. You'll see the first impact of A&K in

our first quarter September 2004 financial statement, so this was the appropriate time to give you some more details on that investment.

We are not disclosing the exact amount that we paid for the equity investment we made because of a confidentiality agreement, but I can say that it was not a material number from our respect, and that to define that little more closely, I can say that it was less than $10 million. And for that amount, we acquired 66.7 percent of the Company, and so from an accounting point of view, we will be fully consolidating A&K in our financial statements.

One of the benefits of this transaction to us is that A&K's earnings are counterseasonal to ours, with higher earnings in the summer. A&K's revenue, therefore, will be material to our total revenue when you look at the September 2004 quarter. Now when you look at it on a full year basis to June 30, A&K's revenues will be material in the context of our consolidated revenues. However, the margins in their business are much lower than the margins in our business, so the impact on net income in fiscal 2005 will be expected to be much smaller in terms of its impact on our income. From a balance sheet perspective, consolidated A&K is not expected to have a material impact on our assets or debt. A&K is basically a business that is financed with working capital.

Just stepping back here, we are very excited about the inclusion of A&K in the Intrawest family. It gives us the strongest brand in the luxury adventure travel business. And if you just look at the range of experiences that we can now offer our customer, no one else in the world has the same range of these very fun, active, very authentic travel and leisure experiences that we now have.

And we intend to continue to build on this platform. We're going to add new experiences which fall squarely within our destination resort, specialty travel world, where our competitive strengths lie. And where these businesses are capital intensive, we will bring in financial partners, as we have done with the recently announced commercial transaction which we have partnered with CNL. And just a quick update on that transaction, because that is potentially also an important transaction for this year. It is going extremely well. We're moving ahead with them and we would expect to close that in the November/December time frame.

Moving now to Management Services for the quarter. Management Services' revenue increased from 23.4 million in Q4 2003 to 29.2 million in Q4 2004. This is due mainly to increased development in sales services fees charged at Leisura, as well as increased lodging management fees from our new villages at Mammoth, Squaw Valley and Lake Las Vegas. These revenue increases and reduced expenses, primarily as a result of the restructuring of RezRez in the second half of last year, increased Management Services' EBITDA from 300,000 in Q4 to 5.7 million in Q4 2004.

When you look at the full year on Management Services, revenue increased by 41 percent, from 88.2 million to 123.6 million. The translation effect of the Canadian dollar increased reported revenue by about 2.8 million.

Revenues from property rental pool management -- and these represent about 60 percent of our total Management Services revenue in '04, so it is the biggest portion -- increased by 8.3 million to 71.2 million, due mainly to fees earned at our new villages at Mammoth, Squaw, and Lake Las Vegas, and a 4 percent increased in occupied room nights at our other resorts.

We also earned 13.2 million in fees from Leisura in 2004 for our development and sales management services. In addition, Playground, our Real Estate sales business, charged third-party developers 22 million in sales fees, an increase of 7.8 million over 2003. And in 2004, Playground sold almost as many units on behalf of third-party developers as it did for Intrawest, and this is the fastest-growing part of its business. One area that we have grown very well during the year is golf course management. We currently manage 18 golf courses for other owners, 50 percent more than we managed a year ago.

Management Services' EBITDA increased 2.5 times, from 11 million to 27.5 million. The EBITDA margin improved from 12 percent to 22 percent, and as I mentioned earlier, this is due mainly to improved results as we have reorganized and restructured RezRez quite dramatically during the year.

Just concluding, before I turn it back for questions. I would just like to communicate to you all that the formation of the Leisure and Travel Group, which Joe referred to in his opening comments, has been very, very positive for this Company. It has unleashed an enormous amount of creative energy. We have a lot of talented people in this Company and they are now working together in new ways, and we're getting a whole bunch of new things happening.

I mentioned earlier the campaign into the New York market that we have this fall. That just would not have been possible with our previous organization, and is really a very tangible, very visible result of the kinds of things that we're

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

going to be able to do. So we are all very, very excited about what we can accomplish with this new platform in place. Joe, back to you before questions.

JOE HOUSSIAN: Okay. Why don't we turn it over to questions now and I will just make some closing comments after the questions.

OPERATOR: Thank you very much. (OPERATOR INSTRUCTIONS) Michael Smith, National Bank.

MICHAEL SMITH, ANALYST, NATIONAL BANK FINANCIAL: Thank you. What percent of units sold in '04 were located at Intrawest-owned mountain resorts?

DAVID BLAIKLOCK, VP & CORPORATE CONTROLLER, INTRAWEST CORPORATION: Michael, it is David Blaiklock here. The vast majority were, I would say, approximately 75 to 80 percent.

MICHAEL SMITH: And what do you expect for the next year coming up?

DAVID BLAIKLOCK: I would expect somewhere in the same region.

MICHAEL SMITH: Just on acquisitions, if I could switch, are you -- what sort of acquisitions are you looking at? What can we expect over the next 12 months?

UNIDENTIFIED COMPANY REPRESENTATIVE: Michael, we're moving forward now. Our great results in terms of our balance sheet, our EBITDA, last year is history; we're moving forward. We have committed over and again, and I will say it again now, that we will be keeping our balance sheet within the ranges that we have expressed before. In other words, a very strong foundation. And from there we will grow.

Our growth will come from a number of areas. I don't think we can overstate the power of what has happened by bringing six or seven of our various divisions together, that we have built over the last ten years, under one common leadership, one common set of marketing, one common set of costs. The earnings and EBITDA impact on that are going to be very positive.

There are two areas of growth for us. One is obviously organic, and the other is through expansion. On the Real Estate side, we will continue to, as we wind down certain resorts, like Whistler, for example, we will bring on new additional resorts. This year, for example, we acquired a village site outside of the gates of Universal in Orlando and another one on the beach in Maui in Hawaii. Both of those were with partners, where our partners put up the large majority of the capital. That trend will continue. We will use our capital in a very stingy way, because we can afford -- we have the luxury to be able to do that now because of the expertise we have built up.

Similarly, on the Leisure/Travel side, there are a number of companies out there -- Abercrombie & Kent was an example of us being able to secure a company that does over 200 million a year in revenue for a relatively small amount of money, a very small amount of money. Why? Because they were not looking for our money. They were looking for our customers, our distribution systems, our marketing capacities, our IT systems and on and on and on.

So we will be -- and there is nothing on the horizon here that I can share with you, but we will, now that the Leisure/Travel group has been formed, we will be out looking for new business that we can plug into our existing system where -- and I'm saying this again -- where we can sell our intellectual assets, not our capital.

MICHAEL SMITH: And what about asset dispositions? Any new major asset --?

UNIDENTIFIED COMPANY REPRESENTATIVE: The commercial transaction is a major transaction and we fully expect that to close. That is going to generate a substantial amount of free cash flow. Michael, we are always looking and have been for the last two years at all of our assets. There may be some assets in there that we think make more sense for somebody else than they do us. Nothing to share with you at this time, but we're constantly looking at what is the best use of our capital.

We're not intending to go out to the equity markets. We're not intending to go out to the debt markets. In fact, if we do, it's to pay down more debt. So we will be looking to use our management expertises to grow. And to the extent we need to generate capital, we will do that through internally generated cash, or, as you say, the potential disposition of certain assets which no longer serve us.

MICHAEL SMITH: Thank you.

OPERATOR: Gail Mifsud, Raymond James.

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

GAIL MIFSUD, ANALYST, RAYMOND JAMES: Good morning. Just a point of clarification. Leisura, you indicate you have 320 million of presales for fiscal 2005.

DAVID BLAIKLOCK: Sorry, Gail, you were saying we mentioned we had 320?

GAIL MIFSUD: For fiscal 2005, is that correct?

DAVID BLAIKLOCK: Just one second.

UNIDENTIFIED COMPANY REPRESENTATIVE: Presales for 2005, we have 207 million, and an additional 137 million for '06. In Leisura, they have presales of 320 million for '05 and 150 million for '06.

GAIL MIFSUD: Okay, and you gave the number of units for Intrawest at 600. What are the number of units for the Leisura partnership for '05?

