# EXHIBIT 11 - PART C

Case 1:06-cv-01301-JDB    Document 1-25    Filed 07/21/2006    Page 2 of 31

499 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

May 16, 2004 Sunday

**SECTION:** MAIN NEWS; Pg. 8A

**LENGTH:** 99 words

**HEADLINE:** SIERRA HIGH ROUTE

**BYLINE:** Martha Bellisle, Staff

**BODY:**

THE PREPARATIONS

Details, details - and a lot of physical training

By Martha Bellisle

RENO GAZETTE-JOURNAL

Buy a new sleeping pad. Borrow an ice ax. Pack dehydrated food in little plastic bags. And ski. Ski. Ski.

Plans for our weeklong ski trip across the Sierra High Route, a 50-mile spring traverse over six steep passes, were months in the making.

But the attention to details and the physical preparation paid off: We completed the crossing healthy and strong, with just enough fuel to make coffee on the last morning, but just a little too much food. Especially dried fruit.

GRAPHIC: grapher Scott Sady and I began discussing the High Route at the end of last year, and the additional two people involved, Anna Siebelink and Doug Sherman, committed to the trip in March. A fifth person had planned to join us but had to drop out because of a bad back. We had been skiing hard all winter and felt physically capable of completing the journey. We also brought to the mix years of backcountry experience, including avalanche training and knowledge of the use of mountaineering equipment. So the skiing was the easy part. Collecting gear, sorting food and checking other details would be the next challenge. During an organizational meeting at my home, for example, the critical question was raised: Does anyone snore? "No," we all replied smiling, pleased at our luck. Then Doug said he sometimes talks in his sleep while in distress. He was lying on his back one night, he recalled, and standing over him was the devil. Despite his yells of protest, Doug said, the devil reached down into his chest and pulled out his soul. We all paused and looked at each other. "Hmmm. That's, interesting, Doug. Does he visit you often?" we asked. "Does he ever come while you're awake? Has he taught you to spin your head full circle?" He assured us that the dream was not reoccurring, but I made a note to exclude split pea soup from our dinner menu just in case. The menu was next. We decided that each of us would bring our own breakfasts and lunches, but we would make group dinners. We agreed that since we were spending a week out on the trail, we should eat well - soups, hearty entrees, even dessert each night. I did much of the shopping and several of us spent an evening repackaging the meals. Now the gear. Most of us owned what was needed - tents, a rope, stoves, fuel bottles, cooking kits - so it was a matter of deciding whose gear to take. While we checked off lists, we gathered on weekends to work our legs. The group skinned up Castle Peak for some corn turns. Scott and I skied from Sugar Bowl Ski Area to Squaw. Doug, another friend and I skied to Dick's Peak in Desolation Wilderness soon after. Anna added to her fitness with a weeklong ski trip to Canada; Scott tested his strength with a

Reno Gazette-Journal May 16, 2004 Sunday

solo ski up Mount Shasta. By the end of April, we were ready to go. THE GEAR; PERSONAL GEAR; Sleeping bag and pad Cup, bowl, fork, spoon Swiss Army knife Shovel Avalanche beacon Matches, lighters Two water bottles Sunglasses Skis, skins, probe poles Ice ax; Head lamp Goggles; GROUP GEAR; Two stoves (Anna, Martha) Two tents (Anna, Martha) Fuel bottles (3 oz., person, day) Two cooking kits (Doug, Anna) Coffee rig - cone, filter (Martha) First-aid kit (Martha, Doug) One light rope (Anna) Duct tape (everyone) Compass (Scott) Maps, guidebook info (Anna, Martha) Cell phone (Scott) One pair of crampons (Scott) Repair kit G-3 bindings (Martha) Epoxy for repairs (Martha) CLOTHES; Fleece top, bottom; Long underwear Underwear, jog bra Socks Gloves, mittens Neck warmer Warm hat and visor hat Down jacket; Shell jacket; Shell pants; Bandanna (for sun) Camera, film; PERSONAL KIT; Toothpaste and toothbrush; Toilet paper; Sunblock, lip balm; Face soap; Face towel; Notepad and pen; Book; Extra shoelaceGEARING UP: From left to right, Doug Sherman, Anna Siebelink and Martha Bellisle, all of Truckee, sort through their gear at the Symmes Creek trailhead before heading off on a weeklong trek in the Sierra. CLOSE-UP LOOK AT BACKCOUNTRY GEAR; Fritschi alpine touring bindings; Gear photos by Scott Sady, Reno Gazette-JournalFritschi alpine touring bindings climb with free heels like telemark bindings, but the heels can be locked down to ski downhill, resembling regular alpine bindings. Cable bindings and telemark bootsThe soles of telemark boots extend slightly beyond the toe area and slide into a clamp on the binding that holds the front of the boot to the ski. A metal cable runs from the front of the binding around to the back of the heel and clamps onto a groove in the boot heel. The cable system allows the front of the skier's boot to be attached to the ski, and the skier's heel to lift while walking or making a telemark turn. Avalanche gearLeft to right, an avalanche beacon, shovel and probe. Climbing skins (see above)Climbing skins stick to the bases of skis to climb up slopes, then peel off to ski downhill. Graphic, "Backcountry gear," by S. Reich archived as a photo

**LOAD-DATE:** May 18, 2004

500 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

May 16, 2004 Sunday

**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 2582 words

**HEADLINE:** Mother Nature comes through

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

Capital improvements help boost numbers at ski resorts

By Ryan Randazzo and Thomas J. Walsh

Reno Gazette-Journal

Early season snow promised to keep Lake **Tahoe ski** resorts busy this season. But after November and December's blessing, the season warmed up, especially during the past two months.

Despite the warm, mostly snowless spring, local resorts report strong visitor numbers for the year, pumped up by various capital improvements and season pass specials.

While Heavenly enjoyed a giant boost in visitors as of January, the spring weather kept most other resorts from posting any records.

"This time of year, our competitors no longer become other **ski** areas, they become other activities - golf, biking ..." Alpine Meadows spokeswoman Rachel Woods said. As the **Tahoe** season wraps up today with the last day of skiing and snowboarding at **Squaw** Valley USA, some resorts offered a look back at how 2003-2004 panned out - and a preview of what lies ahead for 2004-2005.

Heavenly capital

The Heavenly **ski** resort in South Lake **Tahoe** had a really good year, spokeswoman Molly Cuffe said, although it also was affected by the warm spring.

Heavenly is in the fortunate position of having a new corporate parent that committed $40 million in capital spending for the resort during a five-year period, starting in May 2002, when Vail Resort Inc. of Colorado bought the business.

This summer, $10 million of that will be ploughed into the mountain, including a new high-speed, six-person lift that will replace two older and slower three-person chairs (the Waterfall and Powder Bowl lifts).

Cuffe said overall business was up almost 22 percent as of January, when compared with the previous year. However, numbers for the entire season were not available last week from Vail Resort, whose fiscal third quarter ended April 30.

Reno Gazette-Journal May 16, 2004 Sunday

In conjunction with Harveys Lake **Tahoe** casino resort (owned by Harrah's), Heavenly opened back up for two days May 1-2. The extra weekend helped promote the south shore and the opening of Harveys' new Cabo Wabo Cantina, a rock club featuring the financial backing - and the performance - of rocker Sammy Hagar.

Cuffe said Heavenly opened at its traditional time, the week before Thanksgiving. She said 12.5 feet of snow in December garnered national publicity that "certainly helped us to carry through into January and February."

The Gondola at Heavenly, in the Heavenly Village, will open for daily summer sightseeing starting June 11.

Customer service is key

**Squaw** Valley USA officials said their extra efforts to keep the slopes groomed and raise the bar for customer service were well received this season. The resort's last day for skiing and snowboarding is today

Lake **Tahoe's** largest resort was open the latest this season.

"We had great skiing conditions from the get-go, a great start, then a slow fizzle toward the end of the season," spokeswoman Katja Dahl said. "Our numbers at the end of the season were not what we expected."

Although not a record-setting season, **Squaw's** numbers were up, thanks partially to the new base-area village, in its second season and halfway to completion.

Frequent visitors to the resort also were happy to see the roughly $500,000 in new grooming equipment put to good use, Dahl said.

"That was a really big effort this year to have more consistency," she said. "We expanded grooming into new areas, and a lot of the areas we were grooming we were able to groom wider, such as Siberia, some of Granite Chief that hadn't been done before. For our regular guests, they sensed the extra effort."

The resort also has plans to add a two-person chairlift to the learning area that opened two years ago with surface lifts only, Dahl said.

Additionally, the resort has "a couple other lift projects that probably won't happen until next summer," pending permits, she said.

The cable car at the resort will continue ferrying visitors to the High Camp until May 31 and, after taking a two-week break, will resume for summer operations June 12.

Booth Creek 'Double Whammy'

"Mother Nature definitely came through for us this year," said Nicole Belt, communications manager for the Northstar-at-**Tahoe** and Sierra-at-**Tahoe** ski resorts.

Belt was referring to three extra weeks of business at Sierra-at-**Tahoe** in November. The resort is on U.S. Forest Service land, about 12 miles west of South Lake **Tahoe**. Because of its location, regulations are strict and snowmaking equipment is minimal.

Belt said Booth Creek Ski Holdings Inc., corporate owner of both resorts, does not release skier counts, but that the "season overall went extremely well." Not only did Sierra open early; it closed late - one week past the planned Easter final date.

Part of that could have had to do with a new promotion - the "Spring It On" pass that cost $89, less than the price of two full-day lift tickets - which afforded skiers almost a month of late-season access.

This was also the second year of the successful "Double Whammy" pass, good for mountain access at both Sierra and Northstar.

Belt said the "Double Whammy" increased sales by 13 percent.

While no major changes are in the works for the Sierra-at-**Tahoe** resort, Northstar - where overall skier visits were down by 6 percent - is a different story, Belt said, possibly owing to the success of the "Double Whammy."

Northstar will get a face lift with the new pedestrian Village at Northstar.

