# EXHIBIT 11 - PART D

634 of 2174 DOCUMENTS

Copyright 2004 Sun Media Corporation
Calgary Sun (Alberta, Canada)

March 16, 2004 Tuesday Final Edition

**SECTION:** SPORTS; Pg. 62On the Edge

**LENGTH:** 616 words

**HEADLINE:** ONE EXTREME TO ANOTHER;
LOCAL SKIERS DISCOVER WHY SQUAW VALLEY USA IS BIRTHPLACE OF RADICAL RIDING

**BYLINE:** BY AL CHAREST, CALGARY SUN

**DATELINE:** TAHOE CITY, Calif.

**BODY:**

Nothing like road-tripping to the birthplace of extreme skiing.

Perched on the northern shores of Lake Tahoe, Squaw Valley ski resort has become a household name within skiing's inner circles.

Carved out over 4,000 acres, the California giant has six peaks of gnarly terrain.

This icon of U.S. skiing is to radical freeskiers what the North Pole is to Santa Claus.

Go there and suddenly you're romping on the home turf of some of the world's finest riders.

It's a place where alpine enthusiasts confront the difference between myth and reality.

In 1960, this Tahoe-based resort was the site of the first Winter Olympics in the Western U.S. and, as result, marked the beginning of the golden age in American skiing.

After a short drive from the Reno, Nev., airport, longtime friend Ted Allsopp and I arrive at our destination and immediately make a beeline for Squaw's main attraction -- KT-22, the most famous ski ridge in the Tahoe area.

On the ride up the KT-22 chairlift, I buckle my boots tightly, cinch down my helmet, and adjust my goggles so I'll be ready to rip as soon as our skis hit the summit. Once there, we race towards a run called Chute 75.

Tipping our skis over the steep run, a slice of heaven opens up before us.

I drop into the 45-degree chute and carve into the snow, gracefully slicing through a perfect foot of fresh powder. After about 25 turns, Ted and I stop momentarily to exchange smiles and nods of approval.

We work the perfect pitches of KT-22 for a few hours before moving clockwise around the resort, hitting the Headwall chair and Silverado chair as the day progresses.

The Silverado lift, which was installed in 1992, offers extreme terrain and narrow chutes are as thrilling an inbounds riding experience as one can get. This area is only skiable during a good snow year and, even then, only by expert skiers.

To ensure time is spent skiing, instead of waiting in lift lines, Squaw has a spiderweb of 33 lifts with an uphill capacity of 49,000 skiers per hour, making it one of the most extensive lift networks in the world.

Calgary Sun (Alberta, Canada) March 16, 2004 Tuesday Final Edition

In the afternoon, we hook up with San Francisco appellate lawyer Richard Dale.

"There's a real sense of discovery here," says Dale, as he stands at the top of Headwall.

Dale, a **Squaw** Valley season-pass holder, **skis** 70 days a season.

"No matter how many times you've been here, there's always some new terrain to find -- a new piece of the woods, a new chute. And if you want to **ski** long groomers with continuous pitch, there are some great ones."

Finding **Squaw's** steepest terrain -- the Palisades -- requires a short hike from the Siberia Express. The Palisades have been featured in countless extreme skiing flicks and it's where extreme stars of tomorrow are born.

But it's closed on weekends for fear of luring weekend warriors.

On our last day of skiing, we try the perimeter of **Squaw**, starting at Red Dog and proceeding down all of **Squaw's** six peaks to Granite Chief Peak. I would recommend to anyone who plans to visit this resort to start your visit this way. It's an excellent way to encounter a cross-section of **Squaw's** terrain.

In our brief week of exploring **Squaw's** six peaks of exhilarating terrain, we find we can **ski** our legs into silly-putty. **Squaw** Valley rides more like a series of smaller resorts rather than one large entity.

The area has gone through a massive off mountain makeover, transforming **Squaw** Valley into a modern resort by teaming up with Canadian resort powerhouse Intrawest Corporation, who have invested more than $250-million US.

**Squaw** Valley is well deserving of its reputation for extreme skiing but it is also well respected for the diversity of its terrain.

**GRAPHIC:** photo by AL CHAREST, Calgary Sun; ROCK ON ... Ted Allsopp jumps off the granite rock bands at **Squaw** Valley resort in **Tahoe** City, Calif. **Squaw** Valley, was site of the 1960 Winter Olympics, and is today known for its extreme riders and terrain.

**LOAD-DATE:** March 16, 2004

645 of 2174 DOCUMENTS

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

March 14, 2004 Sunday

SECTION: SUNDAY LIFE; Pg. 4B

LENGTH: 1031 words

HEADLINE: SIERRA SKI REPORT by Mark Vanderhoff and Tim Dunn

BYLINE: Mark Vanderhoff, Staff

BODY:

Squaw Valley forecast

In fair weather and not-so-fair weather, **Squaw** Valley USA **ski** resort doesn't disappoint

By Mark Vanderhoff

RENO GAZETTE-JOURNAL

It's hard to come away from **Squaw** Valley disappointed, even on the worst of **ski** days. That's a lesson Tim Dunn and I learned one socked-in day in early March, when visibility anged from 10 feet to less than 100 feet all day above mid-mountain. The fog obscured the beauty of the surrounding mountains and hampered the skiing. We even got lost a couple of times, unable to tell uphill from down.

When the chair lifts closed at the end of the day, we rode the tram to High Camp to sample **Squaw's** night skiing. Every evening until 9 p.m., the yellow glow of halogen lights illuminatea path from High Camp, elevation 8,200 feet, to the village, elevation 6,200 feet.

That twilight run will be one of the most memorable of my life.

The clouds that enveloped us all day finally dissipated into broken puffs. They reflected orange and yellow in one of the most beautiful Sierra Nevada sunsets I had ever seen.

There hadn't been many people on the hill that day, and now it seemed like we had the whole resort to ourselves. The run had been groomed shortly before closing time, so we skied fast and easily. We stopped occasionally to take a picture and gush, and all of our disappointment melted away.

Behemoth

Had the weather cooperated, Dunn and I could not have skied everything we wanted to anyway.

At 4,000 acres, **Squaw** Valley dwarfs most other resorts around Lake **Tahoe** nd offers an unmatched 177 runs. The behemoth mountain is served by 33 lifts in all.

The resort regularly pops up in snow sports flicks and was immortalized in the seminal **ski** comedy "Hot Dog." Most of Lake **Tahoe's** best competitive skiers and snowboarders call **Squaw** home. If you're lucky, you might see stars like resident Shane McConkey or even Johnny Mosely chilling at the High Camp on a spring day.

"You can tell everyone around you, they know what they're doing," said Jason Dillavou, 31, of Truckee.

Reno Gazette-Journal March 14, 2004 Sunday

Dillavou, a local ski shop employee who has been skiing **Squaw** since he arrived in **Tahoe** 10 years ago, likes to ski **Squaw's** advanced terrain, such as Headwall and KT-22. The only drawback to harboring so many world-class skiers, Dillavou said, is that those experts, combined with a good weekend crowd, can track up the mountain fairly quickly.

When a major storm dropped nearly two feet of snow on area resorts in late February, the resort's extreme skiers took advantage of the soft powder and hucked nearly every cliff that had nough snow waiting beneath. Dillavou said skiers dropped off KT-22 one after another.

"They weren't even waiting to see if (the person in front of them) landed," he said.

Intermediates, beginners welcome

Don't be intimidated by the reputation, though. Only 35 percent of the mountain consists of advanced terrain; ntermediate runs make up 45 percent.

"I like the openness," said Chris Perkins, 30, an intermediate skier from Melbourne, Fla. "No trees. It's freedom."

Perkins' only complaint was that the layout of the mountain occasionally forced im and his friends to work more than they would like to get up the small inclines in front of certain lifts.

It certainly helps to know how to get around on this big mountain.

David Saldamando, 36, of Santa Barbara, Calif., has figured out the mountain fter years of vacationing at **Squaw** with his friends. Now that Saldamando has children, he appreciates the family-friendly atmosphere.

"They take care of the younger ones," he said.

Saldamando, whose children are 3 and 6, said that finding a resort day care that takes children ounger than 5 can be difficult. More important, his children always have a good time at **Squaw's** day care.

Few resorts can beat the $5 lift ticket for children ounger than 12.

New village

Despite a long-standing reputation for world-class terrain and family-friendliness, **Squaw** Valley didn't add a world-class European-style village until last year.

The resort spent $250 million to build two more buildings in the village this summer, for five in all. The additions bring 147 new condominiums and more restaurants, shops and meeting spaces. The cobblestone pedestrian streets that meander through the Western lodges create a very high-class feel.

All the improvements have had an nexpected side effect, though, one that some visitors pointed out.

Buildings on the rest of the mountain have the character of dated strip malls whose former glory now ales in comparison to the shopping mall in the new, fancy part of town. Many of hose older buildings bear the resort's signature purple or architecture from the resort's previous expansions.

"There's a lot of history in our older buildings," said resort spokesperson Katja Dahl.

Subtle renovations and paintjobs will bring many buildings in line with the new village, but don't expect a major overhaul or the demolition of any old landmarks, she said.

Don't forget your swimsuit

The cumulative effect of so much development is the feeling that **Squaw** Valley is like a small town. There are different parts of town, and it's unlikely that visitors will see the whole thing until they spend a lot of time there.

The resort boasts more than 40 eateries and bars, for example.

Dunn and I ate at the somewhat campy Oasis. Everyone in line commented on my Philly cheesesteak when the staff served it up, ogling the overflowing vegetables and steak smothered in cheese. The taste did not disappoint.

Dunn really liked his California chicken sandwich, a novel take on his favorite with guacamole and red onions. He thought $12 for the sandwich and fries was a little high, though, even by resort standards. I thought $1.75 was too much for a banana.

Reno Gazette-Journal March 14, 2004 Sunday

Sadly, we never made it down to the fancy PlumpJack's for some venison. And the pool and spa at base camp weren't open yet, either, so it looks like I'll have to make a return visit when they open on March 20.

