# EXHIBIT 11 - PART E

Copyright 2004 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

January 2, 2004 Friday

**SECTION:** F; Pg. 4

**LENGTH:** 4147 words

**HEADLINE:** CCT/WCT what's happening

**BODY:**

Items of interest to local sports participants can be placed in What's Happening by submitting typed or legibly written material to the Times. Material may be e-mailed to sports@cctimes.com

Baseball

Pittsburg Pony Baseball signups/tryouts

Pittsburg Pony Baseball will be holding signups and tryouts Jan. 10, Jan. 17, Jan. 24 and Jan. 31 at City Park, Field III. New players must have a copy of their birth certificate. All new players and players moving up to another division must make tryouts. Times and costs are as follows: Mustangs (ages 9-10), 8 a.m., $100; Broncos (ages 11-12), 10:30 a.m., $110; Ponys (ages 13-14), 1 p.m., $120. For information call Diane at 925-432-3043.

Jr. Eagles tryouts

The Clayton Valley Jr. Eagles Baseball Club will be holding tryouts for the 2004 season for ages 11-14 Jan. 10, Jan. 17 and Jan. 24 from noon to 2 p.m. at Clayton Valley High School. For information call Steve Oakes at 925-323-4793, Bob Banks at 925-979-8077, e-mail at jr_eagles@hotmail.com

Antioch East signups

Antioch East Little League will be holding signups for baseball, softball, challenger and T-Ball Jan. 3, Jan. 10 and Jan. 17 from 9 a.m. to 4:30 p.m. and Jan. 7 and Jan. 14 from 7-9 p.m. at the Nick Rodriguez Senior Center at 213 F St. in Antioch. They are also accepting applications for managers and coaches. For information call 925-473-5044.

Antioch West signups

Antioch West Little League will be holding registration for baseball, softball and T-Ball for boys ages 5-12 and girls ages 5-18 Jan. 3, Jan. 10 and Jan. 17 from 9 a.m. to 4:30 p.m. and Jan. 7 and Jan. 14 from 7-9 p.m. at the Nick Rodriguez Senior Center at 213 F St. in Antioch. They are also looking for volunteers, managers and coaches. For information call 925-431-8478.

Bay Point Pony Youth registration

Bay Point Pony Youth Baseball will be taking final registrations for the spring baseball season Jan. 10, Jan. 17 and Jan. 24 from 10 a.m. to 1 p.m. at the Ambrose Recreation Center at 3155 Willow Pass Rd. for ages 5-14. They are also looking for umpires. For information call Eric at 925-709-1770 or Mike at 925-458-6471.

Martinez Baseball seeks players

Martinez Baseball Club Pony is looking for players ages 9-10 for the 2004 season. For information call 925-229-2411 or e-mail at martinezbaseballclub@yahoo.com

Contra Costa Times (California) January 2, 2004 Friday

Say Hey Kids seek players

Say Hey Kids 12 team is looking to add four players for the 2004 season. For information call 925-354-0188, e-mail at cbcsayheykids@aol.com

Diablos 11-under evaluations

The Diablos 11-under traveling team will be holding player evaluations Jan. 10 and Jan. 17 at Athenian School in Danville. Players must not turn 12 before Aug. 1, 2004. For information or to schedule a tryout call Bob Kranson at 925-829-0204 or e-mail at rkranson@axiomdesign.com

West Side Stunnerz seek players

The West Side Stunnerz 14-under elite travel baseball squad is looking for players in grades 8-9. They play 4-10 games per month between January and August. For information call Coach Rob Barquis at 510-685-4386, e-mail at coachrob50@msn.com

Tri City Titans seek players

The Tri City Titans under-18 and under-16 teams are looking for players for the 2004 summer season, which begins in May. For information and tryout dates call 510-825-3022.

