# EXHIBIT 11 - PART F

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 26, 2003 Friday

**SECTION:** F; Pg. 4

**LENGTH:** 3755 words

**HEADLINE:** WCT What's Happening

**BODY:**

Items of interest to local sports participants can be placed in What's Happening by submitting typed or legibly written material to the Times. Material may be e-mailed to sports@cctimes.com

Baseball

Bay Point Pony Youth registration

Bay Point Pony Youth Baseball will be taking final registrations for the spring baseball season Jan. 10, Jan. 17 and Jan. 24 from 10 a.m. to 1 p.m. at the Ambrose Recreation Center at 3155 Willow Pass Rd. for ages 5-14. They are also looking for umpires. For information call Eric at 925-709-1770 or Mike at 925-458-6471.

Martinez Baseball seeks players

Martinez Baseball Club Pony is looking for players ages 9-10 for the 2004 season. For information call 925-229-2411 or e-mail at martinezbaseballclub@yahoo.com

Say Hey Kids seek players

Say Hey Kids 12 team is looking to add four players for the 2004 season. For information call 925-354-0188, e-mail at cbcsayheykids@aol.com

Diablo's 11-under evaluations

The Diablo's 11-under traveling team will be holding player evaluations Jan. 10 and Jan. 17 at Athenian School in Danville. Players must not turn 12 before Aug. 1, 2004. For information or to schedule a tryout call Bob Kranson at 925-829-0204 or e-mail at rkranson@axiomdesign.com

Advanced skills baseball clinic

All Pro Baseball Academy will be holding a advanced skills hitting and fielding clinic for ages 11-18 Dec. 29-30 from 10 a.m. to 1 p.m. at San Pablo Park in Berkeley. The cost for the two-day camp is $100. Former major and minor league players and current major league scouts will provide instruction. For information call 510-243-1297.

West Side Stunnerz seek players

The West Side Stunnerz 14-under elite travel baseball squad is looking for players in grades 8-9. They play 4-10 games per month between January and August. For information call Coach Rob Barquis at 510-685-4386, e-mail at coachrob50@msn.com

Tri City Titans seek players

Contra Costa Times (California) December 26, 2003 Friday

The Tri City Titans under-18 and under-16 teams are looking for players for the 2004 summer season, which begins in May. For information and tryout dates call 510-825-3022.

Albany High clinics

The Albany High School Baseball Boosters are sponsoring two preseason warm-up clinics for ages 13-above. Clinic #1 will be held Jan. 11 from 1-4 p.m. for pitchers and catchers. Pitchers and catchers will work separately, so pitchers must bring their own receivers (can be a parent). The cost is $30. Clinic #2 will be held Jan. 24-25 from 11 a.m. to 4 p.m., and is a comprehensive clinic. Players may attend one or both days. The cost is $50 per day. For information call 510-527-8628 or e-mail at ahsbaseballboosters@hotmail.com

Oakland Oaks tryouts

The Oakland Oaks Baseball Club will be holding tryouts for ages 16-under and 18-under for their 2004 summer season Jan. 25 at Laney College in Oakland. Players must register for tryouts before Jan. 16. Age cut off is Aug. 1, 2004. For information call Coach Palmore at 510-867-8648 or visit www.eteamz.com/oaklandoaks16

Brentwood Yankees seek players

The Brentwood Yankees are looking for 17-20 year old varsity high school and college players to play for high caliber summer teams with a 50-game schedule as well as two tournaments from June 1 through Aug. 10. The approximate cost will be $500 per player. For information e-mail Mike McElroy at nyjet128@aol.com

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail is theumps@pacbell.net

Delta Peanut League signups

Delta Peanut League will be holding registration for T-ball, baseball and softball for boys and girls ages 5-12 Jan. 6, Jan. 13 and Jan. 20 from 6-9 p.m. and Jan. 10, Jan. 17 and Jan. 24 from 9 a.m. to 3 p.m. at John Muir Elementary School in Antioch. For information call 925-706-1994 or visit www.deltapeanutleague.com

Coyotes seek players

The East County Coyotes 12-under tournament team located in the Brentwood area is looking for a few players to add to its 2004 roster. The Coyotes host local games as well as travel. For information call 925-207-4903 or visit www.EastCountyCoyotes.com

Brentwood Pony Baseball registration

The Brentwood Pony Baseball League is accepting early registrations for their 2004 in-house season online at www.brentwoodpony.org

Brentwood Blast tryouts

Brentwood Pony Baseball's new Blast select teams will be holding tryouts for the 9-under through 14-under teams Jan. 4, Jan, 10 and Jan. 11 at Liberty High School. All players planning to try out must mail in registration immediately. For information visit www.brentwoodpony.org

Boys and girls Babe Ruth registration

J.O.B.L. will be holding registration for boys and girls Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673.

Basketball

San Rafael adult league

The San Rafael Community Services Dept. is taking registrations for its spring adult basketball league for men's A, B, C, D and over-40 years divisions, and a women's division. Roster forms and sign-up sheets are available at the San

Contra Costa Times (California) December 26, 2003 Friday

Rafael Community Center at 618 B St. The cost is $530 per team and includes 10 games and playoffs. Rosters and entry fees are due by Jan. 23 at 5 p.m. League play begins the week of Feb. 23. For information call Gary Burns at 415-485-3333.

