# EXHIBIT 11 - PART G

940 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 17, 2003 Wednesday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 1938 words

**HEADLINE:** Briefs

**BODY:**

Items of interest to local sports participants can be sent to Sports Briefs by e-mail to sports@cctimes.com

Softball skills clinic

Alhambra High School will be hosting a softball skills clinic for girls ages 8-14 conducted by the Hayward State softball team on Feb. 28. For information call Janet Auer at 925-335-2645 or visit www.eteamz.com/alhambrasoftball

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One-day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Warrior Lacrosse free clinic and registration

Walnut Creek Warriors Lacrosse is open to boys and girls in grades 3-8 living in Walnut Creek, Concord, Pleasant Hill, Clayton and Martinez. For information and registration visit www.wcwarriorlax.com

DVC Track & Field relays

The Diablo Valley College Distance Program will be hosting a 2-person, 5 mile and 10 mile relays Jan. 24 at 1 p.m. at the DVC 440 yard all-weather track. Entry fees are $10 per team. There are nine divisions and all-star teams are allowed. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

DVC All-Comers Track & Field meets

Diablo Valley College will be holding a five week series of All-Comer Track and Field Meets Jan. 3, Jan. 10, Jan. 17, Jan. 24 and Jan. 31 with events beginning at 2 p.m. These events are open to college, masters, high school and youth, boys and girls, men and women. Entry fees are $4 per entrant, all teams with 10 or more entrants are $3.50 per athlete and spectators are $2. For information call head track coach, Daniel Cruz at 925-685-1230, ext. 2258 or e-mail at dvccross@sbcglobal.net

Senior Devils water polo registration

Contra Costa Times (California) December 17, 2003 Wednesday

Devil Mountain Water Polo is taking registrations for new and returning girls in grades 9-12 for its Senior Devils program. Practices will be held Mondays and Wednesdays from 6-8 p.m. at Diablo Valley College through April 4. For information call 925-935-2574 or visit www.devilmountain.org

Junior Devils water polo registration

Devil Mountain Water Polo is taking registrations for new and returning girls in grades 5-8 for its Junior Devils program. Practices will be held Tuesdays and Thursdays from 6-8 p.m. at College Park High School through Feb. 3. For information call 925-935-2574 or visit www.devilmountain.org

Rug Rats water polo registration

Devil Mountain Water Polo is taking registrations for new and returning boys and girls in grades 2-4 for its Rug Rats introductory program. Practices will be held Tuesdays from 5:30-6:30 p.m. at College Park High School through Feb. 3. For information call 925-935-2574 or visit www.devilmountain.org

Youth Australian rules football registration

Youth Australian Rules Football is taking registrations for its winter league for boys and girls ages 10-15. Saturday matches are from 11 a.m. to 1 p.m. at Walnut Creek Intermediate through Feb. 7. No prior experience is necessary. There is no fee. For information or to register call 925-945-7819.

Umpire clinic

Professional Officiating will be offering a baseball umpire clinic for all levels Feb. 7 from 9:30 a.m. to 4:30 p.m. at Contra Costa Christian High School in Walnut Creek. All umpires are to come in uniform and provide their own equipment. The clinic will include lessons on rules and field mechanics, rain or shine, and live games, weather permitting. The cost is $75. For information call Mark Beller at 925-858-4917, e-mail at theumps@pacbell.net

WCSC seeks goalkeeper

The Walnut Creek Soccer Club under-14 B Class 1 team United is looking for a goalkeeper. For information call Joe Paclebar at 925-939-0119 or e-mail at paclebar@comcast.net

Jr. Warriors winter basketball

The Diablo Valley YMCA and the Contra Costa Jewish Community Center are taking registrations for its Jr. Warriors Winter Basketball League, which begins Jan. 25 and runs for eight weeks. The program is for children Pre-K through grade 3 (co-ed) and grades 4-8 (not co-ed). For information call 925-979-9622 or visit www.mdrymca.org

Crossfire 14-under softball tryouts

The Crossfire girls 14-under competitive fastpitch softball tournament team will be holding tryouts for the 2004 spring and summer season Dec. 20 from noon to 2 p.m. at Campolindo High School in Moraga. Girls must be 14 or younger on Dec. 31, 2003. For information call Charley Daly at 925-798-3229 or Scott Sarginson at 925-368-3873.

Lafayette Rockets softball signups

The Lafayette Rockets 12-under fastpitch softball team is taking signups for the spring 2004 season. Girls must be 12 or under as of Jan. 1, 2004. For information and tryout dates call Larry Gray at 925-284-8483.

Lamorinda Water Polo signups

Lamorinda Water Polo is accepting signups for the winter season for boys ages 10-18 of all skill levels. The season runs through Feb. 25. Practices will be held Mondays and Wednesdays at Soda Aquatics Complex at Campolindo High School. For information and registration e-mail at lwpinc@comcast.net

East Bay Panthers basketball registration

Contra Costa Times (California) December 17, 2003 Wednesday

The East Bay Panthers Girls' Basketball Club is accepting applications for the spring and summer 2004 season. Teams will be formed for girls who will be ages 10-14 on Jan. 1, 2004. Deadline for applications is Jan. 31. Tryouts will be held in February and play at the competitive AAU level will begin in March. For information e-mail at eastbaypanthers@yahoo.com

East Panthers seek head coaches

The East Bay Panthers AAU girls' basketball club is looking for head coaches for its spring/summer season for its 10-under and 11-under teams. For information contact the club director by e-mail at eastbaypanthers@yahoo.com

Lamorinda Soccer league and clinics

The Lamorinda Soccer Club league play and clinics begin Jan. 3 and continue through Feb. 21 for ages 6-10. For information and registration forms visit www.lamorindasoccer.com

Christmas golf camp

Diablo Creek Golf Course in Concord is offering Christmas golf camps for boys and girls ages 6-14 from 9 a.m. to noon as follows: Camp #1 (Dec. 22-24); Camp #2 (Dec. 26-28); Camp #3 (Dec. 29-31). The cost is $72 for each camp or $30 per day. For information call 925-686-6262.

Concord High holiday soccer clinic

Concord High School's girls and boys varsity soccer teams will be hosting a clinic Dec. 29-31 from 10 a.m. to 2 p.m. on the CHS soccer field for boys and girls under-10 through under-14. The cost is $30 a day or $75 for three days and includes a T-shirt. For information call Vernon Kurpieski at 925-825-2802 or Rory Gentry at 925-439-7679.

Junior Holiday Classic golf tourney

Buchanan Fields Golf Course in Concord will be holding its Junior Holiday Classic golf tournament Dec. 29. Age flights are boys and girls 17 and under. The cost is $20 per player and includes golf, lunch, bucket of balls and awards. Entry deadline is Dec. 26. For information call 925-682-1846.

Terrapin year-round swim team

The Terrapins are holding signups for swimmers ages six and over of all levels. For information call Paul at 925-680-8372.

Terrapin high school swim program

The Terrapins are taking signups for their high school swim program. For information call 925-680-8372 or e-mail at terrapinswim@msn.com

Adult basketball registration

Concord Parks and Recreation, the Mt. Diablo Region YMCA and the City of Clayton are offering a winter adult basketball program beginning in January. Games are played on Sunday evenings at the new Clayton Community Gym. For registration or information call 925-609-9622.

Carondelet seeks coaches

Carondelet High School is accepting applications for a track distance coach and a junior varsity softball assistant. For information call Mrs. Green at 925-686-5353, ext. 168.

J.O.B.L. baseball registration

J.O.B.L. will be holding registration for boys Babe Ruth baseball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Contra Costa Times (California) December 17, 2003 Wednesday

J.O.B.L. softball registration

J.O.B.L. will be holding registration for girls ASA softball for ages 5-18 Jan. 10 and Jan. 17 from 10 a.m. to noon at the J.O.B.L. complex at the end of Bates Ave. off of Port Chicago Hwy. in Concord. For information call Sheryl Dron at 925-827-0763 or Adrienne Warren at 925-686-0673, or visit www.eteamz.com/jobl

Excellence in Basketball registration

Excellence in Basketball traveling teams are taking registration for boys in grades 5-12. Weekday practices are in Dublin or Danville and games are usually played on Sundays in the Walnut Creek area. Multi-sport players are welcome. For information call 925-736-8741.

Say Hey Kids seek baseball players

The Say Hey Kids 13-under national traveling baseball team is looking for several quality players for the 2004 season, which runs. Dec. through July. For information call John Maniz at 925-679-8212, e-mail at john63us@yahoo.com

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

East Bay Bat Busters seek players

The East Bay Bat Busters ASA girl's fastpitch softball 14-under team is looking for players for its 2004 spring/summer season. For information call Danny Gomez at 925-584-5979.

Sportstime holiday camps

The Sportstime Baseball Academy and the Pleasanton Parks and Recreation Dept. are offering winter baseball camps Dec. 22-24 and Dec. 29-31 at Pleasanton Middle School as follows: MVP All-Skills (ages 6-12), 8:30 a.m. to noon, $125; Line Drive Hitting (ages 8-12), 12:30-2:30 p.m., $85; Pitching or catching clinics (ages 8-12), 3-5 p.m., $85. Register online at www.sportstime.com

Delta Colt-Palomino tryouts

The Delta Colt-Palomino 16-under and 18-under baseball teams will be holding individual tryouts through March. All league players must reside in Contra Costa County. For information call David Manning at 510-772-7380.

