# EXHIBIT 11 - PART H

1057 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

NOVEMBER 27, 2003, THURSDAY, FINAL EDITION

SECTION: SPORTS; Pg. B11; MAIN EVENTS

LENGTH: 758 words

HEADLINE: MAIN EVENTS

BODY:
Yosemite restored on San Francisco Bay

That would be Yosemite Slough, an arm of San Francisco Bay at Candlestick Point. Although the Point has long been dominated by a sports stadium and parking lots, it also holds the first urban park founded by the California Department of Parks and Recreation. A fresh vision and energy for enhancing natural values in this park is being applied by the Coastal Conservancy, which just awarded a $650,000 grant for restoration, and the California State Parks Foundation, which intends to raise nearly $10 million more to complete the project. The goal is 12 acres of enhanced salt marsh and tidal habitat, including a nesting island for migratory birds, as well as a Bay Trail link. Those interested can attend a planning meeting, open to the public, 7-9 p.m., Dec. 4, at the BayView Opera House (Ruth Williams Memorial Theatre), 4705 Third St., San Francisco. Info: (415) 258-9975, or www.calparks.org.

------------------------------------------------------------

Let it snow

After some fast and furious early season flurries, hopes for reaching serious snow depths by Thanksgiving have dimmed. Most resorts are struggling to attain the magic three-foot mark, a level which usually means skiers can toss their beat-up "rock" skis back in the closet and haul out their good boards. While waiting for a predicted storm to blow in tomorrow and Saturday, those resorts equipped with artificial snow-making gear have been charging up the snow guns and really blowing it. For fresh updates on conditions, check the SfGate winter sport Web site: www.sfgate.com/sports/skiing.

------------------------------------------------------------

Deal for newbies

An annual steal of a deal wherein first-timers to winter sports can hit the slopes for a meager fee takes place Dec. 6 and 7. Those dates will be Learn to Ski or Board days at eight North Tahoe resorts. Just $20 scores you an all-day beginner lift ticket, lessons and rental gear at Alpine, Squaw, Sugar Bowl, Homewood, Northstar, Mount Rose, Diamond Peak or Boreal. Reservations are not required, but plan to arrive early to help things go smoothly. (800) 824-5348, or www.mytahoevacation.com. Special lodging packages are also available. (877) 845-5940.

------------------------------------------------------------

Fun with Fungi

Hundreds of freshly gathered wild mushrooms will go on display in the 34th Annual Fungus Fair, 10 a.m.-5 p.m. Dec. 6, and noon-5 p.m. Dec 7, at the Oakland Museum of California. Besides the displays, lectures and slide shows will cover mushroom hunting and identification, cultivation and other topics. Admission: $8 (adults), $5 (seniors and students), free for children age 5 and under. Access to other museum displays is included. (510) 238-2200, or www.museumca.org.

The San Francisco Chronicle NOVEMBER 27, 2003, THURSDAY,

-----------------------------------------------------------------

Social climbing for youth

The ninth annual edition of the Youth Climbing League will launch its activities in January, and run through March. Kids ages 7-17 are invited to join at any of six Greater Bay Area climbing gyms, where they will learn skills, fitness and sportsmanship. Competitions and field trips enhance their learning and add to the fun. Fees vary, depending on location. Participating gyms: Pacific Edge, Santa Cruz, (831) 454-9254; Sanctuary, Sand City, (408) 899-2595; Sunrise Mountain Sports, Livermore, (925) 447-8003; Twisters, Mountain View, (650) 967-5581; Granite Arch, Sacramento, (916) 638-4605, CityBeach, Fremont, (510) 651-2500. For the Berkeley area, and for general information, contact the organizer, Aspiring Heights, (510) 531-3043, or e-mail: !Alison@aspiringheights.com.

-----------------------------------------------------------------

Opening the relay

The 30th annual Christmas Relay runs come to Lake Merced in San Francisco, starting at 9 a.m. on Dec. 14. Each team will have four members; each member must run a 4.464-mile leg. (Accomplished runners will be allowed to participate on more than one team, if they wish.) There are all sorts of divisions for teams, separated by age and sex, ranging from an Open category to one for law enforcement and another for employees of the same corporation. Entry: $20/person, postmarked by Dec. 6, includes long-sleeved T-shirt, or $15/person by Dec. 6 without T-shirt; $20/person after Dec. 6, register on-site, does not include shirt. The relay is sponsored by the West Valley Track Club. (510) 865-4605 (evenings), or www.active.com.

**LOAD-DATE:** November 27, 2003

1073 of 2174 DOCUMENTS

Copyright 2003 The Seattle Times Company
The Seattle Times

November 23, 2003, Sunday Fourth Edition

SECTION: ROP ZONE; Travel; Pg. M1

LENGTH: 939 words

HEADLINE: What's new at ski resorts throughout the West

BYLINE: Christopher Solomon; Special to The Seattle Times

BODY:

Don't expect to see big changes on ski slopes around the West this winter. After the growth binge of the 1990s and a sluggish economy in the opening years of the new millennium, resorts spent the latest off-season tweaking their operations and improving the "visitor experience," especially better half-pipes and terrain parks for younger skiers and snowboarders, and more amenities for families with children.

The exception that proves the rule is Montana's Moonlight Basin, the first real U.S. ski resort to appear in two decades. Moonlight Basin right now is smaller than neighboring Big Sky resort skiers will find 1,500 acres and 1,850 vertical feet of intermediate terrain this winter, with another 1,000 acres for those willing to hike but managers say that by focusing on service they can find a niche in what has been a flat ski market across the country. Long-term plans call for expanding the terrain to 3,500 acres, or about the size of Crystal Mountain, with a vertical drop of more than 4,100 feet.

Here's what's new at several other ski areas beyond Washington's borders:

British Columbia

Whistler/Blackcomb: Additions include improved snowmaking to help the dismal lower-mountain conditions that prevail much of the year; more parking at Creekside; doubling of the size of Chipmunk Terrain Park on Whistler Mountain; and a new on-mountain play area for children on Whistler. 866-218-9690, *www.whistler-blackcomb.com*

Sun Peaks: The resort near Kamloops has added three new ski runs, including two expert runs on intermediate-heavy Mount Morrissey, which opened last year. A tube park for children is new, and child care has been expanded. The government repaved and widened the road to the resort. 800-807-3257, *www.sunpeaksresort.com*

Idaho

Sun Valley: Horizon will begin daily nonstop service to Sun Valley Dec. 14. Flights depart Seattle at 2:30 p.m. and depart Idaho at 1 p.m., 800-786-8259, *www.sunvalley.com*

Schweitzer: A new six-passenger chairlift travels to the summit in five minutes. An additional 150 acres of glades and groomed terrain have been opened. 800-831-8810, *www.schweitzer.com*

Oregon

Mount Bachelor: In a welcome burst of candor, the managers of the Northwest's sunniest volcano-skiing report nothing new for this winter save some improvements to the terrain park and half-pipe. 800-829-2442, *www.mtbachelor.com*

The Seattle Times November 23, 2003, Sunday

Mount Hood Meadows: A 500-foot, in-ground "super-pipe" replaces the above-ground pipe. It requires less snow to open. The resort continues its deal of $25 lift tickets for visitors who stay at participating lodging in Hood River. 503-337-2222, *www.skihood.com*

Montana

The Big Mountain: The Whitefish resort opens the first phase of its new Glacier Village base area with the Morning Eagle Lodge 49 condos as well as shops. About 10 miles of new trails for Nordic skiing have been added. 800-858-3930, *www.bigmtn.com*

Big Sky: Two new runs, Low Dog and Colter's Hell, have been cleared both offering north-facing, steep tree skiing off of Andesite Mountain. 800-548-4486, *www.bigskyresort.com*

Moonlight Basin: This new resort shares a ridgeline with Big Sky. This winter skiers can try 1,500 acres and 1,850 vertical feet of intermediate terrain, with another 1,200 vertical feet of chutes and steeper skiing for those willing to hike. 406-993-6000, *www.moonlightbasin.com*

Wyoming

Jackson Hole: The high-end growth spurt at slopeside Teton Village culminates in the 125-room Four Seasons Resort Jackson Hole which opens in December, complete with private health club and spa. Between $300 million and $400 million has been invested in the mountain and in Teton Village the last six years and taken it from rustic to swanky. 888-333-7766, *www.jacksonhole.com*

Grand Targhee: Visitors who book a ski/stay package from Nov. 21 through Dec. 18 get one free day of snowcat skiing, a $299 value. There are also two new snowcats for the Snowcat Adventure Tours on Targhee's Peaked Mountain. 800-827-4433, *www.grandtarghee.com*

Utah

The Canyons: The Wasatch up-and-comer has moved its 16-acre terrain park higher and added snowmaking. New is an Early Bird Ski Free Package: Stay at the Sundial Lodge or Grand Summit Resort Hotel between Nov. 21 and Dec. 25 and two people ski for free. Prices start at $159 for the Sundial Lodge, and $189 for the Grand Summit. 888-226-9667, *www.thecanyons.com*

Deer Valley: Additional glade skiing was added in the Empire Canyon area and snowmaking improved there. Still no snowboarding allowed! 800-558-3337, *www.deervalley.com*

Snowbasin: The Olympic venue adds a terrain park with separate areas for beginner and expert park users. 888-437-5488, *www.snowbasin.com*

California

Squaw Valley: The most noticeable change at Squaw is the opening of Phase II of the new base village, including more shopping and dining options (brought to you by Intrawest, designers of the love-it-or-hate-it Whistler village). 800-403-0206, *www.squaw.com*

Heavenly: Now a part of Vail Resorts, Heavenly adds a new high-speed quad chairlift, Canyon Express, on the upper (California) side of the mountain. 775-586-7000, *www.skiheavenly.com*

Kirkwood: The south Lake Tahoe Resort now offers snowcat skiing and guided tours on select powder days, weekends and holidays. 209-258-6000, *www.kirkwood.com*

Colorado

There's little new under the Colorado sun this winter, except for new or improved terrain parks at several resorts Vail, Durango Mountain Resort, Winter Park, Crested Butte, Aspen.

