# EXHIBIT 11 - PART I

1157 of 2174 DOCUMENTS

Copyright 2003 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

November 2, 2003 Sunday MO1 EDITION

SECTION: TR; BRIEF; Pg. 1

LENGTH: 2445 words

HEADLINE: Olympics sites link fans with the Games and glamour

BYLINE: By Claire Walter; Travel Arts Syndicate

BODY:

Want to ski where Olympians raced or will race before too long?

The Winter Olympics in Turin, Italy, are just two winters away, and Whistler, British Columbia, in Canada, was recently designated as the 2010 site. Both places are jumping with excitement for the quadrennial snow show, but you can get there before the TV cameras and see what the competitors will be up against.

Or maybe you'd prefer to go to one of the former Olympic venues around the globe and see the site of your favorite downhill nail-biter, figure-skating debacle or hockey cliffhanger up close and personal.

Snow-covered slopes lure skiers and snowboarders, but past Games have also left legacies of off-slope activities. After the crowds go home, you'll still find cross-country skiing tracks, ski jumps, arenas where figure skating, hockey and more recently short-track speedskating have been contested, speedskating ovals, and bobsled and luge runs. This, in turn, means a season full of exciting spectator sports. And if there are museums where Olympic and other local lore is showcased, don't miss them.

In truth, not every former Olympic site makes sense for North American ski vacationers. Sarajevo in the former Yugoslavia (1984) is still recovering from the Balkans' political vicissitudes. Oslo (1952) is a vibrant Scandinavian city but not really a ski destination in the contemporary sense. And with language challenges, Japan's Sapporo (1972) and Nagano (1998) are not really geared for non-Asian skiers and snowboarders.

But the remaining Winter Games hosts are either excellent ski resorts in their own right or close enough to hot skiing to warrant a drive-by visit on your way to your vacation destination (Calgary, 1988; Grenoble, 1968; Albertville, 1992; as well as Turin, coming up in 2006).

Package pricing lets you gallivant with the ghosts of Olympians past (and future) without murdering the budget. In most cases, low-season prices (that is, from after New Year to mid-February) are quoted here, reckoned per person/double occupancy. They include airfare from San Francisco unless otherwise noted. (For a shortcut to various tour operators' Web sites, go to www.snowpak.com

Chamonix, France (1924)

Site of the first Winter Olympics (though they weren't officially recognized as such until 1925), Chamonix is steeped in winter sports history, but its proximity to Mont Blanc's spires and scare-yourself-silly runs at Argentiere and the Vallee Blanche ensure an ever-elevated adrenaline level. More moderate terrain is, of course, spread across the ski mountains closest to Chamonix or the 13 areas covered by the Mont Blanc regional ski pass.

SkiEurope's Chamonix package starts at $1,078 for San Francisco-Geneva round-trip air, ground transfers and seven nights at the three-star Croix Blanche Hotel with daily breakfast. SkiEurope: (800) 333-5533, www.ski-europe. com. Lift tickets are about $240 additional for six days for the 13-resort Mont Blanc region, about $205 for Chamonix only.

St. Moritz, Switzerland (1928; 1948)

Saying you just got back from St. Moritz is like saying you just got back from Monte Carlo: Everyone, royalty included, is jealous. In addition to having twice hosted the Olympics, this uber-resort was the site of the 2003 world alpine ski championships. You can ski anywhere on the five mountains covered in the Engadin regional ski pass.

Adventures on Skis' packages start at $1,134 for round-trip San Francisco-Zurich travel on Delta, rail transfer to the resort, lodging at the three-star Hotel Laudinella and daily breakfast. Adventures on Skis: (800) 628-9655, www.advon skis.com. A six-day regional ski pass is about $235 more.

Lake Placid, N.Y.

(1932; 1980)

Attractions in this Adirondack village include skiing on the Olympic slopes of Whiteface Mountain, cross-country skiing at Mount Van Hoevenberg, indoor/outdoor ice skating, access to the ski jump observation deck, a whirl on the bobsled course and the Olympic Winter Museum.

Despite its winter rep, Lake Placid is primarily a summer destination and therefore a winter bargain, with abundant options in terms of lodging and length of stay from long-weekend getaways to one-week winter escapes.

Customized lift/lodging package quotes are available from Tours de Sport, (888) 754-2167, www.toursdesport .com or Lake Placid Visitors Bureau, (800) 447-5224, www.lakeplacid.com

Garmisch-Partenkirchen,

Germany (1936)

Alpine skiing made its first Olympic appearance here in 1936, and these twin towns have been Germany's flagship winter resort ever since. In addition to snow sliding in the shadow of the Zugspitze, Germany's highest mountain, other sports diversions abound.

Round-trip San Francisco-Munich air, seven nights at the three-star Hotel Vier Jahreszeiten, daily breakfast and transfers can be had for $1,018 from SkiEurope. The Happy Ski Card lift pass for six days of skiing or riding on both sides of the Austro-German border is about $188 additional; a three-day pass is $94.

Cortina d'Ampezzo, Italy (1956)

A cornerstone of the Dolomites, Cortina offers incredible terrain and so much scenic splendor that it lures crowds of non-skiing Italians who come just to hang out. The Tofano, one of the two main close-to-town ski sectors, is the gold standard for on-snow challenge and breathtaking beauty, but the majority of the terrain is suitable for mid-level skiers and snowboarders -- or you might find that Cortina is a great place just to enjoy the views and cozy up to a fire with a drink in your hand.

Round-trip San Francisco-Venice air, bus transfer and seven nights at the three-star Olimpia Hotel start at $928 from SkiEurope. The Dolomiti Superski Pass, valid on 460 lifts in 12 ski areas in and around Cortina, is about $190.

Squaw Valley (1960)

At this Sierra snow mecca, the Olympic aesthetic has largely been superseded by the exceptional challenge of the Palisades, a series of cliff-bands that draw extreme skiers and riders, but the slopes below truly offer something for everyone. Squaw Valley boasts 33 lifts, including North America's only Funitel and a huge cable car, that access six peaks, 4,000 acres and 2,850 vertical feet of terrain. Take a twirl on Squaw's on-mountain skating rink at High Camp (8,200 feet). In the valley, a state-of-the-art resort village has taken shape.

San Jose Mercury News (California) November 2, 2003 Sunday MO1 EDITION

A condominium at the very luxurious Resort at Squaw Creek, while not in the village itself, has door-step lift access. Book a three-night, three-day vacation with a Sunday or Monday arrival for $518 and get a fourth night of lodging and fourth day of skiing free. Contact: Squaw Vacations, (800) 403-0206, www.squaw vacations.com. Air fare to Reno and ground transportation additional. Links to other packages at www.squaw. com.

Innsbruck, Austria

(1964; 1976)

Innsbruck, a small and very charming city, ranks both as an Alpine mecca and an Olympic stronghold. It is within shuttle bus range of six ski centers with such tongue-twisting names as Patscherkofel, Axamer-Lizum, Glungezer, Seegrube, Schlick 2000 and the awesome Stubai Glacier, whose lofty elevation guarantees good skiable snow practically around the calendar.

Stay at a luxurious in-town hotel and commute to the slopes for a vacation that combines urban nightlife and culture with choice ski venues. Innsbruck also provides one of the most economical ski vacations a penny-pinching skier could want.

During selected weeks in December, January and March, SkiEurope's rates start at $549 for New York-Munich round-trip air, transfers and seven nights at the three-star Hotel Tautermann; availability is predictably limited. During much of the season, comparable packages begin at $1,022 for San Francisco-Munich air and seven nights at the four-star Hotel Grauer Bar with daily breakfasts and ground transfers. If you prefer to stay slope-side, similar packages at the Sporthotel Igls begin at $1,335 from Adventures on Skis. Add to these a three-day ski pass at about $110, a six-day pass at $175, and the Innsbruck Super Ski Pass at $163 for four out of six days, including one day in Kitzbuhel or the Arlberg Region (St. Anton), or $220 for five out of six days, including one day each in Kitzbuhel and the Arlberg Region.

Grenoble, France (1968)

Grenoble is a low-elevation university city in sight of the Alpine foothills. The slopes where Jean-Claude Killy raced to triple gold are day-skiing areas at best, but nearby Alpe d'Huez boasts phenomenal terrain, including a snow-sure glacier. Best known for the hairpin-laden access road that frequently caps the most difficult stage of the Tour de France, Alpe d'Huez is an eclectic resort village at the base of long ski runs.

Adventures on Skis' packages start at $1,395 for San Francisco-Lyon air, bus transfers and seven nights at the three-star Hotel Pic Blanc with daily breakfast. A six-day lift pass is about $205 additional.

Calgary, Alberta, Canada (1988)

The alpine skiing events for the Calgary Games took place at Nakiska, a mid-size ski area carved from a forested peak less than an hour's drive from the city and a short detour for Banff-bound travelers.

Kananaskis Village was built for the 1988 Games and now offers the closest lodging. The classy Delta Lodge at Kananaskis offers one night's lodging and a one-day lift ticket to Nakiska and also nearby Fortress Mountain from about $70 U.S. (mention promotion code SPO). Air and ground transportation additional. Delta Hotels: (877) 814-7706, www.deltahotels.com

Albertville, France (1992)

The Albertville Olympics took place the last time Summer Games and Winter Games were held during the same year. Most ski competitions were spread across the Trois Vallees (the interconnected resorts of Courchevel, Meribel, Morzine-Mottarets and Val Thorens), which comprise the world's largest ski area, with 200 lifts and something on the order of 375 miles of groomed runs for all ability levels and abundant off-piste terrain. The speed events took place at nearby Val d'Isere/Tignes, together named L'Espace Killy after France's legendary ski star. This region boasts 99 lifts and a mind-blowing 6,175-foot vertical.

