# EXHIBIT 11 - PART J

1232 of 2174 DOCUMENTS

Copyright 2003 The Miami Herald
All Rights Reserved
The Miami Herald

October 12, 2003 Sunday F1TR EDITION

**SECTION:** J; Pg. 1

**LENGTH:** 2359 words

**HEADLINE:** Ski slopes of champions: Downhill it like a pro;
OLYMPIC SITES

**BYLINE:** BY CLAIRE WALTER; Travel Arts Syndicate

**BODY:**

Where to downhill it like a champ, literally

Want to ski where Olympians raced or will race before too long? The Torino Winter Olympic Games are just two winters away and Whistler, Canada, was recently designated as the 2010 site. Both places are jumping with excitement for the quadrennial snow show. No need to wait: You can get there before the TV cameras and see what the competitors will be up against.

Or maybe you'd prefer to go to one of the ex-Olympic venues around the globe and see the site of your favorite downhill nail-biter, figure skating debacle or hockey cliffhanger up close and personal.

Snow-clad slopes lure skiers and snowboarders, but past Games have also left legacies of off-slope activities. After the crowds go home, you'll still find cross-country skiing tracks; ski jumps; arenas where figure skating, hockey, and more recently short-track speedskating have been contested; speedskating ovals and bobsled and luge runs.

In truth, not every former Olympic site makes sense for North American ski vacationers. Sarajevo in the former Yugoslavia (1984 Games) is still recovering from the Balkans' political vicissitudes, Oslo (1952) is a vibrant Scandinavian city but not really a ski destination in the contemporary sense, and with language challenges, Japan's Sapporo (1972) and Nagano (1998) are not really geared for non-Asian skiers and snowboarders.

But the remaining Winter Games hosts offer excellent ski resorts in their own right. Others warrant a drive-by visit on your way to your vacation destination (Calgary, 1988; Grenoble, 1968; Albertville, 1992, as well as Torino coming up in 2006).

Package pricing lets you gallivant with the ghosts of Olympians past without murdering the budget. In most cases, low-season prices (that is, from after New Year to mid-February) are quoted here, per person/double occupancy. They include airfare unless otherwise noted (add-on airfares from cities other than Miami are available; for a shortcut to various tour operator Web sites, go to www.snowpak.com

CHAMONIX (1924)

France: Site of the first Olympic Winter Games (though they weren't officially recognized as such until 1925), Chamonix is steeped in winter sports history. Its proximity to Mont Blanc's spires and scare-yourself-silly runs at Argentire and the Vallee Blanche ensure an ever-elevated adrenaline level. More moderate terrain is spread across the ski mountains closest to Chamonix or the 13 areas covered by the Mont Blanc regional ski pass.

Ski Europe's Chamonix package starts at $979 for Miami-Geneva round-trip air, ground transfers, and seven nights at the three-star Croix Blanche Hotel with daily breakfast. Ski Europe: 800-333-5533, www.ski-europe.com. Lift tickets are approximately $240 additional for six days for the 13-resort Mont-Blanc region, approximately $202 for Chamonix only.

## ST. MORITZ (1928,1948)

Switzerland: Saying you just got back from St. Moritz is like saying you just got back from Monte Carlo: Everyone, royalty included, is jealous. In addition to having twice hosted the Olympics, this uber-resort hosted the 2003 World Alpine Ski Championships. You can ski in triple medalist Bode Miller's tracks -- or anywhere else on the five mountains covered in the Engadin regional ski pass.

Adventures on Skis' packages start at $1,143 for round-trip Miami-Zurich travel on SWISS airline, rail transfer to the resort, lodging at the three-star Hotel Laudinella and daily breakfast. A six-day regional ski pass is approximately $235 additional. www.swiss.com

## LAKE PLACID (1932,1980)

New York: Attractions in this picturesque Adirondack village include skiing on the Olympic slopes of Whiteface Mountain, cross-country skiing at Mt. Van Hoevenberg, indoor/outdoor skating on ice, access to the ski jump observation deck, a whirl on the bobsled course and the Olympic Winter Museum.

Despite its winter rep, Lake Placid is primarily a summer destination and therefore a winter bargain, with abundant options in terms of lodging and length of stay from long-weekend getaways to one-week winter escapes. Customized lift/lodging package quotes are available from Tours de Sport, 888-754-2167, www.toursdesport.com

## BAVARIA (1936)

Garmisch-Partenkirchen, Germany: Alpine skiing made its first Olympic appearance here in 1936, and these twin towns have been Germany's flagship winter resort ever since. In addition to snow sliding in the shadow of the Zugspitze, Germany's highest mountain, winter and indoor-sports diversions abound. Conditions permitting, you can still catch a ride on the bobsled course.

Roundtrip Miami-Munich air, seven nights at the three star Hotel Vier Jahreszeiten, daily breakfast and transfers can be had for as little as $919 from Ski Europe. The Happy Ski Card lift pass for six days of skiing or riding on both sides of the Austro-German border is approximately $188 additional; a three-day pass is $94. 800-333-5533, www.ski-europe.com.

CORTINA D'AMPEZZO (1956) Italy: Cornerstone of the Dolomites, Cortina offers so much incredible terrain and so much scenic splendor that you'll gape in disbelief at the crowds of non-skiing Italians who've come just to hang out.

The Tofano, one of the two main close-to-town ski sectors, is the gold standard for on-snow challenge and breathtaking beauty, but the majority of the terrain is suitable for mid-level skiers and snowboarders -- or, like those sybaritic Euros, you might find that Cortina is a great place just to enjoy the views and cozy up to a fire.

A package of round-trip Miami-Venice air, bus transfer and seven nights in the three-star Olimpia Hotel starts at only $829 from Ski Europe. The Dolomiti Superski Pass, valid on 460 lifts in 12 ski areas in and around Cortina, is approximately $190 additional. 800-333-5533, www.ski-europe.com

## SQUAW VALLEY (1960)

California: At this High Sierra snow mecca, the Olympic aesthetic has largely been superseded by the exceptional challenge of the Palisades, a series of cliff-bands that draw the cadre of extreme skiers and riders, but the slopes below truly offer something for everyone.

Squaw Valley boasts 33 lifts, including North America's only Funitel and a huge cable car, that access six peaks, 4,000 acres and 2,850 vertical feet of terrain. Take a twirl on Squaw's on-mountain skating rink located at High Camp (8,200 feet). In the valley, a state-of-the-art resort village has taken shape.

A condominium at the very luxurious Resort at Squaw Creek, while not in the village itself, has door-step lift access. Book a three-night, three-day vacation with a Sunday or Monday arrival for $518 and get a fourth night of lodging and fourth day of skiing free.

Contact: **Squaw** Vacations, 800-403-0206, www.**squaw**vacations.com. Air fare to Reno and ground transportation additional. Links to other packages at www.**squaw**.com

INNSBRUCK (1964,1976)

Austria: This small and very charming city ranks both as an Alpine mecca and an Olympic stronghold. It is within shuttle bus range of six different **ski** centers with such tongue-twisting names as Patscherkofel, Axamer-Lizum, Glungezer, Seegrube, Schlick 2000, and the awesome Stubai Glacier, whose lofty elevation guarantees good skiable snow practically around the calendar.

Stay in a luxurious in-town hotel and commute to the slopes for a vacation that combines urban nightlife and culture with choice **ski** venues. Innsbruck also provides one of the most economical **ski** vacations a penny-pinching skier could want.

During selected weeks in December, January and March, Ski Europe's rates start at $549 for New York-Munich round-trip air, transfers and seven nights at the three-star Hotel Tautermann; availability is predictably limited.

During much of the season, comparable packages begin at $923 for Miami-Munich air, seven nights at the four-star Hotel Grauer Bar with daily breakfasts and ground transfers from $969. If you prefer to stay slopeside, similar packages at the Sporthotel Igls begin at $1,045 from Adventures on **Skis**. Note that Lufthansa has been offering great deals on its new Miami-Munich service.

Add to these a three-day **ski** pass at approximately $110, a six-day pass at $175, and the Innsbruck Super **Ski** Pass at $163 for four out of six days, including one day in Kitzbuhel or the Arlberg Region (St. Anton), or $220 for five out of six days, including one day each in Kitzbuhel and the Arlberg Region.

GRENOBLE (1968)

France: Grenoble is a low-elevation university city in sight of the Alpine foothills. The slopes where Jean-Claude Killy raced to triple gold are day-skiing areas at best, but nearby Alpe d'Huez boasts phenomenal terrain, including a snow-sure glacier. Best known for the hairpin-laden access road that frequently caps the most difficult stage of the Tour de France, Alpe d'Huez is an eclectic resort village at the base of long **ski** runs.

Adventures on **Skis**' packages start at $1,148 for Miami-Lyon air, bus transfers and seven nights at the three-star Hotel Pic Blanc with daily breakfast. A six-day lift pass is about $205 additional.

CALGARY (1988)

The Alpine skiing events for the Calgary Games actually took place at Nakiska, a mid-sized **ski** area carved from a forested peak less than an hour's drive from the city and a short detour for Banff-bound travelers.

Kananaskis Village was built for the 1988 Games and now offers the closest lodging.

