# EXHIBIT 11 - PART K

1557 of 2174 DOCUMENTS

Copyright 2003 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

These materials may not be republished without the express written consent of The
Associated Press

April 26, 2003, Saturday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 451 words

**HEADLINE:** Storm leaves some **Tahoe** resorts with record April snowfall

**BYLINE:** By MARTIN GRIFFITH, Associated Press Writer

**DATELINE:** RENO, Nev.

**BODY:**

Winter lingered in the Sierra Nevada as another powerful spring storm dumped up to 20 inches of snow and left some **ski** resorts with record April snowfall.

Alpine Meadows just north of Lake **Tahoe** reported more than 100 inches of snow so far this month at its base, up from the previous April record of 90 inches set in 1984.

Officials at the Kirkwood resort south of **Tahoe** said the 112 inches of snow to date this month is just short of their record of 115 inches set in April 1982.

Thousands of skiers and snowboarders turned out Saturday at the resorts - among only a few still open for the season at **Tahoe.**

"Mother Nature got her calendar backwards. It's more like winter now than it was in January," said Alpine spokesman Brad Wilson. "I've never seen this much snow in April."

Kirkwood spokesman Dave Myers said the recent snowfall is surprising, especially since his resort had only 7 inches of snow in January.

"We had spring **ski** conditions in January and now we have mid-winter conditions," he said. "It's too bad that we couldn't have had this snow in January."

Most **Tahoe** resorts shut down earlier this month, citing a lack of interest in winter sports with the advent of spring.

But mountain golf courses, tennis courts, and hiking and biking trails remained closed after the latest storm brought 3 to 8 inches of snow to towns around **Tahoe** and 12 to 20 inches to higher elevations.

The storm closed down two major trans-Sierra highways - Interstate 80 over Donner Summit and U.S. 50 over Echo Summit - for periods on Friday night.

But both highways were open with no chain controls by mid-Saturday morning.

No major accidents were reported.

April 26, 2003, Saturday, BC cycle The Associated Press State & Loca

The string of potent April storms has brightened the summer water outlook for both California and northern Nevada after two previous dry winters, water officials said.

The Sierra snowpack provides most of the water for cities, farms and recreation in the two states.

"These storms just show that anything is possible and winter doesn't end on April 1," said Mark Deutschendorf, a National Weather Service forecaster. "Any snow that comes now is going to help the summer water supplies."

Below-average temperatures also have helped by delaying the snowpack's melting, he added.

As of Friday morning, the snowpack stood at about 89 percent of normal this winter in the **Tahoe** Basin and 96 percent in the Truckee River basin.

The weather service was calling for a new system to bring a chance of snow to the Sierra on Monday and Tuesday.

After Sunday, only Alpine Meadows and **Squaw** Valley USA will operate lifts in the **Tahoe** area. Alpine Meadows plans to close for the season on May 25, and **Squaw** the day after.

**LOAD-DATE:** April 27, 2003

1561 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

APRIL 24, 2003, THURSDAY, FINAL EDITION

**SECTION:** SPORTS; Pg. C9

**LENGTH:** 1298 words

**HEADLINE:** Skiing that's gone to the dogs;

A good workout, 'skijoring' has ancient tradition

**SOURCE:** Chronicle Outdoors Writer

**BYLINE:** Paul McHugh

**BODY:**
Before skiers discovered lift lines, they employed tow ropes.

One form of power-assisted skiing that's thousands of years old is called skijoring. That word derives from a Norwegian phrase, "ski-kjoring," which means ski-driving. Scandinavians, eschewing sleds, would put light harnesses on reindeer and dogs, then, wearing their cross-country skis, they attached themselves to these animals to score a quick boost for winter travel.

Some Californians enjoy a modern variation.

Standing in 2 feet of champagne powder near his East Meadow home at Kirkwood, Roger Clark clips a pair of Alaskan huskies, Snorri and Reykja, into nylon "x-back" harnesses. Then, using a shock-corded tow line, he hooks them to his own padded waist harness. The dogs shift from a sleepy morning languor into a state of eager enthusiasm.

Clark gives a command, the huskies leap gleefully ahead. Clark delivers skating kicks through his skis to help. The trio scoots away with smooth grace, arrowing through the frigid morning air.

"I love skijoring because you get to work with your dogs as a team, while you go fast," says Clark, 50. "It's not really the dogs just pulling you. All of us must get in sync and move together. In fact, one of my dogs will turn his head to give me a dirty look if he thinks I'm not doing my share.

"You don't simply boss these dogs around. Our movement is a shared goal. You must really bond with them, and vice versa, to get it done."

Skijoring has a deceptively simple look. However, a huge amount of time and training -- and sometimes quite a bit of bruising and frustration -- must be invested to make it work.

In Clark's case, his huskies are primarily pets. Skijoring is simply a way to provide a joint winter workout for himself and the pooches, several days each week. But it's tough to teach leash-trained dogs it's OK to pull hard when they wear a harness. Once they learn that, it's difficult to teach them to turn or stop. Clark's wife Caroline gave up skijoring after she took a serious face-plant while moving fast. Clark himself has kept going, even though he once crashed and broke an ankle.

Debbie McMaster, a skijoring instructor, also has paid her dues, sustaining a collarbone separation. She and her dog Tundra were gliding swiftly down a snowmobile trail. Tundra veered in front of her to check out another dog, and McMaster took a tumble.

The San Francisco Chronicle APRIL 24, 2003, THURSDAY,

"Now, I emphasize safety as the ultimate strategy," McMaster says. "Once you hook up to a dog, then try to stand on slippery **skis**, just about anything can happen."

However, what mostly happens when she goes out skijoring, she says, is a lot of fun. A mountain girl who produces custom jewelry with her gold-miner husband, McMaster, 48, was drawn to skijoring while exploring her family's Viking heritage. She began involvement through a clinic with the Sierra Nevada Dog Drivers in 1984. Since then, she's regularly participated in skijor races, and gone snowcamping with her dog.

"Do that, and your warmth problems are solved," McMaster says, because the dog can curl up next to you. Equipment problems seem to get pretty well handled, too, because Tundra can pull a load of up to 200 pounds on a "pulk" (cargo sled).

The fundamental requirement for this sport is, of course, a dog.

For effective skijoring, the animal should weigh at least 30-35 pounds. It can be almost any breed -- border collies, golden retrievers and Irish setters have all been successfully trained. However, northern breeds such as huskies and malamutes are preferred. The human participant should have a good level of cross-country-skiing experience -- the more, the better. Skaters do best at skijoring on groomed courses, but diagonal striders also can skijor; in fact, that gait is commonly used on rougher trails or wild snow. The basic setup of dog harness, tow line and skier belt (with emergency release coupling) costs around $70.

To get started, interested beginners should attend a skijor clinic.

"After an intermediate skier with an obedient dog comes to an all-day clinic, there's no reason at all why they can't go out by themselves on the next day," says instructor Molly Attell, a McMaster pal and colleague.

"But you need to keep at it regularly to have your dog stay truly receptive to commands," Attell adds. These commands are the same in basic droving of many kinds, whether the animal is a sled dog, draft horse or mule: Hike or Let's go (pull); Gee (turn right); Haw (left); On by (keep going); and Whoa or stop.

Lately, the big trick is locating a good spot to hold clinics and practice. Last **ski** season, Royal Gorge (a sprawling cross-country **ski** resort near Donner Summit), experienced a lawsuit from a visitor who may have tripped over a skijor tow line. A bloody fight between two dogs in a resort parking lot didn't help. Permission to skijor there was immediately rescinded. As word spread, other resorts reverted to a wary posture. **Tahoe** Cross Country **Ski** Area and parts of Kirkwood Cross Country still permit it, but Bear Valley Cross Country does not.

"It's a liability issue," says Bear owner Paul Peterson. "We'll still offer a biscuit to any dog that comes in the store. But we can't figure how to have safe dog access on our trails. There's a highway to cross, and we don't trust people to keep them all on leashes.

"There is 60 miles of snowmobile trail nearby in Stanislaus National Forest. Skijorers could try going there."

"Royal Gorge was like the mother ship. It's the biggest cross-country area in the nation. It was a real blow to me when I heard what happened there," says Attell. "I hope others don't follow suit, and we can convince some to re-instate it."

