# EXHIBIT 11 - PART L

1813 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

February 2, 2003, Sunday METRO FINAL EDITION

**SECTION:** TRAVEL; Pg. M1; FOCUS: WINTER ESCAPE.

**LENGTH:** 1114 words

**HEADLINE:** Slope legends share tips with resort guests

**BYLINE:** Janet Fullwood Bee Travel Editor

**DATELINE:** SQUAW VALLEY

**BODY:**

Franz Weber remembers what it was like on race day, trying to tame the adrenaline, swallow the fear and focus his mind to pinpoint sharpness on the daunting, 30-second task ahead.

"I would lie down, relax my body and visualize the course so that I could **ski** it without having to anticipate, so that nothing would jump out at me and I would know without thinking about everything that was to come."

Lots of athletes, be they skiers, golfers, runners, skaters or what have you, visualize their game beforehand. But Weber, an Olympian and six-time world speed-skiing champ who has been clocked screaming down the mountain at 140 mph, might be one of the few who ever fell asleep on the job.

"On two occasions I actually did fall asleep, I was so relaxed," he admits.

These days, the former human bullet in a red lycra suit puts his visualization skills to work as head of a Reno-based sports management and consulting firm that advises top athletes on career moves and facilitates business-athlete connections. (Clients have included such familiar names as Greg LeMond, Craig Stadler, Chris Evert, Franz Klammer and Herman "the Herminator" Maier.) In promotional appearances around the world - and in five languages - Weber gives inspirational talks on risk, fear, motivation and discipline, translating the lessons of the icy slopes to the lives of ordinary people.

Retired from the pro circuit since 1985, Weber still keeps his boards waxed for the Legends/Champions and Masters racing tours, where he competes as an ambassador and consultant for Head, a **ski** manufacturer.

But the **Tahoe** area is home, and Weber, who lives in Reno with his wife, Janett, and their three children, likes best to **ski** the mountains in his own back yard - and to share the experience with visitors.

Toward that end, he commits 20 days a year as director of skiing at the Resort at **Squaw** Creek, a luxury hideaway tucked into an otherwise isolated pocket of land at the base of the **Squaw** Valley USA **ski** area. Five of those days are dedicated to Ski With Franz clinics that are complimentary to resort guests.

But opportunities for the public don't end there: This season, Weber has teamed with extreme skier Glen Plake and former Olympians Tamara McKinney, Billy Hudson, Todd Kelly and Eva Twardokens in a March 13-17 Awesome Foursome event. It features lodging at the Resort and skiing with the champions at **Squaw,** Alpine Meadows, Sugar Bowl and Northstar.

Think skiing with a man once hailed in the Guinness Book of World Records as the "fastest human on **skis**" would be a bit intimidating for mere mortals who usually stick to the blue (intermediate) runs?

Sacramento Bee January 22, 2003, Wednesday

* * *

Robert Frohlich resides in **Tahoe** City and has been involved in the skiing industry for more than 25 years. He can be reached at rfro@inreach.com.

**GRAPHIC:** Associated Press file, 2001 / Robert F. Bukaty Above, Jonny Moseley rose to fame as the top moguls skier in the world, capped by his gold-medal performance at the 1998 Nagano Olympics. Since then, his celebrity has taken him to places like David Letterman's show, left, Saturday Night Live and numerous MTV appearances.

**LOAD-DATE:** January 26, 2003

1884 of 2174 DOCUMENTS

Copyright 2003 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

January 17, 2003 Friday

**SECTION:** CALENDAR; Pg. 12H

**LENGTH:** 1645 words

**HEADLINE:** The Next 8 days

**BYLINE:** Staff

**BODY:**

your Friday - Friday events planner

FRIDAY

JANUARY 17

Jill Cohn

The Seattle-based singer-songwriter who has been compared to Tori Amos and Sarah McLachlan performs at 8 p.m. Jan. 17 at Esoteric, 135 N. Sierra St. Cost: $5. Details: 322-8999.

I Love You, You're Perfect, Now Change

The Broadway musical reveals the difficulties and joys of connecting with another person. The show comes to Reno at 8 p.m. Jan. 17 in the Eldorado Showroom. Cost: $25.95 general, $20.95 seniors. Details: 786-5700.

Dishwalla

The modern-rock band performs at 8 p.m. Jan. 17 in the Celebrity Showroom at John Ascuaga's Nugget. Cost: $25. Details: 356-3300 or (800) 648-1177.

Monster Jam

The monster-truck rally featuring Grave Digger, Spider-Man and Jurassic Attack comes to Reno for five shows, 8 p.m. Jan. 17; 2 and 8 p.m. Jan. 18; and 1 and 7 p.m. Jan. 19 at Reno Livestock Events Center, 1350 N. Wells Ave. Tickets are $16 general, $8 children 12 and younger, available at Ticketmaster outlets and the Livestock Events Center. Details: 787-8497.

The Golden Age

Reno Little Theater and Hug High School present this drama at 8 p.m. Jan. 17-18 and 24-25, 2 p.m. Jan. 26, 8 p.m. Jan. 31 and Feb. 1, and 2 p.m. Feb. 2 at Hug High School, 2880 Sutro St. Cost: $12, $10 seniors and students. On Jan. 17 get two tickets for $15 or $10 individual. Details: 329-0661.

On the Verge, or the Geography of Yearning

The Bruka Theatre production shows at 8 p.m. Jan. 17-18, 23-25, 30-31, Feb. 1, 6-8, at 2 p.m. Feb. 9 and at 8 p.m. Feb. 13-15 at 99 N. Virginia St. This comedy follows three Victorian women as they travel around the world. Cost: $12 general, $10 seniors and students, $15 at the door. Details: 323-3221.

Reno Gazette-Journal January 17, 2003 Friday

Maktub

The Seattle soul-rock band plays at 10 p.m. Jan. 17 at Sierra Vista in **Tahoe** City. Tickets for the 21-and-older show are $7 in advance, $10 at the door, available at Sierra Vista; Recycled Records and Soundwave CDs in Reno; Java Joe's in Carson City; and Tickets.com outlets. Details: 337-8344 or (530) 583-2801.

### SATURDAY

### JANUARY 18

Larry Elliot

The entertainer plays a selection of songs for the whole family at 7 p.m. Jan. 18 at Bartley Ranch Regional Park, 6000 Bartley Ranch Road. Part of the "Come in From the Cold" series. Details: 828-6612.

Papa Roach

The rock band performs with Blindside at 8 p.m. Jan. 18 at the New Oasis, 2100 Victorian Ave. Tickets are available at Recycled Records in Reno, JJ's Ear Candy in Carson City, Mad About Music in South Lake **Tahoe** and through www.ticketweb. com. Cost: $18 advance, $20 door. Details: 691-0444.

Peabo Bryson

The R&B and jazz singer performs at 8 p.m. Jan. 18-19 in the Celebrity Showroom at John Ascuaga's Nugget. Cost: $40. Details: 356-3300 or (800) 648-1177.

My Dinner with the Mysterious Stranger

The show hosted by Mark Twain, portrayed by John Benneth, accompanies a gourmet dinner beginning at 6 p.m. on Saturdays through Jan. 25 at the Mackay Mansion, Flowery and South D streets, Virginia City. Cost: $125. Details: 847-5208 for reservations.

Anti-War Rally

This event begins at 12:30 p.m. Jan. 18 in Manzanita Bowl at the University of Nevada, Reno. The Reno Anti-War Coalition celebrates Martin Luther King's message of peace with music and speakers that oppose war with Iraq. The Reno Anti-War Coalition is at www.possiblebag.com/ antiwar. Details: 827-4200 or 331-0858.

Damon Wayans

The comedian performs at 9 p.m. Jan. 18 at the Reno Hilton Theater. Tickets are $56 and $46, available at Ticketmaster outlets, www.ticketmaster. com or 787-8497. Details: 789-2285. Wayans postpones engagement Wayans postponed: After Calendar press time, the Reno Hilton announced that comedian Damon Wayans will not perform Saturday due to illness. The Hilton plans to reschedule the show. Details: 789-2285.