UNIDENTIFIED COMPANY REPRESENTATIVE: That gets into the depths of the Leisura accounting. There's approximately the same number of units I guess that will close in Leisura. But in terms of your modeling, it is important to note that because of Leisura's percentage of completion accounting, the income from Leisura will be not based on closing, but based on their percentage of completion, especially with the very high level of presales.

GAIL MIFSUD: Okay, I understand that. Can I still get what number does that represent in terms of units?

UNIDENTIFIED COMPANY REPRESENTATIVE: In terms of closings for Leisura it is approximately the same number as for Intrawest.

GAIL MIFSUD: Okay. You remarked about U.S. travelers. I am assuming that is what has impacted your operations on the resort side of the business. I am wondering if you're seeing any change in the composition of buyers at all on the Real Estate side.

JOHN CURRIE: No, we're really not. Our markets in both Canada and the U.S., as I said, our launches have been approximately 95 percent sold out. We have not seen a significant difference in the makeup of the buyers, and again, all markets are very strong.

JOE HOUSSIAN: This is Joe. I think our buyers are typically, as we have discussed numerous times on other calls and in person, are typically your baby boomer. Their average age is in the early 50s. That is not just our market for second homes; that is the industry in general.

And as you know, because we all have studied the demographics, the peak of the baby boom is still ten years away, so I don't expect that the profile of who our buyers are is changing. What is changing is what it is they are buying from us. We started out in the mountain resorts. We wanted to prove that our village concept would work in warm weather with not a mountain to be seen, and Sandestin has proven to be one of our most successful resorts.

We also wanted to prove it could be done in Europe, and Les Arcs ranks right up with Sandestin as one of our most successful resorts. Storied Places, which is our high-end fractional, our $3 million homes, $4 million homes that we sell 1/10th at a time -- what we call chapters -- has been wildly successful at Whistler and will now be rolled out across other parts of our resorts, other areas of other resorts.

So it is not so much that the profile of the customer is changing. What is changing is that Intrawest is now taking its expertise and applying it in new areas that we had not even thought about five years ago, and that will continue.

GAIL MIFSUD: You indicated that margins on the Real Estate side were expected in the early to mid-teens, is that correct?

UNIDENTIFIED COMPANY REPRESENTATIVE: You're talking about fiscal '05?

GAIL MIFSUD: Yes.

UNIDENTIFIED COMPANY REPRESENTATIVE: We said in the mid-teens on the Intrawest product.

GAIL MIFSUD: Okay. On a blended basis, though, we would expect them where they were this year?

UNIDENTIFIED COMPANY REPRESENTATIVE: Blended with Leisura?

GAIL MIFSUD: Yes.

UNIDENTIFIED COMPANY REPRESENTATIVE: Yes, kind of in that range.

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

GAIL MIFSUD: Okay. Can I get a run rate on the G&A? You indicated there was a spike on the costs. What can we look to for fiscal '05?

UNIDENTIFIED COMPANY REPRESENTATIVE: I think with the reorganization -- or the formation of the Leisure and Travel Group, there is a component of corporate G&A that is moving into resort operations, so the run rate would go down next year vis-a-vis the number this year. It is going to be in the high teens, somewhere in that range.

GAIL MIFSUD: And you are not comfortable giving cash flow guidance at this point in time for fiscal '05?

JOHN CURRIE: No. I think both on the Real Estate side and the Operations side, it is early in the year for us to be giving guidance. I think on the Q1 call in November we will be in a better position to give you more of an outlook for the year.

GAIL MIFSUD: That is great, thank you.

OPERATOR: Grant Jordan, Wachovia Securities.

GRANT JORDAN, ANALYST, WACHOVIA SECURITIES: One question I think you may have just addressed is the higher corporate expenses in Q4 -- what was that related to?

UNIDENTIFIED COMPANY REPRESENTATIVE: That was several things. Primarily compensation expense, that was the single largest item. Also corporate governance costs. This was the first quarter that we changed our accounting policy to expense stock options, so that added to the cost. And things like internal audits. This is the first year we have had an internal audit department. Higher legal and accounting fees, that type of thing, those would be the major components.

GRANT JORDAN: Okay. And the 6.7 million number, you just said that is not a good run rate number for next year?

UNIDENTIFIED COMPANY REPRESENTATIVE: No, because as I said, a portion of the corporate G&A is being absorbed by the Leisure and Travel Group, so when you look at our corporate G&A line by itself, we would expect that number year-over-year to decline.

GRANT JORDAN: Okay. Question on the balance sheet. I know whenever you announced the CNL transaction, you had targeted 135 million of the proceeds for debt reduction of some sort. Now that you have hit the low three times, you said you are below what your internal models are for leverage. Is that 135 million of debt reduction still on target?

JOHN CURRIE: The results for June '04, of course, don't reflect the CNL transaction (multiple speakers) closed in November/December. Yes, that transaction does generate approximately 135 million, which at least initially would be used to pay down debt. Again as Joe said, we are looking to grow, but in a controlled manner. I have given guidance that our debt-to-EBITDA, we would try to work within a range of 3.25 to 3.75. And so I suppose that transaction gives us more capacity within those parameters for acquisitions, but does not necessarily mean that it will be used for that purpose.

GRANT JORDAN: Okay. Finally, this may just be my lack of understanding of accounting, but as I look at 2005, I can make my assumptions about what Resorts is going to do and what Management Services. And then if I look at the Real Estate and Leisura combined, I got your guidance on 600 Intrawest units, mid-teen margins, and then an equal number of Leisura, but the timing of earnings will be different because they recognize on percent completed. So if we look at -- I know you do not want to give out guidance -- but if we look at an EBITDA number this year of 268 and if everything goes according to plan, based on the recognition schedule, should we expect a lower EBITDA number for next year?

JOHN CURRIE: No, I would not say that, and that is getting close to guidance. But let me just expand on my comment about Leisura. The reason it is difficult for us to give guidance on Leisura, much more so than with Intrawest Real Estate, in part it is dependent on how big and the timing of the third round of Leisura, which it is looking like may come sooner and include more projects than we previously would have budgeted.

If Leisura 3 -- if we're transferring projects to the third round of Leisura early in the year, that will also contribute to earnings within 2005. At this point, as I said, it is just too early to have a good sense of how many projects will go in and the timing, but I think in November, we will be in a better position to give you better guidance on that.

OPERATOR: Will Marks, JMP Securities.

WILL MARKS, ANALYST, JMP SECURITIES: Good morning, everyone. Taking that real estate a step further, on the balance sheet, what is the book value of the real estate, the residential real estate land on the balance sheet right now?

DAVID BLAIKLOCK: If you look at our balance sheet, we show current resort properties of about 400 million and long-term resort properties about 368 (multiple speakers).

WILL MARKS: 400 and 368?

DAVID BLAIKLOCK: 400 million --

WILL MARKS: Right. I see those. And so those would be the numbers you would use?

DAVID BLAIKLOCK: The current properties includes the commercial, which would have a book value somewhat south of the 160 million value to the partnership with CNL. So that is in current properties. So most of the rest of our residential portfolio; the long-term properties primarily comprises our land held for future developments, which is about 18,000 units.

WILL MARKS: Okay. And can you give me an approximate -- the CNL spread (ph), is it maybe 50 million or --?

DAVID BLAIKLOCK: No. We have said that the value in terms of sale price to the partnership is about 160. And I think we have indicated that the profits on that, which are initially deferred, would be in the region of 20 million, somewhere in there.

WILL MARKS: Okay. On resort CapEx, can you just give us a sense of what spending was in '04 versus '03, what you expect it to be in '05?

DAVID BLAIKLOCK: Yes, if you look at our statement of cash flows, you'll see '04 was pretty similar to '03. It was about 69 million versus 65 million in '03, so pretty similar. When you look at the breakdown of those numbers, we're dealing with around about 30 million in year-end maintenance CapEx, and the balance in expansion CapEx, but we would expect maintenance CapEx to be around that level going forward.

In terms of total CapEx for '05, we would anticipate it would be somewhat higher than the 69, 70 million, somewhere in a range of 70 to 80 million, based on the current plans for the improvements that are going into our resorts next year.