It will include a fitness center, year-round outdoor ice rink, casual- and fine-dining restaurants, a bookstore, brew pub, coffee shop, bakery and 213 new luxury condos with new cobblestone streets, outdoor fire pits and a patio restaurant.

Total capital spending on this project was not disclosed by East West Partners, the developer partnering with Booth on the construction and management.

Other improvements include on-site employee housing, a new on-mountain restaurant, ski-in/ski-out "neighborhoods," more chairlifts and expanded terrain.

Various "Double Whammy" season passes for 2004-'05 are already on sale. A pass with blackout dates at Northstar costs $449.

A locals favorite

Mt. Rose-Ski Tahoe continued to draw solid crowds with its popular Value Pass, which it will offer again next season for $299, $50 more than this year.

The resort initiated the Value Pass for the 2000-2001 season, charging $199.

"We did have a very strong year, but didn't quite make the record we had last year - but we did come close," Marketing Director Mike Pierce said.

The big news for Mt. Rose and Lake Tahoe resorts in general will be next season's opening of new terrain, in addition to two new lifts.

A high-speed, six-person lift will replace the traditional four-person chair in the East Bowl. That four-person lift will be moved to transport people out of the bottom of the Chutes - steep, avalanche-prone gullies on the northeast side of the mountain visible from Reno that are closed to skiing. The Chutes will be patrolled and open legally to skiers for the first time next season.

"We are expanding terrain, a lot of capex," Sales Director Murray Blaney said of the roughly $4 million in improvements.

The expenditures justify the increased rates, he said.

"Stuff is not getting cheaper - I don't know if you have bought gas recently," he said, adding that grooming the slopes requires significant diesel fuel for the machinery.

The low-priced pass is still a deal for locals, he said.

"If you are living in Reno or the Truckee Meadows, with the expansion we will have next season and how accessible we are, it is like a health club mentality (where people can show up for a couple hours a day)," he said.

Other off-season improvements include clearing some of the large obstacles from runs in the East Bowl so that less natural snow is required to open them.

The high traverse from the top of the East Bowl also is being graded to eliminate flat spots that are difficult for skiers and snowboarders to cross.

"It is cut and fill," Blaney said. "It is a decent project. At the end of the day, you will definitely notice a difference."

The resort also is trying to buy the land it leases from the county to build a new East Bowl lodge, he said.

Alpine considers new lift

The "Season of Truth" was successful for Alpine Meadows, officials said. The new marketing campaign for this season, notable for its exceptionally low daily lift ticket price of $39, brought the company many new customers, officials said.

"We actually had quite a few people who hadn't skied in a long time and some who had not even tried snowboarding," spokeswoman Rachel Woods said. "It was a really nice way for people to take up winter sports or try them again."

The resort did not set a record for skier visits.

Reno Gazette-Journal May 16, 2004 Sunday

"We are happy to say that we did do more business this year than last year, and we were able to do that and provide people with a lift ticket for significantly less than we did in the past," Woods said.

Part of the new campaign involves shutting down lift ticket sales once the mountain and parking lots get crowded - and that only had to be done "a couple of days," Woods said.

Lift tickets can be prepurchased online for those who want to be sure to get on the mountain.

While ticket prices for next season will not be released until July, Woods said the present campaign is likely to continue because of the positive response from visitors.

Alpine also has plans to upgrade the Sherwood three-person chair to a detachable, high-speed quad lift. Officials said permits and contracts with the manufacturer are being sorted out.

Because the lift is the only way for skiers and snowboarders to get out of the back side of the resort back to the main lodge, the upgrade would help accommodate the crowds that gather at the bottom of Sherwood, home to the popular Ice Bar.

Alpine locals have reacted negatively to some of the resort's changes, particularly the decision to use in-house food and beverage options at the base lodge and discontinue a lease for the Treats cafe, officials acknowledged.

"This decision was not made lightly, and we hope you will all enjoy the changes and upgrades we have planned," President/General Manager Matt Janney explained in a letter posted on the resort's Web site.

In online chat rooms, locals have characterized the move as an act of corporate greed to compensate for revenue lost with the low-priced lift tickets.

Backcountry mecca

Kirkwood Mountain Resort pushed its reputation as a backcountry mecca this season by beginning backcountry training and tours.

But late-season heat slowed business there, too, and the resort finished for the season April 25.

"Visitation on our last weekend was strong," Marketing Manager Tracy Miller said. "We do it for our pass-holders more than anything. We were probably 2-1 pass holders to ticket holders, and had close to 500 people both days."

Although new lodging at the resort opened up, visitation did not set a record.

Visitors took advantage of the new "Expedition Kirkwood" marketing effort, which included Snowcat tours, backcountry awareness courses and avalanche transceiver training, Miller said.

"We will continue with that next season for sure," she said. "We will offer more high-level courses on avalanche awareness."

The resort has a niche marketing the backcountry experience, as out-of-bounds skiing and snowboarding is allowed, she said.

"It is a natural piece for Kirkwood," Miller said. "We are a Class A avalanche area. We get the most snow

"We have the conditions that warrant the most care and caution out there. Kirkwood is indisputably the most backcountry resort in Tahoe. We are 30 miles from anything."

With more people heading into the backcountry, the resort is trying to teach people how to stay safe, and using that "hard-core" outdoors ethic as a selling point.

"If you are going to go out in the backcountry, come to a place like Kirkwood and learn what you need to do," she said.

Various types of customers are responding to the efforts, she said, noting a letter from a Long Island, N.Y., attorney who visited with his son during the winter and used a guide to ski in the backcountry.

"He had an absolute blast," Miller said, adding that the rest of the people in his group were bartenders from San Francisco who paid in cash. "You try to figure out who your customer is, and here there is an adventurous tie that binds people."

Reno Gazette-Journal May 16, 2004 Sunday

Diamond Peak at high speed

In North Lake Tahoe, traffic on the slopes of Diamond Peak increased because of a new high-speed quad lift, said Milena Regos, the resort's marketing director.

"We had a very good, strong season, and we started very strong at 10 to 12 percent above average in January and February," Regos said.

"The March warm weather affected us, and ski business dropped a little bit then, and we closed April 4 - a fairly early closing."

Although Diamond Peak shut down about 10 days before it was projected to do so, the new lift "had a very positive effect" on new skiers and old customers, Regos said.

No major capital improvements are scheduled for this summer, she said. Diamond Peak is owned by the Incline Village General Improvement District.

Mammoth lifts still running

The big ski resort at Mammoth Lakes still was doing a bustling business earlier this month - with the higher elevations of the southern Sierra affording good skiing even as temperatures turned much more mild.

The resort town's bars and restaurants remained jammed with beer-drinking snowboarders.

That's the case this weekend, too, according to Mammoth's weather projections and snow base report.

Mammoth's Web site reports its "Spring Pipe" is up and running on the Lower Saddle Bowl and with "the most snow in the last five years."

Workers said the season normally tapers off in early June.

o o o

Text from graphic/map:

Lake Tahoe resort changes

Mt. Rose Ski-Tahoe

New East Bowl chairlift with old lift moving to The Chutes, new terrain that will open "for sure" next season.

Northstar-at-Tahoe

Continued sales of popular "Double Whammy" season passes along with new base-area village improvements, including 213 new condos.

Diamond Peak

Continued marketing of the new, high-speed quad that debuted this season.

Heavenly

$10 million in improvements, this summer including new high-speed, six-person lift to replace two old triple chairs.

Kirkwood

Expanding on "Expedition Kirkwood" offerings to include more backcountry courses.

Sierra-at-Tahoe

Continued sales of popular "Double Whammy" pass coupled with the "Spring it on" pass boosted business.

Alpine Meadows

Working on permits for a new, high-speed quad to replace the Sherwood lift. Likely continuation of the "Season of Truth," low-riced lift ticket campaign.

Squaw Valley USA

New grooming equipment added this season could be helped with a new beginner's lift.

Reno Gazette-Journal May 16, 2004 Sunday

Stephen Reich/Reno Gazette-Journal

o o o

ON THE WEB

Many resorts' lift ticket prices are not set yet for next season, but you can bookmark these sites to check for season pass availability and specials for locals:

Alpine Meadows: www.skialpine.com

Boreal: www.skiboreal.com

Diamond Peak: www.diamondpeak.com

Heavenly: www.skiheavenly.com

Homewood: www.skihomewood.com

Kirkwood: www.kirkwood.com

Mammoth: www.mammothmountain.com

Mt. Rose: www.skirose.com

Northstar: www.skinorthstar.com

Sierra-at-Tahoe: www.sierraattahoe.com

Squaw Valley: www.squaw.com

Sugar Bowl: www.sugarbowl.com

**GRAPHIC:** Scott Sady, Reno Gazette-JournalTHURSDAY AFTERNOON: Riders enjoy the sun and snow during the final week of operations at Squaw Valley Ski Resort, the last one open in the Tahoe area.Photos by Scott Sady, Reno Gazette-JournalSTART TO FINISH: The season winds down Thursday at Squaw Valley Ski Resort (above) during the last week of operations for the only resort still open. Last January, at the height of the seasons, skiers at Kirkwood (left) launch into one of the fingers chutes just above the Sisters. These chutes are a good place for advanced skiers to push their limits without serious risks, since the runout is gentle.Tim Dunn, Reno Gazette-Journal fileEARLIER THIS SEASON: Squaw Valley is seen from Northstar-at-Tahoe on a sunny day in January. At 4,000 acres and boasting 177 runs, it is one of Lake Tahoe's larger ski resorts.

**LOAD-DATE:** May 18, 2004

Copyright 2004 FDCHeMedia, Inc. All Rights Reserved
Copyright 2004 CCBN, Inc. All Rights Reserved
FD (Fair Disclosure) Wire

May 11, 2004 Tuesday

Transcript 051104ae.731


**LENGTH:** 7594 words

**HEADLINE:** Q3 2004 Intrawest Earnings Conference Call - Final

**BODY:**

OPERATOR: Ladies and gentlemen, thank you for standing by. Welcome to Intrawest's third-quarter results conference call. At this time, all participants are in a listen-only mode. Later, we will be conducting a question-and-answer session. As a reminder, this conference call is being recorded on Tuesday, May 11, 2004. I would now like to turn to conference call over to Daniel Jarvis, President and Chief Executive Officer of Intrawest's leisure and travel Group. Please go ahead, sir.