Dillavou told me the trick is to wear your swim trunks under your ski pants.

"You (ski) the good stuff in the morning," he said. "Once it gets too sloppy, go in the hot tub and then ski down."

**GRAPHIC:** Photos by Tim Dunn, Reno Gazette-JournalFUN RUN: A skier braves overcast skies and foggy conditions as he heads down a run earlier this month at Squaw Valley USA. In the background is the newly built Village at Squaw Valley, which now dominates what was the parking lot.SUNSWEPT: Squaw Valley is seen from Northstar-at-Tahoe on a sunny day in January. At 4,000 acres and boasting 177 runs, it is one of Lake Tahoe's larger ski resorts and has been featured in several ski movies, including the comedy "Hot Dog."VILLAGE PEOPLE: The new Village at Squaw Valley, featuring restaurants, shops and condos, has changed the ambiance at the base of the mountain. ABOUT THE SERIES; Mark Vanderhoff is the RGJ outdoors reporter; Tim Dunn is the RGJ photo director. This story is part of a weekly series looking at area ski resorts. RATINGS; Squaw Valley's features were rated on a scale of 1-5, five being best. Terrain: 5 Lifts: 4 Grooming: 5 Views: 4 Staff courtesy: 3 Cleanliness: 3 Food variety: 3 Food quality: 3 Overall value: 4 Why we chose these ratings: We gave Squaw a "3" for cleanliness because one restroom lacked paper towels and all seemed to have been neglected the day we visited. Crumbs and spilled drinks seemed to decorate the tables at the Oasis. Perhaps we came on a slow day, but few of the restaurants actually were open, leaving us little choice but to stick the mountain with "3s" for food variety and quality. Finally, the lift operators rarely smiled or said hello and the Oasis busboys seemed more occupied with goofing off loudly in the corner than cleaning the cafeteria. PRICES; Lift tickets: Adults, 16-64, $59 full day, $43 half day after 1 p.m., $20 from 4 to 9 p.m.; juniors, 13-15, $29; children age 12 and younger, $5; seniors age 65-75, $29; seniors age 76 and older, free. Deals: Frequent skier and snowboarder program gives every fifth ski free and offers $49 tickets Tuesday-Thursday; turn in full-day lift ticket by noon for $16 off next day; college students with valid ID eligible for $39 online coupon, see www.squaw.com. Cost for family of four: $244 (cost of two adult lift tickets and two children in half-day lessons) TERRAIN; Lifts: 33, including 7 high-speed lifts, two gondolas and one cable car. Vertical: 2,850 feet; May we suggest: Expert skiers need to sample KT-22 and Headwall. Intermediate skiers will find plenty to keep them busy between Squaw Peak and Emigrant. In April, admittance to the High Camp Lagoon and Spa will be free with a full-day lift ticket. DETAILS; Details: www.squaw.com or (530) 583-6985; snowphone, (530) 583-6955 Not archived: map by R. Rodriguez, RGJ; ON THE WEB; See this story at RGJ.com for a photo gallery and for links to past stories in the Sierra Ski Report series.

**LOAD-DATE:** March 16, 2004

681 of 2174 DOCUMENTS

Copyright 2004 Time Inc.
FSB

March, 2004

**SECTION:** FEATURES/ROI; Pg. 62

**LENGTH:** 1124 words

**HEADLINE:** Wireless Mountain;
Squaw Valley is the first major ski resort to add WIRELESS NET ACCESS. Will it provide a lift for its business?

**BYLINE:** Josh Taylor

**BODY:**

When Squaw Valley, Calif., won its long-shot bid to host the 1960 Winter Olympics, it ushered in a new level of technological sophistication. Not only were those the first Olympic Games to be televised live in the U.S., but they were also the first to use a computer to tabulate results. Family-owned Squaw Valley Ski Corp., which generates about $ 35 million in annual revenues, still prides itself on keeping the ski area as modern as possible, so when a local Internet provider proposed to turn the mountain into a giant wireless Internet hot spot, resort president Nancy Wendt, 59, was ready to listen.

On its face, the wireless deal promised little in the way of immediate profits, and Squaw is still very much in the process of rolling out its wireless network, its services, and its marketing plan (we'll check back to see if it's been successful). But Squaw's embrace of wireless is in tune with the zeitgeist. "Hospitality companies are now looking at offering hot-spot service as a cost of doing business and being competitive," says Stan Schatt, research director for analyst company Giga Information Group, based in Cambridge, Mass. Indeed, Wendt and her husband, Squaw Valley founder and chairman Alex Cushing, 90, see wireless as a fresh way to advance their business's tech-forward image, a particularly valuable asset for a resort that's just a four-hour drive from Silicon Valley and that draws about three-fourths of its guests from the Bay Area. "Even when dot-commers were getting laid off," Wendt says, "they came out here to go skiing."

Financially, adding wireless Internet access was a no-brainer, says Wendt. Exwire, an Internet provider based in nearby Truckee, Calif., offered to provide and install all the hardware and an additional T1 line to carry the data. Squaw Valley had to pay about $ 3,000 to ensure that it had power lines in the right spots; once it brings fiber-optic cable to High Camp (an 8,200-foot-elevation activity center with a new pool and spa opening in late March), the total expense will be closer to $ 10,000. Exwire handles all the billing for the wireless-access services, which cost users from $ 2.50 an hour to $ 29 a month, and Squaw receives 10% of the revenue, which could ultimately net it about $ 2,000 a month if some 30 skiers a day sign up, according to Exwire CEO Devin Koch. Such volume would pay for the resort's investment in power lines within a few months. And this arrangement saves Squaw's management from the hardware, installation, billing, and maintenance headaches that small businesses can incur when creating their own hot spots. It also offers more potential upside than going with Boingo Wireless, where revenue trickles in at a rate of $ 1 per customer use. Squaw signed a seven-year deal, in which Exwire benefits by getting tower locations on the mountain that will let it provide high-speed access to homes and businesses in Olympic Valley, Calif., nearby. (Exwire doesn't share those revenues with Squaw.)

Squaw execs such as controller Ron Welton say they didn't go wireless as a cash-generating operation; rather, their hope is to get visitors to turn weekend trips into long weekends, with Squaw picking up additional revenue from lift-ticket fees and food and beverages. Having wireless "makes it easier for me to go to Squaw on a Friday instead of

waiting until Saturday," says Rob Coneybeer, a venture capitalist with New Enterprise Associates in San Francisco. Squaw also hopes the service will differentiate the resort further from nearby Heavenly (which was acquired by ski giant Vail Resorts in 2002) and Northstar-at-Tahoe (owned by privately held Booth Creek Resorts), neither of which offers wireless. "We're not going to be able to measure the success directly," says Welton. "But once we start hearing people say, 'Hey, if you go to Squaw, you can check your e-mail,' we'll know it's a success."

For this gambit to succeed, Squaw executives have undertaken an aggressive on-site effort to alert visitors to the resort's latest addition. They're plugging the service on electronic message boards around the mountain and with brochures at Squaw's bars and restaurants. These efforts haven't yielded much in the way of awareness--or customers--thus far. Early in the season, only about ten skiers a day were signing up. "I'm accustomed to finding [wireless] access when I travel, but it was still a pleasant surprise," says Benjamin Ross, 35, an Oakland-based music producer, who stumbled upon it on a recent trip.

Squaw and Exwire plan to ramp up the marketing campaign, hoping that skiers who may not have brought their laptops will make a point of doing so on their next visit. Coming soon is a TV ad (paid for by Exwire) that will air on a Tahoe visitors' channel on the local cable network, and next season Squaw is considering printing information about the service directly on its lift tickets as well as renting out wireless-enabled handhelds that will let guests message each other, just as it currently rents two-way radios.

If it's successful in attracting users to its access offering, the resort hopes to roll out a variety of other services. They include letting parents locate their children through the wireless service, adding webcams to show snow conditions firsthand, providing real-time lift wait times, and even alerting guests to drink specials at Alexander's, a restaurant at High Camp.

Just as important to the company is its "ability to use the wireless technology to improve its operations," says controller Welton. Wireless service will enable computerized ticket scanning, providing better data on Squaw's customers, particularly season-pass holders. It should also keep lift lines moving, because employees will be able to process skiers while they're in line. Because of the system, the resort is exploring the sale of lift tickets off-site--at a local grocery, for example--so that customers could bypass the ticket window entirely.

Technology and winter sports have made strange bedfellows at Squaw for many years. In the 1950s IBM's then-CEO Tom Watson Jr. was a regular guest, as well as a friend of Cushing's. As soon as Squaw was awarded the 1960 games, Cushing says, he helped recruit IBM to create the Olympic Data Processing Center, which was located in the middle of the competition area and provided spectators with "a single vantage point to watch the competitions and view the results." Although those games are perhaps best remembered for the U.S. victory over the Soviet Union in ice hockey, Cushing recalls that the glass-walled IBM mainframe computer drew just as many awestruck fans as any of the events.

Why wireless? Even when dot-commers GOT LAID OFF, they skied at Squaw.

GRAPHIC: COLOR ILLUSTRATION: ILLUSTRATION BY MCKIBILLO, COLOR PHOTO, Wendt and Cushing keep Squaw hot and cool.

LOAD-DATE: February 25, 2004

699 of 2174 DOCUMENTS

Copyright 2004 Boston Herald Inc.
The Boston Herald

February 25, 2004 Wednesday ALL EDITIONS

**SECTION:** SPORTS; Pg. 075

**LENGTH:** 576 words

**HEADLINE:** SKI WEDNESDAY; Milton's Egan comes in off the edge; Extreme skier tackles Tenney

**BYLINE:** By MICHAEL O'CONNOR

**BODY:**

Dan Egan has dropped off ice cliffs in California, descended glaciers in the Alps and taken on some of the most treacherous mountains in Asia as a pioneer extreme skier.

But he had to start somewhere and for the 40-year-old Egan it meant building jumps in the driveway of his family's home in Milton.