Albany High clinics

The Albany High School Baseball Boosters are sponsoring two preseason warm-up clinics for ages 13-above. Clinic #1 will be held Jan. 11 from 1-4 p.m. for pitchers and catchers. Pitchers and catchers will work separately, so pitchers must bring their own receivers (can be a parent). The cost is $30. Clinic #2 will be held Jan. 24-25 from 11 a.m. to 4 p.m., and is a comprehensive clinic. Players may attend one or both days. The cost is $50 per day. For information call 510-527-8628 or e-mail at ahsbaseballboosters@hotmail.com

Oakland Oaks tryouts

The Oakland Oaks Baseball Club will be holding tryouts for ages 16-under and 18-under for their 2004 summer season Jan. 25 at Laney College in Oakland. Players must register for tryouts before Jan. 16. Age cut-off is Aug. 1, 2004. For information call Coach Palmore at 510-867-8648 or visit www.eteamz.com/oaklandoaks16

Brentwood Yankees seek players

The Brentwood Yankees are looking for 17-20 year old varsity high school and college players to play for high caliber summer teams with a 50-game schedule as well as two tournaments from June 1 through Aug. 10. The approximate cost will be $500 per player. For information e-mail Mike McElroy at nyjet128@aol.com

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

Delta Peanut League signups

Delta Peanut League will be holding registration for T-ball, baseball and softball for boys and girls ages 5-12 Jan. 6, Jan. 13 and Jan. 20 from 6-9 p.m. and Jan. 10, Jan. 17 and Jan. 24 from 9 a.m. to 3 p.m. at John Muir Elementary School in Antioch. For information call 925-706-1994 or visit www.deltapeanutleague.com

Coyotes seek players

The East County Coyotes 12-under tournament team located in the Brentwood area is looking for a few players to add to its 2004 roster. The Coyotes host local games as well as travel. For information call 925-207-4903 or visit www.EastCountyCoyotes.com

Brentwood Pony Baseball registration

The Brentwood Pony Baseball League is accepting early registrations for their 2004 in-house season online at www.brentwoodpony.org

Contra Costa Times (California) January 2, 2004 Friday

Brentwood Blast tryouts

Brentwood Pony Baseball's new Blast select teams will be holding tryouts for the 9-under through 14-under teams Jan. 4, Jan, 10 and Jan. 11 at Liberty High School. All players planning to try out must mail in registration immediately. For information visit www.brentwoodpony.org

Boys and girls Babe Ruth registration

J.O.B.L. will be holding registration for boys and girls Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673.

Basketball

Knights of Columbus free throw championship

The Knights of Columbus, Concord Council #6038, will be sponsoring their 30th Annual Championship Free Throw Contest for boys and girls ages 9-14 Jan. 12 from 5:30-9:30 p.m. at Diablo View Middle School on Marsh Creek Rd. in Clayton. Entry forms will be available at the event. For information call Claire Tryon at 925-673-8564.

Free throw championship

The Knights of Columbus Council #8207 representing Walnut Creek will be holding the 2004 Knights of Columbus Free Throw Championship for boys and girls ages 10-14 Jan. 16 from 3-4:30 p.m. at the St. Mary School gym at 1150 Bont Ln. in Walnut Creek. Entry forms are available at the St. Mary School office or at the event. For information call Mark Cabral at 925-689-3327.

San Rafael adult league

The San Rafael Community Services Dept. is taking registrations for its spring adult basketball league for men's A, B, C, D and over-40 years divisions, and a women's division. Roster forms and sign-up sheets are available at the San Rafael Community Center at 618 B St. The cost is $530 per team and includes 10 games and playoffs. Rosters and entry fees are due by Jan. 23 at 5 p.m. League play begins the week of Feb. 23. For information call Gary Burns at 415-485-3333.

Clayton Valley Jr. Eagles tryouts

The Clayton Valley Jr. Eagles Baseball Club will be holding tryouts for ages 10-14 Jan. 10, Jan. 17 and Jan. 24 from noon to 2 p.m. at Clayton Valley High School's varsity baseball field. The Jr. Eagles are developing 11-under through 14-under traveling tournament teams for the 2004 season. Players are expected to attend all three tryouts. For information call Steve Oakes at 925-323-4793 or visit www.eteamz.com/sites/jr-eagles

Panthers seek players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU-affiliated teams. Practices are conducted in Central Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Men's 5-on-5 leagues

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding men's 5-on-5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a basketball league for grades Pre-K through 8 Jan. 17-March 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

East Bay All Star registration

Contra Costa Times (California) January 2, 2004 Friday

East Bay All Star Basketball is taking registrations for their spring, summer and fall programs for boys in grades 5-12. For information call 925-736-0814.