Clayton Valley Jr. Eagles tryouts

The Clayton Valley Jr. Eagles Baseball Club will be holding tryouts for ages 10-14 Jan. 10, Jan. 17 and Jan. 24 from noon to 2 p.m. at Clayton Valley High School's varsity baseball field. The Jr. Eagles are developing 11-under through 14-under traveling tournament teams for the 2004 season. Players are expected to attend all three tryouts. For information call Steve Oakes at 925-323-4793 or visit www.eteamz.com/sites/jr-eagles

San Jose tourney

The Eastside Boys and Girls Club and the San Jose Roaddawgs will be holding their Winter Classic basketball tournament Jan. 2-4 for boys 7th grade/13-under and 8th grade/14-under, and girls 8th grade/14-under. The cost for three games is $200. Mail roster and check payable to Boys and Girls Club Eastside Unit to 2195 Cunningham Ave., San Jose, 95122, attn: Adam Hernandez and Ronnie McDaniel. For information call 408-537-2271 or visit www.leaguelineup.com/sanjoseroaddawgs

Panthers seek players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU-affiliated teams. Practices are conducted in Central Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Men's 5 on 5 leagues

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding men's 5 on 5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a basketball league for grades Pre-K through 8 Jan. 17-March 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

East Bay All Star registration

East Bay All Star Basketball is taking registrations for its spring, summer and fall programs for boys in grades 5-12. For information call 925-736-0814.

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Football

4-on-4 flag football tourney

A 4-on-4 flag football tournament will be held Jan. 17 in Hayward. Registration deadline is Jan. 12. For information call Chuck at 510-807-0146.

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Nor Cal Lawmen tryouts

The Nor Cal Lawmen professional minor league football organization will be holding tryouts Jan. 17 at 11 a.m. at Antioch High School for ages 18 and older. Brings cleats, sweats, a valid ID and $25 registration fee. Highlight tapes are recommended. For information call 925-429-2758.

Soccer

Adult coed league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600.

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Foothill-Amador alumni soccer game

Foothill and Amador High School will be playing their first annual alumni soccer game to benefit the Ryan Gordon Scholarship Fund on Jan. 10 at Foothill High School. Women will play at 5 p.m. and men will play at 7 p.m. Alumni can register at Allstar Sports at 3037-A Hopyard Rd. in Pleasanton. For information call Curt Gordon at 925-426-1540, Chuck Lemoine at 925-462-4113, Ken Villegas at 925-846-5282, Ken Villegas at 925-846-5282 or Tony Chavarria at 925-846-7928.

Concord High holiday soccer clinic

Concord High School's girls and boys varsity soccer teams will be hosting a clinic Dec. 29-31 from 10 a.m. to 2 p.m. on the CHS soccer field for boys and girls under-10 through under-14. The cost is $30 a day or $75 for three days and includes a T-shirt. For information call Vernon Kurpieski at 925-825-2802 or Rory Gentry at 925-439-7679.

Under-14 girls seek players

A under-14 girls competition team in Antioch is looking for a few players to add to its roster. For information call 925-628-1870.

Under-14 boys seek players

A under-14 boys competition team in Antioch is looking for a few players to add to its roster, in particular a goalie. For information call 925-628-1870.

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Softball

Contra Costa Times (California) December 26, 2003 Friday

Strikkers 18-under Gold tryouts

The San Jose Strikkers 18-under Gold softball team will be holding tryouts for the 2004 summer season Jan. 4 at San Jose City College. Pitchers and catchers will be held from 9:30-11 a.m. All other position players will be held at noon. For information call Tom at 408-266-7193, Bill at 707-557-0649 or visit www.eteamz.com/strikkers/

California Odyssey tryouts

The California Odyssey Softball 16-under A Peralta team will be holding tryouts for the 2004 spring/summer season. For information call Keith Peralta at 209-833-6789.

Odyssey 16-under A tryouts

The California Odyssey Softball 16-under A Christenson team will be holding tryouts for the 2004 spring/summer season. For information call Jim Christenson at 209-239-8924, or Mike Tucker at 209-824-2384 or 209-470-4931.

Odyssey 18-under A tryouts

The California Odyssey Softball 18-under A team will be holding tryouts for the 2004 spring/summer season. For information call Mike Tucker at 209-824-2384 or 209-470-4931, or Glenn Brady at 209-823-9495.

Sorcerer tryouts

Sorcerer 14, 18 and 18 Gold softball summer teams will be holding tryouts Jan. 4 (or Jan. 10 if it rains) at Alhambra High School in Martinez as follows: 14-under at 11 a.m., and 18 and 18 Gold jointly at 2 p.m. For information call Phil Mumma at 925-825-6274, Sorcerer Softball Academy at 925-806-0504 or visit www.sorcerersoftball.com

Spartans spring tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-599-0368 or e-mail at coachjon510@aol.com

Cobras 10-under tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias at 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Lady Hustle 14-under tryouts

The Lady Hustle 14-under softball team will be holding tryouts in Livermore for the summer 2004 season Jan. 3 and Jan. 10. For information call Mark at 510-276-4023.

Lafayette Rockets signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Lady Wolfpack tryouts

The Lady Wolfpack 16-under A travel softball team will be holding tryouts for the 2004 season. For information call Coach Bill at 510-278-7215.

East Bay Bat Busters seek players

The East Bay Bat Busters 14-under ASA girls fastpitch softball organization is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Delta Diamonds tryouts

Contra Costa Times (California) December 26, 2003 Friday

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 rosters. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

J.O.B.L. registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Swimming

Terrapin year round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school program

The Terrapins are taking signups for their high school program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Track and field

DVC Relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and All-Star teams are allowed. For information call head track coach Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Meets

Diablo Valley College will be holding a five week series of All-Comer Track & Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Volleyball

Adult coed leagues

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

YMCA clinic

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a volleyball clinic for grades 4-12 Dec. 29-31 at the Clayton Community Gym. For information call 925-889-1600.