Delta Diamonds fastpitch tryouts

The Delta Diamonds Girls Fastpitch organization is looking for a few players to round out its summer 2004 roster. For information call 10-under manager, Ralph Gonzales at 925-754-3451 or 12-under manager, Little Miranda at 925-978-0939 or visit www.eteamz.com/deltadiamonds

Basketball officials

August Recreational Services has experienced officials for after school and weekend games and tournaments. For information call Ken at 925-978-2594.

LOAD-DATE: December 17, 2003

942 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 17, 2003 Wednesday

**SECTION:** F; Pg. 4

**LENGTH:** 533 words

**HEADLINE:** Solutions to beat the winter doldrums

**BYLINE:** By Jackie Burrell; STAFF WRITER

**BODY:**

The long-anticipated winter break gives way to restlessness all too soon. Fortunately, Lafayette and Orinda's parks and recreation departments have some solutions that will drag junior out from under the Christmas tree, where he's been shaking presents for the last hour, or whining about boredom underfoot.

Snowboard and **ski** aficionados can join other East Bay teens on the slopes at **Squaw,** Sierra and Northstar over winter break. The Lafayette Community Center snow package includes everything but the floppy hat and fuzzy mittens.

Board a luxury bus in Walnut Creek for the shlep up to **Tahoe,** passing the time by snoozing or watching one of the six on-board televisions. An all-day lift ticket, adult supervision, continental breakfast and apres **ski** cocoa are included, says Brian McCooey, sports coordinator for Lafayette programs and director of the Bay Area Ski Bus program.

The **ski** bus heads northward five times over winter break, Dec. 20 to Jan. 3. Bring your snow togs and snowboard or **skis.** Bring cash for lockers, lunch and a quick dinner stop.

For younger sports enthusiasts, both the Lafayette and Orinda parks and rec departments offer a variety of sports camps. Multi-game mini-camps in Lafayette include soccer, kickball, basketball and other sports.

Orinda's programs include an Advantage Camp of Champs at Wagner Ranch gymnasium, as well as a winter break sports camp that includes everything from European handball to tumbling and swimming.

But sports isn't the only way to banish break boredom. A Mad Science holiday camp turns youngsters into small Gil Grissoms with lessons on chemicals, cells and crime investigation. Or wield a hammer at holiday carpentry camp.

Family friendly recreational possibilities abound farther afield as well. Civic Arts Education in Walnut Creek holds a two-day holiday arts and crafts camp for kids. Make last-minute presents, create a winter wonderland centerpiece, and make handmade wrappings and cards during this mini-camp for art lovers.

And the Bay Area's beloved Lawrence Hall of Science offers a full line-up of scientific holiday fun beginning with a Magic School Bus film festival this Saturday, and continuing through Jan. 4 with Nigerian master drummers, flying machines, steam train science, the Itchy Itchy Flea Dance and NanoRama.

Never underestimate the power of local museums to entertain even the young set. From the Oakland Museum to the Lindsay Wildlife Museum, exhibits and special events delight youngsters and oldsters alike. Catch the California Academy of Science exhibits now, before the museum closes Dec. 31 and moves to temporary quarters. The academy re-opens in Golden Gate Park in 2008.

Contra Costa Times (California) December 17, 2003 Wednesday

And finally, go for those perennial kid favorites -- bubbles and balloons -- at Walnut Creek's Bedford Gallery. Now through Feb. 15, the interactive exhibit "Thin **Skin:** The Fickle Nature of Bubbles, Spheres, and Inflatable Structures" offers a sea of floating, silver Mylar pillows -- known to the cognoscenti as Andy Warhol's "Silver Clouds," but just plain fun for kids to see and brush against. Lee Boroson's "Slurry" sends kids through a mazelike forest of luminous, inflated blue columns.

Bored? No way.

**LOAD-DATE:** December 17, 2003

957 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Modesto Bee

December 14, 2003, Sunday, ALL EDITION

**SECTION:** TRAVEL; Pg. D5

**LENGTH:** 1503 words

**HEADLINE: TAHOE** PRICE WAR IS GOOD NEWS FOR SKIERS

**BYLINE:** BY JANET FULLWOOD, THE SACRAMENTO BEE

**BODY:**

Any savvy skier or snowboarder who pays full lift-ticket price these days is probably an anomaly. Virtually every ski resort in the Sierra offers some kind of discount program.

That is only part of the good news. The other part is that there is a price-war going on.

There is, of course, the other extreme: an all-day non-discounted lift ticket $62 at Heavenly, $59 at **Squaw** Valley, $58 at Kirkwood and $62 at Mammoth in the eastern Sierra.

After years of rising prices at the ticket window, Lake **Tahoe's** winter resorts are offering unprecedented financial incentives to lure day-tripping skiers and snowboarders to the slopes this season.

Discounts are so many and varied that shopping for a day on the snow has started to look a lot like shopping for an airfare.

Alpine Meadows kick-started the competition with the announcement that it would lop $17 off last year's daily lift price of $56 to offer a $39 nonholiday ticket for adults and teens.

The last time the resort offered an all-day ticket for $39 was 1992.

Just down the mountain, Sugar Bowl also is offering a $39 daily rate, but it won't be available at the ticket window. Consumers instead must purchase vouchers, in the form of gift cards, at regional Safeway stores.

Sierra-at-**Tahoe,** too, has moved to counter the perception that snow sports have become too expensive. The resort has lowered the price of its daily general ticket from $53 to $49 -- again with the idea of breaking the psychological price barrier that deters some would-be day-trippers from driving up the hill.

**Tahoe's** smaller snow resorts always have offered prices that counter the perception of skiing and snowboarding as expensive sports - and they, too, are holding the line this season. Donner **Ski** Ranch, where untold thousands of Sacramento kids have learned to **ski,** has scheduled $5 **ski** days once a month during the season, and it offers a $10 general ticket most weekdays. The prime-time, holiday weekend rate is $25.

At Boreal, the popular iRIDE program offers a third day on the mountain free after two paid days. Mt. Rose, the closest resort to Reno, sells $19 student tickets on Wednesdays and hosts $19 "ladies days" on nonholiday Thursdays. Homewood Mountain Resort, on **Tahoe's** west shore, offers nonholiday midweek skiing for $20 a day when a two-day ticket is purchased.

Even Heavenly Lake **Tahoe** and **Squaw** Valley USA, **Tahoe's** biggest resorts and traditionally the most expensive, are shaking up their prices.

Modesto Bee December 14, 2003, Sunday, ALL EDITION

**Squaw,** for the second year, is offering a Frequent Skier and Snowboarder Program that, for a $5 registration fee, cuts $10 off the usual $59 lift-ticket price on Tuesdays, Wednesdays and Thursdays. Members get a fifth day free after four paid days on the slopes. Active military personnel **ski** midweek for $39.

Across the lake, Heavenly Lake **Tahoe,** whose $64 peak- season general rate is among the highest in the nation, is testing new waters with a variable pricing scheme.

Colorado-based Vail Resorts, which purchased Heavenly last spring, has invested $16 million in capital improvements over the past six months and intends to inject $24 million more by 2005.

"We don't think we need to offer discounted prices," Heavenly spokeswoman Molly Cuffe said.

Nevertheless, Heavenly-bound skiers and boarders who stop by a regional Albertsons store can pick up a coupon good for $10 off the daily rate - whatever that rate might be.

While daily lift-ticket rates are indicative of a resort's size and level of luxury, they don't necessarily represent the most economical way to go for frequent skiers and boarders.

Indeed, the season-pass market at **Tahoe** couldn't be hotter. Heavenly went head-to-head this year with sister resorts Sierra and Northstar, which offer, for $299, a Double Whammy Pass good, with some restrictions, at both properties. Heavenly's $299 pass, which had to be purchased by Nov. 30, includes five free days at Vail Corp.'s five Colorado properties.

**Tahoe's** other major resort, Kirkwood, offers a similarly priced season pass, along with with a $399 "SugarWood" joint pass with Sugar Bowl.

Like Sugar Bowl, Kirkwood is offering discounted daily tickets through a corporate partner rather than at the ticket window. Its deal, available at Costco stores, features lift-ticket two-packs, $92 general, $73 for teens, that cut $12 and $9.50 off the $58/$46 ticket-window rates, respectively.

This year's marketing strategies at **Tahoe** include pointed incentives for the young snow-goers who represent the future.

Industry-watchers credit snowboarding, along with other aspects of popular culture, for breathing new life into what had been a shrinking industry.

"We're finding that, thanks to extreme sports, skateboards and all the rest, it's been a piece of cake," said Bob Roberts, executive director of the California Ski Industries Association, a trade group. "Youth must be served."

Snowboarders already outnumber skiers at many resorts, Roberts notes, and the industry is responding by providing more, bigger and ever-more- elaborate "terrain parks" -- designated areas with man-made jumps, half-pipes and other features -- to serve them.