GRAPHIC: Snocat skiing at Grand Targhee, Wyo., accommodates all levels of skill, energy and motivation. (0330016938)

The Seattle Times November 23, 2003, Sunday

**LOAD-DATE:** November 24, 2003

1114 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

NOVEMBER 14, 2003, FRIDAY, FINAL EDITION

SECTION: SPORTS; Pg. C9

LENGTH: 281 words

HEADLINE: Season gets jump start

BYLINE: Dan Giesin

BODY:
Winter came a bit early to Northern California -- and so has the ski and snowboard season.

A couple of storms combined to deposit nearly four feet of snow on the Sierra over the past couple of weeks, and combined with temperatures conducive to around-the-clock snow-making earlier this week, there is enough white stuff on the ground to allow more than a half-dozen winter resorts to commence operations.

"The skiing is great," Squaw Valley Ski Corp president Nancy Wendt said. "If you are tired of waiting for the season to start, then come on out and warm up this weekend by enjoying the wonderful snow."

Although there is the expectation that more snow will fall this weekend, conditions will be of the early-season type (watch out for rocks, stumps and bare spots) and resort operations will be limited. For instance, Squaw will run just a handful of upper-mountain lifts, including Shirley Lake Express, Saturday and Sunday, then shut down operations until next weekend. Mt. Rose, which opened last Friday, is also in a weekend-only mode until next week.

However, Mammoth Mountain opened for the season eight days ago, and is still offering six lifts (including the bottom-to-top gondola) for daily use. Boreal also cranked up two lifts earlier this month, and is offering top-to-bottom skiing on its Accelerator Express.

Alpine Meadows, with one lift (Kangaroo), and Sierra-at-Tahoe, with three lifts, are making their 2003-04 season debuts today, while Kirkwood will open Saturday with five lifts (including the Cornice Express).

The bulk of Northern California's 20 alpine resorts are expected to be in operation by next weekend and no later than Nov. 26.

LOAD-DATE: November 14, 2003

Copyright 2003 FDCHeMedia, Inc.
All Rights Reserved
Copyright 2003 CCBN, Inc.
All Rights Reserved
FD (Fair Disclosure) Wire

November 10, 2003 Monday

Transcript 111003ah.700

**LENGTH:** 6287 words

**HEADLINE:** Q1 2004 Intrawest Earnings Conference Call - Final

**BODY:**

OPERATOR: Ladies and gentlemen thank you for standing by. Welcome to Intrawest Corporation's first quarter results conference call. At this time, all participants are in a listen-only mode and later we will conduct a question-and-answer session. As a reminder, this conference call is being recorded on Monday November 10, 2003.

I would now like to turn the conference call over to Mr. Daniel Jarvis, Executive Vice President and Chief Financial Officer. Please go ahead.

DANIEL JARVIS, EXECUTIVE VP AND CFO, INTRAWEST CORPORATION: Thank you all for joining us today for our first quarter conference call for fiscal 2004. With me on the call today are Joe Houssian, our President and Chief Executive Officer; and David Blaiklock, our Vice President and Corporate Controller. We have invited media and individual shareholders on the call in a listen-only mode, analysts and institutional investors will be permitted to ask questions at the conclusion of our remarks.

In addition, we are webcasting the call live from our corporate website www.Intrawest.com. The conference call will be replayed for one week and will be archived on our website for one year.

I want to remind listeners that our comments and answers to questions may contain forward-looking information. This information by its nature is subject to risks and uncertainties and actual results may differ materially from those projected in such information. Please refer to our fiscal 2003 management discussion and analysis for more information.

With those statutory comments behind us, I would like to open up the call and Joe Hussein will open with some comments.

JOE HOUSSIAN, PRESIDENT AND CEO, INTRAWEST CORPORATION: I will be very brief. We had our board meeting today. Yesterday, the Board and Senior Management went out to Mountain Creek where we toured the resort, and took a look at the beginning of our village there. The first building of the village is now under construction so it was very pleasurable to be there with the Board in the Senior Team.

We're very pleased to be here in New York to have our AGM (ph). We're increasingly seeing more interest in the company from here. We're very pleased with our results for the first quarter. We continue to be cautiously optimistic in terms of how the year is shaping up.

The eight Senior Management Executives at Intrawest are in New York, and we will be spending the rest of the week here and in Boston and then up to Toronto to meet with various investors and analysts and others who have an interest in the company. So, let me turn it over to Dan to go through the details.

FD (Fair Disclosure) Wire November 10, 2003 Monday

DANIEL JARVIS: The highlights of the quarter were first and perhaps most importantly significant positive swing in terms of cash generated from operations from a -115 million in the first quarter of 2003 fiscal, to a positive 18 million this year, 133 million positive difference. The big difference apart from the increase in number of real estate closings this year is quite clearly the Leisura partnerships as we indicated that accounted for 55 million of the swing and cash flow. As I had indicated in earlier calls, this is the first quarter where we're really seeing the big evidence of Leisura starting to take hold.

In addition, EPS of 2 cents a share compares to a loss of 23 cents per share last year in the first quarter. Another highlight of the quarter just post quarter was our successful refinancing. We called our 9.75 percent issue and refinanced at 7.5 percent and that issue went extremely well and was heavily oversubscribed and we ultimately raised the issue size from 250 to 350.

The other thing that I will speak you on the call is this is the first quarter where we have this new format of the income statement to bring greater visibility to our management services business. This segment is expected to deliver about 100 million in revenue this year so it is quite meaningful, and will be the fastest-growing segment of our business in the coming years.

When you combine our resort operations and management services, the two together will deliver about 65 percent of our total profit contribution this year and we would expect that to grow to about 70 to 75 percent in the next few years.

All of these developments are causing a major repositioning of Intrawest which we're seeing and certainly saw in terms of new buyers coming in to the debt issue as well as the kind of interest we're seeing on the equity side from new investors and it is very encouraging.

Moving to the operation side of the business, resort operations -- this is not a big quarter, but we were encouraged by some strengthening out there in the market. We saw revenue increase by about 5.3 million to 54.4 of which 2.2 was due to Winter Park.

Room nights here in the first quarter about even with last year with average daily rates up about 5 percent. That impacts both in terms of the level of activity within the resorts in terms of driving other business; but it will also will drive lodging revenue income which now appears under management services.

We saw increases in day visitors. We saw the conference business coming back; together they drove about a 15 percent increase in food and beverage on a same resort basis.

Golf was slightly below last year. Revenue per round was up however resulting in about a 5 percent increase in golf revenues. We're seeing, I don't think we are alone, we see it across North America, that golf did have a slow summer. When you put all of this together, we saw revenue increases improved resort operations, profit contribution to 3.5 million versus 1.7 million last year.

Turning to our new segment, management services, we saw lodging and property management revenue which is the largest component of this new segment. The revenue from lodging and property management increased by 2.3 million in the quarter.

Management fees from the lodging at the new villages at Mammoth and Squaw accounted for about 40 percent of the increase and the balance was mainly due to higher daily rates.

Management service fee from other sources other than lodging increased by about 4.1 million mainly due to the recording in the first fees from Leisura, higher commissions earned by playground and third party sales and increased revenue from RezRez. The profit contribution from management services was 2.6 million up from 2.4 million last year. The margin of 11 percent, you should not read too much into it in terms of the overall profitability of the business because the amount of revenue and profit in this quarter is relatively small compared to the total that we expect for the full year.

I mentioned earlier that we would expect about 100 million from this sector of revenue for the full year, and we would expect to have full year margins in the low 20s, so that is a more reasonable expectation once we have seen big volumes running through this category.

Turning to real estate development, which had a big impact in terms of the quarter-to-quarter comparison. We had an increase in real estate sales from 47 million to 144.5 million and was due to significantly higher number of unit

FD (Fair Disclosure) Wire November 10, 2003 Monday

closings. We closed 317 units compared with 87 units last year. As we mentioned, in the call last quarter, the distribution of closings is more weighted towards the first half of the year this year then in last year.

Resort Club revenue increased 2 percent in the quarter to 12.4 million. The higher real estate revenues increased profit contribution from real estate to 14.5 million from 3.1 million last year. The margin of around 10 percent reflects the mix of units for this quarter, and where those projects were, it is in line with the guidance that we had previously given that we would have lower than normal margins in this particular quarter.