What better way to ski an Olympic venue than in the tracks of a medaled Olympian? Penny Pitou, who raced at Cortina in 1956 and won silver medals in downhill and giant slalom at Squaw Valley four years later, has been leading ski trips to Europe since 1983.

San Jose Mercury News (California) November 2, 2003 Sunday MO1 EDITION

In 2004, her Courchevel/Val d'Isere trip (Jan. 23-Feb. 8) includes round-trip Boston-Geneva air via SWISS airline, lodging in Courchevel's three-star Hotel Les Ducs de Savoie and Val d'Isere's four-star Hotel Christiania , daily breakfast and dinner, transfers and guided skiing with Penny and local guides, all for $4,245, plus lift tickets. Penny Pitou Travel, (800) 552-4661, www.penny pitoutravel.com.

You can, of course, select a shorter, more economical or more flexible trip. SkiEurope offers a week in Meribel in the Trois Vallees, starting at $1,168 for San Francisco-Lyon air, seven nights at the three-star Hotel Merilys with daily breakfast and bus transfers. A six-day regional ski pass is about $230 additional. A comparable program in Val d'Isere includes lodging at two-star Les Cretes Blanches starting at $973, plus a six-day ski pass for about $213.

Lillehammer, Norway (1994)

The Norwegians can take credit for inventing modern skiing, but their enthusiasm remains higher for nordic than for alpine skiing. Lillehammer positions itself more as a destination for European meeting planners than as a ski resort. You can find oodles of local info on www.virtuallille hammer.com. Passage Tours, a large tour operator specializing in Scandinavia, can customize a Lillehammer package with air to Oslo, rail transfers, lodging and some meals. Passage Tours: (800) 548-5960, www.passagetours.com

Salt Lake City, Utah (2002)

Park City, the hub of the 2002 snow-sliding events, boasts three major (but not interconnected) ski areas: Park City, Deer Valley and the Canyons, plus Utah Olympic Park, where ski jumps and the luge and bobsled track still provide thrills. Snowbasin, site of the speed events, is in a pod near Ogden. Still, all are close to Salt Lake City, a convenient and economical lodging base as an option to staying right at a resort. Wherever you roost or ski, Utah's legendary Wasatch powder blankets the Olympic slopes.

Lift/lodging packages, stunning in their variety in terms of dates, lodging type, length of stay and price, can be booked through tour operators, resort visitor services, airlines, ski companies, condominium management companies and direct to properties. As an example of a budget package, five nights at the downtown Red Lion Hotel and four days of lift tickets start at $355 from Moguls Ski Tours, (800) 666-4857,www. moguls.com.

Utah still celebrates the '02 Games with the Super Pass, available through 75 area hotels. Providing an overnight stay for as little as $40 a day, the pass can be exchanged for one-day lift tickets at Snowbird, Alta, Solitude and Brighton Resort. The pass included UTA light rail or bus transportation from Salt Lake City to those resorts.

For more information on the Super Pass or as a clearing house for other reservations options, contact Ski Utah, (800) 754-8824,www.ski utah.com.

Turin, Italy (2006)

This northern Italian city is more famous for Fiats than for winter sports, but the mountains are not far away. You can preview the venues of the ski and snowboarding events at Sestriere, Sauze d'Oulx, and Bardonecchia, all near the border with France. The villages are relatively small, but the skiing sprawls.

A Sestriere package starts at $1,128 with San Francisco-Milan air, a rental car for seven days and seven nights at the Savoy Edelweiss with daily breakfast from SkiEurope. A six-day ski pass for only Sestriere costs as little as $160 for a regional pass, including such resorts as Bardonecchia and Sauze d'Oulx.

Whistler, British Columbia, Canada (2010)

It was only a matter of time before Whistler was awarded a Winter Games. The ski and snowboard events will take place on Whistler and Blackcomb mountains, the twin towers of North American skiing, with mile-high verticals and sensational slopes.

With two mountains, dozens of properties with scores of rooms and apartments and a snow season that can start in November and run until June, package prices are myriad. The best starting point for customized quotes is Tourism Whistler: (800) 944-7857, www.mywhistler.com

LOAD-DATE: November 2, 2003

1179 of 2174 DOCUMENTS

Copyright 2003 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

October 29, 2003 Wednesday

**LENGTH:** 2444 words

**HEADLINE:** Olympics sites link fans with the Games and glamour

**BYLINE:** By Claire Walter; Travel Arts Syndicate

**BODY:**

Want to ski where Olympians raced or will race before too long?

The Winter Olympics in Turin, Italy, are just two winters away, and Whistler, British Columbia, in Canada, was recently designated as the 2010 site. Both places are jumping with excitement for the quadrennial snow show, but you can get there before the TV cameras and see what the competitors will be up against.

Or maybe you'd prefer to go to one of the former Olympic venues around the globe and see the site of your favorite downhill nail-biter, figure-skating debacle or hockey cliffhanger up close and personal.

Snow-covered slopes lure skiers and snowboarders, but past Games have also left legacies of off-slope activities. After the crowds go home, you'll still find cross-country skiing tracks, ski jumps, arenas where figure skating, hockey and more recently short-track speedskating have been contested, speedskating ovals, and bobsled and luge runs. This, in turn, means a season full of exciting spectator sports. And if there are museums where Olympic and other local lore is showcased, don't miss them.

In truth, not every former Olympic site makes sense for North American ski vacationers. Sarajevo in the former Yugoslavia (1984) is still recovering from the Balkans' political vicissitudes. Oslo (1952) is a vibrant Scandinavian city but not really a ski destination in the contemporary sense. And with language challenges, Japan's Sapporo (1972) and Nagano (1998) are not really geared for non-Asian skiers and snowboarders.

But the remaining Winter Games hosts are either excellent ski resorts in their own right or close enough to hot skiing to warrant a drive-by visit on your way to your vacation destination (Calgary, 1988; Grenoble, 1968; Albertville, 1992; as well as Turin, coming up in 2006).

Package pricing lets you gallivant with the ghosts of Olympians past (and future) without murdering the budget. In most cases, low-season prices (that is, from after New Year to mid-February) are quoted here, reckoned per person/double occupancy. They include airfare from San Francisco unless otherwise noted. (For a shortcut to various tour operators' Web sites, go to www.snowpak.com

Chamonix, France (1924)

Site of the first Winter Olympics (though they weren't officially recognized as such until 1925), Chamonix is steeped in winter sports history, but its proximity to Mont Blanc's spires and scare-yourself-silly runs at Argentiere and the Vallee Blanche ensure an ever-elevated adrenaline level. More moderate terrain is, of course, spread across the ski mountains closest to Chamonix or the 13 areas covered by the Mont Blanc regional ski pass.

SkiEurope's Chamonix package starts at $1,078 for San Francisco-Geneva round-trip air, ground transfers and seven nights at the three-star Croix Blanche Hotel with daily breakfast. SkiEurope: (800) 333-5533, www.ski-europe.

San Jose Mercury News (California) October 29, 2003 Wednesday

com. Lift tickets are about $240 additional for six days for the 13-resort Mont Blanc region, about $205 for Chamonix only.

St. Moritz, Switzerland (1928; 1948)

Saying you just got back from St. Moritz is like saying you just got back from Monte Carlo: Everyone, royalty included, is jealous. In addition to having twice hosted the Olympics, this uber-resort was the site of the 2003 world alpine ski championships. You can ski anywhere on the five mountains covered in the Engadin regional ski pass.

Adventures on Skis' packages start at $1,134 for round-trip San Francisco-Zurich travel on Delta, rail transfer to the resort, lodging at the three-star Hotel Laudinella and daily breakfast. Adventures on Skis: (800) 628-9655, www.advon skis.com. A six-day regional ski pass is about $235 more.

Lake Placid, N.Y.

(1932; 1980) Attractions in this Adirondack village include skiing on the Olympic slopes of Whiteface Mountain, cross-country skiing at Mount Van Hoevenberg, indoor/outdoor ice skating, access to the ski jump observation deck, a whirl on the bobsled course and the Olympic Winter Museum.

Despite its winter rep, Lake Placid is primarily a summer destination and therefore a winter bargain, with abundant options in terms of lodging and length of stay from long-weekend getaways to one-week winter escapes.

Customized lift/lodging package quotes are available from Tours de Sport, (888) 754-2167, www.toursdesport .com or Lake Placid Visitors Bureau, (800) 447-5224, www.lakeplacid.com

Garmisch-Partenkirchen,

Germany (1936) Alpine skiing made its first Olympic appearance here in 1936, and these twin towns have been Germany's flagship winter resort ever since. In addition to snow sliding in the shadow of the Zugspitze, Germany's highest mountain, other sports diversions abound.

Round-trip San Francisco-Munich air, seven nights at the three-star Hotel Vier Jahreszeiten, daily breakfast and transfers can be had for $1,018 from SkiEurope. The Happy Ski Card lift pass for six days of skiing or riding on both sides of the Austro-German border is about $188 additional; a three-day pass is $94.

Cortina d'Ampezzo, Italy (1956)

A cornerstone of the Dolomites, Cortina offers incredible terrain and so much scenic splendor that it lures crowds of non-skiing Italians who come just to hang out. The Tofano, one of the two main close-to-town ski sectors, is the gold standard for on-snow challenge and breathtaking beauty, but the majority of the terrain is suitable for mid-level skiers and snowboarders -- or you might find that Cortina is a great place just to enjoy the views and cozy up to a fire with a drink in your hand.

Round-trip San Francisco-Venice air, bus transfer and seven nights at the three-star Olimpia Hotel start at $928 from SkiEurope. The Dolomiti Superski Pass, valid on 460 lifts in 12 ski areas in and around Cortina, is about $190.