The classy Delta Lodge at Kananaskis offers one night's lodging and a one-day lift ticket to Nakiska and also nearby Fortress Mountain from CDN $90 (about $68 U.S.; mention promotion code SPO). Air and ground transportation additional. Delta Hotels: 877-814-7706, www.deltahotels.com

ALBERTVILLE (1992)

France: The Albertville Olympics took place the last time summer and winter Games were held during the same year.

Most **ski** competitions were spread across the Trois Vallees (the interconnected resorts of Courchevel, Meribel, Morzine-Mottarets and Val Thorens). Among them, they comprise the world's largest **ski** area, with 200 lifts and something on the order of 375 miles of groomed runs for all ability levels and abundant off-piste terrain.

The speed events took place at nearby Val d'Isre/Tignes, together named L'Espace Killy after France's legendary **ski** star. This region boasts 99 lifts and a mind-blowing 6,175-foot vertical.

What better way to **ski** an Olympic venue than in the tracks of a medalled Olympian? Penny Pitou, who raced at Cortina in 1956 and silvered in downhill and GS at **Squaw** Valley four years later, has been leading **ski** trips to Europe since 1983.

The Miami Herald October 12, 2003 Sunday F1TR EDITION

In 2004, her Courchevel/Val d'Isre trip (Jan. 23-Feb. 8) includes round-trip Boston-Geneva air via Swiss airline, lodging in Courchevel's three-star Hotel Les Ducs de Savoie and Val d'Isre's four-star Hotel Christiania, daily breakfast and dinner, transfers and guided skiing with Penny and local guides, all for $2,475, plus lift tickets. Penny Pitou Travel, 800-552-4661, www.pennypitoutravel.com.

You can, of course, select a shorter, more economical or more flexible trip. Ski Europe offers a week in Meribel in the Trois Vallees, starting at $1,069, for Miami-Lyon air, seven nights at the three-star Hotel Merilys with daily breakfast and bus transfers. A six-day regional ski pass is approximately $230 additional. A comparable program in Val d'Isre includes lodging at two-star Les Crtes Blanches starting at $973. 800-333-5533, www.ski-europe.com.

LILLEHAMMER (1994)

Norway: You might remember the Lillehammer Games' racecourses lined with red-and-blue painted faces . reminiscent of American football fans grease-painted in their team colors. The Norwegians can take credit for inventing modern skiing, but their enthusiasm remains higher for Nordic than for Alpine skiing.

Lillehammer positions itself more as a destination for European meeting planners than as a ski resort. You can find oodles of local info on www.virtuallillehammer.com. Passage Tours, a large tour operator specializing in Scandinavia, can customize a Lillehammer package with air to Oslo. Passage Tours: 800-548-5960, www.passagetours.com.

SALT LAKE CITY (2002)

Utah: Park City, the hub of the 2002 snow-sliding events, boasts three major (but alas, not interconnected ski areas), eponymous Park City, Deer Valley and The Canyons, plus Utah Olympic Park,where ski jumps and the luge and bobsled track still provide thrills. Snowbasin, site of the speed events, is in a pod near Ogden.

Lift/lodging packages, stunning in their variety of dates, lodging type, length of stay and price, can be booked through tour operators, resort visitor services, airlines and condominium management companies.

As an example of a budget package, five nights at the downtown Red Lion Hotel and four days of lift tickets start at $355 from Moguls Ski Tours, 800-666-4857, www.moguls.com

TORINO (2006)

This northern Italian city, which we know as Turin, is more famous for Fiats than for winter sports, but the mountains are not far away. You can preview the venues of the ski and snowboarding events at Sestrire, Sauze d'Oulx, and Bardonecchia, all near the border with France. The villages are relatively small, but the skiing sprawls.

A Sestrire package starts at $1,035 with Miami-Milan air, a rental car for seven days, and seven nights at the Savoy Edelweiss with daily breakfast from Ski Europe. 800-333-5533, www.ski-europe.com.

WHISTLER (2010)

Canada: It was only a matter of time before Whistler was awarded a Winter Olympic Game -- and that time is 2010. The ski and snowboard events will take place on Whistler and Blackcomb Mountains, the twin towers of North American skiing with mile-high verticals and sensational slopes.

Preview them now. With two mountains, dozens of properties with scores of rooms and apartments and a snow season that can start in November and run until June, package prices are myriad.

The best starting point for customized quotes is Tourism Whistler: 800-944-7857, www.mywhistler.com

Claire Walter is an award-winning ski and travel writer based in Boulder, Colo.

LOAD-DATE: October 12, 2003

1241 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

October 9, 2003, Thursday METRO FINAL EDITION

**SECTION:** BUSINESS; Pg. D2; PLUGGED IN

**LENGTH:** 190 words

**HEADLINE:** Wireless set for ski area

**BYLINE:** Clint Swett

**BODY:**

Wi-Fi, the wireless broadband service already found in homes, cafes and airports, is coming to at least one major **Tahoe ski** resort.

Within a few weeks, most of the main gathering places at **Squaw** Valley, such as the base lodge and the High Camp and Gold Coast lodges, will be set up for Wi-Fi access.

While not many skiers are likely to lug a laptop to the slopes, **Squaw** officials are betting that some skiers will appreciate being able to go online with their personal digital assistants to check e-mail and handle other chores.

Exwire, the Truckee-based company that is setting up the wireless network, also will offer PDA software to allow text messaging among the devices.

Using that system, people can keep track of other skiers in their group, arrange meetings and even alert one another about snow conditions, said Devin Koch, Exwire's chief executive officer.

Eventually the resort itself will use the system to tell skiers such things as where the shortest lift and cafeteria lines are and even where to find apr s-**ski** drink specials.

111

The Bee's Clint Swett can be reached at (916) 321-1976 or cswett@sacbee.com.

**LOAD-DATE:** October 10, 2003

1284 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

September 19, 2003, Friday METRO FINAL EDITION

**SECTION:** TICKET; Pg. TK49; RENO - **TAHOE** - THIS WEEKEND

**LENGTH:** 659 words

**HEADLINE:** Good times are brewing at **Squaw**

**BYLINE:** Mel Shields Bee Correspondent

**BODY:**

n 1810, Ludwig I of Bavaria married Maria Teresa of Saxonia. He wanted to celebrate in Munich and proclaimed a state fair there, dedicated not only to his wedding but also to the fall harvest and the region's biggest product.

That product happened to be beer. Little did Ludwig know what he had just unleashed on the world.

Oktoberfests. Innumerable Oktoberfests. Not only the one in Munich itself, extended to an annual event by Ludwig because of the huge success of the first one, but also a proliferation of such parties everywhere. There are Oktoberfests in every major city, in many minor cities, indeed in countless little saloons. Those original party- goers examined the crops, sang and danced. These days, Oktoberfest celebrants concentrate not so much on the crops, but on the hops.

This region's Oktoberfest season will be kicked off this weekend at the Village at **Squaw** Valley USA. The events plaza will be home to a Bavarian village re-creation for the second year, and although attendance won't approach Munich's, it should be healthy and the beer consumption will be heavy. Martzen, Spaten's Premium Lager and Franziskanner-Hefeweizen will be featured, along with plenty of German brats, garlic fries, crepes and strudel.

There is a mental picture of an Oktoberfest celebration that immediately pops up when the word is spoken - tables of people dressed in lederhosen and peasant dresses, the men with feathers in their hats, all singing "Ja, Ja, Ja, Ja" while pounding out the rhythm with beer steins. It's a stereotype, but any Oktoberfest worth its pretzel features more than beer. It also features singing and dancing.

"It's four hours of either waltzes or polkas," says Glen Little, head of the Glen Little Alpine Band, which will play at the **Squaw** event. "We've printed up books with twelve songs which we put out on the tables for people to sing along. All the music is pretty much what you'd expect - 'Beer Barrel Polka,' 'Lichtenstein Polka,' like that. Plus, we play a lot of circus marches."

Little - a trumpeter whose group features Bob Moss on clarinet, Harry Stover on tuba, Bob Barker on trombone and Tony Chefo on clarinet - says he enjoyed playing at the event last year, especially when everybody did what he calls the "duck dance." He also liked the beer stein contest, to be repeated this year.

"It's a little bit sexist, I think, but it's fun. Quarters are put in the bottom of beer steins to give them weight, the steins are filled with beer, and then the men have to hold them straight out at arm's length to see who can hold them the longest. Women do the same, but there are no quarters in their steins."

Most of Little's players have been with him for about 15 years. He also conducts the Reno Municipal Band.

Most of the dancing will be spontaneous, but around 5 p.m. the Lake **Tahoe** Shining Stars will appear. Its 10 dancers will perform polkas, waltzes and tap. Members, ages 6 to 16, are directed by Marcia Sarosik, who also is

Sacramento Bee September 19, 2003, Friday

expected to take the stage. Sarosik was a professional folk dancer ("There are such things in the Midwest," she says) with the Wisla Folk Ensemble before she arrived in **Tahoe** and opened a dance studio.

The festival is from 3 to 7 p.m. Saturday. Admission is free; $25 buys unlimited beer sampling and a traditional large glass stein, $10 buys a smaller mug and one sampling; $5 beer tickets will be available. Dogs are welcome but must be kept on a leash.

* * *

See www.sacbee.com/jackpot for more news about casinos in the Reno/**Tahoe** area.