Though skijorers could use Sno-Parks (designated public access points), snowmobile trails and backcountry areas, Attell says the biggest thrill is skate-skiing behind your dog or dogs on smooth resort trails.

Yet, come what may, Attell still frequently shall enjoy a training method that doesn't require **skis**, or even any snow.

When Attell, an operating-room nurse, comes home from her work at Kaiser Hospital (or from one of her trips abroad with a philanthropic medical foundation), she likes to take her dogs out running on San Francisco Peninsula dirt trails, hooked up to her by using the skijor harness.

"When the dogs pull, I love getting that levitational feeling during each stride," says Attell, 53. "In fact, I hate going without it. If I run without them, I feel like I weigh about 500 pounds.

"I have five trained dogs, and they all love to go. But now, I won't take more than two out running at a time," Attell says. "Once, I tried it with four. They pulled me over on a steep downhill. It knocked the wind out of me. I got dragged to the bottom, gasping like a fish."

The San Francisco Chronicle APRIL 24, 2003, THURSDAY,

----------------------------

Snow sports info

-- General: Those beautiful hits (fresh powder dumps) keep on a'coming. More new snow in the mountains equals an extended ski/snowboard season. The recipe for happiness is: spring-like sunlight, warmth and open roads; winter-like slopes. If you didn't get enough sliding days in so far this season, now's your chance.

Sugarbowl has announced it will stay open through this weekend; Heavenly the same. Alpine Meadows just announced it will keep the lifts cranking until May 25. **Squaw** and Mammoth typically remain in operation as long as possible; this year, that may mean going into June. To find out the plans of other resorts, check: sfgate.com/sports/skiing or californiasnow.com

Skijoring: To get on a list for future skijoring clinics, contact: Debbie McMaster, (530) 587-2732, or e-mail her at kdmcmaster@earthlink.net; or Molly Attell, (650) 343-7348, or e-mail, sattell@earthlink.net.E-mail Paul McHugh at pmchugh@sfchronicle.com.

**GRAPHIC:** PHOTO, Roger Clark skijors with his Siberian Huskies, Snorri (left) and Reykja at Kirkwood Cross Country **ski** resort. / Darryl Bush/The Chronicle

**LOAD-DATE:** April 24, 2003

1563 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

April 23, 2003, Wednesday METRO FINAL EDITION

SECTION: SPORTS; Pg. C11; THE GREAT OUTDOORS SKIING

LENGTH: 1433 words

HEADLINE: There's lots to remember fondly, with whimsy about last winter

BYLINE: Robert Frohlich

BODY:

As the winter season comes to a close, it's time to stop and bow to the people, grand spots, places and irreverence that make the Northern Sierra Nevada a jewel of North American snowsports.

Notable performance - U.S. racing fans' 40-plus-year wait is over. Truckee's Daron Rahlves became the first U.S. racer to win the Kitzbuehel Hahnenkamm downhill in Austria since Buddy Werner in 1959. Rahlves' astounding season didn't stop there, as he finished on the podium in six of nine races and was second in downhill and fifth overall in World Cup competition.

If Rahlves didn't remind the world that Tahoe is a hotbed of skiing, Squaw Valley's Shannon Bahrke and Sierra's Travis Cabral certainly did. They captured the women's and men's World Cup mogul titles, respectively. Honorable mention should go to Squaw Valley's Julia Mancuso, who, at age 18, won three individual U.S. Alpine National titles.

Puppy love - Of the variety of dog-loving lodgings that are increasing around Lake Tahoe, none remains more welcoming than the Three Buck Inn. Dogs stay free at the rustic big-beamed lodge a snowball's toss from the Truckee River at the base of Alpine Meadows Road. Four-legged guests are welcomed with dog bed, water bowl, feed bowl, treats, toys, furniture sheet and even a doggie video collection.

Pie in the sky - Sierra-At-Tahoe moistens the mouth with the first Pizza Utility Vehicle. Daily patrolling the area's parking lots during the late afternoons, the PUV delivers the extra energy needed for the drive home. At $2 a slice, it helps stem the tide of hunger pangs while leaving the mountain.

Green asphalt - If California skiing had a main street, it would be the 100-mile stretch of Interstate 80 between Sacramento and Truckee, which receives frequent snow at higher altitudes. This includes 7,200-foot Donner Pass. CalTrans tries to keep the road open for skiers - and anyone else who happens to be driving through.

Check out these facts:

* Nearly $5.3 million was spent in 2002 clearing this stretch of highway.

* CalTrans workers drove nearly 1.5 million snow and storm plow miles.

* Almost 104 million pounds of sand are used during the winter.

* Salt was also a big commodity: Nearly 13.5 million pounds were used during the winter.

* During the winter, 155 pieces of equipment are deployed on I-80.

* Donner Summit is a popular place: 27,500 vehicles daily; 30,000 each weekend day.

Sacramento Bee April 23, 2003, Wednesday

* The average snowfall on I-80 over Donner Pass per year is 430 inches. This compares to Snoqualmie Pass on Interstate 90 in Washington at 420 inches, Stevens Pass on Washington State Route 2 with 467 inches, Vale Pass on Colorado I-70 with 350 inches and Wolfcreek Pass on Colorado U.S. 160 with 450 inches.

Winter limerick -

Though I love visiting **Tahoe** to play

Near a lake as big as a bay

I never quite learned

That I could get sunburned

And frostbitten both in one day

The **Tahoe** SAT - Q. Where does the word "slalom" come from? A. In Norway, racers from Morgedal at the end of the 19th century added finesse to their skiing by making turns around trees and bushes. The word slalom comes from from slad, which means a "smooth and slanting hill," and lom, or track - a track down a smooth hill.

Ten great runs -

Heidi's, Red Dog Ridge, **Squaw** Valley.

East Bowl, Mount Rose.

Art's Knob, Alpine Meadows.

Dutch Treat, Homewood Mountain Resort.

Strawberry Fields, Sugar Bowl.

Preacher's Passion, Sierra-At-**Tahoe.**

Gunbarrel, Heavenly.

Bogie's Slide, Kirkwood.

Sawtooth Ridge, Northstar-At-**Tahoe.**

Crystal Ridge, Diamond Peak.

Best place for adrenaline - If there is a predominant geological statement to **Squaw** Valley that immediately captures the eye, it's the Palisades above the Siberia Chair lift. These upper rock cliffs of more than 9,000 feet elevation loom over **Squaw's** upper mountain like a monstrous sentinel. Its terrain remains a monument to free skiing junkies attracted to the area's hair-raising chutes, intense steeps, and gnarly rock faces, some the size of small office buildings. Lose it here, and the results will make you feel like the Tin Man after a good thrashing by the flying monkeys.

Best storm skiing - Experts head for the trees down Dynamite and Castle at Sierra-At-**Tahoe.**

Best second-day powder - The largest stashes can be discovered in Homewood Mountain Resort's Hobbit Land, more often than not, 24 hours after most resorts caches have been eaten up.

Best 'burgerflipping' - The Shredwood Forest Terrain Park at Homewood Mountain Resort has played host to World Cup and national competitions. It's a testing ground for grommets (up-and-coming snowboarders) "burgerflipping" its radical wave hits, spines and tabletops. Boreal's Jibassic Park consists of ego tripping airs and goat-like sidesteps for serious jamming.

**Tahoe** snowsport oxy- morons - Affordable housing; packed powder; environmentally sensitive development.

Best sponging - Dollar Day at Mount Rose; two-for-one lift tickets, Sugar Bowl; free Friday afternoon telemark lessons at Northstar-At-**Tahoe;** two-dollar lift tickets at Donner **Ski** Ranch.

Always being prepared - Randy Osterhuber of **Tahoe** Nordic Search and Rescue says it's best not to leave home without the following:

* Knicker socks - besides protecting hands and feet, these long socks can even be wrapped around the head turban-style as a hat.

Sacramento Bee April 23, 2003, Wednesday

* Duct tape - it will do about everything but feed you (it digests poorly).

* Iodine - About 1 gram will make 50 liters of water potable.

* Fire starter - Real survivors carry serious inflammable gelatin fire-starting paste that with one squirt can turn wet rot into the Fourth of July.

* Altimeter - This is an excellent navigation tool that can help yield your precise location.

* Cell phone - There's no such thing as too much communication.