Sinbad

The comedian performs at 9 p.m. Jan. 18-19 at Caesars **Tahoe.** Tickets are $36, available at Caesars **Tahoe,** Ticketmaster outlets, www.ticketmaster.com or 787-8497. Details: (800) 648-3353.

### SUNDAY

### JANUARY 19

X-country ski to Echo Lakes

On Jan. 19 the Sierra Club makes a backcountry cross-country ski trip to the Echo Lakes Basin. Designed for experienced beginners and intermediate cross-country skiers. Moderately easy, six to eight miles with a 1,000-foot gain. Details: 853-8055 or 746-9725.

Hot Dog, The Movie celebration

The festivities go from 2-9 p.m. Jan. 19 at **Squaw** Valley USA to celebrate the 20th anniversary of the filming **of** the ski-and-skin comedy "Hot Dog, The Movie" at **Squaw.** The Undie 500 race starts at 2 p.m. with contestants running through the base village in undergarments for prizes. A showing of the movie starts at 7 p.m., and '80s cover band Tainted Love performs at 9 p.m. Around this time, a speedsuit and stretch pants contest begins. Stars from the

movie will attend the 21-and-older party. Cost: $5 Undie 500, $18 movie and dance, $15 for those in '80s attire. Details: (530) 583-6985.

MONDAY

JANUARY 20

Dr. Martin Luther King Jr. dinner

The Northern Nevada Black Cultural Awareness Society hosts this celebration that features dancing and a raffle. The evening begins with a reception at 5:30 p.m. Jan. 20 at John Ascuaga's Nugget in Sparks. Cost: $35. Details: 329-8990.

Reno Jazz Orchestra

The Jazz Legends Series concert features a tribute to Frank Sinatra with jazz violinist Jeremy Cohen at 7:30 p.m. Jan. 20 in the Nightingale Concert Hall at the University of Nevada, Reno. Cost: $20 general, $10 students. Details: 784-6847.

TUESDAY

JANUARY 21

Roger McGuinn

The founding member of the Byrds performs with opening act John Pappenfort at 8 p.m. Jan. 21 at the Upstage Center Theatre, 900 Mallory Way in Carson City. Tickets are $38, available at Soundwave CDs and Music Mart in Reno, JJ's Ear Candy in Carson City, and Fresh Ideas and Netti's Creations in Gardnerville. Details: 882-8900.

WEDNESDAY

JANUARY 22

Tibetan Tashi Lhunpo monks

Seven monks from the Tashi Lhunpo monastery will be in Reno Jan. 22-24 as part of a Buddhist teaching tour to raise funds for their monastery. The visit starts at 7 p.m. Jan. 22 at the student union at UNR with a lecture on the plight of the 11th Panchen Lama. At 7 p.m. Jan. 23 at the Unitarian Universalist Fellowship, 780 Del Monte Lane, there is a Mahayana Buddhist teaching. At 9 a.m. and 2 p.m. Jan. 22-24 is the creation of a sand mandala at the Pioneer Center, 100 S. Virginia St. At 3 p.m. Jan. 24, the mandala will be dismantled and released into the Truckee River. At 7 p.m. in the student union at UNR is a Cham monastic dance. Cost: Donations accepted. Details: 825-5583 or www.tashilhunpo.org.

THURSDAY

JANUARY 23

Del the Funky Homosapien

The hip-hop artist and member of the Gorillaz, Deltron 3030 and the Hieroglyphics crew performs with Bukue-One and Element at 9 p.m. Jan. 23 at Club Nero in Caesars **Tahoe**. A second show is at 9 p.m. Jan. 24 at Sierra Vista in Tahoe City. Cost: $15 advance, $18 door. Details: 337-8344.

Harvey Reid

The acoustic guitarist performs at 7 p.m. Jan. 23 in the Brewery Arts Center Performance Hall, 511 W. King St., Carson City. Cost: $12 general, $10 students and seniors. Details: 883-1976.

FRIDAY

JANUARY 24

Hootie & the Blowfish

The rock band performs at 9 p.m. Jan. 24-25 at Caesars **Tahoe**. Tickets are available at Caesars **Tahoe,** Ticketmaster outlets, www.ticketmaster.com or 787-8497. Cost: $46, $56. Details: (800) 648-3353.

Reno Gazette-Journal January 17, 2003 Friday

### Dead Kennedys

The punk band with Branden Cruz on vocals plays an all-ages show with opening act Gluehorse at 7:30 p.m. Jan. 24 at The New Oasis, 2100 Victorian Ave., Sparks. Tickets available at Peyton Place and Club Voodoo. Cost: $15. Details: 333-6942.

### Terri Clark

The country singer performs at 8 p.m. Jan. 24-25 in the Celebrity Showroom at John Ascuaga's Nugget. Cost: $35. Details: 356-3300 or (800) 648-1177.

### George Carlin

The comedian performs at 8 p.m. Jan. 24-25 at Harrah's **Tahoe.** Tickets are $55. Details: (800) 427-7247.

### UPCOMING

### Big Bad Voodoo Daddy

The swing band plays at 9 p.m. Jan. 25 in the Silver Legacy's Grande Exposition Hall. Tickets are available through Tickets.com outlets and the Silver Legacy, www.silverlegacy. com. Cost: $40, $35, $30. Details: 329-4777 or (800) 687-8733.

### Catching Air

Learn the basics of snowboarding in this one-day class for ages 13-17 from 8 a.m. to 5 p.m. on either Jan. 25, Feb. 1, Feb. 8 or March 1 at Diamond Peak Ski Resort. The class meets at the Sparks Parks and Recreation Department, 98 Richards Way, Sparks. Includes lift ticket, equipment rental and transportation. Register in advance. Cost: $57 per day, $51 for Sparks residents. Details: 353-2376.

### Steve Young

The singer-songwriter behind such hits as "Seven Bridges Road" and "Montgomery in the Rain" performs at 7 p.m. Jan. 25 at the First Congregational Church, 627 Sunnyside Drive. All net proceeds will be donated to First Congregational Church. Cost: $12 advance, $15 show day, $6 for students with ID at the door, free for children 12 and younger with a paying adult. Details: 972-5480.

### East Meets West DJ Showcase

Mista Sinista (from the X-Ecutioners, New York), Shortkut (from Beat Junkies and Invisibl Skratch Piklz, California) and Apollo (from Triple Threat and Invisibl Skratch Piklz, California) perform at 9 p.m. Jan. 25 at Club Nero in Caesars **Tahoe.** Cost: $12 cover. Details: 588-2411.

### Blues Traveler

The rock and blues band plays at 9 p.m. Jan. 31-Feb. 1 at Caesars **Tahoe.** Tickets are $46 and $56, available at Caesars **Tahoe,** Ticketmaster outlets, www.ticketmaster. com or 787-8497. Details: (800) 648-3353.

### Grandmaster Flash

The rap pioneer performs at 9 p.m. Feb. 1 at Club Nero in Caesars **Tahoe.** Cost: $12. Details: 588-2411.

**GRAPHIC:** Roger McGuinn, formerly of The Byrds, plays Jan. 21 in Carson City.Photo provided by the artistDamon Wayans performs Jan. 18.Photo provided by the artist"I Love You, You're Perfect, Now Change" is at the Eldorado Jan. 17.Photo provided by the EldoradoPapa Roach plays Jan. 18 at the New Oasis in Sparks.Photo provided by the artists

**LOAD-DATE:** January 23, 2003

1913 of 2174 DOCUMENTS

Copyright 2003 McClatchy Newspapers, Inc.
Sacramento Bee

January 8, 2003, Wednesday METRO FINAL EDITION

**SECTION:** SPORTS; Pg. C9; SKIING

**LENGTH:** 573 words

**HEADLINE:** Squaw Valley celebrates anniversary of ski movie

**BYLINE:** Robert Frohlich

**BODY:**

Twenty years ago, if you entered a theater to see "Hot Dog... The Movie," you exited a skier for life.