DAN JARVIS: David, this is Dan Jarvis here. Just on that CapEx number, the difference this year, one of the reasons that it will be slightly higher is that we will be expending somewhere in the range of close to $10 million on essentially building the platform that is pulling together all the businesses of the Leisure/Travel group.

So, for example, we are consolidating all the call centers. That is going to result in efficiencies in terms of cost; but even more important, it allows for us to provide centralized fulfillment, both on some of the individual marketing programs, as well as to some of the major providers that we're starting to work with.

One of the things that is evolving as we go forward is that you have major organizations who are generating a lot of loyalty points, and these are organizations like Visa and other financial institutions. They need to burn off those points, and one of the ways -- most popular uses of those points are in the redemption for travel. And those organizations would like to effectively have one-stop shopping to deal with large travel organizations, where the customers can redeem their points very easily. We are positioned now to become sort of a supplier of choice for those organizations; but again it requires a very centralized, standardized fulfillment.

So about 10 million, as I said, of our capital expenditure program is both to centralize certain functions, as well as to standardize across all of our resorts some of the operating systems, some of the other supporting systems, so we can operate as a unified business.

WILL MARKS: Okay, that is very helpful. Just one other question. Completely different direction. The airport in Mammoth, any update on that?

JOE HOUSSIAN: It is Joe here. I'm a little bit out of touch with it, but if you want to call me later today or tomorrow, I will get you the most recent update.

WILL MARKS: Okay, thank you.

OPERATOR: Bill Wells (ph).

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

BILL WELLS, PRIVATE INVESTOR: Good morning. Congratulations on a good quarter and year. But from a big picture standpoint, even with the recent move in the stock, it is just taking us back to book value in the current share price and back to where we were in March '97 when we did the IPO. And I guess my question from a big picture standpoint, what plans do you have to help increase shareholder value? Is there plans to return money to the shareholders, either through a dividend or through a share repurchase, or possibly to help with what I had mentioned before, additional accounting disclosure, where you break out the results by the resort.

You had mentioned you thought the Company was earning a 15 percent return on equity. We have been (ph) over a long period of time, as far as how the results could be measured, but that it is very difficult to measure. I guess as an investor for me, given the multiproject, multiyear-type resorts with the transfer of assets to Leisura, with the difficulty, I guess, even for management to provide guidance that is accurate relative to the operations and the earnings and the recognition of revenues, I guess it is a multipart question. But it ties around additional disclosure or accountability to shareholders, and have you made any decisions or have any plans to address some of these issues that I have raised?

JOE HOUSSIAN: Yes, well, you are asking the question of the day. And had you been a fly on a wall yesterday, out of a 12-hour Board meeting, we probably spent at least half that time talking about exactly this issue.

Let us be clear. Our singular objective here is to drive share value. That is what we are coming to work every day to do. It has been extremely frustrating for us over the last three years. First, 9/11 caused everybody to take a pause. Our stock took a hit. We started to come back, then it was the issue of our balance sheet.

And despite the fact that we have a lot of great things going on behind the scenes, our reorganization to create this new powerful group, our expansion into new areas etc., etc., the market by and large was singular in its issue, which was show us free cash flow and show us a debt reduction.

And so we essentially set out -- which was coincidental as to where we were going anyway; the timing was just all goofed around. So anyway, we set out to do that, and now we have done that, and we've delivered it in cold, hard turkey, and there it is.

Now with that issue hopefully behind us, the market can now start to look at Intrawest the way it did ten years ago or eight or five years ago, which is how valuable are these assets? What is their ability to generate earnings? What comes from building a network of resorts? Ten years ago, in 1994 -- exactly ten years ago, we closed on the Company becoming a pure leisure play. We set out to build a network of resorts. We thought that would take a long time. It took less time than we thought.

Now the plan has been for the last two years to tie these together in some kind of symbiotic basis. We have done that. The announcement in April/May of the Leisure/Travel Group epitomizes that. We said we would take our real estate expertise and we would fly it around the world, but with partners. We have proven that.

Now the next step is to continue with a solid balance sheet, but continue on our growth and start to get out to the market in clearer terms, now that we have cleared the albatross of the debt issue and the free cash flow issue, to start now to help people understand what the real potential of this company is. And John Currie, our new CFO, and myself and Dan and others in our organization will be going out immediately to start talking to people about that.

But at the end of the day, our numbers will tell the story. And for those of you have been shareholders a long time, we are asking you to be patient and see the next phase of the story. The balance sheet issue, the free cash issue is behind us. The next issue is growth from a solid foundation, and you are going to see that coming. And we will be out there telling the story so that the true value of the Company is reflected in the share price.

BILL WELLS: Can you break down or would you be willing to break down the results by resort, so that it makes it clearer from an investor perspective as to how you're doing on an individual resort level? As well as, would you be willing to provide management's guidance or any kind of guidance on how you see the asset values and how those are changing over time?

JOE HOUSSIAN: Well, we're sitting on a lot of real estate. You could put a this value on it or you could put a that value on it. At the end of the day, I guess we'll let our numbers do the talking. In terms of breaking out individual, there is a fine line you walk over in terms of laying the whole thing out for the benefit shareholders and analysts versus the competitive risks you run by doing that. So we are constantly reviewing that issue, but I don't think I have anything more to add at this point.

BILL WELLS: Thanks.

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

OPERATOR: (OPERATOR INSTRUCTIONS) Jason Ader, HCAM (ph).

JASON ADER, ANALYST, HCAM: It's Jason Ader calling from HCAM (ph). Could you comment on the acquisition market for ski properties? It has been reported Vail has been selling their properties and they are having a tough time. And just would love to get your intelligence as to whether or not you are seeing opportunities out there and just the overall market for properties that may be out there being marketed?

UNIDENTIFIED COMPANY REPRESENTATIVE: It is actually -- in the ski industry, it is pretty quiet out there. My understanding of the rumors on Vail are not so much the sale of their properties, but potentially the sale of their whole company, but you would have to speak to them about that. We are not aware of any major ski resorts that are available at the moment. And quite frankly, that is not where our attention is.

Our intent is to take these millions of customers that are part of our world and offer them, in an intelligent, orchestrated way, a variety of products that go beyond skiing. That is not to say we would not grow in the ski business, but you can see from our actions of just the past year that we're looking at other horizons as well, both on the real estate side and on the leisure/travel side.

The acquisition of Abercrombie & Kent has not made a lot of news yet because it just happened 60 days ago and we have been pretty quiet about it, but you are going to hear a whole lot more about it. It is the largest and the best high-end travel company in the world. It has been around for 40 years. Geoffrey Kent and Jorie Kent have been brilliant in what they have built, but they are doing it on their own. They now are hooked up with Intrawest as partners, and we are expecting to see a lot come out of that, not only in terms of its contribution to Intrawest's bottom line, but the doors that it opens for us to move into other areas of leisure as we become the integrated leisure provider for North Americans and, increasingly, Europeans. So, a long-winded answer to your ski resort (indiscernible) question, but no, I don't think there is much going on in the ski industry in terms of acquisition opportunities.

JASON ADER: Great, thank you.

OPERATOR: Gail Mifsud, Raymond James.

GAIL MIFSUD: Thank you. Historically, you provided us with information in terms of your market share on your ski and resort side. Do you have any similar figures available?

DAVID BLAIKLOCK: Based on this last season, Gail, it was about 11 percent, which was pretty similar to our share of the market last year. That's Canada and the U.S. combined.

GAIL MIFSUD: Thank you.

OPERATOR: (OPERATOR INSTRUCTIONS) Dan Knowles (ph), Lincoln Asset Management.

DAN KNOWLES, ANALYST, LINCOLN ASSET MANAGEMENT: Good morning. Could you elaborate a little bit on the comment, Dan, that you made about the fall campaign for the eastern resorts? I gather since you're mentioning it in this call that it is a little more than business as usual.