DANIEL JARVIS, PRESIDENT, CEO, LEISURE AND TRAVEL GROUP, INTRAWEST CORPORATION: Thank you all for joining us for our third-quarter conference call for fiscal 2004. With me today, where we are at our Blue Mountain resort, Ontario, are Joe Houssian, President and Chief Executive Officer of the Company; John Currie, Chief Financial Officer; David Blaiklock, who is our Vice President and Corporate Controller, is also on the line from Vancouver. We have invited media and individual and shareholders on the call in a listen-only mode. Analysts and institutional investors will be permitted to ask questions at the conclusion of our remarks. In addition, we are Webcasting the call live from our corporate Website, www.intrawest.com. The conference call will be replayed for one week, and will be archived on our Website for one year. I want to remind listeners that our comments and answers to questions may contain forward-looking information. This information, by its nature, is subject to risks and uncertainties, and actual results may differ materially from those projected in such information. Please refer to our fiscal 2003 management's discussion and analysis for more information.

At this point, I'll turn it over to Joe Houssian, our Chief Executive Officer.

JOE HOUSSIAN, CHAIRMAN, PRESIDENT, CEO, INTRAWEST CORPORATION: Thank you, everyone. We are here at Blue; it's Blue Mountain, it's very sunny. We annually have a two- or three-day strategic retreat with our Board. We wrapped that up a couple of hours ago. For those of you who have not been at Blue Mountain -- I haven't been here myself for about 18 months. I know I'm biased here, but it's absolutely spectacular, and you really should see this. It's a very, very fine village that is being built here.

We had a great three days of strategy discussions because -- essentially, because -- and particularly compared to a year ago, the foundation, the basic financial and organizational foundation for this Company has never been in better shape. So it made for a very creative and interesting conversation in terms of our continuing strategies to conserve capital, to reduce debt, to move to free cash flow, and at the same time to find elements within our organization that -- with respect to future organic growth possibilities.

Our EBITDA this quarter was 128 million, compared to 125 the previous year, earnings of $1.17 per share compared with $1.19 previously.

Our free cash flow for the quarter was 57 million, which was up from 39 million a year ago. And, as we have been discussing -- in fact, since exactly a year ago -- in quite some detail, that one of the Company's major objectives was to move to free cash, it's quite exciting for us that year to date, we are now at a positive 110 million in free cash compared

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

to this time last year, where we were -115 million. So, so far in the first nine months of the year -- and we still have a lot of our real estate closings still coming in the fourth quarter -- we already have a $225 million swing from the prior year.

We talked about this exactly a year ago. We told you our objectives for fiscal '04 would be to move to free cash flow and to use the monies to pay down debt, and at the same time to grow EBITDA and grow earnings. And, although we still have six weeks left in the year, we're extremely confident that we have achieved what we set out to achieve. One of the very exciting things we see, including prospects on the horizon, is our real estate. It continues to be extremely strong. Since January, we have launched seven projects in five different resorts. Our sales have been 94 percent of the inventory presold, which represents about 578 units and about $250 million. Some of these projects are already moving into Leisura.

As you know, Leisura is our private Company created with Manulife and J.P. Morgan that essentially buys sites from us and develops product. That program has now been a year old, and will continue again into its second year. We also have more launches planned in the coming months at Tremblant and in Las Vegas.

So the financial foundation is getting built exactly as we had hoped, and as we had planned and projected. When we last spoke a few weeks back, I told you that we were onto an internal management initiative, in terms of how we organize ourselves going forward. I shared with you that in the 90's, the Company was focused on building resorts and on building its leisure and travel business with -- throughout various divisional heads. What happened in the past decade is that we have attracted millions of customers, and we have built up very solid businesses, but in different operating areas with different leadership. And for the past year, we have recognized that the real power of what we have will not work its way through the income statement unless we can start moving towards integration. And the announcement of our leisure travel group, headed up by Dan Jarvis and Hugh Smythe, was the answer to that. It is allowing us to better leverage our assets an our human resources. It really creates an infrastructure that allows us to scale up organically and to better serve our customers, to create distribution systems in ways that we could never do as a combination of separate entities.

Essentially, for us, it's a new way of doing business, and I don't think I can overemphasize the intensity and the opportunities that we see here to do exactly that. The emphasis on marketing and sales and integration across our divisions is going to be very substantial and very meaningful and exciting for us, as finance people. It's going to be very immediate in its impact, and it will have, we believe, a very -- we are planning for it to have a very positive impact on our coming fiscal year, which starts in six weeks, on July 1st.

Let me handed over to Dan, who can talk a little bit about operations, now that he is the operations guru. And then we will have John Currie speak to real estate and a bit of the financials. Dan?

DANIEL JARVIS: Thank you, Joe. Speaking first to the resort operations, revenue increased to just under 300 million from 283 million in the quarter last year. Two, really, movements -- one in one direction, one offsetting it. The higher Canadian dollar increased reported revenue by 19.5 million. And, while reduced skier visits acted to knock 3.4 million the other way, so the two net out at 16 million increase. Our resorts hosted 4.8 million skier visits in the quarter, which is down 5 percent from the 5,081,000 in Q3 of last year, and a number of factors were responsible for this. Skier visits at Whistler were down 7 percent. We think that is clearly, in part, due to the higher Canadian dollar. Visits to Whistler from the U.S., particularly the Northeast of the U.S., were down. That was, fortunately, offset by higher visits from Europe, and regional visits were also up, but not fully enough to offset the reduction from the Northeast of the United States. Skier visits to the Eastern resorts at the end of the quarter were down 4 percent, due mainly to the very cold weather in January, and Tremblant was also impacted to some extent by the higher Canadian dollar. We actually were encouraged by the way the quarter finished, because after a very, very difficult start in January -- for example, Blue finished up with higher visits on the quarter. So we ended somewhat stronger than we -- certainly stronger than we started on the quarter.

Colorado was down, and in particular Copper experienced very warm temperatures and below-average snowfall in March, which impacted on their business, particularly from the front range. When we look at revenue per visit, using a constant-dollar exchange rate, the revenue per visit was up about 4 percent over last year. And as we look at all of our resorts, we expect revenue per visit to be up. When we look on a full-year basis at all of our resorts, except possibly Blue and Panorama, which will be pretty close to last year but had some changes in mix of visits, which produced their revenue per skier visit. But all of the other resorts, rather, will show an increase in revenue per visit, which again continues to speak to some strengths we are seeing in pricing, some strengths particularly in launching. And I will come back to the lodging numbers in a moment, but our room nights held up well during the quarter.

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

Golf rounds for the third quarter at the warm-weather resorts were down 7 percent, and this is a combination of some very challenging weather, some aggressive pricing out there by certain competitors and, I would say, some of the lingering impact of some of the economy on some of our resorts. If we turn to resort operations expenses, they increased to 198.5 million from 178.7, and the higher Canadian dollar increased reported resort operations expenses by 11 million, so a large part of that. And other factors increased them by 8.7 million or 5 percent.

The impact of the expense increase and the revenue together -- the resort operation's margin was 33.7 in the quarter, which is down from 36.9 percent last year. And this is due mainly to the negative operating leverage that we have from those lower skier visits, particularly at the Eastern resorts and in Colorado. Despite the lower visits in Whistler, its margin was actually up this quarter compared to March of 2003, which had been quite negatively impacted, as you recall, last year by the Iraq war.

Turning now to the outlook for the full year, all of our resorts are now closed for the winter season except for Whistler, Blackcomb at Mammoth. The trends which we saw during the third quarter continued pretty much unchanged for the remainder of the season at most of the resorts, and overall we expect resort operations EBITDA for the year to be very close to last year's number, maybe slightly behind. But it will come within 2 to 3 million of that number. Summer bookings are up about 6 percent over last year at this time, but it's still early days in terms of getting a good read on the summer.

Turning to the management services group -- this is the new sector which we are now reporting on -- management services revenue increased 45 percent, so a significant increase in the quarter, 46.4 million versus 32 million last year. And the largest component of this is lodging and property management. That's about 60 percent of the number for the quarter. Lodging and property management revenue increased by 14 percent or 3.4 million, due to increases in revenue from the new villages at Mammoth, Squaw and Lake Las Vegas, as well as a 3 percent increase in occupied room nights on a same-resort basis at our resorts. So we are pleased with the growth in the lodging business during the quarter.

Management services fees from other sources increased by 11 million, with about one-third of this increase due to the increase in development management fees from the Leisura partnerships, increased sales fees earned by Playground on sales for third-party developers and increased reservation fees earned by RezRez, our central reservations business.

The profit contribution from management services was 15.7 million, which was up from 7.7 million last year, and about one-third of this increase in profit contribution was due to the improved results from RezRez, which we significantly restructured at the end of last year.

So, looking at the outlook for the full year for this particular segment, management services, we had guided you previously towards about 100 million in revenue for this division, with sort of a low 20's margin. Based on where we are at the end of the third quarter, we now expect to have revenue in about the 120 million range, so up from that earlier guidance, and the margin to be somewhere in the low 20's. So we're expecting that number to come in around 25 million, in terms of profit contribution, versus 11 million last year.

So those are the first two segments, and I will turn it over to John for real estate.

JOHN CURRIE, CFO, INTRAWEST CORPORATION: On the real estate side, real estate revenue increased to 91.5 million from 87.1 million in the same quarter last year. Included in revenue for the quarter was 14.9 million for two projects that were sold to Leisura. Year to date, we have sold 10 projects to Leisura for 107.6 million. And that concludes the first round of projects sales to Leisura.