"Pretty flat," Egan said with a chuckle. "But I wanted to get some air."

Having made his first turns at Blue Hills and then graduating to New Hampshire's Mount Sunapee, Egan followed his older brother John's ski tracks onto the toughest pitches in New England.

From New England, the brothers made their way to California and Squaw Valley, where they soon made a name for themselves as "The Flying Egan Brothers."

They eventually drew the attention of renowned ski filmmaker Warren Miller, who featured the brothers in a dozen of his films and sent them to exotic ski locales around the world.

Egan said it was probably a good thing Miller never saw the young fellow's initial forays at Squaw.

"My first trip out there, I was crashing all the time," he said. "I was lying in a heap and an older skier came over and asked me, 'Have you ever thought about the landing?'

"I was just always going for it," he recalled.

Egan is now back home in New England, serving as the general manager of resurgent Tenney Mountain in Plymouth, N.H.

His on-the-edge attitude is perfectly adapted to Tenney, he said, even though its slopes and trails are a bit more modest than the steeps-and-deeps of the Rockies, Alps and Caucasus.

"The same turn a beginner makes at 5 miles an hour, if done correctly, is the same sort of turn Bode (Miller) makes at 50 miles an hour," Egan said. "And I have as much fun on a trail at a ski area as anywhere."

Tenney, after enduring a series of financial ups-and-downs that even saw the 50-year-old area close for a period, is making an impressive return, fueled in large part by Snowmagic machine-made snow technology.

The Snowmagic snow is not dependent on cold weather, and can be pumped out in temperatures as high as 60 degrees.

The Boston Herald, February 25, 2004 Wednesday

"We were the first area to open in New England," Egan said. "Of course we had been making snow since the summer."

But the Tenney GM also talks up the mountain's terrain.

Yes, it is a classic family destination. But the ski area features plenty of terrain for advanced intermediates, with some steeps and glades part of the package.

"There's just a lot of new energy at Tenney, and a lot of it is because we're attracting skiers who really love their sport and know how to pound it on the slopes," he said.

"A lot of people appreciate what we're doing here and the caliber of skiers who show up is a good indication. People are ripping it up again and it's awesome to see that," said Egan, who still conducts his X-Team advanced ski clinics with friends and his brother, John, co-director of skiing at Vermont's Sugarbush.

If Egan sounds like a booster for the sport, he is. He hosts NESN's "Dan Egan's Wild World" and still does plenty of skiing-related promotions across the country. He's been called the Johnny Appleseed of skiing.

"To me, it's all about being excited about this sport," he said. "If I'm at a ski area, no matter what the elevation or the terrain, I want to go skiing.

"The thing about mountain cultures is that it's all about the people. You don't have to be a great skier to have fun. You just have to get out there."

Caption: DAN EGAN: Movie mogul.

LOAD-DATE: February 25, 2004

Copyright 2004 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

February 25, 2004 Wednesday

**SECTION:** RENO SPARKS; Pg. 1C

**LENGTH:** 541 words

**HEADLINE:** Big storm bringing high winds, heavy snow

**BYLINE:** Jeff DeLong, Staff

**BODY:**

By Jeff DeLong

RENO GAZETTE-JOURNAL

What could be the strongest winter storm this season is expected to hit the region today, bringing whiteout conditions to the Sierra and snow to the valley floors.

Up to 4 feet of snow was expected above 7,000 feet by Thursday morning and a foot or two of snowfall is possible around Lake Tahoe, forecasters said. Winds today could gust as high as 100 mph along mountain ridges, with rain and wind gusts exceeding 50 mph predicted in Reno, Carson City and other valley locations.

Lowering snow levels could bring several inches of snow to the valley floors by tonight, with heavier snow expected in the foothills.

Mountain travel could prove particularly hazardous, said Rudy Cruz, a meteorologist with the National Weather Service in Reno.

"We expect near blizzard conditions. Visibility could be near zero at times," Cruz said.

The storm could be stronger than a similar winter system that slammed into the region on New Year's Day, coating the mountains in white and snarling highway traffic.

"You couldn't see past the hood of your car," Officer Steve Bryan of the California Highway Patrol recalled. The New Year's storm forced the closure of Interstate 80 over Donner Summit and the Mount Rose Highway.

"It's just going to be one of those storms," Bryan said. "They're talking high winds with blizzard conditions."

Unnecessary travel over the mountains should be avoided, Nevada Highway Patrol Trooper Chuck Allen said.

"Maybe you should postpone that travel," Allen said. "It's not worth getting stuck in a blizzard if it's not an imperative event."

And if motorists must take to the roads, they should allow extra time and "just be extra cautious," Allen said.

The brunt of the storm should ease by Thursday morning but unsettled weather and now showers are possible through the weekend, forecasters said.

Reno Gazette-Journal February 25, 2004 Wednesday

Today's storm should significantly bolster the mountain snowpack, which provides the majority of drinking water across the region. On Tuesday, the Truckee River Basin's snowpack was 97 percent of normal for the date. The Lake Tahoe Basin's snowpack was measured at 104 percent of normal; the Carson River Basin was at 103 percent.

"We'll just see what it does," said Katja Dahl, spokeswoman for Squaw Valley USA. Snow fell steadily at the ski resort for much of Tuesday, while high winds forced the closure of the upper mountain, Dahl said.

Although Squaw's slopes already have plentiful snow, more will be a bonus and help ensure plans to keep the resort open until the end of May, Dahl said.

"Everybody likes a little fresh stuff on top," she said.

STORM DRIVING TIPS

o Make sure the gas tank is full.

o Stock your vehicle with food, water, warm clothing and a flashlight.

o Have tire chains ready, including vehicles with four-wheel drive.

o Check road conditions before traveling. Call (877) 687-6237 in Nevada; (800) 427-7623 for California highways or (916) 445-7623 in California.

o 'Maybe you should postpone that travel. It's not worth getting stuck in a blizzard if it's not an imperative event.'

Chuck Allen

Nevada Highway Patrol trooper

ON RGJ.com

For road conditions, live radar and other weather-related information, see this story at RGJ.com.

LOAD-DATE: February 26, 2004

722 of 2174 DOCUMENTS

Copyright 2004 The Wisconsin Rapids Daily Tribune (Wisconsin Rapids, WI)
All Rights Reserved
The Wisconsin Rapids Daily Tribune (Wisconsin Rapids, WI)

February 20, 2004 Friday

**SECTION:** SPORTS; Pg. 1B

**LENGTH:** 886 words

**HEADLINE:** On The Mark

**BYLINE:** Mark Massoglia, Staff

**BODY:**

MARK MASSOGLIA

Heaven right here on Earth

During 10 years of Catholic education, I heard plenty of times if I didn't straighten up, when I passed on, I would spend eternity in hell and miss out on all the good things in heaven.

Actually they were just a scare tactic used by my teachers to make me behave.

But one doesn't have to go to the afterlife to experience heaven or hell when it's possible to experience both right here on earth.

The latter is a small town in Michigan approximately 40 miles west of Detroit. It's a town I've heard about but have never visited.

Heaven, actually Heavenly is a ski resort located on the south end of Lake Tahoe, and it's perhaps the most beautiful lake setting I've ever seen.

I was fortunate enough to get a break from the office for a couple of days last week to visit a grade school friend, Keith Leary who we call Buck, in Reno, Nev., where he lives. Another buddy, Mike Higgins, who flew up from Los Angeles, and Spencer Cheplak, Buck's former roommate when he lived in Las Vegas completed the group.

My flight landed Thursday morning at 10:10 a.m., and by 1 p.m., Spencer and I were at 9,700 feet on top of Mt. Rose, ready to take our first run. The temperature atop the mountain was a balmy 38 degrees, and barely a cloud blemished in the sky.

I have been lucky enough to ski at several mountain resorts, Breckenridge and Arapahoe Basin in Colorado, and Alta and Park City in Utah to name a few. All are beautiful resorts with top-notch skiing, but when it comes to pure, natural beauty while skiing, they all pale in comparison to Lake Tahoe's resorts.

From the peak you can see the city of Reno, and several other communities, but the view from the Lake Vista run is by far the best. It winds down the side of the mountain to a spot where there is a great view of Lake Tahoe.

Spencer and I skied 15 runs that afternoon at Mt. Rose, the closest hill to Reno. If 15 runs doesn't sound like much, let me put it in perspective.

The Wisconsin Rapids Daily Tribune (Wisconsin Rapids, WI) February 20, 2

Granite Peak - it will always be Rib Mountain to me - boasts Wisconsin's largest vertical drop at 750 feet. The vertical drop is the difference between the peak elevation and that of the base area. Mt. Rose has a vertical drop of more 1,600 feet. And yes, your thighs burn like a California wildfire if you ski from top to bottom without stopping.

On Friday, the four of us took on **Squaw** Valley USA, the site of the 1960 Winter Olympics and the backdrop of the 1980s B-movie "Hot Dog: The Movie." It was because of that movie that Mike and I insisted we **ski Squaw**. And it didn't disappoint.

The Olympic spirit still is alive and well at **Squaw** with two sets of rings and torches welcoming visitors at the entrance of the resort.

When we stepped off the aerial tram at 8,200 feet, the mountain opened into a vast bowl that spread out over five peaks. We skied signature runs such as Siberia Bowl and Broken Arrow, ones I've heard about for years. The KT-22 and the Palisades, the most famous at **Squaw**, we opted to stay away from mainly because those pitches would have chewed us up and spit us out.

And of course, the mountain is the backdrop to the beautiful, crystal-clear lake, sitting 3,000 feet below us. We got 25 runs in that day, and it felt like 50. **Squaw's** vertical is 2,800 feet.

Lake **Tahoe's** southern gem is Heavenly.

The mountain sits on the California-Nevada border, allowing skiers to venture into two states in one day.

At Heavenly you ski facing Lake **Tahoe**, which can be quite distracting due to its beauty. The view from the top of the Gunbarrel Express lift is incredible. But venture a little higher, to the top of the Sky Express quad, and the view will take your breath away. It makes you understand in a moment why the resort is named Heavenly.