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Football

4-on-4 flag football tourney

A 4 on 4 flag football tournament will be held Jan. 17 in Hayward. Registration deadline is Jan. 12. For information call Chuck at 510-807-0146.

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Nor Cal Lawmen tryouts

The Nor Cal Lawmen professional minor league football organization will be holding tryouts Jan. 17 at 11 a.m. at Antioch High School for ages 18 and older. Brings cleats, sweats, a valid ID and $25 registration fee. Highlight tapes are recommended. For information call 925-429-2758.

Soccer

Adult coed league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600..

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Foothill-Amador alumni soccer game

Foothill and Amador High School will be playing their first annual alumni soccer game to benefit the Ryan Gordon Scholarship Fund on Jan. 10 at Foothill High School. Women will play at 5 p.m. and men will play at 7 p.m. Alumni can register at Allstar Sports at 3037-A Hopyard Rd. in Pleasanton. For information call Curt Gordon at 925-426-1540.

Contra Costa Times (California) January 2, 2004 Friday

Chuck Lemoine at 925-462-4113, Ken Villegas at 925-846-5282, Ken Villegas at 925-846-5282 or Tony Chavarria at 925-846-7928.

Under-14 girls seek players

A under-14 girls competition team in Antioch is looking for a few players to add to its roster. For information call 925-628-1870.

Under-14 boys seek players

A under-14 boys competition team in Antioch is looking for a few players to add to its roster, in particular a goalie. For information call 925-628-1870.

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Softball

Crossfire seek players/coaches

The Crossfire Fastpitch 14-under team is looking for a few experienced key players to complete its 2004 spring/summer teams. They are also looking for coaches for their teams including a proposed 12-under team. For information call Bill Mouat at 925-933-9642 or e-mail at bandsm1@comcast.net

Crossfire 16-under/18-under seek players

The Crossfire Fastpitch organization will be holding tryouts for its 16-under team Jan. 11 and Jan. 18 from 1-3:30 p.m. at Campolindo High School in Moraga. The Crossfire 18-under team is looking for an experienced pitcher and short stop to finish its roster. For information call Bill Mouat at 925-933-9642 or e-mail at bandsm1@comcast.net

Pittsburg Platinum Stars tryouts

The Pittsburg Platinum Stars 14-under and 12-under girls softball teams will be holding tryouts Jan. 11 and Feb. 1 from 1-3 p.m. at Pittsburg City Park, field 4. For information call Janice Sisk at 925-339-0247 or Warren Nelson at 925-565-3803.

Norcal Shockers 10-under tryouts

The Norcal Shockers girls ASA fastpitch softball 10-under team will be holding tryouts Jan. 10 at 9 a.m. at Hillcrest Park in Concord. For information call John Krummen at 925-370-6075.

Valley Stompers under-14 tryouts

The Valley Stompers, an A-ball division of SVRGAL, will be holding tryouts for its under-14 summer teams Jan. 3 at 10 a.m. at Alhambra High School in Martinez. For information call 925-548-8220.

Grapettes tryouts

The California Grapettes 18 Gold and 18A fastpitch softball teams will be holding tryouts Jan. 4 and Jan. 11 at the Lodi Sports Complex in Lodi. For information call Kiko at 925-228-4820, Darrel at 925-828-4750 or visit www.grapettes.com

Pittsburg spring softball leagues

The City of Pittsburg will be taking registrations for its 2004 spring softball leagues Jan. 20-Feb. 20. Competitive and recreational leagues will be offered for men's C or Men's D-1 to be played on Thursday evenings, and a church or co-ed league to be played on Friday evenings. The season begins the first week of March. The cost of the competitive league is $450 plus $7 for each non-Pittsburg resident and the cost of the non-competitive league is $350 plus $7 for each non-Pittsburg resident. For information call Erik Estrada at 925-252-4846.

Strikkers 18-under Gold tryouts

Contra Costa Times (California) January 2, 2004 Friday

The San Jose Strikkers 18-under Gold softball team will be holding tryouts for the 2004 summer season Jan. 4 at San Jose City College. Pitchers and catchers will be held from 9:30-11 a.m. All other position players will be held at noon. For information call Tom at 408-266-7193, Bill at 707-557-0649 or visit www.eteamz.com/strikkers/

California Odyssey tryouts

The California Odyssey Softball 16-under A Peralta team will be holding tryouts for the 2004 spring/summer season. For information call Keith Peralta at 209-833-6789.