Water polo

Lamorinda signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

Jobs

Warrior Lacrosse seeks coaches

Walnut Creek Warrior Lacrosse is looking for coaches and assistant coaches. For information visit www.wcwarriorlax.com

College Park seeks coaches

Contra Costa Times (California) December 26, 2003 Friday

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant women's wrestling coach and a head women's junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Oakland Oaks seek coaches

The Oakland Oaks traveling baseball program is looking for coaches for the 2004 summer season for players ages 15-18. Previous coaching experience or high level playing experience is required. The positions come with a stipend. Fax resumes to 510-748-5332, e-mail Mark Palmore at coachpalmore@yahoo.com

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Training start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

San Ramon Valley seeks coaches

San Ramon Valley High School is looking for a varsity softball and varsity volleyball coaches. For information call athletic director John Raynor at 925-552-3005 or e-mail at jraynor@srvhs.org

General

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo Region YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

Gymnastics classes

Hercules Gymnastics holds classes for RomperGym, Tiny Tumblers and Novice Gymnastics at the Foxboro Community Center on Saturday mornings throughout the year. For information call the Hercules Recreation Dept. at 510-799-8291 or visit www.ci.hercules.ca.us/New/Rec/herculean/locals.pdf

911 Fitness Challenge registration

The 6th Annual Pinnacle 911 Fitness Challenge will begin Jan. 9-17 and continue through April 2-10. Military, firefighters, police officers, emergency medical personnel, and other public safety personnel and spouses are eligible. Teams consist of a minimum of three and a maximum of five members. The team who loses the most fat and gains the most muscle wins, with the winners determined on team percent of progress for 12 weeks. The winning team in each of four national regions will receive a $5,000 prize. The cost is $49 per person. Proceeds are donated to the Shriner's Children's Hospitals. Pre-registration deadline is Dec. 29. For information or registration call 305-297-5328 or visit www.911fitness.com

Contra Costa Times (California) December 26, 2003 Friday

Wrestling practices

The Antioch Wrestling Alliance will be holding middle school and elementary folkstyle practices Tuesdays until March from 5-6:45 p.m. at Antioch High School. For information call Coach Lovell at 925-864-2856.

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, **Squaw** and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Lacrosse registration

Walnut Creek Warrior Lacrosse is taking late registration for boys in grades 3-6, girls in grades 3-8 and wait-listing boys in grades 7-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For registration or information visit www.wcwarriorlax.com

**LOAD-DATE:** December 26, 2003

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 25, 2003 Thursday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 2300 words

**HEADLINE:** Briefs

**BODY:**

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

Christmas golf camp

Diablo Creek Golf Course in Concord is offering Christmas golf camps for boys and girls ages 6-14 from 9 a.m. to noon as follows: Camp #2 (Dec. 26-28); Camp #3 (Dec. 29-31). The cost is $72 for each camp or $30 per day. For information call 925-686-6262.

Concord High holiday soccer clinic

Concord High School's girls and boys varsity soccer teams will be hosting a clinic Dec. 29-31 from 10 a.m. to 2 p.m. on the CHS soccer field for boys and girls under-10 through under-14. The cost is $30 a day or $75 for three days and includes a T-shirt. For information call Vernon Kurpieski at 925-825-2802 or Rory Gentry at 925-439-7679.

Junior Holiday Classic golf tourney

Buchanan Fields Golf Course in Concord will be holding its Junior Holiday Classic golf tournament Dec. 29. Age flights are boys and girls 17 and under. The cost is $20 per player and includes golf, lunch, bucket of balls and awards. Entry deadline is Dec. 26. For information call 925-682-1846.

Men's 5 on 5 basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding men's 5 on 5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a basketball league for grades Pre K through 8 Jan. 17-March. 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed soccer league

Contra Costa Times (California) December 25, 2003 Thursday

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600.

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed volleyball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

YMCA volleyball clinic

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a volleyball clinic for grades 4-12 Dec. 29-31 at the Clayton Community Gym. For information call 925-889-1600.

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

Cobras softball tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias at 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Contra Costa Times (California) December 25, 2003 Thursday

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

J.O.B.L. baseball registration

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

J.O.B.L. softball registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

College Park seeks coaches

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Alhambra softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Warrior Lacrosse registration

Walnut Creek Warriors Lacrosse is open to boys and girls in grades 3-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For information and registration visit www.wcwarriorlax.com

DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Contra Costa Times (California) December 25, 2003 Thursday

Jr. Warriors winter basketball

The Diablo Valley YMCA and the Contra Costa Jewish Community Center are taking registrations for its Jr. Warriors Winter Basketball League, which begins Jan. 25 and runs for eight weeks. The program is for children Pre-K through grade 3 (co-ed) and grades 4-8 (not co-ed). For information call 925-979-9622 or visit www.mdrymca.org

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant women's wrestling coach and a head women's junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

Panthers seek basketball players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU affiliated teams. Practices are conducted in Central Contra Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Lamorinda Water Polo signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

Lamorinda Soccer league and clinics

The Lamorinda Soccer Club league play and clinics begin Jan. 3 and continue through Feb. 21 for ages 6-10. For information and registration forms visit www.lamorindasoccer.com

Spartans softball tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-559-0368 or e-mail at coachjon510@aol.com

Excellence in Basketball registration

Contra Costa Times (California) December 25, 2003 Thursday

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

East Bay Bat Busters seek players

The East Bay Bat Busters ASA girl's fastpitch softball 14-under team is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Sportstime holiday camp

The Sportstime Baseball Academy and the Pleasanton Parks and Recreation Dept. are offering a winter baseball camp Dec. 29-31 at Pleasanton Middle School as follows: MVP All-Skills (ages 6-12), 8:30 a.m. to noon, $125; Line Drive Hitting (ages 8-12), 12:30-2:30 p.m., $85; Pitching or catching clinics (ages 8-12), 3-5 p.m., $85. Register online at www.sportstime.com

Delta Colt-Palomino tryouts

The Delta Colt-Palomino 16-under and 18-under baseball teams will be holding individual tryouts through March. All league players must reside in Contra Costa County. For information call David Manning at 510-772-7380.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

Basketball officials

August Recreational Services has experienced officials for after school and weekend games and tournaments. For information call Ken at 925-978-2594.