**Squaw,** Northstar, Kirkwood and Heavenly boast three terrain parks each; Boreal has seven. "Statewide, about 45 percent of resort guests are snowboarders," Roberts said. "That's really significant."

Not that the industry can afford to sit back and rest on its laurels. In recent years, resorts have been concocting all sorts of schemes to get children -- and their parents -- hooked on snow.

Once such effort is the California Snow Passport program sponsored by the **ski** industries association. For an $18 registration fee, children in fourth, fifth and sixth grades can register to receive a booklet of coupons allowing them to **ski** free up to three times each at 32 resorts in California and Nevada. As a marketing tool, "it's really working," Roberts said.

Individual resorts, too, are courting families. Children 10 and under **ski** free all day, any day, at Homewood this year, while the price for ages 12 and younger is $5 a day at **Squaw.**

Despite the nationwide downturn in travel following the terrorist attacks of Sept. 11, 2001, winter visitor numbers at **Tahoe** haven't sagged, according to trade association figures. **Tahoe** resorts logged near-record crowds last year, with 7.5 million resort visits counted, Roberts said. "That number has held steady for the past three years; 10 years ago it was about 6.5 million visits. So we're getting people to the mountains more than ever before."

Roberts sees this year's competitive pricing strategies as healthy for the industry. "The idea is that we're trying to get away from all these perceptions of, 'Oh, boy, this is an expensive kind of sport,'" he said.

Modesto Bee December 14, 2003, Sunday, ALL EDITION

Tahoe as a destination casts its marketing net at visitors who come, stay for multiple days and spread their cash around at restaurants, hotels and entertainment venues, not just ski areas. Yet about 85 percent of winter visitors live within the so-called Bay Area-Sacramento-Reno "drive market," and a majority of them are day-trippers. "That's our bread and butter," Roberts said.

Whether the lift-ticket discount wars will result in bigger crowds - and longer lift lines - at Tahoe resorts this winter remains to be seen, but one thing is sure: There's no shortage of bargains out there.

"If people are willing to look, they're going to find good value at whichever resort they choose," said Alpine spokesman Woods.

-------------------------------

IF YOU GO ...

Lake Tahoe-area ski resorts, weekend adult lift-ticket rates and contact information:

* DODGE RIDGE: See Page D-3

* BEAR VALLEY: $44

Phone: 753-2310

Web: www.BearValley.com

* SUGAR BOWL: $56

Phone: (530) 426-9000

Web: www.sugarbowl.com

* SODA SPRINGS: $24

Phone: (530) 426-1010

Web: www.skisodasprings.com

* BOREAL: $36

Phone: (530) 426-3666

Web: www.rideboreal.com

* DONNER SKI RANCH: $5 to $25, depending on date, for ages 13-59

Phone: (530) 426-3635

Web: www.donnerskiranch.com

* TAHOE DONNER: $34

Phone: (530) 587-9444

Web: www.tahoedonner.com

* NORTHSTAR-AT-TAHOE: $58

Phone: (530) 562-1010

Web: www.skinorthstar.com

* MT. ROSE: $48

Phone: (800) 754-7673

Web: www.skirose.com

* DIAMOND PEAK: $44

Phone: (775) 832-1177

Modesto Bee December 14, 2003, Sunday, ALL EDITION

Web: www.diamondpeak.com

* HEAVENLY: $64

Phone: (775) 586-7000

Web: www.skiheavenly.com

* KIRKWOOD: $58

Phone: (209) 258-6000

Web: www.skikirkwood.com

* SIERRA-AT-TAHOE: $49

Phone: (530) 659-7453

Web: www.sierratahoe.com

* HOMEWOOD: $44

Phone: (530) 525-2992

Web: www.skihomewood.com

* GRANLIBAKKEN: $18

Phone: (800) 543-3221

Web: www.granlibakken.com

* ALPINE MEADOWS: $39

Phone: (800) 441-4423

Web: www.skialpine.com

* SQUAW VALLEY: $59

Phone: (530) 583-6985

Web: www.squaw.com

GRAPHIC: (INCLINE VILLAGE CO.) There's a high-flying discount lift-ticket deal for every skier who does some digging and is flexible.

LOAD-DATE: December 17, 2003

958 of 2174 DOCUMENTS

Copyright 2003 MediaNews Group, Inc. and Los Angeles Newspaper Group, Inc.
Pasadena Star-News (Pasadena, CA)

December 14, 2003 Sunday

**SECTION:** TRAVEL

**LENGTH:** 1071 words

**HEADLINE:** Mammoth changes bring high hopes for California skiing;

**BYLINE:** By Jerry Rice Staff Writer

**BODY:**

Sometimes things do get better with age.

For proof, winter sports enthusiasts need look no further than Mammoth Mountain. Fifty years after Dave McCoy received his first Forest Service permit to develop a ski area, there's a new gathering spot in town - The Village at Mammoth, a key part of a billion-dollar development at the world-renowned resort.

"You can't really question that Mammoth is one of the best ski mountains out there," said Mammoth Mountain Ski Area spokeswoman Joani Lynch. "But we've been lacking this after-ski and other kind of village feel."

That's exactly how others have summed up the Mammoth experience. A year ago, readers of Ski magazine offered their comments about resorts around the country, and this is what one had to say about Mammoth: "The town needs to live up to the mountain."

That's finally happening. Entering its first winter season, the village is a European-style, pedestrian-only complex featuring an eclectic mix of shops, restaurants, galleries and 166 luxury condominiums.

It already has been making fans out of the locals.

"It's great for Mammoth," said Ashley Cramond, general manager of the Whiskey Creek restaurant and bar, a Mammoth institution that is not within the confines of the village. "I think it will bring more people to Mammoth and we'll be busier than ever."

While that's his longer-term hope, it wasn't the case last month before crowds started filling up the town for Thanksgiving weekend. Business in Whiskey Creek's bar area, a popular nightspot for the past three decades, was off about 20 percent.

"Our restaurant really hasn't felt it at all," Cramond said. "There's not a lot of restaurants up there [at the village] that match ours, as far as food and dining style."

Still, there is a good mix. Among the village eateries is the Old New York Bagel & Deli Co., MexiCali Grill, Dublin's Irish pub and Hennessey's [which serves everything from burgers and sandwiches to steaks and fish].

And when it comes time to working off that meal, a new 15-passenger gondola is a few steps away, offering a direct link to the slopes via the Canyon Lodge and three chair lifts.

"This is an exciting time for Dave to see something that he envisioned so long ago," Lynch said.

The 88-year-old McCoy - who still regularly works at the ski area - wanted to limit the need for cars back in the 1960s and started mapping out a route for a future gondola.

Pasadena Star-News (Pasadena, CA) December 14, 2003 Sunday

Now that it's here - along with the village, which was built by the Canadian resort developer and operator Intrawest Corp. - there's lots of other construction activity going on. This past summer, Old Mammoth Road was reworked and now has a center turn lane, pull-outs for buses and sidewalks on both sides of the street.

"The town is heavily investing in their infrastructure," said Doug Ogilvy, Intrawest's regional vice president. "You're also seeing homeowners and shop owners in town also heavily investing and improving their property. The town is really going through a remarkable renaissance right now."

To keep the momentum going, the focus is turning to the small Mammoth-Yosemite Airport a few miles out of town. Currently serving only smaller private planes, developers would like to see the airport's runway lengthened to accommodate midsize passenger jets like the Boeing 757. But the start of any expansion work is at least a year away, pending a comprehensive environmental impact statement from the Federal Aviation Administration.

"If we can get scheduled jet service into that airport, it will really open Mammoth up for the seven-day traveler," Ogilvy said. "The rubber-tire traveler is more likely to come up for a three- or four-day weekend, whereas someone from the East Coast, by the time they come across the country, they're going to stay for a full week."

And that's only part of the story, said Bob Roberts, the executive director of the California Ski Industry Association. A larger airport would also help bring more international travelers to Mammoth, thanks to easier connections through Los Angeles or San Francisco.

"There's anywhere from 10 to 12 nonstop flights from London to California on a daily basis," Roberts said. "Colorado has one daily flight."

As it is, Mammoth Mountain is doing just fine. The resort attracted 1.3 million visitors last winter, ranking it third in the country behind two Colorado resorts, Vail [1.6 million] and Breckenridge [1.4 million]. Some 85 percent of Mammoth's visitors trekked up from Southern California.

"I've maintained since I first arrived in Mammoth that there are enough people who live in Southern California that we as a developer would continue to develop with or without an airport," Ogilvy said.

Besides its work at Mammoth, Intrawest is also active farther up the Sierras at Lake Tahoe's Squaw Valley USA. New this season is another European-inspired village, complete with seven new restaurants, shops and high-end condominiums.

The new construction almost doubles the size of the existing base facilities.

"There's a blending of the old and new so it's a seamless experience when you walk from one to the other," said Squaw Valley spokeswoman Katja Dahl. "It has changed the dynamic of the base area and made it much more inviting."

Another Lake Tahoe resort is undergoing a renaissance of its own. Heavenly, thanks to a five-year, $40 million investment by Vail Resorts Inc., is introducing a new ski school registration center and a beginners' area with access via the gondola from the year-old village. The resort has also upgraded its lifts extensively.