A few words in terms of the new format of our income statement. The components of this are lodging and property management, golf management, our club Intrawest management fees, the RezRez reservations and licensing fees, commercial property management, playground real estate fees and our based level development service fees from Leisura. As I indicated earlier in my comments, we do expect about 100 million of revenue from this category in 2004.

The cash flow picture is perhaps one of the most important aspects of the first quarter. I mentioned in my opening comments that cash flow from operations showed a positive swing of 133 million when you compare this year's positive position of 18 million to the position that we had last year in the first quarter at -115 million.

The first four projects were sold to Leisura in the quarter and generated 55 million of this. In addition to that, we did have a higher level of closings which are I referred to.

Three more projects were sold into Leisura since September 30. We would expect four more to be closed in the next three to four weeks. Given the performance in the first quarter and the real estate sales that we have either closed or booked for the year, and our view in terms of the other parts of our business, we continue to be confident that we are right on track to generate at least 250 million of free cash flow this year and see a similar amount of reduction of debt.

In the quarter, we saw a reduction of debt of about 6.6 million versus an increase in net debt of 108 million in the first quarter of last year. Again, that reflects the positive move in terms of cash flow that I have described.

Moving to just a couple of words in terms of the debt issue. We had a very successful bond offering. Took advantage of the markets, the level of market and the confidence in the company to lock in a $350 million for ten-years at 7.5 percent and our objective here was to really make this the core element of our long-term capital structure. As we move over the 18 to 24 months and pay down other debt, this 350 million will assume an important part of what I would consider our term debt, our long-term debt structure. So, to put that -- lock that in at 7.5 percent I think was an opportunity in a sense to permanently move down our cost of capital for the Company.

In terms of the impact on our earnings per share, U.S. and Canadian GAAP requires that we write off the call premium on the 200 million that we retired in the quarter that we did the redemption. And any unamortized costs associated with that issue. That will cause a reduction of about 20 cents in the second quarter; in the balance of the year however, we will pick up interest savings and that will be about a positive five cents.

So, those of you were working on your models reflect that in terms of your earnings that would be vis-a-vis EPS, it will have no impact on EBITDA.

Going forward, in future years, we would project that the annual interest savings will be about eight cents a share. In addition, I think it is clear that we have strengthened our balance sheet because we have extended maturities at this rate. That has moved out, in fact their average maturities is slightly over six years.

Turning now to a few final comments on the outlook. I'll talk about real estate and then move to operations. On the real estate side, we announced today in our press release that we have closed units or pre-sold units for delivery in 2004 of 480 million. This number brings us certainly -- we're moving very close to where we would say is our full-budget year. We are in a very strong position vis-a-vis our targets for the year in terms of real estate.

In addition, Leisura had presales of 280 million for delivery in fiscal 2004 and 2005. As we indicated on a previous call and in the Leisura's workshop call, we're going to give you guidance and I am going to give you guidance now in terms of Intrawest's closings and Leisura closings and the guidance we will give you this quarter will be for 2004.

We should be in a position by the next conference call to give guidance in terms of some guidance in terms of 2005. But, in terms of 2004, we would expect closings for projects that Intrawest does, these are our projects to be 1200 to 1250 units with a profit contribution of something between 50,000 and 55,000 per unit. We would expect those closings to occur approximately 25 percent in the first quarter which we have done; 25 percent in the second quarter, both 15 percent in the third quarter, and the balance of 35 percent in the fourth quarter.

FD (Fair Disclosure) Wire November 10, 2003 Monday

Leisura closings will be relatively small this year about 160 to 170 units. The contribution per unit on that closing will be about 22,000 to 25,000 per unit. It will appear in two places. About two-thirds of that is deferred land profit which will appear as Intrawest real estate sales and contribution. The remaining third will come through the equity income in Leisura, and that will appear on that one line, equity income in the real estate development section of the income statement.

In addition to that 22,000 to 25,000 per unit, we also earned -- there is also a profit element which will come through the management services for the development and marketing that we do on these projects. While that depends somewhat on our ability to control our costs, those are internal costs that we can manage pretty well. So we have a pretty good idea of what that is and that should amount to another 18 to 20,000 per unit that would come through per unit on the management services line.

Turning to operations, really two pieces of guidance that I would give at this point. The first is really guidance that relates to what we are seeing in the regional markets and the big indicator there is sales of season passes and frequency card sales and we're quite encouraged about what we're seeing so far. Overall revenue is up 11 percent from last year across the whole company.

So, we are seeing some encouraging signs in terms of regional demand for our products. With regard to bookings, we continue to be somewhat hampered in terms of visibility as we look forward by the short booking window which we saw last year and is continuing we believe into this year where people are waiting until they're much closer to arrival to book. That having been said, the bookings that we do have today are running slightly ahead of last year at this point. All of which would give us what I would characterize as cautious optimism as we step towards the season.

That concludes my remarks. So, Operator if you would like to -- actually just before I conclude Operator -- I would just make one final comment.

What I have certainly been hearing as people are looking at the Company is that the combination of the free cash flow that we're expecting to generate this year, the shifting composition of income towards more recurring income, the Leisura impact on putting more limitations around our real estate risk exposure; all of these things have contributed to people looking at Intrawest today and much more of a total entity and in that respect, we're looking at certainty at Intrawest is falling squarely within a comparator group of hotels and cruise ship companies.

I think that is an important evolution for the company because that is a broadly covered sector of the stock market. In that respect as well, we believe that in terms of the metrics for valuation that total company EBITDA relative to enterprise value which is probably the most common metric used to value that comparator group of hotels and cruise ship companies is also probably the most appropriate measure for us.

Now, as we go forward, I think it can become even less capital intensive. EPS I think will become more and more relevant but today I think the most useful metric to use in valuation would be enterprise value to total company EBITDA. So, operator with those final comments, you could open it up for questions.

OPERATOR: (OPERATOR INSTRUCTIONS) Irene Nattel RBC Capital Markets.

IRENE NATTEL, ANALYST, RBC DOMINION SECURITIES: Thank you and good afternoon, gentlemen. Just a couple of questions if I might. First of all, as far as the increase in the revenues in the quarter from Mountain Operations, you noted that the 2.2 million was from Winter Park. I was wondering if you could just sort of speak qualitatively about where the balance came from?

UNIDENTIFIED SPEAKER: What we saw was in terms of specific areas, I would say one of the areas of strength was Whistler. And particularly, what we're seeing is mountain biking across the operations is quite strong, but Whistler's on mountain, mountain Park trading was actually very successful this summer. And so we saw that helped on the drive to. Generally where we have drive to business, that particularly -- that held in very well, it was strong this year. So, the businesses around that were also strong.

I did mention earlier or on that we saw that in terms of increases in day visitors, but we also did see a return of some of our conference business which had been weak the previous year.

IRENE NATTEL: That's great. Was this the first season that you have that luge run over at Tremblant?

DANIEL JARVIS: Well, I may be off base here, Irene, but I think it was. I could stand to be corrected on that one.

IRENE NATTEL: That's great. I was wondering coming you noted that the number of the room nights was stable year-on-year. Was there an increase in bed base? I guess what I'm getting at what was occupancy flat or was occupancy down?

DANIEL JARVIS: There were additional room nights, so occupancy was slightly down. The average daily rate was up. I would say thought that we are -- just to give you a little more color on that Irene, it is not what we saw for example with most resorts were in the middle range of that -- there were two outliers Sandestin had strong occupancy in room night growth, up 9.5 percent and Tremblant was down and Tremblant as well as you may be aware many Quebec tourism was impacted by lower U.S. visitors this year than we previously seen.

IRENE NATTEL: That's great. One final question if I might and I will pass it to somebody else. On the income statement, the interest and other income line of about 4.5 million, could you just talk about what sort of swing year-on-year was in there?

DANIEL JARVIS: Yes and I am just going to turn it over to David at this point.

DAVID BLAIKLOCK, VP AND CORPORATE CONTROLLER, INTRAWEST CORPORATION: The main change this year was we were covered some costs that we have spent in previous years, it was about 2.5 million in connection with a fuel spill at Mammoth. So, that is the single major change.

IRENE NATTEL: That's great. Thank you very much.

OPERATOR: David Braglio (ph) from Boston Company (ph) .

DAVID BRAGLIO, ANALYST, BOSTON AND COMPANY: Hi gentlemen. Nice quarter. Could you walk through the components of free cash flow for next year?

DANIEL JARVIS: When you say next year, are you referring to --?

DAVID BRAGLIO: I'm sorry this year.

DANIEL JARVIS: When you say perhaps you could help me when you say components?

DAVID BRAGLIO: How much is coming from Leisura, how much do you expect to come from real estate sales, and how much from core operations?

DANIEL JARVIS: I think the best way I can tackle that is when you look at the first quarter results, and if you look at our cash-flow statement, you will see two lines that are critical to my explanation. Recovery of cost through real estate sales, and then acquisition development of properties held for sale. You will see that in 2002, the recovery was only 43 million, but the acquisition development was 138. So, there was a shortfall there maybe $90 million.