Squaw Valley (1960)

At this Sierra snow mecca, the Olympic aesthetic has largely been superseded by the exceptional challenge of the Palisades, a series of cliff-bands that draw extreme skiers and riders, but the slopes below truly offer something for everyone. Squaw Valley boasts 33 lifts, including North America's only Funitel and a huge cable car, that access six peaks, 4,000 acres and 2,850 vertical feet of terrain. Take a twirl on Squaw's on-mountain skating rink at High Camp (8,200 feet). In the valley, a state-of-the-art resort village has taken shape.

A condominium at the very luxurious Resort at Squaw Creek, while not in the village itself, has door-step lift access. Book a three-night, three-day vacation with a Sunday or Monday arrival for $518 and get a fourth night of lodging and fourth day of skiing free. Contact: Squaw Vacations, (800) 403-0206, www.squaw vacations.com. Air fare to Reno and ground transportation additional. Links to other packages at www.squaw. com.

Innsbruck, Austria

San Jose Mercury News (California) October 29, 2003 Wednesday

(1964; 1976)Innsbruck, a small and very charming city, ranks both as an Alpine mecca and an Olympic stronghold. It is within shuttle bus range of six ski centers with such tongue-twisting names as Patscherkofel, Axamer-Lizum, Glungezer, Seegrube, Schlick 2000 and the awesome Stubai Glacier, whose lofty elevation guarantees good skiable snow practically around the calendar.

Stay at a luxurious in-town hotel and commute to the slopes for a vacation that combines urban nightlife and culture with choice ski venues. Innsbruck also provides one of the most economical ski vacations a penny-pinching skier could want.

During selected weeks in December, January and March, SkiEurope's rates start at $549 for New York-Munich round-trip air, transfers and seven nights at the three-star Hotel Tautermann; availability is predictably limited. During much of the season, comparable packages begin at $1,022 for San Francisco-Munich air and seven nights at the four-star Hotel Grauer Bar with daily breakfasts and ground transfers. If you prefer to stay slope-side, similar packages at the Sporthotel Igls begin at $1,335 from Adventures on Skis. Add to these a three-day ski pass at about $110, a six-day pass at $175, and the Innsbruck Super Ski Pass at $163 for four out of six days, including one day in Kitzbuhel or the Arlberg Region (St. Anton), or $220 for five out of six days, including one day each in Kitzbuhel and the Arlberg Region.

Grenoble, France (1968)

Grenoble is a low-elevation university city in sight of the Alpine foothills. The slopes where Jean-Claude Killy raced to triple gold are day-skiing areas at best, but nearby Alpe d'Huez boasts phenomenal terrain, including a snow-sure glacier. Best known for the hairpin-laden access road that frequently caps the most difficult stage of the Tour de France, Alpe d'Huez is an eclectic resort village at the base of long ski runs.

Adventures on Skis' packages start at $1,395 for San Francisco-Lyon air, bus transfers and seven nights at the three-star Hotel Pic Blanc with daily breakfast. A six-day lift pass is about $205 additional.

Calgary, Alberta, Canada (1988)

The alpine skiing events for the Calgary Games took place at Nakiska, a mid-size ski area carved from a forested peak less than an hour's drive from the city and a short detour for Banff-bound travelers.

Kananaskis Village was built for the 1988 Games and now offers the closest lodging. The classy Delta Lodge at Kananaskis offers one night's lodging and a one-day lift ticket to Nakiska and also nearby Fortress Mountain from about $70 U.S. (mention promotion code SPO). Air and ground transportation additional. Delta Hotels: (877) 814-7706, www.deltahotels.com

Albertville, France (1992)

The Albertville Olympics took place the last time Summer Games and Winter Games were held during the same year. Most ski competitions were spread across the Trois Vallees (the interconnected resorts of Courchevel, Meribel, Morzine-Mottarets and Val Thorens), which comprise the world's largest ski area, with 200 lifts and something on the order of 375 miles of groomed runs for all ability levels and abundant off-piste terrain. The speed events took place at nearby Val d'Isere/Tignes, together named L'Espace Killy after France's legendary ski star. This region boasts 99 lifts and a mind-blowing 6,175-foot vertical.

What better way to ski an Olympic venue than in the tracks of a medaled Olympian? Penny Pitou, who raced at Cortina in 1956 and won silver medals in downhill and giant slalom at Squaw Valley four years later, has been leading ski trips to Europe since 1983.

In 2004, her Courchevel/Val d'Isere trip (Jan. 23-Feb. 8) includes round-trip Boston-Geneva air via SWISS airline, lodging in Courchevel's three-star Hotel Les Ducs de Savoie and Val d'Isere's four-star Hotel Christiania , daily breakfast and dinner, transfers and guided skiing with Penny and local guides, all for $4,245, plus lift tickets. Penny Pitou Travel, (800) 552-4661, www.penny pitoutravel.com.

You can, of course, select a shorter, more economical or more flexible trip. SkiEurope offers a week in Meribel in the Trois Vallees, starting at $1,168 for San Francisco-Lyon air, seven nights at the three-star Hotel Merilys with daily breakfast and bus transfers. A six-day regional ski pass is about $230 additional. A comparable program in Val d'Isere includes lodging at two-star Les Cretes Blanches starting at $973, plus a six-day ski pass for about $213.

San Jose Mercury News (California) October 29, 2003 Wednesday

Lillehammer, Norway (1994)

The Norwegians can take credit for inventing modern skiing, but their enthusiasm remains higher for nordic than for alpine skiing. Lillehammer positions itself more as a destination for European meeting planners than as a ski resort. You can find oodles of local info on www.virtuallille hammer.com. Passage Tours, a large tour operator specializing in Scandinavia, can customize a Lillehammer package with air to Oslo, rail transfers, lodging and some meals. Passage Tours: (800) 548-5960, www.passagetours.com

Salt Lake City, Utah (2002)

Park City, the hub of the 2002 snow-sliding events, boasts three major (but not interconnected) ski areas: Park City, Deer Valley and the Canyons, plus Utah Olympic Park, where ski jumps and the luge and bobsled track still provide thrills. Snowbasin, site of the speed events, is in a pod near Ogden. Still, all are close to Salt Lake City, a convenient and economical lodging base as an option to staying right at a resort. Wherever you roost or ski, Utah's legendary Wasatch powder blankets the Olympic slopes.

Lift/lodging packages, stunning in their variety in terms of dates, lodging type, length of stay and price, can be booked through tour operators, resort visitor services, airlines, ski companies, condominium management companies and direct to properties. As an example of a budget package, five nights at the downtown Red Lion Hotel and four days of lift tickets start at $355 from Moguls Ski Tours, (800) 666-4857,www. moguls.com.

Utah still celebrates the '02 Games with the Super Pass, available through 75 area hotels. Providing an overnight stay for as little as $40 a day, the pass can be exchanged for one-day lift tickets at Snowbird, Alta, Solitude and Brighton Resort. The pass included UTA light rail or bus transportation from Salt Lake City to those resorts.

For more information on the Super Pass or as a clearing house for other reservations options, contact Ski Utah, (800) 754-8824,www.ski utah.com.

Turin, Italy (2006)

This northern Italian city is more famous for Fiats than for winter sports, but the mountains are not far away. You can preview the venues of the ski and snowboarding events at Sestriere, Sauze d'Oulx, and Bardonecchia, all near the border with France. The villages are relatively small, but the skiing sprawls.

A Sestriere package starts at $1,128 with San Francisco-Milan air, a rental car for seven days and seven nights at the Savoy Edelweiss with daily breakfast from SkiEurope. A six-day ski pass for only Sestriere costs as little as $160 for a regional pass, including such resorts as Bardonecchia and Sauze d'Oulx.

Whistler, British Columbia, Canada (2010)

It was only a matter of time before Whistler was awarded a Winter Games. The ski and snowboard events will take place on Whistler and Blackcomb mountains, the twin towers of North American skiing, with mile-high verticals and sensational slopes.

With two mountains, dozens of properties with scores of rooms and apartments and a snow season that can start in November and run until June, package prices are myriad. The best starting point for customized quotes is Tourism Whistler: (800) 944-7857, www.mywhistler.com

**LOAD-DATE:** October 29, 2003

1192 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

OCTOBER 26, 2003, SUNDAY, FINAL EDITION

**SECTION:** TRAVEL; Pg. C5

**LENGTH:** 1356 words

**HEADLINE:** FALL SKI ISSUE;

Icy price war launches over $39 lift ticket;

Resorts trying to make sport more affordable for first-timers

**SOURCE:** Chronicle Staff Writer

**BYLINE:** Dan Giesin

**BODY:**
There could be some sparks flying in the North Lake Tahoe area this winter -- Alpine Meadows has dropped its daily, nonholiday adult lift ticket to $39.

"We're just trying to make skiing and snowboarding more affordable," Alpine's Rachel Woods said of the $17 reduction from last year's rack rate. "This price caters to skiers and snowboarders of all levels, particularly beginners. It's hard to introduce people to the sport when you have to bite off such a big expense."

Although the new rate is subject to some restrictions -- there are 17 blackout dates (Dec. 25-Jan. 4, Jan. 17-19 and Feb. 14-16) when the tickets revert to the old $56 cost -- Woods believes Alpine guests will be delighted with the change.

"This," she said, "is positive sticker shock."

It's also the first volley in what could turn out to be a price war. Many of Alpine's competitors were surprised by the move, and there's been some discussion on how or even whether to respond. Right now, most are holding the line, maintaining a wait-and-see attitude.

"We thought long and hard about it," said Julie Mauer, vice president of sales and marketing for Booth Creek Resorts Inc. in Truckee, which includes Northstar and Sierra-at-Tahoe among its holdings. "But in the end we believe people choose ski resorts for a whole lot of reasons, not just based on lift-ticket prices. We'll certainly watch this development with interest."