Coming attractions

Michael Franti and Spearhead with the Ben Taylor Band, Sept. 28 at Caesars **Tahoe;** $25; (800) 648-3353.

Todd Snider and the Wrecks, Oct. 9 at John Ascuaga's Nugget; $30; (800) 648-1177.

Debbie Reynolds, Oct. 17-18 at John Ascuaga's Nugget; (800) 648-1177.

"Seussical: the Musical," Oct. 24-26 at the Pioneer Center for the Performing Arts; $36-$71; (775) 787-8497.

**GRAPHIC:** Village at **Squaw** Valley USA The Alps met the Sierra last year at **Squaw** Valley's Oktoberfest.

**LOAD-DATE:** September 20, 2003

1321 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

August 17, 2003 Sunday

SECTION: SUNDAY LIFE; Pg. 6B

LENGTH: 1402 words

HEADLINE: SUMMER thrills!

BYLINE: Mark Vanderhoff, Staff

BODY:

SKI RESORTS DON'T LET THE HEAT STOP THEM

By Mark Vanderhoff

RENO GAZETTE-JOURNAL

Annette Christensen cinched the strap on her daughter Sasha's bicycle helmet, then sent the 13-year-old to catch up with her brother and father, already mountain biking at Northstar-at-**Tahoe.**

"I'm taking them horseback riding tomorrow while Rick goes mountain biking by himself," said Christensen, of Redding, Calif.

Although **ski** resorts are in full swing during winter, many long have offered activities in the summer, from mountain biking to climbing walls.

The Christensens, of Redding, Calif., discovered that last year while staying in South Lake **Tahoe.** They went mountain biking at Kirkwood and rode the Heavenly gondola up to the observation deck, elevation 9,123 feet.

"It began with people coming in hiking," said Fleur Gilligan, communications coordinator for Mammoth Mountain **ski** resort in Mammoth, Calif. To cater to summer crowds, the **ski** resort added a mountain bike park about 15 years ago, she said, followed by a golf course five years ago, then fly fishing service three years ago.

Other resorts also have expanded their summer offerings beyond hiking.

"Skiing is what started our business," said Katja Dahl, **Squaw** Valley USA **ski** resort spokeswoman. "However, the mountains are just as beautiful in the summer. And there's no reason why we shouldn't offer things in the summer."

Hiking and mountain biking long have been popular summer activities at **Squaw,** Dahl said, with enthusiasts riding the resort's cable car to its High Camp. The High Camp's pool and ice rink have been open in summer since 1991; since then, **Squaw** Valley has added nature hikes and stargazing.

And while skiing continues to provide the bulk of income for Sierra Nevada **ski** resorts, many say the summer business is increasingly popular - and profitable.

Northstar-at-**Tahoe, Squaw** Valley USA, Kirkwood and Mammoth Mountain all have climbing walls. Climbers will be safely tied to a rope as they scale 30- to 60-foot walls. Anyone who slips will dangle safely away from the wall.

Reno Gazette-Journal August 17, 2003 Sunday

Northstar and Squaw Valley also have ropes courses. Participants jump from platform to platform 50 feet above the ground. They climb to the top of upright logs that look like telephone poles and balance themselves on the top. Like spies in an action film, they zoom through the trees on zip lines.

The courses are real confidence-builders.

"I didn't really want to do it but my brother kept bugging me," said David Harris, 16, of Citrus Heights, Calif. "I'm really glad I did it. I feel more brave. I can do stuff I didn't think I could do."

New this year to the summer lineup at a few locations: bungee trampolines. Strap into a harness connected to bungee lines and then jump up and pull a few flips.

Plenty of mellow activities can be found, too.

Northstar and Squaw Valley offer stargazing tours. Many of the resorts open their woods to hikers. And there's always a nearby restaurant to satisfy the appetite visitors work up while at play.

Here's the skinny on summer fun at some of the resorts:

Northstar-at-Tahoe

Northstar's mountain bike park has more than 100 miles of singletrack that weaves through the forest.

The effortless ride on the ski lift is a guilty pleasure for cross-country bikers who want to forgo the lung-busting climb for hours of technical challenges and the area's premiere venue for downhillers who wouldn't think about climbing a hill anyway.

Trails range from super-easy to treacherous.

The Adventure Park offers a climbing wall, adult and junior ropes courses and an orienteering course.

Guided horseback rides and ATV rides through the resort's mountainous terrain offer views of Martis Valley and Lake Tahoe.

The resort stocks its reservoir, Sawmill Lake, with rainbow trout and offers fly-fishing clinics for those who want to learn the art of casting.

Activities: Hiking, mountain biking, climbing wall, ropes course, bungee trampoline, orienteering course, guided horseback tours, guided ATV tours, fishing, golf.

Dogs OK with restrictions.

Open season: Mountain bike park open Monday, Thursday and Friday and 9:30 a.m. to 5 p.m. Saturday and Sunday through Labor Day and then Friday-Sunday through mid-October. Adventure park open until Sept. 1, groups may schedule appointments through late October. Horseback tours available until Oct 13.

Details: www.northstarattahoe.com or 1-530-562-1010

Squaw Valley USA

Bring swimming trunks and some extra cash on a hike at Squaw Valley.

The Shirley Lake trail follows a gurgling mountain stream exploding with wildflowers. Take a rest at Shirley Lake, then head up to High Camp.

At High Camp, waterfalls tumble down islands in the middle of the heated pool and spa. Enjoy a cold beer and a meal with views of granite peaks. Then take the cable car back down to the car.

Ranger-guided hikes are scheduled weekly, and full moon hikes offer semi-guided walks by lunar light. The stargazing program provides telescopes and astronomers who can point out features of the night sky.

Squaw also allows dogs on the enclosed cable car.

Activities: Hiking, guided horseback tours, guided hikes, stargazing, climbing wall, ropes course, orienteering course, ice skating.

Dogs OK on leash.

Open season: Horse stables, outdoor climbing wall, ropes and orienteering courses close shortly after Labor Day.

Details: www.squaw.com or 1-530-583-6955

Mammoth Mountain

Northstar may claim a few more miles of riding trails than Mammoth, but Mammoth has trails that begin at 8,900 feet, which is higher than the summit of 8,610-foot Mount Pluto at Northstar.

Mammoth's lift will drop bikers off at 11,063-foot Panorama Lookout. From there, it's 2,900 vertical feet in 3.5 miles down Kamikaze. Or, take the more circuitous route down Off the Top and hook up with the myriad of trails below.

Anyone can take the gondola to the Panorama Lookout. "Top of the Mountain" tours offered Friday through Sunday clue in guests on the natural history of the Sierra Nevada.

Dogs are allowed on the gondola.

Take the Twin Lakes/Dragon's Back trail off the mountain for a walk through the woods and a stop at two beautiful mountain lakes. The path travels five miles one way and the hike back up is strenuous, so some hikers may want to set up a shuttle, leaving one car at the nearby Tamarack Lodge and Resort.

Mammoth is located near some of the Sierra's hottest fly-fishing spots, so the resort has its own guide service and offers fly-fishing lessons.

One of the resort's lodging specials, offered through Sept. 30, includes a free half-day guided trip for two with two nights lodging. Ask about the "stay and golf" and "stay and bike" packages, too.

Activities: Hiking, climbing wall, ropes course, mountain biking, golf.

Dogs OK on leash.

Open season: Golf course closes Oct. 12, all other summer activities end Sept. 28.

Details: www.mammothmountain.com or 1-760-934-0745

Kirkwood

Kirkwood also has a mountain bike park, albeit smaller than Northstar's and Mammoth's.

The view from the top of the ski lift of The Cirque, Caples Lake and the mountains of Mokelumne Wilderness make the $17 lift ticket worth the money, though.

For a closer look at the Mokelumne, schedule a guided horseback ride over Carson Pass.

Kirkwood has one of the best disc golf venues in the Reno-Tahoe area, an 18-hole course called Disc-Wood that begins at 7,800 feet and crosses the resort's rugged terrain.

Activities: Mountain biking, guided horseback tours, guided stargazing, indoor rock climbing.

Open season: Mountain bike park closes Aug. 31. Horseback tours available through October. Disc-Wood stays open until snowfall covers the course.

Details: www.kirkwood.com or 1-877-547-5966.

Heavenly

Heavenly's gondola takes visitors to an observation deck at 9,123 feet.

The tickets begin at $20 per adult, but the 360-degree views of Lake Tahoe and the mountains are rivaled only by Mount Tallac - and that takes serious work to summit.

The deck is open through sunset every evening and has telescopes and picnic tables. Bring a bottle of wine and some cheese for a romantic evening.

Hikers also can walk to a mountain peak, wildflower meadow and lake from the observation deck.

Activity: Hiking, scenic gondola.

Reno Gazette-Journal August 17, 2003 Sunday

Open season: Gondola runs all week until Sept. 28, then Friday-Sunday through Oct. 26.

Details: www.skiheavenly.com or 1-800-243-2836.

**GRAPHIC:** Tim Dunn, Reno Gazette-JournalROPIN' IN FUN: A young girl tries her hand at the junior ropes course at Mammoth Mountain.Scott Sady, Reno Gazette-Journal fileSKY HIGH: A mountain bike rider catches air under the lift as other riders and their bikes ride up the mountain at Northstar-at-**Tahoe.**Tim Dunn, Reno Gazette-JournalON THE ROCKS: Two girls tackle the climbing wall at Mammoth Mountain.