* * *

Robert Frohlich resides in Tahoe City and has been involved in the skiing industry for more than 25 years. He can be reached at rfro@inreach.com.

Skiing Calendar

* Alpine Meadows hosts the Tom Burt Pig Air Festival and Snowboard Contest on Saturday. Competitors try to match each others' tricks off of a jump - or do a trick no one else can match, leaving opponents with a letter. Competitors are eliminated when they spell PIG. Winners will receive 2003-04 midweek season passes. The contest will be held at 11 a.m. in the Terrain Park. For more information, call (530) 581-8328 or go to www.skialpine. com.

* Alpine Meadows hosts Fiesta Del Sol, May 3-4. It includes a rail competition, pond skimming contest, mad cow downhill and karaoke. For information, call (530) 581-8328 or go to www.skialpine.com.

* Alpine Meadows hosts the Nautique Gates and Wakes on May 10. Ski or snowboard in the morning at Alpine Meadows, and wakeboard or water ski in the afternoon at Sunnyside Lodge on Lake Tahoe's West Shore. Prizes will be awarded. For information, call (530) 581-8328.

* Alpine Meadows hosts its annual Snow Golf Tournament on May 11. The nine holes start at the top of Summit Six and end at the base lodge. Golfers must wear a snowboard or skis; clubs and balls will be provided. Entry is free, and prizes include certificates to Tahoe golf courses. For information, call (530) 581-8328.

* Squaw Valley's Spring Jam is Saturday and Sunday. Saturday is Superpipe and Big Air competition and a pool party at High Camp. Sunday features the Pain McSchlonkey Open and the Lake Cushing Crossing. Squaw Valley USA will remain open for skiing and snowboarding until May 26. Spring operations begin Monday with seven lifts, including KT-22 on the lower mountain. For information, go to www.squaw.com.

* Boreal offers the Super Saver Season Pass for $199. The pass is valid Sundays-Fridays (except holidays) for 2003-04. Information at www. RideBoreal.com.

* Kirkwood's $399 2003-04 pass is on sale. It includes skiing/riding for the rest of this season or two lift tickets for next season. Information at: www.Kirkwood.com.

* Northstar/Sierra-at-Tahoe offers the Double Whammy season pass starting at $269. The purchase deadline is April 30. For more information, call (530) 562-2267 or (530) 659-7453 ex. 208, or go to www.DoubleWhammyPass.com.

* Mammoth offers full-unrestricted season passes for $399. www.MammothMountain.com.

* Sugar Bowl offers the 2003-04 Slightly Restricted Pass, good Sundays through Fridays, except Christmas holidays, Martin Luther King weekend and Presidents' weekend. It is valid seven days a week before Dec. 27 and after March 23. The price before Oct. 31 is $359 for an adult and $259 for a young adult. www.SugarBowl.com.

GRAPHIC: Associated Press / Alessandro Trovati Daron Rahlves of Truckee put American skiing back on the map by finishing second in the World Cup downhill standings.

LOAD-DATE: April 24, 2003

1586 of 2174 DOCUMENTS

Copyright 2003 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

These materials may not be republished without the express written consent of The
Associated Press

April 14, 2003, Monday, BC cycle

**SECTION:** State and Regional

**LENGTH:** 274 words

**HEADLINE:** Spring storm leaves Sierra, passes on eastward sweep

**BYLINE:** By TOM GARDNER, Associated Press Writer

**DATELINE:** RENO, Nev.

**BODY:**

A potent spring storm moved eastward Monday after clogging Sierra passes but delighting ski resorts.

I-80 and U.S. 50 - the main highways linking northern Nevada and Northern California - reopened on Monday after being intermittently closed most much of the day before.

"It's just a parking lot in both directions," California Highway Patrol Officer P. Gonzales said Sunday night at the truck weigh scales off Interstate 80 at the Truckee exit.

Squaw Valley USA spokeswoman Katja Dahl said the sun was shining and roads were mostly wet by midday Monday on Lake Tahoe's west shore.

"I went skiing this morning. I couldn't resist. It's like winter in April," Dahl said.

"We've had 6 feet since April 2. Just when you least expected it," she said. "It will help us maintain good conditions through the rest of the season." Squaw Valley is scheduled to remain open until the end of May.

A wet storm that began at noontime Saturday dropped up to 4 feet on Donner Summit. Squaw received 5 feet at its higher elevations.

In the valleys of western Nevada, the storm produced nearly one-half inch of precipitation, mostly rain or rain mixed with snow.

While welcome, rainfall totals at the Reno airport did little to ease the fourth straight dry winter. The 1.2 inches of precipitation since Jan. 1 is barely one-third of the 3.15-inch average for the first 3 1/2 months of the year.

Chain or snow tires were required briefly along I-80 and U.S. 50 as the storm pushed eastward into Utah.

The forecast called for continued unsettled weather through the week with fair weather and a slow warming trend for the Easter weekend.

**LOAD-DATE:** April 15, 2003

1613 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

April 6, 2003, Sunday METRO FINAL EDITION

**SECTION:** METRO; Pg. B2; REGIONAL DIGEST

**LENGTH:** 117 words

**HEADLINE: Squaw** Valley skier killed

**BYLINE:** Barbara Barte Osborn

**DATELINE:** OLYMPIC VALLEY

**BODY:**

A 31-year-old **Squaw** Valley USA employee has been killed in a skiing accident at the resort.

Michael Constantinescu was skiing with friends about 2:30 p.m. Friday on **Squaw's** Olympic Lady **ski** run when he apparently lost control and struck a tree, according to a Placer County Sheriff's Department report.

Rescue personnel immediately initiated life-saving measures but were unable to revive him, and he was pronounced dead at the scene at 3:10 p.m.

The coroner's investigation is not expected to be completed until Monday, a department spokeswoman said.

She said Constantinescu lived in the Lake **Tahoe** area, but the town wasn't known.

Telephone calls to the resort were not returned Saturday.

**LOAD-DATE:** April 7, 2003

1642 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

March 27, 2003 Thursday

**SECTION:** LIFE; Pg. 3E

**LENGTH:** 395 words

**HEADLINE:** Do things

**BYLINE:** Mark Vanderhoff, Staff

**BODY:**

NEWS & NOTES

Snowboard cross

Between the carnage of snowboard cross and the celebration of telemark skiing, **Squaw** Valley USA will be up to its neck in powder sports fun this weekend.

The Ford Ranger FX4 Challenge snowboard cross will bring some of the top names in snowboard cross to **Squaw** Valley to compete for a share of $30,000 and two-year lease on a 2003 Ford Ranger.

Locals will be able to muscle their way into the competition by doing well in qualifying rounds from 8-10 a.m. Saturday.

"There're so many good racers in the Lake **Tahoe** area," said Katie Campbell, spokeswoman for race organizer Eclipse Television and Sports Marketing. "They're going to be the up-and-coming's."

Snowboard cross consists of multiple snowboarders racing through a downhill course with terrain challenges such as tabletops, bank turns, off-cam returns and large rollers.

The tight quarters and packs that form near terrain features usually results in some carnage.

"Some of the U.S. Snowboard team guys won't even do it because they don't want to be hurt for the rest of the season," Campbell said.

Practice begins Saturday at 10 a.m., qualifying races start at noon. Sunday races begin at noon and last until about 2 p.m.

Cost: $50 to compete, free to watch with **Squaw** Valley lift ticket or season pass.

Freeheel Festival

If snowboard cross doesn't sound appealing, how about the Freeheel Festival Friday and Saturday at **Squaw Valley** USA?

The curious will be able to take beginner's clinics. The experienced will be able to demo telemark **skis** from K2, TUA, Black Diamond and other manufacturers. Backcountry workshops, live music, a park and pipe jam and a screening of "Soul Slide" by Lake **Tahoe** filmmaker and freeheel skier Josh Murphy will round out the festival.

Reno Gazette-Journal March 27, 2003 Thursday

Squaw organized the event after being approached by Culoir Magazine, who wanted to test wares for next year's gear guide on **Squaw's** slopes. They enlisted the help of Murphy, who has always been a part of Alpine Meadows' annual telemark competition.

Murphy hopes the event will attract some fresh blood.

"People don't understand why it's so great," he said. "Until you try it, you have no idea what you're missing."

Cost: $25 per clinic. The rest of the event is free with a **Squaw** lift ticket or season pass.