A Hollywood cast and crew settled in Squaw Valley for 52 days not knowing they'd produce the ultimate sex and party ski flick. Shot at Squaw Valley, the film opened in January 1983 on 1,200 screens around the country and quickly jumped to No. 2 behind "Terms of Endearment" at the nation's box offices.

The movie remains an '80s time-capsule must and continues to have a large cult following.

Squaw Valley hosts a 20th-anniversary celebration of the motion picture on Jan. 19 that includes wacky competitions, live music, a special tribute screening of the film and a dance party.

"It's still popular, because it comes from a skier's point of view," says Tahoe City native Mike Marvin, 57, who wrote and co-produced the film. "Every scene has some truth to it."

Marvin jammed his film not only with bump skiing and downhill racing but wet T-shirt contests, sexual situations in a gondola, hot tubbing, beer drinking, dope smoking and cavorting girls who repeatedly discovered their sensuality.

"I saw the movie," Squaw Valley founder and CEO Alex Cushing said. "I think I've seen several X-rated movies that were in better taste, but there were some good ski shots in it."

"Hot Dog" also became an improbable launch pad for many members of its cast and crew.

Stunt skier Frank Beddor produced "There's Something About Mary." Stunt coordinator Max Kleven would perform stunts in "Back To The Future." Cameraman Don Burgess was nominated for an Academy Award for cinematography for "Forrest Gump." Co-producer Ed Feldman, who mortgaged his house to finance "Hot Dog," has produced many Hollywood movies, including "Witness," "The Truman Show" and "K-19: The Widowmaker."

But Marvin was the driving force behind "Hot Dog."

"My original draft was a parody starring John Denver," says Marvin. "I had known John, sang with him and then hung out with him during the World Freestyle Championships in 1972. We moved the setting home to Squaw Valley for budgetary reasons. Squaw Valley cooperated a lot more than Aspen."

Although cast member Shannon Tweed would rise to prominence in Hollywood, starring in dozens of movies with strong sexual content and nudity, Tahoe local Robby Huntoon - doubling for the film's hero, Patrick Houser - stole the picture with a spectacular jump through a huge glass window at Squaw's Gold Coast Lodge.

Sacramento Bee January 8, 2003, Wednesday

"We took out the plate glass but could only replace it with another type of real glass," remembers Huntoon, today a free-lance cameraman. "There was not time or budget to send for candy glass. I needed enough speed to clear the plaza deck and hit the ramp I had made at the bottom."

Since the success of "Hot Dog," Marvin has worked steadily in the movie industry, such as directing the cult classic "The Wraith."

Will we ever see a "Hot Dog... The Sequel"? Marvin is hopeful. He is looking for funding for the project.

"And I'd love to film it again at Lake **Tahoe,**" he says.

Marvin will be on hand at **Squaw** Valley on Jan. 19, along with other original cast members, to introduce a commemorative screening of the film at the Olympic Village Lodge.

Showtime is 7 p.m. and is followed at 9 p.m. by retro dance band Tainted Love.

111

Robert Frohlich resides in **Tahoe** City and has been involved in the skiing industry for more than 25 years. He can be reached at rfro@inreach.com.

GRAPHIC: Visual Communications Hide the small children and pets: "Hot Dog! The Movie" is coming back for an encore.

LOAD-DATE: January 9, 2003

1945 of 2174 DOCUMENTS

Copyright 2002 Scottish Media Newspapers Limited
The Sunday Herald

December 29, 2002

SECTION: Pg. 36

LENGTH: 1459 words

HEADLINE: Died and gone to Heavenly;Forget Europe. Lake Tahoe in America's Sierra Nevada mountains is where it's at. Wide tree-lined runs, impeccably groomed slopes and big, big sun: what more could you ask for?

BYLINE: Jane Wright

BODY:

BY THE time we get to Truckee still with the top down and our big silly earflap ski hats on, we're less Thelma and Louise and more Dumb and Dumber. It's absolutely freezing and pitch black as we pull up in front of what appears to be Boo Radley's house at the north end of Lake Tahoe.

Although the Richardson House - a big imposing clapboard B&B - looks a bit creepy and sounds like something straight out of Scooby Doo, inside it's a centrally heated Victorian-style haven for knackered skiers who want nothing but a hot bath and a big comfy bed. And here you get it in style.

But because it's dark, we haven't managed to see Lake Tahoe itself, and we're impatient because because we know this is Frank Sinatra/ Godfather/mob territory and we can't wait to see the renowned playground of hoodlums and playboys. Pen goes off to bed while I stay downstairs and pick a video from the large collection in the drawing room. I choose An Affair To Remember through which I manage to fall asleep and wake up just in time to have a good cry as Deborah Kerr explains to Cary Grant why she couldn't meet him at the top of the Empire State Building. Love that movie.

Next morning we're off to Squaw Valley, the first of the three Lake Tahoe resorts we'll be skiing this week. Squaw is a classy, old-school ski resort, home to the 1960 Winter Olympics when you got sewn into your boots and ladies wore jumpers with snowflakes on them and looked like Jane Russell. Squaw Valley offers 4000 acres of skiing, six mountain peaks, snowboard parks, express lifts and a cable car that will give you the heebie-jeebies if you tend to suffer from vertigo (but then you wouldn't be a skier would you?).

It's early in the season and there's just enough snow to enjoy ourselves up top. Like any of the slopes around Lake Tahoe, the views are amazing. It's also extremely hot and people are taking advantage of the viewing/sunbathing deck at the amusingly named High Camp station.

Of course there's an almighty dump of snow just after we leave, but for now there's just enough snow for a few of the runs to be open. But what there is, is wide, smooth and tree-lined in that perfect-straight-out-of-a brochure kind of a way. And being Scottish we have about four layers of clothing too many and are pink-faced and puffing in a decidedly imperfect not straight-out-of-a -brochure kind of a way. But it's great just to be back on snow and remember just why we love skiing so much.

Well actually, Pennie is not having a good time having discovered that her one -time talent for snowploughing and well-developed sense of humour have deserted her. The last I see of her as I sail off down a particularly pleasing slope, she is yelling at herself in frustration and frightening the rest of the beginners in her class.

The Sunday Herald, December 29, 2002

Later when we meet up at the Plumpjack Cafe (great name) for a well-deserved dinner she is calm, having soothed herself with a couple of stiff bloody Marys. We get talking to some friendly locals who tell us some amazing Spoofer McGraw -type tales about the 1645-foot deep lake.

Like the fact that because the water is so cold, bodies sink immediately to the bottom because their gases freeze. And due to its popularity with mafia types (part of the Godfather was filmed here), besides a few hoodlums in concrete slippers, one-time teamster leader Jimmy Hoffa is supposedly in there too. And an elephant. The story goes that a local eccentric who built a huge house on the shore complete with caves, underground passages and exotic animals in the grounds, sailed one across the lake during a storm. The boat sank and the poor elephant went down with the ship and is there still, perfectly preserved.

"You know," says one local, "Jacques Cousteau once said that the world is not ready to see what's in that lake." Add to the mix that Lake Tahoe is an ancient burial ground for the native Americans indigenous to the area and it sounds like one hell of a party down there. We're gobsmacked, then delighted to be told that just a few miles away is Cal Neva, Frank Sinatra's old joint where he brought all his Rat Pack and movie-star friends to let their hair down in the early Sixties. We resolve to get there and look up a few ghosts.

Back at the Richardson House I'm a little disconcerted to learn that it too has its very own ghost and I spend a sleepless (needless as it turns out) night in my big antique bed spooking myself out. Next morning dawns big and blue and this time we're off to Northstar, a resort a few miles south on the lake.

Truly this is America, for nothing is too much trouble as we get our boots and equipment. Everything is brand spanking new; not smelly, not pinching, not so old it's held together with straps. I march up to the gondola in my excellent new four-buckle boots and can't wait to get started.

Pennie's a little more reticent after her disappointing start, but the sun is shining and my selfish ski gene kicks in. I leave her in the company of a sweet -looking Canadian ski instructor and head off for the top of the mountain. Northstar is amazingly beautiful and has a nice, friendly laid-back feel which makes it popular with snowboarders. In fact, its brochure says: "Mr Big Ego and Mrs Matching Outfit never make it out this way." which is just as well, because I've never liked them, plus my outfit is cobbled together from ski gear I've collected since I was 14 years old.