DAN JARVIS: Yes, and I would be happy to. I don't know whether our competitors at Vail are on the call too, so I have to be careful exactly what I tell you. But what distinguishes it, and you'll see it very visibly, is a couple things. One is that for the first time, we are marketing in a very concentrated way into the markets where we know there is a high concentration of our customers, which are the affluent suburbs of New York. And we will do it with a bunch of things in combination -- direct-mail, radio, outdoor advertising -- so it will be a combined campaign.

And for the first time, we will be presenting to our customers offers to a range of our resorts, and we will be linking very directly offers out to, as I say, our western resorts combined with benefits to our eastern resorts; so very much linking them in the customer's mind, and that will run through all of the radio and the other elements of the campaign.

So, as I said, breaking new ground for us in a number of ways, but what we're doing as well is we are viewing this as effectively the prototype for a type of marketing campaign which is very new for the destination resort industry, but one that we could roll out then in other cities like Toronto, Chicago, where we have a high concentration of potential customers for our resorts.

DAN KNOWLES: Thank you.

OPERATOR: Jason Ader, HCAM (ph).

JASON ADER: I think my question is already answered, thank you.

OPERATOR: (OPERATOR INSTRUCTIONS) Ray Chiefman (ph), Jefferies & Co.

RAY CHIEFMAN, ANALYST, JEFFERIES & CO.: You have done some very creative things in helping the markets to recognize and get good visibility on your otherwise more difficult assets. We can all count lift tickets. We can all figure out what your revenue per skier day is. But when it comes to developing long-term villages or when it comes to fully developing and realizing the value of commercial real estate, you have been pretty creative.

Can use see a time in the future when you are able to carry that forth even further and break the Company up into what it is rapidly becoming, a Company of assets and a Company of, as I think you described it, intellectual property or management capability, where it is almost like an REIT, where there is a portion that is going to own land and the development capabilities of that land, and then you have a separate operation which manages those assets and can manage other ski resorts or other hotels, and you can continue to grow using the experience you've proven to the market that you have at your own places and blossom even faster?

JOE HOUSSIAN: I think you should come on tour with us for a week, because I think you got it. That is exactly where we set out to go about three years ago and we now have established that in a whole number of ways, while at the same time strengthening our balance sheet. Ours is not a mission of buying and building assets all over the place. That was the mission of 1994, when we set out to build a network of resorts. We have done that.

Our objective going forward, and you are seeing it reflected in the number of ways -- the proof is kind of in the pudding -- the A&K acquisition, the bringing in partners in Florida and Hawaii and in other locations; we like partnerships. The marketplace, the financials community, is increasingly recognizing what Intrawest is -- firstly on the real estate side, because we have been in the business for a long time, and now on the leisure/travel side.

What the market needs out there is not capital. There is a lot of capital. What the market needs is expertise and systems and technology and customers, millions of customers. That is what Intrawest has. That's what Intrawest is selling. That is what Intrawest is building its future around. And I could probably spend a whole lot of time giving you all kinds of detail about our initiatives, but that is where we are focusing these days. It is not about, let's get that last condo so we can drive down debt by another $400,000. Been there, done that.

The Company is turning its attention to how we sell. The power, for example, that is being created the Leisure/Travel Group. I mean, I can't -- a call like this or even an hour doesn't allow me to tell you the dynamics and the creativity and the energy that has come from putting all of our organizations under common leadership, common systems, common marketing, etc., etc.

But it is increasingly getting the attention of people out there who want to use that, whether it be, as Dan said, in the golf industry, whether it is in the ski industry, whether it is in the travel business, the airline business, a whole bunch of businesses, the loyalty business. They are all looking to Intrawest to help them solve their problems, and we can make a buck in the process and, as importantly, expand our customer base even further. so this time next year, you will see us talking a whole lot more about that than we are today.

RAY CHIEFMAN: Thank you for your answer, and if you know the answer to the airline business, you'll make more than just a buck.

JOE HOUSSIAN: We're staying a long way away, but as Dan said, for example, there's a lot of these airlines that are sitting on a huge fulfillment issue on how they get rid of their points. Well, why not get rid of them by partnering up within an Intrawest? There are dozens of situations, not just in airlines, but there is a lot of situations where organizations out there want to grow, but they don't have been necessary systems or expertise to do it and we're talking to them and they are talking to us.

RAY CHIEFMAN: Thank you.

OPERATOR: (OPERATOR INSTRUCTIONS) At this time there are no more questions.

JOE HOUSSIAN: Okay, operator. Thank you. I will just say thank you to all of the listeners on the phone. This, as you will read in my annual report that comes out -- in our annual report, but my message -- in a month, 2004 was the most significant year in the history of Intrawest and I have been here from day one. It was a year in which we delivered in spades on the financial side. It was also a year, as importantly, and we will look back on this year as this part being more important, which is we took the last ten years of work and put it in a nice package from a human organizational

FD (Fair Disclosure) Wire September 14, 2004 Tuesday

perspective, and we launched ourselves into a whole new world that will see us grow our business in a fashion that drives return on capital and drives growth without having to spend money to get there.

It takes a long time for an organization to get that kind of credibility. We are now there, and this Company is focused on growth, with a very strong underlying balance sheet, and it is focused on selling our expertise. I hope that is coming through here. On both sides of our business, we're looking at some very interesting opportunities. You visibly will see it on the Real Estate side and you will increasingly see it on the Leisure/Travel side, as we put the numbers up on the scoreboard.

So thank you very much. We appreciate all of your support, particularly from the period of 9/11 prove through to yesterday's or today's announcement. Those were not the easiest years for anybody in this industry, in the leisure/travel industry, but that is behind us and we're moving forward. Thank you again very much for your support. We will talk soon. Bye bye.

[CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS. Copyright 2004, CCBN, Inc. All Rights Reserved.]

**LOAD-DATE:** September 29, 2004

Copyright 2004
All Rights Reserved
Reno Gazette-Journal

September 12, 2004 Sunday Final Edition

**SECTION:** LOCAL REGION; Pg. 1C

**LENGTH:** 992 words

**HEADLINE:** B.A.S.E. jumpers landing in Reno

**BYLINE:** Mark Vanderhoff

**BODY:**

Legal multi-tower jumps scheduled: Four athletes to participate in event.

By Mark Vanderhoff

RENO GAZETTE-JOURNAL

If you see people flinging themselves off casinos Monday and Tuesday, don't worry - they're professionals.

Four athletes will B.A.S.E. jump off John Ascuaga's Nugget, the Reno Hilton, Circus Circus Reno, Silver Legacy Resort Casino and Atlantis Casino Resort buildings.

B.A.S.E. stands for Building, Antenna, Span, Earth. Jumpers use modified parachutes to slow themselves down and land safely.

Because it is illegal to jump off most of the objects B.A.S.E. jumpers covet, there are no reliable records tracking the sport's feats, but the athletes and organizers involved say this will be the first legal multi-tower jump in the United States.

"I think it says our city is easy to work with, 'gets it' and is willing to take a risk," said Deanna Ashby, the director of marketing for the Reno-Sparks Convention and Visitors Authority.

Which is not to say that Reno is promoting B.A.S.E. jumping, she said.

Energy drink Red Bull organized the stunt to promote the Red Bull Air Race, an aerobatics competition scheduled for the 41st National Championship Air Races and Air Show at Stead Field. Such extreme sports events mesh with Reno-Tahoe's "America's Adventure Place" tourism campaign, Ashby said.

For the B.A.S.E. jumpers involved, the opportunity satisfies a different dream.

"I've been drooling all over these buildings like Pavlov's dog for years," said Miles Daisher, who lived in **Squaw** Valley for 11 years until this year.

Two other jumpers have also been eyeing the buildings, he said. Shane McConkey, a **Squaw** resident and skiing superstar, and Charles Bryan, a **Tahoe**-Donner resident and skydiving pioneer, will jump with Daisher. Othar Lawrence, a world-renowned paraglider from Utah, is the fourth member of the team.