Land profit on sales to Leisura is initially deferred and later recognized, together with our share of equity income from Leisura. Leisura has adopted the percentage-of-completion method of accounting, and therefore our land profit and equity income are recognized as projects are constructed and sold by Leisura.

Excluding the project sales to Leisura, real estate revenue decreased by 10.5 million to 76.6 million, as we closed fewer units in the quarter. In total, we closed 136 units, compared with 242 units in the third quarter of last year. The reduced number of closings was due mainly to the fact that only one project concluded construction during this quarter. On a year-to-date basis, we have closed 39 percent more units this year than last year.

The higher average revenue per unit reflects the higher Canadian dollar exchange rate, and also the mix of resorts and product types. In the third quarter of this year, we closed units in two high-end fractional projects -- one at Whistler,

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

one at Copper -- that skewed the overall revenue per unit. Excluding these two projects, and using a constant Canadian dollar exchange rate, average revenue per unit increased approximately 5 percent.

Resort club revenue increased 6 percent in the quarter, to 14.6 million. We opened a new club facility here at Blue Mountain in the quarter, and improved our close rate on tours. In addition, add-on point sales increased by 700,000. These are additional points that we sell to our existing members, and this success is really a testament to the high degree of satisfaction our members have with the club.

Leisura closed all 53 units in its Seasons project at Blue Mountain this quarter. Overall, the profit contribution from real estate development was 9.5 million in the quarter, down from 11.4 million last year, again due mainly to the lower number of closings.

Outlook for the real estate side -- closed units and presales for delivery in 2004 amount to 669 million, including the 107 million for projects sold to Leisura in the first nine months. Resort club sales are in addition to this. We're on track to close about 1,250 Intrawest units for the full fiscal year, and in addition, Leisura expects to close 102 units this your. Overall, the profit contribution from real estate for the year is expected to be in the upper 70's.

Other items -- the increase in the value of the Canadian dollar had a positive impact on the reported contribution from resort operations, management services and real estate. But on the other hand, it had a negative impact on other items, including depreciation and amortization, interest expense and corporate G&A.

Turning to cash flow, cash flow from operating activities for the quarter was 73.1 million, compared with negative cash flow of 47.4 million for the third quarter of last year. This brings cash flow from operating activities to 178.9 million for the nine months, compared with negative cash flow of 75.2 million. This positive swing of 254.1 million is due to closing more real estate units and, as we mentioned, to the impact of Leisura.

Year-to-date free cash flow, which is cash flow from continuing operations, operating activities, less ski and resort CapEx and less our investment in Leisura, stands at 111 million. We have a significant number of real estate closings slated for the fourth quarter, which will increase our free cash flow for the fiscal year. In particular, two projects which will be completed and closed units in June, those being the Four Seasons at Whistler and the Lasada (ph) project at Sandestin -- those will generate over 100 million of free cash flow alone.

Debt reduction -- with this impact of the positive swing in cash flow, we thought debt reduction, reduction in debt adjusted for the Canadian dollar exchange rate in the first nine months of 124 million, versus an increase in debt of 110 million in the first nine months of last year.

Turning to our outlook for fiscal '04, we're looking to come in with earnings per share of approximately $1.20. That's before taking into account the bond redemption costs which were incurred in the second quarter. Total Company EBITDA is expected to come in the range of 230 to 235. This compares to 209 million for the full year last year, so an increase of 10 to 12 percent. And free cash flow we expect to come in the range of 225 to 250 million. And again, at this point, it depends primarily on real estate closings through the balance of the fiscal year.

At this point, I'll turn it back to the operator for any questions.

OPERATOR: (OPERATOR INSTRUCTIONS). Grant Jordan, Wachovia Securities.

GRANT JORDAN, ANALYST, WACHOVIA SECURITIES: Can you give us the management services revenue for fiscal '03?

DAVID BLAIKLOCK, VP, CORPORATE CONTROLLER, INTRAWEST CORPORATION: It's David Blaiklock here. The revenue for fiscal '03 was 88.2 million.

GRANT JORDAN: 88.2 million. Okay. And I heard the free cash flow forecast of 225 to 250 for the year. Is there more debt reduction targeted with that free cash flow?

DANIEL JARVIS: The debt reduction target is in the $210 to $235 million range.

GRANT JORDAN: And that's for the full year, not just the fourth quarter?

DANIEL JARVIS: Yes, that's for the full year, which will bring our debt to EBITDA ratio down in the 3.75 to 4.0 range.

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

GRANT JORDAN: On the interest rate side of the business -- I mean, on the real estate side of the business, have you seen any impact from higher interest rates?

DANIEL JARVIS: None whatsoever. As Joe mentioned, the success of our launches this spring has been a testament to the strong markets. We're over 90 percent sold in the seven launches this spring.

GRANT JORDAN: And finally, are you -- free cash flow for next year, I know that once Leisura has ramped up, we're going to see more of the impact of that next year. Should we expect to see free cash flow in the same kind of ballpark range of 200 million next year? Or is that going to fall back to somewhat of a more normalized level?

DANIEL JARVIS: You certainly won't see this number again. There is a one-time effect of Leisura which was visible this year, which was -- as we move from the old method of financing to the Leisura structure, you get a one-time effect which results in a very large cash flow. So we will be moving to what I would characterized as the more normal free cash flow, which will relate more to the levels of profitability in the ongoing business.

The ongoing effect, positive effect of Leisura will continue, however, because of the way it is structured. If there is $100 million of required additional investment in new projects, we were only required to put in our equity or investment, which means we're only funding about $11 for every $100 that goes in. So the Leisura effect continues, but not to the degree which is apparent in the first year. We're not in a position at this point to give guidance on free cash flow, because it's largely, again -- we're going to move to what I would call a more normal situation, where it's heavily dependent on the profit outlook from real estate and operations, and it's too early to give that guidance.

GRANT JORDAN: Is there a corporate goal to keep leverage in the 3.75 to 4.0 range going forward, or will that just vary according with the real estate?

JOHN CURRIE: No, that is our target. There is always some seasonal fluctuations, but on a year-end basis, that is at the high end of our target range.

GRANT JORDAN: And what would be the low end?

JOHN CURRIE: 3.25 to 3.75 is our target range.

OPERATOR: Will Marks, JMP.

WILL MARKS, ANALYST, JMP: I had a couple of questions. Just in understanding the growth for next year, the EBITDA, then, from the development business should -- do we assume that it kind of peaks this year?

DANIEL JARVIS: The implication, Will, in your question is it peaks and then would decline next year? Is that --

WILL MARKS: Right.

DANIEL JARVIS: I don't think you should assume that. Remember, we have got continuing projects on our own balance sheet. We have got Storied Places, we have got all the townhomes, we have got the European projects which require very little balance sheet impact, because the purchasers finance them, effectively, for us. So, given the projects, we continue to have our balance sheet and the growth in those sectors, together with the income we do derive from the Leisura partnerships and the land prop -- while we don't -- the whole impact of Leisura is run through our income statement. If you look at that as a totality, you shouldn't assume that we are going down.

WILL MARKS: And then, on the ski resort side, should we -- I assume that we should expect some growth in at least the March quarter, given the weakness in several geographic areas this quarter. Is it safe to say we should assume some EBITDA growth from the resort business next year?

DANIEL JARVIS: We are certainly -- we encountered a number of very difficult weather conditions compounding this year. And while we have always -- as you know, I have been very reticent to use the weather excuse. I think, clearly, this was a very challenging year. So we would hope to have a more benign environment to work with next year, and we certainly have a number of things which we're working on in terms of the marketing and sales side as well, to address some of the opportunities we see out there. So we would certainly expect to -- we are going in next year fully expecting to see some growth.

WILL MARKS: And back on the development again, actually, the number of units -- non-Leisura units that we're modeling -- should decline, right? It's going to continue to decline over time?

JOHN CURRIE: Yes. Non-Leisura units would decline.

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

WILL MARKS: And any idea how much? I mean, are we talking about getting down to losing maybe 200 a year the next couple of years or more?

DANIEL JARVIS: Maybe, will, I can give you some broader guidance, because we're not in a position to give you specific guidance at this point. But in terms of the broader guidance, in terms of how you should look at the real estate business, if you look at it as a totality, both what we do in our income derived from the Leisura partnerships, we expect that part of our business to be growing, not shrinking. So that is where we are headed. And one of the things that we have tried to explain, as we put in the Leisura partnerships was this, together with the reorganization of how we carry out the real estate by when we created the regional offices -- most of these moves are intended to position us to grow this activity. We're seeing a very strong market environment for real estate, and what the Leisura partnerships allow us to do is to grow this business without having a severely negative impact on our balance sheet. So we feel now that we are sort of repositioned properly with the right financial structure in place. We're also applying the same kind of partnership approach to the acquisition of new resorts for real estate development.

So we have got the right kind of financial structure in place. We have got the right organizational structure in place. And so we are feeling in the right -- certainly, a very positive environment. So we are looking to grow this business with these new structures in place.

OPERATOR: Gail Mifsud, Raymond James.

GAIL MIFSUD, ANALYST, RAYMOND JAMES: Can you give us some details on the Leisura partnership, in terms of how things are going and what progress you are at in putting in the next series of projects?

JOHN CURRIE: Okay. Well, the next series of projects -- we're just sort of finalizing the details on that with J.P. Morgan and with Manulife. David, maybe you can jump in, but it's five of the projects that have already been launched, is it?

DAVID BLAIKLOCK: That sounds about right, yes.

JOHN CURRIE: And they are over 90 percent sold, so tremendous sales activity so far in this year's launches. So we are really at the point where we are just finalizing the transfer, in terms to the second round of Leisura.

DANIEL JARVIS: There is a very high presell, Gail, in the first round. So we have got some very happy partners, in terms of that progress we have made, so it's very smooth sailing at this juncture.

GAIL MIFSUD: Have you earmarked the next set of projects that the partnership will be looking at?

JOHN CURRIE: That's what I was referring to, these projects that are already launched, and then two more are the ones slated for this next round of Leisura, with possibly some additional ones that won't launch until the fall. But we very definitely -- these projects are well underway, in terms of planning and identification.