Despite the gorgeous vistas on the California side, the four of us booked to the Nevada slopes, which were considerably less crowed. The Nevada side also has the better pitches, both wide-open blue cruising runs and steep, narrow black diamonds. We took a look at Mott and Killebrew canyons, the gnarly double-diamond playground, but passed.

Due to lift lines I haven't experienced since the mid 1980s, and a vertical drop of 3,500 feet, we managed to get 19 runs in.

Views aside, there's a friendly aspect to Heavenly that I have never experienced at any other **ski** resort. The vast majority of the lift operators, known as "lifties" were as pleasant as the sunny, 35-degree weather. Many are from Australia and New Zealand, offering a quick chat in their Aussie-speak accent.

Even as skiers leave the mountain, workers are on hand to ask how the day went, and how you enjoyed the mountain. Heavenly truly doesn't miss a beat.

If it weren't for the pictures we took during the day, it would be hard to believe we skied on such a beautiful backdrop.

The photos Mike and I took are proof there is a little slice of heaven right here on earth. It's a **ski** hill called Heavenly.

Mark Massoglia can be reached at 422-6736 or mark.massoglia@cwnews.net.

Byline:

Publication Section:B

Publication Page Number:1

Submitted photo

Emerald Bay is one of the most photographed spots on Lake **Tahoe**. Daily Tribune writer Mark Massoglia (far right) recently visited the area for a **ski** vacation. From left are Mike Higgins, Spencer Cheplak, Keith Leary.

**LOAD-DATE:** July 28, 2004

Copyright 2004 FDCHeMedia, Inc. All Rights Reserved
Copyright 2004 CCBN, Inc. All Rights Reserved
FD (Fair Disclosure) Wire

February 10, 2004 Tuesday

Transcript 021004ah.755

LENGTH: 7166 words

HEADLINE: Q2 2004 Intrawest Earnings Conference Call - Final

BODY:

OPERATOR: Ladies and gentlemen, thank you for standing by. Welcome to Intrawest's second quarter results conference call. At this time all participants are in a listen-only mode. Later we will conduct a question-and-answer session, and as a reminder this call is being recorded on Tuesday, February the 10th, 2004. I would now like to turn the conference call over to Mr. Daniel Jarvis, Executive Vice President and CFO. Please go ahead, sir.

DANIEL JARVIS, CFO, EXECUTIVE VICE PRESIDENT, DIRECTOR, INTRAWEST CORPORATION: Thank you very much and thank you all for joining us for this second quarter conference call. Joining me on the call today is [David Blakelock], our Vice President and Corporate Controller.

We've invited media and individual shareholders on the call in a listen-only mode. Analysts and Institutional Investors will be permitted to ask questions at the conclusion of our remarks.

In addition we are webcasting the call live from our corporate website, www.intrawest.com. The conference call will be replayed for one week and will be archived on our website for one year.

I want to remind listeners that our comments and answers to questions may contain forward-looking information. This information, by its nature, is subject to risks and uncertainties and actual results may differ materially from those projected in such information. Please refer to our fiscal 2003 management discussion and analysis for more information.

I'd like to thank you all for joining us and I'm pleased to be speaking to the second quarter results. When we set our objectives for this year, and many of you are aware of this, we had three particularly important objectives from a perspective of our shareholders, our board, and management. First of all was to deliver free cash flow of $250 million and to have a significant pay-down of debt consistent with that. Secondly, to have a solid improvement in EBITDA and keep our numbers in line with expectations. Thirdly, to continue on the path which we have described to you all, which is a move towards a much less capital-intensive business model with a higher percentage of income from management services and higher returns on capital.

I'm pleased to report good progress on all fronts as we move through the year. And in that regard, I'd like to speak to the highlights of the second quarter. In the second quarter, we saw a $93 million positive swing in cash flow compared to the last year, second quarter, from a negative $8 million, last year, to a positive $85 million this year. Clearly very strong evidence of the impact of both strong real estate closings, but particularly in this quarter we're seeing the first substantial impact from cash flow generated by the Leisura partnerships. And I'll speak later to this, but this positions us very well as we move forward to our overall objectives for the year.

With respect to total company EBITDA, the quarter was a significant increase. In the quarter last year, 43% to $52 million in the quarter, and EPS in the quarter, before expensing the costs associated with the bond redemption which amounted to $12.1 million, before the expensing of those costs EPS was 22 cents per share compared to 7 cents per

share last year in the quarter. Just moving to the operations now, and I'll give, as I usually do, a rundown of the operations, move into real estate, and provide some overall comments.

Resort operations revenue increased by $12.7 million to $111.3 million in the quarter. Of this, $7.4 million is due to the Winter Park acquisition. We took over control of Winter Park on December 24th of last year. And $6.9 million of the increase was due to the impact on reported revenue of the higher Canadian dollar. Our resorts hosted 1.5 million skier visits, which excluding Winter Park skier visits, were down 2%. That was really the balance of two things. Skier visits at our eastern resorts decreased 16% due to slow start to the season, against slow comparables last year, and this was offset somewhat by a 6% increase in skier visits at our western resorts.

Excluding Winter Park and using a constant Canadian dollar exchange rate, revenue per visit was up about 1% over last year. The eastern resorts saw 14% increase in revenue per visit, as guests still came to the resorts though they didn't ski as much. At our western resorts revenue per visit decreased 6%, mainly due to Whistler and Mammoth, which both experienced strong growth from the lower spending regional local market. Golf rounds, for the second quarter, across the mountain resorts and the warm weather resorts were down 8% due to some challenging weather, as well as some aggresive pricing by some competitors, and the lingering impact of the U.S. economy.

Resort operations expenses increased by $13.5 million to $89.8 million mostly due, again, to the inclusion of the Winter Park operation, as well as the higher Canadian dollar impacting as well on the expense side. Excluding these two factors, resort operations expense actually decreased 2% from last year as we managed costs very tight, in terms of the ramp-up, in response to the slower start this year. The slower start to the season at our eastern resorts, and the decline in golf rounds resulted in resort operations profit contribution of $21.4 million compared to $22.2 million in the second quarter last year.

Moving to management services, which is the new segment that we started reporting on separately, beginning with the first quarter. management services revenue increased 65%, $24.4 million from $14.7 million. The largest component of management services today is lodging and property management, which is about -- which is up about 46% for the quarter. Lodging and property management -- sorry -- lodging and property management revenue increased by 49%, or $3.7 million in the quarter. Management fees from the lodging at the new village at Mammoth and Squaw accounted for about 40% of this increase and the balance was mainly due to about a 5% increase in occupied room nights on a same-resort basis.

The management service fees, from sources other than the lodging, increased by $6 million, mainly due to development management fees from Leisura and higher commissions earned by playground on sales by third-party developers. I should add this comment right here, the playground continues to be very successful in broadening its business outside of Intrawest and so you should expect this fee source the continue to increase.

The profit contribution from management services were $3.5 million up from $600,000 last year. About half of the increase in profit contribution was due to improved results at RezRez, which we restructured at the end of last year. The margin for the quarter was 14%, compared with 4% last year. And as we indicated on the last cal,l for the whole year, we would expect the margin to be in the low 20's, and you'll see us -- very strong margin performance, particularly in the third quarter.

Turning to real-estate development, real-estate revenue increased to $262.5 million from $99.4 million and included in the revenue for the quarter was $92.8 million for eight projects that were sold to the Leisura partnerships. These sales proceeds represent the combination of the fair market value of the land, as well as the accumulated project costs. As we explained previously under Canadian GAAP, the way this is accounted for under Canadian GAAP is the profit on these sales to Leisura is deferred in the unit's complete construction and title is transferred to the end purchaser.

Our auditors have confirmed that the appropriate accounting is to recognize the sales proceeds and the cost of the sales at the time of the land sale to Leisura and to include, in cost of sales, the amount of the deferred profit. Hence, you'll see that real-estate revenue includes, in this quarter, the $92.million for sales to Leisura and real-estate expenses also include $92.8 million for cost of sales to Leisura. So as the analysts, certainly, as you're preparing your numbers you've got to recognize the margins will be impacted by this because we effectively have a large revenue item coming through the quarter which -- where we don't recognize any profit and we have to back out that to get at a normalized comparison of margins.

Excluding the sales to Leisura, real estate revenue increased 71% to $169.7 million as we closed more units. In total we closed 341 units in the quarter, compared with 243 units last year, and the distribution of closings is weighted more

towards the first six months this year than last year, about 50% in this fiscal year versus about 27% in last fiscal year. The higher average revenue per unit reflects a distribution of closings between the Canadian resorts and the other resorts, i.e. U.S. resorts and Les Arc, which is our French project.

In the second quarter this year, about 20% of the closings were at Canadian resorts compared with about 55% in the second quarter last year. Included in our real-estate revenue is the resort club, our Club Intrawest. Revenue from that division increased 12% in the quarter to $8.4 million and we are particularly successful in selling add-on points, which are sold to existing members where they're increasing their usage of the club. And it's a very strong testament to the high degree of satisfaction our members have with the Club.

The higher real-estate revenues increased profit contribution from real estate to $18.4 million versus $11.8 million last year. The excluding the $92.8 million of sales to Leisura on which the profit was deferred, the margin was 10.8%, this quarter, in line with the guidance we had previously given.

Turning now to what has been a very important focus for many of you and certainly for us, which is cash flow. And cash flow from operating activities, as I indicated in the highlights, was $84.7 million for the quarter, compared with a negative cash flow of $8.2 million for the second quarter last year, so a positive improvement of $93 million. Mainly as a result of closing more real-estate units, but also very importantly the formation of the Leisura partnerships and the impact that has on us.