Odyssey 16-under A tryouts

The California Odyssey Softball 16-under A Christenson team will be holding tryouts for the 2004 spring/summer season. For information call Jim Christenson at 209-239-8924, or Mike Tucker at 209-824-2384 or 209-470-4931.

Odyssey 18-under A tryouts

The California Odyssey Softball 18-under A team will be holding tryouts for the 2004 spring/summer season. For information call Mike Tucker at 209-824-2384 or 209-470-4931, or Glenn Brady at 209-823-9495.

Sorcerer tryouts

Sorcerer 14, 18 and 18 Gold softball summer teams will be holding tryouts Jan. 4 (or Jan. 10 if it rains) at Alhambra High School in Martinez as follows: 14-under at 11 a.m., and 18 and 18 Gold jointly at 2 p.m. For information call Phil Mumma at 925-825-6274, Sorcerer Softball Academy at 925-806-0504 or visit www.sorcerersoftball.com

Spartans spring tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-599-0368 or e-mail at coachjon510@aol.com

Cobras 10-under tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Lady Hustle 14-under tryouts

The Lady Hustle 14-under softball team will be holding tryouts in Livermore for the summer 2004 season Jan. 3 and Jan. 10. For information call Mark at 510-276-4023.

Lafayette Rockets signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Lady Wolfpack tryouts

The Lady Wolfpack 16-under A travel softball team will be holding tryouts for the 2004 season. For information call Coach Bill at 510-278-7215.

East Bay Bat Busters seek players

The East Bay Bat Busters 14-under ASA girls fastpitch softball organization is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Delta Diamonds tryouts

Contra Costa Times (California) January 2, 2004 Friday

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 rosters. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

J.O.B.L. registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Swimming

Terrapin year round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school program

The Terrapins are taking signups for their high school program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Track and field

DVC Relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440-yard all-weather track. Entry fees are $10 per team. There are nine divisions and All-Star teams are allowed. For information call head track coach Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Meets

Diablo Valley College will be holding a five week series of All-Comer Track & Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Volleyball

Adult coed leagues

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

Jobs

Campolindo seeks coaches

Campolindo High School is looking for coaches for the following: junior varsity boys volleyball, junior varsity boys lacrosse and junior varsity boys tennis. For information call Bob Wilson at 925-376-5986, ext. 5235 or e-mail at bwilson@acalanes.k12.ca.us

Warrior Lacrosse seeks coaches

Walnut Creek Warrior Lacrosse is looking for coaches and assistant coaches. For information visit www.wcwarriorlax.com

College Park seeks coaches

College Park High School is looking for coaches for the following: varsity girls water polo, varsity boys water polo, junior varsity boys and girls water polo, freshman girls softball and boys tennis. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Miramonte seeks coaches

Contra Costa Times (California) January 2, 2004 Friday

Miramonte High School in Orinda is looking for a assistant women's wrestling coach and a head women's junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Oakland Oaks seek coaches

The Oakland Oaks traveling baseball program is looking for coaches for the 2004 summer season for players ages 15-18. Previous coaching experience or high level playing experience is required. The positions come with a stipend. Fax resumes to 510-748-5332, e-mail Mark Palmore at coachpalmore@yahoo.com

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Training start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

San Ramon Valley seeks coaches

San Ramon Valley High School is looking for a varsity softball and varsity volleyball coaches. For information call athletic director John Raynor at 925-552-3005 or e-mail at jraynor@srvhs.org

General

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

Gymnastics classes

Hercules Gymnastics holds classes for RomperGym, Tiny Tumblers and Novice Gymnastics at the Foxboro Community Center on Saturday mornings throughout the year. For information call the Hercules Recreation Dept. at 510-799-8291 or visit www.ci.hercules.ca.us/New/Rec/herculean/locals.pdf

Wrestling practices

The Antioch Wrestling Alliance will be holding middle school and elementary folkstyle practices Tuesdays until March from 5-6:45 p.m. at Antioch High School. For information call Coach Lovell at 925-864-2856.