**LOAD-DATE:** December 25, 2003

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 25, 2003 Thursday

**SECTION:** LOCAL REGION; Pg. 1D

**LENGTH:** 750 words

**HEADLINE:** Weather brings flurry of wrecks

**BYLINE:** Jeff DeLong, Staff

**BODY:**

Tire, ski businesses report upswing

By Jeff DeLong and Ray Hagar

RENO GAZETTE-JOURNAL

Northern Nevada residents should expect to wake up to a carpet of Christmas snow this morning after a strong Pacific storm swept across the region, bringing rain, high winds and heavy snow in the mountains.

Many spinouts and fender benders were reported on highways in Nevada and California on Friday night with two major accidents near the state line on Interstate 80. Authorities were bracing for the worst today if the expected snow turns to ice on roadways.

"When the snow reaches the valley floor, normally that is when we see the vehicle accidents, said Rik Kajans, Reno Fire Department Battalion 1 chief. "Normally, these accidents involve people who are driving too fast and can't stop when things ice up."

As much as 3 feet of snow was possible in higher elevations of the Sierra, said Steve Goldstein of the National Weather Service's Reno office.

Up to 2 feet of snow was expected around Lake Tahoe with a dusting to 3 inches expected on the valley floors in Reno, Carson City and Minden-Gardnerville, meteorologist Jim Fischer said.

At Big O Tires in Carson City, news of the approaching storm led to a pickup in business from drivers who hadn't purchased snow tires during the normal November rush, said store manager Larry Krupp.

"It stimulated some last-minute business," Krupp said. "There's a lot of last-minute travelers heading over the hill to grandma's house."

Chains were required on many roads and highways in Northern Nevada, including I-80, U.S. 50 and the Mount Rose Highway. A wind advisory for U.S. 395 was posted, with campers and trailers advised to not use that route.

"We fully expect to get hammered," said Thor Dyson, district engineer for the Nevada Department of Transportation. Dyson said snowplows would be busy keeping roads clear along the eastern front of the Sierra from Reno south to Douglas County.

Snowplow drivers have been called into action, and NDOT was expected to use available snowplows over the Christmas holiday, Dyson said.

Reno Gazette-Journal December 25, 2003 Thursday

As rain turned to snow at steadily lowering elevations Wednesday, initial efforts focused on keeping Nevada's mountain passes - including the Mount Rose Highway, the highest Sierra pass kept clear over the winter - open for travel, Dyson said.

"I think we'll keep Mount Rose open. The big question will be blowing snow, visibility and avalanche control," Dyson said.

On Interstate 80 near Truckee, westbound traffic already was backing up Wednesday morning as California-bound holiday travelers attempted to beat the storm, said Officer Kirk Bromell of the California Highway Patrol.

Spinouts and minor accidents also have delayed travel, CHP officials said.

"People are just driving too fast for the conditions," CHP public safety dispatcher Steve Gibson said from Susanville. "We're asking people to keep their speed at a safe level for the conditions and allow yourself some extra time to travel."

In Incline Village, Renee Savigliano of San Diego watched the storm from her mother's home. Rain turned to snow there shortly before noon, the holiday visitor said.

"It's dumping. It looks nice," Savigliano said. "We love it, but we're hoping it will move on so we can go ski on it."

Sierra ski resorts reported plenty of fresh snow to be enjoyed by skiers.

"Can't complain," said Eric Brandt, marketing director for Squaw Valley USA, where about 8 inches of fresh snow fell overnight Tuesday and heavy snowfall continued throughout the day Wednesday. Gusts atop the highest ridges at Squaw on Wednesday were recorded at 85 mph, Brandt said.

By late today, Squaw Valley was expecting 2 to 3 feet of fresh powder, Brandt said.

"It'll be just unbelievable - great conditions everywhere," Brandt said. "There will be a lot of smiling faces on Christmas Day."

Heavy snow and high winds were expected to increase avalanche danger across the Sierra with "widespread areas of avalanche activity" possible today, the U.S. Forest Service said Wednesday. The avalanche danger Wednesday was rated as "considerable," with caution urged for skiers and others in the backcountry.

o 'Normally, these accidents involve people who are driving too fast and can't stop when things ice up.'

Rik Kajans, Reno Fire Department Battalion 1 chief

ON RGJ.COM

For driving conditions, live radar and more weather news, see this story at RGJ.com/news.

ROAD CONDITIONS

For Nevada: (877) NVROADS

For California: (800) 427-ROAD

GRAPHIC: Scott Sady, Reno Gazette-JournalU.S. 395 WRECK: Highway Patrol Trooper Leslie Peeler examines a pickup that crashed on southbound U.S. 395 near the Damonte Ranch exit when a passing car splashed water onto the windshield, causing the driver to lose control. Rain and snow is expected in the valleys through today.Lisa J. Tolda, Reno Gazette-JournalPUDDLING ALONG: A bicyclist carries a Christmas package in the rain Wednesday as he rides by a puddle along Goni Road in Carson City.