The improvements prompted Ski magazine to rank Heavenly 13th in its October reader survey _ up four spots from last year's list.

"This is sort of our coming-out year," said Heavenly spokeswoman Molly Cuff. "With Vail coming in and injecting so much capital into the resort, we were also able to remodel several of our different lodges."

Most of California's major resorts - particularly Mammoth, Heavenly, Kirkwood, Northstar-at-Tahoe and Squaw - are making major investments for one big reason, according to Roberts.

"They have really taken their acts to a much higher level because they're looking for that destination market," he said. "They're looking for people who are going to come in and spend a week - people who have historically been, more or less, focused on the Rockies in the past."

LOAD-DATE: December 30, 2003

Copyright 2003 MediaNews Group, Inc. and Los Angeles Newspaper Group, Inc.
San Gabriel Valley Tribune (San Gabriel Valley, CA)

December 14, 2003 Sunday

**SECTION:** TRAVEL

**LENGTH:** 1071 words

**HEADLINE:** Mammoth changes bring high hopes for California skiing;

**BYLINE:** By Jerry Rice Staff Writer

**BODY:**

Sometimes things do get better with age.

For proof, winter sports enthusiasts need look no further than Mammoth Mountain. Fifty years after Dave McCoy received his first Forest Service permit to develop a ski area, there's a new gathering spot in town - The Village at Mammoth, a key part of a billion-dollar development at the world-renowned resort.

"You can't really question that Mammoth is one of the best ski mountains out there," said Mammoth Mountain **Ski** Area spokeswoman Joani Lynch. "But we've been lacking this after-ski and other kind of village feel."

That's exactly how others have summed up the Mammoth experience. A year ago, readers of Ski magazine offered their comments about resorts around the country, and this is what one had to say about Mammoth: "The town needs to live up to the mountain."

That's finally happening. Entering its first winter season, the village is a European-style, pedestrian-only complex featuring an eclectic mix of shops, restaurants, galleries and 166 luxury condominiums.

It already has been making fans out of the locals.

"It's great for Mammoth," said Ashley Cramond, general manager of the Whiskey Creek restaurant and bar, a Mammoth institution that is not within the confines of the village. "I think it will bring more people to Mammoth and we'll be busier than ever."

While that's his longer-term hope, it wasn't the case last month before crowds started filling up the town for Thanksgiving weekend. Business in Whiskey Creek's bar area, a popular nightspot for the past three decades, was off about 20 percent.

"Our restaurant really hasn't felt it at all," Cramond said. "There's not a lot of restaurants up there [at the village] that match ours, as far as food and dining style."

Still, there is a good mix. Among the village eateries is the Old New York Bagel & Deli Co., MexiCali Grill, Dublin's Irish pub and Hennessey's [which serves everything from burgers and sandwiches to steaks and fish].

And when it comes time to working off that meal, a new 15-passenger gondola is a few steps away, offering a direct link to the slopes via the Canyon Lodge and three chair lifts.

"This is an exciting time for Dave to see something that he envisioned so long ago," Lynch said.

The 88-year-old McCoy - who still regularly works at the ski area - wanted to limit the need for cars back in the 1960s and started mapping out a route for a future gondola.

San Gabriel Valley Tribune (San Gabriel Valley, CA) December 14, 2003 Su

Now that it's here - along with the village, which was built by the Canadian resort developer and operator Intrawest Corp. - there's lots of other construction activity going on. This past summer, Old Mammoth Road was reworked and now has a center turn lane, pull-outs for buses and sidewalks on both sides of the street.

"The town is heavily investing in their infrastructure," said Doug Ogilvy, Intrawest's regional vice president. "You're also seeing homeowners and shop owners in town also heavily investing and improving their property. The town is really going through a remarkable renaissance right now."

To keep the momentum going, the focus is turning to the small Mammoth-Yosemite Airport a few miles out of town. Currently serving only smaller private planes, developers would like to see the airport's runway lengthened to accommodate midsize passenger jets like the Boeing 757. But the start of any expansion work is at least a year away, pending a comprehensive environmental impact statement from the Federal Aviation Administration.

"If we can get scheduled jet service into that airport, it will really open Mammoth up for the seven-day traveler," Ogilvy said. "The rubber-tire traveler is more likely to come up for a three- or four-day weekend, whereas someone from the East Coast, by the time they come across the country, they're going to stay for a full week."

And that's only part of the story, said Bob Roberts, the executive director of the California Ski Industry Association. A larger airport would also help bring more international travelers to Mammoth, thanks to easier connections through Los Angeles or San Francisco.

"There's anywhere from 10 to 12 nonstop flights from London to California on a daily basis," Roberts said. "Colorado has one daily flight."

As it is, Mammoth Mountain is doing just fine. The resort attracted 1.3 million visitors last winter, ranking it third in the country behind two Colorado resorts, Vail [1.6 million] and Breckenridge [1.4 million]. Some 85 percent of Mammoth's visitors trekked up from Southern California.

"I've maintained since I first arrived in Mammoth that there are enough people who live in Southern California that we as a developer would continue to develop with or without an airport," Ogilvy said.

Besides its work at Mammoth, Intrawest is also active farther up the Sierras at Lake Tahoe's Squaw Valley USA. New this season is another European-inspired village, complete with seven new restaurants, shops and high-end condominiums.

The new construction almost doubles the size of the existing base facilities.

"There's a blending of the old and new so it's a seamless experience when you walk from one to the other," said Squaw Valley spokeswoman Katja Dahl. "It has changed the dynamic of the base area and made it much more inviting."

Another Lake Tahoe resort is undergoing a renaissance of its own. Heavenly, thanks to a five-year, $40 million investment by Vail Resorts Inc., is introducing a new ski school registration center and a beginners' area with access via the gondola from the year-old village. The resort has also upgraded its lifts extensively.

The improvements prompted Ski magazine to rank Heavenly 13th in its October reader survey _ up four spots from last year's list.

"This is sort of our coming-out year," said Heavenly spokeswoman Molly Cuff. "With Vail coming in and injecting so much capital into the resort, we were also able to remodel several of our different lodges."

Most of California's major resorts - particularly Mammoth, Heavenly, Kirkwood, Northstar-at-Tahoe and Squaw - are making major investments for one big reason, according to Roberts.

"They have really taken their acts to a much higher level because they're looking for that destination market," he said. "They're looking for people who are going to come in and spend a week - people who have historically been, more or less, focused on the Rockies in the past."

LOAD-DATE: December 19, 2003

965 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

December 12, 2003 Friday

**SECTION:** F; Pg. 4

**LENGTH:** 409 words

**HEADLINE:** West County Weekly what's happening

**BODY:**

Items of interest to local sports participants can be placed in What's Happening by submitting typed or legibly written material to the Times. Material may be e-mailed to sports@cctimes.com

Jobs

John Swett seeks baseball coach

John Swett High School in Crockett is looking for a junior varsity baseball coach for the 2004 season. For information call the John Swett Athletic Dept. at 510-787-1088, ext. 4.

Oakland Oaks seek coaches

The Oakland Oaks traveling baseball program is looking for coaches for the 2004 summer season for players ages 15-18. Previous coaching experience or high level playing experience is required. The positions come with a stipend. Fax resumes to 510-748-5332, e-mail Mark Palmore at coachpalmore@yahoo.com

Mid-County Officials seek umpires

The Mid-County Officials Network is looking for baseball and fastpitch softball umpires for its 2004 season for youth league softball/baseball, high school softball/baseball and college softball. Game fees range from $39-$60 per game. Trainings start in January. Games are played in Contra Costa, Alameda and Solano Counties. For information and training packets call 510-301-2928.

Panthers seek head coaches

The East Bay Panthers AAU girls' basketball club is looking for head coaches for its spring/summer season for its 10-under and 11-under teams. For information contact the club director by e-mail at eastbaypanthers@yahoo.com

General

Teen snowboard & ski trips

Pleasant Hill Recreation is offering teen snowboard and ski trips for grades 6-12 from late December through early April. Sierra resorts include Kirkwood, Sugar Bowl, Northstar, Squaw and Sierra. The bus departs at approx. 5:15 a.m. and returns at around 8:15 p.m. One day trips cost $85 and include round-trip deluxe bus transportation, continental breakfast, all-day lift ticket, post-ski snack, plus three adult chaperones per bus. Participants need to bring money for lunch and dinner. For information call 925-682-0896 or visit www.pleasanthillrec.com

Berkeley High alumni lacrosse game

Contra Costa Times (California) December 12, 2003 Friday

Berkeley High School will be holding its annual alumni lacrosse game Dec. 28 at noon on the BHS football field. For information call Peter Flessel at 510-559-8834.

Oakland Strokes seek rowers

The Oakland Strokes competitive East Bay high school rowing club is looking for novice rowers to join its men's team. For information call Karen Smith at 925-837-1135 or visit www.oaklandstrokes.org

**LOAD-DATE:** December 12, 2003

977 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 10, 2003 Wednesday

**SECTION:** FOOD AND DRINK; Pg. 1G

**LENGTH:** 1987 words

**HEADLINE:** ski SATED

**BYLINE:** Johnathan Wright, Staff

**BODY:**

With resorts adding new restaurants and hot chefs, **Tahoe**-area skiers are finding themselves well fed indeed.