If we look at '03 this quarter, it actually went the other way with us recovering more cost than we were expending. When you look at the full year for '03, what you should expect to see is that the recovery of cost to real estate sales actually will be well in excess of the acquisition development of properties held for sale, to the order of $200 million. That is reflective of what I would call the initial effect of Leisura as the properties that we are currently doing on our balance sheet, the large condo hotels, the large town homes roll off, we receive the cash from those, but it is not offset by significant reinvestment in new projects because we now have the Leisura structure.

So, there is $200 million positive there, that will be offset by a Leisura investment down below, but you're still going to see those two lines are going to be a significant part of the 250 million cash-flow. The balance of the $50 million will come from the other items, the other key items in our income statement i.e. the income from continuing operations plus the add backs of depreciation as you would expect from previous years.   .

DAVID BRAGLIO: Okay. How much cash do you expect to get from Leisura this year?

DANIEL JARVIS: The cash impact, the best way -- because really what the best way to look at it really is come in the amount of cash we are recovering but we are not having to expend, so that is why I refer to the 200 million that we are recovering net of the amount of investment in Leisura during the year of which will be about 18 to 20 million. That is the order of magnitude.

DAVID BRAGLIO: Thank you. All set.

OPERATOR: Gail Mifsud, Raymond James.

FD (Fair Disclosure) Wire November 10, 2003 Monday

GAIL MIFSUD, ANALYST, RAYMOND JAMES: Good afternoon. Can you give me some further information in terms of destination travelers and what you are seeing? I noticed you had mentioned that bookings were slightly ahead of the pace. Are you expecting that trend to continue, and what early signs can you point to?

DANIEL JARVIS: What we're seeing, I'm not sure if I can be that much more helpful than the comments we have already made. What we are seeing is that the booking pace that we have across the resort has definitely picked up, which would indicate again this aspect of the shortening booking window. So that if you look back a few weeks ago, we would not have been able to say that we were ahead of booking. We are catching up. We are now slightly ahead. So the trend is a good one. But, as I said, the visibility that we have at this point is just not the same as we might have had three years ago pre 9/11.

GAIL MIFSUD: Okay. Are you seeing anything in terms of, on a regional basis, anything that you could point to?

DANIEL JARVIS: Certainly what we are seeing, and we saw it to some extent last year, is that the drive-to destinations are very strong. The other thing that we are seeing a bit is we are seeing -- I think Mammoth may have a strong year this year, because Mammoth as a resort is definitely what I would say a bit on a roll. There is a huge new gondola. The village is up and visible for the first year with new shops and things. So we are seeing some buzz around Mammoth.

GAIL MIFSUD: Say you're not expecting the increase (indiscernible) to have a negative impact on U.S. travelers?

DANIEL JARVIS: We are not seeing it today, but again that is what I would say, if there is a warning flag that we are still not willing to put away yet, it would be on that point. But both Tremblant and Whistler are very highly rated in any of these surveys in terms of comparisons with the United States. And we're still, even though the Canadian dollar is stronger, we're still at a 25 percent discount. So we still have a price advantage and we still have very strong resorts in terms of the facilities and accommodation.

GAIL MIFSUD: Okay. You mentioned in the press release that real estate presales are 480 million to date. Do you have a figure for the same period last year, same quarter last year, what you were at?

DAVID BLAIKLOCK: It was around about 400 million.

GAIL MIFSUD: Any further guidance in terms of total for the year?

DANIEL JARVIS: No, not at this stage.

GAIL MIFSUD: Okay. Let me try to ask one last question here. I'm trying to get a sense of the real estate -- pace of real estate sales. Have you noticed that they are slowing down or does the momentum continue to be strong? What are you seeing on that?

DANIEL JARVIS: We're are actually seeing a pickup of activity. Even in the market which has up until now been the slowest which is Colorado. We actually have seen a pickup recently. The recent launches that we have had have been very strong. We have a townhome project recently in Mammoth that was a sellout, so we have had some very strong performance and what we're seeing is that the day-to-day sales which we call the tempo sales there is a pickup in the pace of that activity.

GAIL MIFSUD: Anything you can point to?

DANIEL JARVIS: I think that there is a confidence factor out there, which may be working its way through the economy. I think that in Colorado, some of the supply that was overhanging the market has been gradually absorbed. That may be a factor there.

GAIL MIFSUD: Okay. Great. Thank you very much.

OPERATOR: Dan Knoll of Goldsmith and Harris.

DAN KNOLL, ANALYST, GOLDSMITH AND HARRIS: Dan, have you set your ticket prices for the upcoming season yet? Can you comment on how much you raised them if any?

DANIEL JARVIS: Yes, all of the prices have been set. Generally, we have moved them up as we like to do. We don't like to move them up to shock our customers, but we did move them up depending on the product, anywhere from 3 to 5 percent.

DAN KNOLL: How about the season pass prices? As I recall last year you had some very competitive conditions to deal with. Have they come back to anything like normal?

DANIEL JARVIS: I think the one market that we did in general my earlier comment applied to both daily ticket prices and season passes. I think the market you're referring to there I believe of course was the Colorado market. I think really that market has restabilized around a new product positioning which is the season pass prices in the high 200's low 300's, and I think realistically what the market and we the ski resort operators have probably discovered is that where this product probably should have been priced all along. Meaning that if you're living in Denver, you're probably not going to want to walk in at $1000 for a pass which only allows you to ski at certain resorts when you have all these resorts to choose from.

When you look at the number of times you are going to ski at those resorts and divide it by the usage, that type of pass does not really probably make a whole lot of sense in that market. Whereas what is happening now is that we are seeing people are either buying our pass or they are buying the Vail product, some of them are buying both products because they want to ski both, but what most people are doing is looking at the usage, the number of times they are likely to use it against the price and what they are getting in terms of that is a reasonable price relative to a daily ticket price. So, I think in fact the market has settled in pretty much at a reasonable level and we're certainly not seeing any of the same kind of aggressive price activity that we saw a few years ago.

DAN KNOLL: So, you're season pass prices are up from last year?

DANIEL JARVIS: Yes. There are different products in that market, but generally I would say they are stable or slightly up.

DAN KNOLL: Okay. I just have one question on Leisura. The 55 million of cash flow swing that you referred to, is that basically that the acquisition and development would have been about 55 million higher had it not been for the Leisura structure in the quarter?

DANIEL JARVIS: Yes, it is really two sides of it is when we sell into Leisura, we do recover some of the costs that we have expended on those projects, so we get some recovery of cost on that line. Then, there is other cost that we don't have to expend that we would have otherwise had to expend in the acquisition development of properties

DAVID BLAIKLOCK: Just to clarify in terms of the numbers, what Dan said is true when you look at the numbers for the year but in terms of the quarter, we have not recognized any sales on Leisura, so the impact of the $55 million impact is all in the acquisition and development lines.

DAN KNOLL: So it would have been about 160 million had it not been for Leisura this year?

DANIEL JARVIS: That is correct. That is right. I'm glad David pointed that out because on a full year basis, or when you start to bring through the income statement, you're going to get the answer that I gave but in terms of this quarter, David's clarification is an important one.

DAN KNOLL: Thank you.

OPERATOR: Jimmy Shan with National Bank Financial.

MICHAEL SMITH: One quick question. There is about 14 million in proceeds from assets disposals this quarter. Could you talk about what that was about? And if there was any related gains or losses in the quarter?

UNIDENTIFIED SPEAKER: It is the second half of our investment in company dates out. You will recall that in July 2002, we sold about 55 percent of the investment and this is the balance. There was no gain or loss.

MICHAEL SMITH: Okay. Just with regards to the classification of management services operation, Club Intrawest that is still recorded in real estate, is that correct?

DANIEL JARVIS: The club sales and cost of sales are included in real estate, but what there is a club that has to be managed on an ongoing basis and we are the manager. We receive a fee for that. That is the fee which is included in management services.

JIMMY SHAN, ANALYST, NATIONAL BANK FINANCIAL: That's great. Thanks.

OPERATOR: (OPERATOR INSTRUCTIONS) Felicia Kantor with Lehman Brothers.

FD (Fair Disclosure) Wire November 10, 2003 Monday

FELICIA KANTOR, ANALYST, LEHMON BROTHERS: Hi guys. Just a couple of questions and one while we're on the subject of your Club Intrawest business. I'm just wondering how that business is coming? You did mention kind of a recovery during the tougher times we were seeing some slower sales and on wondering if you're thinking about focusing back on that again?

Also, regarding the land that is being sold into Leisura there is about roughly $400 million which you are working through into Leisura. You've mentioned in the past that you to have about $250 million of real estate assets on your books which could eventually go into Leisura. I was wondering how you felt about that at this time and if you knew the timing of that as well?

DANIEL JARVIS: Okay. With respect to the resort club, you'll see that revenue did increase modestly in the quarter to about 12.4 million. I think realistically Felicia, I will be able to give you a much better answer once we have gone through the prime selling season, because our club does a lot of sales at Tremblant and Whistler Blackcomb in the January to March April period. I think we'll have a much better read on that business at that point.

On the landside, our land holdings -- the landholdings that we have really that is the land investment associated with the fact that we have about 19,000 units for development. Those units really are available to be developed out over quite a long period of time and some resorts extended beyond 10 years, but certainly at the current rate of production we have certainly at least ten years of production there.