However, one resort has made an immediate response -- Sugar Bowl is lowering its daily adult lift ticket price to $39 as well, although skiers and snowboarders will have to purchase them at Safeway supermarkets.

"We're matching Alpine," Sugar Bowl's Greg Murtha said, "because we wanted to add more value and we wanted to stay competitive."

Another way the resort hopes to stay competitive is with more than $6 million in off-season improvements, including a new slope-side, 600-car parking lot and a 7,000-square-foot learning center (which also has child care and rental facilities) at the Judah base lodge and completion of the 10,000-square-foot Village Hall next to the gondola terminal.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

Lift-ticket prices aside, little off-season noise was made at Northern California winter sports resorts. Nuance and subtlety -- rather than heavy lifting -- were the hallmarks of summer projects.

All told, three new chairlifts -- two of them replacements -- and one gondola were installed at Sierra resorts this past summer; however, only a few acres of skiable terrain were opened because of the construction.

-- Heavenly: Perhaps the most ambitious on-hill work was done at Heavenly, which installed the only lift that opens up previously untrammeled snowfields. However, the new conveyance, a fixed-gripped quad, will serve only the resort's 15 acres of dedicated beginner terrain at the top of the gondola.

"Beginners can now get a true mountain experience at our Ski School and Adventure Center," said Heavenly's Molly Cuffe. "It's a private area, with no (more advanced) snowboarders and skiers zooming by, and they can also get some incredible views on the way up."

Heavenly, which was purchased by Vail, the Colorado mega-resort, in spring 2002, also revamped the old Canyon triple chair as part of its $15 million in capital improvements. The Canyon Express is now a high-speed quad that is expected to improve the bottleneck conditions at the Sky-Canyon nexus and increase lap time on High Roller (nee Betty's), Double Down (nee Betty's Bumps) and Jackpot (nee Yahoo).

The bi-state resort also renovated three on-mountain lodges -- East Peak, Sky Deck and Monument Peak (now known as Lakeview) at the top of the tram -- and purchased five new grooming machines, including a winch cat to lay down corduroy on the steep Gunbarrel and West Bowl runs.

"Vail is the premier operator of ski resorts (in the United States) and they understand world-class amenities," Cuffe said. "They injected some serious amounts of cash into Heavenly; it's nice to be in a family like that."

-- Diamond Peak: Another new lift went in at Diamond Peak, which replaced the old Crystal Ridge fixed-gripped quad with a high-speed detachable four-seater. The Crystal Express will now cut riding time to the top of the mountain to five minutes (versus 12 for the old lift).

The Nevada resort also purchased a Zaugg Pipe Monster -- a grooming machine that can carve walls up to 22 feet high -- as part of its $2.8 million in improvements.

-- Mammoth Mountain: The only other resort to increase its uphill capacity was Mammoth Mountain, which will have its Village Gondola up and running this season. The 15-passenger cars will whisk skiers, snowboarders and sightseers from Mammoth's new village core to the Canyon base lodge.

Some behind-the-scenes improvements will help make Mammoth's 50th anniversary season a bit more festive. Included in the upgrades are the Mammoth Mountain Inn remodeling project, a new dedicated beginner teaching area at the Little Eagle base complex and some luxurious new accommodations at the Tamarack Lodge.

-- Squaw Valley: Phase II of the Village at Squaw Valley is finished. "You can finally come here and not see a construction zone," said Squaw's Katja Dahl. "It's blending in quite well; it's exciting to finally see it come to completion."

Among the new developments in the village area are the addition of 147 condos and 19 shops and restaurants. More important, "with the (construction) fencing down, our parking space will increase," said Dahl. "There will be as much parking as before the construction began."

On the mountain, don't look for much new except for some added grooming machines that will be capable of buffing hitherto untouched sections of Headwall, KT-22 and Granite Chief. "We'll be experimenting over the season," Dahl said.

-- Northstar, Sierra-at-Tahoe: Booth Creek, owner of both resorts, recently purchased Snow Park Technologies, the Southern California terrain park design specialists behind the Winter X Games, World Championships of Snowboarding, the Burton European Open and other events. Look for more exciting freestyle terrain at the two resorts' pipe and park areas.

Meanwhile, Sierra has added a telemark and backcountry center to its day lodge complex. The new facility will have telemark and snowshoe rentals, instruction and guided tours. And Northstar will allow advanced skiers and snowboarders to play in the 240-acre Saw Tooth Ridge backcountry area, conditions permitting.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

-- Kirkwood: The Carson Pass resort also will add some out-of-the-way terrain to its menu this season -- only you won't have hike to it. For a price to be determined, Kirkwood will convey six to eight people via snowmobile to the Martin Point area for guided powder runs.

"It will be offered only in the morning, before the lifts operate," said Kirkwood's Tanya Pilkinton. "It's not like it's virgin terrain -- it's in our permit area, and you can hike to it -- but we were looking for new and adventurous things to add to our repertoire."

The resort has also moved its guest services center (rentals, lift tickets, etc.) from the Red Cliffs Lodge to the centrally located Village Plaza and, in conjunction with Sugar Bowl, will offer a limited number of SugarWood season passes ($399) good at both resorts.

-- Bear Valley: In an attempt to make first-timers more comfortable, Bear Valley has added a heated treadmill conveyance, dubbed the Panda Carpet, to its beginner area. Also, the Central Sierra resort has completed phase one of its two-year remodel and reallocation of the ski and snowboard rental shops, including a children-specific center. The addition of a 1,200-square-foot deck outside the Monte Wolf saloon will offer sweeping views of the Mokelumne Canyon.

-- Dodge Ridge: The ski area above Sonora has relocated its terrain park from Boulder Creek Canyon to the Stampmill area, built new jib features (a 45-foot battleship rail, a 24-foot fun box and a 22-foot C box, among others) and purchased a Zaugg cutter for the new halfpipe in Center Bowl.E-mail Dan Giesin at dgiesin@sfchronicle.com.


GRAPHIC: PHOTO, Rescue retrievers are a common sight at Alpine Meadows, which has dropped its adult weekend all-day lift ticket to $39. Other California resorts are considering the move, but so far only Sugar Bowl has matched the price, with some restrictions. / Larry Prosor / Alpine Meadows

LOAD-DATE: October 26, 2003

1193 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

OCTOBER 26, 2003, SUNDAY, FINAL EDITION

**SECTION:** TRAVEL; Pg. C1

**LENGTH:** 2073 words

**HEADLINE:** FAL SKI ISSUE;

Sweet!;

For more than six decades, Sugar Bowl has been San Francisco's treat

**SOURCE:** Chronicle Travel Editor

**BYLINE:** John Flinn

**DATELINE:** Soda Springs, Nevada County

**BODY:**
A fire was snapping and popping in the big stone hearth, my glass of Tahoe Red Ale was still half full and I was snuggling into a comfy leather chair when a steely, white-haired woman narrowed her eyes at me.

"That's Walt's seat you're sitting in, you know."

I started to get up, but paused. "Who's Walt?"

"Walt Disney," she said. "That was his favorite spot." And then she broke into a big grin. "Sit down," the woman said. "I don't think he's going to be using it tonight."

It wouldn't have surprised me to find Uncle Walt, one of Sugar Bowl's original investors, sleeping cryogenically in a snowbank outside the door. Tahoe's oldest ski resort is deeply entwined with both old Hollywood and old San Francisco, and its fans tend to keep coming back, year after year, generation after generation.

At a time when resorts throughout the Tahoe basin are racing to one-up each other with new faux-European villages and ever-bigger, ever-glitzier hotels, Sugar Bowl still exudes the aura of a cozier, more innocent era, a time of cable-knit sweaters, leather ski boots and clinking schnapps glasses around the piano.

The skiing itself is thoroughly modern -- Sugar Bowl has the high-speed quads and all the other requirements of an up-to-date resort -- but once the lifts shut down and the bar starts to fill, the apres-ski scene at the main lodge, the oldest in California, has the warmth and chumminess the newer retro-style lodges are trying so hard to emulate.

The resort is not particularly big by Tahoe standards -- its 1,500-foot vertical drop is less than half that of Heavenly -- but the snowpack is. Sugar Bowl's average snowfall of 500 inches a year is, by a comfortable margin, the heftiest of any California resort. Catching the brunt of the same storm systems that doomed the Donner Party nearby, Sugar Bowl has more than once seen its chairlifts buried and its guests snowed in at the lodge for days at a time.

Sugar Bowl is the Tahoe-area ski resort nearest the Bay Area (in terms of distance, that is; Boreal is a slightly quicker drive) and its position on the west side of Donner Pass is a huge advantage when those monster storms roll in: When the pass shuts down, Sugar Bowl's skiers can zip home on a nearly empty freeway.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

A big part of the resort's charm is due to the fact that its original lodge is far from the highway, inaccessible by car. You turn off Interstate 80 onto Highway 40 -- the old Donner Pass Road -- and wind through Soda Springs, past icicled cabins and ski lodges dating back to the 1930s. At the resort's parking lot you enter an old wooden barn, stow your skis on the rack of a little yellow gondola car and hop aboard. The Magic Carpet gondola whisks you at treetop level through a silent, snowy forest for a mile, and when you step off at the lodge at the other end you feel wonderfully sequestered from the stresses and hassles of the outside world.

When I visited last winter I splurged and booked one of the 26 rooms at the Inn at Sugar Bowl, located inside the lodge. The pine-paneled rooms are small, tidy and a little on the pricey side -- rates start at $140 on weekends -- but at night the lodge becomes your exclusive hideaway, with a crackling fire, convivial bar and an intimate, candle-lit restaurant, one of the best in the Tahoe area. Spending a night in the inn, Ski Magazine once declared, is one of the 50 things all skiers should do at least once in their lifetimes.