**LOAD-DATE:** August 18, 2003

1331 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

August 13, 2003 Wednesday

SECTION: F; BRIEF; Pg. 4

LENGTH: 610 words

HEADLINE: Tahoe is a playground for kids of all ages

BYLINE: By Jackie Burrell; STAFF WRITER

BODY:

There are few pastimes more appealing than sprawling on a beach blanket and lazing away the hours -- with a top notch sunscreen, of course. But what happens when junior's capacity for lakeside lolling is reached? When the three dozen Tahoe beaches cease to enthrall, and even the resort swimming pool fails to impress, it may be time to pull out the guidebook -- or pull aside a local for a confab about alternative family adventures at the Lake.

Sky Rides & Aerial Trams

Soaring 9,000 feet above the pristine Tahoe basin, sky rides like the Heavenly Gondola offer interesting transportation and a stunning view of Lake Tahoe, the Carson Valley and Desolation Wilderness. Bring a picnic. (Heavenly 775-586-7000) The aerial Cable Car at Squaw rises to the mountain-top High Camp at 8,200 feet, offering beautiful views and some dining options, as well. (Squaw 800-545-4350)

Blasts from the Past

Traveling with a fourth-grader? Then the Emigrant Trail Museum and Pioneer Monument at Donner Summit is a must-see, especially for those kids about to read "Patty Reed's Doll," a children's story about the Donner Party's ill-fated crossing. The museum includes natural history, Native American history and emigrant trail exhibits, plus an interesting gift shop for history buffs. Water system renovations that began Aug. 11 have closed the nearby campground and day use areas, but the museum remains open. (Open daily, 9 a.m. to 5 p.m., Donner Memorial State Park, off Hwy. 80, 530-582-7892.)

Boat buffs may opt for the Tahoe Maritime Museum for a glimpse into the lake's aquatic sport past. Classic wooden boat exhibits share space with displays on steamers, engines and the Shanghai, the 1890s launch discovered on the bottom of Lake Tahoe and currently undergoing reconstruction. A children's activity room offers line tying, boat building, watercolors and other arts and crafts. (Open Fridays through Mondays until Labor Day, 11 a.m. to 5 p.m., 5205 West Lake Blvd. on the south side of the Homewood Mountain Resort.)

Hoss who? Hoss and Little Joe Cartwright held a special place in the hearts of a previous generation, but 21st century kids will still thrill to the old West spectacle of Bonanza's Ponderosa Ranch. Ben Cartwright's famous ranch opened to the public in 1967 and has been wooing wanna-be cowboys by the millions ever since. Tour the ranch house, browse Main Street, take a hayride, and check out the Wild West Comedy and Stunt Show.

(Open daily 9:30 a.m. to 6 p.m. through October, weather permitting. 100 Ponderosa Ranch Road, Incline Village, 775-831-0691.)

Contra Costa Times (California) August 13, 2003 Wednesday

Fairy tale fans will delight in the vision of romantic Vikingsholm Castle. Inspired by a 1,200-year-old Scandinavian fortress, the 48-room castle features enough turrets and towers to wow would-be princesses as well as architecture hounds. (Guided tours daily, every half hour, 10 a.m. to 4 p.m., D. L. Bliss and Emerald Bay State Park.)

Steamboats, Rafts & Tubes

The M.S. Dixie II and the Tahoe Queen ply the crisp Tahoe waters, criss crossing the watery expanse on sightseeing cruises, champagne brunch cruises, sunset dinner cruises and a family fun cruise that blends spectacular scenery with a self-guided scavenger hunt for kids. The paddlewheelers depart South Shore and Zephyr Cove daily (www.laketahoecruises.com

Shooting the rapids appeals to adrenaline-junkies and intrepid vacationers alike, but the Truckee River offers levels of excitement appropriate for all ages, from white water rafting (class 2-3+ rapids) to a more sedate raft or inner-tube float. Outfitters abound in Truckee and Tahoe City, or google yourself up a few dozen hits.

LOAD-DATE: August 13, 2003

1334 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

August 13, 2003 Wednesday

**SECTION:** F; Pg. 4

**LENGTH:** 353 words

**HEADLINE:** Ski resorts warm up to summer fun

**BYLINE:** By Meera Pal; STAFF WRITER

**BODY:**

Tahoe isn't just for skiers.

Once summer rolls around and the temperatures start to rise, all of the well-known ski resorts focus their attention on the warm weather activities that abound in Tahoe, in an attempt to attract vacationers to the mountains -- not that the lake and fresh air aren't draw enough.

Once the skis and snowboards are stowed away, resorts like Northstar-at-Tahoe (www.skinorthstar.com

"We are still trying to get the word out that we are a year-round resort," says Nicole Belt, public relations manager at Northstar.

From the majestic mountains to the sandy beaches, families can usually find something for everyone.

"Tahoe in the summer time offers even more variety for tourists than in the winter," says Laura Brown of Creative Concepts, a Tahoe recreational/tourism marketing firm. "There's the lake and everything it has to offer, from boating and swimming. Then there's hiking, with the new Tahoe Rim Trail."

In addition to the myriad activities, many of Tahoe's ski resorts also tend to offer greater discounts and package deals during the summer months, to accompany their numerous on-site activities.

"It's really more affordable to come to Northstar in the summer than in the winter," says Belt.

In addition to recreational activities, the resorts also host art, music and wine festivals.

At the Squaw Valley Resort (www.squaw.com

As a ski resort tucked into the mountains, not only does Squaw have great skiing, but they are able to offer phenomenal cable car rides, with a fabulous view of the Sierras and the Lake. Once at High Camp, Squaw offers its guests a short seminar on astronomy, with access to a telescope. For several weekends during July and August, visitors are treated to clear, crisp evenings, with pollution-free skies, providing an outstanding view of the night sky.

"Ski resorts have developed pretty sophisticated ways of using their mountains to get more mileage out of them," says Paige Nebeker of Creative Concepts.

Aside from the surrounding mountains, Tahoe is great because of the lake. The Homewood Mountain Resort (www.skihomewood.com

**LOAD-DATE:** August 13, 2003

1469 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Modesto Bee

June 1, 2003, Sunday, ALL EDITION

**SECTION:** TRAVEL; Pg. G1

**LENGTH:** 855 words

**HEADLINE:** RENO & TAHOE NEVADA TOURIST HAVENS HEDGE BETS BY FOCUSING ON OUTDOOR OPTIONS

**BYLINE:** BY BOB WALTER, THE SACRAMENTO BEE

**DATELINE:** RENO

**BODY:**

Indoors, outdoors and everywhere in between, it's hard to beat Reno and Lake Tahoe for distractions. And the buffet of diversions is getting bigger.

Faced with declining visitor totals, shrinking gambling revenue and growing competition from California's Indian casinos, Reno and Tahoe are bent on broadening their appeal.

In drastically oversimplified terms, the region wants to be known for white water as well as firewater, for galleries as well as gambling and for Ponderosa Ranch instead of Mustang Ranch.

"Where else in the world can you go skiing -- snow or water -- for part of the day, still have time for a round of golf and then clean up, enjoy a fantastic dinner and show and also enjoy the gaming?" said John Farahi, chief executive of the Atlantis Casino Resort and a 30-year veteran of Reno's casino industry.

"But the perception, especially the farther east you go, is that Reno is dusty and backward, someplace to go if you can't afford Las Vegas," Farahi said. "The true Reno-Tahoe -- the quality of life here -- is just now being discovered."

Fighting back against their dusty image and California casinos, Reno-Tahoe has launched a public-relations fusillade:

* A new campaign -- "America's Adventure Place"-- stresses the region's myriad outdoor recreation options, from fishing and hunting, to skiing and snowboarding the world-class slopes of Heavenly and Squaw, to rafting and kayaking the mighty Truckee, to golfing 50 courses and biking the new 'round-the-lake trail.

* A proposal for a $6 million white-water recreation park along 24 miles of the Truckee.

* The ESPN Great Outdoor Games in July will showcase the region for a worldwide audience in a four-day event that features fishing, timber and target events and sporting dog competitions.

* Arts and culture, including the Nevada Museum of Art, which opened last weekend in downtown Reno. The city also boasts three performing-arts companies: the Nevada Opera, Reno Chamber Orchestra and Reno Philharmonic.

* Mega-size family events, including the Reno Rodeo, a monthlong arts festival in July called Artown, Hot August Nights and, in September, the Great Reno Balloon Race and the National Championship Air Races.

Because it can no longer compete with more glamorous gambling cities, Reno, with a population of about 190,000 -- about the same as Modesto -- wants to diversify to attract a steady stream of niche audiences.

Modesto Bee June 1, 2003, Sunday, ALL EDITION

The fixes include a lovely pedestrian promenade along the Truckee as it gurgles through downtown and a neighborhood of riverfront art galleries.

But the real bottom line in Reno goes to gaming (or "gamboling," as the old radio ads pronounced it). During the first half of the 20th Century, tens of thousands of visitors came to Reno for its quickie divorces. However, as more states liberalized their laws, Reno lost its distinction as the country's divorce capital. More often, people came for the gambling, primarily slot machines and blackjack.