Details: Visit www.**squaw**.com or call (530) 583-6985.

Mark Vanderhoff

**GRAPHIC:** RGJ file

**LOAD-DATE:** March 29, 2003

1644 of 2174 DOCUMENTS

Copyright 2003 Denver Publishing Company
Rocky Mountain News (Denver, CO)

March 27, 2003 Thursday Final Edition

SECTION: BUSINESS; Pg. 20B

LENGTH: 1045 words

HEADLINE: ON CLOUD NINE;
HEAVENLY SKI RESORT RIDES HIGH AFTER A YEAR OF VAIL OWNERSHIP

BYLINE: David O. Williams, SPECIAL TO THE NEWS

DATELINE: SOUTH LAKE TAHOE, Calif.

BODY:

When Vail Resorts scooped up Heavenly ski area like a pile of black chips off a craps table last May, it wasn't much of a gamble.

For a bargain-basement price of just under $100 million, Colorado's dominant ski company made its first ski foray outside the state and snagged Lake Tahoe's largest resort from cash-strapped American Skiing Co.

The gravy in the deal was the $23 million, 2.5-mile gondola American Skiing had recently installed to connect the mountain to the casinos along the Nevada-California state line, where 5,000 beds await weary skiers or bleary gamblers.

And with the retail village at the base of the gondola on the California side near completion and more private money streaming in to undertake ambitious projects around the new village, including a convention hotel, Vail has turned its eye and a $40 million budget over the next five years toward on-mountain improvements.

"We're on a roll," says new Heavenly Chief Operating Officer Blaise Carrig. "I think Vail is coming in as a healthy owner and people are glad to see the Heavenly program move forward."

Carrig is a holdover from American Skiing. He most recently headed up The Canyons in Utah for the troubled company that still owns Steamboat Ski Resort and recently reported a loss of $206.7 million in fiscal 2002.

New pit boss

As the first full ski season of Vail ownership winds down, the locals seem pleased with the new pit boss in town.

"I was kind of excited about having Vail take over because I knew they would put the money into making the village look better and also upgrading the lifts," said Keith Pearson, a 26-year-old business manager for a hazardous materials company in the Bay Area.

Pearson stays with friends in South Lake, a 3 1/2-hour drive from San Francisco, nearly every weekend in the winter. He snowboards at Heavenly and other Tahoe resorts like Squaw and Kirkwood.

He says he jumped on a cheap Heavenly pass when Vail introduced the discount wars to California in the form of a $299 season ticket this season, especially since it included five days at Vail Resorts' four Colorado ski areas - Vail, Beaver Creek, Keystone and Breckenridge.

Don't look for the deal to work the other way around anytime soon, said Vail Chief Operating Officer Bill Jensen, who also has oversight duties at Heavenly and Beaver Creek.

"We're comfortable that the pass we offer in Colorado (the $299 Colorado Pass) has such value because it's usable at five ski resorts within an hour," Jensen said. "In Heavenly we wanted to make sure we added some value because we only have one resort to sell in that marketplace."

Carrig says that the sheer volume of Colorado Pass holders potentially descending on Heavenly, where there are already close to 900,000 skier days annually, makes adding his resort an unlikely prospect.

Besides, there's already enough of a Colorado invasion going on in **Tahoe.**

Avon-based East West Partners is in a deal with Northstar-at-**Tahoe** near Truckee, owned by Vail-based Booth Creek, to develop a new base village there.

East West is the developer of Denver's Riverfront Park.

Generation Next

There seems to be no tentativeness whatsoever when it comes to Vail's plans to position Heavenly as a youth market mecca complete with four terrain parks, half-pipes, plenty of steeps to offset the abundance of cruisers, and a thriving night life, courtesy of the state-line casinos.

Harrah's, Caesar's and Harvey's all recognize that gaming isn't just for the Little Rascal crowd anymore, Carrig said, and with the gondola now bringing the base of the resort right into the mini-Vegas style casino corridor, cross-marketing is the name of the game these days.

"Up until recently the casinos really shied away from skiing a bit and had separate marketing, but I think now both ends are merging," Carrig said. "So the casinos are seeing that part of their youth market is our demographic, and they're shifting away from the gray."

Combining gambling and skiing, though, can make for some weirdness on the hill and in town.

It can be difficult to separate the two, as a February Skiing magazine article suggests: "The mountain and the casinos are best thought of as yin and yang, separate, yet together, yet separate."

No worries, says Kris Hocking, **Tahoe** representative for the Ski Club of Great Britain, who feels Heavenly is all about the skiing and the people.

"The attraction I would say is the hospitality; it's a lot more friendly here than skiing in Europe. Also, there's the reputation (of the mountain),"

Hocking discounted the allure of the casinos. "That's just an add-on on the side, and it's there if you want it, but most of the people who come here, come here to **ski.**"

Don't forget the mountain

Vail's COO Jensen, who headed up Northstar for several years and still owns a small stake in a **Tahoe**-area restaurant, makes this assessment of the skiing: "We think in some ways, because of the lake, (**Tahoe**) wins on the scenery side. Snow quality, Colorado generally has the edge."

But the old "Sierra cement" knock on **Tahoe's** snow is a bit unfair, says Carrig, who notes that the 13 feet of snow that fell over 10 days in December was "as light of snow as I've skied anywhere." And this from a recent Utah transplant.

With 4,800 skiable acres and a 3,500-foot vertical drop - the biggest in California - Heavenly is a huge mountain known for its wide-open tree skiing, big cruisers and stunning lake views. Carrig compares it to a high-handicap golf course.

Like Vail, a similar-size mountain that's often knocked for its flat spots and abundance of traverses, Heavenly takes some heat, especially from snowboarders.

"Most big resorts it's going to be that way because it's so huge there's going to be places like that where it's flat and you have to unstrap," said boarder Keith Pearson. "But having such a large resort is definitely an advantage overall."

INFOBOX

Heavenly Ski Resort

Rocky Mountain News (Denver, CO) March 27, 2003 Thursday Final Edition

Lifts: 29

Runs: 85

Terrain:

20 percent "Easier"

45 percent "More Difficult"

35 percent "Most Difficult"

Vertical drop: 3,500 feet

Summit elevation: 10,067 feet

Snowmaking: 69 percent of the mountain trails

Web site: www.skiheavenly.com

Vail Resorts

MTN: NYSE

$11.60

DOWN 39 cents

**NOTES:**
SEE END OF TEXT FOR INFOBOX

**GRAPHIC:** Color Photo (2), The gondola at Heavenly Ski Resort in California gives skiers a wide, view of Lake Tahoe. Vail Resorts bought Heavenly last May for $100 million - a, bargain considering that the previous owner, American Skiing Co., had recently, installed a $23 million gondola to connect the resort to the nearby casinos in, Nevada. SHERRY McMANUS , HEAVENLY SKI REOSRT, CAPTION: A skier glides through fresh powder against a backdrop of 10,000-foot, peaks at Heavenly Ski Resort. Heavenly's vertical drop of 3,500 feet is the, largest in California. The mountain has 4,800 acres open to skiing. SCOTT, MARKEWITZ , HEAVENLY SKI RESORT

**LOAD-DATE:** March 28, 2003

1646 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Modesto Bee

March 26, 2003, Wednesday, ALL EDITION

**SECTION:** SPORTS; Pg. C1

**LENGTH:** 732 words

**HEADLINE:** THE **SKI** SEASON ISN'T FINISHED QUITE YET

**BYLINE:** BY RON AGOSTINI, BEE SPORTS COLUMNIST

**BODY:**

Spring has arrived, the days are warmer and the lower-elevation snow is dripping away.

That means the end of the ski/snowboard season is near, right?

Wrong.

All resorts, from Dodge Ridge to Heavenly, received more than decent snowfall two weekends ago. Any snow in March is welcome, of course (some people refer to it as the "March miracle"), and the result is splendid conditions for the season's stretch run.

Bear Valley opened the spring campaign with Ladies Day on Sunday. More than 800 women were handed complementary lift tickets, a promotion Bear promises to repeat.

"The weather cooperated. We even had live music with a female lead singer. It truly was Ladies Day," Bear marketing director Andrea Young said. "We enjoyed a spike in concessions, too."