For so little snow (compared to what they have, say, a week later) the runs are expertly groomed with soft snow which makes for good, easy turns. My confidence grows and I manage to keep my J-Lo tucked in nice and neat most of the time. But I am unprepared for the scenery at the top. From time to time as a gap in the trees appears I catch sight of this glistening stretch of cobalt blue water below. The combination of sharp mountain air, the adrenalin rush and the views just make your spirits soar. I heart Lake Tahoe. Later I find Pennie grinning over a beer with her Canadian guy. She's got her snowplough mojo back and she's happy.

To celebrate we drive (with the top down of course) playing classic Sinatra to Cal Neva, Frank's old place, and marvel at the atmosphere inside. We find his celebrity showbar room, have a martini in Dean Martin's seat at the bar, peek through the windows of Marilyn Monroe's chalet, check out the casino and stand on the California-Nevada state line by the swimming pool and drink in the magic of it all. You can almost hear Frankie crooning.

Our final resort, Heavenly, the biggest and baddest them all, has a mini Las Vegas with a stripful of casinos including its own Caesar's - as in Palace. Heavenly covers 4800 acres of terrain across two states, boasts the highest elevation of all the Tahoe resorts at 10,067 feet and has the longest descent on the West Coast at 5.5 miles and an average annual snowfall of 30 feet. I'm sorry, but beat that, Europe. A high-speed gondola zooms you to the top where once again you need half an hour just to drink in the jaw-dropping vista before you. And from here you get the double whammy of snow and lake on one side and desert on the other, all the way over to Reno, divorce capital of America.

Heavenly is truly the place for skiers and boarders of all abilities. While all the Tahoe resorts cater generously for beginners and intermediates, hard-core boarders and skiers keen to be challenged will find that Heavenly does exactly what it says on the tin. There are dozens of double black diamond runs which would give Herman Maier a run for his money. Of course, I'm not quite there yet, but Bob, my endlessly patient one-to-one instructor, gives me a decent six and a half out of ten for my efforts, and believe me, I'm happy. This place is getting to be a habit with meu

NEED TO KNOW

How to get there

The Sunday Herald, December 29, 2002

KLM (0870 5074074) flies from Glasgow to San Francisco via Amsterdam for (pounds) 389 including one week's Alamo car hire from January to March which is a good deal. For more information or reservations try travel4less on 0207 400 7073. Word of warning: secure your luggage. On our return to Glasgow we discovered several items had been stolen from our late-delivered bags.

Where to stay

Rooms (with breakfast) at The Richardson House, Truckee start at $ 100 per night. At Heavenly try the Lakeland Village Beach & Mountain resort where you can rent a condo. Prices vary depending on time of season. Or you can go for the Horizon Casino Resort where rooms start at $ 119 per night.

Further information

www.visitcalifornia.com; www.squaw.com; www.northstarattahoe.com; skiheavenly.com; www.richardsonhouse.com; www.lakeland-village. com; www.horizoncasino.com; www.plumpjack.com

**GRAPHIC:** Photograph David Muench/CORBIS

**LOAD-DATE:** January 03, 2003

1963 of 2174 DOCUMENTS

Copyright 2002 McClatchy Newspapers, Inc.
Modesto Bee

December 22, 2002, Sunday, ALL EDITION

**SECTION:** TRAVEL; Pg. G1

**LENGTH:** 1131 words

**HEADLINE:** LOOK OUT, VAIL: TAHOE TRUMPETS ITS 'BASE CAMPS'

**BYLINE:** BEE STAFF REPORTS

**BODY:**

BELOW: It's cozy apres ski time at Marriott's two new south **Tahoe** lodges.

------------------------------

For decades, Lake **Tahoe** has enjoyed the reputation of a

premier **ski** destination, its challenging slopes within easy driving distance of the Central Valley and Bay Area.

But when it came to high-end lodging and amenities, jet-setter resorts like Vail and Aspen in Colorado and Sun Valley in Idaho reigned supreme. They offered luxury rooms at the base of the lifts, world-class shops and restaurants, and the general ambience of a European **ski** village.

Now, **Tahoe's** bookend biggies -- **Squaw** Valley USA at **Tahoe's** north end and Heavenly Lake **Tahoe** at south shore -- have made giant strides toward matching their cosmopolitan rivals in the Rockies with the opening of luxury resorts at the base of their lifts.

"Having both of these upscale villages right at the base of the lifts will make a big difference," said Bob Roberts, executive director of the California **Ski** Industry Association.

"We have to be able to cater to all ends of the market, and we haven't had the stuff to keep up with Little Nell," Roberts said, referring to the upscale hotel in Aspen. "Now we do."

Not only will these new villages at **Squaw** and Heavenly give visitors new lodging options, they also are likely to draw free-spending customers who otherwise would have jetted off to Colorado, Utah or Whistler, B.C.

At **Squaw**, midway between Truckee (Interstate 80) and **Tahoe** City, the first

phase of the new Village at **Squaw** Valley is in full operation after two years of construction.

The Village is nestled at the base of the world-renowned **ski** resort in Olympic Valley (site of the 1960 Winter Olympics), only 10 minutes from **Tahoe.** Just a few steps from the **ski** lifts, The Village offers spectacular views of KT-22, Snow King and **Squaw** Peak towering 2,700 vertical feet overhead.

· Village at **Squaw** Valley

Developed by Intrawest, the Canadian company that helped shape the Whistler resort, the Village at **Squaw** was an immediate hit with buyers. When the first 139 units of the slope-side complex hit the market in April 2000, they were snapped up in six hours, fetching a total of $73 million.

Now, owners and visitors finally can see what the fuss was about.

The four-story village has taken root in what once was a vast parking lot. While day skiers may have to trudge a bit farther from their cars to the lifts, the payoff is a sophisticated village center that feels protected from the elements yet maintains sight lines to the nearby slopes.

Large fire pits are scattered throughout the pedestrian area to serve as gathering points. And restaurants offer both indoor and outdoor seating.

Upscale dining is available at the Balboa Cafe, an offshoot of the popular San Francisco restaurant. Other eateries range from a grill and steakhouse to a pizzeria, a juice bar and a Starbucks coffeehouse.

In keeping with the high-end image, the village also houses retailers, such as a designer eyewear store, a jewelry store, a clothing boutique and a "hardware" store featuring expensive tchotchkes as well as hammers, screwdrivers and picture-hanging hooks.

The housing units at the village are owned, condo-style, by individuals and placed in a rental pool.

For nightly rates of $259 to $799 during the season, skiers can rent luxury units that come with access to hot tubs, a workout room, billiards table and lockers for safely storing **ski** equipment.

Nearby, construction is continuing on the second phase of the project, which features similar architecture and floor plans and whose 152 units are about 85 percent sold.

After they are completed later this year, the resort plans to take a breather before starting phase three sometime in 2004.

Twin towers

At **Tahoe's** south end, two new Marriott luxury properties -- Timber Lodge and Grand Residence Club -- have opened within steps of Heavenly's $20 million gondola, which whisks skiers from a base station near the casinos to midmountain.

While not exactly a **ski**-in, **ski**-out experience (there are no **ski** runs to the bottom of the gondola), it does give skiers the convenience of riding a lift between their lodging and the **ski** slopes, eliminating a car or shuttle bus ride to the hill.

The new lodges are not traditional hotels but rather shared ownership -- otherwise known, sometimes pejoratively, as "time-share."

The Timber Lodge units are sold in weekly increments, while units in the neighboring Grand Residence Club sell as quarter shares, meaning each buyer gets the use of units for one week each month.

Few of the Timber Lodge units are likely to be available for rent, said Scott Oldakowski, project manager for both properties. But many of the Grand Residence's 199 units will be in the rental pool, going from $150 a night for a room with two beds to $850 for a three-bedroom, three-bath penthouse that sleeps 10.