During an interview Thursday from his new home in Twin Falls, Idaho, home of one of the few bridges in the United States where B.A.S.E. jumping is allowed, Daisher acknowledged the illegal nature of the sport. He thought some of the hotel-casinos might have been illegally B.A.S.E. jumped before, although he declined to be specific. The

Reno Gazette-Journal September 12, 2004 Sunday Final Edition

buildings, which vary in height from the 270-foot Circus Circus to the 335-foot Reno Hilton, present a challenge because most jumps take place from heights between 500 and 1,000 feet. Short falls leave jumpers with a tiny margin of error, he said.

Daisher said the team has taken precautions to ensure their safety.

Each team member jumps frequently enough to keep their skills honed; Daisher jumps every day. The team inspected each of the buildings and chose the jump sites based on factors such as wind direction and the availability of safe landing zones, Daisher said. They scheduled the jumps at times of day when the wind typically doesn't blow too fast. If wind speeds exceed 20 mph, the team will delay or cancel the jump, he said.

"It's always better to live another day than to jump when conditions aren't safe or something isn't right," he said.

The parachutes B.A.S.E. jumpers use resemble skydiving reserve parachutes, he said. Compared to regular parachutes, they are larger, open faster and are more maneuverable.

"I'm going to point to where I'm going to land and then stick that spot," he said.

Then, in a classic extreme sports moment, an idea occurred to him: a Keno board on the ground in which participants could bet on where he would land, with bonus spots for injuries or deaths.

"I'm going to talk to the casino owners about that one," he said.

While official arrangements hadn't been made for a B.A.S.E. jump Keno board, RSCVA and Red Bull officials said they lined up permission from the casinos and made arrangements with the Reno police department for the jumps.

Ashby and Red Bull anticipate national publicity from the event, especially with elusive but important young demographics. The new Red Bull Air Race will also attract younger spectators to the Reno air races, she said.

Red Bull, one of the first and most successful energy drink makers, benefits by having their products associated with cool, exciting sports and athletes, said spokesman Michael Ladinig. The company also sponsored the Pro Wakeboard Tour at the Sparks Marina and the Silver Belt ski competition at Sugar Bowl.

Red Bull is also supporting a free American Motorcyclist Association supermoto event scheduled for Oct. 2 in Reno.

Supermoto combines off-road motocross racing with street motorcyle racing. The sport, big in Europe, has been making headway in the United States. When ESPN added supermoto for the first time to last month's X-Games, the competitions were the buzz of the games.

The Oct. 2 supermoto course will create yet another juxtaposition of extreme sports with downtown Reno: the street loop carved out of Arlington, Island, Sierra and First streets downtown incorporates dirt tracks with jumps in a vacant lot along that route.

ON RGJ.COM

See this story at RGJ.com/news for these links:

o B.A.S.E. jumping laws.

o B.A.S.E. jumpers in England.

o B.A.S.E. jumping fatality list.

When and where to watch B.A.S.E. jumping

Monday

7 to 8 a.m.: John Ascuaga's Nugget (280 ft.) Lawn on the west side of the west tower.

10 a.m.: Reno Hilton (335 ft.). Amphitheater or pool area.

8 to 9 p.m.: Circus Circus (270 ft.). Watch from the parking lot on the west side of the building, near

Saint Mary's Regional

Medical Center.

Reno Gazette-Journal September 12, 2004 Sunday Final Edition

9 to 11 p.m.: Silver Legacy (300 ft.). Portions of Fourth Street will be closed for the landing zone and spectators, or watch from the pool

area.

o Meet the B.A.S.E. jumpers.The four athletes will sign autographs and posters Monday night at Rum Bullions Island Bar in the Silver Legacy following the Silver Legacy jump.

Tuesday

9 a.m.: Atlantis (285 ft.). East parking lot.

Note: Jumps that are canceled on Monday due to weather or wind conditions will be rescheduled for Tuesday.

**GRAPHIC:** Provided by Reno Sparks Convention and Visitors Authority; TIME-LAPSE PHOTO: A single B.A.S.E. jumper leaps from atop the Trump Marina Casino in Atlantic City, N.J. Four B.A.S.E. jumpers plan to plunge from Reno casinos Monday and Tuesday.

**LOAD-DATE:** October 5, 2004

216 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal (Reno, NV)

August 24, 2004 Tuesday Final Edition

**SECTION:** TRUCKEE TODAY; Pg. 1K

**LENGTH:** 541 words

**HEADLINE:** Runners raise $18,000 for hospital

**BYLINE:** Joyce Swanson

**BODY:**

459 runners, walkers scale **Squaw's** peaks for cancer fund

By Joyce Swanson

Truckee Today

More than 400 runners and walkers climbed 3.6 miles to **Squaw** Valley High Camp on Aug. 7 to raise more than $18,000 for the **Tahoe** Forest Hospital's cancer programs.

Janet Brady, director of the hospital's health promotions department, said it was the largest amount the run has raised for cancer awareness in its 24-year history.

This year's race also boasted the largest field to date with 459 people making the uphill hike. Sunny weather aided the turn-out, Brady said. The 2003 race was held under rainy skies and many runners stayed away, she said.

Many participants ran or walked in support or in memory of family or friends with cancer and more than a dozen cancer survivors completed the event, Brady said.

The challenging course is a 2,000-foot climb that finishes at elevation 8,200. This year's fastest time of 28:16 was put in by Stephen Springhorn, from Chico. This year's fastest female was Lynice Anderson from Reno, with a time of 34:44.

More than 160 people from ages 8 to 74 walked the course, many of them having collected sponsorships prior to the race in an effort to raise money for the event. Brady said participants are encouraged to bring pledges of $100 each to the race.

The race is structured to encourage people of all abilities to take part, either running or running, she said.

The "Climb to End Cancer," as the race is called, is "a perfect metaphor for anyone dealing with any disease," Brady said. "You can be inspired to climb a mountain. Cancer is not the devastating disease that it was 30 years ago. Survivors can still live a vibrant life."

Brady said the Best of **Tahoe** Chefs event held in June raised about $30,000 for the cancer treatment, detection and prevention programs.

In this year's firefighter division, the fastest female was Sue Martineau of North Lake **Tahoe** Fire Department. John Pang of the Meeks Bay Fire Department turned in the fastest time in the men's firefighters division.

The **Tahoe** Forest cancer programs serve 13,000 clients annually, Brady said.

Reno Gazette-Journal (Reno, NV) August 24, 2004 Tuesday Final Edition

Money from the event will be used for no- or low-cost transportation to chemotherapy treatments, breast self-exam training, mammograms, **skin** cancer screenings and cancer education.

When the event began 24 years ago, 10 percent of the proceeds were given to charity. In 2000, Health Promotions took over the event plannning with the majority of the money going back into the cancer program, Brady said. That was the year Brady said she climbed Mt. Fuji in Japan as part of a cancer-awareness event.

The cancer program also provides scholarships for women to attend the Women's Wellness Weekend, which is scheduled for Nov. 5-7. The weekend has women's health workshops, spa day packages, fitness and movement workshops and fitness assessments.

This year's wellness weekend will be held at the Resort at **Squaw** Creek in **Squaw** Valley. The cost is $30 and up, but those who cannot afford the registration fee may contact the **Tahoe** Forest cancer program to apply for a scholarship.

For information about the Women's Wellness Weekend or **Tahoe** Forest Cancer Programs, call **Tahoe** Forest Health Promotions at 587-3769.

**GRAPHIC:** Janine Turner, **Tahoe** Forest Hospital; FASTEST TIME: Stephen Springhorn of Chico finished the race with the fastest men's time at 28 minutes, 16 seconds. Below: Racers climb the hill during the 3.6-mile course that ended at **Squaw** Valley's High Camp. Once they reached the top, finishers celebrated with a mug of beer.s not archived.

**LOAD-DATE:** September 3, 2004

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal (Reno, NV)

August 13, 2004 Friday Final Edition

**SECTION:** CALENDAR; Pg. 3H

**LENGTH:** 435 words

**HEADLINE:** Big weekend ahead for music festivals

**BODY:**

LIVE MUSIC

Big jams are on the agenda this weekend from Washoe Valley to Squaw Valley, with bluegrass, funk and jazz bands in the lineups.

At Bowers Mansion in Washoe Valley on Saturday is the Northern Nevada Bluegrass Festival. Now in its 19th year, the show brings bluegrass pickers to the lawn of this historic mansion, spearheaded by local bluegrass advocates Northern Nevada Bluegrass Association.