GAIL MIFSUD: When we look out to fiscal 2005 -- and I am talking about the real estate development side of the business here -- what type of margins would we expect? I noticed that margins were lower in this quarter and for the year to date. What kind of margins should we project?

DAVID BLAIKLOCK: Sure. Gail, we had said this year, right from the get-go, would be lower than what had seen in previous years, because more of the less mature resorts were contributing to the mix. And next year, I think that will continue, so compared to a couple of years ago, where we had a dominant contribution from resorts like Whistler and Tremblant, I think the margins will be in line with what we're seeing this year. So I would say in '05, it's going to be kind of in the low double-digit range.

GAIL MIFSUD: In the last conference call, it was alluded to the fact that some of the projects -- real estate projects scheduled to close in the fourth quarter may in fact -- there was a slight chance of them being delayed or pushed into the first quarter. What would you describe the probability of that happening?

JOHN CURRIE: Well, as I mentioned, we have got two large projects closing in June -- Lasada at Sandestin and the Four Seasons at Whistler. We're still anticipating that those units will close by June 30, but it is getting close to year end. So we're pushing quickly on those.

OPERATOR: Tom Kerr, Reed Conner.

TOM KERR, ANALYST, REED CONNER: Can you expand on an earlier question with regard to the interest rate environment? You guys have done a great job selling resort real estate in a very bad recession, but I think a long-term

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

rising rate environment is something completely different. Can you kind of comment on the history of that, with regards to your resort operations? And I am talking about over the next several years, not the next several quarters. What do you think the effects of that will be?

JOE HOUSSIAN: Your question is with respect to resort real estate?

TOM KERR: Yes.

JOE HOUSSIAN: We're in the sort of fortunate end of the market, because our average buyer, as you have heard us say before, is in the early 50's. Many of them are simply writing checks; mortgage rates are perhaps not as big a deal as they would be to a first-time buyer in suburbia.

The demographics for us continue to be positive. The number of people in our buying age increases each year, as you know, until 2014. So demand continues to grow, and supply in these resorts continues to be limited and, if anything, is becoming more limited. I am here at Blue, as an example, and I am seeing a village that was just a blank piece of land three years ago, and now is a real live, breathing village. But half of the property is now gone, so supply starts to diminish. So we have maturing resorts that are attracting more people, with diminishing supply coming on over the next few years, being sold to people who have the ability to write a check and are buying it not so much as an investment but as a lifestyle.

And so, if interest rates go up 200, 300, 400, 500 basis points, does that have a big impact? I think psychologically it may have a bit of an impact. But we were successfully selling real estate five years ago, in a mortgage environment that was substantially higher than today. And, although we will continue to be very cautious, and never build anything that has not been presold -- we have that luxury -- we also are feeling reasonably positive about the sector of real estate that we are in.

OPERATOR: Mike Caputo (ph), Kramer Rosenfeld (ph).

MIKE CAPUTO, ANALYST, KRAMER ROSENFELD: A couple of quick questions. Next year, the priorities for free cash is to continue to pay down debt; is that right?

DANIEL JARVIS: If I can speak -- yes. What we are targeted on particularly, and John mentioned earlier, is a debt-to-EBITDA ratio. If you look at our target of 3.25 to 3.75, our target, which puts us squarely within what I would call the solid part of the spectrum, in terms of if you look at the major hospitality companies. So if you look at where most of them are today, it's right in that range of somewhere between 3 and 4. That is where we want to be, so we will continue to monitor our debt levels in conjunction with EBITDA levels, to make sure that those credit ratios continue to stay strong in that range.

MIKE CAPUTO: And Joe, you mentioned diminishing supply. How long do you see your supply of land out there ready for development?

JOE HOUSSIAN: Well, we have, depending on what you count 15,000 to 16,000 units. And we are producing them at the rate of call it 1,500 a year, going forward, just to use round numbers. So we still have 8 to 10 years of supply, but it's different in every location -- Whistler, Tremblant, they all are at different stages.

So we have got a lot of supply, which makes us comfortable. But in any given resort, that amount is coming down because we're expanding -- as you know, we're expanding to -- we have been expanding to new resorts. The other thing that we are finding is that, as IntraWest becomes more well-known to the investment community, our ability to bring partners into land transactions, as we did into the vertical construction with Leisura, is increasingly available to us. So you will see our discipline of levering off of our intellectual assets continue to manifest itself in land acquisitions that we will do with partners' money, meaning that the total availability of land to Intrawest, looking out into the future, will continue to be robust. But in any given resort, as it gets built, it actually diminishes.

OPERATOR: David Daglio, Boston Company.

DAVID DAGLIO, ANALYST, BOSTON COMPANY: I guess the question was asked and answered. But just long run, on the resort business, just the core (ph) resort business, what do you think is the right growth rate to think about, or kind of a long-term margin goal? Because last year, we had tough comps (technical difficulty) some of the (inaudible) and this year we are having weather, so I am just curious if you can (inaudible).

DANIEL JARVIS: Unfortunately, you were cutting out as you asked the question, and at a couple of key points, I missed --

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

DAVID DAGLIO: Just the resort business, the long-term growth and EBITDA margins.

DANIEL JARVIS: I am very confident that you are going to see an increasing -- you will see increasing margins over the next three years, and the reason that I say that is that -- and we have spent a long time over it, going through it with our Board over the last two days. But we're going through a major re-engineering of our operating model, and that re-engineering is designed to do two things -- lower our overall fixed cost structure, by consolidating functions that today are in many resorts into one location where we can operate that more efficiently. And that applies both to backoffice as well as it does to the front-of-the-house functions, in some cases. But in addition to that, we are looking at the opportunities to, again, manage within the season more effectively to match expenses against demand. And that, as well, is something which has been enabled, because across all of our resorts now, we have enterprise software so we can track, at a very granular level, our labor costs in all of the different functions, literally not only week by week, but day by day and hourly by hourly.

So we are moving into quite new terrain, and I think it's going to be very productive terrain, in terms of managing our costs relative to revenue. So I am confident that we will see these translate through into higher margins as we go forward. And when I say that, that is based on really quite conservative revenue growth assumptions. We are not building into our business plan the kinds of revenue increases we saw three years ago or four years ago or five years ago. It's a model which is built on quite conservative revenue increases, but even lower cost increases and providing consistent margin improvement over the next three years.

OPERATOR: Irene Nattel, RBC Capital Markets.

IRENE NATTEL, ANALYST, RBC CAPITAL MARKETS: Just turning, for a moment, back to the Q3 results, I believe that you said that the margins at Whistler were actually up in the quarter. Is that correct?

DANIEL JARVIS: That's correct.

IRENE NATTEL: Talk, then, about what was going on in some of the other resorts, because given the importance of Whistler in the overall contribution, if Whistler was up, then something else must have been not so good.

DANIEL JARVIS: Yes, and the not so good was at the Eastern resorts and at Copper, particularly. And it really reflected the negative leverage we get, as -- you know, we get positive leverage, given our cost structure, when we get skier visits rising above our expectations. But in this case, with skier visits falling below in particular, because of the weather, it was the paid skier visit that was not showing up. So, in effect, we're staffing up ready for Saturday or Sunday, and we just don't get the visits. And that is what happened both in the East -- and you are aware, I'm sure, that the very cold weather that we experienced in the East -- but as Copper had some very difficult snow conditions, as it happened, in some weekends, the local snow impact was in fact quite localized. In some cases, we did fine at Winter Park, but Copper suffered. So it's that negative leverage in those particular resorts.

IRENE NATTEL: And does that, then, go to the lower absolute leverage or profitability there? Is that -- let's call it a 5 or a 7 percent decline in skier visits, given the level of profitability at those resorts has a greater negative impact on the overall contribution, sort of like a tipping point kind of thing?

DANIEL JARVIS: Yes, it does. And that is exactly why we are re-engineering the operating model, Irene, is that what we see is that where you have a smaller resort, your operating leverage up and down is greater. The fixed cost comprised a higher percentage of our cost structure than with a very large resort like Whistler, where you can spread those fixed costs over a larger volume. So what we are, in effect, doing is viewing all of our operations almost like one large resort, and bringing scale advantages to those smaller resorts. So by moving, for example, all the backoffice functions -- as we're doing to Dillon, Colorado -- we're effectively starting to integrate our resorts in a way that they economically operate more like one very large resort, rather than these smaller resorts, which are less efficient and more leveraged up and down.

IRENE NATTEL: That's great. And just turning for a moment, then, to the real estate side, I believe that earlier, you had given guidance for the number of Leisura unit closures of 160 to 170, and now you're saying 102, correct?

JOHN CURRIE: The main difference, I think, is the Rising Bear project at Stratton, which had originally been slated to close in June. And it will be in Q1 (multiple speakers).

IRENE NATTEL: So does that change, at all, your guidance of 22,000 to 25,000 in operating profit per unit on those Leisura units?

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

DAVID BLAIKLOCK: The number that John had talked about in his remarks, the outlook for the year -- the high 70's million operating contribution from real estate reflects Intrawest units and Leisura units, so it's all bound up in that number.

IRENE NATTEL: Okay, but does it mean that you're going to get a little bit more from Intrawest and a little bit less from Leisura, or --?

DAVID BLAIKLOCK: I think the -- yes, in terms of the units that closed, yes, we will get more from Intrawest and a little less from Leisura.

IRENE NATTEL: But in terms of profit per unit -- I guess what I am trying to get at is, profit per unit -- is it going to going to be what you had earlier thought it was going to be, or is it going to be better or worse?

DAVID BLAIKLOCK: I think the overall economics of the Leisura units have not changed, in terms of their -- when you look at the pro formas for each of the Leisura projects, they've tracked pretty much where we thought, and where Leisura thought they would track.

IRENE NATTEL: And just finally, again, just sort of a point of clarification on the real estate side. We are still -- if we look forward to F'05 and F'06, once Leisura is fully implemented, although the total number of units will be increasing, the number of Intrawest units will be, I don't know, one-third to 40 to 45 percent of the total number of units, and the balance will be under the Leisura formula. Is that correct?