For the six months in total we now have free cash flow, which we define as continuing operating activity cash flow less the resort cap ex and our investment in Leisura. Free cash flow, defined that way, we have $50.5 million positive, compared with a negative free cash flow of $154 million in the first six months of last year. So, virtually a $200 million swing in the right direction. Perhaps the most important statement I can make on this call today is, we continue to be confident that we are right on track to generate at least $250 million of free cash flow in fiscal 2004.

With respect to debt reduction, obviously, moves in the same direction as the positive improvement in cash flow where certainly they move consistently. We saw reduction in debt in the first six months of about -- not quite $60 million, versus an increase in debt of $191 million in the first six months of last year, and we continue to expect, in the next two quarters, a significant reduction in debt consistent with our guidance on free cash flow.

Turning now to the outlook. For the month of January, we had a tough month in the operations. Skier visits were 11% behind last year and, not surprisingly to many of you who live in the east, we experienced very cold weather in the east at key times during the month and in the west we saw some softness at Whistler. Our U.S. long-haul destination is down and so we could be seeing some impact of the higher Canadian dollar in that market. At both Whistler and in our Colorado resorts, season passes were up, so we are getting a business from the regional market, particularly from seasons pass holders. But paid visits, the individual purchase tickets, were down which reflect, again, some of the destination market.

We are not going to be providing any formal guidance on operations for the full year this -- at this point. We still feel we have some critical weeks coming up in the next four to six weeks to get a really firm view on the year for us. We are continuing to experience a very short booking window and we will be very much into the month of March before we know how the full season is going.

With respect to real estate in 2004, closed units increased sales for delivery in 2004 amounts to $603 million, in total. Now, that includes the $92.8 million for projects sold to Leisura. In addition, Leisura has pre-sales, itself, of $308 million for delivery in fiscal 2004 and 2005, [inadible] partnerships do. We are confident today that real-estate closings will not be impacted this fiscal year in any significant way by construction completions, but we are monitoring those construction progress very closely. Particularly the large projects such as the four seasons hotel at Whistler, which is slated to close in the month of April.

In terms of real-estate closings for the full year, we again see them generally in sync with the guidance we gave on the first quarter conference call, in terms of how they space. Although there has been a shift in closings, somewhat. You'll see in this year, this second quarter, we closed somewhat more. So we had, actually, some that we had forecast would be in the third quarter, moved up into the second quarter. We did better than we expected, but we also have some closings now that are going to shift into the fourth quarter from the third. So Q3 will be down, somewhat, from our earlier guidance, but Q4 will be up and Q2 is up. The overall picture remains very much the same.

Looking ahead, and setting some expectations in terms of what you should see from us as the year continues to progress, the big story this quarter and this year is clearly the transformation of the company to a much less capital-

intensive business model. The improvement in cash flow this year reflects the reduction in capital expenditures in our operations, which you've seen us proceed on a very disciplined path over the last two years, the impact of the Leisura partnerships, and finally the strong real estate closings. The process that we initiated at the beginning of last year and announced sometime before is a continuing process and reflects a very deliberate strategy to reposition Intrawest to deliver higher returns on capital, as well as strong growth from recurring sources of income, particularly management service income, and have strong free cash flow and strong credit ratios.

We are currently working on several additional initiatives, which would move us even further along in this direction, and I would -- we're not in a position where we can provide specifics, but I would characterize these transactions as falling into two broad categories. First category is where we would sell some of our current assets, but retain a -- some financial stake in the business and particularly long term management fee income. The second general bracket of transactions or initiatives that we're working on involve formation of new business ventures, which leverage off of our resort brands; and we've talked a lot about recently, in recent months and in recent visits with investors, of the strength that we have in our resort brands and our desire to leverage that value more than we have in the past; business ventures which leverage our expertise or our access to customer base. And all of those are things, which we are actively working on. And we expect the next year to be a very fruitful year in terms of the realization of some of those.

One question that I'll answer, perhaps a question that I'm sure someone will ask, but I'm sure most of you are very interested in is just how are we doing vis-a-vis the second round of Leisura, which is -- would come up as projects start to be rolled in, in this calendar year. The answer is we're doing extremely well. Our partners, J.P. Morgan in the United States, [Manuel Life], are very pleased with the progress to date. The projects that were sold to Leisura have a high level of pre-sales and they're proceeding very well on a construction basis. So they've had a very good experience and they're very keen to continue with us on a very long-term arrangement, which we and they, expect and hope will last for many, many years.

So that concludes my formal remarks, and I'm open to questions. I've been joined by Joe Houssian, our CEO, and Joe and I would be happy to answer your questions, as well as [David Blakelock], who you all know, our Vice President and Corporate Controller.

Operator.

OPERATOR: Thank you, Mr. Jarvis.

When you wish to ask a question, please assure that you are not on a speaker phone and then press the number 1. You will be placed in the question and answer queue. If you wish to withdraw your question, press the pound sign. If you have any questions, please press 1 now.

DANIEL JARVIS: Operator? Operator ? Operator?

OPERATOR: Hello, Mr. Jarvis.

DANIEL JARVIS: Yes.

OPERATOR: We had a malfunction there. If you can hold on, please

We have William Marks from JMP Securities on line. Go ahead Mr. Marks.

WILLIAM MARKS, ANALYST, JMP SECURITES: Great. Good morning, Dan and all. I have a few questions. I guess first of all, in the past you've given figures of the success rate of your launches. Is there any information you can give us in the last several months or the first half of the fiscal year?

DANIEL JARVIS: We're not -- I can give you some indication of where we're going, but it's not -- this is not really the heart of our launch season. We're still early days for that. That'll come up in the April-May period, but what I can say is we have launched two projects, which I'd say are outside of the normal cycle, and that is the Grand Sierra in Mammoth, we've also launched another project, another phase of a project we call Tree Tops, which is a high-end townhome. And they were virtual sell-outs in both cases. So we continue to see a strong appetite in our launch market, but it is -- this is the time of the year when we see more what we call tempo sales, which is just the regular day to day sales. So we see no weakening and certainly some very good strength in key markets that we're dealing with.

WILLIAM MARKS: Great. And a couple of other things. One, you said you're not giving guidance on the resort side. Can you just refresh me, have you given any kind of figures at all in -- did you give anything at the end of last quarter, like we were -- project to be near last year, or was there anything -- any guidance at all on the resort side?

FD (Fair Disclosure) Wire February 10, 2004 Tuesday

DANIEL JARVIS: No, we haven't provided any guidance.

WILLIAM MARKS: Okay. And then, I guess, my last question is just understanding the cash flow projection. Is the best way to look at it, taking that roughly $85 million from the quarter less the cap ex, the investments you've made, you had about $23 million of cap ex on the ski resorts during the quarter? Is that kind of a run rate number?

DANIEL JARVIS: Yeah. Well, it's not a -- I wouldn't run-rate it in terms of the full year. The guidance we've given on the full year is that our overall cap ex for the full year will be around $65 million. So the cap ex is not evenly spaced through the year. It's hit more heavily in the first and second quarters.

WILLIAM MARKS: And that $65 million of cap ex is related to the $23 million you had through -- or for the last three months, right, and the $38 million for the first six?

DANIEL JARVIS: That's right.

WILLIAM MARKS: Okay. Great. Thank you, now.

DANIEL JARVIS: [inaudible]

OPERATOR: Thank you. We have Irene Nattel, RBC Capital Markets. Go ahead, please.

IRENE NATTEL, ANALYST, RBC CAPITAL MARKETS: Thanks, and good morning, gentlemen.

DANIEL JARVIS: Good morning.

IRENE NATTEL: If we -- I understand that you don't really want to provide guidance for resort operations for the current quarter, but typically January -- the month of January would represent what proportion of the total quarter's revenues?

DAVID BLAKELOCK (ph), VICE PRESIDENT AND CORPORATE CONTROLLER, INTRAWEST CORPORATION: 25? 25%?

DANIEL JARVIS: Yeah. It's, certainly around 30%.

IRENE NATTEL: Okay. And the comment that you made about the decline in, kind of, long -- U.S.-based long-haul visits into Whistler, presumably that also has a negative impact on the ancillary revenues.

DANIEL JARVIS: In terms of revenue per visit, it does, that's right.

IRENE NATTEL: Yeah, okay. And just in terms of bookings and the like, have you seen any appreciable pickup from any area, either geographic or -- ?

DANIEL JARVIS: Yes, we have seen some improvement, recently, as the Hoteliers have put a number of new offers into the market quite recently, and particularly geared against the Seattle market and the California market, and those are generating some positive results.

IRENE NATTEL: Okay. That's great. And just one housekeeping item, if I may. On the Q1 conference call, in addition to providing the guidance for 1200 to 1250 Intrawest closings you also indicated that you were looking at 160 to 170 out of Leisura, at an average profit of $22,000 to $25,000 per unit, plus management services fees of about $18,000 to $20,000 per unit. Are you still comfortable with those numbers?

DAVID BLAKELOCK (ph): Irene, it's David here. The average profit per unit is slightly higher, or at the upper end of that range. The number of units is slightly lower, but when you do the math you get to pretty well exactly the same number.

IRENE NATTEL: That's great. Thank you very much.

OPERATOR: Thank you. We now have Michael Smith. I'm sorry, we now have Bill Wells, Pope assessment management. Go ahead, please.

BILL WELLS (ph), ANALYST, POPE ASSESSMENT MANAGEMENT: Hi, Dan. I asked you once before, but I've forgotten. On the J.P. Morgan, [Manual Life], how do you price the transfer assets to Leisura as to -- what kind of rate of return are they expecting to make, and how do you monitor changes in asset values as to who makes what?

DANIEL JARVIS: Sure. Well, it's driven quite tightly by a pre-agreed formula. And basically what we do, at the time that the assets are ready to go into the -- to be sold to Leisura, we have pre-sales in place. So the revenues that have

FD (Fair Disclosure) Wire February 10, 2004 Tuesday

been established by the pre-sale performance establish a revenue projection. We have costs in place that establish a cost projection, and those revenues and costs generate a cash flow [effective] to equity, which is then discounted as a pre-agreed rate, and the -- hello? Bill, are you there?