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Lacrosse registration

Contra Costa Times (California) January 2, 2004 Friday

Walnut Creek Warrior Lacrosse is taking late registration for boys in grades 3-6, girls in grades 3-8 and wait-listing boys in grades 7-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For registration or information visit www.wcwarriorlax.com

**LOAD-DATE:** January 2, 2004

876 of 2174 DOCUMENTS

Copyright 2004 McClatchy Newspapers, Inc.
Sacramento Bee

January 2, 2004, Friday METRO FINAL EDITION

**SECTION:** MAIN NEWS; Pg. A1

**LENGTH:** 1162 words

**HEADLINE:** Storm rings in New Year Fierce winds, rain, snow lash region

**BYLINE:** Dale Kasler and Blair Anthony Robertson Bee Staff Writers

**BODY:**

The second powerful winter storm in three days drenched Sacramento and much of Northern California on Thursday, closing highways, downing tree limbs and power lines and leaving thousands without power on New Year's Day.

On the seventh anniversary of one of the region's worst floods, heavy rain and wind pounded the Sacramento area and produced white-out conditions in the Sierra Nevada. Gusts topping 100 mph in the mountains closed at least one major ski resort for the day.

Thursday's storm wasn't quite as fierce as Monday's but nonetheless caused major headaches throughout the area. Three days after a snowstorm closed a 150-mile stretch of Interstate 5 north of Redding and stranded hundreds of motorists, road closures were again the order of the day.

I-5 was closed for about seven hours early Thursday morning, said public safety dispatcher Dave Sullivan of the California Highway Patrol.

It was closed again later Thursday with heavy snow reported on the Siskiyou Summit.

In the Sierra, Interstate 80 was closed for several hours. Traffic on Highway 50 was held up for two hours to allow Department of Transportation workers to deal with an avalanche threat, Sullivan said.

Traffic resumed for about an hour, and then Highway 50 was again closed as heavy snowfall continued. Portions of Highway 89 and Highway 88 were closed as well.

The effects were felt far and wide. A fallen tree closed a section of Highway 49 near Angels Camp, while a mudslide closed a section of Highway 1 in Monterey County.

The National Weather Service issued a flash-flood watch for Santa Cruz County, and emergency workers tried to clear a waist-deep mudslide along Highway 17 that smothered a 100-yard stretch of the heavily traveled route linking Santa Cruz and San Jose. Southbound lanes were closed, while crews used earth-moving equipment to clear the saturated earth from the highway.

The high winds, gusting up to 50 mph in the Sacramento area, caused other traffic problems. Caltrans advised vehicles with campers and trailers to stay off the Yolo Causeway, the San Francisco-Oakland Bay Bridge and other bridges.

Tens of thousands of Northern Californians went without electricity for at least part of the day.

As many as 40,000 customers experienced momentary power outages Thursday morning, said spokesman Scott Thomas of Sacramento Municipal Utility District. About 16,000 customers went without power for longer periods.

Sacramento Bee January 2, 2004, Friday

Except for 150 in Elverta where four poles were lost, power was to be restored by midnight, he said. Those in Elverta should be on line by dawn, he added.

By contrast, Monday's storm knocked out power to nearly 64,000 customers, he said.

He said the outages were "scattered all over the county, which is typical of a windstorm."

Pacific Gas and Electric Co. was struggling to restore power to 80,000 customers statewide, including about 2,500 in West Sacramento and 2,400 around Auburn. Several thousand more lost power in the upper Sacramento Valley, said PG&E spokesman Michael McColl.

He said the scattered nature of most of the outages - a few houses here and there - made repair crews' jobs all the more difficult.

"It's both time- and labor-intensive to get those outages restored," he said.

In Shasta County, for example, where Monday's storm toppled about 300 trees and dumped up to 3 feet of snow in some areas, first came the clearing of roads.

"At one point about 60 percent of roads were impassable with two-wheel drive, and about 25 percent were completely impassable," said county Public Works Director Pat Minturn.

About 4,000 Shasta County customers remained without power on Thursday, PG&E spokeswoman Lisa Randle said. Crews were struggling to restore services to some remote snowbound areas in higher elevations, especially around Lakehead.

The high winds that blew in the New Year contributed to power outages in Butte County, where 3,600 PG&E customers were waiting for the lights to flicker on Thursday.

For Northern Californians who deal with water for a living, another big New Year's storm was a bit eerie.