LOAD-DATE: December 27, 2003

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 24, 2003 Wednesday

SECTION: F; BRIEF; Pg. 4

LENGTH: 2300 words

HEADLINE: Briefs

BODY:

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

College Park seeks coaches

College Park High School is looking for a varsity girls water polo coach, a varsity boys water polo coach, junior varsity boys and girls water polo coaches, a freshman girls softball coach and a boys tennis coach. For information e-mail athletic director Bob Moon at jstmoon@mac.com

Alhambra softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Warrior Lacrosse registration

Walnut Creek Warriors Lacrosse is open to boys and girls in grades 3-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For information and registration visit www.wcwarriorlax.com

DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per

Contra Costa Times (California) December 24, 2003 Wednesday

athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Jr. Warriors winter basketball

The Diablo Valley YMCA and the Contra Costa Jewish Community Center are taking registrations for its Jr. Warriors Winter Basketball League, which begins Jan. 25 and runs for eight weeks. The program is for children Pre-K through grade 3 (co-ed) and grades 4-8 (not co-ed). For information call 925-979-9622 or visit www.mdrymca.org

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Miramonte seeks coaches

Miramonte High School in Orinda is looking for a assistant women's wrestling coach and a head women's junior varsity softball coach. For information call athletic director Vince Dell'Aquila at 925-376-4423, ext. 451.

Panthers seek basketball players

The East Bay Panthers basketball program is looking for girls in grades 4-8 for participation on their competitive AAU affiliated teams. Practices are conducted in Central Contra Costa County and games are played throughout the Bay Area. Registration deadline is Jan. 31. For information e-mail at eastbaypanthers@yahoo.com

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Lamorinda Water Polo signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

Lamorinda Soccer league and clinics

The Lamorinda Soccer Club league play and clinics begin Jan. 3 and continue through Feb. 21 for ages 6-10. For information and registration forms visit www.lamorindasoccer.com

Christmas golf camp

Diablo Creek Golf Course in Concord is offering Christmas golf camps for boys and girls ages 6-14 from 9 a.m. to noon as follows: Camp #2 (Dec. 26-28); Camp #3 (Dec. 29-31). The cost is $72 for each camp or $30 per day. For information call 925-686-6262.

Contra Costa Times (California) December 24, 2003 Wednesday

Concord High holiday soccer clinic

Concord High School's girls and boys varsity soccer teams will be hosting a clinic Dec. 29-31 from 10 a.m. to 2 p.m. on the CHS soccer field for boys and girls under-10 through under-14. The cost is $30 a day or $75 for three days and includes a T-shirt. For information call Vernon Kurpieski at 925-825-2802 or Rory Gentry at 925-439-7679.

Junior Holiday Classic golf tourney

Buchanan Fields Golf Course in Concord will be holding its Junior Holiday Classic golf tournament Dec. 29. Age flights are boys and girls 17 and under. The cost is $20 per player and includes golf, lunch, bucket of balls and awards. Entry deadline is Dec. 26. For information call 925-682-1846.

Men's 5 on 5 basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding men's 5 on 5 basketball leagues for ages 18-above Jan. 4-March 14 and April 4-June 20 at the Clayton Community Gym. For information call 925-889-1600.

YMCA basketball league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a basketball league for grades Pre K through 8 Jan. 17-March. 13 at the Clayton Community Gym. For information call 925-889-1600.

Intramural basketball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural basketball program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed soccer league for ages 18-above April 7-June 9 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed indoor soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a adult coed indoor soccer league for ages 18-above Jan. 14-March 17 at the Clayton Community Gym. For information call 925-889-1600.

YMCA soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a soccer league for grades Pre K through 8 April 17-June 19 at the Clayton Community Gym. For information call 925-889-1600.

Indoor soccer league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a indoor soccer league for grades Pre K through 8 Feb. 2-March 29 at the Clayton Community Gym. For information call 925-889-1600.

Intramural soccer

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a after school intramural soccer program for grades 6-8 Jan. 5-Feb. 12 at the Clayton Community Gym. For information call 925-889-1600.

Adult coed volleyball

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding adult coed volleyball leagues for ages 18-above Jan. 8-March 11 and April 1-June 3 at the Clayton Community Gym. For information call 925-889-1600.

YMCA volleyball clinic

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a volleyball clinic for grades 4-12 Dec. 29-31 at the Clayton Community Gym. For information call 925-889-1600.

Contra Costa Times (California) December 24, 2003 Wednesday

Floor hockey league

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding a floor hockey league for grades Pre K through 8 April 19-June 28 at the Clayton Community Gym. For information call 925-889-1600.

Intramural badminton/floor hockey

The Concord/Clayton Branch of the Mt. Diablo YMCA will be holding after school intramural badminton and floor hockey programs for grades 6-8 Feb. 16-March 25 at the Clayton Community Gym. For information call 925-889-1600.

Cobras softball tryouts

The Contra Costa Cobras 10-under fastpitch softball team will be holding its last tryouts for the 2004 spring/summer season Jan. 3. For location and time call Rich Mathias at 925-753-5747 or e-mail at CCCobrasMathias@aol.com

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

J.O.B.L. baseball registration

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

J.O.B.L. softball registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Spartans softball tourney

The Pinole Valley Spartans softball program is looking for up to seven freshmen or junior varsity softball teams to participate in their Spring Break Tournament to be held April 15-17. For information call Jon Cyr at 510-559-0368 or e-mail at coachjon510@aol.com

Excellence in Basketball registration

Contra Costa Times (California) December 24, 2003 Wednesday

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

East Bay Bat Busters seek players

The East Bay Bat Busters ASA girl's fastpitch softball 14-under team is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Sportstime holiday camp

The Sportstime Baseball Academy and the Pleasanton Parks and Recreation Dept. are offering a winter baseball camp Dec. 29-31 at Pleasanton Middle School as follows: MVP All-Skills (ages 6-12), 8:30 a.m. to noon, $125; Line Drive Hitting (ages 8-12), 12:30-2:30 p.m., $85; Pitching or catching clinics (ages 8-12), 3-5 p.m., $85. Register online at www.sportstime.com

Delta Colt-Palomino tryouts

The Delta Colt-Palomino 16-under and 18-under baseball teams will be holding individual tryouts through March. All league players must reside in Contra Costa County. For information call David Manning at 510-772-7380.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 14-under manager Ralph Gonzales at 925-754-3451, 12-under manager Little Miranda at 925-978-0939, 18-under manager Mike Pereira at 925-625-9827 or visit www.eteamz.com/deltadiamonds

Basketball officials

August Recreational Services has experienced officials for after school and weekend games and tournaments. For information call Ken at 925-978-2594.