By Johnathan L. Wright

RENO GAZETTE-JOURNAL

It can sometimes be tough for **ski** resorts to do the dining thing, what with mountain power supplies, delivery trucks that have to brave blizzards and platoons of affluent, **ski**-booted snowfolk who have the money to eat well but not always the inclination. It's about the powder, baby, not the portobellos.

Still, something must be in the air (or in the snow) this year because several Lake **Tahoe** properties have taken a fresh look at their food and beverage operations. Restaurants have been opened. Existing ones have been given a new gloss. Menus have been updated. Gung-ho chefs have been hired. And a commitment has developed to giving skiers more options than a mid-mountain greasy spoon.

"I think it's great that **ski** resorts are finally realizing that people want better food than hot dogs," said Caroline Vogt of **Tahoe** City, an avid skier and diner. "They want healthier, fresher tasting food, too. People are already spending money to **ski**; they don't mind spending a few more dollars for good food."

Of course, a large part of **ski** resort dining will always be about feeding 'em fast and getting 'em back on the hill. It's just that now, alpinists who want real service and real tableware have more places to go. In fact, many resort restaurateurs said they hoped to attract people who don't even **ski**.

The Village at **Squaw** Valley

Where: 1850 Village South Road, Olympic Valley, Calif.

Online: www.thevillageatsquaw.com

o Balboa Cafe, (530) 583-5850, www.plumpjack.com/balboasv/index.html

Balboa Cafe is part of the PlumpJack family of leisure destinations, and many **Squaw** visitors confuse the restaurant with its sister establishment, PlumpJack Cafe, which is housed just steps outside the Village in the PlumpJack **Squaw** Valley Inn.

"We're trying to create our own brand," said Darren Cross, Balboa's general manager, and so the restaurant has a new chef, Alex Olson, who's building a menu that's deliciously distinct from the cerebral, California-Asian fusion cuisine that executive chef Jeffery Powell used to serve at PlumpJack Cafe until his recent move to China.

Reno Gazette-Journal December 10, 2003 Wednesday

Olson's food has an earthy directness spiked with upscale twists. Take, for instance, a comfy meatloaf platter enlivened with a Maker's Mark bourbon sauce. Or, as well, the standard strips of seared ahi cleverly recast as the "meat" in an ahi club sandwich spiced with smoked chili aioli.

Balboa's bar, which draws a standing-room-only crowd of locals and visitors, offers a great selection of wines by the glass and a klatch of killer custom cocktails. Beware the Hawaiian Punch, though. Too many, and you'll forget your legs are made for walking.

o Black Diamond Wine Exchange, (530) 584-0105, www.blackdiamondwineexchange.com

Even if you didn't like wine, it would be worth a visit to Black Diamond just to hear proprietor Phil Huettenhain's warm, rich baritone. It's a voice like a fine old port - strong but mellow.

Huettenhain could sell you that port, along with other Old and New World Wines from the approximately 2,000 bottles he has on hand. Many of those bottles sell for less than $12. Because of his extensive industry experience and contacts, Huettenhain also offers wines that are highly allocated or that have extremely low production runs.

"I have wines that, in other circumstances, would never make it out of Napa Valley," he said.

Such as? A $20 Sarracina Sauvignon Blanc, for one, a wine that's fruity and citrusy without being too herbaceous. Or a $35 Madrigal Family Petit Syrah.

"The Madrigals are third-generation Napa growers who have grown grapes for Stag's Leap, Grgich Hills and Duckhorn," Huettenhain said. "Now they're growing grapes for themselves. There's only 2,000 cases per year spread over four wines."

Huettenhain is justifiably proud of being able to sell such bottles, but he's no wine snob.

"What's the use of talking about a wine, writing about a wine, if it's not available?" he asked. "The concept here is to educate people about wine, or to take the wine knowledge they have to the next level. I want people to leave here knowing they got exactly what they wanted."

o High Sierra Grille, (530) 584-6100, www.highsierra grille.com

Every ski resort needs a place for people to get solid, satisfying fare. A place that's neither a burger-filled snack bar with Styrofoam plates, nor a banquette-lined dining room that recommends reservations. At the Village, that place is High Sierra Grille.

Executive chef Mike Lafferty and dynamo sous-chef Cindy McTammany send out the steak, seafood and chicken dishes that people crave in the cold. The Caribbean rib eye, marinated for three days in pineapple, ginger and garlic, blends kick with substance. Grilled fresh fish - whatever's available - is brushed with sweet tarragon tartare. The French cut pork chops weigh in at more than a pound.

High Sierra Grille also has an easy, relaxed bar with friendly keeps who will help you while away a winter evening on one of the stools. Hot toddy, anyone?

o Mamasake, (530) 584-0110, www.mamasake.com

"It's not easy for a white woman to get into sushi in San Francisco," said Elsa Corrigan, chef-owner of Mamasake. She's right: Traditional sushi training still tends to be cloistered and male. But Corrigan, who worked in restaurants in San Francisco, Napa Valley and London, found people in Tahoe willing to train her in sushi. Later, she found corporate partners who wanted a sushi restaurant in the Village. Corrigan opened Mamasake about two months ago.

"I always liked the idea of tapas, of everyone sharing, and sushi is perfectly suited to bringing food back to a shared experience," Corrigan said.

The breadth and ambition of her menu impresses. Familiar maki like California rolls appears, of course, but so does an unusual creation featuring whole fried shrimp heads and ginger mayonnaise. Nigiri sushi ranges from green lip mussel to seared bonito to inari, sweet soybean pockets. Custom sushi is available upon request.

"I want everybody to find something on the menu, even people who aren't sushi fans," Corrigan added, so she also serves tempura, rice bowls and an inventive selection of seafood snacks. The highlight: Alpine snowballs, which are jumbo shrimp wrapped around a ball of rice topped with shellfish salad. Waiters carry them out by the dozen atop snowboards.

"They snowballs don't sound that good when you read them on the menu, but they were really good," said Kathy Reynolds of Truckee. "Our waiter helped us pick them out."

Mamasake, by the way, is a word that Corrigan invented when she worked in the kitchen of a woman who didn't like profanity. Burn your hand on the saute pan? Scream "mamasake!"

Northstar-at-**Tahoe**

100 Northstar Drive, Truckee, (800) 466-6784

www.skinorthstar.com

o True North Restaurant and Bar, (530) 562-2250

True North used to be called Timbercreek, and Timbercreek served a forgettable mishmash of glorified snack bar food. Now, True North is a restaurant reborn. There's the light, airy, forest-fancy decor - nude logs, stone fireplaces, and very Napa-y black and white photos of vegetables enlivened with splashes of color. There's a new chef de cuisine, Steve Anderson. And, most important, there's a new commitment by Anderson and by Northstar executive chef Chris Banovich to eating well by eating right.

"Our new push is to use sustainable, environmentally friendly foods," Banovich said. "We're staying away from foods like certain fish and seafoods that are environmentally risky."

But foodies, fear not. Sustainable doesn't mean wan veganism. It does mean, however, Petaluma poultry, wild-caught Scottish salmon and richly marbled pork cuts from Niman Ranch.

"The marbling is unbelievable," Anderson said. "It's beautiful. I'm most happy with the quality of the pork."

True North's menu is extensive without being overwhelming, and it's undergoing some final, pre-season tweaking.

Anderson has a way with first courses, including fried calamari that need nothing more than a dusting of seasoned flour, and chubby, tangy crab cakes, some of the best at **Tahoe.** Anderson's duck confit also shouldn't be missed, nor should the tiramisu. This dessert has had a stranglehold on menus for two decades, but at True North, the pastry chef wittily reinterprets it with a measure of rum and brown sugar on the bottom.

Sustainability also extends to the wine list with several - ssshhh - organic wines from big name producers who, fearful of organic vino's reputation, don't make a big deal about what they're up to. True North truly deserves a try.

Heavenly Mountain Resort

3860 Saddle Road, South Lake **Tahoe,** Calif.

(800) 243-2836

www.skiheavenly.com

o Lakeview Lodge, (530) 542-6370 or (530) 542-6347

At dining rooms with a view, it can be tempting to let panoramic vistas distract patrons from so-so service and ho-hum food. At Lakeview Lodge, elevation 8,200 feet, that's not going to happen according to Steve Turner, Heavenly's new food and beverage director.

"The restaurant is about 2,000 feet above the water. The views are spectacular. But what was noticeably missing at Heavenly was fine dining with great, upscale service. We want Lakeview Lodge to be that restaurant."

After an off-season renovation, Lakeview sports spiffy log furniture, brighter carpets and colorful decorative accents that Turner said give the restaurant "a lighter, airier feel."

Along with a new look comes a new, energetic executive chef - Roger Young of Boston. Young has a mandate to replace the food court fare of the old lodge - hamburgers, fish and chips - with serious cuisine that will draw locals and visitors alike. From a peek at the menu that will debut next week, it appears Young is well on his way with wild game chili, a sirloin focaccia pesto sandwich, and several dishes that recall his New England roots: Nantucket oysters, Maine oyster stew, sourdough lobster rolls and Maryland-style crab cakes.