So, it is pretty hard to predict how much of that will go into Leisura at any particular time, but each year, a certain amount of that land investment will be carved out and become part of the projects that we will sell into Leisura.

FELICIA KANTOR: Okay. Thank you.

OPERATOR: Jeff Steinberg (ph) JLS Asset Management.

JEFF STEINBERG, ANALYST, JLS ASSET MANAGEMENT: Thank you very much. Congratulations guys. Just a couple of quick questions. In terms of debt at year end with all of the benefits of the free cash flow, am I right in thinking that debt at the end of this fiscal year should be around 850 to 900 million net debt?

DANIEL JARVIS: Yes, I think if you just took the 250 and applied it to the billion 130 million at year end, you would get something like 880, so yes, you are in the ballpark there.

JEFF STEINBERG: Great, so just sort of following up on your comments from the commentary, if we take that data and look at the market cap and worked through EBITDA, it looks like with your comments you guys are trading about 6.5 to 7 times EBITDA based off that, is that sort of consistent with the type of comments you are talking when you are looking at the comparable of the discount, etc?

DANIEL JARVIS: I think I've got to be a little careful Jeff, in confirming your number because it is a bit of the back handed way and I might be giving guidance on the EBITDA. But I think that if you take any reasonable projection of our EBITDA, you look at the consensus of the analysts out there, I think you will get certainly a valuation in the 6.5 to 7 sort of range. Without me giving that guidance, I think you can reap that conclusion using the numbers which are out there on the street in terms of EBITDA.

JEFF STEINBERG: Okay. Just one other question. I guess just to be clear not trying to get any guidance, but you mentioned that UPS would be less meaningful if I understood correctly in the near term. Yet, again based on what the analysts have etc., it still looks like the earnings when you run the numbers indicate a low double-digit multiple. Is the idea that the earnings growth accelerates dramatically in the out years? I just want to understand why earnings are less meaningful?

DANIEL JARVIS: I am really suggesting that I think one of the -- when the closest comparables in my view are the hotels and the cruise ship lines. They are tending to be valued on a total company EBITDA basis so that is why I was steering you in that direction. I think with respect to EPS, there is a bit of noise going to be this year because of the write-off of the premium on the bond which again we recover future years, but it does put a bit of noise around EPS number.

I guess what I would feel though is as we look forward two or three years, we are going to become -- our earnings are going to be growing, our EBITDA is going to be growing but our cost of capital, our depreciation and interest are going to be flat or declining which means that EPS will be outstripping EBITDA growth and I think what we will see is

FD (Fair Disclosure) Wire November 10, 2003 Monday

that EPS will become more and more meaningful as we become a company which is less of a capital driven company and more of a management services operations driven company.

JEFF STEINBERG: Terrific. Thank you. One final comment. I think you mentioned, I just didn't catch the correct percentage. Did you say that the price differential on your property is basically 25 percent cheaper than comparable U.S. properties now?

DANIEL JARVIS: What I was referring to was just the current Canadian, U.S. exchange rate depending on how you look at the exchange rates but effectively somebody buying -- an American coming up to Canada, the Canadian dollar is about 25 percent less than the US dollar, so all other things being equal, there is still a 25 percent I will call it discount by coming to Canada. That is still a reasonably meaningful number because if you look at our lift ticket prices at Whistler, compared to a Vail or an Aspen, on a per diem basis, they are very similar. And again hotel rates will obviously vary according to the quality of the hotel but once again, when we compare a lot of the hotels against a comparable quality hotel at Vail, again in local currency they were probably quite similar. Which means if you translate for the currency into Canadian dollars you are generally getting the 25 percent I will call it discount.

JEFF STEINBERG: Great. Thank you very much.

OPERATOR: (OPERATOR INSTRUCTIONS) Mr. Jarvis, it does not look like anyone is waiting to ask another question.

DANIEL JARVIS: Well then I think we should just wind things up at this point, Operator. Thank you all for calling in and participating in this conference call. We look forward to updating you as the year progresses, and we will certainly look forward to your participation in future calls. Thank you.

[CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS. Copyright 2003, CCBN, Inc. All Rights Reserved.]

LOAD-DATE: November 25, 2003

1132 of 2174 DOCUMENTS

Copyright 2003 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

November 9, 2003 Sunday MO1 EDITION

**SECTION:** TR; Pg. 7

**LENGTH:** 98 words

**HEADLINE:** Early snow ushers in Northern Sierra **ski** season

**BYLINE:** Mercury News wire services

**BODY:**

Northern California's **ski** season kicked off last weekend with Boreal's opening Nov. 2.

Mt. Rose opened its lifts Friday. And if the weather continues to cooperate, several resorts anticipate opening before Thanksgiving. Some other resorts that have announced opening dates: Heavenly is scheduled to open Nov. 21; Kirkwood and **Squaw** Valley on Nov. 22 (**Squaw** could open earlier, if weather permits); and Northstar-at-**Tahoe** aims for Nov. 26. Many other resorts have not yet announced their opening dates.

In Yosemite, Badger Pass Ski Area is still scheduled to open in mid-December.

**LOAD-DATE:** November 9, 2003

1133 of 2174 DOCUMENTS

Copyright 2003 St. Louis Post-Dispatch, Inc.
St. Louis Post-Dispatch (Missouri)

November 9, 2003 Sunday Five Star Lift Edition

**SECTION:** TRAVEL & LEISURE; Pg. T1

**LENGTH:** 1349 words

**HEADLINE:** BIGGER AND BETTER;
SKI AREAS OUT WEST IMPROVE INFRASTRUCTURE, ADD AMENITIES

**BYLINE:** Dan Leeth Special To The Post-Dispatch

**BODY:**

The economy may be slushy, but that has not kept Western ski areas from shoveling millions into improvements.

They have heartily raised lifts, cut trails and enlarged terrain parks. Expanded snowmaking promises to bury slopes beneath a blizzard of faux snow, and base areas look as if they've been hit by an avalanche of new shopping, dining and lodging options. All is geared to satisfy the wants of winter warriors.

Colorado

Last season, "Rocky Mountain High" described the Colorado snowpack. This year, more resorts will sing solo versions of "Let It Snow," hailing a boosted ability to manufacture flurries.

Both Steamboat and Breckenridge are upgrading their snowmaking, and Arapahoe Basin is cranking it up for the first time ever. Crested Butte joins the terrain-park club, with jibs and jumps above the Paradise warming house. At Vail, stump and rock removal will cut ski scraping in Blue Sky Basin, and an outdoor deck will overlook Sun Up Bowl.

Around Aspen, downhillers will get a boost with improved chairlifts at Snowmass and Aspen Mountain. For those lunching on the hill, more seats will grace the Sundeck restaurant. At Buttermilk's terrain park, home of ESPN's Winter X Games, additional rails, boxes and a 26-foot wall will further thrill youths and petrify

parents. Back in town, it will be diets that crash, falling to tempting new restaurants.

"Park-ology," a three-tiered terrain park and learning program, will p remier at Beaver Creek. The Park 101 section will provide entry-level hits for novices; the Zoom Room section will contain more challenging features, and Moonshine will offer obstacles and a half-pipe for advanced jibbers. To help reduce parental anxiety, the Children's Ski and Snowboard School will provide terrain training.

Keystone is tripling the size of its terrain park and adding a superpipe. Nearby, the Mountain House will be redesigned, with menus and music aimed for youths. Those who prefer purring snowcats to hip-hop and rock will be able to prowl powder in backcountry bowls east of the main mountain. At the River Run village, where once Starbucks was often the hottest apres-ski venue, new bars, restaurants and a nightclub will offer caffeine-free alternatives.

Intrawest has partnered with Denver's city-owned Winter Park in an attempt to transform the local favorite into a world-class resort. This year, the terrain park will be improved, with bigger features, a superpipe and a snow bridge bypassing a ski trail. At the base, the West Portal Station has received a makeover, and Mary Jane Center has a new paint job.

Utah

St. Louis Post-Dispatch (Missouri) November 9, 2003 Sunday Five Star Lif

It's the second season since the Olympics, and this year Utah's resorts are improving infrastructure and widening offerings, which include opening restaurants with full-service bars.

The Alta Lodge at Alta will be presenting a pair of "Powder Tracks" programs designed to teach all-mountain techniques to intermediates and advanced skiers. The five-night package includes rooms, meals, lifts, snowcats, demo gear and instruction.

In southern Utah, Brian Head will be expanding to four terrain parks, un veiling a new restaurant (with full-service bar) in the Navajo Lodge and participating in "Ski Las Vegas" packages that include two nights each of slots and slopes.

The Canyons has moved its terrain park farther up the mountain. Deer Valley is enlarging Snow Park Lodge, increasing its glade skiing and firing six additional snow guns. Park City nailed a deck onto the Summit House Restaurant and will open a terrain park for novices. Snowbasin will be adding a terrain park, and Snowbird will be augmenting its. Solitude's latest lift accesses 400 acres of free-ride territory, and a new family-friendly terrain park will provide smaller features made entirely from snow. Sundance plans a series of performance skiing labs.

Northern Rockies

Wyoming, Idaho and Montana offer resorts that range from upscale grand to downright affordable. In this region of frigid fluff, lodging is the big news.