The handsome lounge, reserved for lodge guests and the owners of nearby homes, is dominated by the big stone fireplace and filled with Mission-style furniture and oak tables inlaid with backgammon and checkerboards. Elsewhere there's a bank of ski lockers, with a designated locker for each room, and a washer-dryer set aside for guests -- a nice touch.

My room was just steps from the lifts, and the advantage of this became apparent after my first run, when I realized I'd guessed wrong about the weather. It took just a minute to return to my room and shed a layer. Later, when nature called, my own bathroom was closer than those in the lodge.

This was my first visit since Sugar Bowl opened its second base area at Mount Judah in the winter of 1994-95. Unlike the old village, the new day lodge is accessible by road, and I worried it might have ruined the resort's cozy isolation. It hasn't. The two sides of Sugar Bowl feel separate, and the Judah side sports three high-speed quads serving a good number of long, scenic, intermediate runs. I ended up doing most of my skiing on that side of the hill.

Most of the celebrities have moved on to Aspen and Sun Valley, but in its day Sugar Bowl was a winter playground for Hollywood stars. The connection began with Disney, who ponied up $2,500 in 1938 to help fund construction of the first chairlift in California. He had just finished the animated Technicolor feature "Fantasia" and was a little tapped out, so he had to make his payments in installments. In gratitude, the resort's founders named the chairlift -- and the mountain it ascends -- after him. Disney returned the favor by using Sugar Bowl as the setting for an animated short, "The Art of Skiing," starring Goofy.

Bing Crosby, Claudette Colbert, Howard Hughes and Doris Day soon followed. Erroll Flynn, a regular visitor, used to elude fans by dressing up as a resort employee and driving the tractor-pulled sleigh. Disney himself occasionally jumped behind the bar and mixed cocktails.

One snowy day in 1946, Norma Shearer stepped up to the front desk in her mink stole and noticed a framed photo of receptionist Fred Morrison's teenage daughter. "What a pretty face," she said to Morrison. "She should be in pictures." Thus began the film career of Janet Leigh.

Charlie Chaplan shot scenes of his Klondike classic, "The Gold Rush," nearby. Greta Garbo's last movie, "Two-Faced Woman," was filmed at Sugar Bowl, although Garbo herself never got closer than a Hollywood sound stage; a stunt double did all the skiing.

Hollywood may have moved on, but Sugar Bowl remains the go-to resort for the skiing members of San Francisco society. Drive through the covered parking lot, and the names on the private spaces are the same ones you see in boldface type in the society columns: "Hellman" is prominent investment banker Warren Hellman; "Bechtle" belongs to his sister, Nancy Bechtle, former president of the San Francisco Symphony; "Fisher" is Donald Fisher of The Gap; "Tompkins" is Susie Tompkins Buell, co-founder of the Esprit clothing company; "Fleishhacker" belongs to the same philanthropic family for which San Francisco's zoo is named. When I checked The Chronicle's archives, the vast majority of the Sugar Bowl mentions were in Pat Steger's old society column.

"I'm always running into old San Francisco friends on the mountain," said Bechtle, chairwoman of the resort's board. "There's a very special feeling about this place. It's a small, friendly village where people have known each other for years -- sort of like San Francisco itself."

Bechtle has been skiing at Sugar Bowl since the late 1940s, when her parents built a house near its base, and she's still known as one of the better powder skiers on the mountain. Now her grandchildren are skiing there. Many of the

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

housing lots are being bought by descendants of the old San Francisco families who have been coming to Sugar Bowl for decades; the tracts on either side of the lodge are sometimes referred to as "south of Market" and "north of Market."

Sometimes it feels as if they're trying to re-create Pacific Heights on the snowy slopes around Donner Pass. The first thing you see when you step out of the lodge is a sign for Nob Hill -- the name of a ski lift. One of the black-diamond runs above it is known as Market Street; other runs are named Montgomery Street and Union Street.

For years, the social highlight of the year was the end-of-the-ski-season Tiki Race hosted by "Trader Vic" Bergeron. Outfitted in grass skirts, leis and sarongs, skiers slalomed around artificial palm trees to the bottom of the hill, where a dugout canoe was filled with mai tais. Winners got a carved wooden tiki. Trader Vic's Tiki International, as it came to be called, ended in 1975, but it has recently been revived -- in a less boozy form -- as a benefit for Sugar Bowl's ski team.

The scene isn't merely social. San Francisco investment banker Bob Hambrecht said Sugar Bowl's reputation as a family-friendly resort obscures the fact that there's skiing there to challenge even extreme powder hounds.

"When my parents got a place there, I was skeptical," he said. "I still had a lot of testosterone flowing through me, and I thought a hot skier had to ski Squaw or Heavenly. But then I was up there once when a big storm blew through there and just dumped, day after day, and I had it practically all to myself. And I discovered that Sugar Bowl has challenging, aggressive lines that are as good as you'd find anywhere."

Another big key to Sugar Bowl's charm is that the resort is owned by a relatively small group of Bay Area residents, rather than a conglomerate headquartered across the country.

"Sugar Bowl's entire board of directors is from San Francisco -- well, there's one from the Peninsula -- and what makes it so special is that we're all true outdoor people," Bechtle said. "We're all skiers, and we're out on the mountain all the time. If something isn't right, we'll notice it."

Hellman, 68, estimates he skied 80 to 90 days at Sugar Bowl last year, and still tackles the double-diamond runs. "Occasionally a shredder will pass me and say, 'You're doing well, sir.' "

The challenge, he said, has been to keep Sugar Bowl in the black enough to finance the necessary infrastructure improvements. "For a long time it was run like a semi-private club," he said. "Episodically, we'd run out of money and pass the hat among all the owners. Now we've reorganized and refinanced, and the challenge is to make as few concessions as possible in changing the atmosphere. But you have to modernize."

To finance the most recent chairlift improvements, he said, the owners decided to sell off a little surplus land rather than build a big hotel on the property.

The resort's 58 stockholders, said Bechtle, aren't interested in transforming Sugar Bowl into a mega-resort. "We just want to make it nice for us and for all the people who come there," she said. "We want to make sure that it doesn't change, doesn't become another Vail or Squaw. Those places have great skiing, but they're not Sugar Bowl."

And as long as Uncle Walt didn't say "dibs," you can make yourself comfortable in his favorite chair next to the fire.

----------------------------

IF YOU GO

GETTING THERE

-- From Interstate 80, take the Soda Springs exit and follow Highway 40 for 3 miles to Sugar Bowl. The first parking lot you come to houses the Magic Carpet gondola to the old lodge. For the Mount Judah base, continue on another half mile on Highway 40 and turn right where the signs indicate.

WHERE TO STAY

-- Inn at Sugar Bowl, (530) 426-6742 or www.sugarbowl.com. Rooms start at $130 on weeknights ($140 on weekends). For that you get twin beds, a shower and not much of a view. "Mountain View" rooms start at $200 on weekdays ($265 weekends) and include queen beds, tubs, showers and views of the ski slopes. Larger rooms with lofts are available for families. Discount packages that include breakfast and lift tickets are available.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

Otherwise, lodging in the area is limited. Truckee, with everything from cozy bed-and-breakfast inns to budget motels, is your best bet.

WHERE TO EAT

-- For dinner at the Inn at Sugar Bowl's restaurant, entrees run $15-$24. Also available during the day at various snack bars is the usual ski resort fare, ranging from chili to pizzas to burgers and salads.

LIFT TICKETS

-- Full-day adult lift tickets this season are $56 on weekends; $42 for young adults (13-22); $15 for children (6-12) -- only $10 if they wear an approved helmet (see Web site for details). Midweek discounts of 15-20 percent. As of Nov. 1, you can buy an adult lift ticket at any Safeway in Northern California for $39; it's good any day of the week and holidays.

FOR MORE INFORMATION

-- Call Sugar Bowl at (530) 426-9000 or visit www.sugarbowl.com.E-mail John Flinn at travel@sfchronicle.com.

GRAPHIC: PHOTO (6): MAP, (1) Vertical reality: A snowboarder demonstrates that not all of Sugar Bowl is PG-rated; (2) inset, skiers on the sun deck at top of the Disney lift. / Peter Spain; Inset: Bill Stevenson / Special to The Chronicle, (3) Carving A toothy ridge makes a dramatic backdrop, top;, (4-5) Sugar Bowl's cozy main lodge, above left / Photos courtesy Sugar Bowl, and right, retains the aura of an earlier era. / John Flinn / The Chronicle,(6) The Magic Carpet gondola carries skiers to Sugar Bowl's lodge / Photo courtesy Sugar Bowl, MAP: Chronicle Graphic

LOAD-DATE: October 26, 2003

1196 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

OCTOBER 26, 2003, SUNDAY, FINAL EDITION

SECTION: TRAVEL; Pg. C5

LENGTH: 1356 words

HEADLINE: FALL SKI ISSUE;

Icy price war launches over $39 lift ticket;

Resorts trying to make sport more affordable for first-timers

SOURCE: Chronicle Staff Writer

BYLINE: Dan Giesin

BODY:
There could be some sparks flying in the North Lake **Tahoe** area this winter -- Alpine Meadows has dropped its daily, nonholiday adult lift ticket to $39.

"We're just trying to make skiing and snowboarding more affordable," Alpine's Rachel Woods said of the $17 reduction from last year's rack rate. "This price caters to skiers and snowboarders of all levels, particularly beginners. It's hard to introduce people to the sport when you have to bite off such a big expense."

Although the new rate is subject to some restrictions -- there are 17 blackout dates (Dec. 25-Jan. 4, Jan. 17-19 and Feb. 14-16) when the tickets revert to the old $56 cost -- Woods believes Alpine guests will be delighted with the change.