"Bottom line: We are a gaming destination," said Jeff Beckelman, president of the Reno-Sparks Convention and Visitors Authority. Farah agreed: "We are not in the hotel business. Every segment of our operation feeds the casino."

Gaming revenues for Washoe County -- Reno, Sparks, Verdi, Incline Village, North Lake Tahoe and rural areas north of Reno -- were $1.04 billion in 2002, down 3.8 percent from the previous year, according to the Nevada Gaming Control Board. That came on the heels of a 5.7 percent decline a year earlier.

"Reno's decline began in the late '80s and early 1990s, with the first wave of Indian casinos in California," said Richard Wells of Wells Gaming Research.

The flourishing Indian gaming industry in California clearly represents the strongest threat to the Reno economy. Indian casino revenues in California grew to $5 billion last year.

The most immediate threat is Thunder Valley Casino, a $215 million project opening this month east of Sacramento, just a few miles from Interstate 80, the lifeline between Reno-Tahoe and the Northern California markets that provide 54 percent of Reno's visitors.

Thunder Valley is a Las Vegas-style casino with 2,000 slot machines and 100 table games.

Reno-Tahoe officials are promoting non-gambling attractions such as the Basque festival, rodeo, Hot August Nights, Great Reno Balloon Race, National Championship Air Races and a national chili cook-off.

Reno's river walk, similar to San Antonio's popular riverfront district, is attracting strollers and lunchtime brown-baggers enjoying the sights.

"If we sit on our duff, Indian gaming will kill us," said Mayor Bob Cashell, a veteran casino executive.

Kelli Nicolato had enough faith in Reno's resurrection that she quit her job as a fitness trainer to open La Bussola, where she sells works of 30 local artists, from wall hangings to handbags.

"Reno used to be all about gambling, but it can't be anymore," she said. "People come now for the art, the outdoors, the scenery. The best thing that ever happened to Reno was the threat of Indian gaming."

The Los Angeles Times contributed to this report.

GRAPHIC: With 72 miles of shoreline, Tahoe has many beaches, such as Hidden Cove, above, where crystal-clear water lets you gaze down 50 feet or more to a boulder-strewn bottom.
Above: At Emerald Bay, the stern-wheeler M.S. Dixie II circles 'The Tea House' on Fannette Island, Lake Tahoe's only island. (RENO-SPARKS CONVENTION AND VISITORS AUTHORITY AND THE ASSOCIATED PRESS) Reno and Lake Tahoe lost some allure when Las Vegas became a glitzy (and easily accessible) world-class destination and California Indian casinos made it unneccessary for gamblers to leave the state.

LOAD-DATE: June 4, 2003

1481 of 2174 DOCUMENTS

Copyright 2003 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

These materials may not be republished without the express written consent of The
Associated Press

May 26, 2003, Monday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 135 words

**HEADLINE:** WWII vet observes Memorial Day, birthday, on the slopes

**DATELINE:** OLYMPIC VALLEY, Calif.

**BODY:**

Almost 60 years after World War II ended, veteran C. Josh Abend observed Memorial Day and his 79th birthday skiing down the slopes at **Squaw** Valley USA.

"I told my daughter that I couldn't think of a better way to celebrate," he said.

Dressed in an old Army jacket adorned with his medals and wearing an American flag hat, Abend said, "People look at me like I am crazy dressed like this, but this is what it's all about, right?

"It's my birthday and I decided that I would spend the day skiing here at **Squaw** Valley."

A member of the Stanford **ski** team, Abend has worked the slopes at **Squaw** since 1949.

**Squaw** Valley closed on Monday after one of its latest seasons, thanks to an abundant snowfall last month.

Neighboring Alpine Meadows also closed on Monday along with Kirkwood and Heavenly.

**LOAD-DATE:** May 27, 2003

1490 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

May 23, 2003 Friday

**SECTION:** MAIN NEWS; Pg. 1A

**LENGTH:** 1286 words

**HEADLINE:** MEMORIAL DAY WEEKEND

**BYLINE:** Sandi Wright, Staff

**BODY:**

The weather's beautiful ... it's a holiday weekend ...

Get out and play

By Sandi Wright and Tim Dunn

RENO GAZETTE-JOURNAL

Northern Nevada is one of just a few places where you can hit the ski slopes and bask on a sandy beach all in the same day.

And Memorial Day this year promises just that.

An unusually wet April has left a good snow base on many Sierra slopes - with five resorts open - but temperatures are expected to be just right for hiking and the beach.

"It looks like a pretty nice weekend, although it could cool off a little on Sunday," said Chris Jordan, meteorologist for the National Weather Service in Reno.

Saturday is expected to be mostly sunny, with temperatures in the high 80s. Sunday will be mostly sunny with highs in the 70s to low 80s. People can expect more of the same on Monday, Jordan said.

Add falling gas prices to the formula, and northern Nevadans can expect a lot of company on the roads.

A new study from AAA shows that the Reno/Lake Tahoe region is one of the top tourist destinations for northern Californians planning a getaway this weekend, said Sean Comey spokesman for AAA Nevada.

Nevada's average gas price as of May 20 was $1.73, compared to $1.94 a month ago, he said.

Nevada Highway Patrol troopers will be out in full force.

"We'll be watching for DUI activity and aggressive drivers," said NHP Trooper Todd Hartline. "Motorcycle enforcement will be heavier in Reno."

Those heading outdoors for the holiday aren't likely to be disappointed, state park officials say.

Take a hike

Camping, picnicking, boating and hiking trails are offered at Washoe Lake State Park at the south end of the lake near Carson City.

Camping also is available at Dayton State Park. And the most popular year-round boating and camping area in the region is Lahontan Reservoir near Fallon, said Joy Elwood, spokeswoman for the Nevada Division of State Parks.

"Most of our parks are first-come, first-served," Elwood said, "but this is always the biggest and most heavily used holiday of the year for us because it kicks off the summer."

At Lake **Tahoe**, Sand Harbor is the most popular beach on the Nevada side with a boat launch, picnicking, group use areas and a beautiful stretch of sandy beach for sun worshippers.

Other parks at the lake with a variety of recreational offerings are Memorial Point, Hidden Beach, Cave Rock and Spooner Lake.

For kids, the Wilbur D. May Great Basin Adventure at Rancho San Rafael Regional Park is set to open Memorial Day weekend. The GBA will be open weekends only: Saturday, 10 a.m. to 5 p.m.; Sunday, noon to 5 p.m.; Monday, 10 a.m. to 5 p.m.; May 31, 10 a.m. to 5 p.m.; and June 1, noon to 5 p.m.

It will be open Tuesdays through Sundays starting June 7. For more information, call 785-4844.

And for those not quite ready to let go of winter sports, there is still snow on the mountains.

Snowbound

Just when you thought it was safe to store the **skis** and snowboards, the season has been reborn.

Although **Squaw** Valley, Alpine Meadows and Mammoth routinely stay open until Memorial Day, Heavenly and Kirkwood just couldn't be left out of the fun and plan to reopen with limited terrain for the weekend.

Five resorts, no coats, no gloves and no long underwear.

Abundant snow coverage at the higher elevations make this more than just a novelty experience of skiing in late May. The skiing is excellent, the rocks are few and the prices are right.

"It's perfect spring corn snow on a midwinter base," said spokesperson Katja Dahl at **Squaw.**

Here's the rundown:

o **Squaw** Valley: **Squaw** plans an MTV-style Spring Blast party with a fashion show and DJs providing tunes at High Camp, home of skiing's best pool and spa.

A five-hole golf tournament, using tennis balls, is planned near High Camp on Sunday and you don't have to **ski** or board to participate. Bring your own clubs. **Squaw** plans to operate eight lifts, from which you can hike to much of the resort's legendary terrain. Be advised KT-22 closed last Sunday.

Bring your swimsuit for the pool and spa. It's free with a lift ticket.

Hours of operation are from 9 a.m. to 3 p.m., pool closes at 4.

Cost: $39 for adults, $19 for juniors and seniors and $5 for kids.

**Squaw** closes for the season after Monday.

o Alpine Meadows: Alpine also plans a golf tournament Sunday, with an 18-hole layout from top-to-bottom. Again, tennis balls are used, but unlike **Squaw,** you have to hit with your **skis** or snowboard on.

Alpine plans to run its Summit six lift accessing the bowls off the top, along with Roundhouse and Kangaroo, which serves the resort's terrain park. Live music will be going on the big sundeck, an Alpine tradition.

"Everything off the top is open and really well-covered," said marketing director Brad Wilson. "There's no melt at all, no brown showing."

Alpine reports a snow depth of 14 feet at mid-mountain.

Cost: $31 for adults. Hours are 8:30 a.m to 2 p.m.

Alpine closes for the season after Sunday.

o Mammoth Mountain: Mammoth is operating 11 chairs with top-to-bottom sliding over the Sierra's biggest bowls. Canyon and Eagle Lodges have closed for the season, so head to the Main Lodge for full services.

Reno Gazette-Journal May 23, 2003 Friday

Mammoth plans to have live music going at the base area, but since the resort will be open until mid-June, there's no end-of-the-season blowout here. But do expect lots of music and lots of fun. The new Village Gondola, Mammoth's future, opens to the public this weekend with free rides up and back to Canyon Lodge.