Bear, the beneficiary of up to 11 inches of snow earlier this month, needed the dump. Like everywhere else in the Sierra, snowfall varied from spotty to scarce since the major storm in December. After Jan. 1, Bear has gotten 58 1/2 inches, which is a typical total for January alone.

It's enough, however, to keep Bear open through April 20 (East Sunday), its tentative closing date.

"We're on target for an average-type season," Young said. "The snow this month was a nice bonus. I knew we were due for something."

At Dodge, owner Frank Helm prepares for the end of his 27th season, one more than Dodge founder Earl Purdy. Helm points to a closing day of either April 6 or April 13, depending on conditions and turnout.

"This will be an average year for us. Thank goodness we got that snow early," Helm said. "It's better than below-average, but you can't get greedy in the ski business when your partner is Mother Nature."

Still, Dodge enjoyed a good crowd last Saturday, no doubt the result of the previous week's snowfall.

"Easter is so late in the season this year, but Easter has never been huge for us anyway," Helm said. "Presidents Weekend is always bigger."

Meanwhile, Badger Pass at Yosemite National Park will celebrate the end of its 67th season Sunday with its annual springfest carnival. Snow sculpting, novelty races and other activities will be featured.

Modesto Bee March 26, 2003, Wednesday, ALL EDITION

Spokesman Stewart Collins said Badger's acclaimed skiing and snowboarding instructional program enjoyed another good year. The Yosemite Ski & Snowboard School enrolled an average of 20 percent of Badger's visitors this year in ski lessons.

"In addition to ski lessons and snowboarding, we added snow tubing this year, which proved to be tremendously successful," Collins said. "Families will find that Badger is the ideal location to introduce kids to snow sports, or the perfect place for anyone to learn a new sport (like snowboarding) or improve their skills."

NOTES -- Numerous discounts and free entertainment are offered at all Sierra resorts. Kids under 12 ski free at Dodge on Sundays, when they're accompanied by a paying adult. ... At Bear, a Rossignol demo day is scheduled for Saturday, April 5, when customers can try out Rossignol's state-of-the-art equipment. Other events to watch at Bear include the seventh and eighth races in the Kyle Rasmussen GS Series on April 6, run by Bear's own former Olympian and World Cup star. Bear's annual Reggae on the Mountain, its spring celebration, will be held Saturday, April 12. ...

Here's a well-deserved bargain: All active military personnel can ski or snowboard free at Squaw Valley USA the rest of the season, which is scheduled to close May 26. "We are very proud of our armed forces and want to support them during this challenging time," said Nancy Wendt, president of Squaw Valley Ski Corp. ...

Squaw also will hold its Freeheel Festival this weekend. Telemark clinics, a free film screening and live Brazilian music, all free, are scheduled. ... For $99, skiers and riders can enjoy unlimited access to both Sierra-at-Tahoe and Northstar-at-Tahoe, its sister resort, for the remainder of the season. The same goes at Alpine Meadows. ... All Visa Card holders will be charged only $35 for lift tickets Monday through Friday at Sugar Bowl beginning April 7. ...

Other discount packages can be found at the California Ski Industry Association's Web site, www.californiasnow.com. ... This is the final ski/snowboarding column for the season. Enjoy the spring.

Write P.O. Box 5256, Modesto 95352-5256, call 578-2302, fax 238-4551 or e-mail ragostini@modbee.com

LOAD-DATE: March 27, 2003

1737 of 2174 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

FEBRUARY 27, 2003, THURSDAY, FINAL EDITION

**SECTION:** SPORTS; Pg. C10

**LENGTH:** 1408 words

**HEADLINE:** Getting a lift with season passes

**SOURCE:** Chronicle Outdoors Writer

**BYLINE:** Paul McHugh

**BODY:**

In years to come, skiers and snowboarders may regard the spring of 2003 as a golden age of the season pass.

An array of trends and forces recently prodded many resorts to fiercely compete in selling these chits. No one seems to want to call this situation a "price war" -- that might make shareholders apprehensive. But it does walk, quack and flap wings very much like that sort of duck.

A few top-tier resorts still cling to a traditional idea of the season pass as a blue-ribbon item, offered only at a premium price. Yet even some of them nod to the market forces by finding other ways to entice patrons via cheaper access during off-peak periods.

Back in the day, a season pass was status on a string. Displaying one showed that you were a committed powder hound, well connected, wealthy, or all of the above. A pass-holder could hit his or her home hill any hour it was open, any day, scoring a huge harvest of thrills each season. Holders won special treatment from resort staff, glances of respect and envy from other clients.

"Thirty years ago, season passes were a classic pillar of resort policy," says Bob Roberts, director of the California Ski Industry Association, "a type of open access awarded to your most dedicated or privileged clients.

"Now, they're more and more seen as a tool to sculpt niche markets. The quality is getting far more 'balkanized.' A semi-restricted, discount pass is a way to highlight time frames, steer people to underutilized periods, away from holidays. So, a much broader range of people feel encouraged to take advantage."

Top drawer, unrestricted (no blackout days) season passes once commonly sold for $800 to $1,000, or even more. Some resorts still command such lofty prices. But in the past three years, the tab at many other worthy resorts has plunged to a third, or even a quarter, of that level.

"Mike Berry started this thing," says Tim Cohee, president of Kirkwood Mountain Resort, speaking of his predecessor. "In 1991, we went through a drought that cut skier visits in half. We needed cash. So he had an idea to get some quick by offering a limited number of midweek passes for just $199. They sold fast, and we had what we needed to get through the summer."

After Cohee took over in 1993, he raised the number of such passes from 700 to 2,000; they sold out just as swiftly. During the rest of the decade, the notion of tweaking parameters of the traditional pass spread to Winter Park, Copper Mountain and Keystone in Colorado. Idaho's Bogus Basin weighed in with the marvel of a $199, early purchase, unrestricted pass. Then Vail caught on.

The San Francisco Chronicle FEBRUARY 27, 2003, THURSDAY,

Next, a young Internet entrepreneur conceived of bundling multiple discount passes for college students, and SnowBomb.com was born. Smaller Sierra resorts began to use discounted season passes as a weapon to combat the allure of bigger establishments.

"Then, in 1999, Mammoth jumped in," Cohee relates. "The situation just went kaboom!"

Four seasons ago, Mammoth's unrestricted pass went for $1,040, the cost of a standard day's lift ticket multiplied by 20. (That's for early purchase; it went to $1,560 after Oct. 1). Suddenly, the era of the new "Value Pass" popped onto the scene, with a spring offering of $375. Since then, it's crept up to $399 -- if purchase is made between April 1 and May 31.

Typically, a season pass purchased in spring can be used at the end of that season and all of the next.

"We want to get people to commit early to Mammoth," resort spokeswoman Kellie Hines says. "We want to reward our loyal guests. We believe, as making more visits becomes more attractive, people will also pay more often for food and lodging and bring more money to town."

Meanwhile, Kirkwood developed a panoply of offerings that include a midweek season pass for $199, a value pass with holiday blackouts for $299 and an unrestricted pass for $399 (these prices were for early purchase in July).

"It makes sense for us to pre-sell volume by offering good deals," Cohee says. "It gives us a solid financial base, regardless of what happens with the weather, or if travel here should turn out to be hard during any given part of the active season."

Among the startling offerings:

-- Northstar-at-Tahoe and its sister resort Sierra-at-Tahoe introduced in May at $249 the "Double Whammy" pass, which is valid at both these Booth Creek resorts, and it rapidly sold out. It was valid Sunday through Friday at Northstar and every day at Sierra, with holidays blacked out. A side benefit was the ability to also score discounted day tickets for six friends.

-- Boreal's Super Saver Pass allows Sunday-Friday skiing and snowboarding, with holidays blacked out, for just $199.

-- Heavenly's season pass with no restrictions or blackouts, costing just $299, was introduced last year. Its bonuses included five free days of skiing at Vail's four resorts in Colorado.

"A season pass used to be something for just 3-5 percent of the clients," says Heavenly's vice president of sales and marketing, John Wagnon. "This is a new paradigm, tailored to appeal to 30-40 percent. It may leave a little money on the table, but it adds so much convenience that it opens up ownership. It's all about volume."

Three holdout resorts with a dim view of these steep discounts are Squaw Valley, Sugar Bowl and Alpine Meadows.