Both are being operated as luxury hotels, complete with valet parking, concierge (to arrange lift tickets and **ski** lessons) and massive, airy lobbies complete with overstuffed leather chairs, custom-milled woodwork and floor-to-ceiling windows.

Rooms at the Grand Residence rival what is available at any other high-end resort in the nation. Floor-to-ceiling marble and deep tubs in the bathrooms; mahogany wainscotting, leather furniture and maple floors in the living areas; and marble countertops and pricey Sub-Zero refrigerators in the kitchens attest to the more than $200 million that has been poured into building the properties.

Both Timber Lodge and Grand Residence have swimming pools and health-club facilities. Construction will begin in the spring on a year-round outdoor ice rink to be shared by both properties.

Restaurants will include one run by Wolfgang Puck. An eight-screen movie theater nearby is due for completion in 2003.

Maybe neither **Squaw** nor Heavenly will rise to the rarified league inhabited by Aspen or Sun Valley, but they certainly are closing the gap -- and having fun trying.

Sacramento Bee reporter Clint Swett can be reached at (916) 321-1976 or cswett@sacbee.com.

Modesto Bee December 22, 2002, Sunday, ALL EDITION

-------------------- IF YOU GO ... --------------------

Village at **Squaw** Valley: Spend a night, a week or buy a "home"; **ski**, snowboard, winter and summer outdoor sports, shops, galleries and restaurants; (866) 818-6963 or www.thevill ageatsquaw.com

**Squaw** Valley **ski** area: Snow report, events schedule and map; www.**squaw**.com

* * *

Marriott at Heavenly (Timber Lodge and Grand Residence Club): (800) 845-5279 or www.vacationclub.com/rentals/**tahoe**

Heavenly **Ski** Resort: Straddling California-Nevada border and overlooking Lake **Tahoe** from the South Shore; skiing and snowboarding at highest elevation at Lake **Tahoe;** (775) 586-7000 or www.skiheavenly.com

**GRAPHIC:** LEFT: South Lake **Tahoe** sprawls below Heavenly gondola BELOW: Artist's view of the Village at **Squaw** Valley LEFT: Skiers who bunk at south **Tahoe's** Timber Lodge are only steps from the gondola that runs up the slopes of Heavenly. BELOW: It's cozy apres **ski** time at Marriott's two new south **Tahoe** lodges.

**LOAD-DATE:** December 25, 2002

1972 of 2174 DOCUMENTS

Copyright 2002 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

December 20, 2002 Friday

LENGTH: 674 words

HEADLINE: Tahoe all dressed up for white Christmas;
SNOW A WELCOME HOLIDAY GIFT FOR MANY

BYLINE: By Patrick May; Mercury News

DATELINE: TAHOE CITY

BODY:

    The storm front that sucker-punched the Bay Area on Thursday finally made it up here by cocktail hour, as another two feet of snow began to fall.

    Now people are happy. The four feet dumped Sunday and Monday apparently hadn't provided enough traction for the reindeer expected next week.

    "It's going to be a very white Christmas," said Charles Jackson of Elk Grove as he let his miniature terrier out of his Grand Cherokee for a bathroom break on Interstate 80 at Nyack. "Very, very white."

    Tahoe has been dressed up like a scene out of a Dickens novel.

    For Bay Area skiers and snowboarders and folks who relish the idea of sitting snug inside a cabin while temperatures plummet outside, this latest bit of ice and snow should prove irresistible -- assuming they can get here through all the ice and snow.

    "So far, our roads haven't had any problems," said officer Kirk Bromell with the California Highway Patrol in Truckee. "But we're expecting two more feet of snow, so if you're coming up, bring your chains, your patience and your common sense."

    If you're already up here, of course, you've already reached nirvana. "The powder at Squaw today was just incredible," said Jacqui Lee. They don't have snow like this at Mill Hill near London, England, where she and her husband Tony hail from. "To see snow like this is amazing," said Tony, staring out at Lake Tahoe with its whitecaps worthy of the Farallon Islands. "In England, if we get half an inch, everything comes to a stop."

    That, of course, could happen at Tahoe, too. Especially if another storm dumps its load before the last one is cleaned up. As night fell Thursday, gigantic snowplow blades scraping the asphalt on Highway 89 were heard up and down the Truckee River valley. Chains were required on Interstate 80 from Colfax to Stateline, Nev., which, as the CHP dispatcher put it, "is a long, long way."

    As flurries kicked up, the skies turned gray. Still, Tahoe boosters saw only a silver lining to the latest storm. "We're definitely getting hit tonight and over the weekend -- and the timing couldn't be better," said an excited Pettit Gilwee, spokeswoman for the local visitor information center.

    Snow is nice. Wind gusts up to 60 mph taking down frozen tamarack branches, however, are not. Locals are still digging out from beneath last weekend's brutal storm. And at the west end of Donner Lake, power remains out in many homes.

San Jose Mercury News (California) December 20, 2002 Friday

"We had 38 trees fall in a two-and-a-half-block radius, and a bunch more are ready to go," said Barry Boelk, who had driven over to check on his dad who lives in the powerless neighborhood.

Down the road, Steve Rabenstine tried to get a leg up on the snow bank blocking his driveway. He described a nasty little to-do list: "Half my water pipes are still frozen and I've had no power all week, so I need to clear the deck to get to my wood pile so I can keep my fire going so I can thaw out my pipes."

With more storms and a major holiday season about to collide head-on, locals around offered various opinions on just when they expected all hell to break loose.

Lodging reservation hotlines were reportedly ringing off the hook. All major ski areas expected to be open for business this weekend and beyond, although power outages had temporarily hobbled some of them during the week.

But who would brave the bitter journey now and who would wimp out and wait until after Christmas?

"Assuming this storm blows over quickly, I think most people will stay home for Christmas, then things will really go crazy up here," said Grant Wells, who knows the snow-lovers' migratory patterns better than anyone -- his family has owned and run the Nyack Shell station and food mart for more than half a century, without closing it one single time. "We expect these next two weeks to be real busy up here. Before long, it's going to look a lot like the parking lot at a Raiders' game."

But for now, it was starting to look a lot like Christmas.

Contact Patrick May at pmay@ sjmercury.com or (408)920-5689.

LOAD-DATE: December 20, 2002

Copyright 2002 Business Wire, Inc.
Business Wire

December 16, 2002, Monday

**DISTRIBUTION:** Business & News Editors/Travel Writers

**LENGTH:** 367 words

**HEADLINE:** Storm Dumps Snow on North Tahoe Resorts

**DATELINE:** TAHOE CITY, Calif., Dec. 16, 2002

**BODY:**

Mother Nature kicked in to make Tahoe a winter wonderland in time for the holidays last weekend, with only more snow expected this week. Sunday night's storm brought in more than two feet of snow in 12 hours. Though several resorts were closed on Monday due to high winds, many plan to re-open tomorrow with the majority of their lifts running.

Last month's storm opened North Tahoe mountains, but the number of lifts open were limited to coverage. "This storm is definitely significant," Gary Murphy, Alpine Meadows ski resort avalanche forecaster said. "The amount of snow we've received is compounded by high winds which deposits even more snow."

Many resorts are offering pre-holiday and holiday events and specials. For more information go to www.mytahoevacation.com and click on resorts. For those planning to make a trip up to Tahoe during Wednesday's scheduled break between storms, there's the North Lake Tahoe Resort Association Early Season Package; two nights double occupancy and two days of seven-mountain interchangeable lift tickets, starting at $129 per person. Guests can arrive on or before December 18, for two nights stay. Lift tickets are valid at Alpine Meadows, Diamond Peak, Homewood Mountain Resort, Mt. Rose, Northstar-at-Tahoe, Squaw Valley USA, and Sugar Bowl. Tax and booking fees are not included and certain restrictions apply. Squaw requires an additional $10 service fee (per person/each) day of skiing. To book an early season package, call 877-845-5939.

For discount tickets at 11 California resorts, go to Snowbomb.com and purchase a Tahoe Card for $49. Members will receive up to $10 off participating resorts all season long.