This year's bands include James King Band, Piney Creek Weasels, Doo Doo Wah, Rush Creek, Moonlight Hoodoo Revue, Wild Creek and Alhambra Valley Band. The festival also includes free workshops and an open jam following the bands until 8:30 p.m.

The event starts at 8:30 a.m. Admission is $18, free for children under 12. You can bring your own food and beverages, but not glass containers. Bowers Mansion is on Old U.S. 395 between Reno and Carson City. Details: 348-4692 or www.nnba.org.

What was supposed to be a big love fest with a gaggle of jam bands and sustainable-living themes at Kirkwood Mountain Resort this weekend is canceled. But a few of the bands have been salvaged from the Sustainable Grassfest lineup for a handful of shows at Lake Tahoe venues. Those bands include Leftover Salmon, playing a four-hour show starting with opener Green Lemon at 7 p.m. Saturday at Jim Kelley's Nugget in Crystal Bay. Cost is $25. Afterward, Snake Oil Medicine Show plays a late gig just across the street. That's at midnight at Club Breeze in the Tahoe Biltmore. It's expected to be a $5 show. Then on Sunday at the River Ranch Lodge near Tahoe City, Leftover Surprise (that's Vince and Drew from Leftover Salmon) plays a show at 9:30 p.m. Cost is $10. More info at www.grassfest.org.

On Saturday and Sunday, jazz and funk bands fill the bill for Squaw Valley USA's Brews, Jazz & Funkfest, with headliner Kermit Ruffins & the Barbecue Swingers from New Orleans. The two-day event features six bands and beers from nearly 40 breweries. Saturday's band lineup starts with San Francisco's Cannonball Jazz Sextet at 2 p.m. At 4:15, the funk band Stymie & the Pimp Jones Luv Orchestra takes the stage, followed by The Wild Magnolias at 6:30. Sunday's lineup opens with jazz-funk band Animal Liberation Orchestra (rescued from Sustainable Grassfest) at 2 p.m., followed by Giant People's world beat sound at 4:15 and the New Orleans jazz of Kermit Ruffins & the Barbecue Swingers at 6:30. The shows are in Squaw's base village and are free. Beer-sampling packages are $30 for the day or $50 for two days. Details: (530) 584-6266.

- Jason Kellner, assistant Calendar editor

**GRAPHIC:** Wild Magnolias play Aug. 14 at Squaw Valley's "Brews, Jazz & Funkfest." Publicity photo

Reno Gazette-Journal (Reno, NV) August 13, 2004 Friday Final Edition

**LOAD-DATE:** September 3, 2004

274 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal (Reno, NV)

August 6, 2004 Friday Final Edition

**SECTION:** LIFE; Pg. 1E

**LENGTH:** 368 words

**HEADLINE:** WEEKEND AND BEYOND

**BYLINE:** Johnathan Wright

**BODY:**

Our staff gives its picks of things to see and do

Festival

Brews, funk at **Squaw**

Some big names in jazz and funk - and some big names in brews - will be at the Brews, Jazz and Funk Fest Aug. 14 and 15 at the Village at **Squaw** Valley. Kermit Ruffins and the Barbecue Swingers of New Orleans Jazz Festival fame will headline; the Wild Magnolias, an Afro-Caribbean band, also will play. More than 40 breweries also will be on hand, including some that produce microbrews that are hard to find outside of the Pacific Northwest. Music is free; beer tasting is $30 per person for one day or $50 for both. The event, which runs from 2 to 8 p.m. each day, celebrates the Village's completion to date. The Village at **Squaw** Valley is at the base of the **Squaw** Valley USA ski resort, 1850 Village South Road, Olympic Valley, Calif. Take Interstate 80 west to Truckee, then take California 89 south to the entrance to the valley.

Johnathan L. Wright

Food

Burrito-builders needed

Willie Davison, Northern Nevada's self-styled "Chicken Wing King," is setting his sights on Mexican fare. Davison is organizing an attempt to build the world's longest burrito - more than 7,700 feet - at this year's Nevada State Fair. From 10 a.m. to noon on Aug. 29, the burrito building train will run from Ninth Street to Sutro Street to Wells Avenue and then around Wells Avenue into the parking lot of the Reno Livestock Events Center. Davison and the State Fair are looking for sponsors and volunteers to help get the burrito into the Guinness Book of World Records (and to help chow down when the burrito is completed). Call 352-4272 for information.

Johnathan L. Wright

Film

Linklater double feature

For an evening of understated cinema, I suggest renting director Richard Linklater's "Before Sunrise" on video, then running to the Century Riverside to catch its sequel, "Before Sunset." In the first movie, an American named Jesse (Ethan Hawke) hooks up with a beautiful French girl named Celine (Julie Delpy). The second movie is set nine years

Reno Gazette-Journal (Reno, NV) August 6, 2004 Friday Final Edition

later and tells us what's become of the two characters. Both movies are terrifically entertaining and leave viewers with plenty to think about.

Forrest Hartman

**LOAD-DATE:** September 2, 2004

275 of 2174 DOCUMENTS

Copyright 2004 The Chronicle Publishing Co.
The San Francisco Chronicle

AUGUST 6, 2004, FRIDAY, FINAL EDITION

**SECTION:** PENINSULA FRIDAY; Pg. F1

**LENGTH:** 2505 words

**HEADLINE:** A race that endures;

244 riders, 100 miles, 24 hours - after 50 runs, the Tevis ride remains the ultimate test of horse and human

**SOURCE:** Chronicle Outdoors Writer

**BYLINE:** Paul McHugh

**BODY:**
Dawn bleached shadows off the Sierra's granite bones as horses in the Tevis Cup Ride trotted from the forest and into Squaw Valley. Once on an open cat road, they cantered, tails raised, manes flying, muscles rippling in sleek haunches, and romped uphill to High Camp.

Many wilderness miles away to the west awaited a finish line, in the foothill town of Auburn.

At 5:15 a.m. last Saturday, the 50th running of this planet's toughest and oldest endurance horse ride began at Robie Park, in mountains near Truckee. The event drew 244 top riders and horses from all over the United States, and even from the United Arab Emirates and Japan. In keeping with the tradition of this prestigious but tough event, slightly more than half would make it to the finish.

The riders faced a course with about 18,000 feet of rugged ascent and 22,000 feet of descent (according to the official Web site), including rough landmarks like 8,800 foot-high Emigrant Pass, Cougar Rock and Devil's Thumb, as well as bogs and rubble of the Granite Chief Wilderness. Riders had to thread narrow paths above sheer cliffs, ford creeks and streams. A constant threat is the "rock with your name on it" that can bruise a hoof and lame a horse.

As the sun rose, temperatures along the ridges rose to more than 80 degrees, and transformed still air in deep canyons along the American River into furnaces that approached 100 degrees.

As night fell (Tevis rides are always held on long summer days with a full moon), riders enjoyed the moon's silvery light, but in forest groves they plunged into pits of darkness, forcing them to surrender navigation to the horse sense and superior night vision of their mounts.

This supreme challenge over arduous terrain fully stresses man and beast, just as ultra-marathons such as the Badwater-to-Whitney stress human runners.

The staged start divided horses into three groups: "hotshoes" taking a crack at the Tevis first-place trophy; moderates hoping to avoid chaos and jostling on the trail; and riders simply determined to finish this 100-mile ride before the 24-hour cut-off -- thus scoring a silver Tevis buckle, coveted emblem of riding skill and horsemanship.

The strategy of front-runners was a calculated gamble -- to cover miles in the cool morning, moderate their pace through midday, then deliberately hasten through moonlit darkness to a top finish.

The San Francisco Chronicle AUGUST 6, 2004, FRIDAY,

But of the first six riders passing through **Squaw**, only two, Mike Rapposelli of Greenwood (El Dorado County) on Sunwood Risk and Ron Belknap of Truckee on Kahn-Fection (both Arabs) would finish. Others had to drop out or be pulled after veterinary evaluations at checkpoints.