DANIEL JARVIS: That percentage will change from year to year, Irene. One thing to remember is that the non-Leisura units tend to be bigger units. They tend to be townhome units, and those things, or single-family lots, that kind of thing. So often, the revenue per unit for the ones we will continue to keep on our balance sheet, and that is in part why we are keeping them, is they're very profitable per unit, so that there is a mix issue there, as well.

IRENE NATTEL: Right. So I think that in the past, Dan, you have kind of said it will be whatever percentage it is of units. But it will be about 50 percent of what you are currently generating in earnings, correct?

DANIEL JARVIS: I am just a little reluctant to give a specific number, because it is going to vary from year to year. And therefore, I think what I'd prefer to do is as we get closer to next year, is give you more specific guidance on a year-by-year basis.

OPERATOR: Michael Smith, National Bank Financial.

MICHAEL SMITH, ANALYST, NATIONAL BANK FINANCIAL: What is the likelihood that you will make a travel and leisure acquisition within the next six months?

JOE HOUSSIAN: Well, having this reorganization now, which we have been working on for nine months behind us, there are clearly opportunities out there for us to bolt other ventures into Intrawest, primarily because what we offer to the market is distribution through our call center network, and also access to our 7 million customers, many of whom we communicate with e-mail. So there's opportunities out there. The issue is how much capital needs to be spent to exercise on those opportunities? And having made the decision that we are not spending capital, we are not selling equity, we are not raising debt beyond the level that we are comfortable at, which is the level that we are going to be at here in the next few weeks, any acquisition that we announce will not have attached to it a very material or even a minor material amount of dollars.

So we continue to see opportunities out there that will enhance the leisure/travel group, but our internal marching orders are very much to do it on the basis of our management services capability, and not on the basis of the our capital. We have nothing specific to announce, but I would not want to commit that we would not be expanding our business through our management services side, either.

MICHAEL SMITH: Just on the G&A, the G&A expense has risen by about 20 percent, and this will be the fourth year it had done that -- or slightly over 20 percent. What is going on with that line item?

DAVID BLAIKLOCK: Certainly, year over year, there is the impact of the higher Canadian dollar, since most of our G&A is incurred in Canada. I think, if you look at other things, clearly Intrawest, like all public companies, is faced with huge increases in corporate governance costs. So things like audit fees -- we have an internal audit department this year whereas, in previous years, we did not have one. D&O insurance, all the sort of legal, et cetera, et cetera, related to that. Also, I think we have -- and we have talked about this -- we have sort of brought some IT resources that were

previously out in the field into our corporate structure, so centralized some of that function. So that's where most of the increases come from.

MICHAEL SMITH: And if I could switch gears to the resort club, resort club sales made a nice bounceback from last year, but they are still considerably below '02 levels -- what is going on there?

DAVID BLAIKLOCK: I don't think the sales are below '02 levels.

MICHAEL SMITH: I think they were like 16.5, and then last year they were 12.6 and this quarter they were 14.6 million. So up nicely from last year, but still below the 16.5 from the year before.

DAVID BLAIKLOCK: Clearly -- I mean, I would have to confirm those numbers, but clearly, the reduction in visits to Whistler, which is a major market for the resort club, reduced the sales at that location. So that would be one factor. But I would have to doublecheck your numbers, because I think year over year, quarter over quarter, for the last three quarters, there has not been a huge variance.

MICHAEL SMITH: I am speaking of the Q3 quarter.

DAVID BLAIKLOCK: Right.

OPERATOR: Will Marks, JMP.

WILL MARKS: Just a quick question on -- or can you give me a quick update on Mammoth and the airport there, please?

DANIEL JARVIS: Well, there is really no particular update. I think the update that we gave last is still current. We were still working through -- we had to go back and get further environmental impact work done, and network is continuing. So there is really no update.

OPERATOR: There are no further questions in the queue.

JOE HOUSSIAN: Okay. Thank you, everybody, for joining us today. I have really nothing more to add. We set for ourselves a year ago an objective. We are announcing today that those objectives are being met, and you will see that come through in our next report. The Company, in the meantime, has restructured the various of our divisions, and what I think is going to be a very exciting new growth mode and catalyst for us. We continue to see the Company growing its EBITDA and growing its earnings without growing its capital or debt structure. And that is what we are all focused on here, and we are looking forward to the future with a fair amount of optimism.

Thank you again, and we will talk soon.

OPERATOR: This concludes the Intrawest third-quarter results conference call. Thank you for participating, and thank you from Telus.

[CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS. Copyright 2004, CCBN, Inc. All Rights Reserved.]

FD (Fair Disclosure) Wire May 11, 2004 Tuesday

**LOAD-DATE:** May 26, 2004

535 of 2174 DOCUMENTS

Copyright 2004 Copley News Service
Copley News Service

April 19, 2004 Monday

**SECTION:** WASHINGTON WIRE; TRAVEL & ADVENTURE

**LENGTH:** 1224 words

**HEADLINE:** TRAVEL AND ADVENTURE
Mountains are pleasin' in warm offseason

**BYLINE:** Brian E. Clark Copley News Service

**BODY:**

Come spring, the thoughts of many Western ski-town residents turn to mud and how best to avoid it.

"When the snow melts, it's unavoidable," said Susie Kincade, a 20-year-resident of Eagle, Colo., a small town west of Vail, one of the Rockies' best-known resorts. "But it's worth it, because we know that summer is right around the corner. And that's truly my favorite time of year.

"I may have come for the winters and the snow and the skiing. But like a lot of people, I stayed for the summers. It's why we live here. There is hiking and biking and rafting and golf and great concerts, many of them free. Best of all, though, is getting up into the high country in July to hike among the wildflowers. Nothing can surpass that."

Kellie Hines, who has called Mammoth Lakes, Calif., home for the past two years, said she can't wait for summer to arrive, either. "I love the snow," she said. "But winter lasts so long up here. After eight months of winter, I'm tired of it. I can't wait for June to arrive when we can go outside in short-sleeved shirts.

"And summer is really active here with lots of things to do outdoors, as well as cultural stuff like our Jazz Jubilee from July 9 to 13. It's a great place to be or visit in the summer."

Because many hotels and inns find it hard to fill their rooms from May through October, they offer deep discounts that can save travelers up to 50 percent on lodging. Some resorts also run sports camps and workshops and meetings for groups and companies.

Here's a rundown on what a few resorts around the West offer during the warm months:

MAMMOTH

Golfers who want to try out California's highest 18-hole course should head for Mammoth's Sierra Star, which has tree-lined fairways, well-trapped greens and numerous lakes, ponds, waterfalls and streams - perfect for losing balls. The par 70 course covers 6,708 yards and was crafted by Cal Olson, one of the state's noted golf-course architects.

For the more adventurous, the Mammoth Mountain Bike Park has more than 80 miles of professionally maintained, single-track trails. Gearheads of all abilities take advantage of many routes and canopied rest and water stops. There is uphill transportation from town on the Bike Shuttle and high-speed access to the middle and upper mountain on the Panorama Gondola and Eagle Express chairlift out of Little Eagle Lodge.

When I visited Mammoth last summer, my son and I took the gondola to the 11,053-foot summit, soaked in the stunning 360-degree vistas that included the John Muir and Ansel Adams wilderness areas and meadows filled with wildflowers. Then we zipped back down the to village, falling only a time or two.

Copley News Service April 19, 2004 Monday

At the Adventure Center, Mammoth Climb and Zip has a 32-foot-tall climbing rock. The boulder is a good spot to hone skills, and the Junior Ropes Course offers kids 14 and under the chance to fly down the zip line, walk a cable tightrope and gain confidence while having the bejesus scared out of them. The Adventure Center and Mountain Bike Park will open June 27.

For those with a musical bent, the town of Mammoth sponsors a Jazz Jubilee. It will run July 9-13.

Information: (800) MAMMOTH; www.mammoth-mtn.com.

SNOW SUMMIT

Snow Summit draws mountain bikers from all over Southern California in the summer. It has three pro-grade downhill courses, 150 miles of trails, many challenging terrain features and a 1,200-foot descent. The chairlift to the top of the mountain is open weekends in May, September and October, but all week June through August. Mountain bike rentals are available through Team Big Bear at the base area of snow summit. Rates are $9 an hour, $27 for a half day and $50 for a full day. Helmet rental is $6.50 a day.

Information: (909) 866-4565; www.teambigbear.com.

PARK CITY, UTAH

A dozen years ago, I stopped in Park City, Utah, on a trip to Teton National Park and took in a concert at the Deer Valley Resort conducted by Henry Mancini. Of course, the orchestra played "Moon River." Outdoor concerts and music festivals abound there in venues ranging from the hillside at Deer Valley to the Forum at The Canyons Resort or a club on historic Main Street. Visitors can see the best local talent at Concerts in the Park or catch the biggest names in the industry at the annual Jazz Festival.

Hikers love the Park City area's 200-plus miles of public trails, which can be enjoyed on a private stroll or guided tour. Some of the trails are relatively flat and paved, while others lead through steep and rocky terrain. All of the area ski resorts offer lift-served hiking from June through August.

Information: (800) 453-1360; www.parkcityinfo.com.

LAKE TAHOE

Lake Tahoe's (Calif.) Squaw Valley offers traditional favorites such as full-moon strolls, stargazing evenings, ranger hikes and a big July 4 bash. There is also a High Altitude Kite and Music Festival, a Hot August Nights party and a Wine and Music Festival.

This summer, the recently opened Village at Squaw Valley will have a full calendar of events with movie nights and a weekly music series in the event plaza.

Visitors should take the resort's cable car, which ascends 2,000 vertical feet to the High Camp Bath and Tennis Club at 8,200 feet. Recreation at High Camp includes ice skating at the Olympic-sized outdoor ice pavilion, swimming at the Lagoon and Spa, five tennis courts and access to miles of scenic hiking and mountain-bike trails.