BILL WELLS (ph): Yeah, I'm here. The operator interrupted you for a second. Yeah, good.

DANIEL JARVIS: We then -- in the formula discounts that at a pre-agreed rate, and it's basically geared to give the investor sort of a middle to high teens return on their investment and then it's on that basis that the land is -- land value is determined and sold to Leisura. Once they're in, obviously, the performance of the -- is entirely dependent on the performance from that point on in terms of the sale of the remaining units, the construction performance, construction delays, all of those things can impact on the rates of return that they receive from that point on.

BILL WELLS (ph): But is that pre-debt or an unlevered high teens rate of return that you're anticipating?

DANIEL JARVIS: It's a levered return to them.

BILL WELLS (ph): A levered return to them of high teens, and effectively that's our cost of the equity that they're putting in to take this off balance sheet for us.

DANIEL JARVIS: That's right. And, we're paying that for the period of time that the equity -- their equity is at work.

BILL WELLS (ph): Thanks.

OPERATOR: We now have Michael Smith, National Bank Financial. Go ahead, please.

MICHAEL SMITH (ph), ANALYST, NATIONAL BANK FINANCIAL: Thank you. The distribution to minority interests has gone up significantly, but the minority interest expense has gone down. Is that related to any kind of financing, presumably on Whistler or Blackcomb or is there another reason?

DANIEL JARVIS: David?

DAVID BLAKELOCK (ph): The minority interest expense has gone down primarily because of the distribution of real-estate closings this year versus last year, so Whistler, which the minority interest relates exclusively to, had a much higher number of real-estate closings last year for the first six months.

And you comments on --.

MICHAEL SMITH (ph): the distribution.

DAVID BLAKELOCK (ph): Yeah. I mean, there was a larger distribution made to the minority this year, I think $9 million versus the amount that's shown in the cash flow statement last year. It wasn't to do with financing, it was just to do with the arrangement that we had with our partner.

DANIEL JARVIS: yes, and in particular, because of the Leisura transaction, the sale of the land, there was a distribution to our partners who are part owners in Whistler. And that -- so it -- it's what we call -- it's a non-recurring or it's a lumpy quarter experience.

MICHAEL SMITH (ph): Okay. And of the $92.8 million of Leisura revenue, how much of that related profit will be booked in '04?

DAVID BLAKELOCK (ph): The majority of that land profit will actually come through next year when the units close. Like we had said in response to Irene's question that somewhat less than the 160 to 170 units would close this year. So the majority of it will come through in fiscal '05. In terms of the impact in '04 most of it will be felt in Q4. There is some closings in Q3, but the majority is in Q4.

MICHAEL SMITH (ph): Okay. And your tax rate for '04, what should we expect for your --.

DAVID BLAKELOCK (ph): It's not going to be materially different from the year to date, so in the mid teens.

MICHAEL SMITH (ph): In the mid teens, and a normalized tax rate?

DANIEL JARVIS: I think over the next couple of years you can expect to the vary between where it is now and, say, 20%.

FD (Fair Disclosure) Wire February 10, 2004 Tuesday

MICHAEL SMITH (ph): Finally, is there any chance, or is there any current discussion that you would have to consolidate Mammoth or Blue Mountain or Leisura or anything like that?

DAVID BLAKELOCK (ph): No, not at all. Just referring -- I mean, the Leisura transaction we've obviously had well vetted by our auditors, and none of the pronouncements, which have come out since then have changed that position at all With respect to Mammoth and Blue, though, I should mention already, Michael, we proportionately consolidate both of those already. So we are already picking up, in Mammoth's case, our respective percentage is 59% of the debt and assets on there. So we are, based on Canadian accounting and the nature of those transactions which are joint ventures, we are already proportionately consolidated.

MICHAEL SMITH (ph): Then there's no chance you'll have to fully consolidate?

DAVID BLAKELOCK (ph): No.

OPERATOR: Thank you, Mr. Smith. Now, if anyone wishes to ask a question, please remember, press 1 now. And we now have [Ray Cheesman], Jefferies & Company. Go ahead, please.

RAY CHEESMAN (ph), ANALYST, JEFFRIES & COMPANY: I was very intrigued by the little bit of information you gave us concerning the initiatives you're working on for the future, that you indicated might be fruitful in the next one to two years. When you said that you might let assets go, but retain a stake and a management fee, are we specifically talking about possibly the formation of partnerships to own the ski resorts and then you would move those assets off the books, freeing up liquidity and basically wiping out more huge chunks of debt?

DANIEL JARVIS: I was careful not to speak about specific assets, but that is the concept. And we have looked at all of it, basically. As a process of saying, okay, what's the best way to manage this business from our shareholders' point of view. We have looked at all of our assets and looked at the capital market opportunities, both private and public, and have identified certain assets which would be better owned by other groups than ourselves, but where we would want to maintain a long-term management involvement, and probably some small equity involvement, depending on the nature of the asset. So the net result would be a significant recovery of capital, an increase in our management fee income, and yet another move along the same direction that I've described a couple times in the call.

RAY CHEESMAN (ph): That would be very intriguing. And I had a couple of housekeeping items, if you would. Would you break out the property debt versus the bank debt?

DAVID BLAKELOCK (ph): Just to clarify, what would -- how would you define property debt?

RAY CHEESMAN (ph): It was $292 million on the last statement. I guess it was debt specifically associated with the development of property, and I guess that's part of the chunk that will be going down, as the assets transfer out and over to Leisura.

DAVID BLAKELOCK (ph): That's right.

DANIEL JARVIS: In terms of the second quarter numbers, it's somewhat less than that but not materially.

DAVID BLAKELOCK (ph): The big reduction will appear in the next quarter and the fourth quarter as big projects like the four seasons hotel run off.

RAY CHEESMAN (ph): And just if could you give me the availability on the credit facility.

DAVID BLAKELOCK (ph): At the end of the quarter it was around about 200 million.

RAY CHEESMAN (ph): Thank you very much.

OPERATOR: Thank you, Mr. Cheeseman. We now have [Himalaya Jane], Scotia Capital.

HIMALAYA JANE (ph), ANALYST, SCOTIA CAPITAL: Just a few questions, guys. Did you say the January skier visits were down 11%? Was that just in the east or was that total company?

DANIEL JARVIS: That was total company.

DAVID BLAKELOCK (ph): Total company, Himalaya.

HIMALAYA JANE (ph): And that was just for the month of January?

DAVID BLAKELOCK (ph): That's right.

HIMALAYA JANE (ph): And that's same property?

DAVID BLAKELOCK (ph): That's correct.

DANIEL JARVIS: That's correct.

HIMALAYA JANE (ph): Okay. Thanks. And the second question was, I'm just trying to understand the deferred revenue on this first sale to Leisura, where exactly is that recorded, or is it recorded?

DANIEL JARVIS: In the second quarter statements, it's effectively recorded in the cost of sales number of $92.8 million. So you've got the sale revenue of $92.8 million, and the cost of sales comprises the book value of those properties plus the deferred profit.

HIMALAYA JANE (ph): And could you give us that split?

DANIEL JARVIS: We've never historically provided numbers in terms of profits per -- for a particular project.

DAVID BLAKELOCK (ph): Right. I think what we did provide was, on the initial conference call, Himalaya, when we announced the Leisura transaction, we did indicate that on the land component remembering the $92.8 million is not just the fair market value of the land, but it's also whatever costs have been expended on the project to date we get those reimbursed dollar for dollar. But on the fair market value component we did expect to have a profit of about -- or margin of about 25 to 30%, and that's consistent with our experience to date.

HIMALAYA JANE (ph): Okay. Thank you very much.

OPERATOR: Thank you. We now have Felicia Kantor, Lehman Brothers. Go ahead, please.

FELICIA KANTOR, ANALYST, LEHMAN BROTHERS: Hi, guys. Just a quick question on the decline in the U.S. long-haul market. And you mentioned the Canadian dollar as a reason, but do you think there are any other reasons?

DANIEL JARVIS: I think the only other reason that we can identify, and it's pretty -- I would say it's a pretty hard one to get tangible evidence on, but there seems to be a pattern of Americans staying home more and traveling within the United States versus traveling outside of the United States. Certainly, if we look at patterns of all kinds of tourism travel to Canada from the United States, and also to other different categories, we are still seeing the numbers are down from previous years.

FELICIA KANTOR: And you had mentioned some marketing efforts that you're doing now to kind of bring people in from the West Coast, but are you doing anything to increase that number from the East Coast?

DANIEL JARVIS: Some of the offers that I mentioned, for example, we've got some significant marketing programs in, for example, the Toronto market, which has historically been a very strong market for us. So, yes, we are doing things in the eastern markets as well, and, as I say, we are working closely with our hotel partners in Whistler who are recognizing they've got some beds to fill and are being reasonably active with us in putting some pretty attractive offers out there in the market.

FELICIA KANTOR: Anticipating that the exchange rate doesn't change anytime soon do you expect the marketing efforts to work or do you have a plan B?

DANIEL JARVIS: Well, I think that we -- I mean, we -- at this point we're not moving to a plan B. I think we think that we can put attractive offers into the marketplace. Whistler continues to be, you know, the most popular resort in North America, so that it's all the elements continue to be there. And we will just continue to work with that plan. So we're not sort of -- the situation does not warrant sort of moving to a plan B yet.

FELICIA KANTOR: Okay. Just moving to the discussion on the sale, some of the new directions you're going into specifically the sale of current assets. If you want to use a baseball analogy in terms of what inning are you in with this plan? Are we talking a about first or second innings or later than that?

DANIEL JARVIS: I'm not -- I don't think that I could be more precise than I have been at this point.

FELICIA KANTOR: Okay. I tried.

DANIEL JARVIS: Okay. Thanks, Felicia.

FD (Fair Disclosure) Wire February 10, 2004 Tuesday

OPERATOR: We now have Michael Van Aelst, CIBC World Markets. If there are any other questions, please remember, press 1 now.