It was Jan. 1, 1997, that a warm rainstorm created devastating floods through much of the region, particularly in Yuba and Sutter counties. Eight people were killed, and damage was estimated at $1.8 billion.

Although the latest round of storms hasn't triggered serious flood threats yet, hydrologists were reminded of the grim anniversary.

"It's still fresh enough," said hydrologist Maurice Roos of the state Department of Water Resources.

The biggest difference between now and then: The '97 flood was caused in part by unusually warm weather that produced rain instead of snow in the mountains. This year, the weather's been cold enough that the Sierra is getting snow.

Paul Yaeger, a forecaster with the private weather service AccuWeather, said the storm appeared to be easing off Thursday afternoon, at least in the Sacramento area, but the rainy weather wasn't over.

More rain is expected today, although the weekend is supposed to be dry. The rains will resume Sunday night and continue through Monday, according to the forecast.

Yaeger said the Sierra probably received as much as 3 feet of snow at the upper elevations, but the rugged weather meant less-than-ideal conditions for some mountain resorts on what would have been a busy day.

Sugar Bowl was closed due to high winds, while Squaw Valley was operating just six ski lifts out of 33. Because of the road closures, business was way down.

"Nobody can get anywhere due to the storm; otherwise it would be packed," said Eric Brandt, marketing director at Squaw. "It's a terrible day to be driving anywhere."

Back in Sacramento, the rain failed to wash out one traditional New Year's recreational activity - the annual flag-football game for current and former employees of Vic's Ice Cream.

On a sloppy field in Land Park, not far from the legendary sandwich shop and ice cream parlor, a group of about 20 ran, blocked, stumbled and laughed themselves silly during the 38th annual "Fizz Bowl Classic." Another 10 or so friends and family showed up to watch.

Sacramento Bee January 2, 2004, Friday

"These are the dedicated yokels - they're hard-core," longtime participant Tony Vice said during the rain-shortened pre-game warmups.

He and others swore this marked the first time in the event's history the game was played in the rain.

The game featured some trappings of a real football contest, including a first-down marker and a zebra-shirted referee (who toted an umbrella). But there were signs that this game wasn't to be taken too seriously.

At least one participant was still had his gin fizz on the sidelines - a pregame tradition and the source of the Fizz Bowl name.

"Energy drinks," cracked Rob Anderson, another veteran participant.

111

The Bee's Dale Kasler can be reached at (916) 321-1066 or dkasler@sacbee.com. Bee correspondents Christine Vovakes and Barbara Barte Osborn and the Associated Press contributed to this report.

GRAPHIC: Sacramento Bee/Renee C. Byer; Nevada Appeal/Rick Gunn Vera Hyman, above, navigates a downed tree along 41st Street in east Sacramento on Thursday. At right, Anne and Denny Keele, 4, put on their gear for a snowshoe outing at Spooner Summit near Carson City, Nev.
Sacramento Bee/Owen Brewer The 38th annual "Fizz Bowl Classic" comes to a soggy end Thursday at Land Park. The flag-football game for current and former employees of Vic's Ice Cream involved about 20 players, plus friends and family members who were on hand to watch.

LOAD-DATE: January 3, 2004

879 of 2174 DOCUMENTS

Copyright 2004 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

January 1, 2004 Thursday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 2094 words

**HEADLINE:** Briefs

**BODY:**

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

Cobras softball tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias at 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Jr. Eagles Baseball tryouts

The Clayton Valley Jr. Eagles Baseball Club will be holding tryouts for ages 10-14 Jan. 10, Jan. 17 and Jan. 24 from noon to 2 p.m. at Clayton Valley High School's varsity baseball field. The Jr. Eagles are developing 11-under through 14-under traveling tournament teams for the 2004 season. Players are expected to attend all three tryouts. For information call Steve Oakes at 925-323-4793 or visit www.eteamz.com/sites/jr-eagles

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

J.O.B.L. baseball registration

Contra Costa Times (California) January 1, 2004 Thursday

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

J.O.B.L. softball registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Men's 5 on 5 basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding men's 5 on 5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a basketball league for grades Pre K through 8 Jan. 17-March. 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600.