**LOAD-DATE:** December 24, 2003

924 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

DECEMBER 21, 2003, SUNDAY, FINAL EDITION

**SECTION:** SPORTS; Pg. B13; OUTDOORS

**LENGTH:** 958 words

**HEADLINE:** When dogs are lost, chips are not down

**BYLINE:** Tom Stienstra

**BODY:**
Christmas appeared ruined. The dog had run off and was gone, as if vanishing. All the happy memories were torturing its owner, Juan Leberman of San Francisco.

"Pinky was playing around and then ran out the door," Leberman said. "I put up signs everywhere. I think maybe he was killed -- so many cars -- and then I think maybe somebody took him." While his neighbors prepared for Christmas, Leberman searched everywhere for his lost dog and found nothing.

This story happens all too often for pet owners. A dog or cat suddenly is gone, missing -- and the owner is left alone, wondering what to do, sometimes heartbroken for years.

Except for Leberman. On Day 5 the nightmare came to an end.

The phone rang and it was Pete Flores of San Francisco Department of Animal Care & Control. "Are you Juan Leberman? We have your dog."

It turns out that the dog and its owner were not identified by a collar -- which was lost -- but by a microchip ID that had been implanted in the dog. When the dog was found, Flores scanned it with a device similar to that used at grocery stores, which read the chip, linked it to a computer database and in seconds provided the name, address and phone number of the owner.

"I went really quick to get him," Leberman said. "I'm so happy. This chip is the best thing to protect the dog."

If you're a pet owner, particularly a dog owner who hikes in parks and national forest, the best Christmas present you could give your dog -- and yourself -- is the microchip ID.

This microchip is the size of a grain of rice and is injected with a syringe, typically in the back near the neck, just as if the pet is getting a shot. The scanner reads the chip as a bar code. The bar code is then matched up to a computer database that extends across North America.

"We have pet reunions every day," said Deb Campbell, coordinator for Animal Care & Control. "It's just a matter of tracing the chip. This week a microchip rabbit came through.

"What happens with dogs is that their collars get snagged and they lose their ID tags. The microchip is always there. It's just heartbreaking when owners come in to find their lost pet and they're not here."

It typically costs about $30 to $45 to get your pet chipped, but Animal Care & Control occasionally offers the service for free. The next free micro-chipping clinic will be on Jan. 11 from 1-4 p.m. at Animal Care and Control at 1200 15th Street (at Harrison) in San Francisco. For information, phone (415) 554-6364. The microchip ID is great insurance policy for your pet, and not just for dogs and cats that might run off.

The San Francisco Chronicle DECEMBER 21, 2003, SUNDAY,

If you have a $4,000 hunting dog that is stolen and taken across the country for breeding, the chip will ID you as rightful owner the first time the dog is brought in for shots.

"The first thing we do with every animal that comes in is scan it for the chip," says Tom Sampson, a Northern California veterinarian. "In 10 seconds, we know who the owner is."

Deadline looms: The Mystery Mountain and the Lost Caves are no mystery to a dozen Chronicle readers, who have figured out its identity from the clues in my Nov. 30 column (archived at www.sfgate.com). Anyone can still enter in the next week via e-mail at tom@tomstienstra.com and I'll announce the identity of the mountain and the winners next Sunday.

About 20 entrants have identified Marble Mountain. While this is a logical guess, it is not the home of the true Lost Caves as described in the original column. A half dozen in the past week have also suggested "Big Rock Candy Mountain," and while that's the title of a classic song from the movie "O Brother, Where Art Thou," it doesn't quite hit the mark.

Here are entries sent in so far that didn't quite hit the mark:

Buckhorn Mountain, Mount Harkness, Inskip Mountain, Hiram Peak, Templeton Mountain, Waterhouse Peak, Mount Konocti, Burney Peak, Cory Peak, Salmon Mountain, Crater Mountain, Gunsight Peak, Robbs Peak, Big Rock Candy Mountain, Thompson Peak, Trinity Alps ridge.

Also, Marble Mountain, Glass Mountain, Folger Peak, Mt. Shasta, Mount Lassen, Unnamed Peak up South Fork Kaweah River, Kaiser Peak, High Dome Mountain, Mount Eddy, Castle Crags, Castle Dome, Granite Chief, Warren Peak, Spanish Mountain, Mount Eddy, Granite Peak, La Honda "Mountain" (no official name) and Pony Mountain.

Snow watch: The first ski and snowboard areas to open 100 percent for winter are Dodge Ridge (11 of 11 lifts operating), Mt. Shasta (4/4), Royal Gorge (4/4) and Tahoe Donner (3/3). With a typical storm track and storms arriving about every three days, the bigger resorts have been able to open much larger amounts of terrain. At Squaw at north Tahoe, for instance, 16 of 33 lifts are operating with 140 runs open. At South Tahoe, Heavenly reported 12 of 31 lifts running and 39 runs open (up from 12 runs open just 10 days ago).