A wine list showcasing Mondavi vintages is also in the works, as is a handy storage area where diners at the **ski-in** lodge can stow their gear.

Reno Gazette-Journal December 10, 2003 Wednesday

Diamond Peak Ski Resort

1210 Ski Way, Incline Village, (775) 832-1177

www.diamondpeak.com

o Last Tracks from Snowflake Lodge

With "Last Tracks," skiers and boarders can enjoy wine, hors d'oeuvres and the setting sun from the resort's Snowflake Lodge, then make their final turns of the day on a freshly groomed run.

Featured wineries will include Robert Young, Kenwood, J. Lohr and Robert Hall. Local restaurants and the resort's own food and beverage crew will whip up the nibblies. Eat, drink, ski - cost to participate is $20 per person. "Last Tracks" takes place every Saturday from Jan. 31 through March 27, 2004.

Tickets are available for purchase at the guest services window. Private "Last Tracks" parties also can be arranged.

Alpine Meadows

2600 Alpine Meadows Road, Tahoe City, Calif.

(800) 441-4423

www.skialpine.com

o The Chalet Restaurant, (530) 583-8963

Until recently, Dan and Jean Birchard of Reno operated The Chalet for more than a quarter-century. The restaurant and its menu have recently received a spit shine, but the open, easy vibe remains.

The staff still brings everything up the mountain by Snowcat - equipment, furnishings, tableware, ingredients and cases of wine. This makes things hard for the staff but great for diners because menu items are made fresh daily. Chili, minestrone and clam chowder - just the things to take the edge off the icicle.

The Chalet crew also serves up jaw-stretching sandwiches with imported cheeses and comfort food treats like peanut butter brownies, bread pudding with caramel sauce and cinnamon buns as big as hubcaps. Like the mountains themselves, The Chalet is a Tahoe institution that keeps on keeping on.

GRAPHIC: Scott Sady, Reno Gazette-JournalGOOD GRUB: Food server Patrick Stewart serves Ulf Ostrand, in blue, as he dines with son Per Ostrand on Balboa Cafe's outdoor dining patio. The elder Ostrand was visiting from Sweden.Scott Sady, Reno Gazette-JournalWHAT'S YOUR PLEASURE? Above, Balboa Cafe bartenders Mike Kirk, right, and Ryan Voss keep the drinks flowing. Meanwhile, oenophiles can enjoy sipping wine and savoring appetizers at sunset with Diamond Peak's "Last Tracks" offer (below).Provided by Diamond Peak; o "Our new push is to use sustainable, environmentally friendly foods.We're staying away from foods like certain fish and seafoods that are environmentally risky." Chris Banovich; Executive chef, Northstar-at-Tahoe

LOAD-DATE: December 11, 2003

986 of 2174 DOCUMENTS

Copyright 2003 The San Diego Union-Tribune
The San Diego Union-Tribune

December 8, 2003, Monday

**SECTION:** SPORTS;Pg. E-13

**LENGTH:** 854 words

**HEADLINE:** Alpine Meadows lowers lift prices, shakes **ski** world

**BYLINE:** BRIAN E. CLARK

**BODY:**
It's been more than a dozen years since Alpine Meadows, one of the top **ski** and snowboard resorts at Lake **Tahoe,** has offered adult lift tickets for less than $40. These days, rates at major areas tend to cost $50 or $60 or more for a day of skiing and riding.

But Brad Wilson, Alpine's director of marketing, wanted to raise a little hell this season. So he convinced the bean counters to slash the ticket charge by nearly a third, lowering the walk-up price that anyone can pay to $39.

Granted, on 17 of the busiest days of the season -- Christmas through New Year's and the Martin Luther King and Presidents Day weekends -- schussers will pay $59 for a lift ticket at Alpine. On the remaining 200-plus days of a typical season, however, the price is only $39. And you don't have to jump through any special hoops to get it.

"The industry as a whole needs a shake-up," said Wilson, whose resort has an 1,800-foot vertical drop and 2,400 acres. "We need to stimulate new skier and snowboarder visits. Like resorts around the rest of the country, our numbers have been flat. But every year, prices have crept up."

In Colorado, Aspen now charges $68 for an adult ticket. Vail's price is $71. **Squaw** Valley and Heavenly, fellow **Tahoe** areas, charge $59 and $64 respectively.

Alpine has experimented with inexpensive season passes and other deals, but many of them were simply singing to the choir.

People who were going to **ski** or ride anyway got great deals, so Wilson said it did little to attract new business or generate more "skier days."

"We figured the best way was to give discounts to everyone and that includes the guy who comes up only once or twice a year," he said. "Not just the person who is going to **ski** or ride 30 or 40 days, regardless."

Because Alpine's steep discount has generated a good amount of so-called "buzz" in the industry, and because most skiers and snowboarders are acutely aware of lift ticket prices, Wilson said he is confident the bargain basement price will generate more business.

Needless to say, competitors were shocked and more than a little defensive about Alpine's price-slashing move.

"I think all eyes are on us to see how the market responds," Wilson said. "Never before has a resort in the top tier done this. (Alpine is ranked among North America's top 25 resorts by Skiing Magazine.) We do around 400,000 skier days a year. Honestly speaking, we're not sure how many more visits this will generate."

In response to Alpine, Sugar Bowl -- located on nearby Donner Summit -- cut its daily, adult ticket price to $39. In one sense, it's a better deal because it's good every day of the year. The only catch is that you must buy your ticket from

The San Diego Union-Tribune, December 8, 2003

a Northern California Safeway store. If you don't go to the grocery store and just walk up to the ticket window, you'll pay $54.

Sugar Bowl's Greg Murtha said his resort -- which has a vertical descent of 1,500 feet and 1,500 acres of terrain -- made the move to match Alpine. "We also wanted to add value and stay competitive," he said.

At **Squaw** Valley, spokeswoman Katja Dahl said she wishes Alpine well in its effort to create new skiers. But instead of lowering prices to $39 for all skiers, she said her resort's owners chose instead to invest $250 million in a mountain village over the past few years and another $30 million in on-mountain improvements during the past decade as a way to improve the skiing and snowboarding experience. And sell more tickets.

"Every resort has to make decisions that are right for them and their guests," said Dahl, whose resort has a vertical of 2,850 feet and 4,000 acres of terrain. "Besides, we do offer a variety of discounts. Frequent skiers and boarders who come here midweek can get tickets for as low as $49.

"**Squaw** has options that can't be matched," she said. "And for a few dollars more, people can get great value. For our bargains, just go to **Squaw**.com and look under deals and discounts under tickets."

Short swings

[] Mammoth made a little history over the Thanksgiving holiday with the official opening of its long-awaited 15-passenger Village Gondola -- some 40 years after founder Dave McCoy envisioned it. The big Eastern Sierra resort, which boasts a 3,100-foot vertical, has some of the best snow in California with nearly a four-foot base. It is operating 70 percent of its lifts on 2,500 acres of terrain. For more details, visit MammothMountain.com or call 1-800-MAMMOTH.

[] Booth Creek Resorts, a Truckee firm that runs North Star and Sierra-at-Tahoe, bought Snow Park Technologies this summer. The Southern California terrain park specialists gained fame for their work with the Winter X Games, Burton European Open and World Championships of Snowboarding.

The company -- headed by design gurus Chris Gunnerson and Josh Chauvet -- has already improved Northstar's terrain parks, adding a batch of rails and fun boxes. In addition, the designers relocated the main terrain park from Pinball Run to Logger's Loop and made it longer, wider and more exciting.

LOAD-DATE: December 10, 2003

991 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

December 7, 2003, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M1

**LENGTH:** 1506 words

**HEADLINE:** Go for the snow **Tahoe** resorts roll out the deals for day-trippers

**BYLINE:** Janet Fullwood Bee Travel Editor

**BODY:**

After years of rising prices at the ticket window, Lake **Tahoe's** winter resorts are offering unprecedented financial incentives to lure day-tripping skiers and snowboarders to the slopes this season.

Nobody's willing to come right out and call it a price war, but the discounts are so many and varied that shopping for a day on the snow has started to look a lot like shopping for an airfare.

Alpine Meadows kick-started the competition with the announcement, in late October, that it would lop $17 off last year's daily lift price of $56 to offer a $39 nonholiday ticket for adults and teens.

The last time the resort offered an all-day ticket for $39 was 1992.

"We're looking at the long term - there's a vision in the company to make skiing more affordable," said Rachel Woods, spokeswoman for the Alpine, Boreal and Soda Springs resorts, all owned by POWDR Corp.

The reduced rate at Alpine, Woods said, is intended to attract newcomers to winter sports, those who have dropped out but may try again and those who live within driving distance but come to the mountains just a time or two each season.

"Our research has shown that day-use skiers and snowboarders are the biggest part of the resort population - but it's very few people who can justify buying a season pass," she said. "This lets them realize the savings even if they only come a handful of times."

Just down the mountain, Sugar Bowl also is offering a $39 daily rate, but it won't be available at the ticket window. Consumers instead must purchase vouchers, in the form of gift cards, at regional Safeway stores.

"Ours is a pretty different business model, a different distribution channel," spokeswoman Coleen Dalton said, noting that Sugar Bowl's ticket "is good every day, with no blackout dates."