At the base of Wyoming's Tetons, Jackson Hole solidifies its swanky reputation with the launch of a Four Seasons. The property includes a luxury hotel, private penthouses and interval-ownership Residence Club, all aimed at those who crave the finest. The slope-side facility also provides a restaurant, spa retreat, fitness center, heated outdoor pool and multiple hot tubs.

In Idaho's Sun Valley, which plans to carve its first half-pipe this year, remodeled and redecorated rooms will grace the historic Sun Valley Inn. For those choosing choppers over chairlifts, Sun Valley Heli-Ski is opening Smoky Mountain Lodge, whose deluxe accommodations can be reached only by air.

At Big Mountain in northwestern Montana, the new Morning Eagle Lodge will provide ski-in/ski-out condominiums with a view. Thirsty visitors who value funky apres ski venues will appreciate the reopening of the base village's famed Bierstube bar.

Pacific Coast

The Sierra and Cascades receive some of the country's deepest snowpacks, which makes for fine skiing. This year, California will feature a pair of improved base areas, while in the Northwest, lift capacities are rising.

Mammoth Mountain on the Sierra's eastern escarpment has completed its Village at Mammoth. The enclave will feature pedestrian-only streets lined with accommodations, stores, restaurants and shops. A 15-passenger gondola will connect all to the slopes.

Around Lake **Tahoe**, Alpine Meadows has dropped lift-ticket prices to $39. Heavenly installed four new lifts and acquired permits for a 15-acre beginners' park. Kirkwood will offer cat skiing on select powder days, and Sierra-at-**Tahoe** sports a better access road.

**Squaw** Valley will be opening phase II of its expanded base village, where lodging, shops and eateries are accessed by winding walkways reminiscent of the Alps. For those chained to their laptops, **Squaw** now provides wireless Internet access from nearly anywhere on the mountain.

In Oregon, Mount Bachelor will be making snow for the first time; Willamette Pass will christen a new, six-passenger lift; and Hoodoo has replaced two double-chairs with fixed quads. They are also opening a day lodge with a unisex locker room to accommodate teens who formerly changed clothes in the dining area.

Canada

Although the exchange rate has tightened since last year, one U.S. dollar still buys $1.30 Canadian, which can make skiing north of the border a bargain.

British Columbia's famed Whistler Blackcomb, home of the 2010 Olympic Games, will improve snowmaking and expand terrain parks. Beginners and families will find new rails at Chipmunk Park, and those fresh to the sport can hit more fun features in the Big Easy Terrain Garden.

St. Louis Post-Dispatch (Missouri) November 9, 2003 Sunday Five Star Lif

Big White outside of Kelowna will be opening an outdoor ice-skating rink that includes a frozen trail stretching over a half-mile in length. Glading in the Black Forest area will provide additional tree skiing, and for those who prefer cruisers, two new grooming machines should turn slopes into corduroy freeways.

Near Kamloops, Sun Peaks will be adding an illuminated tube park and a Nordic trail. To get there, Alaska/Horizon airlines will provide service through Seattle.

Over in the Alberta Rockies, Nakiska in Kananaskis Country will be upgrading its snow making, and Marmot Basin, in Jasper National Park, will open two additional bowls.

In Banff National Park, Norquay has acquired high-powered grooming machines, and Lake Louise will be adding 30 percent more area under snowmaking. At Sunshine Village, a quad will replace the old double chair on Mount Standish, and additional extreme ground will greet experts on Goat's Eye Mountain, where skiers and riders will be required to have partners, probes, shovels and avalanche transceivers.

Down at base areas, the Willow Stream Spa at the Fairmont Banff Springs Hotel is receiving a facelift, and the Fairmont Chateau Lake Louise is undergoing a $65 million renovation slated to be completed next summer. Of course, by then the season will be over, and another round of improvements will be underway.

**GRAPHIC:** PHOTO; Color Photo by DAN LEETH - Terrain-park riders at Winter Park in Colorado will find bigger features, a new superpipe and a snow bridge that crosses over a **ski trail.**

**LOAD-DATE:** November 9, 2003

1136 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

November 8, 2003 Saturday

SECTION: BUSINESS; Pg. 1D

LENGTH: 1354 words

HEADLINE: Resorts hope early snow means early payoff for improvements

BYLINE: Thomas J. Walsh and Ryan Randazzo, Staff

BODY:

Ready to go: Ski areas hoping to take advantage of wintry weather to open as early as possible.

By Thomas J. Walsh and Ryan Randazzo

RENO GAZETTE-JOURNAL

The ski season might not be fully under way until the end of November, but early snow has prompted some lifts, like one at Mount Rose, to begin moving, as ski resorts scramble to capture as much business as they can before the unofficial Thanksgiving weekend launch date.

The word from avid skiers in the region is that the Diamond Peak Ski Resort at nearby Incline Village will be much improved this year, thanks to a new "high-speed quad" four-person lift that will help get weekend crowds up the mountains faster, and, presumably, happier. The new lift will propel skiers up to the 8,540-foot elevation in about five minutes, management said.

The fast new lift should be up and operational by Dec. 18, when the resort opens.

Removing the old lift and getting preparations in place for the new one called for helicopter aid in August and September, part of the $2.8 million project. The Incline Village General Improvement District board of trustees, which oversees the resort, approved the lift.

"It's pretty much standard these days that ski areas are putting in high-speed lifts," said Missy Hinton, spokeswoman for Diamond Peak. "I think we lost a lot of customers when our close competitors, like Mount Rose, replaced their quads, but this is going to bring a lot of people back to Diamond Peak."

Daily, all-day lift tickets for adults at Diamond Peak will be $44, up $3 from last year to help offset the cost of the lift.

Speaking of Mount Rose-Ski Tahoe, the closest resort to the Reno-Sparks area, one quad lift got going Friday, on a beginner slope. Daily ticket prices for this weekend are $20, or $10 for kids, numbers that will be adjusted when terrain and more lifts are added to service.

More lifts could open next weekend when the resort again will be open for three days, Director of Sales Murray Blaney said. Daily skiing will start Nov. 20.

"Most of our capital expenses this year have gone to the efficiency of our snow-making equipment, which have paid dividends," Blaney said. "Hence, we're open."

Reno Gazette-Journal November 8, 2003 Saturday

In all, Mount Rose spent $1.2 million this past summer. Other improvements include a new grooming machine and an expansion of the resort's rental ski and snowboard inventory.

At the pass

At Sugar Bowl at Donner Pass, skiers can expect 500 new slope-side parking spaces at the resort's main lodge at Mt. Judah, which will mean a shorter schlep, the owners said.

Also at Sugar Bowl this year is the "new interim" 7,000-square-foot Mountain Sports Learning Center. Ticketing, rentals and lessons can all be purchased in one spot.

The sprung structure (a sort of sturdy tent) promises "a super easy, rapid experience of getting out of the car and onto the slopes," Sugar Bowl's Web site says. "Guests will be invited to pull up, drop off the family, park the car and rejoin everyone all geared up and ready to go."

A permanent 12,000-square-foot Learning Center should be built within two to three years.

Also due for completion this fall is the 11,000-square-foot Village Hall, next to the slope-side Gondola building and part of Sugar Bowl's "classic village" redevelopment meant to bring together the resort's community of homeowners and ski team athletes under one roof. Dining and special events will happen on one floor with training facilities on another.

The three projects, totaling $6.5 million, mark the first phase of Sugar Bowl's Village Expansion Master Plan. Future facilities include an ice rink, a swimming pool, and more village expansion.

The resort will open Nov. 15, pending continued cold temperatures and storms due for this weekend. Lift rates were not definite at press time.

Heaven for beginners

At Heavenly Ski Resort on Lake Tahoe's south shore, things are just getting bigger and better, its owners report.

Vail, Colo.-based Vail Resorts said it has spent some $16 million - $9.5 million of it during this past off-season - since buying Heavenly in May 2002, upgrading restaurants, improving snowmaking and installing a high-speed detachable quad lift.

The new quad is located at mid-mountain on the California side, and should reduce past bottleneck tendencies in that area.

There's also new 15-acre beginners' area just off the top of the resort's gondola, which includes four new lifts of its own, said spokeswoman Molly Cuffe.

Heavenly has also renovated three of its lodges - Sky Deck, the East Peak Lodge and the Lake View Lodge.

There's updated snow-making equipment and five new grooming machines, along with a new ski school registration center in Heavenly Village (which opened last year), adjacent to the gondola entrance.

Vail Resorts, which operates four other resorts in Colorado, plans another $24 million of improvements during the next four years at Heavenly, including replacing the aging California Lodge.

Heavenly opens this year Nov. 21. Daily lift ticket prices for the year are still not decided.

'Season of truth'

While ticket prices creep up at other resorts, Alpine Meadows Mountain Resort is dropping its regular season ticket price to $39 (down $17 from last year's rate), with some holiday exceptions.

The new campaign, dubbed the "Season of Truth," is focusing on the basic skiing and snowboarding experience without the frills of more glamorous resorts, spokeswoman Rachel Woods said.

The resort will limit the number of people on the hill by not using some of its overflow parking facilities and capping ticket sales, although the private company won't say how many is too many.

"We are going back to our roots," Woods said. "We are trying to align our product with our message, with our price and the overall experience. We are giving a simple product, a simple price solution and hopefully a simple message."