"This," she said, "is positive sticker shock."

It's also the first volley in what could turn out to be a price war. Many of Alpine's competitors were surprised by the move, and there's been some discussion on how or even whether to respond. Right now, most are holding the line, maintaining a wait-and-see attitude.

"We thought long and hard about it," said Julie Mauer, vice president of sales and marketing for Booth Creek Resorts Inc. in Truckee, which includes Northstar and Sierra-at-Tahoe among its holdings. "But in the end we believe people choose **ski** resorts for a whole lot of reasons, not just based on lift-ticket prices. We'll certainly watch this development with interest."

However, one resort has made an immediate response -- Sugar Bowl is lowering its daily adult lift ticket price to $39 as well, although skiers and snowboarders will have to purchase them at Safeway supermarkets.

"We're matching Alpine," Sugar Bowl's Greg Murtha said, "because we wanted to add more value and we wanted to stay competitive."

Another way the resort hopes to stay competitive is with more than $6 million in off-season improvements, including a new slope-side, 600-car parking lot and a 7,000-square-foot learning center (which also has child care and rental facilities) at the Judah base lodge and completion of the 10,000-square-foot Village Hall next to the gondola terminal.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

Lift-ticket prices aside, little off-season noise was made at Northern California winter sports resorts. Nuance and subtlety -- rather than heavy lifting -- were the hallmarks of summer projects.

All told, three new chairlifts -- two of them replacements -- and one gondola were installed at Sierra resorts this past summer; however, only a few acres of skiable terrain were opened because of the construction.

-- Heavenly: Perhaps the most ambitious on-hill work was done at Heavenly, which installed the only lift that opens up previously untrammeled snowfields. However, the new conveyance, a fixed-gripped quad, will serve only the resort's 15 acres of dedicated beginner terrain at the top of the gondola.

"Beginners can now get a true mountain experience at our Ski School and Adventure Center," said Heavenly's Molly Cuffe. "It's a private area, with no (more advanced) snowboarders and skiers zooming by, and they can also get some incredible views on the way up."

Heavenly, which was purchased by Vail, the Colorado mega-resort, in spring 2002, also revamped the old Canyon triple chair as part of its $15 million in capital improvements. The Canyon Express is now a high-speed quad that is expected to improve the bottleneck conditions at the Sky-Canyon nexus and increase lap time on High Roller (nee Betty's), Double Down (nee Betty's Bumps) and Jackpot (nee Yahoo).

The bi-state resort also renovated three on-mountain lodges -- East Peak, Sky Deck and Monument Peak (now known as Lakeview) at the top of the tram -- and purchased five new grooming machines, including a winch cat to lay down corduroy on the steep Gunbarrel and West Bowl runs.

"Vail is the premier operator of ski resorts (in the United States) and they understand world-class amenities," Cuffe said. "They injected some serious amounts of cash into Heavenly; it's nice to be in a family like that."

-- Diamond Peak: Another new lift went in at Diamond Peak, which replaced the old Crystal Ridge fixed-gripped quad with a high-speed detachable four-seater. The Crystal Express will now cut riding time to the top of the mountain to five minutes (versus 12 for the old lift).

The Nevada resort also purchased a Zaugg Pipe Monster -- a grooming machine that can carve walls up to 22 feet high -- as part of its $2.8 million in improvements.

-- Mammoth Mountain: The only other resort to increase its uphill capacity was Mammoth Mountain, which will have its Village Gondola up and running this season. The 15-passenger cars will whisk skiers, snowboarders and sightseers from Mammoth's new village core to the Canyon base lodge.

Some behind-the-scenes improvements will help make Mammoth's 50th anniversary season a bit more festive. Included in the upgrades are the Mammoth Mountain Inn remodeling project, a new dedicated beginner teaching area at the Little Eagle base complex and some luxurious new accommodations at the Tamarack Lodge.

-- Squaw Valley: Phase II of the Village at Squaw Valley is finished. "You can finally come here and not see a construction zone," said Squaw's Katja Dahl. "It's blending in quite well; it's exciting to finally see it come to completion."

Among the new developments in the village area are the addition of 147 condos and 19 shops and restaurants. More important, "with the (construction) fencing down, our parking space will increase," said Dahl. "There will be as much parking as before the construction began."

On the mountain, don't look for much new except for some added grooming machines that will be capable of buffing hitherto untouched sections of Headwall, KT-22 and Granite Chief. "We'll be experimenting over the season," Dahl said.

-- Northstar, Sierra-at-Tahoe: Booth Creek, owner of both resorts, recently purchased Snow Park Technologies, the Southern California terrain park design specialists behind the Winter X Games, World Championships of Snowboarding, the Burton European Open and other events. Look for more exciting freestyle terrain at the two resorts' pipe and park areas.

Meanwhile, Sierra has added a telemark and backcountry center to its day lodge complex. The new facility will have telemark and snowshoe rentals, instruction and guided tours. And Northstar will allow advanced skiers and snowboarders to play in the 240-acre Saw Tooth Ridge backcountry area, conditions permitting.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

-- Kirkwood: The Carson Pass resort also will add some out-of-the-way terrain to its menu this season -- only you won't have to hike to it. For a price to be determined, Kirkwood will convey six to eight people via snowmobile to the Martin Point area for guided powder runs.

"It will be offered only in the morning, before the lifts operate," said Kirkwood's Tanya Pilkinton. "It's not like it's virgin terrain -- it's in our permit area, and you can hike to it -- but we were looking for new and adventurous things to add to our repertoire."

The resort has also moved its guest services center (rentals, lift tickets, etc.) from the Red Cliffs Lodge to the centrally located Village Plaza and, in conjunction with Sugar Bowl, will offer a limited number of SugarWood season passes ($399) good at both resorts.

-- Bear Valley: In an attempt to make first-timers more comfortable, Bear Valley has added a heated treadmill conveyance, dubbed the Panda Carpet, to its beginner area. Also, the Central Sierra resort has completed phase one of its two-year remodel and reallocation of the ski and snowboard rental shops, including a children-specific center. The addition of a 1,200-square-foot deck outside the Monte Wolf saloon will offer sweeping views of the Mokelumne Canyon.

-- Dodge Ridge: The ski area above Sonora has relocated its terrain park from Boulder Creek Canyon to the Stampmill area, built new jib features (a 45-foot battleship rail, a 24-foot fun box and a 22-foot C box, among others) and purchased a Zaugg cutter for the new halfpipe in Center Bowl.E-mail Dan Giesin at dgiesin@sfchronicle.com.

GRAPHIC: PHOTO, Rescue retrievers are a common sight at Alpine Meadows, which has dropped its adult weekend all-day lift ticket to $39. Other California resorts are considering the move, but so far only Sugar Bowl has matched the price, with some restrictions. / Larry Prosor / Alpine Meadows

LOAD-DATE: October 27, 2003

1197 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

OCTOBER 26, 2003, SUNDAY, FINAL EDITION

**SECTION:** TRAVEL; Pg. C1

**LENGTH:** 2073 words

**HEADLINE:** FAL SKI ISSUE;

Sweet!;

For more than six decades, Sugar Bowl has been San Francisco's treat

**SOURCE:** Chronicle Travel Editor

**BYLINE:** John Flinn

**DATELINE:** Soda Springs, Nevada County

**BODY:**
A fire was snapping and popping in the big stone hearth, my glass of **Tahoe** Red Ale was still half full and I was snuggling into a comfy leather chair when a steely, white-haired woman narrowed her eyes at me.

"That's Walt's seat you're sitting in, you know."

I started to get up, but paused. "Who's Walt?"

"Walt Disney," she said. "That was his favorite spot." And then she broke into a big grin. "Sit down," the woman said. "I don't think he's going to be using it tonight."

It wouldn't have surprised me to find Uncle Walt, one of Sugar Bowl's original investors, sleeping cryogenically in a snowbank outside the door. **Tahoe's** oldest **ski** resort is deeply entwined with both old Hollywood and old San Francisco, and its fans tend to keep coming back, year after year, generation after generation.

At a time when resorts throughout the **Tahoe** basin are racing to one-up each other with new faux-European villages and ever-bigger, ever-glitzier hotels, Sugar Bowl still exudes the aura of a cozier, more innocent era, a time of cable-knit sweaters, leather **ski** boots and clinking schnapps glasses around the piano.

The skiing itself is thoroughly modern -- Sugar Bowl has the high-speed quads and all the other requirements of an up-to-date resort -- but once the lifts shut down and the bar starts to fill, the apres-**ski** scene at the main lodge, the oldest in California, has the warmth and chumminess the newer retro-style lodges are trying so hard to emulate.

The resort is not particularly big by **Tahoe** standards -- its 1,500-foot vertical drop is less than half that of Heavenly -- but the snowpack is. Sugar Bowl's average snowfall of 500 inches a year is, by a comfortable margin, the heftiest of any California resort. Catching the brunt of the same storm systems that doomed the Donner Party nearby, Sugar Bowl has more than once seen its chairlifts buried and its guests snowed in at the lodge for days at a time.

Sugar Bowl is the Tahoe-area **ski** resort nearest the Bay Area (in terms of distance, that is; Boreal is a slightly quicker drive) and its position on the west side of Donner Pass is a huge advantage when those monster storms roll in: When the pass shuts down, Sugar Bowl's skiers can zip home on a nearly empty freeway.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

A big part of the resort's charm is due to the fact that its original lodge is far from the highway, inaccessible by car. You turn off Interstate 80 onto Highway 40 -- the old Donner Pass Road -- and wind through Soda Springs, past icicled cabins and ski lodges dating back to the 1930s. At the resort's parking lot you enter an old wooden barn, stow your skis on the rack of a little yellow gondola car and hop aboard. The Magic Carpet gondola whisks you at treetop level through a silent, snowy forest for a mile, and when you step off at the lodge at the other end you feel wonderfully sequestered from the stresses and hassles of the outside world.