Cost: $48 for adults. Hours are 8:30 a.m. to 4 p.m.

o Heavenly: Heavenly shocked locals when it announced the resort would reopen for the weekend, today through Monday. After weeks of peace, the corn snow should be perfect.

"It's fantastic. It's awesome," Molly Cuffe of Heavenly's marketing department said of conditions. "This will be a great way to kick off the summer."

Skiing at Heavenly will be on 10 trails and the Milky Way Bowl on the Nevada side to East Peak Lodge. Local favorite Trey Stone will be performing at East Peak from 11:30 a.m. to 2:30 p.m.

Access to the skiing is only via Heavenly's Gondola near the casino core. Cuffe recommended parking behind Raley's off Park Avenue. Limited shuttle service will be available through the casino core.

Cost: $30 adults, $28 teens and $22 children. Hours: 9 a.m. to 3 p.m.

o Kirkwood: Kirkwood also surprised many when it announced the resort would reopen for Saturday and Sunday with chairs five and six. Chair six, the Cornice Chair, is the key because it is Kirkwood's only high-speed lift accessing some of Kirkwood's best and steepest terrain. Like Heavenly, the snow conditions should be superb. No rentals, ski school or daycare is available.

A huge party is planned with live music and a Hawaiian barbecue.

Cost: $25 adults, $20 for juniors, seniors and kids, $10. Hours are 8:30 a.m. to 2 p.m.

Staying in town

For those with a cultural bent, the grand opening of the Nevada Museum of Art in Reno will offer visitors studio demonstrations, hands-on projects, music and food. Hours are noon to midnight Saturday, when admission is free. On Sunday and Monday, the museum will be open from 11 a.m. to 6 p.m. Admission on those days is $7 for adults, $5 for seniors and students, and $1 for children 6-12.

For those interested in remembering fallen soldiers, the Marine Corps League and the Naval Junior Reserve Officer Training Corps color guard, bugler and rifle squad will attend the following Monday ceremonies: 10 a.m. at the Virginia City Cemetery; 11 a.m. at the Dayton Cemetery; noon at the Lone Mountain Cemetery in Carson City and 1 p.m. at the Stewart Indian Cemetery.

GRAPHIC: Andy Barron, Reno Gazette-JournalAT THE BEACH: Dan Frey and Candice Raymond walk out of Lake Tahoe's chilly waters Thursday after a quick dip at Sand Harbor State Park. Lake Tahoe likely will be a popular recreational spot during the weekend.Tim Dunn, Reno Gazette-JournalIN THE SNOW: Spring skiing at Squaw Valley has the added bonus of swinging by the spa and pool at the High Camp complex, which is included in the $39 lift ticket. At 8,200 feet, the sun is very intense, so don't forget the suntan lotion. Squaw Valley and neighboring Alpine Meadows plan to stay open for the Memorial Day weekend. Heavenly plans to reopen today through Monday and Kirkwood plans to open Saturday and Sunday, both with limited terrain. Farther south, Mammoth Mountain plans to remain open through the middle of June.Andy Barron, Reno Gazette-JournalFAMILY MOMENT: Kody Bates plays with his daughter, Baylee, 2, on the shore of Lake Tahoe on Thursday at Sand Harbor State Park. THE WEATHER; The highs in the Truckee Meadows will be in the upper 70s to low 80s through Monday, with partly cloudy skies. At Lake Tahoe, daytime highs will be in the upper 70s. ON THE WEB; You can find suggestions for other options for having fun this Memorial Day weekend by logging on our Web site and reading past Outdoors coverage. MEMORIAL DAY SERVICES; o Our Mother of Sorrows Catholic Cemetery, Reno at 10:30 a.m. o Northern Nevada Veterans Memorial Cemetery, Fernley, 11 a.m. o Nevada Wandering Wheels annual Memorial Day Weekend Motorcycle Jamboree, today through Sunday, at the Carson Valley Inn in Minden. On the Web: o For a guide to Nevada's parks, beaches, recreational trails, park fees and activities, log on to www.parks.nv.gov; o For up-to-the-minute weather for Reno and surrounding areas, log on to www.wrh.noaa.gov, Reno; o For information about the Nevada Museum of Art, log on to www.RGJ.com; Fishing holes in area likely to be crowded; By Jeffrey P. Mayor; RENO GAZETTE-JOURNAL; This Memorial Day weekend is not the time to try to find some solitude while out

Reno Gazette-Journal May 23, 2003 Friday

fishing. A combination of runoff making river and stream fishing difficult, the fishing improving at the region's lakes and the three-day holiday weekend will send most anglers to the same spots. "Any place you can drive to is going to be crowded," said Rob Anderson of the Reno Fly Shop. "The good fishing spots are where the people are going to be." Don Hamby of the Gilly Fishing Store in Sparks agreed. "This is the first big weekend, everyone is aching to get out," Hamby said. "Getting away from the crowds is practically impossible these days. They would have to get out on foot." Among the most popular destinations this weekend is Eagle Lake, north of Susanville, where fishing starts this weekend. Others include Frenchman Lake, Davis Lake and Stampede Reservoir, Hamby and Anderson said. Fishing along the Truckee River, and other major rivers in the area, will be hampered by high water levels. "The Truckee is going to be difficult because of the runoff," Hamby said. "Some of the higher mountain streams might be good, but again, there's going to be crowds." The Truckee River was flowing Thursday at 1,030 cubic feet per second at the measuring station at Farad, up from 690 cfs two weeks ago. To avoid crowds, Anderson recommended putting on the hiking boots and backpack. Pyramid Lake might be another place with fewer people. "It's still fishing good, and normally it's not by now," Anderson said.Liz Margerum, Reno Gazette-JournalLONE FISHERMAN: Sean Leddy of Atlanta tries his hand at fishing Tuesday in the Truckee River near Mayberry Park in Reno. o 'The good fishing spots are where the people are going to be.' Rob Anderson; Reno Fly Shop; Cold, wet April affecting Sierra hiking; By Mark Vanderhoff; RENO GAZETTE-JOURNAL; Seasonal creeks and waterfalls in the Sierra Nevada still will be raging Memorial Day weekend, and early season wildflowers will be plentiful at low elevations. Snow still covers the trails at high elevations, though, and many mountain lakes are frozen. Last month has had a big effect on hiking in the mountains this Memorial Day weekend, sometimes good and sometimes bad. At Lake Tahoe, snow has lingered. "Sadly, there are not many hiking opportunities because of the cold, wet April," said Susanne Johnson, a U.S. Forest Service spokesperson for the Lake Tahoe Basin Management Unit. Lake-level hiking trails are free of snow, but visitors still need snowshoes just hundreds of feet up, Johnson said. She estimated 95 percent of the basin trails still have snow on them, including those in popular areas such as Mount Rose and Desolation Wilderness. Echo Lake, crowded in the summer, is still frozen, she said. Johnson suggested the Rubicon Point trail that runs from D.L. Bliss State Park to Emerald Bay State Park in California, the new Emerald Bay trail along the bay shore or the shorter Secret and Skunk Harbor trails on the east shore. Late snow cover at Lake Tahoe isn't that unusual, Johnson said. "It's really hit or miss," she said. On the eastern side of the Sierra, trails are clear up to about 7,500 feet, said Steve Hale, recreation specialist for the Forest Service. The Jones Creek, Whites Creek and Thomas Creek trails will be clear at the bottom, but don't plan on reaching the Mount Rose area without post-holing through the snow. The Ophir Creek Trail is clear from Davis Creek County Park for a while, but becomes snowed in before Tahoe Meadows, Hale said. "What people might want to do is hike that 14-mile trail along the Truckee River," Hale said. "It's open all year long, and it's right in Reno." Trails in the Plumas National Forest are almost entirely clear, said Lee Anne Taylor, a spokesperson for that forest. Some patches of snow remain on the shady eastern and northern slopes and snow remains at high elevations, she said. Most of Plumas sits below 7,000 feet, so the snow has melted and saturated the forest, she said. That means hikers will have to be careful hiking in the national forest this time of the year, Taylor said. Fresh spring vegetation is especially susceptible to trampling and nesting birds and animals are spooked more easily than during other times of the year. Muddy trails can quickly become quagmires. Creeks and rivers powerful with high water levels can easily sweep away swimmers and boaters. Although much of Eldorado National Forest has higher elevations, spokesperson Frank Mosbacher said the same for his territory: avoid high elevation trails, be respectful of plants and animals and be careful around creeks and rivers.

**LOAD-DATE:** May 24, 2003

1498 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

May 22, 2003 Thursday

**SECTION:** BEST BETS; Pg. 28H

**LENGTH:** 1029 words

**HEADLINE:** Cover STORY

**BYLINE:** Neil Baron, Staff

**BODY:**

Back in the swim

Hootie and the Blowfish end 5-year hiatus with new CD, extended tour

BY NEIL BARON

Life has a way of passing us by if we're not aware. Just ask Jim "Soni" Sonefeld, drummer for the rock 'n' roll band Hootie and the Blowfish. The four-piece Grammy Award-winning party band from South Carolina formed in 1989 and released its smash debut album, "Cracked Rear View," in 1994. The four original members, singer Darius Rucker, bassist Dean Felber, guitarist Mark Bryan and Sonefeld remain together, and they will perform May 25 at the Reno Hilton.