"We have a very savvy group of pass holders, who want a top quality product," says Eric Brandt, Squaw's director of marketing. "There's a level of prestige involved. These people don't want to be bothered by coupons, special deal e-mails or somebody pushing free hot chocolate at them. They just want full access to a mountain with 34 lifts and stepped-up grooming. They say, 'Hey, I can take care of my own hot chocolate. Just get this place open at 8:30 a.m. so I can go make runs on KT-22 all day.' "

"We won't jump on the bandwagon of these enormous discounts," says Rachael Woods, an Alpine Meadows marketer. "A cheap pass that's virtually unlimited does a disservice. At peak periods, if someone comes to one of those places to buy a day ticket, they may find no place to park. That's when you see there's no free lunch. It's not just a point of origin that suffers. A whole town or highway can get clogged up."

Squaw (at $1,239) and Alpine (at $930) have held the line on unrestricted season passes purchased early (usually in late spring and early summer, usable then as well as next season). However, by doing a bit of research, a determined client can still locate some discount appeal.

For instance, if a customer signs up for Squaw's frequent skier program, he or she can ski or snowboard on Tuesdays, Wednesdays and Thursdays for four sessions at $49 a day, get a fifth day free, and thus wind up paying an average of $39 -- at a resort where a regular day ticket costs $58. A holder of Alpine's season pass can also freely use it at Oregon's Mount Bachelor.

The San Francisco Chronicle FEBRUARY 27, 2003, THURSDAY,

Sugar Bowl held to $799 on its unrestricted season pass last year (early purchase), but sweetened its restricted midweek pass by adding Sundays (some holidays are still blacked out) for $399.

Greg Murtha, marketing director at Sugar Bowl, was marketing manager at Kirkwood when the discount midweek pass was introduced. Murtha says he now feels wary of the cumulative effects resorts may reap by churning out discount passes.

"We want to maintain a quality experience, not degrade it by overtaxing the facility," he says. "If a resort gets blamed for creating bumper-to-bumper traffic, it may be tough to make a case later that you should be allowed to add some development. So we're proceeding cautiously."

Wagnon counters that the flexibility of a cheap season pass actually may reduce traffic at peak hours, if not throughout a peak holiday period. "More flexibility means not all skiers show up at the same time in the morning. Arrivals tend to be more staggered. It means shorter lines at ticket windows, and so on," he says.

In any event, this uncorked genie won't easily cram back in the bottle. Until all beans are counted and effects become more clear -- probably by next year -- the gut urge to grab for skier/snowboarder loyalty by brandishing discount deals shall likely hold sway. That's why this spring should prove an excellent time to shop for a season pass.E-mail Paul McHugh at pmchugh@sfchronicle.com.

**GRAPHIC:** GRAPHIC, TOM MURRAY/The Chronicle

**LOAD-DATE:** February 27, 2003

1757 of 2174 DOCUMENTS

Copyright 2003 The New York Times Company
The New York Times

February 23, 2003 Sunday
Late Edition - Final

**SECTION:** Section 5; Column 4; Travel Desk; Pg. 3

**LENGTH:** 472 words

**HEADLINE:** TRAVEL ADVISORY;
Deals and Discounts

**BYLINE:** By JOSEPH SIANO

**BODY:**

MIDNIGHT SUN -- A.A.R.P. members can save $100 a person by booking a Norwegian Coastal Voyage cruise package to Greenland or Spitsbergen by March 31. The trips, including round-trip air fare, hotel stays with breakfast, land excursions, and air and port taxes, range from 9 to 12 days and take place June 1 to Aug. 24. The discount is in addition to the regular A.A.R.P. member reduction of $100 a cabin. Ships range from the 92-passenger Brand Polaris to the 164-passenger Nordstjernen. A nine-day trip to Spitsbergen, an island between Norway and the North Pole, with a four-day cruise, ranges from $3,785 to $4,890 a person, double occupancy before the discounts. A 12-day program in Greenland and Iceland, with an eight-day cruise, is $3,375 to $7,080 a person, double. Naturalist guides give lectures and lead Zodiac excursions; (800) 323-7436 or on the Web at www.coastalvoyage.com.

YELLOWSTONE SAVINGS -- Book by April 1 for savings up to 43 percent at five Yellowstone National Park lodgings. From May 9 to 15, a premium room at the Old Faithful Inn is $89 to $139. From May 2 to 15, the Old Faithful Snow Lodge is $99 a night, and the Mammoth Hot Springs Hotel is $39 for a budget cabin and $69 for a frontier cabin or midrange room. At Grant Village from May 23 to 29, rooms are $69 and $79; Lake Yellowstone Hotel charges $99 and $129 May 16 to 22. Information: (307) 344-7311 or on the Web at www.travelyellowstone.com.

TAHOE PACKAGE -- Seventy-one motels, hotels and vacation-home resorts in the North Lake **Tahoe** area have nightly rates from $79 a person Sunday to Thursday, $99 weekends for the rest of ski season. This includes lift tickets at ski resorts like **Squaw** and Alpine Meadows. There is a two-night minimum; holidays are excluded. Participating motels at the lowest rate include Ferrari's Crown Motel and Firelite Lodge. Call (800) 960-9199.

VERMONT INN -- Through April 30, a two-night stay at the 13-room Inn at Weston in Weston, Vt., starts at $375 a couple on weekdays, $425 weekends. This package (which the inn says represents savings up to 30 percent) includes a fireplace room, daily breakfast and afternoon tea, a three-course dinner for two at the inn, and taxes and tips. Information: (802) 824-6789 or www.innweston.com.

BARBADOS INCENTIVES -- The Best of Barbados Summer program, valid April 26 to Dec. 14 (except for July 13 to Aug. 15), offers a $200 air-fare credit, a free night's hotel stay, daily breakfast and one day's free car rental with at least a four-day rental. Reservations must be made by July 31; the program requires a minimum stay of five nights at all-inclusive resorts and a minimum of seven nights at other hotels and resorts. Book by this Friday for stays March 1 to April 11, and the air fare credit is $300. Information: (800) 221-9831 or www.barbados.org.   JOSEPH SIANO

**URL:** http://www.nytimes.com

The New York Times February 23, 2003 Sunday

**GRAPHIC:** Drawing

**LOAD-DATE:** February 23, 2003

1759 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

February 23, 2003, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M4; TRIPS, TOURS AND CRUISES

**LENGTH:** 615 words

**HEADLINE:** Film and seminar invite you to explore

**BYLINE:** Bee Staff

**BODY:**

Armchair adventure: Gray Warriner will take viewers into the steaming dome of Mount St. Helens and the ancient forests of the Pacific Northwest during his narrated film-lecture at 10:30 a.m. and 1:30 p.m. Monday at the United Artists Theatre at Arden Fair mall. His film "North by West" also takes a look at Seattle's houseboat communities, killer whales in the San Juan Islands, rafting in the Skagit Valley, the Columbia Gorge portion of the Lewis and Clark Trail and Grand Coulee Dam. Tickets are $7.50 at the door. For more information: (916) 455-4099.

Exploring America's rivers: Passengers on a Sept. 15-24 cruise aboard the River Explorer will visit valleys and towns along the Cumberland and Ohio rivers as they roll toward the Mississippi. Patterson Travel of Sacramento is organizing the trip aboard the hotel barge.

Guests will spend an additional two nights at the Opryland Hotel in Nashville, Tenn. The cost of $2,950 per person, double occupancy, includes airfare from Sacramento, most meals and all shore excusions. For more informatoin, call Jeff Mutnick at (916) 789-2003 or (800) 283-2772.

River seminar: Agents with Patterson Travel in Sacramento will talk about river-barge cruising in America at two free seminars in early March. The first is at 6:30 p.m. March 4 at the West Roseville/Woodcreek Center office, 7456 Foothills Blvd., Suite 6; for reservations: (916) 789-2003. The second is at 6:30 p.m. March 6 at the Carmichael office, 4005 Manzanita Ave., Suite 49; for reservations: (916) 485-5252.

Hiking the Sutter Buttes: The Middle Mountain Foundation of Live Oak has a few reservations left for a guided day hike and two full-moon strolls in the Sutter Buttes. The day trip is April 5, and the full-moon strolls are March 16 and April 13. Hikes are $30 per person and tend to fill up quickly. For more information and reservations: (530) 671-6116.