North Lake Tahoe is located approximately 45 minutes from the Reno-Tahoe International Airport, which is served by dozens of flights daily from major cities. For general lodging rates, availability and reservations, call 800-824-6348.

For resort information: www.mytahoevacation.com/1TravelPlanner/SkiResorts/skiresorts_squaw.html images available on request

CONTACT: For North Lake Tahoe Resort Association
Katrina Paz, 530/581-4998
Katrina@gilweepr.com

URL: http://www.businesswire.com

**LOAD-DATE:** December 17, 2002

2011 of 2174 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 15, 2002 Sunday

**SECTION:** MAIN NEWS; Pg. 1A

**LENGTH:** 1156 words

**HEADLINE:** Squall causes chaos

**BYLINE:** Staff

**BODY:**

o Power goes out throughout region

o Record winds registered at airport

o Sparks declares state of emergency

Gusts give way to rain after reaching 82 mph

By Geralda Miller

RENO GAZETTE-JOURNAL

Reno's familiar bright lights went out Saturday as strong winds ripped across northern Nevada, downing trees, fences and power lines, snarling holiday shopping traffic, canceling airport flights and blowing debris everywhere.

Businesses closed early, semi-trucks toppled and traffic signal outages were common throughout the region. Even the slogan, "The Biggest Little City in the World" on the arch in downtown Reno was damaged.

The winds peaked at 82 miles per hour in Reno. Gusts reached 78 mph in Sparks and 87 mph near Gardnerville. Winds topped 134 mph on **Squaw** Peak in the Sierra.

"It's the strongest winds we've ever recorded in Reno," said weather service forecaster Tom Cylke. "What we saw today were hurricane-force winds."

The previous high was 80 mph on Jan. 10, 1968, he said.

Widespread power outages were reported from Washoe County's north valleys south to Dayton, Carson City and Gardnerville.

At its peak around 4 p.m. as many as 25,000 customers were without power, said Faye Anderson, spokeswoman for Sierra Pacific Power. At 11 p.m., 5,700 customers, mainly in the north valleys areas of Spanish Springs valley, Sun Valley and Cold Springs still were without power. Extra crews were called in, but Anderson could not say when all power would be restored.

"In surveying our entire system, serving northern Nevada and northeastern California, we have between 75 and 100 poles that were damaged," Anderson said. "The problem areas are where poles are down, they take longer to repair.

"We have called our sister utility, Nevada Power Co. in Las Vegas, and they are sending crews, equipment and materials to assist us."

Reno Gazette-Journal December 15, 2002 Sunday

Anderson said the additional crews probably would be available to assist today.

"We'll keep working until it's all back to normal," she said.

The city of Sparks declared a state of emergency around 4 p.m. because of numerous resident calls about wind damage.

There were downed power lines in more than 60 locations in Sparks, said city manager Shaun Carey. He added that the city's Christmas tree in Victorian Square snapped in half.

Declaring a state of emergency "allows us to mobilize all available resources in the city to respond to a great number of calls," Carey said.

Several residents were taken to area hospitals because of injuries caused by flying debris, he said.

"We had hundreds of calls coming in," he said. "I've been with the city for 10 years and this is the most damage I've seen in this time frame," he said.

Sparks' state of emergency was terminated at 7:30 p.m., once wind speeds slowed and the number of calls the the Sparks Dispatch Center returned to normal levels.

Motorists avoided tumbleweeds, flying shingles, damaged billboards and debris.

Three tractor-trailer rigs were blown over, said Wendi Williams, dispatcher with the Nevada Highway Patrol. One driver was taken to a hospital but was not seriously injured, authorities said.

Two blown-over trailers were located in the northbound lanes of US 395 near Golden Valley Drive and the other was near Robb Drive on Interstate 80.

"We'll get it cleaned up when the wind is done blowing," she said.

The winds began to subside later Saturday evening as rain showers moved in. National Weather Service forecaster Steve Goldstein said early morning rain showers today were expected to break to partly cloudy skies. The next system is scheduled to arrive in the Reno area Sunday night when there is a chance of showers continuing through Monday, he said. About two feet of snow was expected to fall overnight in the Sierra.

At Reno-**Tahoe** International Airport, some flights were canceled and most Reno-bound flights were diverted to other airports, said spokesman Adam Mayberry. He said only "three or four" flights chose to land in Reno between 11 a.m. and 7 p.m.

"At this hour, we're starting to return to normal. Flights are back in operation," Mayberry said at 8:30 p.m.

The winds also caused some damage to the airport terminal roof, Mayberry said.

Gamblers at the Peppermill Hotel-Casino were not fazed by the outages as an auxiliary power system kept the machines operating. A recorded messaged delivered throughout the hotel advised everyone to remain calm.

Reno Hilton suffered a few problems with downed trees and blown-out light bulbs.

"Although we had a couple of power bumps, we never lost power," said Mary Beth Olson, spokeswoman for the Reno Hilton.

Nicole Long and Stacy Teixeira both of Reno, tried to ignore the flickering lights during the intermission at the Pioneer Theater in downtown Reno. The friends had looked forward to a performance of the "The Nutcracker" Saturday.

"When we saw the first flicker, we knew it was coming," Long said. A power outage came during the solo performance from the Sugar Plum Fairy. "It was really interesting when that happened," Long said.

The crowd sat quietly as ushers reassured the audience that lights would come back on, which they did a few moments later. "We're glad it was momentary," Teixeira said.

As "Nutcracker" spectators were let out after the performance at 4 p.m., hundreds of people braved wicked winds that hurled debris, tree limbs and small rocks into the rushing crowd. Some children laughed, while others cried in fear. Parents, some carrying two children in their arms, ran into the streets dodging brush.

Reno Gazette-Journal December 15, 2002 Sunday

"This is simply unbelievable," Teixeira said.

At that same time, Ciara Coyle, a publicist for the Atlantis Hotel Casino, sat at a gas station at Lake Tahoe.

"I'm sitting here in white-out conditions. It's getting worse as time goes by," said Coyle on her cell phone. She was at Squaw Valley USA when light snow started to fall.

By 4 p.m., snow had reduced visibility badly. Coyle was unable to see the hood of her vehicle.

"I dreaded to get out and pump gas, but I had to," she said. "Just earlier, there was nothing. There was so little snow here today, Squaw's mountain didn't open at all. Then at 4 p.m. it was pounding. Ever since, it has not let up."

REMSA supervisor Rick Vandenberge carefully monitored traffic on the radio at 5 p.m. "With our high-sided ambulances, we're trying to be extra careful. We have extra units on and we're starting to get calls from people who are on home oxygen and need to change onto their portable tanks.

"Hopefully, people will just stay home and watch a good movie."

But some saw it as an opportunity to go shopping.

The major retailers at Meadowood Mall remained open on generators, while some of the smaller stores closed early, said Sgt. Joyce O'Steen, a mall security officer.

Sevil Hunter and David Vieser contributed to this report.

Not archived: graphic/map, "Wind, rain and snow," by the AP and Jeffrey P. Mayor, Reno Gazette-Journal

**GRAPHIC:** Photos by Liz Margerum, Reno Gazette-JournalTOPPLED TRUCK: An emergency crew wheels the driver of a tractor-trailer that blew over while going eastbound on Interstate 80, just west of Reno.LOW VISIBILITY: Dust blows near the entrance of the Spaghetti Bowl on Mill Street in Reno. Gusts at the Reno, Tahoe International Airport reached 82 mph, a record for the area.Marilyn Newton, Reno Gazette-JournalDESTRUCTION: A billboard bends over the roof of an antique shop on South Virginia Street in Reno. The I-beams that supported the sign were twisted by winds that reached 82 miles per hour on Saturday.Andy Barron, Reno Gazette-JournalLOST IDENTITY: Reno's motto, 'The Biggest Little City in the World,' was blown off of the Reno Arch on North Virginia Street in downtown Reno.