Behind them came Gabrielle Mann of Bolinas, the horse buyer and trainer for San Francisco financier Warren Hellman, on her Saint Patrick or "Paddy."

There was also the grand dame of the Tevis, Juliette Suhr of Scotts Valley, at 80 the oldest rider, mounted on Tarrah Miss. Only Suhr's daughter, Barbara White of Colusa, has more Tevis buckles for her belt than Suhr's 22 finishes.

Also trying to stay back in the pack was Cory Soltau, a Danville veterinarian with 14 Tevis buckles. The son of Arab horse breeders, Soltau is renowned for nurturing younger endurance riders. For this ride, he was up on Flyer, an obstreperous, overconfident horse who had not yet discovered his limits.

Even before its start, Tevis began to whittle the herd. Three weeks ago, all 250 start berths were filled; 170 stood on a waiting list. Spotting weaknesses or injuries in advance, entries began to self-edit. Three more were yanked at a veterinary inspection the day before the event. By Saturday, 244 entrants were left.

Early in the ride, Lana Wright, of Chesapeake City, Md., was injured when her horse fell on top of her on Lion Ridge. Flown by chopper to a hospital, a banged-up Wright was released Sunday. Her mount, Nathan's Pride - a gray Arab gelding -- ran off and was found in good condition Tuesday afternoon and returned to **Squaw** Valley.

Seventy miles into this ride, on a smooth stretch of road at Foresthill, Moonshadow Bey stumbled once, then fell dead under rider Debbie Wilson of Greenwood (El Dorado County). That was even after Bey scored good marks in vet checks. A pre-existing condition - a pulmonary aneurysm - is suspected.

But robust strength in these trained and conditioned mounts is also displayed. At Robinson Flat, 35 miles into the ride, Jon Steven of Vacaville hopped off Spider de Paz, a beautiful gray whose hide is webbed with black scars. In 2002, Spider stumbled at night on a steep switchback, missed his next step and fell off a cliff. Steven grabbed onto a tree 40 feet down. But Spider tumbled for a 750-foot fall, crashing through brush and even flying over the head of a rider on a switchback below.

Incredibly, the next day, Steven found Spider standing alive on a ledge above the river, and led him to safety. Eight weeks later, Spider set a record in a 50-mile ride. And now here they were, back at the Tevis, to lay their final demons to rest.

"Got a bit of a monkey on my back," Steven said. "But he's a great, great horse. We walked past that spot in practice. First, he was nervous. Then it was no big deal."

Cory Soltau pulled in to Robinson Flat drenched in sweat. He dismounted, staggered, then clung to his horse. "Flyer fought me the whole time," Soltau said. "He just wants to go. I'm working too hard to hold him back. His energy flies up, down and sideways, as well as down the trail."

Soltau gently stroked Flyer with fingertips below one eye to calm the horse's heart rate for a vet check.

Not only riders and horses swing into motion at a Tevis start. Hundreds of volunteers, veterinarians and assistants, as well as support crews, all whirl about in an intricate dance along the 100-mile course.

The best teams swarm a horse and rider like an Indy pit crew, sponging, icing, rigging and refueling participants. The only thing missing is a shrill whine from pneumatic lug wrenches.

Not far away, Julie Suhr and Barbara White settled in under a tent pavilion that Bob Suhr had dubbed the Waldorf-Astoria. It boasted big suspension chairs and a smorgasbord of snacks.

"Come sit down, Ma," Bob Suhr, 85, said to his wife. "I'll take care of you. I know what you want."

Suhr loaded up on cold Gatorade, a "PBJ" sandwich, and made herself eat a banana for the potassium. She cleaned her face with baby wipes, re-applied lipstick, then smiled at her husband. Theirs is a love story enabled by horses. During World War II, Julie rode up on a mustang to watch a Navy training balloon land. Ensign Suhr promptly invited the pretty girl he met out to dinner.

The San Francisco Chronicle AUGUST 6, 2004, FRIDAY,

Bob Suhr has two Tevis finishes himself now and boasts no one has worked on support crews more than he. "It's my claim to fame, such as it is," Bob Suhr said.

"I feel tired, but exhilarated," Julie Suhr said. "Our most hazardous areas are over, but now we have to face the hot canyons. It's time for smart, easy going."

Barbara White said, "We saw a lot of bad luck out there. But there were no stumbles for us. Yet.

"This terrain is beautiful beyond description. Lots of green vistas, many tiny wildflowers."

Gabrielle Mann breezed into Robinson Flat at 10:05 a.m., a mere hour behind the front-runners. While Paddy dropped his muzzle to guzzle beet-pulp tea from a tub, Mann ate a sandwich and smeared on fresh sunscreen.

Warren Hellman, forced to stop to fix his slipping saddle pack, had waved her onward. Despite her strong horse and good check-in time, Mann refused to think about a top-10 finish.

"My No. 1 thing is just to get in," she said. "The best way is, let Paddy find his pace. If he's happy, I'm happy. But it does please him to pass other horses. As a former race horse, he thinks that's his job."

Thirty miles of steep, hot canyon onward lay the old Gold Rush hamlet of Michigan Bluff. Michel Bloch of Cool (El Dorado County) was first to appear, on foot, leading his sweaty Arab gelding, JoJo. Bloch is a crowd favorite for a gentlemanly demeanor leavened with witticisms delivered in a heavy French accent. Last year, a few miles from the finish, he cut a deal with 2003 Tevis winner Heather Reynolds to ride together. Then he would hold back at the end, sparing their horses a struggle for victory.

Now, at Michigan Bluff, Bloch held the lead by 45 minutes. He was relieved to hear his closest competition, Tom Johnson of Loomis, had been pulled by vets at Deadwood.

"Never thought we'd get out of the canyons," Bloch said. "They are terrible. They should be destroyed," he joked.

"I'm an old man. I just look young, since I'm thin. A good rooster is never fat," Bloch said. Then, showing Ian or savoir-faire, he yodeled, wrapped his legs around JoJo, and rode for Foresthill.

Foresthill, slightly over 30 miles from the finish, offers a sense of a long home stretch.

And here, Bloch was forced to give up his lead when a vet declared his horse to be slightly lame.

"Ah, well," Bloch said. "That's the beauty of it. Wanting a fresh chance makes you try again. You want to win? You must be prepared to lose. And always love a horse for his effort. Otherwise, go buy a bicycle."

With Bloch out, possibilities opened up. Afternoon shadows were lengthening as six front-runners trotted from Foresthill in a 15-minute span. They included Jeremy Reynolds of Morgan Hill, husband of the 2003 winner, and Mann on a relaxed looking Paddy.

For the next 20 miles, they jousted for the lead. Mann had it after the checkpoint of Francisco's, as did Ali Al Jahouri from Abu Dhabi in the United Arab Emirates -- here to represent Mohammed Al Said of UAE's endurance village, a major sponsor of the Tevis this year.

But Al Jahouri gave it up when he got lost briefly. Mann dropped back when Paddy tossed a shoe after loosening it while crossing the American River. She strapped on a plastic replacement called an E-Z Boot, which was promptly lost as well.

In a display of sportsmanship that underscored the best spirit of the Tevis, two other front-runners paused to help. Becky Spencer of Auburn loaned Mann a flashlight to look for the boot, and then Reynolds loaned her his own E-Z Boot when that search proved fruitless.

Determined, Mann ran on foot beside Paddy for 4 miles to the final, Lower Quarry stop. Here, a farrier hammered on an emergency horseshoe. Mann re-mounted and set off to catch the leaders.

But it was not to be.

A ripe blue moon -- the second full moon in a month -- tossed silver on the wishing-well shaped horse trough at the terminus of the Western States Trail, just above the Auburn Fairgrounds.

The San Francisco Chronicle AUGUST 6, 2004, FRIDAY,

Just after 11 p.m. a crowd of fans and supporters had filled in behind a barrier fence of plastic netting. They cheered lustily at the sudden clop of hoofbeats. Green, luminescent glow sticks, attached to harness straps, bounced eerily from the darkness under trees along the trail. Then two powerful horses, matching strides, cantered into the floodlights. Their riders held their clasped hands high as they crossed the finish line together.