At the base of Squaw are the Robert Trent Jones 18-hole golf course; the Resort at Squaw Creek's Health and Fitness Spa; horseback riding stables; and paved bike trails that lead to nearby Tahoe City along the Truckee River. For those who are fit, skip the cable car and hike up Shirley Canyon to High Camp and then ride the cable car back down to save your knees.

Information: www.squaw.com.

VAIL

If you can't get to the Big Apple this summer, you'll still be able to see and hear the New York Philharmonic at Vail July 6-13. Its appearance - its first in Colorado - is just one of nearly 60 musical performances scheduled for Vail June through August. The acclaimed Rochester Philharmonic and the Dallas Symphony orchestras also will return to the resort as part of the Vail Valley Music Festival, which runs June 27 to Aug. 4.

The Atlanta City Ballet will perform as part of the Vail International Dance Festival Aug. 1-10, and leading theater companies from Seattle and Chicago will take to the stage at the nearby Beaver Creek Theater Festival Aug. 11-16. In addition, there are a multitude of free concerts, shows and music revues in and around the valley for people of all ages and interests.

Copley News Service April 19, 2004 Monday

If you can stand only so much culture, Vail - elevation 8,150 feet - also has plenty of outdoor offerings on a dozen-plus golf courses, as well as horseback riding, kayaking, rafting, hiking, dining and shopping.

The country's largest celebration of mountain sport, soul and culture, the Teva Mountain Games, will return to Vail June 4-8. Outdoor athletes will compete in five events and 10 disciplines, including freestyle and extreme kayaking, kayak and raft paddlecross, bouldering, speed climbing, mountain bike trials, cross-country racing and mountain-trail running.

Information: (970) 479-1394; www.vailsummer.net.

Visit Copley News Service at www.copleynews.com.

**GRAPHIC:** With Photo - Outdoor Living; With Photo - Just Practice; With Photo - Making Tracks; To download, visit www.copleynews.com

**LOAD-DATE:** April 19, 2004

539 of 2174 DOCUMENTS

Copyright 2004 Marin Independent Journal, a MediaNews Group publication
Marin Independent Journal (Marin, CA)

April 17, 2004 Saturday

**SECTION:** SPORTS NEWS

**LENGTH:** 691 words

**HEADLINE:** Jeffry Weidel: Ski season wrapping up this weekend for most resorts

**BODY:**

WARM WEATHER IS typically the enemy this time of year. For ski resorts around Northern California, the enemy arrived early and has yet to depart.

Unlike last season, when March and April proved stormy, it was the reverse happening in 2004. By early March, temperatures were unseasonably warm and that same pattern rode into April and has remained.

Trying to predict the weather? Forget about it.

"It begs the question: what is normal," said Becky Moore, director of sales at **Squaw** Valley. "We were getting so much snow at this time last year. This year it is just the opposite."

Some resorts bowed out early this season. Both Diamond Peak and Dodge Ridge pulled the plug on their seasons April 4.

Many will follow tomorrow. Calling it quits will be Homewood, Bear Valley, Northstar-at-**Tahoe**, Heavenly and Boreal. Sierra-at-**Tahoe** joins them the following day.

Despite the mass closings, that doesn't mean the snow is not adequate for some late season runs by skiers and boarders. The problem is a familiar one: interest.

Many people move on, anxious to begin indulging themselves in summer activities like golfing, biking, boating, swimming, hiking, fishing and more.

The people who remain loyal to the winter fun are heading down the slopes for a variety of reasons.

"Some of them are simply hardcore skiers and boarders," Moore said. "But we get a real mix this time of year. You get the hardcore ones, people on vacation, some that come for the warm weather, and other people who just want to learn."

Although the conditions are not ideal, late-season is a perfect time for taking up the sport.

"The snow is very soft, there are no crowds, you are going to get more attention [from an instructor], and the weather is nice," Moore said. "It's just a pleasant experience this time of year."

With an abundance of snow annually, Kirkwood is typically one of the last ones to shut down. That will be the case again this year when the resort of Highway 88 goes until Sunday, April 25.

Kirkwood will try something a little different this season. Although the official closing comes April 25, the resort plans to remain open on weekends throughout May, going from 8 a.m. to 2 p.m. Two lifts will run on weekends in May, most likely Solitude and Cornice Express.

Marin Independent Journal (Marin, CA) April 17, 2004 Saturday

"We had huge success last year when we just opened for Memorial weekend," said Amy Broadhurst, Kirkwood's guest and events manager. "We think more people are likely to come on the weekend this time of year."

This week Kirkwood reported nine of 11 lifts still running. That happened despite a long string of sunny days making the snow quite sparse at the mountain's base. Coverage at the higher altitudes was more than adequate.

Perched on the north shore, **Squaw** traditionally outlasts everyone. The closing date this season is set for May 31. Alpine Meadows will continue into May with no set closing date at this time.

Like Kirkwood, visitors will find a mountain at **Squaw** that is running at nearly full speed, despite no significant snow in over a month.

"Our whole mountain is open right now," Moore said. "We will go just to the upper mountain at some point, but that hasn't happened yet. We are keeping as much terrain open as possible."

**Squaw** has one aspect no other **Tahoe** resort can touch: High Camp. The area rests at 8,200 feet and features a large hot tub, pool and convenient poolside bar. It's a nice getaway when the snow gets slushy in the afternoon.

Although the snowfall was hardly record-setting, this season it did arrive in a timely fashion. A quick start occurred with some resorts using a late-November snowfall to kick-start the season by Thanksgiving.

Some hefty December storms made for a solid Christmas holiday, the busiest time of the year when snow is on the hill. More snow came down in January and February, keeping the interest running high.

"We had a lot of timely mid-week snow," Moore said. "We had some beautiful weekends with great snow."

Jeffrey Weidel is a Sacramento free-lance writer with more than 20 years of skiing experience. This is his last story of the season.

Copyright and permissions

**LOAD-DATE:** April 18, 2004

553 of 2174 DOCUMENTS

Copyright 2004 McClatchy Newspapers, Inc.
Sacramento Bee

April 11, 2004, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M1

**LENGTH:** 979 words

**HEADLINE:** Special events zing a little craziness into spring skiing

**BYLINE:** Janet Fullwood Bee Travel Editor

**BODY:**

The sponsors called it "a blend of the traditional and the contemporary." Others just called it crazy.

The format: six skiers at a time racing elbow to elbow on a narrow, ungroomed course laid out like a twisted noodle on one of the steepest pitches this side of a Warren Miller movie.

But when all was said and done on a recent Saturday at Sugar Bowl - when the adrenaline-stoked athletes stood grinning on their podiums, arms raised, tongue studs flashing, crowd cheering, oompah band urging them on - it could be said that a little bit of contemporary-retrocraziness is a good thing for the world of skiing.

The Red Bull Silver Belt, a revival of a sanctioned, world-class ski race held annually at Sugar Bowl from 1940 to 1975, was but one of the highlights of a spring season at Tahoe that is fast winding down. Across the lake, on that same bluebird weekend, Heavenly Mountain Resort hosted its biggest event of the year, the U.S. National Freestyle Championships, showcasing aerial and bump skiers who spend as much time in the air as on the ground.

Both events drew hordes of spectators who took advantage of the 50-degree weather to strip down to shirtsleeves (or less) and soak up the sun, the music, the beer and the excitement generated by a caliber of competition usually seen only during the X-Games, the World Cup and the Olympics.

Heavenly added under-the-lights nighttime competition and fireworks to the heady mix, while Sugar Bowl footed a deck party featuring the San Francisco rock band Station alternating sets with the Tahoe-based, polka-playing Smokin' Lederhosen, who at one point had the whole crowd happily doing the chicken dance.

Such outbreaks of spring fever are par for Tahoe's resorts, which increasingly are staging special events to lure people up at a time when weather conditions tend to be great even as the snow begins to deteriorate.

This weekend, for example, Kirkwood is hosting a spring snow party featuring pond skimming (in which contestants ski or board into - yep - a pond), banked slalom, big-air and rail-jam competitions. Over at Northstar, they're cleaning up from Saturday's Reggae Brewfest to make room for the Easter Bunny. And Heavenly's Gunbarrel run must still be smoking from an event Saturday that saw extreme skier Glen Plake and a cadre of iron-thighed competitors challenge each other to see who could complete 25 laps on North America's toughest black-diamond bump run (results weren't available by press time).

The best part of these events is that anyone can enjoy them. You don't have to be a skier (or snowboarder) to get a thrill from watching world-class athletes perform - or to simply revel in the ambience engendered by the fresh-air events. It's a treat in itself to sit out on a sun deck amid frosted mountain scenery, nursing a refreshment and soaking up the vibes.

Sacramento Bee April 11, 2004, Sunday

Europeans have long regarded their ski champions like rock stars, but it's taken an evolving breed of nontraditional snow sports to make Americans sit up and take notice.

"You'd really have to know a lot about racing to make it fun to watch a World Cup event," notes Werner Schuster, a retired Alpine Meadows ski-school director who competed in the 1964 Silver Belt race.

During Schuster's time, the competition took a traditional approach, pitting one skier at a time on a giant-slalom course, racing against the clock. The new skier-cross format is more like a horse race, with a field of competitors breaking from the gate at the same time.

"This format of racing makes it more interesting for spectators - and it really makes good television," Schuster said. "You don't have to know anything about skiing; you just watch and see who comes in first."

(The Heavenly event was televised last week, and the Red Bull Silver Belt coverage is expected to air May 17 on Fox Sports.)

Indeed, the new-school snow sports - freestyle and freeski, each with its own subset of disciplines - are widely credited with breathing new life into a stagnant industry. The movement's influence has trickled down to the recreational level, leading to the development of several new categories of equipment - not to mention the half-pipes, rails, fun boxes and other "terrain park" elements that have become ubiquitous at winter resorts around the world.

But if the extreme sports practiced by top athletes are exciting to watch, they're downright dangerous - and scary - to perform.