MICHAEL VAN AELST, CFA, ANALYST, CIBC WORLD MARKETS: Hi, there. Just a quick question, actually. On the real-estate margins you said that the margins for the quarter came in line with guidance. I don't recall what you said in terms of guidance for the year. Have you given anything on that front?

DANIEL JARVIS: Well, we had said for the year, Michael, that we expected to sell between 1200 and 1250 units at an average price of 50 -- or an average contribution of 50 to $55,000. We didn't provide specific margin information, but that'll give you the total contribution from real estate. The margins will be, we expect them to be, somewhat higher than they are year to date. We had said that the first couple of quarters would be impacted by some of the projects that were coming through, but they'll be in the low sort of double digits.

MICHAEL VAN AELST, CFA: So the mix will improve a little bit in the second half?

DANIEL JARVIS: Yes, that's correct.

DAVID BLAKELOCK (ph): Yeah.

MICHAEL VAN AELST, CFA: All right. That's it. Thank you.

OPERATOR: We now have Michael Smith, National Bank Financial. Go ahead, please.

MICHAEL SMITH (ph): Thank you. How much are you expecting to spend on other assets, and what kind of guidance can you give us?

DANIEL JARVIS: I don't think you'll see much of a change over the -- the six-month numbers, let me just turn to the cash flow statement. The six-month numbers show about $10 million, I think for the second half you'll see a slight decrease over -- double that amount, so I think you'll see maybe in the mid teens.

MICHAEL SMITH (ph): Thank you.

OPERATOR: If there are any other questions, please press 1 now. And we now have Mr. [Todd Voight, Cliff Wood.]

TODD VOIGHT (ph), ANALYST, CLIFF WOOD: Yes. Hi. I just wanted to double check, did you say you add $6.9 million gain from currency appreciation, if you will, of the Canadian dollar?

DANIEL JARVIS: I think what we said was that in terms of the increase in real-estate revenue for the quarter, up to $112 million, $6.9 million of that increase over the second quarter last year was the impact of the Canadian dollar on reported income, so, in terms of -- on reported revenue. So it's an impact on revenue. It's a similar sort of impact on expenses. So in terms of the net contribution from operations, the impact was fairly neutral.

TODD VOIGHT (ph): Okay. Thank you.

OPERATOR: Mr. Jarvis, that was the last party on the question and answer queue.

DANIEL JARVIS: Okay. Thank you, operator. I'm going to turn it over to our CEO, Joe Houssian, just to conclude the call. Thank you.

JOE HOUSSIAN, CHAIRMAN OF THE BOARD, PRESIDENT, AND CEO, INTRAWEST CORPORATION: Yes, thank you all for joining, and I apologize, I walked in a few minute late from another meeting. Clearly our message today is the same message I think we've been giving you now for the past year, which is that the company is completely committed to achieving certain objectives. Dan, I think, has expressed them quite clearly. Free cash flow, we are on course. Debt reduction, that comes with that, we're very much on course there.

We've spoken in the past about the heavy lifting being over in the context of building our mountains and building the infrastructure of our villages. In fact, there's another heavy lifting that's also over, and that's the huge investment we've made in customer contact capabilities, information technologies, call centers, reservation systems, and one of the big initiatives going on in the company right now, and has been going on for the past 12 months, is the integration of all of these capabilities so that we can communicate with what is our greatest asset being our millions of customers on a consistent and intelligent basis, all for the purpose, of course, of growing our revenue and growing our earnings. Clearly as we look forward, our task is quite clear, and senior management is 1000% focused on continuing with the process of bringing debt down to levels that everybody feels is appropriate, continuing to work towards free cash flow and

FD (Fair Disclosure) Wire February 10, 2004 Tuesday

increasingly, as we solve those two issues, looking at where we achieve growth in earnings. The integration initiatives that I had referred to a few minutes ago is part of it. A reengineering of various of our businesses is another part.

We spoke, for example, recently about the restructuring of our real-estate capability where we have moved from 18 or 19 different resort locations to six regional locations. That restructuring is complete. The result is that we're increasing our capacity to be able to do work. We're increasing our efficiencies, our playground organization, which is our real-estate sales organization, continues to not only sell Intrawest product but increasingly other people's product for fees. Again, it's part of our move to being a management-based organization. The result of all of that is we're significant number of landowners around Europe and North America approaching us, asking us if we will be their partners with respect to developing -- well, conceiving first and then developing and selling their real estate. It's something that interests us because, again, it's a low capital, high return on asset business, that falls very much in line with our whole strategy of becoming more management-based. It's essentially the next version of Leisura, where we do it on a project by project basis in the very early stages of real-estate development, as opposed to Leisura, where when it moves into Leisura it's already at an advanced stage.

We've talked about our taking a very serious look at all of our assets. Nothing is necessarily sacrosanct . Our objective is very simple. That's to increase the valuation of our share price, and everything -- every rational, logical, possibility is being looked at as we do that. And so, I think the Intrawest you will see a year from now will be one where the discussion of free cash flow will have disappeared, the discussion of debt reduction will have disappeared, and the focus will be more on how is our integration going, how is our reorganization going, what impact is it having on our earnings forecast and how are we doing in terms of becoming a less capital-intensive and more intellectually-intensive based company.

A tremendous amount of energy over here amongst our team, and we're [inaudible] the future with a fair amount of optimism, but the proof will be in the pudding. The six-month results are where we thought they'd be and we're looking forward to continuing to be able to provide you, our supporters, and our shareholders and owners, with continuing good news as we go forward.

So thank you very much for being a part of the Intrawest world and we look forward to those of you that are coming to the Tremblant conference, look forward to seeing you there. And for the rest of you, we'll chat with you soon, certainly at the next call.

OPERATOR: And this concludes Intrawest's second quarter results conference call. Thank you.

[CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS. Copyright 2004, CCBN, Inc. All Rights Reserved.]

LOAD-DATE: February 25, 2004

Copyright 2004 The San Diego Union-Tribune
The San Diego Union-Tribune

January 18, 2004, Sunday

**SECTION:** TRAVEL;Pg. D-4

**LENGTH:** 1079 words

**HEADLINE:** Lake superior; When it comes to skiing, **Tahoe** takes the title from the rest

**BYLINE:** Brian E. Clark; Brian Clark is a Minnesota writer.

**BODY:**
TRUCKEE -- Six-time World Speed Skiing champion Franz Weber has lived in the Alps, South America's Andes and in the Rockies. The Austrian native could have settled just about anywhere after ending his illustrious Olympic and professional **ski** racing career.

But Weber chose Lake **Tahoe** for its wide variety of resorts, challenging runs, abundant snow and stunning beauty.

With more than 15 **ski** and snowboard areas clustered around a crystal blue alpine lake, the region offers more than 85 lifts serving nearly 1,000 runs that range from bunny hills ideal for beginners to some of the most challenging slopes in North America.

"**Tahoe** can compete with any alpine region in the world," said Weber, who once clocked 138 miles per hour on his boards. "Even if I didn't live here, I would come here to **ski** and play. I've loved it ever since my first visit years ago."

Weber now serves as director of skiing for the Resort at Squaw Creek, a four-star lodge. Guests at the resort can make turns with him on selected days during the winter. But don't worry; he won't go faster than say, 20 or 30 mph, so intermediates should not feel too intimidated to tag along.

"It snows hard around **Tahoe** and we get a lot more white stuff (450 inches in a typical year) than either Utah or Colorado, but there is also an average of 290 days of sunshine a year," he said. "So after a heavy, two-day storm you might have five new feet of snow and then five-plus days of clear skies."

Weber also disputes the Rockies' reputation for having better skiing. Weber isn't alone in his opinion. Skiing magazine's 2003 resort survey ranked **Squaw**, with its 4,000 acres, as the No. 5 area in North America. (Down at the south shore, Heavenly Valley ranked No. 13 in the magazine's annual resort review.)

And as for the beauty of **Tahoe**, he said, "The scenery is truly unsurpassed. You can see the lake from a number of the areas. It's nice to stop sometimes in between runs and just soak up the view of the mountains and the snow and the water. I sure know I like it here."

It's only 45 minutes from Reno to Squaw Valley, which is on the northwest side of the lake," he said. "Even if you fly to the Eagle-Vail airport, it takes you almost that long to get to downtown Vail."

Mark Lorenzen, a former guide and telemark skier, lives in San Francisco and **skis** mainly at north **Tahoe** resorts.

He prefers Squaw Valley, which he calls "one of North America's best **ski** mountains," Alpine Meadows (**Squaw's** little sister) and friendly little Homewood, a small resort that almost dips its toes in the lake on the west shore.

The San Diego Union-Tribune, January 18, 2004

"Homewood doesn't go as high as Alpine or Squaw, so the snow coverage can be problematic," he said. "In a good year, though, it's really a fun place to ski." (Homewood's top is at 7,880 feet; while Squaw's summit is 9,050 and Alpine's is 8,637. The highest in the region is Heavenly, with a summit of 10,067.)

But Lorenzen's favorite area, which he calls one of the best-kept secrets in the Sierra, is Sugar Bowl. Located on Donner Summit to the west of Lake Tahoe, it has a base of 6,883 feet, a summit of 8,383 feet, more than 1,500 acres of varied terrain and relatively small crowds.

"It kind of feels like it was plucked out of Switzerland," said Lorenzen, who purchased a season pass at the resort for this winter. "I can't wait to get back up there and introduce my 3-year-old daughter, Lilly, to skiing."

When Lorenzen wants to strap on his cross-country to kick and glide or skate, he heads for Royal Gorge, North America's largest and arguably its best Nordic ski area. Also located on Donner Summit, it has 90 trails, 205 miles of groomed track and terrain for all abilities. For back-country cross-country skiing, there are thousands of acres of national forest in the area.

Chicago native Jim Sieburg usually stays at South Lake Tahoe -- where his family owns a condominium -- and skis at Heavenly, Kirkwood and other resorts on or near the south shore.