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed volleyball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Contra Costa Times (California) January 1, 2004 Thursday

## Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

## DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

## Valley Stompers softball tryouts

The Valley Stompers, an A-ball division of SVRGAL, will be holding tryouts for its under-14 summer teams Jan. 3 at 10 a.m. at Alhambra High School in Martinez. For information call 925-548-8220.

## Sorcerer softball tryouts

Sorcerer 14, 18 and 18 Gold softball summer teams will be holding tryouts Jan. 4 (or Jan. 10 if it rains) at Alhambra High School in Martinez as follows: 14-under at 11 a.m., and 18 and 18 Gold jointly at 2 p.m. For information call Phil Mumma at 925-825-6274, Sorcerer Softball Academy at 925-806-0504 or visit www.sorcerersoftball.com

## Martinez Baseball seeks players

Martinez Baseball Club Pony is looking for players ages 9-10 for the 2004 season. For information call 925-229-2411 or e-mail at martinezbaseballclub@yahoo.com

## College Park seeks coaches

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

## Alhambra softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

## Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

## DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

## Warrior Lacrosse registration

Contra Costa Times (California) January 1, 2004 Thursday

Walnut Creek Warrior Lacrosse is taking late registration for boys in grades 3-6, girls in grades 3-8 and wait-listing boys in grades 7-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For registration or information visit www.wcwarriorlax.com

Warrior Lacrosse seeks coaches

Walnut Creek Warrior Lacrosse is looking for coaches and assistant coaches. For information visit www.wcwarriorlax.com

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Campolindo seeks coaches

Campolindo High School is looking for coaches for the following: junior varsity boys volleyball, junior varsity boys lacrosse and junior varsity boys tennis. For information call Bob Wilson at 925-376-5986, ext. 5235 or e-mail at bwilson@acalanes.k12.ca.us

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant girls wrestling coach and a head girls junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

Panthers seek basketball players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU affiliated teams. Practices are conducted in Central Contra Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Spartans softball tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-559-0368 or e-mail at coachjon510@aol.com

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Contra Costa Times (California) January 1, 2004 Thursday

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

Say Hey Kids baseball seek players

Say Hey Kids 12 baseball team is looking to add four players for the 2004 season. For information call 925-354-0188, e-mail at cbcsayheykids@aol.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

**LOAD-DATE:** January 1, 2004

890 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 31, 2003 Wednesday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 2094 words

**HEADLINE:** Briefs

**BODY:**

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

Campolindo seeks coaches

Campolindo High School is looking for coaches for the following: junior varsity boys volleyball, junior varsity boys lacrosse and junior varsity boys tennis. For information call Bob Wilson at 925-376-5986, ext. 5235 or e-mail at bwilson@acalanes.k12.ca.us

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant girls wrestling coach and a head girls junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

Panthers seek basketball players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU affiliated teams. Practices are conducted in Central Contra Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Warrior Lacrosse registration

Walnut Creek Warrior Lacrosse is taking late registration for boys in grades 3-6, girls in grades 3-8 and wait-listing boys in grades 7-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For registration or information visit www.wcwarriorlax.com

Warrior Lacrosse seeks coaches

Walnut Creek Warrior Lacrosse is looking for coaches and assistant coaches. For information visit www.wcwarriorlax.com

Youth Australian rules football registration

Contra Costa Times (California) December 31, 2003 Wednesday

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Valley Stompers softball tryouts

The Valley Stompers, an A-ball division of SVRGAL, will be holding tryouts for its under-14 summer teams Jan. 3 at 10 a.m. at Alhambra High School in Martinez. For information call 925-548-8220.

Sorcerer softball tryouts

Sorcerer 14, 18 and 18 Gold softball summer teams will be holding tryouts Jan. 4 (or Jan. 10 if it rains) at Alhambra High School in Martinez as follows: 14-under at 11 a.m., and 18 and 18 Gold jointly at 2 p.m. For information call Phil Mumma at 925-825-6274, Sorcerer Softball Academy at 925-806-0504 or visit www.sorcerersoftball.com

Martinez Baseball seeks players

Martinez Baseball Club Pony is looking for players ages 9-10 for the 2004 season. For information call 925-229-2411 or e-mail at martinezbaseballclub@yahoo.com

College Park seeks coaches

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Alhambra softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Contra Costa Times (California) December 31, 2003 Wednesday

DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Cobras softball tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias at 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Jr. Eagles Baseball tryouts

The Clayton Valley Jr. Eagles Baseball Club will be holding tryouts for ages 10-14 Jan. 10, Jan. 17 and Jan. 24 from noon to 2 p.m. at Clayton Valley High School's varsity baseball field. The Jr. Eagles are developing 11-under through 14-under traveling tournament teams for the 2004 season. Players are expected to attend all three tryouts. For information call Steve Oakes at 925-323-4793 or visit www.eteamz.com/sites/jr-eagles

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

J.O.B.L. baseball registration

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

J.O.B.L. softball registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Men's 5 on 5 basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding men's 5 on 5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

Contra Costa Times (California) December 31, 2003 Wednesday

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a basketball league for grades Pre K through 8 Jan. 17-March. 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600.

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed volleyball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

Spartans softball tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-559-0368 or e-mail at coachjon510@aol.com

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Contra Costa Times (California) December 31, 2003 Wednesday

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

Say Hey Kids baseball seek players

Say Hey Kids 12 baseball team is looking to add four players for the 2004 season. For information call 925-354-0188, e-mail at cbcsayheykids@aol.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

**LOAD-DATE:** December 31, 2003

901 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 27, 2003 Saturday


**SECTION:** F; Pg. 4

**LENGTH:** 964 words

**HEADLINE:** What's Happening

**BODY:**

Items of interest to local sports participants can be placed in What's Happening by submitting typed or legibly written material to the Times. Material may be e-mailed to sports@cctimes.com

Volleyball

Adult coed leagues

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

YMCA clinic

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a volleyball clinic for grades 4-12 Dec. 29-31 at the Clayton Community Gym. For information call 925-889-1600.

Water polo

Lamorinda Water Polo signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

Jobs

Warrior Lacrosse seeks coaches

Walnut Creek Warrior Lacrosse is looking for coaches and assistant coaches. For information visit www.wcwarriorlax.com

College Park seeks coaches

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant women's wrestling coach and a head women's junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

John Swett seeks baseball coach

Contra Costa Times (California) December 27, 2003 Saturday

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Oakland Oaks seek coaches

The Oakland Oaks traveling baseball program is looking for coaches for the 2004 summer season for players ages 15-18. Previous coaching experience or high level playing experience is required. The positions come with a stipend. Fax resumes to 510-748-5332, e-mail Mark Palmore at coachpalmore@yahoo.com

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Training start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

San Ramon Valley seeks coaches

San Ramon Valley High School is looking for a varsity softball and varsity volleyball coaches. For information call athletic director John Raynor at 925-552-3005 or e-mail at jraynor@srvhs.org

General

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600..

Gymnastics classes

Hercules Gymnastics holds classes for RomperGym, Tiny Tumblers and Novice Gymnastics at the Foxboro Community Center on Saturday mornings throughout the year. For information call the Hercules Recreation Dept. at 510-799-8291 or visit www.ci.hercules.ca.us/New/Rec/herculean/locals.pdf

911 Fitness Challenge registration

The 6th Annual Pinnacle 911 Fitness Challenge will begin Jan. 9-17 and continue through April 2-10. Military, firefighters, police officers, emergency medical personnel, and other public safety personnel and spouses are eligible. Teams consist of a minimum of three and a maximum of five members. The team who loses the most fat and gains the most muscle wins, with the winners determined on team percent of progress for 12 weeks. The winning team in each of four national regions will receive a $5,000 prize. The cost is $49 per person. Proceeds are donated to the Shriners Children's Hospitals. Pre-registration deadline is Dec. 29. For information or registration call 305-297-5328 or visit www.911fitness.com

Wrestling practices

The Antioch Wrestling Alliance will be holding middle school and elementary folkstyle practices Tuesdays until March from 5-6:45 p.m. at Antioch High School. For information call Coach Lovell at 925-864-2856.

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One day trips cost $85 and include round-trip deluxe bus transportation, continental

Contra Costa Times (California) December 27, 2003 Saturday

breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Lacrosse registration

Walnut Creek Warrior Lacrosse is taking late registration for boys in grades 3-6, girls in grades 3-8 and wait-listing boys in grades 7-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For registration or information visit www.wcwarriorlax.com

**LOAD-DATE:** December 27, 2003