Sentencing outrage: This letter best described the shock of many readers regarding imbalanced sentencing for wildlife violations: "Regarding today's column, something is seriously wrong. How can Fish and Game be pleased when poachers who have destroyed wildlife (sturgeon) get only a small fine ($6,000) and no jail time (60 days suspended and 90 days garbage pickup time) while a film crew gets fined $21,000 for feeding a shark and taking its picture. Our wildlife is being consumed by non-citizens (gill netting striped bass, sturgeon roe, no size on clams, etc.) who basically get a slap on the wrist, while a person harming no animals and taking a picture gets a substantial fine. This has to change and soon ... to crackdown and enforce the game laws to the fullest." -- Robert Lingaas, San Mateo.E-mail Tom Stienstra at tstienstra@sfchronicle.com

**GRAPHIC:** GRAPHIC

**LOAD-DATE:** December 21, 2003

925 of 2174 DOCUMENTS

Copyright 2003 Sun-Sentinel Company
Sun-Sentinel (Fort Lauderdale, FL)

December 21, 2003 Sunday Broward Metro Edition

SECTION: TRAVEL; Pg. 7

LENGTH: 982 words

HEADLINE: NEW VILLAGE A MAMMOTH UNDERTAKING;
;
SKI RESORT ADDS SHOPS, RESTAURANTS, CONDOS TO THE MIX.

BYLINE: Jerry Rice Los Angeles Daily News

BODY:

Sometimes things do get better with age.

For proof, winter sports enthusiasts need look no further than Mammoth Mountain. Fifty years after Dave McCoy received his first Forest Service permit to develop a ski area, there's a new gathering spot in town -- The Village at Mammoth, a key part of a billion-dollar development at the world-renowned resort.

"You can't really question that Mammoth is one of the best ski mountains out there," said Mammoth Mountain Ski Area spokeswoman Joani Lynch. "But we've been lacking this after-ski and other kind of village feel."

That's exactly how others have summed up the Mammoth experience. A year ago, readers of Ski magazine offered their comments about resorts around the country, and this is what one had to say about Mammoth: "The town needs to live up to the mountain."

That's finally happening. Entering its first winter season, the village is a European-style, pedestrian-only complex featuring an eclectic mix of shops, restaurants, galleries and 166 luxury condominiums.

It already has been making fans out of the locals.

"It's great for Mammoth," said Ashley Cramond, general manager of the Whiskey Creek restaurant and bar, a Mammoth institution that is not within the confines of the village. "I think it will bring more people to Mammoth and we'll be busier than ever."

Among the village eateries are the Old New York Bagel & Deli Co., MexiCali Grill, Dublin's Irish pub and Hennessey's (which serves everything from burgers and sandwiches to steaks and fish).

And when it comes time to working off that meal, a new 15-passenger gondola is a few steps away, offering a direct link to the slopes via the Canyon Lodge and three chair lifts.

"This is an exciting time for Dave to see something that he envisioned so long ago," Lynch said.

The 88-year-old McCoy, who still regularly works at the ski area, wanted to limit the need for cars back in the 1960s and started mapping out a route for a future gondola.

Now that it's here -- along with the village, which was built by the Canadian resort developer and operator Intrawest Corp. -- there's lots of other construction activity going on.

Sun-Sentinel (Fort Lauderdale, FL) December 21, 2003 Sunday Broward Metr

"The town is heavily investing in their infrastructure," said Doug Ogilvy, Intrawest's regional vice president. "You're also seeing homeowners and shop owners in town also heavily investing and improving their property. The town is really going through a remarkable renaissance right now."

To keep the momentum going, the focus is turning to the small Mammoth-Yosemite Airport a few miles out of town. Currently serving only smaller private planes, developers would like to see the airport's runway lengthened to accommodate midsize passenger jets like the Boeing 757. But the start of any expansion work is at least a year away, pending a comprehensive environmental impact statement from the Federal Aviation Administration.

"If we can get scheduled jet service into that airport, it will really open Mammoth up for the seven-day traveler," Ogilvy said.

And that's only part of the story, said Bob Roberts, the executive director of the California Ski Industry Association. A larger airport would also help bring more international travelers to Mammoth, thanks to easier connections through Los Angeles or San Francisco.

"There's anywhere from 10 to 12 nonstop flights from London to California on a daily basis," Roberts said. "Colorado has one daily flight."

As it is, Mammoth Mountain is doing just fine. The resort attracted 1.3 million visitors last winter, ranking it third in the country behind two Colorado resorts, Vail (1.6 million) and Breckenridge (1.4 million). Some 85 percent of Mammoth's visitors trekked up from Southern California.

"I've maintained since I first arrived in Mammoth that there are enough people who live in Southern California that we as a developer would continue to develop with or without an airport," Ogilvy said.

Besides its work at Mammoth, Intrawest is also active farther up the Sierras at Lake Tahoe's Squaw Valley USA. New this season is another European-inspired village, complete with seven new restaurants, shops and high-end condominiums.

The new construction almost doubles the size of the existing base facilities.

"There's a blending of the old and new so it's a seamless experience when you walk from one to the other," said Squaw Valley spokeswoman Katja Dahl. "It has changed the dynamic of the base area and made it much more inviting."

Another Lake Tahoe resort is undergoing a renaissance of its own. Heavenly, thanks to a five-year, $40 million investment by Vail Resorts Inc., is introducing a new ski school registration center and a beginners' area with access via the gondola from the year-old village. The resort has also upgraded its lifts extensively.

The improvements prompted Ski magazine to rank Heavenly 13th in its October reader survey -- up four spots from last year's list.

"This is sort of our coming-out year," said Heavenly spokeswoman Molly Cuff. "With Vail coming in and injecting so much capital into the resort, we were also able to remodel several of our different lodges."

Most of California's major resorts, particularly Mammoth, Heavenly, Kirkwood, Northstar-at-Tahoe and Squaw, are making major investments for one big reason, according to Roberts.

"They have really taken their acts to a much higher level because they're looking for that destination market," he said. "They're looking for people who are going to come in and spend a week -- people who have historically been, more or less, focused on the Rockies in the past."

IF YOU GO:MAMMOTH MOUNTAIN
From Highway 395 north, turn onto Highway 203 (at Mammoth Lakes Junction) and go west into town. The distance from Los Angeles is 325 miles.

Ski and snowboard info: 800-626-6684; www.mammothmountain.com.