Sierra-at-**Tahoe**, too, has moved to counter the perception that snow sports have become too expensive. The resort has lowered the price of its daily general ticket from $53 to $49 - again with the idea of breaking the psychological price barrier that deters some would-be day-trippers from driving up the hill.

"Sierra was one of the pioneers in offering affordable season passes," spokeswoman Nicole Belt said. "This year, we wanted to offer an incentive for those who might only make it up once or twice."

**Tahoe's** smaller snow resorts always have offered prices that counter the perception of skiing and snowboarding as expensive sports - and they, too, are holding the line this season. Donner Ski Ranch, where untold thousands of Sacramento kids have learned to ski, has scheduled $5 ski days once a month during the season, and it offers a $10 general ticket most weekdays. The prime-time, holiday weekend rate is $25.

Sacramento Bee December 7, 2003, Sunday

At Boreal, the popular iRIDE program offers a third day on the mountain free after two paid days. Mt. Rose, the closest resort to Reno, sells $19 student tickets on Wednesdays and hosts $19 "ladies days" on nonholiday Thursdays. Homewood Mountain Resort, on Tahoe's west shore, offers nonholiday midweek skiing for $20 a day when a two-day ticket is purchased.

Even Heavenly Lake **Tahoe and Squaw** Valley USA, Tahoe's biggest resorts and traditionally the most expensive, are shaking up their prices.

**Squaw,** for the second year, is offering a Frequent Skier and Snowboarder Program that, for a $5 registration fee, cuts $10 off the usual $59 lift-ticket price on Tuesdays, Wednesdays and Thursdays. Members get a fifth day free after four paid days on the slopes. Active military personnel **ski** midweek for $39.

Across the lake, Heavenly Lake **Tahoe,** whose $64 peak- season general rate is among the highest in the nation, is testing new waters with a variable pricing scheme. "The cost will vary depending on how much terrain we have open," spokeswoman Molly Cuffe said.

Colorado-based Vail Resorts, which purchased Heavenly last spring, has invested $16 million in capital improvements over the past six months and intends to inject $24 million more by 2005.

"We don't think we need to offer discounted prices," Cuffe said.

Nevertheless, Heavenly-bound skiers and boarders who stop by a regional Albertsons store can pick up a coupon good for $10 off the daily rate - whatever that rate might be.

While daily lift-ticket rates are indicative of a resort's size and level of luxury, they don't necessarily represent the most economical way to go for frequent skiers and boarders.

Indeed, the season-pass market at **Tahoe** couldn't be hotter. Heavenly went head-to-head this year with sister resorts Sierra and Northstar, which offer, for $299, a Double Whammy Pass good, with some restrictions, at both properties. Heavenly's $299 pass, which had to be purchased by Nov. 30, includes five free days at Vail Corp.'s five Colorado properties.

**Tahoe's** other major resort, Kirkwood, offers a similarly priced season pass, along with with a $399 "SugarWood" joint pass with Sugar Bowl.

Like Sugar Bowl, Kirkwood is offering discounted daily tickets through a corporate partner rather than at the ticket window. Its deal, available at Costco stores, features lift-ticket two-packs, $92 general, $73 for teens, that cut $12 and $9.50 off the $58/$46 ticket-window rates, respectively.

"We decided to stick with offering good prices to our loyal visitors with our season pass and to those who go to Costco, rather than discount to everyone," spokeswoman Tania Pilkinton said.

This year's marketing strategies at **Tahoe** include pointed incentives for the young snow-goers who represent the future.

Industry-watchers credit snowboarding, along with other aspects of popular culture, for breathing new life into what had been a shrinking industry.

"We're finding that, thanks to extreme sports, skateboards and all the rest, it's been a piece of cake." said Bob Roberts, executive director of the California Ski Industries Association, a trade group. "Youth must be served."

Snowboarders already outnumber skiers at many resorts, Roberts notes, and the industry is responding by providing more, bigger and ever-more- elaborate "terrain parks" - designated areas with man-made jumps, half-pipes and other features - to serve them.

**Squaw,** Northstar, Kirkwood and Heavenly boast three terrain parks each; Boreal has seven.

"Right now, statewide, about 45 percent of resort guests are snowboarders," Roberts said. "That's really significant."

Not that the industry can afford to sit back and rest on its laurels. In recent years, resorts have been concocting all sorts of schemes to get children - and their parents - hooked on snow.

Sacramento Bee December 7, 2003, Sunday

Once such effort is the California Snow Passport program sponsored by the **ski** industries association. For an $18 registration fee, children in fourth, fifth and sixth grades can register to receive a booklet of coupons allowing them to **ski** free up to three times each at 32 resorts in California and Nevada. As a marketing tool, "it's really working," Roberts said.

Individual resorts, too, are courting families. Children 10 and under **ski** free all day, any day, at Homewood this year, while the price for ages 12 and younger is $5 a day at **Squaw.**

Sugar Bowl, meanwhile, is offering free tickets for kids whose parents present a McDonald's receipt at the ticket window. For every McSki program participant, the resort donates $2 to McDonald's charities, spokeswoman Dalton said.

Despite the nationwide downturn in travel following the terrorist attacks of Sept. 11, 2001, winter visitor numbers at **Tahoe** haven't sagged, according to trade association figures. **Tahoe** resorts logged near-record crowds last year, with 7.5 million resort visits counted, Roberts said. "That number has held steady for the past three years; 10 years ago it was about 6.5 million visits. So we're getting people to the mountains more than ever before."

Roberts sees this year's competitive pricing strategies as healthy for the industry. "The idea is that we're trying to get away from all these perceptions of, 'Oh, boy, this is an expensive kind of sport,' " he said.

**Tahoe** as a destination casts its marketing net at visitors who come, stay for multiple days and spread their cash around at restaurants, hotels and entertainment venues, not just **ski** areas. Yet about 85 percent of winter visitors live within the so-called Bay Area-Sacramento-Reno "drive market," and a majority of them are day-trippers. "That's our bread and butter," Roberts said.

Whether the lift-ticket discount wars will result in bigger crowds - and longer lift lines - at **Tahoe** resorts this winter remains to be seen, but one thing is sure: There's no shortage of bargains out there.

"If people are willing to look, they're going to find good value at whichever resort they choose," said Alpine spokesman Woods.

* * *

The Bee's Janet Fullwood can be reached at (916) 321-1148 or travel@sacbee.com.

Inside

Spend the night and **ski** for less. Page M4

A guide to the **Tahoe ski** areas. Back page, M8

**GRAPHIC:** Sacramento Bee / Randy Pench / Sacramento Bee file, 2002, Randall Benton Before schussing downhill, like the skiers, above, on Mount Lincoln at Sugar Bowl, skiers and snowboarders, left at Sierra-at-**Tahoe**, have to wait in a lift line.
Sacramento Bee file, 2001 / Bryan Patrick A snowboarder at Boreal practices his rail maneuver in one of the resort's seven terrain parks. The **ski** area on Interstate 80 at Donner Summit is among the closest to Sacramento.

**LOAD-DATE:** December 8, 2003

992 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

December 7, 2003, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M4

**LENGTH:** 815 words

**HEADLINE:** Staying overnight at Tahoe stretches slope time

**BYLINE:** Janet Fullwood Bee Travel Editor

**BODY:**

A majority of skiers and snowboarders who drive from Sacramento to Lake **Tahoe** resorts are day-trippers, but some of the best deals - and best experiences - are reserved for those who spend the night.

An overnight stay-and-**ski** package needn't cost much more than the price of a lift ticket, especially midweek. And that's not to mention the convenience.

"People have more time poverty than ever before, and are willing to pay the premium for convenience," says Franz Weber, a former Olympian and speed-skiing champion who directs the **ski** program at the luxurious Resort at **Squaw** Creek, which is connected to the **Squaw** Valley USA lift system. "Those who spend a lot of time and money coming to the mountains don't want to deal with traveling again once they get there, or dealing with long lines."

And need we mention traffic? As any day-tripper knows, the weekend crush on Interstate 80 or Highway 50 can sap the joy out of a blissful day on the snow. An overnight stay can take the stress out, allowing for travel at off-peak hours as well as first crack at the lifts.

Virtually every property in the **Tahoe** Basin offers deals for snow-resort visitors, with the lowest prices available midweek. Here are some examples:

Heavenly bargains: A buy-one-get-one-free deal at Heavenly features two nights of midweek lodging at an economy property and a lift ticket starting at $39 per person per night, based on double occupancy. Two-, four- and six-night packages are available (nonholiday, no Saturday nights) through Dec. 18. Also at Heavenly: An early season, midweek package, from $149 per person, includes three nights lodging and three lift tickets; it's also good through Dec. 18. For details: (775) 586-7000 or www.skiheavenly.com.

Truckin' in Truckee: The Best Western Truckee **Tahoe** Inn offers midweek (Sunday-Thursday, nonholiday) packages starting at $146 per couple; included are lodging and breakfast for two plus two lift tickets to Homewood or Diamond Peak. The price is $160 with skiing at Boreal; $176 with a choice of Alpine, Northstar or Sugar Bowl; and $198 for **Squaw.** For more information: (800) 824-6385 or www.bestwesterntahoe.com.