Reno Gazette-Journal November 8, 2003 Saturday

The resort should announce an opening date any day now, Woods said.

First open

Boreal Mountain Resort, owned by PowdrCorp. along with Alpine, also uses a low-price approach, even though regular season ticket prices are up $1 this year to $36. The mountain operates 9 a.m. to 9 p.m. with lights.

As usual, the small resort was the first to open this year when it began turning lifts Nov. 1.

Improvements include upgrading the 36 rooms at the Boreal Inn and new features on the terrain parks, spokeswoman Jody Church said.

"We are doing a new park design with an urban theme this year," she said. "A lot of kids are into the urban stairs and rails."

Boreal also is moving its halfpipe, a u-shaped trough in the snow used for trick snowboarding and skiing, to a more visible location with better lighting at night, Church said.

'The Wood'

Kirkwood Mountain resort spent more than $5 million in the off-season improving the mountain locals affectionately call "The Wood."

They spent the money on a new Village Center, real estate, a walkway and children's ski center with a new "magic carpet" lift, similar to an escalator but without steps.

Starting this season, Kirkwood will offer tours of the Red Cliffs area via snow tractors, weather permitting, for all ability levels, the company announced. Tour prices were unavailable at press time.

Kirkwood plans to open Nov. 22 and will charge $58 for a regular season lift ticket.

Sprouting village

Squaw Valley USA visitors immediately will notice the ongoing buildup of the new base-area village, which has opened its second phase.

With the construction fences down and a new bridge over Squaw Creek, the parking lot is more accessible with more spaces, spokeswoman Katja Dahl said.

"The idea is to get people out of their cars and make it more like a European mountain village," she said.

A new children's learning center also is debuting at the resort this year, she said.

The regular season lift ticket price of $59 is $1 more than last year's, and allows skiing until 9 p.m. under lights.

Scheduled to open Nov. 22 for skiing, Squaw also offers locals ticket specials, detailed on its Web site.

GRAPHIC: Editor Tim Dunn and the Associated Press contributed to this report. ON THE WEB; Many Tahoe-area mountain resorts offer specials much less expensive than the regular season prices, especially for locals. Details are available at the following Web sites: Alpine Meadows: www.skialpine.com; Boreal: www.skiboreal.com; Diamond Peak: www.diamondpeak.com; Heavenly: www.skiheavenly.com; Homewood: www.skihomewood.com; Kirkwood: www.kirkwood.com; Mammoth: www.mammothmountain.com; Mt. Rose: www.skirose.com; Northstar: www.skinorthstar.com; Sierra-at-Tahoe: www.sierraattahoe.com; Squaw Valley: www.squaw.com; Sugar Bowl: www.sugarbowl.com; ON THE WEB; See this story for links to Reno-area ski resorts and snow conditions: RGJ.com, business. Scott Sady, Reno Gazette-JournalSNOW PLAY: Five-year-old Wayett Keysor gets a tow up to the lift by his mother, Jody, during opening day at Mt. Rose Ski Tahoe on Friday.Tim Dunn, Reno Gazette-Journal fileHEAVENLY VIEW: Skiers at Heavenly will see many improvements when the resort at the south end of Lake Tahoe opens for the season.

LOAD-DATE: November 10, 2003

1151 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

November 3, 2003 Monday

**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 477 words

**HEADLINE:** BUSINESS & TECHNOLOGY

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

Squaw fires up hotspots

Wireless Web: New service is the first of its kind for **Tahoe's** resorts.

By Ryan Randazzo

RENO GAZETTE-JOURNAL

Visitors to **Squaw** Valley USA can now access a wireless Internet "hotspot" at the resort, which officials hope will be a hot selling point for vacationers.

Besides being able to check e-mails and surf the Web, the resort could expand the network's uses to provide promotional materials to visitors.

For example, skiers could get a message on their wireless-enabled personal digital assistants or cell phones telling them about a special at the base-area bar or short lines at a particular **ski** lift.

**Squaw** will be the first **Tahoe**-area resort with the service, but other major North America resorts have experimented with wireless hotspots, including Snowbird near Salt Lake City and Whistler in British Columbia.

Officials said **Squaw** is the first resort to launch extensive, mountain-wide service.

"It may even give the **Tahoe** area economy a boost because vacationers can stay up here a day longer," said Devin Koch, chief executive of Exwire, the Truckee-based company providing the service.

"We are sure a lot of Bay-Area people are going to come up here and **ski** like they do every year."

People with wireless-enabled laptop computers, PDAs or cell phones can use the service at **Squaw** by choosing the Exwire network and opening their Web browser.

The service costs $2.50 per hour, $8 per day, $23 per week or $29 per month.

"It is fairly easy and straightforward," **Squaw** spokeswoman Katja Dahl said.

"It will be a great way to get weather reports and grooming reports. It can be a communication tool for dispersing information."

The base area restaurants and lodges have the service now, and most of the resort, including the swimming pool and ice-skating rink at mid-mountain, should have access to the service by the end of the season, Dahl said.

Exwire also provides wireless hotspots for businesses and homes in the North Lake **Tahoe** area.

Home service has a base fee of $48 per month within the service areas, Koch said. Some customers pay extra to extend service to their area.

"We are filling the gap that has been created up here the last couple of years," Koch said. "Up here in **Tahoe** it has been difficult to get broadband because the providers have not rolled it out."

Exwire, which also provides service in the Chicago area to condominium complexes, has at least one major competitor in **Tahoe.**

CloudX launched wireless service in the area last year, just before Koch began his 11-month old service. Exwire is courting hotel-casinos and other ski resorts in the area for its service, Koch said.

o 'We are filling the gap that has been created up here the last couple of years.'

Katja Dahl

Squaw spokeswoman

ON THE WEB

www.exwire.com

www.squaw.com

www.cloudx.net

**GRAPHIC:** David B. Parker, Reno Gazette-JournalLINKING UP: Jeremy Mosier of Exwire uses a PDA Wednesday to demonstrate the wireless connectivity his company is providing at **Squaw** Valley.

**LOAD-DATE:** November 4, 2003

1153 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

November 2, 2003 Sunday

**SECTION:** F; BRIEF; Pg. 4

**LENGTH:** 2182 words

**HEADLINE:** Ski like the Olympians

**BYLINE:** By Claire Walter

**BODY:**

Want to **ski** where Olympians raced or will race before too long? Whistler, Canada, was recently designated as the 2010 Winter Olympics site.

You can get there before the TV cameras and see what the competitors will be up against.

Or maybe you'd prefer to go to one of the ex-Olympic venues around the globe and see the site of your favorite downhill nail biter, figure skating debacle or hockey cliffhanger up close and personal.

Snow-clad slopes lure skiers and snowboarders, but past games have also left legacies of off-slope activities. After the crowds go home, you'll still find cross-country skiing tracks, **ski** jumps, arenas where figure skating, hockey, and more recently short-track speedskating have been contested, speedskating ovals and bobsled and luge runs.

This, in turn, means a season full of exciting spectator sports. And if there are museums where Olympic and other local lore is showcased, don't miss them.

In truth, not every former Olympic site makes sense for North American **ski** vacationers. Sarajevo in the former Yugoslavia (1984 Games) is still recovering from the Balkans' political vicissitudes, Oslo (1952) is a vibrant Scandinavian city but not really a **ski** destination in the contemporary sense, and with language challenges, Japan's Sapporo (1972) and Nagano (1998) are not really geared for non-Asian skiers and snowboarders.

But the remaining Winter Games hosts are either excellent **ski** resorts in their own right or close enough to hot skiing to warrant a drive-by visit on your way to your vacation destination (Calgary, 1988; Grenoble, 1968; Albertville, 1992, as well as Torino coming up in 2006).

Package pricing lets you gallivant with the ghosts of Olympians past (and future) without murdering the budget. In most cases, low-season prices (that is, from after New Year's Day to mid-February) are quoted here, reckoned per person/double occupancy. They include airfare unless otherwise noted (add-on airfares from cities other than Miami are available). (For a shortcut to various tour operators' Web sites, go to www.snowpak.com

Chamonix, France (1924)

Site of the first Olympic Winter Games (though they weren't officially recognized as such until 1925), Chamonix is steeped in winter sports history, but its proximity to Mont Blanc's spires and scare-yourself-silly runs at Argentiere and the Vallee Blanche ensure an ever-elevated adrenaline level. More moderate terrain is, of course, spread across the **ski** mountains closest to Chamonix or the 13 areas covered by the Mont Blanc regional **ski** pass. **Ski** Europe's Chamonix package starts at $979 for Miami-Geneva round-trip air, ground transfers, and seven nights at the three-star Croix Blanche Hotel with daily breakfast. Ski Europe: 800-333-5533, www.ski-europe.com

Contra Costa Times (California) November 2, 2003 Sunday

St. Moritz, Switzerland (1928; 1948)

Saying you just got back from St. Moritz is like saying you just got back from Monte Carlo: Everyone, royalty included, is jealous. In addition to having twice hosted the Olympics, this uber-resort hosted the 2003 World Alpine Ski Championships. You can ski in triple-medalist Bode Miller's tracks -- or anywhere else on the five mountains covered in the Engadin regional ski pass.