When I visited last winter I splurged and booked one of the 26 rooms at the Inn at Sugar Bowl, located inside the lodge. The pine-paneled rooms are small, tidy and a little on the pricey side -- rates start at $140 on weekends -- but at night the lodge becomes your exclusive hideaway, with a crackling fire, convivial bar and an intimate, candle-lit restaurant, one of the best in the Tahoe area. Spending a night in the inn, Ski Magazine once declared, is one of the 50 things all skiers should do at least once in their lifetimes.

The handsome lounge, reserved for lodge guests and the owners of nearby homes, is dominated by the big stone fireplace and filled with Mission-style furniture and oak tables inlaid with backgammon and checkerboards. Elsewhere there's a bank of ski lockers, with a designated locker for each room, and a washer-dryer set aside for guests -- a nice touch.

My room was just steps from the lifts, and the advantage of this became apparent after my first run, when I realized I'd guessed wrong about the weather. It took just a minute to return to my room and shed a layer. Later, when nature called, my own bathroom was closer than those in the lodge.

This was my first visit since Sugar Bowl opened its second base area at Mount Judah in the winter of 1994-95. Unlike the old village, the new day lodge is accessible by road, and I worried it might have ruined the resort's cozy isolation. It hasn't. The two sides of Sugar Bowl feel separate, and the Judah side sports three high-speed quads serving a good number of long, scenic, intermediate runs. I ended up doing most of my skiing on that side of the hill.

Most of the celebrities have moved on to Aspen and Sun Valley, but in its day Sugar Bowl was a winter playground for Hollywood stars. The connection began with Disney, who ponied up $2,500 in 1938 to help fund construction of the first chairlift in California. He had just finished the animated Technicolor feature "Fantasia" and was a little tapped out, so he had to make his payments in installments. In gratitude, the resort's founders named the chairlift -- and the mountain it ascends -- after him. Disney returned the favor by using Sugar Bowl as the setting for an animated short, "The Art of Skiing," starring Goofy.

Bing Crosby, Claudette Colbert, Howard Hughes and Doris Day soon followed. Erroll Flynn, a regular visitor, used to elude fans by dressing up as a resort employee and driving the tractor-pulled sleigh. Disney himself occasionally jumped behind the bar and mixed cocktails.

One snowy day in 1946, Norma Shearer stepped up to the front desk in her mink stole and noticed a framed photo of receptionist Fred Morrison's teenage daughter. "What a pretty face," she said to Morrison. "She should be in pictures." Thus began the film career of Janet Leigh.

Charlie Chaplin shot scenes of his Klondike classic, "The Gold Rush," nearby. Greta Garbo's last movie, "Two-Faced Woman," was filmed at Sugar Bowl, although Garbo herself never got closer than a Hollywood sound stage; a stunt double did all the skiing.

Hollywood may have moved on, but Sugar Bowl remains the go-to resort for the skiing members of San Francisco society. Drive through the covered parking lot, and the names on the private spaces are the same ones you see in boldface type in the society columns: "Hellman" is prominent investment banker Warren Hellman; "Bechtle" belongs to his sister, Nancy Bechtle, former president of the San Francisco Symphony; "Fisher" is Donald Fisher of The Gap; "Tompkins" is Susie Tompkins Buell, co-founder of the Esprit clothing company; "Fleishhacker" belongs to the same philanthropic family for which San Francisco's zoo is named. When I checked The Chronicle's archives, the vast majority of the Sugar Bowl mentions were in Pat Steger's old society column.

"I'm always running into old San Francisco friends on the mountain," said Bechtle, chairwoman of the resort's board. "There's a very special feeling about this place. It's a small, friendly village where people have known each other for years -- sort of like San Francisco itself."

Bechtle has been skiing at Sugar Bowl since the late 1940s, when her parents built a house near its base, and she's still known as one of the better powder skiers on the mountain. Now her grandchildren are skiing there. Many of the

housing lots are being bought by descendants of the old San Francisco families who have been coming to Sugar Bowl for decades; the tracts on either side of the lodge are sometimes referred to as "south of Market" and "north of Market."

Sometimes it feels as if they're trying to re-create Pacific Heights on the snowy slopes around Donner Pass. The first thing you see when you step out of the lodge is a sign for Nob Hill -- the name of a ski lift. One of the black-diamond runs above it is known as Market Street; other runs are named Montgomery Street and Union Street.

For years, the social highlight of the year was the end-of-the-ski-season Tiki Race hosted by "Trader Vic" Bergeron. Outfitted in grass skirts, leis and sarongs, skiers slalomed around artificial palm trees to the bottom of the hill, where a dugout canoe was filled with mai tais. Winners got a carved wooden tiki. Trader Vic's Tiki International, as it came to be called, ended in 1975, but it has recently been revived -- in a less boozy form -- as a benefit for Sugar Bowl's ski team.

The scene isn't merely social. San Francisco investment banker Bob Hambrecht said Sugar Bowl's reputation as a family-friendly resort obscures the fact that there's skiing there to challenge even extreme powder hounds.

"When my parents got a place there, I was skeptical," he said. "I still had a lot of testosterone flowing through me, and I thought a hot skier had to ski Squaw or Heavenly. But then I was up there once when a big storm blew through there and just dumped, day after day, and I had it practically all to myself. And I discovered that Sugar Bowl has challenging, aggressive lines that are as good as you'd find anywhere."

Another big key to Sugar Bowl's charm is that the resort is owned by a relatively small group of Bay Area residents, rather than a conglomerate headquartered across the country.

"Sugar Bowl's entire board of directors is from San Francisco -- well, there's one from the Peninsula -- and what makes it so special is that we're all true outdoor people," Bechtle said. "We're all skiers, and we're out on the mountain all the time. If something isn't right, we'll notice it."

Hellman, 68, estimates he skied 80 to 90 days at Sugar Bowl last year, and still tackles the double-diamond runs. "Occasionally a shredder will pass me and say, 'You're doing well, sir.' "

The challenge, he said, has been to keep Sugar Bowl in the black enough to finance the necessary infrastructure improvements. "For a long time it was run like a semi-private club," he said. "Episodically, we'd run out of money and pass the hat among all the owners. Now we've reorganized and refinanced, and the challenge is to make as few concessions as possible in changing the atmosphere. But you have to modernize."

To finance the most recent chairlift improvements, he said, the owners decided to sell off a little surplus land rather than build a big hotel on the property.

The resort's 58 stockholders, said Bechtle, aren't interested in transforming Sugar Bowl into a mega-resort. "We just want to make it nice for us and for all the people who come there," she said. "We want to make sure that it doesn't change, doesn't become another Vail or Squaw. Those places have great skiing, but they're not Sugar Bowl."

And as long as Uncle Walt didn't say "dibs," you can make yourself comfortable in his favorite chair next to the fire.

--------------------------

IF YOU GO

GETTING THERE

-- From Interstate 80, take the Soda Springs exit and follow Highway 40 for 3 miles to Sugar Bowl. The first parking lot you come to houses the Magic Carpet gondola to the old lodge. For the Mount Judah base, continue on another half mile on Highway 40 and turn right where the signs indicate.

WHERE TO STAY

-- Inn at Sugar Bowl, (530) 426-6742 or www.sugarbowl.com. Rooms start at $130 on weeknights ($140 on weekends). For that you get twin beds, a shower and not much of a view. "Mountain View" rooms start at $200 on weekdays ($265 weekends) and include queen beds, tubs, showers and views of the ski slopes. Larger rooms with lofts are available for families. Discount packages that include breakfast and lift tickets are available.

The San Francisco Chronicle OCTOBER 26, 2003, SUNDAY,

Otherwise, lodging in the area is limited. Truckee, with everything from cozy bed-and-breakfast inns to budget motels, is your best bet.

WHERE TO EAT

-- For dinner at the Inn at Sugar Bowl's restaurant, entrees run $15-$24. Also available during the day at various snack bars is the usual ski resort fare, ranging from chili to pizzas to burgers and salads.

LIFT TICKETS

-- Full-day adult lift tickets this season are $56 on weekends; $42 for young adults (13-22); $15 for children (6-12) -- only $10 if they wear an approved helmet (see Web site for details). Midweek discounts of 15-20 percent. As of Nov. 1, you can buy an adult lift ticket at any Safeway in Northern California for $39; it's good any day of the week and holidays.

FOR MORE INFORMATION

-- Call Sugar Bowl at (530) 426-9000 or visit www.sugarbowl.com. E-mail John Flinn at travel@sfchronicle.com.

GRAPHIC: PHOTO (6): MAP, (1) Vertical reality: A snowboarder demonstrates that not all of Sugar Bowl is PG-rated; (2) inset, skiers on the sun deck at top of the Disney lift. / Peter Spain; Inset: Bill Stevenson / Special to The Chronicle, (3) Carving A toothy ridge makes a dramatic backdrop, top;, (4-5) Sugar Bowl's cozy main lodge, above left / Photos courtesy Sugar Bowl, and right, retains the aura of an earlier era. / John Flinn / The Chronicle, (6) The Magic Carpet gondola carries skiers to Sugar Bowl's lodge / Photo courtesy Sugar Bowl, MAP: Chronicle Graphic

LOAD-DATE: October 27, 2003

1229 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

October 13, 2003 Monday


**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 1964 words

**HEADLINE:** TOM FITZGERALD: Guest Opinion

**BYLINE:** Tom Fitzgerald, Staff

**BODY:**

Industry Vista

Free business services are well-kept secret

EDITOR'S NOTE: Industry Vista is a weekly column that provides officials from different industry sectors an opportunity to share their views on issues affecting their northern Nevada companies. Today's column is by Tom Fitzgerald, CEO of Nevadaworks. (Photo provided by organization)

Unemployment and jobs are of more concern to Americans than war, the fear of war or terrorism.