"Man, where did the time go?" Sonefeld asked by phone from his home in South Carolina. "But we've enjoyed every bit of it. We've been blessed with a good, hard work ethic for a long time. Then we won the musical lottery."

That would be "Cracked Rear View," which sold more than 13 million copies in the United States in its first two years alone.

While Sonefeld said that album, which featured the hits "Let Her Cry," "Hold My Hand" and "Only Wanna Be With You," was like winning the lottery, it seemed the music critics always were trying to hide the winning ticket.

"Yeah, they have a way of bringing you down quickly," Sonefeld said. "Certainly some people out there ... they're just into pointing the finger and bashing. But we've never given critics much of a thought. I've never bought an album or not bought an album based on reading a review."

Although annoying at times, Sonefeld said the band doesn't let the critics bring them down.

"When we were playing clubs and college parties and 'Cracked Rear View' came out, people were giving us pretty good reviews. But it's like once you get big and a mass audience starts appealing to you, they think there must be something wrong with you."

Although the band's next two albums, "Fairweather Johnson" (1996) and "Musical Chairs" (1998) sold well, neither came close to the commercial and financial success of "Cracked Rear View."

But that was more disappointing to the band's record label, Atlantic, than it was to the band itself.

"We didn't get into this for anything other than to play rock 'n' roll," Sonefeld said. "All we've ever wanted was to have a good time. Obviously something much bigger happened."

Reno Gazette-Journal May 22, 2003 Thursday

The next chapter

While following "Cracked Rear View" was a tough task, the band was far from being a one-album wonder. "Fairweather Johnson" opened at No. 1 and has sold more than 2 million albums, a major success for any rock band. But not when the previous album sold more than 13 million.

While Sonefeld said he liked the band's two albums after "Cracked Rear View," part of the problem was the producer and other people suggesting the band record songs that sounded too much like the debut album.

"We learned a long time ago that you can't recreate something in time," he said.

Hootie and the Blowfish toured extensively in support of all three albums. But after 1998, the band took a break. All of the members became involved in side projects. Rumors swirled in the music world that the band was breaking up.

But fans at ski resorts knew otherwise. While the band was taking what would turn out to be a five-year hiatus from recording, it continued to play periodic weekend shows around the country. Especially during winter.

That's one reason the band comes to northern Nevada at least once yearly.

"I love playing at Caesars (Tahoe)," Sonefeld said, an avid snowboarder. "That's why I agree to it. Personally, if a year goes by without a gig at a ski mountain, I'm kind of bummed. I like Tahoe because it's got nice variety. You can go up north and hit Squaw, Northstar or just stay down at Heavenly. I like to have the options."

Ski towns or not, the band is on tour through the end of August, playing many dates with Big Head Todd and the Monsters.

The new CD

The band continued to write songs during its recording off-time. So when it came time to return to the studio, everyone was ready. Grammy Award-winning producer Don Was (Bonnie Raitt, Bob Dylan, Rolling Stones, Willie Nelson) was hired to produce the record.

"He brought in a new way of getting from point A to point B," Sonefeld said. "It was a learning experience."

The new self-titled debut on Atlantic was released March 4. The band kicks off a major cross-country tour this month. Its first single, "Innocence," already has received considerable radio airplay.

Sonefeld said the band has no illusions of the new CD becoming another "Cracked Rear View."

"We know it's hard to make an impact as a veteran rock 'n' roll band in this world of the next great thing," he said. "We've already had that round as the next great thing. Now it's a matter of sustaining and proving that we are still a valid rock 'n' roll band. That's the hardest thing to overcome."

The live show

Although Hootie and the Blowfish has continued performing one-off shows, Sonefeld said the band looks forward to a full tour with new songs to play.

"New music always helps," he said. "We've never needed a set list until this year. But that's cool because being able to choose our set each night in whatever order we want is one way to keep things fresh."

However, Hootie and the Blowfish has never had a problem keeping things fresh for themselves or their audience.

"We grew up playing bars so when we're on stage, big or small, we're just trying to get the people to have fun because the more fun they have the more fun we have."

Although the band's musical catalog continues to grow, Sonefeld admits to having a few favorites.

"Yeah, all the ones I wrote," he said, laughing. "I like playing the more up-tempo stuff live. I love getting a good sweat going. Stuff like 'Deeper Side' off the new album, it's just a straight-ahead, driving rock song.

"It's hard at 38 to figure out, are you rebellious anymore? You liked it fast and loud because when you're in your younger 20s you're always (upset) about something," he said. "But now it's like (I'm) pushing almost 40, for God's sake, and it's like, 'Are you rebellious anymore? Do you have this large amount of energy that you need to display?' And I found out that I do."

Reno Gazette-Journal May 22, 2003 Thursday

Neil Baron is a freelance writer.

GRAPHIC: Top photo from Associated Press, above provided by the artistTop: Singer Darius Rucker gets the crowd into the participatory mood. Above: Hootie and the Blowfish play, as does Big Head Todd and the Monsters, May 25 to kick off the Reno Hilton's outdoor concerts season.Associated Press fileRucker sings and plays guitar in the group. SHOW INFO: Who: Hootie and the Blowfish, and Big Head Todd and the Monsters; When: 7:30 p.m. May 25 Where: Reno Hilton, Amphitheater; Cost: $20 and $30 Details: 789-2285 Web site: www.hootie.com; THE HIATUS; Although Hootie and the Blowfish have gone five years between original music recordings, its members haven't been slacking. All have worked on solo projects. Together, they still perform occasional shows. They continued to write music. And drummer Jim Sonefeld, 38, created something even more precious than a song: his daughter, Cameron, 3. "I've been very, very lucky that I've been able to spend probably 90 percent of the first three years of her life at home," he said. "Oh man, I wouldn't trade this for nothing. I can't believe I waited so long." THE INFLUENCES; Avid listeners of Hootie and the Blowfish may be surprised to hear Jim Sonefeld's take on the band's muses. "Three quarters of the band was majorly influenced by Black Sabbath, Rush and AC, DC," Sonefeld said. "Talk about angry music. But I can't seem to fit the niche of listening to new young bands that play hard rock. So I just get out like an Ozzy (Osbourne) solo album or go way back in the Sabbath or AC, DC catalog. I still can't look at the cover of that one album (Black Sabbath's self-titled 1970 debut) because it scares me. That witch-like looking lady. She gives me the heebies." Which member finds musical influences elsewhere? That would be lead singer and frontman Darius Rucker. "Darius, he grew up listening to R&B and just a diverse group of styles of music, everything from Kiss to Barry Manilow to the Commodores." DISCOGRAPHY; "Hootie and the Blowfish," Atlantic, 2003 "Scattered, Smothered and Covered," Atlantic, 2000 "Musical Chairs," Atlantic, 1998 "Fairweather Johnson," Atlantic, 1996 "Cracked Rear View," Atlantic, 1994

LOAD-DATE: May 23, 2003

1510 of 2174 DOCUMENTS

Copyright 2003 The San Diego Union-Tribune
The San Diego Union-Tribune

May 18, 2003, Sunday

**SECTION:** TRAVEL;Pg. D-1

**LENGTH:** 1219 words

**HEADLINE:** SUMMER SUMMITS; Take a peak: Mountains are pleasin' in warm off-season

**BYLINE:** Brian E. Clark; Brian E. Clark is a frequent contributor to Travel.

**BODY:**
VAIL, Colo. -- Come spring, the thoughts of many Western ski-town residents turn to mud and how best to avoid it.

"When the snow melts, it's unavoidable," said Susie Kincade, a 20-year-resident of Eagle, Colo., a small town west of Vail, one of the Rockies' best-known resorts. "But it's worth it, because we know that summer is right around the corner. And that's truly my favorite time of year.

"I may have come for the winters and the snow and the skiing. But like a lot of people, I stayed for the summers. It's why we live here. There is hiking and biking and rafting and golf and great concerts, many of them free. Best of all, though, is getting up into the high country in July to hike among the wildflowers. Nothing can surpass that."

Kellie Hines, who has called Mammoth Lakes home for the past two years, said she can't wait for summer to arrive, either. "I love the snow," she said. "But winter lasts so long up here. After eight months of winter, I'm tired of it. I can't wait for June to arrive when we can go outside in short-sleeved shirts.

"And summer is really active here with lots of things to do outdoors, as well as cultural stuff like our Jazz Jubilee from July 9 to 13. It's a great place to be or visit in the summer."

Because many hotels and inns find it hard to fill their rooms from May through October, they offer deep discounts that can save travelers up to 50 percent on lodging. Some resorts also run sports camps and workshops and meetings for groups and companies.

Here's a rundown on what a few resorts around the West offer during the warm months:

Mammoth

Golfers who want to try out California's highest 18-hole course should head for Mammoth's Sierra Star, which has tree-lined fairways, well-trapped greens and numerous lakes, ponds, waterfalls and streams -- perfect for losing balls. The par 70 course covers 6,708 yards and was crafted by Cal Olson, one of the state's noted golf-course architects. It will open Saturday.For the more adventurous, the Mammoth Mountain Bike Park has more than 80 miles of professionally maintained, single-track trails. Gearheads of all abilities take advantage of many routes and canopied rest and water stops. There is uphill transportation from town on the Bike Shuttle and high-speed access to the middle and upper mountain on the Panorama Gondola and Eagle Express chairlift out of Little Eagle Lodge.