Armchair journey: David Greenwood will talk about traveling overland from Turkey to India during the No Reservations Travel Club meeting at 7 p.m. March 3 at the Campus Commons Clubhouse, 650 Commons Drive. Newcomers are welcome at the free event. For more information: (916) 457-1426.

Ski by the Lake: The Inn at the Lake in South Lake Tahoe has announced a flurry of packages good through April 15. Two-night midweek ski packages, $228, include a two-night stay with two lift tickets for Sierra, Northstar, Squaw, Kirkwood or Heavenly (an $8 surcharge applies for Heavenly); the same package for Friday and Saturday nights starts at $296.

Nonskiers can choose a Room with a View package, $236, that includes two nights lodging and two tickets for a daytime lake cruise aboard the Dixie II paddlewheeler. Also available is a midweek Laughs package, $216, that includes two nights lodging and tickets to The Improv comedy club.

For more information: (800) 877-1466 or www.innbythelake.com.

Sacramento Bee February 23, 2003, Sunday

    Writers retreat in Oaxaca: July 16-26 are the dates of a retreat to Oaxaca, Mexico, for writers and artists at all levels. Led by Donna Hanelin, who teaches creative writing in Sacramento, and Lew Toll, an artist and teacher in Nevada City, the teaching part of the trip will focus on "Visible and Invisible Stories."

    Participants will stay at a country villa with swimming pool in San Pablo Etla, six miles north of Oaxaca City. The per-person cost of $1,165 (double occupancy) and covers airport transfers, 10 nights lodging, two daily meals, classes, private consultation, and tours of craft villages, ruins and the city of Oaxaca. Airfare is additional. Trip payment is due March 10. For more information, contact Hanelin at (530) 265-8799 or dhanelin@ncws.com.

**LOAD-DATE:** February 24, 2003

1761 of 2174 DOCUMENTS

Copyright 2003 The San Diego Union-Tribune
The San Diego Union-Tribune

February 23, 2003, Sunday

SECTION: TRAVEL;Pg. D-4

LENGTH: 1086 words

HEADLINE: Lofty eateries are a high point for hungry skiers

BYLINE: Brian E. Clark; STAFF WRITER

BODY:
MURREN, Switzerland -- I'm no food critic, but I believe meals taste a little better the higher on a mountain they're served. And if, after skiing or snowboarding all morning, you sit down for lunch at a restaurant surrounded by snow-clad peaks, a bit of scenic spice can't help but improve the fare.

You could blame it on light-headedness, but pasta I've dined on high in Italy's Dolomites, empanadas I've consumed in Bolvia's Andes and couscous I've eaten in Morocco's High Atlas tasted better than their counterparts in Milan, La Paz and Marrakech.

Once, while chowing down on an early-morning breakfast at Whistler Resort's Roundhouse Lodge in the Coast Mountains of British Columbia, a friend who was a skiing novice put down a fork filled with scrambled eggs, stared out the window and watched in awe as the jagged peaks above the Overlord glacier turned pink with the sunrise.

"Sublime," he said a few seconds later, before resuming his repast. "I've never seen anything quite like that."

Here's a rundown on some of my favorite lofty eateries:

The Roundhouse Lodge sits at 6,069 feet on the slopes of Whistler, part of a two-mountain schussing complex with 200 trails, 33 lifts and a vertical drop of more than 5,000 feet. The Roundhouse is about 1,000 feet from the summit of the resort and is on a ridge separating Glacier and Harmony bowls. Look to the northeast and you'll see the Musical Bumps, including the Oboe, Flute and Piccolo peaks marching off toward Blackcomb Mountain.

The lodge has several restaurants. The Steeps Grill offers casual, full-service dining and regional British Columbia cuisine with an emphasis on Pacific salmon, including a tasty chowder.

It also has two cafeterias. The special one is Paloma's -- on the top level. Patrons who take part in the First Tracks program can eat breakfast here at 7:15 a.m. and get a 45-minute jump on the rest of the skiing public. So in addition to staggering sunrises, you could get two or three runs practically all on your own. For more information, look up www.whistler-blackcomb.com.

To the south a bit in Washington is Crystal Mountain, arguably that state's most challenging resort with 11 chairs, 50 runs and more than 3,000 feet of vertical.

The Summit House Restaurant is at the top of the Rainier Express lift, elevation 6,854 feet. It offers pizza, pasta, sandwiches, chicken and burgers and a stunning view of Mount Rainier, which rises to the west almost 8,000 feet higher to 14,411 feet.

When I skied there during the decade I lived in Washington, I couldn't resist showing friends the route I'd used to climb Rainier's summit. For more information on Crystal, look up its Web site at www.skicrystal.com.

For a great view of Lake Tahoe from a rocky outcrop at 8,200 feet, **Squaw** Valley's High Camp has Alexander's Cafe. It also overlooks some of the mountain's lower runs, including KT, Red Dog and the entire valley.

Perched at the top of the Aerial Cable Car, it is open for lunch and dinner and features a fresh fish of the day, steaks, grilled chicken, salads and homemade soups. The restaurant's sunset supper package is $25 per person, and you can ski back to the valley afterward because the Mountain Run is lighted until 9 p.m.

For upper slope views -- Granite Peak tops out at 9,050 feet -- the Poolside Cafe offers views of the spa and runs below the Palisades, Headwall and Siberia Ridge. Its fare features soups, salads, burgers and sandwiches. For more information on **Squaw,** which has 177 runs and 33 lifts, look up its Web site at www.squaw.com.

Down at Mammoth, the year-old Parallax Restaurant at McCoy's Station is halfway up the mountain at 9,609 feet. It offers a great view of the top of the resort, including the Cornice Bowl, Climax Run and the top section of the Gondola. Off to the west are the spiky mina-rets.

The menu features Thai beef salad, pineapple-glazed pork back ribs and wild game chili. For more information on Mammoth, which has 156 trails and 27 lifts, look up mammothmountain.com.

In Colorado's Rockies, Keystone Resort's Alpenglow Stube lays claim to being the highest restaurant in the United States at 11,444 feet. And it has a AAA Four-Diamond rating, too.

To reach it, guests ride two enclosed gondolas from the base of Keystone's River Run. **Ski-in/ski-**out access, fur-lined slippers and a picturesque view of the Continental Divide complement the Colorado cuisine. Signature dishes include Pine Cone Pate, Wild Game Grill and Stube Creme Brulee. For more information on Keystone, which has a summit elevation of 9,300 feet, 21 lifts and 116 trails, look up www.keystone.snow.com.

James Bond fans may be familiar with Switzerland's Schilthorn Peak and the Piz Gloria Restaurant, which rotates 360 degrees every hour. It serves up breathtaking views of more than 200 mountains and 40 glaciers -- including the Eiger, Munch and Jungfrau peaks. In one scene from "On Her Majesty's Secret Service," bad guy Telly Sevalas and his henchmen chase Bond down the slopes from here.

The Schilthorn, which tops out at 9,500 feet, is also the starting point for the annual Inferno race in which 1,800 skiers challenge the clock in a 10-mile, 7,100-feet descent down to the village of Lauterbrunnen. It is the world's longest downhill race. Non-racers can also make the descent -- albeit at a much more controlled pace.

The Piz Gloria is reached from the village of Murren by the longest cable car in the Alps. It offers a wide variety of Swiss and European fare, including roesti -- a thin flat potato cake -- schnitzel and bratwurst. For more information on the Schilthorn, look up

raileurope.lycos.com/us/rail/passes/schilthorn--piz--gloria.htm.

Last but not least on my list of eateries is the mountain hut at the Chacaltaya, some 4,000 feet above La Paz, Bolivia. This single-lift resort has a base of 17,130 feet and is the globe's highest ski area.

I made some turns here in the mid-1980s while attending a language school in Cochabamba, which was at the relatively low elevation of 8,000 feet. I was somewhat acclimated to the elevation.

It's a good idea to bring your own grub if you ski here -- to say nothing of your own oxygen tank. Members of the Club Andino Boliviano sometimes sell food from the hut beside the glacier, as well as a tea made from coca leaves that helps take away symptoms of soroche, or altitude sickness. It did the trick for me. For more information on Chacaltaya, look up

www.goski.com/bolivia.htm.