**LOAD-DATE:** December 17, 2002

2031 of 2174 DOCUMENTS

Copyright 2002 Marin Independent Journal, a MediaNews Group publication
Marin Independent Journal (Marin, CA)

December 12, 2002 Thursday

SECTION: SPORTS

LENGTH: 601 words

HEADLINE: Having fun while praying for snow

BODY:

LARGE STORM WARNINGS in the Pacific Ocean this week provide hope. Traditionally, this is the time of year the longing takes place.

Mother Nature can be quite the tease in December. Inclement weather and the promise of snow hold everyone in the ski industry, plus their anxious customers, hostage.

With an eye toward fun more than anything else, annual rituals take place as the plea for snow becomes popular. A snow request was recently made in the south shore and the practice moves north this weekend.

For the next three Saturdays, Squaw Valley will be holding its 11th annual Snow God's Ball. The event runs this Saturday, plus Dec. 14 and 21st in the Village Green.

It's certainly a time to lose one's inhibitions. Guests are encouraged to puff their cheeks and pound a drum in this unorthodox ritual where the homemade Alphorn blowing contest takes place. Does anyone really believe this will work? Probably not. But messing with Mother Nature is never a good idea, so why not placate her.

"This is sure to be a good time," said Squaw's marketing director Eric Brandt, who just happens to be an amateur Alphorn maker. "The sounds of the odd, but fun, homemade Alphorns will mix with the pulsing and rhythmic vibes of the community drum circle and surely resolve the Snow Gods to smile on us through the season." So far the season has hit a little slump, although this weekend's weather might cure that in a hurry. A large storm is being predicted.

An early snowfall in November immediately put many Northern California resorts in scramble mode. How quickly can they open, became the common response.

At Kirkwood, five feet of snow arrived and the resort began running its lifts prematurely. Other major players like Alpine Meadows, Squaw, Sugar Bowl and Northstar-at-Tahoe all followed, sending customers down its slopes prior to Thanksgiving.

Not everyone was so lucky. When the weather turned warm in the daytime again, Sierra-at-Tahoe was a casualty. They needed more snow, delaying their Nov. 27 opening. "We had the warm weather and the quality of our conditions really deteriorated," Sierra public relations manager Nicole Belt said. "We wanted to have a sound base before we opened."

The south shore resort is still waiting. Unlike the other major players in the Tahoe region, Sierra is situated on forest service land. Due to tight restrictions, Sierra has limited snowmaking capability.

"We're totally dependent on Mother Nature," Belt said. "We average opening on Dec. 3rd, so we're not too far behind. We know the snow will come. We'll play it by ear when we open. But if we get snow today, we could be open tomorrow."

Marin Independent Journal (Marin, CA) December 12, 2002 Thursday

Other Northern California resorts join Sierra in the holding pattern. Among the resorts still waiting to get the lifts running are Dodge Ridge, Diamond Peak, Bear Valley and Homewood.

Closer to the lake, Heavenly has one of the area's most elaborate snowmaking systems. They opened for the Thanksgiving crowd this year and thanks to cold evenings have continued making snow. The resort has 12 lifts going on weekends and nine during the week.

"We've been making snow nightly, our coverage is wonderful right now on the groomed runs," Heavenly communications coordinator Angela Moniot said. "But we're like everyone else, we're looking for that one big dump to get everything open."

There are no scheduled snow rituals scheduled this week at Heavenly. Not taking any chances, **Squaw** will be blowing the horns and hoping for some results.

Jeffrey Weidel is a Sacramento free-lance writer with more than 20 years of skiing experience.

**LOAD-DATE:** October 16, 2003

2037 of 2174 DOCUMENTS

Copyright 2002 McClatchy Newspapers, Inc.
Modesto Bee

December 11, 2002, Wednesday, ALL EDITION

**SECTION:** SPORTS; Pg. C1

**LENGTH:** 635 words

**HEADLINE:** WANTED: SNOW -- PLENTY OF IT

**BYLINE:** BY RON AGOSTINI, BEE SPORTS COLUMNIST

**BODY:**

Skiers and snowboarders are left with no remaining options except one -- beseeching the snow gods for help.

It comes down to this: The winter sports crowd in Northern California needs snow. And plenty of it.

Larger resorts such as Heavenly, Squaw Valley USA, Alpine Meadows, Sugar Bowl, Kirkwood and others have opened. None of them, however, are overwhelmed with the white stuff.

In the Central Sierra, conditions are even more acute. Officials at Bear Valley and Dodge -- neither have opened -- haven't yet done their snow dance. But if that is what it takes, they're ready.

"If the storm hits, we can open as early as next week," said Stephen Lane, Dodge Ridge's new director of marketing. "All we need is two or three feet, which is two days of a good storm. It's just a matter of getting the coverage."

This week's storm system, which left up to five inches at some resorts and caused traffic jams in the Sierra, didn't dump on Dodge or Bear. Squaw, Alpine, Boreal, Donner Ski Ranch, Kirkwood, Soda Springs, Northstar, Royal Gorge, Sugar Bowl and Tahoe Donner all reported modest amounts.

Dodge netted only about an inch after temperatures warmed, while Bear picked up only one to three inches.

Regardless, Bear will stick with its plan to open on Saturday. There's enough snow, spokeswoman Andrea Young said, to turn the crank on the Cub, Super Cub, Koala and Bear chairs. The lower mountain remains snow-challenged, however, and the backside will require a major snowfall.

Nevertheless, about 35 percent of Bear's 325-person full-time staff prepares for duty.

"It definitely looks white. We have snow in the trees," Young said. "We'll continue to make snow. If we have some good snowmaking nights, there's a very slim chance we still could open a portion of the backside. It's just so hard to predict. Hopefully, this weather pattern will bring about a change."

Though we're now approaching the average opening date for Dodge, we're overdue at Bear. The resort on Highway 4 always targets the day after Thanksgiving, but no such luck this year.

Not even the Tahoe ski areas have enjoyed much snow since a big early season storm dropped up to five feet a month ago. Officials throughout the Sierra are encouraged, however, by forecasts of heavy snow later this week. That's just in time, of course, for Christmas and New Year's, the season's prime-time holidays.

"Everyone is calling or e-mailing. There's a lot of excitement down the mountain, even though we didn't get much snow," Lane said. "Even when it starts raining, people get excited. It helps to get the word out."

Modesto Bee December 11, 2002, Wednesday, ALL EDITION

For more information, see dodgeridge.com or bearvalley.com.

NOTES -- The North Lake Tahoe Resort Association offers a nifty stay-and-ski package, effective through a week from Thursday: two nights double occupancy and two days of interchangeable lift tickets for $129 per person. Tickets are valid at Squaw, Alpine, Diamond Peak, Homewood, Mt. Rose, Northstar and Sugar Bowl. Call (877) 845-5939. ...

Kirkwood, one of the few Sierra resorts not stressed by snow shortage, opened more lifts last weekend. Its region-leading high elevation and comprehensive snow-making machines always give Kirkwood the deepest snowpack. "I am highly confident the conditions are dramatically superior to the perception in the market," resort president Tim Cohee said. Kirkwood lodge guests can take advantage of its Stay and Ski Free packages through Dec. 19. ...

When the season begins at Bear and Dodge, local ski shops will offer vouchers which can be exchanged for discounted lift tickets. Valley Sporting Goods in Modesto, and Sunsports and Bilson's Sport Shop -- both in Turlock -- will have vouchers on hand.

Write P.O. Box 5256, Modesto 95352-5256, call 578-2302, fax 238-4551 or e-mail ragostini@modbee.com.

LOAD-DATE: December 12, 2002

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 11, 2002 Wednesday

**SECTION:** RENO SPARKS; Pg. 1C

**LENGTH:** 416 words

**HEADLINE:** Snow hits mountains; more due by Friday

**BYLINE:** Jeff DeLong, Staff

**BODY:**

New storms on the way: Heavy precipitation, strong winds expected.

By Jeff DeLong

RENO GAZETTE-JOURNAL

everal inches of snow fell in parts of the Sierra on Tuesday, but forecasters said the real change could come this weekend with the expected arrival of owerful storms bringing heavy snow and high winds.