Becky Spencer and Jeremy Reynolds had become only the third tied pair of first-place finishers in the Tevis Cup's 50-year history.Later, on Sunday, Reynolds would also win the Haggin Cup, for finishing in the top 10 with a horse in superior physical condition. Only five previous times in Tevis history has one rider taken both awards.

Heather Reynolds ran up to kiss and embrace her husband. "Good job, honey!" she yelled.

Seven minutes later, Lila Abdul-Rahim of Lafayette rode into the light, followed in eight minutes by Gabrielle Mann.

As Mann's dad, Paul Mann, and sister Desiree cheered her fourth-place finish, Paddy looked around owlishly at the bright lights and teeming crowd. Waves of steam rose from his broad back.

"When I lost that shoe, I thought we were done, we were done," Mann said, a tearful note in her voice.

Desiree watched proudly as her sister unsaddled Paddy, then mounted him bareback for a triumphant lap around the floodlit fairgrounds arena. A surprisingly large midnight crowd cheered and applauded. After Mann stopped and slid off, Desiree told her, "Now you're done!"

Out on the course, until 5:15 on Sunday morning, many other stories continued to unfurl.

Soltau, stiff and weary at Foresthill, found that a worn-down Flyer no longer wanted to fight.

"We had a very nice, controlled ride to the finish from there," Soltau said. "It was only tough at the river crossing. That was lit by lightsticks tied to rocks. But the current was up, and pushed us off the ford. We nearly got drenched!

"But I think Flyer learned something. Don't know if I'd call it humility, exactly. More like a mental seasoning. Now, at a starting line, I think he'll realize: There's a whole lot more to come."

Soltau rode in at 4:07 a.m., reaching 70th place among the 129 riders who completed the course. Hellman finished at 1:07 a.m., in a very respectable 21st place, aboard his new mount Billy.

Meanwhile, Suhr was having a tough time. At Foresthill, her daughter and riding pal, Barbara White, had pulled her gelding, Khazzblanca, because he was refusing to eat. An old friend, Loreley Stewart, of Bath, Pa., volunteered to continue with Suhr.

But after leaving Lower Quarry at 3:18 a.m., Suhr became increasingly exhausted and disoriented. Unable to ride, she attempted to dismount and lead her horse, but found she couldn't do that, either.

Finally, Suhr sat down on a boulder at Robie Point, less than 2 miles from the finish. She urged Stewart to ride ahead - and earn the prized buckle for herself. Stewart galloped to the finish, mainly to tell Bob Suhr and the rest of the crew of Suhr's distress. They ran to their truck and trailer and tore off to find her.

"There's not one ounce of wimp in my mom," Barbara White said. "Up til now, the oldest Tevis finisher was Wendell Robie himself, at 79. I bet she would have liked to beat him. Her spirit was willing, her mind eager, her joy evident, but - well, you can't really say her body let her down, since it got her that far.

"I'm sure she had no regrets. And she won that great hour, sitting in moonlight with her horse. Probably had decades of Tevis memories running through her mind."

"Well, it wasn't like I burst into tears or anything," Suhr later said. "Just plain ran out of gas. Woke up the next morning, tired but happy. I'll have to sit back and think about this. I might want to try for it again."

---------------------------------------------------

Tevis Cup / Western States Trail access map

The Tevis Cup Ride, the worlds first organized endurance ride, began on Aug. 7, 1955, as one mans tribute to the equine endurance and human skill of the old Pony Express of 1860. The route, 100 miles from Lake Tahoe to Auburn, retraces an old Gold Rush path through the Sierra, a few miles north of the original Pony Express route.

The San Francisco Chronicle AUGUST 6, 2004, FRIDAY,

E-mail Paul McHugh at pmchugh@sfchronicle.com.

**GRAPHIC:** PHOTO (5), (1) Stephen Rojek of South Woodstock, Vt., urges his horse, Phoenix, along the trail during the run for the Tevis Cup. The internationally renowned endurance race attracts riders from the Bay Area and from the world., (2) Jeremy Reynolds of Morgan Hill shows CV Eli the morning after the Tevis on the way to winning the Haggin Cup for best condition. / Photos by John O'Hara / The Chronicle, (3) High protein fortifies Milarepa, owned by Petaluma's Jazon Wonders, and Gandhi, owned by San Anselmo's Pascale Soumoy., (4) Kenneth E. McKenzie of Santa Rosa gets a pull from his horse, Aafinity, while climbing to 8,800 feet at Emigrant Pass., (5) Tackling the trail are (front to rear) Darcy Bean of Bend, Ore., on CR Rhett, Steve Elliott of Pilot Hill (El Dorado County) on Fame Game and Gloria J. Vanderford of Loma Rica (Yuba County) on BA Dardanelle. / Photos John O'Hara / The Chronicle, MAP: The Chronicle

**LOAD-DATE:** August 10, 2004

488 of 2174 DOCUMENTS

Copyright 2004 Nationwide News Pty Limited
Herald Sun (Melbourne, Australia)

May 20, 2004 Thursday

**SECTION:** HIT; Pg. 55

**LENGTH:** 523 words

**HEADLINE:** that's snow business

**BYLINE:** LORETTA HALL

**BODY:**

LONG before she skiied the world and tackled avalanche-prone alps, Jessica Sobolowski was happy to sit quietly at home watching videos.

But the video content she saw as a child differed to that usually viewed by pre-schoolers.

It was ski films that grabbed the attention of American sports model Sobolowski, 28, when she was growing up in Connecticut.

She became passionate about skiing at the age of three, and remembers being entranced by the action in snowsports movies by US filmmaker Warren Miller.

Her own style on the slopes of Californian ski resort Squaw Valley gained the attention of a string of sponsors and the Colorado office of Miller films.

Following her success in big-mountain skiing competitions, Sobolowski was invited to travel to Alaska for some serious off piste skiing for a segment in Miller's Storm, released in 2002.

This year the professional skier is featured freeriding in a new Miller film, Journey, during a shoot with ski legends Glen Plake and Jenn Berg at Lake Tahoe's Heavenly ski resort.

It was filmed by cameraman and former Miller film star Tom Day, one of the adventurous skiers who inspired Sobolowski to take up the sport.

Journey is Warren Miller's 54th salute to the world's challenging mountains and those who dare to ski and snowboard them.

Miller, 78, who has retired from filmmaking, also skis in Journey.

"I was really lucky to get involved with Warren Miller films," Sobolowski says.

"I've known about Warren Miller my whole life and finally one year I got a call and was asked to go to Alaska -- and they have hundreds of athletes calling them to get into their films.

"Warren Miller is the most recognisable voice in the ski industry for ski films.

"Even if people don't know much about skiing they know of Warren Miller, and that's pretty special."

Miller's Journey takes the audience to four continents where 73 athletes and 19 camera crews created footage of their feats in destinations that include Morocco, Chile, Switzerland, Italy and France.

Herald Sun (Melbourne, Australia) May 20, 2004 Thursday

Snow-hungry Melbourne audiences eagerly awaiting the start of the Australian **ski** season can get their Miller fix at a new venue this year, Anderson Cinemas at Victoria Gardens in Richmond.

Journey ticket holders will receive a free one-day lift pass for a friend for the 2004 season when they buy a one-day lift pass online at www.fallscreek.com.au or www.hotham.com.au

Sobolowski and Kevin Quinn, of Points North Heli-Adventures in Alaska, will introduce the film at the Melbourne and Sydney screenings.

Apart from skiing at **Squaw,** Sobolowski works for six months a year at her second home, Points North in Cordova, Alaska. She also **skis** for films and magazine photos for her sponsors.

"I make a living off skiing which is really nice and I'm enjoying it while I can," says Sobolowski, who turned professional four years ago.

"I could never do a nine-to-five job; I love being outdoors and active."

Warren Miller's Journey, Anderson Cinemas, Victoria Gardens, Richmond, evening sessions May 26-30, $15/$17.50, ph: 9425 4422. **Ski** expo in foyer. Info: www.warrenmiller.com.au

**LOAD-DATE:** May 19, 2004