The rough and raw off-piste Silver Belt course "was not quite like anything I've skied before," said Aleisha Cline of British Columbia, who took first in the women's division. "I've raced skier-cross and big mountain (another freeski discipline), and this was really like a combination between the two. There was a lot of anticipation and anxiety waiting for the start."

Spectators, of course, can leave the anxiety to the athletes, concentrate on their tans and enjoy what Schuster calls the "contemporary craziness" that characterizes ski and snowboard competitions nowadays.

For recreational skiers and boarders - or anyone who takes pleasure in mountian scenery and fresh air - **Tahoe** beckons with a few more events before it's time to stash the boots and boards until next season. Heavenly on May 1 will host its first Uno de Mayo celebration with a rail jam, barbecues and live bands; **Squaw** on May 8 will host the Lake Cushing Classic pond-skimming contest; and Kirkwood has scheduled an end-of-season bash on Memorial Day weekend.

Remember, some of the best of the West is right in our own back yard, so get up there before the snow melts, and let your spirits soar.

\* \* \*

For more information on remaining events at **Tahoe** resorts this season, or on lodging and lift-ticket specials, visit the **Ski Lake Tahoe** Web site at www.skilaketahoe.com.

The Bee's Janet Fullwood can be reached at (916) 321-1148 or jfullwood@sacbee.com.

GRAPHIC: Sacramento Bee / Bryan Patrick A skier gains plenty of air before tucking into a flip during the women's portion of the U.S. Freestyle Competition March 27 at Heavenly Valley. The contest and the Red Bull Silver Belt race the same weekend at Sugar Bowl pump high energy into the season.
Christian Pondella Skiers charge down the course in the Red Bull Silver Belt race held March 27 at Sugar Bowl near Lake **Tahoe**. The event was a revival of a race held annually from 1940 to 1975. The skier-cross format featured six skiers at a time racing on an ungroomed course on Mount Lincoln.

LOAD-DATE: April 12, 2004

578 of 2174 DOCUMENTS

Copyright 2004 McClatchy Newspapers, Inc.
Sacramento Bee

April 4, 2004, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M5; TRAVEL LOG

**LENGTH:** 586 words

**HEADLINE:** Outdoor play on Tamalpais for 91st year

**BYLINE:** Bee Staff

**BODY:**

A top reason to visit the Bay Area this spring is the outdoor theater on Mount Tamalpais in Mill Valley. For its 91st season, the Mountain Play troupe is staging "My Fair Lady."

The six performances are May 23 and 30, June 6, 13, 19 and 20. Tickets range from $20 to $30 for open seating.

Opening day, May 23, will also feature a jazz concert at 11:30 a.m. by the Royal Society Jazz Orchestra. Showtime for the featured musical is 1 p.m.

Attendees usually turn the event into an all-day picnic outing. Free shuttle service, a 40-minute ride, is available from downtown Mill Valley starting at 9:30 a.m. Hardy playgoers hike up to the theater; but more often they walk down, leaving their picnic gear for the free shuttle service.

For more information: (415) 383-1100 or www.mountainplay.org.

Heading for Peru: Spanish teacher Michael Dolan will escort a June 15-29 trip to Peru. Travelers may take a week of Spanish classes (12 hours) combined with a home-stay that includes meals, or opt to stay in a small hotel.

The group will be based in Cuzco and make excursions to Machu Picchu, Lima and Puno.

The cost of the trip, with airfare from San Francisco, is $2,500. For more information: (916) 300-8213 or e-mail 9mikelj@inreach.com.

Ireland in July: Hart Journeys and Stiles in Travel are offering a guided, luxury trip to Ireland for women July 13-24. The trip will focus on people and culture, with time for personal and professional development.

The $2,997 cost includes luxury lodging, ground transportation, guides and some meals but not airfare. For more information: (916) 442-0167 or www.hartjourneys.com/ service_ireland.html.

On the road to England: The Big Valley Travel Club of Turlock has a few seats left on its "Best of England" tour July 1-21. The $3,395 cost includes airfare, hotels and breakfasts. For more information: (209) 634-6804.

Spring bonus: Skiers who purchase a 2004-05 season pass from Squaw Valley USA (full pass or midweek) can ski free for the rest of this season plus have free use of the cable car all summer. Squaw expects to be open through May 31. For more information: (530) 583-6985 or www.squaw.com.

Slope deal: Just in time for spring break, skiers at Sierra-at-Tahoe can purchase an $89 pass good every day until the resort closes April 19. Skiers looking to next season at Sierra and/or Northstar-at-Tahoe have until April 30 to purchase a 2004-05 season DoubleWhammy Pass at this year's rate, starting at $279 with some restrictions. For more information: (530) 562-2267 (Northstar), (530) 659-7453, ext. 208 or DoubleWhammyPass.com.

Sacramento Bee April 4, 2004, Sunday

Travel Talk Full steam ahead: Cruise counselor Michael Weldon will talk about traveling through Alaska's Inside Passage aboard the small, luxury sternwheeler Empress of the North during a free seminar at 6:30 p.m. Thursday at the Patterson TravelStore, 7456 Foothills Blvd., Suite 6, Roseville. Reservations are requested by Tuesday. For more information: (916) 789-2003 or (800) 283-2772.

No Reservations: Tahiti is the topic at 7 p.m. Monday for the No Reservations Travel Club meeting in the Campus Commons Clubhouse, 650 Commons Drive. For more information: (916) 457-1426.

On the cheap: Avid traveler Alison Solomon will offer her two-hour seminar "Travel More, Spend Less" at 6:30 p.m. April 21 at the Coloma Community Center, 4623 T St. The class is offered through the Sacramento Department of Parks and Recreation; the cost is $29. For more information: (916) 277-6060.

**GRAPHIC:** Elliot Karlan, 2001 The audience cheers a production of "Oliver" in the outdoor theater on Mount Tamalpais near Mill Valley. This season, the Mountain Play troupe will stage "My Fair Lady."

**LOAD-DATE:** April 5, 2004

590 of 2174 DOCUMENTS

Copyright 2004 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

March 31, 2004 Wednesday

**SECTION:** F; Pg. 4

**LENGTH:** 1074 words

**HEADLINE:** SCHOOL NOTEBOOK

**BODY:**

Orinda arts celebration

The Education Foundation of Orinda's annual Celebration of the Arts showcases Orinda's young musicians and artists on April 14 at 6 p.m. The evening opens with an art exhibit in the Orinda Intermediate School multi-purpose room, followed by a concert in the Isola gymnasium. And arts of a different sort are featured in a post-concert reception catered by Miramonte high school's culinary arts students.

Free St. Mary's buses

Starting this week, St. Mary's College's undergrads can ride County Connection buses free, simply by showing a valid student body card. The Moraga college-County Connection collaboration grew out of a wish to expand transportation options for St. Mary's students, whose campus is somewhat removed from the bustle of Bay Area life.

"This is a part of a proactive effort to assist our undergraduates in connecting with the local community as well as the entire Bay Area through the bus and BART system," said Michael Zoll, the college's vice provost for student affairs.

St. Mary's administrators are also developing a "Safe Ride Program" partnership with a local cab company.

"While we encourage our students to explore the surrounding communities, safety remains a top priority and no student should find themselves in a situation where they feel stranded," said Zoll.

Information on bus routes and schedules is available at www.cccta.org

Five grand for a grand piano

The Stanley Middle School grand piano fund-raising campaign, sponsored by the Generations in Jazz Foundation, is off to a grand start. Last week, Lafayette mayor Erling Horn announced that the city's $5,000 annual contribution towards arts in the community was being paid into the grand piano fund.

More donations are needed. To add to the piano fund, contact Stanley Middle School at 925-283-6282.

Middle school transitions

Stanley Middle School presents an information night for parents of fifth graders on April 7 at 7 p.m. in the Stanley multi-use room. This "Get to Know Stanley" talk shares information on middle school transitions and Stanley nitty gritty. Flyers are going home in elementary school backpacks with event details and important dates. For more information, e-mail a parent advisory committee representative at megodea@hotmail.com

Acalanes summer school

Contra Costa Times (California) March 17, 2004 Wednesday

The PTA legislative advocacy buses are rolling to Sacramento this morning, but another day of meetings with legislators and education advocates is not far off. The May 5 legislative action day focuses on special education issues, and runs from 8:30 a.m. to 3 p.m.

Parents interested in more information can contact Linda Thompson, the Orinda Union School District Community Advisory Committee (CAC) representative at 925-253-1766 or the OUSD Special Education Department at 925-254-4901 ext. 116.

'Let's Get Real' screening

Stanley Middle School hosts a screening of the anti-bullying video, "Let's Get Real," on March 25 at 7 p.m. in the multi-purpose room. Directed by Academy Award-winning documentarian Debra Chasnoff, the film features students from Joaquin Moraga Intermediate and other Bay Area schools, talking about their experiences with bullying. A panel of Stanley counselors and students will be on hand to answer questions afterward.

Snowboard and ski treks

Spring has sprung around Lamorinda, but it's still snowy at Tahoe. The Orinda Community Center has five more snowboard and ski trips scheduled for students in the sixth through 12th grades. These Saturday trips are March 20 and 27 to Sugarbowl, April 3 to Sierra, April 10 to Squaw and April 17 to Kirkwood. The $85 trip fee includes adult supervision, lift ticket, luxury bus ride with VCR, and continental breakfast. Register at the Orinda Community Center. For additional information, call Jerry Johnston at 925-253-4204.

Global citizenship workshop for teens

Acalanes High School's Global Action Club and environmental science program host a teen global citizenship workshop that asks what it means to live responsibly in an increasingly interconnected world. The workshop runs from 1 to 3:30 p.m. Sunday, March 21 in the Acalanes cafeteria. A $5 to $10 donation is requested to help the Global Action students build a school in Nicaragua this summer. For more information, contact Janet Thomas at 925-935-2600, ext. 237 or Thomas@silcon.com

**LOAD-DATE:** March 17, 2004