"The south shore is great. It's pretty incredible to be skiing at Heavenly -- which straddles the California-Nevada border -- and look down and see the lake and the mountain peaks spread all around," he said.

"I also find the terrain plenty challenging. And Heavenly is a big mountain with a 3,500-foot vertical descent, 29 lifts and lots and lots of runs."

Last year, for the first time, Sieburg left the immediate Tahoe area and drove 30 miles south to Kirkwood. The resort is well-known for its dry snow, thanks to one of the highest base elevations (7,800 feet) of any Northern California area.

"It was worth the trip," he said. "The mountain was wonderful and has 2,300 acres of challenging terrain. My teenage sons led me down a double black diamond run -- the "Drain" -- that was a little over my head, but I did OK."

The only knock on Kirkwood, he said, is that travelers from the south shore of Tahoe must drive over a pass to get there.

"If it is storming and snowing hard, that can be a problem," he said. "But if the weather is good when we are out there this winter, we're definitely going back to Kirkwood."

Troy, Sieburg's oldest, said he'd also like to return to Kirkwood this year. Sometime in the not-too-distant future, he'd also like to snowboard on the north shore at Squaw, Alpine or Northstar.

"For me, Kirkwood's back country was fantastic. I also liked the fact that it wasn't crowded," he said. "Heavenly's good, too. But the Drain at Kirkwood was the best because there were rock walls on either side of a steep run."

LAKE TAHOE AREA RESORTS

Alpine Meadows: (800) 441-4423; www.skialpine.com

Boreal: (530) 426-3666; www.borealski.com

Diamond Peak: (775) 832-1177; www.diamondpeak.com

Donner Ski Ranch: (530) 426-3635; www.donnerskiranch.com

Homewood Mountain: (530) 525-2992; www.skihomewood.com

Heavenly: (775) 586-7000; www.skiheavenly.com

Kirkwood: (209) 258-6000; www.kirkwood.com

Mount Rose: (800) 754-7673; www.skirose.com

Northstar at Tahoe: (800) GO-NORTH; www.skinorthstar.com

Royal Gorge: (800) 500-3871; www.royalgorge.com

Sierra at Tahoe: (530) 659-7453; www.sierratahoe.com

The San Diego Union-Tribune, January 18, 2004

Soda Springs: (530) 426-1010; www.skisodasprings.com

**Squaw Valley USA:** (530) 583-6985; **www.squaw.com**

Sugar Bowl: (530) 426-9000; www.sugarbowl.com

**Tahoe Donner:** (530) 587-9444; www.tahoedonner.com

**Reno/Tahoe** International Airport is 45 minutes from many Lake Tahoe resorts. Shuttles are available to many major areas: www.renoairport.com

**GRAPHIC:** 3 PICS | 1 MAP | 1 CHART; 1,2. Tim Dunn / Reno Gazette-Journal 3. Mark Gostin / Associated Press 4. PAUL HORN / Union-Tribune; 1. With Lake **Tahoe** and the Headwall lift terminus in the background, a skier contemplated his options at Siberia Bowl at Squaw Valley. 2. A spa and pool at the High Camp complex is a popular spot for spring skiers in the Lake **Tahoe** area. The spa, included in lift ticket prices, sits at 8,200 feet. 3. The aerial tram at Heavenly **Ski** Resort takes skiers to the upper parts of the mountain at the South Lake **Tahoe** resort. (D-5) 4,5. If you go -- LAKE **TAHOE** AREA RESORTS (D-5)

**LOAD-DATE:** January 21, 2004

828 of 2174 DOCUMENTS

Copyright 2004 Sun Media Corporation
Winnipeg Sun (Manitoba, Canada)

January 18, 2004 Sunday Final Edition

**SECTION:** TRAVEL; Pg. C20

**LENGTH:** 1042 words

**HEADLINE:** A SKIABLE FEAST;
PACKED WITH RESORTS, EATERIES LAKE **TAHOE** REALLY SATISFIES

**BYLINE:** BY STEPHEN RIPLEY, MANAGING EDITOR

**DATELINE:** LAKE **TAHOE**, California

**BODY:**

Gnawing a frozen energy bar while perched on a chairlift isn't exactly fine dining, but it sure beats the alternative.

Almost 157 years ago, just a few miles north of the continent's largest alpine lake, a group of starving, snowbound settlers resorted to cannibalism to survive winter in the Sierra Nevada mountains. Of the 87 luckless travelers who began the trek from Illinois, 36 died during the winter of 1846-47, many ending up in the stomachs of the survivors.

The grisly fate of the infamous Donner Party has been all but forgotten along the shores of Lake **Tahoe**, now a modern-day holiday paradise straddling the boundary between northern California and Nevada. Perversely, the very things which doomed the 19th-century settlers -- snow and food -- are now prime attractions for the millions of visitors who come here each year.

More than a dozen ski resorts circle Lake **Tahoe**, taking advantage of snowfall which averages 33 feet each season. The two largest and brightest jewels in this ring are on opposite sides of the lake -- **Squaw** Valley U.S.A. in the north and Heavenly in the south.

**SQUAW VALLEY U.S.A.**

The message board at the base of the gondola informs my old university buddy Bill and me that four inches of fresh powder has fallen overnight. Big deal. In the past two weeks, the site of the 1960 Winter Olympics has been blanketed by more than seven feet of snow, transforming a steep, craggy mountain into a vast, white wonderland.

Even so, **Squaw** still has plenty of teeth poking through. Our guides, extreme skiers Larry Segal and Nancy Elrod, lead us to the Headwall on **Squaw** Peak, one of six summits at the sprawling resort. After a short hike to access a stash of untracked powder, Nancy and Larry dive in, dodging rocky outcrops and raising huge white plumes with each turn. We watch, dumbstruck, not quite sure how we'll make it down the expert slope ourselves.

We survive, and on the chair back up, Larry tells us his story. He grew up in Big Sur, on the Pacific coast south of San Francisco and came to **Squaw** Valley 19 years ago. The former surf bum immediately became a ski bum and never left the valley, where he's now a sought-after ski model and the oldest member of the resort's freeride team. Between skiing in the winter and mountain biking in the summer, he has what he describes as the perfect life, one he'll share with Nancy when they get married later this year.

After splitting up with the dynamic duo, we follow Larry's advice to "go big or go home" and try our luck on the expert slopes of Broken Arrow. A series of steep chutes tucked between jutting spires of red rock, Broken Arrow is a perfect spot to show off for skiers riding up on the gondola. Knowing we're being graded from above, we drop in,

Winnipeg Sun (Manitoba, Canada) January 18, 2004 Sunday Final Edition

throwing ourselves farther down the mountain with each turn until we reach the bottom, panting with exhaustion and wondering if 35 is too old to become a ski bum.

HEAVENLY

Covering 4,800 acres and spanning two states, Heavenly is slightly larger than **Squaw**, but doesn't have its northern neighbour's reputation for extreme terrain. It turns out this is a good thing, since the amazing views from the top of the mountain make it impossible to keep one's mind entirely on skiing.

Heavenly is located at the south end of Lake **Tahoe** and can be accessed from four different base areas. The newest and most convenient is the plush, new village a few blocks west of the Nevada state line. The village features high-end retailers including Patagonia and The North Face, as well as several fine dining options, from gourmet fast food at Wolfgang Puck Express to the eclectic Fire and Ice, which lets diners create their own meals from a multitude of ingredients.

An even more dizzying array of restaurants awaits diners who venture into the nearby casinos of Stateline, Nev. Tucked away from the non-stop action of the gaming floor, the casinos feature top-notch steakhouses, Italian, Mexican and seafood restaurants and the ubiquitous all-you-eat buffets for which gambling palaces have become famous. After a couple of visits, we began to feel like Donner Party member William Hook, who died from overeating after he was rescued.

To reduce that likelihood, we hit the slopes of Heavenly hard. The runs are generally less steep than at **Squaw**, which makes for some amazing tree skiing. Alternating between the Dipper and Comet quad chairs, we dodge through perfectly spaced stands of ponderosa pine and sierra juniper, finding the odd stash of powder four days after the last snowfall.

As good as the skiing is at Heavenly, the views are even better. Our guide, ski school coach and **Tahoe** native Matt Achenbach, points out the brown, snowless Carson Valley, thousands of feet below on the Nevada side of the mountain. From the California side and pretty much everywhere else at Heavenly, the entire expanse of Lake **Tahoe** is visible, making this one ski resort where a camera is a must.

After a few pointers on our technique, Matt leaves us to explore on our own. Despite its reputation, we discover Heavenly has more than its share of expert terrain, from the chutes in Mott and Killebrew Canyons to the steep bumps of Gunbarrel.

As we hammer down the double-black-diamond Gunbarrel, the late-afternoon sun warming the snow into form-flattering corn, our legs scream and our stomachs growl. At the bottom, we don't know where to head first -- the hot-tub or the nearest restaurant.

- On the Web: www.**squaw**.com;

- www.skiheavenly.com;

- www.skilaketahoe.com

BOTTOM LINE

- The nearest major airport to Lake **Tahoe** is less than an hour away in Reno, Nev. Air Canada, Northwest and several other carriers offer daily flights with a stopover in Minneapolis.

- There are dozens of lodging options in Lake **Tahoe**, from cheap motels to high-end slopeside accommodations. If you plan on skiing at more than one resort, your best bet might be to stay at one of the relatively luxurious, albeit inexpensive, casinos in Reno and drive to the slopes, which range from 30-60 minutes away.

- To learn more about the ill-fated Donner Party, visit Donner Memorial State Park, near Truckee, Calif., about 30 minutes west of Reno. The Emigrant Trail Museum is open 10 a.m.-4 p.m. daily during the winter.

GRAPHIC: 3 photos by Stephen Ripley ; 1. Nancy Elrod and fiance Larry Segal tackle some of **Squaw** Valley's famous expert terrain.; 2. Heavenly views of Lake **Tahoe** greet visitors to the area's largest resort.

LOAD-DATE: January 18, 2004