Lodging info: 888-466-2666; www.visitmammoth.com.

NOTES:

Sun-Sentinel (Fort Lauderdale, FL) December 21, 2003 Sunday Broward Metr

INFORMATIONAL BOX AT END OF TEXT.

**GRAPHIC:** PHOTO; STAY AWHILE: Mammoth Mountain, long popular for winter sports such as skiing and tubing, now features a European-style village for pre- and aprs-skiing activities. San Jose Mercury News photo, Zeke Wigglesworth

**LOAD-DATE:** December 24, 2003

934 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 18, 2003 Thursday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 1938 words

**HEADLINE:** Items of interest to local sports partic ...

**BODY:**

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

Crossfire 14-under softball tryouts

The Crossfire girls 14-under competitive fastpitch softball tournament team will be holding tryouts for the 2004 spring and summer season Dec. 20 from noon to 2 p.m. at Campolindo High School in Moraga. Girls must be 14 or younger on Dec. 31, 2003. For information call Charley Daly at 925-798-3229 or Scott Sarginson at 925-368-3873.

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Lamorinda Water Polo signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

East Bay Panthers basketball registration

The East Bay Panthers Girls' Basketball Club is accepting applications for the spring and summer 2004 season. Teams will be formed for girls who will be ages 10-14 on Jan. 1, 2004. Deadline for applications is Jan. 31. Tryouts will be held in February and play at the competitive AAU level will begin in March. For information e-mail at eastbaypanthers@yahoo.com

East Panthers seek head coaches

The East Bay Panthers AAU girls' basketball club is looking for head coaches for its spring/summer season for its 10-under and 11-under teams. For information contact the club director by e-mail at eastbaypanthers@yahoo.com

Lamorinda Soccer league and clinics

The Lamorinda Soccer Club league play and clinics begin Jan. 3 and continue through Feb. 21 for ages 6-10. For information and registration forms visit www.lamorindasoccer.com

Warrior Lacrosse free clinic and registration

Walnut Creek Warriors Lacrosse is open to boys and girls in grades 3-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For information and registration visit www.wcwarriorlax.com

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Jr. Warriors winter basketball

The Diablo Valley YMCA and the Contra Costa Jewish Community Center are taking registrations for its Jr. Warriors Winter Basketball League, which begins Jan. 25 and runs for eight weeks. The program is for children Pre-K through grade 3 (co-ed) and grades 4-8 (not co-ed). For information call 925-979-9622 or visit www.mdrymca.org

Softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Senior Devils water polo registration

Devil Mountain Water Polo is taking registrations for new and returning girls in grades 9-12 for its Senior Devils program. Practices will be held Mondays and Wednesdays from 6-8 p.m. at Diablo Valley College through April 4. For information call 925-935-2574 or visit www.devilmountain.org

Contra Costa Times (California) December 18, 2003 Thursday

Junior Devils water polo registration

Devil Mountain Water Polo is taking registrations for new and returning girls in grades 5-8 for its Junior Devils program. Practices will be held Tuesdays and Thursdays from 6-8 p.m. at College Park High School through Feb. 3. For information call 925-935-2574 or visit www.devilmountain.org

Rug Rats water polo registration

Devil Mountain Water Polo is taking registrations for new and returning boys and girls in grades 2-4 for its Rug Rats introductory program. Practices will be held Tuesdays from 5:30-6:30 p.m. at College Park High School through Feb. 3. For information call 925-935-2574 or visit www.devilmountain.org

Christmas golf camp

Diablo Creek Golf Course in Concord is offering Christmas golf camps for boys and girls ages 6-14 from 9 a.m. to noon as follows: Camp #1 (Dec. 22-24); Camp #2 (Dec. 26-28); Camp #3 (Dec. 29-31). The cost is $72 for each camp or $30 per day. For information call 925-686-6262.

Concord High holiday soccer clinic

Concord High School's girls and boys varsity soccer teams will be hosting a clinic Dec. 29-31 from 10 a.m. to 2 p.m. on the CHS soccer field for boys and girls under-10 through under-14. The cost is $30 a day or $75 for three days and includes a T-shirt. For information call Vernon Kurpieski at 925-825-2802 or Rory Gentry at 925-439-7679.

Junior Holiday Classic golf tourney

Buchanan Fields Golf Course in Concord will be holding its Junior Holiday Classic golf tournament Dec. 29. Age flights are boys and girls 17 and under. The cost is $20 per player and includes golf, lunch, bucket of balls and awards. Entry deadline is Dec. 26. For information call 925-682-1846.

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

J.O.B.L. baseball registration

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

J.O.B.L. softball registration

Contra Costa Times (California) December 18, 2003 Thursday

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

East Bay Bat Busters seek players

The East Bay Bat Busters ASA girl's fastpitch softball 14-under team is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Sportstime holiday camps

The Sportstime Baseball Academy and the Pleasanton Parks and Recreation Dept. are offering winter baseball camps Dec. 22-24 and Dec. 29-31 at Pleasanton Middle School as follows: MVP All-Skills (ages 6-12), 8:30 a.m. to noon, $125; Line Drive Hitting (ages 8-12), 12:30-2:30 p.m., $85; Pitching or catching clinics (ages 8-12), 3-5 p.m., $85. Register online at www.sportstime.com

Delta Colt-Palomino tryouts

The Delta Colt-Palomino 16-under and 18-under baseball teams will be holding individual tryouts through March. All league players must reside in Contra Costa County. For information call David Manning at 510-772-7380.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 10-under manager, Ralph Gonzales at 925-754-3451 or 12-under manager, Little Miranda at 925-978-0939 or visit www.eteamz.com/deltadiamonds

Basketball officials

August Recreational Services has experienced officials for after school and weekend games and tournaments. For information call Ken at 925-978-2594.

**LOAD-DATE:** December 18, 2003