Alpine adventure: Alpine Meadows' Bed & Boards package features lift tickets and lodging at a choice of 50 participating properties in every price range, starting at $59 per person per night midweek and $79 per person per night weekends (plus tax and service). For more information: (800) 949-3296 or www.skialpine.com.

Live it up: The Resort at **Squaw** Creek, a **ski**-in, **ski**-out resort at **Squaw** Valley USA, offers one-night stay-and-**ski** packages from $399 per night. A "snow family" plan includes breakfast and a $50 credit that can be applied to **ski, spa** or other activities. All packages include **ski** valet and locker service, health club use, local phone calls, ice skating, skate rentals, cross-country skiing (including rentals and group lessons), snowshoes, sleds and organized recreational activities. For more information: (800) 327-3353 or www.squawcreek.com.

Sacramento Bee December 7, 2003, Sunday

Hyatt **ski** and spa: The Hyatt Regency Lake **Tahoe** in Incline Village, which recently opened the region's largest spa facility as part of a $60 million renovation, has an array of **ski** packages including the "grand winter day and night" deal. At $109 per person midweek (based on two to a room), it includes buffet breakfast, one lift ticket or a $50 spa credit per person and complimentary shuttles to the slopes. Taxes and a $10 resort fee (which covers coffee, bottled water, newspaper, use of the fitness center, local phone calls and incoming faxes) are additional. For more information: (800) 233-1234 or www.laketahoehyatt.com.

At the Cove: The midweek package offered by the Zephyr Cove lakeside cabin resort doesn't include skiing, but at $329 (including taxes) per couple for three nights (Sunday-Thursday stays, Jan. 11-April 8), it's a steal of a deal. Included are a guided snowmobile tour for two, an Emerald Bay sightseeing tour for two aboard the MS Dixie II, one breakfast for two, one lunch for two and 20 percent off at the gift shop. Kids stay free in their parents' cabin. For more information: (775) 589-4907 or www.zephyrcove.com.

Go condo: The North Lake **Tahoe** Resort Association's interchangeable **ski** package, from $101 per person per night (based on quad occupancy with a two-night, nonholiday minimum) includes a one-night condominium stay and one interchangeable lift ticket per person good at Alpine, Diamond Peak, Homewood, Mt. Rose, Northstar, **Squaw** Valley or Sugar Bowl. Tax and cleaning fees are included; some restrictions apply. The package is available through April 24. Weekends rates are slightly higher. For more information: (800) 824-6348 or www.mytahoevacation.com.

* * *

The Bee's Janet Fullwood can be reached at (916) 321-1148 or travel@sacbee.com.

**GRAPHIC:** Sacramento Bee file, 1999 / Owen Brewer At 8,200 feet, the Olympic Ice Rink at **Squaw** Valley USA's High Camp provides grand views of Lake **Tahoe**. The High Camp complex is at the top of the cable car.

**LOAD-DATE:** December 8, 2003

1039 of 2174 DOCUMENTS

Copyright 2003 The Telegraph Group Limited
SUNDAY TELEGRAPH(LONDON)

November 30, 2003, Sunday

**SECTION:** Pg. 07

**LENGTH:** 1086 words

**HEADLINE:** Where skiing is a two-way bet If a downhill run that takes in both Nevada and California doesn't thrill you, there's always the casino, says Adam Ruck

**BYLINE:** by Adam Ruck

**BODY:**
Skiing is always a gamble. Sometimes we get everything we've hoped for; at other times we are not so lucky, as I was reminded when cresting Spooner Pass, Nevada, to set eyes for the first time on Lake Tahoe, that fabled spot described by Mark Twain as "the fairest picture the whole world affords".

To my eyes the picture lacked one ingredient of perfection. Apart from a light dusting on the 10,000ft summits mirrored in the lake's glassy surface, there was hardly any snow. In the state where gambling is second nature, I wondered what odds you could get on Tahoe in December having less snow than Atlanta, or Washington or any Alpine resort you care to mention.

Luckily you don't need deep powder to have a good time in Nevada. The fun, if you like that sort of thing, starts at Reno airport, where a bank of slot machines awaits you in the baggage hall.

Later, the Tahoe road from Spooner brought me down through thick pine forest to the lake. Wooden chalets gave way to motels increasing in size and density as I closed in on the California stateline, which bisects the lake, the resort of South Lake Tahoe and its ski area, Heavenly.

South Lake Tahoe is a mini Vegas of neon towers between lake and mountains, and Harvey's Resort is like no other ski hotel I know. To reach Guest Registration, I dragged my bags through a vast casino where pale waitresses in black velvet mini dresses brought drinks to customers who were feeding the slots from cash buckets worn over the shoulder. No natural light penetrates the casino and there are no clocks.

Nor were there any empty seats on a Saturday night in Harvey's smoke-free poker room, and the punters were queuing at the tables for baccarat, blackjack and double odds craps. I am no casino connoisseur but this one seemed less depressing than usual. People were smiling and talking. These gamblers were having fun. In Nevada, going out to lose some money at the table is not always desperate addiction, but traditional Saturday night entertainment.

An atmosphere of greater decorum reigned on the third floor, where the Harvey's wedding chapel rubs shoulders with the spa. The fitness room was deserted, but in the chapel the Rev David Beronio was officiating his 14th marriage of the day. "We also do weddings for the ski resort," he told me. Ski weddings are more expensive than chapel weddings because they take longer and require lift tickets. "There's a good spot at the top of the mountain," said David, "but you can do it where you like so long as it's in Nevada. The lift company can supply a Champagne picnic on request."

Next morning I travelled down from the 26th floor of Harvey's with a man in a dark suit. Either he was a mobster or about to get hitched, I thought. "Actually my sister is, at 10 o'clock," he said, when I popped the question. This sounded good timing for a mountain reception followed by an afternoon on the piste.

SUNDAY TELEGRAPH(LONDON) November 30, 2003, Sunday

"Skiing"? he said. "Hell no, we're going to gamble, to pay for this darned thing."

As a ski area Heavenly's twin selling points are its lake views, and the stateline factor. Trees on the edge of the trail have signs nailed to them saying "Welcome to Nevada!" (or "California!"). Posing for a photo beneath them is a popular way to punctuate the skiing day. "Have you skied Nevada today?" a fellow skier asked me as we sailed idly up the mountain, our ski tips brushing the tree tops. I thought I probably had.

Veterans of Alpine ski areas that straddle national frontiers may find Heavenly's two-state status only mildly fascinating, but there is no denying the loveliness of the scene. Unlike Lake Louise, the Moritzersee and other famous mountain lakes which, being frozen and snow covered, present the winter traveller with the spectacle of a considerable expanse of flat snow, Lake Tahoe does not freeze. As a mirror of mountain beauty, it never fails to deliver on a sunny day.

The best views are to be had from Californian snow. Ridge Run, which offers an uninterrupted 4,000ft view down to the lake, must be one of the most spectacular blue runs in skiing. The gradient is gentle enough, too, for the shakiest skier to take eyes off their ski tips for a moment to absorb the heavenly landscape.

On the other side of the hill, Nevada offers fast-cruising pistes with views over the desert, and these are no less impressive. Typically for the US, at a time of snow shortage all these runs were in perfect condition.

There is plenty of terrain for advanced skiers in both states, but you can't expect to ski this stuff in a lean December. From the safety of an intermediate boulevard carpeted by flawless corduroy, I looked at inviting forest that cried out for powder skiers to weave their tracery between the trees; and admired the gentle upper slopes of Milky Way Bowl, which funnels down to a selection of horribly steep chutes. "What a shame not to ski them," I lied.

The lower slopes of Heavenly's Californian wing have a pair of notorious knee tremblers: Gunbarrel and the Face, where every bump is a ski jump. Oh dear. Neither run had enough snow for skiing. However, they are usually open – the Californian Sierras have some of the best snowfall statistics in the business and shortly after I got home, I received an email telling me that six feet of snow had fallen in 72 hours. Too bad. With skiing, all you can do is roll the dice and hope.

Snow report After encouraging pre-season snowfalls Heavenly, Squaw Valley and other Lake Tahoe ski areas opened for the winter season last weekend, with two to three feet of snow on the slopes.
essentials

Getting there

United Vacations (0870 606 2222; www.united vacations.co.uk) offers a week's room-only accommodation at Harvey's Resort, South Lake Tahoe, in mid-January for pounds 647 per person, based on two sharing, including flights to Reno. A week's all-inclusive car hire booked on-line through Holiday Autos (www.holidayautos.co.uk) costs pounds 158. South Lake Tahoe is 60 miles from Reno and Harvey's is a short walk from the ski lift.

Resort report

Heavenly is the largest of 15 ski areas around Lake Tahoe. Of the other areas, Squaw Valley has the best terrain for experts as well as a high-altitude beginners' area. Kirkwood is known for big snowfalls and powder skiing. Alpine Meadows is quieter and less expensive. A six-day lift pass valid at Heavenly, Squaw and North Star at Tahoe costs pounds 228 per person from United Vacations; and you can get two lift passes for the price of one in January.

LOAD-DATE: November 30, 2003