Adventures on Skis' packages start at $1,143 for round-trip Miami-Zurich travel on SWISS airline, rail transfer to the resort, lodging at the three-star Hotel Laudinella and daily breakfast. A six-day regional ski pass is approximately $235 additional.

Lake Placid, N.Y. (1932; 1980)

Attractions in this picturesque Adirondack village include skiing on the Olympic slopes of Whiteface Mountain, cross-country skiing at Mount Van Hoevenberg, indoor/outdoor skating on ice, access to the ski jump observation deck, a whirl on the bobsled course and the Olympic Winter Museum. Despite its winter reputation, Lake Placid is primarily a summer destination and therefore a winter bargain, with abundant options in terms of lodging and length of stay from long-weekend getaways to one-week winter escapes. Customized lift/lodging package quotes are available from Tours de Sport, 888-754-2167, www.toursdesport.com

Garmisch-Partenkirchen, Germany (1936)

Alpine skiing made its first Olympic appearance here in 1936, and these twin towns have been Germany's flagship winter resort ever since. In addition to snow sliding in the shadow of the Zugspitze, Germany's highest mountain, winter and indoor-sports diversions abound. Conditions permitting, you can still catch a ride on the bobsled course. Round-trip Miami-Munich air, seven nights at the three-star Hotel Vier Jahreszeiten, daily breakfast and transfers can be had for as little as $919 from Ski Europe. The Happy Ski Card lift pass for six days of skiing or riding on both sides of the Austro-German border is approximately $188 additional; a three-day pass is $94.

Cortina d'Ampezzo, Italy (1956)

Cornerstone of the Dolomites, Cortina offers so much incredible terrain and so much scenic splendor that you'll gape in disbelief at the crowds of nonskiing Italians who've come just to hang out. The Tofano, one of the two main close-to-town ski sectors, is the gold standard for on-snow challenge and breathtaking beauty, but the majority of the terrain is suitable for mid-level skiers and snowboarders -- or, like those sybaritic Euros, you might find that Cortina is a great place just to enjoy the views and cozy up to a fire with a drink in your hand. A package of round-trip Miami-Venice air, bus transfer and seven nights in the three-star Olimpia Hotel starts at only $829 from Ski Europe. The Dolomiti Superski Pass, valid on 460 lifts in 12 ski areas in and around Cortina, is approximately $190 additional.

Squaw Valley (1960)

At this High Sierra snow mecca, the Olympic aesthetic has largely been superseded by the exceptional challenge of the Palisades, a series of cliff-bands that draw a cadre of extreme skiers and riders, but the slopes below truly offer something for everyone.

Squaw Valley boasts 33 lifts, including North America's only Funitel and a huge cable car, that access six peaks, 4,000 acres and 2,850 vertical feet of terrain. Take a twirl on Squaw's on-mountain skating rink at High Camp (8,200 feet). In the valley, a state-of-the-art resort village has taken shape. A condominium at the very luxurious Resort at Squaw Creek, while not in the village itself, has door-to-step lift access. Book a three-night, three-day vacation with a Sunday or Monday arrival for $518 and get a fourth night of lodging and fourth day of skiing free. Contact: Squaw Vacations, 800-403-0206, www.squawvacations.com

Innsbruck, Austria (1964; 1976)

Innsbruck, a small and very charming city, ranks both as an Alpine mecca and an Olympic stronghold. It is within shuttle bus range of six different ski centers with such tongue-twisting names as Patscherkofel, Axamer-Lizum, Glungezer, Seegrube, Schlick 2000, and the awesome Stubai Glacier, whose lofty elevation guarantees good skiable snow practically around the calendar.

Contra Costa Times (California) November 2, 2003 Sunday

Stay in a luxurious in-town hotel and commute to the slopes for a vacation that combines urban nightlife and culture with choice **ski** venues. Innsbruck also provides one of the most economical **ski** vacations a penny-pinching skier could want. During selected weeks in December, January and March, Ski Europe's rates start at $549 for New York-Munich round-trip air, transfers and seven nights at the three-star Hotel Tautermann; availability is predictably limited.

If you prefer to stay slopeside, similar packages at the Sporthotel Igls begin at $1,045 from Adventures on **Skis.** Add to these a three-day **ski** pass at approximately $110, a six-day pass at $175, and the Innsbruck Super **Ski** Pass at $163 for four out of six days, including one day in Kitzbuhelor the Arlberg Region (St. Anton), or $220 for five out of six days, including one day each in Kitzbuhel and the Arlberg Region.

Grenoble (1968)

Grenoble is a low-elevation university city in sight of the Alpine foothills. The slopes where Jean-Claude Killy raced to triple gold are day-skiing areas at best, but nearby Alpe d'Huez boasts phenomenal terrain, including a snow-sure glacier. Best known for the hairpin-laden access road that frequently caps the most difficult stage of the Tour de France, Alpe d'Huez is an eclectic resort village at the base of long **ski** runs.

Calgary (1988)

The Alpine skiing events for the Calgary Games actually took place at Nakiska, a mid-sized **ski** area carved from a forested peak less than an hour's drive from the city and a short detour for Banff-bound travelers. Kananaskis Village was built for the 1988 Games and now offers the closest lodging. The classy Delta Lodge at Kananaskis offers one night's lodging and a one-day lift ticket to Nakiska and also nearby Fortress Mountain from $90 Canadian (mention promotion code SPO). Air and ground transportation additional. Delta Hotels: 877-814-7706, www.deltahotels.com

Albertville, France (1992)

The Albertville Olympics took place the last time summer and winter games were held during the same year. Most **ski** competitions were spread across the Trois Vallees (the interconnected resorts of Courchevel, Meribel, Morzine-Mottarets and Val Thorens) which among them comprise the world's largest **ski** area with 200 lifts and something on the order of 375 miles of groomed runs for all ability levels and abundant off-piste terrain.

The speed events took place at nearby Val d'Isere/Tignes, together named L'Espace Killy after France's legendary **ski** star. This region boasts 99 lifts and a mind-blowing 6,175-foot vertical. What better way to **ski** an Olympic venue than in the tracks of a medalied Olympian?

Penny Pitou, who raced at Cortina in 1956 and silvered in downhill and GS at Squaw Valley four years later, has been leading **ski** trips to Europe since 1983. In 2004, her Courchevel/Val d'Isere trip (Jan. 23-Feb. 8) includes round-trip Boston-Geneva air via SWISS airline, lodging in Courchevel's three-star Hotel Les Ducs de Savoie and Val d'Isere's four-star Hotel Christiania , daily breakfast and dinner, transfers and guided skiing with Penny and local guides, all for $4,245, plus lift tickets. Penny Pitou Travel, 800-552-4661, 603-524-2500, www.pennypitoutravel.com

Lillehammer, Norway (1994)

You might remember the Lillehammer Games' racecourses lined with red-and-blue painted faces reminiscent of American football fans grease-painted in their team colors. The Norwegians can take credit for inventing modern skiing, but their enthusiasm remains higher for Nordic than for Alpine skiing.

Lillehammer positions itself more as a destination for European meeting planners than as a **ski** resort. You can find oodles of local information on www.virtuallillehammer.com

Salt Lake City (2002)

Park City, the hub of the 2002 snow-sliding events, boasts three major (but alas, not interconnected **ski** areas), eponymous Park City, Deer Valley and the Canyons, plus Utah Olympic Park where **ski** jumps and the luge and bobsled track still provide thrills. Snowbasin, site of the speed events, is in a pod near Ogden.

Still, all are shockingly convenient to Salt Lake City, a convenient and economical lodging base as an option to staying right at a resort. Wherever you roost or **ski**, Utah's legendary Wasatch powder blankets the Olympic slopes.

Contra Costa Times (California) November 2, 2003 Sunday

Lift/lodging packages, stunning in their variety in terms of dates, lodging type, length of stay and price, can be booked through tour operators, resort visitor services, airlines, **ski** companies, condominium management companies and direct to properties. As an example of a budget package, five nights at the downtown Red Lion Hotel and four days of lift tickets start at $355 from Moguls Ski Tours, 800-666-4857, www.moguls.com

As a clearinghouse for other reservations options, contact Ski Utah, 801-534-1779, ww.skiutah.com.

Torino, Italy (2006)

This northern Italian city, which we know as Turin, is more famous for Fiats than for winter sports, but the mountains are not far away. You can preview the venues of the ski and snowboarding events at Sestriere, Sauze d'Oulx and Bardonecchia, all near the border with France. The villages are relatively small, but the skiing sprawls. A Sestriere package starts at $1,035 with Miami-Milan air, a rental car for seven days, and seven nights at the Savoy Edelweiss with daily breakfast from Ski Europe.

Whistler, British Columbia (2010)

It was only a matter of time before Whistler was awarded a Winter Olympic Game -- and that time is 2010. The **ski** and snowboard events will take place on Whistler and Blackcomb Mountains, the twin towers of North American skiing with mile-high verticals and sensational slopes. Preview them now. With two mountains, dozens of properties with scores of rooms and apartments and a snow season that can start in November and run until June, package prices are myriad.

The best starting point for customized quotes is Tourism Whistler: 800-944-7857, www.mywhistler.com

**LOAD-DATE:** November 2, 2003