According to the Gallup Organization's July poll of more than 1,000 adults, 13 percent indicated unemployment as their top issue of concern, second only to concerns about the economy.

Nevada's unemployment rate was at an all time high of 5.3 percent in June, even though it was below the nation's nine-year high of 6.4 percent.

Nevadaworks, Northern Nevada's leader in work force development, provides resources to employers and job seekers in the interest of easing those unemployment concerns.

The agency was created in 1998 when Congress passed the Work force Investment Act and mandated that local work-force investment boards learn about the issues facing businesses and then fund programs to address those needs.

Although Nevadaworks has been meeting the goals of WIA for many years, it is still a well-kept secret to most employers.

Under WIA rules, Nevadaworks is an administrative agency. It funds programs through service providers, including Truckee Meadows Community College, Western Nevada Community College, Job Opportunities In Nevada, Children's Cabinet, Sagewind and Step 2, among others.

These programs assist a diverse population of individuals who are seeking employment, skills upgrading or are entering the work force for the first time.

Nevadaworks is the only agency that coordinates work-force development to meet the needs of employers in Northern Nevada. Thus, employers, economic development authorities, educational institutions, state and local agencies and individuals all connect through our comprehensive system.

The governing board is comprised of various community interests, the majority of which must be from the business sector. Some of the companies represented include amazon.com, Club Cal Neva, KTVN-TV, Personnel Services Inc.,

the Rose/Glenn Group, SBC and Wells Fargo Bank. Economic Development partners include Sierra Pacific Power and EDAWN.

Together with local elected officials from the 13 Northern Nevada counties, these businesses and agencies provide input on the changing requirements for workplace success.

Each year, Nevadaworks produces the Occupational Outlook Report, which provides vital occupational, labor and work force statistics. The report reflects the most current data available on select occupations in this area and is readily available as printed material by calling 337-8600 or at www.nevadaworks.com.

The JobConnect Center, a work-force development resource in Reno Town Mall, is managed by Nevadaworks and provides access to comprehensive services for employers and job seekers. This is a free on-site resource center, with access to training resources, job order and referral services, placement assistance, meeting and interview rooms, and a training center for workshops.

In addition, monetary incentives are available to businesses requiring assistance in upgrading the skill of its work force, as well as funds for pilot projects in job improvement that might benefit others throughout the community.

For individuals, funds are available for those interested in entering the nursing field. Nevadaworks has funded major nursing programs for the past two years and always is interested in responding to other serious job shortage issues.

As the recipient of federal work force funds, the board believes in re-investing the returning tax dollars in the best manner possible to the benefit of the business community and its employees. To do this successfully, Nevadaworks and the JobConnect system no longer can be a well-kept secret.

Spread the word. Participate when needed. Only by sharing this secret will our work force excel.

o o o

Here's one reader's comments to Liz Younger's Sept. 8 column:

To echo Liz Younger and John Kirsche, here's my 2 cents on promotion: Let's have a community winter carnival.

Special events must and will sustain the Reno economy, agreed? Our ski areas are nationally recognized, agreed?

Here we are ... 15 ski areas within an hour or so, a major airport, hotels, motels, restaurants, car rentals ... all hoping to live through the winter, especially January and early February.

Let's join with the University of Nevada, Reno, which has had a winter carnival when it has races here to make it a community-wide week or longer of entertainment. It used to be a big event. It can be again.

The objective is threefold:

o Promote Reno as a bed base for winter tourists.

o Shore up a slow week or longer in winter.

o Make the locals aware of the great advantages we have as a destination bed base.

First let's get rid of a few myths. Don't call them skiers, call them winter tourists.

Years ago, they were considered cheap, and thought that they did not gamble.

Today, skiing is not cheap, and skiing/snowboarding itself is a gamble.

Years ago, United Airlines considered skiers the best shoppers around. They still are; they like deals. We have deals. Let's check out our advantages.

Advantage. Little risks. We don't have to build anything like a bowling center. We have no overhead in personnel.

The ski areas take the chances. If it doesn't snow, or snows too much, they have the problem - but it's great for us.

The ski resorts do most of the promotion both as individuals and as a group. We add to that promotion and do some of our own.

Advantage. Affordable bed base. We can estimate safely that on a winter weekend, around 50,000 to 75,000 will ski/board the Sierra resorts; midweek, maybe half that.

Where do they go at night? Alpine, Mt. Rose and Boreal have no real bed base. **Squaw,** Northstar and Diamond Peak have limited accommodations considering the number of skiers they attract daily. Only Heavenly has adequate lodging in South Shore. We have plenty of pillows.

We are the reverse of ski resorts. Winter is our SLACK time.

Advantage. Major airport. The Reno/Tahoe International Airport is big and centrally located. At other resorts you have miles to drive or take a smaller plane to an often-small airport often having weather problems.

Sun Valley, Jackson Hole, Mammoth, Mt. Bachelor, Telluride, Taos, Aspen and Vail all have very limited airports. Many of these areas subsidize airlines, guaranteeing to buy unused seats. We do not have to do that.

Advantage. Major highways. Driving around here is easier than getting to other resorts. During the Olympics in Salt Lake City, they had little use of two of the better-known resorts, Alta and Snowbird. Drive that canyon some time and you will know why. .

Advantage. Economical food and drink. Ever have lunch at mid-Vail, or dinner that night downtown? Sierra areas have limited evening dining considering the number of skiers there that day. **Ski** areas do not have 99-cent breakfasts, cheap buffets, free drinks for gamblers, early bird dinners and 2-for-1's.

Advantage. Entertainment. We have nightlife. Not everyone skis/boards all day long, especially the older and affluent. We offer affordable dinner and regular shows, comedy clubs, dance clubs, concerts, operas, cultural attractions and, of course, gaming.

Advantage. Rental cars. Ask Avis or Hertz what the rate is for a car in Boise to drive to say Sun Valley in winter. Then call Avis or Hertz in Reno. And the smaller rental places are just about the same if they are there at all. We have dozens.

Where do we begin?

Organize. Form a winter carnival group, as there is for ArtTown and Hot August Nights. These should be folks familiar and involved with both skiing and promotion. This includes UNR, Sierra Ski Association, **Ski** the High Sierra, RSCVA, Reno Recreation and Ski Club, ski shops, hotel-motel associations, Event Planners Association and media.

Much of the meetings among these people can be done by e-mail, as all are busy folk.

Communicate with other event planners in Carson, south and north **Tahoe,** Incline and Truckee to avoid conflicts. We do not want two events at the same time. All the airlines and car rental agencies should know about this early so they can put it into their in-flight or house organs.

Fund. Ask the Reno-Sparks Convention & Visitors Authority for a little seed money to cover costs of phone and printing of posters, etc. Should events have a way of making money, perhaps that can go to the group trying to bring the Winter Olympics to Reno.

Begin small and grow. We learned from Hot August Nights those lessons.

Here's a suggested start. The events go from Sunday to Sunday.

Begin with the World's largest Fondue Party at 5 p.m. Sunday. Provide free **ski** movies at hotel showrooms all week. There are many out now on video. These are especially liked by young people and can act as a baby sitter while the parents enjoy the casino.

Everyone dress in **ski** clothes all week, especially those in contact with tourists - casinos workers, service station attendants, restaurant personnel, news anchors on TV, etc. Go to work in **ski** attire, sweaters and hats at a minimum.

Restaurants give 2-for-1 dinners or a drink with a lift ticket from that day (and an out-of-state driver's license if they worry about locals taking advantage; but why worry?) Motels and hotels give discounts with a lift ticket. Offer discounts or free concert tickets if they show that day's lift ticket.

Reno Gazette-Journal October 13, 2003 Monday

Have the hotel and motel associations and car rentals get together to buy lift tickets for midweek at a bulk rate from the High Sierra group or others to be used as giveaways for staying midweek at a motel, hotel or renting a car. Keep the rack rate up. Stay here ... **ski** free; sounds very good to me.

You might think we already promote skiing effectively. Maybe we do outside of Reno, but not internally. Get off the plane and try to find a taxi, limo or casino bus with a **ski rack**.

Ask a hotel or motel where you can leave **skis**, poles and boots in a storage room where they can be locked up. Ask a service station attendant or bellman how to get to **ski** area. We need to make the community aware of the great potential of winter tourists.

This can be done with a winter carnival.

- Don S. "Snoshu" Thompson, Reno

o o o

Here's one reader's comments on last week's column by Richard Kenny:

I read with interest your column in which you stated that as a result of scandals like Enron, an increasing number of business schools were instituting ethics courses.

However, when you look into the content of these courses, you will find that in almost all colleges (except Christian ones), the professors are so terrified of being dogmatic and offending someone's viewpoint that they will **not** teach that anything is right or wrong.

Rather, each student is encouraged to decide for him/herself the best outcome to any ethical dilemma. Papers are graded, not according to generally accepted ethical standards, but by how well the student rationalizes the chosen course of action.

In one recent case, the professor was shocked to find that 38 percent of her students had cheated on the final ethics exam. But then she realized that this was entirely consistent with the philosophy she had been teaching: When one's self-interest is at stake, it is easy to rationalize the way to achieve the most favorable outcome.

We are setting future managers' consciences at rest. There is no absolute right or wrong. Everything is relative.

"Ethics" simply means pragmatism. This will lead to more Enrons, not fewer.

- Mark Bewsher, Tiburon, Calif.

**LOAD-DATE:** October 14, 2003