When I visited Mammoth last summer, my son and I took the gondola to the 11,053-foot summit, soaked in the stunning 360-degree vistas that included the John Muir and Ansel Adams wilderness areas and meadows filled with wildflowers. Then we zipped back down the to village, falling only a time or two.

At the Adventure Center, Mammoth Climb and Zip has a 32-foot-tall climbing rock. The boulder is a good spot to hone skills, and the Junior Ropes Course offers kids 14 and under the chance to fly down the zip line, walk a cable

tightrope and gain confidence while having the bejesus scared out of them. The Adventure Center and Mountain Bike Park will open June 27.

For those with a musical bent, the town of Mammoth sponsors a Jazz Jubilee. It will run July 9-13.

Information: (800) MAMMOTH; www.mammoth-mtn.com

Snow Summit

Snow Summit draws mountain bikers from all over Southern California in the summer. It has three pro-grade downhill courses, 150 miles of trails, many challenging terrain features and a 1,200-foot descent. The chairlift to the top of the mountain is open weekends in May, September and October, but all week June through August. Mountain bike rentals are available through Team Big Bear at the base area of snow summit. Rates are $9 an hour, $27 for a half-day and $50 for a full day. Helmet rental is $6.50 a day.

Information: (909) 866-4565; www.teambigbear.com

Park City, Utah

A dozen years ago, I stopped in Park City, Utah, on a trip to Teton National Park and took in a concert at the Deer Valley Resort conducted by Henry Mancini. Of course, the orchestra played "Moon River." Outdoor concerts and music festivals abound there in venues ranging from the hillside at Deer Valley to the Forum at The Canyons Resort or a club on historic Main Street. Visitors can see the best local talent at Concerts in the Park or catch the biggest names in the industry at the annual Jazz Festival.

Hikers love the Park City area's 200-plus miles of public trails, which can be enjoyed on a private stroll or guided tour. Some of the trails are relatively flat and paved, while others lead through steep and rocky terrain. All of the area ski resorts offer lift-served hiking from June through August.

Information: (800) 453-1360; www.parkcityinfo.com

Lake Tahoe

Lake Tahoe's Squaw Valley offers traditional favorites such as full-moon strolls, stargazing evenings, ranger hikes and a big July 4 bash. There is also a High Altitude Kite and Music Festival, a Hot August Nights party and a Wine and Music Festival.

This summer, the recently opened Village at Squaw Valley will have a full calendar of events with movie nights and a weekly music series in the event plaza.

Visitors should take the resort's cable car, which ascends 2,000 vertical feet to the High Camp Bath & Tennis Club at 8,200 feet. Recreation at High Camp includes ice skating at the Olympic-sized outdoor ice pavilion, swimming at the Lagoon and Spa, five tennis courts and access to miles of scenic hiking and mountain-bike trails.

At the base of Squaw are the Robert Trent Jones 18-hole golf course; the Resort at Squaw Creek's Health and Fitness Spa; horseback riding stables; and paved bike trails that lead to nearby Tahoe City along the Truckee River. For those who are fit, skip the cable car and hike up Shirley Canyon to High Camp and then ride the cable car back down to save your knees.

Information: www.squaw.com

Vail

If you can't get to the Big Apple this summer, you'll still be able to see and hear the New York Philharmonic at Vail July 6-13. Its appearance -- its first in Colorado -- is just one of nearly 60 musical performances scheduled for Vail June through August. The acclaimed Rochester Philharmonic and the Dallas Symphony orchestras also will return to the resort as part of the Vail Valley Music Festival, which runs June 27 to Aug. 4.

The Atlanta City Ballet will perform as part of the Vail International Dance Festival Aug. 1-10, and leading theater companies from Seattle and Chicago will take to the stage at the nearby Beaver Creek Theater Festival Aug. 11-16. In addition, there are a multitude of free concerts, shows and music revues in and around the valley for people of all ages and interests.

The San Diego Union-Tribune, May 18, 2003

If you can stand only so much culture, Vail -- elevation 8,150 feet -- also has plenty of outdoor offerings on a dozen-plus golf courses, as well as horseback riding, kayaking, rafting, hiking, dining and shopping.

The country's largest celebration of mountain sport, soul and culture, the Teva Mountain Games, will return to Vail June 4-8. Outdoor athletes will compete in five events and 10 disciplines, including freestyle and extreme kayaking, kayak and raft paddlecross, bouldering, speed climbing, mountain bike trials, cross-country racing and mountain-trail running.

Information: (970) 479-1394; www.vailsummer.net

GRAPHIC: 4 PICS; 1. Jack Affleck 2,3,4. Mammoth California; 1. Lush meadows and blue lakes replace ski runs near Vail, Colo., when summer comes to the Rockies. The recreation opportunities are endless. 2. The greens seem greener at Mammoth Mountain. A round of golf can round out a perfect Sierra vacation. 3. Before you tackle the real thing, take a class or two on supervised training monoliths at Mammoth Mountain. 4. Mountain Bike Park has more than 80 miles of maintained single-track trails. (D-7)

LOAD-DATE: May 19, 2003

1526 of 2174 DOCUMENTS

Copyright 2003 Contra Costa Times (Walnut Creek, CA)
All Rights Reserved
Contra Costa Times (California)

May 9, 2003 Friday

SECTION: F; Pg. 4

LENGTH: 689 words

HEADLINE: Mishap is not the measure of the man

BYLINE: By Kristi Belcamino; CONTRA COSTA TIMES

BODY:

Once an award-winning diver dreaming of Olympic gold, Scott Shropshire now measures his triumphs by feats that most people take for granted: Talking. Wiggling his arms. Coughing. Taking a deep breath.

Paralyzed in a 2000 diving accident at a Heather Farm Park pool, Shropshire won a $27 million damages award this week in a negligence suit against Walnut Creek.

It was the largest civil judgment against the city in at least 15 years.

"It wasn't all about the money for me," the 22-year-old quadriplegic said. "I want to make sure this doesn't happen to anybody else. Yeah, I want to be taken care of ... but they can't give me back what I really want and that's my body. I'd give the clothes off my back to have my body back."

Shropshire now depends on others for everything he does - eating, dressing, using the bathroom.

On July 7, 2000, Shropshire, then a promising young diver on the UC Davis team, was asked by his coach to help out at a Diablo Diving team practice in Walnut Creek.

He was finishing a front 1 1/2 somersault into the water when he saw a swimmer in the water below him. She was a member of a synchronized swim team that had been allowed to hold a concurrent practice.

"There was nothing I could do," to avoid her.

He hit the swimmer and sank to the bottom. The swimmer walked away with bruises. Shropshire was rushed to John Muir Medical Center.

At the hospital, Shropshire was unaware of the extent of his injuries.

"They told me my spinal cord was pinched and they needed to straighten out my spine so it wouldn't be pinched anymore," he said. "They started giving me drugs and I thought, 'Well, unpinch it and everything will work again.'"

He soon learned it was much more serious. He couldn't speak or eat for three months. When his medicine made him throw up, it got into his lungs, causing pneumonia.

With tubes coming out of his mouth, he communicated by blinking his eyes. Later, he was able to click his tongue to get people's attention and mouth what he wanted to say.

He kept telling himself: "One day, I'll get better."

Contra Costa Times (California) May 9, 2003 Friday

After three months, his ventilator was removed and his tracheotomy repaired. Air again reached his vocal cords. They had told him he wouldn't breathe on his own for 1 1/2 years.

He was released from the hospital in October, after a three-month stay.

By January, he was back at UC Davis living in a dependent care situation, another accomplishment doctors had told him not to expect for several years.

Learning to live with his injuries, including maneuvering in a wheelchair and going to classes, has not been easy.

People stare at him now, and when he meets someone new they automatically extend a hand for a handshake.

"Little things like that, they don't seem like a big deal, but it all adds up."

He studies political science, but can take only one course a semester. He expects to graduate in 2010. He watches as the students his age graduate and move on.

For fun, Shropshire likes to hang out with his friends, dine out, see movies or shop in San Francisco.

He was a torchbearer at the 2000 Olympics at **Squaw** Valley Ski Resort.

"Oh, man, that was amazing. It was incredible to get to (bring) that torch into **Squaw**. I had dreamed about going to the Olympics one day. I know that's not a realistic dream anymore, so getting to carry the torch was as close to it as I could get."

He has exchanged those dreams for simpler ones.

"I definitely dream that I can get better. If I can't do it on my own, that a cure will come out and one day I will walk again."

He also dreams of helping paralyzed children by creating something similar to a Big Brother program where older people with injuries would take younger ones under their wing.

"These poor kids have catastrophic accidents and think 'What will I be able to do now?' I want to show them what they can do. I want to take them out in the world and show them that you can go to movies in a wheelchair ... you can ignore those people who are staring at you.

"Now with this settlement, I can spend more time working on that."

Reach Kristi Belcamino at 925-945-4782 or kbelcamino@cctimes.com

**LOAD-DATE:** May 9, 2003