GRAPHIC: 2 PICS; 1,2. Switzerland Tourism photos; 1. At the Piz Gloria Restaurant, which sits on the Schilthorn, near the town of Murren, Switzerland, the diners go around 360 degrees in an hour, all the better to get a load of the incredible views. You'll see some 200 peaks. 2. To get to the Piz Gloria restaurant and its fabled roesti (potato cakes), you take the longest cable car in the Alps. (D-5)

LOAD-DATE: March 2, 2003

1777 of 2174 DOCUMENTS

Copyright 2003 The Charlotte Observer
All Rights Reserved
Charlotte Observer (North Carolina)

February 16, 2003 Sunday ONE-THREE EDITION

SECTION: TRAVEL; Pg. 1I

LENGTH: 1163 words

HEADLINE: SQUAW VALLEY HIGH LIFE;
FAR ABOVE THE TREE LINE, SKI THE CLIFFS AND CHUTES ALONG WITH MEDALISTS AND
DAREDEVILS

BYLINE: PAIGE WILLIAMS, SPECIAL TO THE OBSERVER

DATELINE: SQUAW VALLEY, Calif.

BODY:

The first thing to know about Squaw Valley USA, the California ski resort five miles west of Lake Tahoe, is that nearly 20 years ago a movie was filmed here that has become a cult classic.

"Hot Dog" spent a week as the nation's No. 2 movie, behind "Terms of Endearment." Last month there was a "Hot Dog" reunion with the actors and local ski doubles hired for the downhill stunt work. Five hundred people packed a lodge to watch a screening of the sports comedy - with beers and in '80s costume (big hair, gators) and with warm irreverence for the local scenes, hometown faces and campy lines ("Rotate outta here, Jack!"). It was like "Rocky Horror" with snow. Thing is, a lot of the people who came to Squaw to make that movie never left. The place has a way of drawing you in.

Bohemia, bonhomie, call it what you will, Squaw people live exuberantly, work hard and possess unpretentious pride in the uniqueness of their community. This may be because Squaw is still a family-owned resort, or because it hosted the 1960 Winter Olympics or because so many ski movies, magazine covers and ads have been shot here that the place is often called "Squawllywood."

As resorts go, there are bigger ones, richer ones, fancy-schmancier ones; if it's cookie-cutter glitz you want, go to Aspen. Squaw Valley's allure is - well, where to start?

The largest of Lake Tahoe's 15 downhill ski resorts, Squaw is considered the birthplace of extreme skiing. Veteran downhillers compare it to European resorts for its challenging terrain of cliffs, chutes and straight-drop pitches, and because most of the skiing is above tree line.

In the 1970s, daredevils like Scot Schmidt came soaring off the summit cliffs and a legion of wannabes followed, creating a cult-like sport that thrives today. These guys live to ski, jump, snowboard and telemark the gnarliest natural obstacle courses on the mountain and are forever coming up with weird and breathtaking new ways to do it.

On any given day you might share a lift with some of the biggest names in professional skiing and snowboarding. The moguls gold medalist Jonny Moseley and free-skiing icon Brad Holmes both ski at Squaw, as do free-skiers Shane McConkey, Scott Gaffney and Aaron McGovern, who last month was sporting lavender hair. Olympic racer Marco Sullivan hits the hill a lot, as do world-class downhillers Tamara McKinney and Franz Weber. And though nearby Sugar Bowl is one of his sponsors, the Salt Lake Olympian Daron Rahlves - who recently swept world championships in Italy and Kitzbuhl, Austria - can be seen blurring down the mountain with his friends.

This isn't to say **Squaw** is an experts-only mountain. Seventy percent is intermediate or beginner material, or nicely groomed "cruisers" through wide-open spaces, and the relatively open geography (4,000 skiable acres) makes the mountain uniquely democratic. Even from the bunny lifts you can see the pros assaulting the snow, looking for new ways to jump it, carve it, ride it.

"You can come to where the bad boys play and still have an intermediate experience," says Katja Dahl, **Squaw's** director of media and public relations and herself a former **ski** racer. "The cruisers are within full view of the show - the extreme show - so you can check it all out. Some people say it inspires them, being able to watch the skiers on the more advanced terrain."

The conditions at **Squaw** are also unique. The snow comes in early over the Sierras and saturates the mountain with a thick, wet foundation called "Sierra cement," which clings to the steepest runs and supports the lighter, drier "hero snow," allowing the runs to be skied.

Because **Squaw** gets more than 450 inches of snow a year, the season runs later than most, through the end of May rather than April. And: "The temps are a lot milder," Dahl says, "so you don't have to deal with the frigid cold."

**Squaw** regulars especially like the short queues. Though 600,000 or so people **ski** here each season, the wait is hardly ever more than five minutes unless somebody spazzes out in the lift line. Lifts were designed with heavy traffic flow in mind: Three or four service the same kind of terrain.

For some good intermediate runs, try Shirley Lake, though **ski** it early if you like a sunny slope, because by early afternoon it's in shadow. On a powder day, locals head straight to KT-22, or to the tree chutes off the Cornice II chairlift or Headwall's hogback, or they hike to the legendary Palisades or the Granite Chief peak to hurl themselves off the summit. The less adventuresome could stick to any of the runs off the Gold Coast lift. For the tricksters, there's a half-pipe, a 400-foot super-pipe with 17-foot walls and tables, jumps and rails.

Nearing the top of the Siberia lift or Headwall, turn around and look behind you and check out Lake **Tahoe,** mountain rimmed and glimmering, and honest to God, you'll be happy to be alive.Insider Tips

BASICS

**Squaw** Valley is several miles west of Lake **Tahoe,** just west of the California-Nevada line. Fly into Reno, Nev., (40 miles away); Sacramento, Calif., (100 miles) or even San Francisco (200), if you'd like to combine skiing with city sights or a road trip through wine country. **Squaw** Valley opened as a **ski** resort in 1949. It was the site of the 1960 Winter Olympics, the first Winter Games held in the western United States.

Ways & Means

Lift tickets: Adult all-day, $58; adult two-day, $102; 12 and younger, $5; 76 and older, free. Lifts run 9 a.m.-4 p.m. weekdays, 8:30 a.m.-4 p.m. weekends and holidays.

Where to stay: Accommodations range from **ski**-in/**ski**-out, to condos just steps from the chairlifts, to rustic cabins. Between **Squaw** Valley and the California towns of Truckee and **Tahoe** City (five miles away, on the lake), there is a variety of lodging, with **ski** packages. Midweek specials, via Central Reservations Internet, recently began at $152 per person/night double at Olympic Village Inn. Central Reservations represents more than 50 properties: (800) 545-4350, toll-free, 11 a.m.-7:30 p.m. weekdays; www.squawvacations.com.

Ambience: The spectacular new Village at **Squaw** opened this year, a handsome pedestrian concentration of restaurants, shops and luxury condos (139 of these sold in six hours).

Apres **ski:** The best bar around (and the best bartender, John Haynes) is Le Chamois, at the base, where the beer's always cold and the saki's always hot. For good grub, try Mountain Nectar for great wraps and smoothies, or go upscale at Graham's.

RESOURCES

(530) 583-6985, 11 a.m.-7:30 p.m. any day; www.**squaw**.com.

Mountain stats

Six mountain peaks, 4,000 skiable acres.

Longest run: 3.2 miles (Mountain Run).

Charlotte Observer (North Carolina) February 16, 2003 Sunday ONE-THREE E

Thirty-three lifts including a cable car, Funitel tram system, three high-speed six-packs and four high-speed quads.

SquawKids Children's Center is a 12,000-square-foot facility that caters to children 12 and younger. All-day programs include lunch. Details: (530) 581-7225 anytime.

**GRAPHIC: GRAPHIC:1 PHOTO:4;**
1. SQUAW VALLEY SKI PHOTOS. Skiing can be a high-flying sport at Squaw Valley, the famous resort that overlooks Lake Tahoe.; 2. The party scene draws repeat visitors to the California resort, which is near the Nevada line and Lake Tahoe. The spectacular new Village at Squaw - seen here - is a handsome pedestrian concentration of restaurants, shops and luxury condos.; 3. SQUAW VALLEY SKI CORP. PHOTOS. Squaw Valley attracts ski professionals - Olympic, "extreme" and otherwise. But there are easier slopes, too.

**LOAD-DATE: February 17, 2003**