According to some estimates, as much as 8 feet of snow could fall in the higher elevations between Friday night and Tuesday, an end to weeks of dryness that left the mountains with less than 60 percent of normal precipitation.

"We are looking for fairly heavy precipitation over the weekend," said Tom Cylke, a meteorologist for the National Weather Service in Reno. "I think the skiers will probably be happy for Christmas."

On Tuesday, 3 to 5 inches of fresh snow werereported at Alpine Meadows and Boreal ski resorts - the first significant snowfall since a powerful storm dumped up to 5 feet of snow in early November. Chain controls were in effect for many mountain highways, including Interstate 80 and the Mount Rose Highway.

Skies were expected to clear oday before the big show begins Friday night, with the heaviest snow and rain and strongest winds expected Saturday, Cylke said.

A strong Pacific jet stream is expected to bring additional storms into the region Sunday through Tuesday.

The National Weather Service as not issuing nowfall estimates Tuesday, but California Climatologist Bill Mork said 6 to 8 feet of snow appear likely at Donner Summit and Lake Tahoe ski resorts by Tuesday.

The coming weather pattern is typical of stronger El Ni?o years, Mork said.

One big unknown is the influence of the "super typhoon" Pongsona, which hammered the island of Guam on Sunday with 150 mph winds and could get caught up in the jet stream to influence the storms headed to the Western United States.

"That's going to juice the systems up pretty good," Cylke said.

A possibility is that Pongsona could ause higher snow levels. Cylke said initial snow levels in the Sierra Friday night into Saturday should be from 6,500 to 7,000 feet.

Reno Gazette-Journal December 11, 2002 Wednesday

With hristmas week fast approaching, any additional snowfall would be an early present, said Katja Dahl, spokeswoman for **Squaw** Valley USA. **Squaw** received about 6 inches of snow Tuesday, with snowfall continuing off and on throughout the day.

"This time of year, we'll take any snow we can get," Dahl said. "We can't get too much."

ON THE WEB

o See this story at RGJ.com/news for links to Reno-area satellite weather data.

**LOAD-DATE:** December 12, 2002

2039 of 2174 DOCUMENTS

Copyright 2002 McClatchy Newspapers, Inc.
Sacramento Bee

December 11, 2002, Wednesday METRO FINAL EDITION

**SECTION:** SPORTS; Pg. C9; THE GREAT OUTDOORS SKIING

**LENGTH:** 838 words

**HEADLINE:** Two resorts go for new looks Heavenly and Squaw Valley have changes at the top (people) and bottom (services).

**BYLINE:** Robert Frohlich

**BODY:**

Each morning, Blaise Carrig emerges into Lake Tahoe's open air and sticks his ski pole into the small amount of snow on the ground, prodding like a baker sticking a toothpick into a cake to see if it is ready.

The lack of Sierra snowfall, even if it's only early December, is always cause for concern, but ski resort operators are eternal optimists.

Carrig, Heavenly's new CEO and general manager, is no different.

"The ski industry is full of risks," said Carrig, 51. "But if anything, I've learned through the years about patience. The snow will come."

Across Lake Tahoe, Ernst Hager, Squaw Valley's new general manager, introduces himself to customers entering the Funitel aerial transport. Early-season surface conditions are far from optimum on Squaw's Olympic hill, but the affable Hager gets the customers excited about their ski day.

"I like to know what's going on over the mountain," said Hager, 61. "I like skiing daily to see our achievements and what needs to improve. I want to make myself available and hear suggestions. But it's going to take a little time to meet everybody."

Heavenly and Squaw Valley, the bastion resorts of Tahoe skiing, are moving into brave new worlds with the opening of Alpine villages at their bases.

Heavenly now has the deep pockets and synergy ownership of ski titan Vail Associates. Squaw Valley has a business alliance with Intrawest, North America's largest resort operator and owner of the new Village at Squaw Valley.

Nonetheless, Carrig and Hager have their work cut out for them. They have inherited resorts whose visitor numbers have been flat for several years. Weather, increased competition from neighboring resorts, construction costs and marketing strategies from Colorado and Canadian resorts have had an impact.

"Squaw Valley, unlike other corporate-owned resorts, makes its living only from lift revenues and concessions," said Hager. "For years we've provided a large uphill capacity for weekenders. (We hope that changes) with the new village, but our primary focus is the commitment for better guests services, making families feel more welcome and getting our employees working together. We need to understand who is our customer. We need to instill the idea of participation by everyone."

Sacramento Bee December 11, 2002, Wednesday

Hager knows about teamwork. A native of Woergl, Austria, Hager began as a **ski** race coach at **Squaw** Valley in 1971. He was named to the U.S. coaching staff in 1976 and became head women's downhill coach in 1978.

During Hager's tenure, the U.S. team had some of its greatest success, including the development of champions such as Cindy Nelson, Christin Cooper, Tamara McKinney, Hilary Lindh and Picabo Street. He and his wife, Linda, raised three daughters in **Squaw** Valley, including U.S. team members Lisl and Cristl.

Hager is no stranger to finance and business. His construction company built the High Camp and Gold Coast remodels and the lodges at Northstar and Sugar Bowl.

"Ernst is a great choice for **Squaw** Valley," said Bill Marolt, president and CEO of the United States **Ski** and Snowboard Association. "He has the ability to work and thrive when there's a lot going on, and he knows how to accommodate the individual's needs."

Carrig's career contains no less pedigree. The native of Plattsburg, N.Y., began **ski** patrolling at Colorado's Steamboat in the early 1970s before working at Vermont's Sugarbush. He climbed the ranks and became the resort's president.

Moving to Park City, Utah, in the late 1990s, Carrig was vital to the start and redevelopment of The Canyons and a multiyear capital improvement program. Also during his tenure, the resort's skier day numbers and revenues grew significantly.

"Blaise brings a strong track record of both leadership and management to Heavenly," said Bill Jensen, vice president of Vail Associates.

One of Carrig's first moves has been an orientation program for Heavenly management, retooling the mountain's service and facilities and improving food and day lodges on the mountain. He also wants to become involved in the community and hopes to start a good-grades-equals-free-**ski** passes program at local schools. Most of all, he has been the resort's leading apostle, insistent on a hands-on approach.

Ever antsy behind a desk, he loves patrolling the resort, introducing himself to employees and customers, feeling the snow quality under his **skis** and tapping into daily happenings.

"What sells a resort is a quality experience," said Carrig, who has settled his wife, Leslie, three children, numerous horses and other animals into a ranch-style setting in nearby Gardnerville, Nev. "People want to buy into a place they feel comfortable with. You need to pay attention to your product. I've been doing this my whole life. I truly like it. I want to bring experience and knowledge to help Heavenly continue being a great place to come visit."

* * *

Robert Frohlich lives in **Tahoe** City and has been involved in the skiing industry for more than 25 years. He can be reached at rfro@inreach.com.

**LOAD-DATE:** December 12, 2002

Sacramento Bee December 8, 2002, Sunday

With all the development money pouring in, hopes are high that burnishing **Tahoe's image** will result in a steady stream of well-heeled skiers.

Maybe neither **Squaw** nor Heavenly will rise to the rarified league inhabited by Aspen or Sun Valley, but they certainly are closing the gap.

* * *

The Bee's Clint Swett can be reached at (916) 321-1976 or cswett@sacbee.com.

**GRAPHIC:** Sacramento Bee photographs / Lezlie Sterling Skiers who bunk at Timber Lodge, part of the Village at Heavenly, can easily board the gondola to reach the slopes at Heavenly **Ski Resort**.
At the new Village at **Squaw,** skiers will find the variety and sophistication of restaurants and shops typical of Aspen and Vail.
The lobby at Timber Lodge, part of the Village at Heavenly, gives visitors a cozy, quiet place to relax and visit.
Shops and cafes in the new Village at **Squaw** draw skiers and nonskiers to browse and linger before and after a day on the snow.
Kelly Gentile takes a preseason break to enjoy a cup of coffee with John Brewer in front of a nice fire outside of Starbucks at the new village at **Squaw** Valley USA.

**LOAD-DATE:** December 9, 2002