# EXHIBIT 11 - PART M

2081 of 2174 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 1, 2002 Sunday

**SECTION:** BUSINESS; Pg. 7E

**LENGTH:** 586 words

**HEADLINE:** RYAN RANDAZZO

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

Resort's president exemplifies what's right with **Squaw**

When I moved to the area three and half years ago, friends, coworkers and acquaintances advised that I **"skip the attitude"** at **Squaw** Valley, and spend my hard-earned dollars snowboarding somewhere else.

Alpine Meadows is "more down to earth."

Northstar has a "better crowd."

The warnings always came with a disclaimer that someday, regardless of the attitude, I should spend the money on a ticket at **Squaw**, just to see it.

Preferably on a powder day.

My experience sums up what many people seem to feel about **Squaw** Valley, the resort known worldwide for providing the mountain to the 1960 Olympics, the first to be televised.

Just about everyone knows the mountains, lifts, snow and sunshine combine above the Olympic Valley to **create** ideal conditions for skiing and snowboarding.

And many locals who have shelled out for a lift ticket there, which will cost $58 during the regular season this **year**, have had a bad experience with either the clientele, employees, or both.

What does being down to earth and a decent crowd have to do with a good day skiing or snowboarding? **A lot**, apparently. People are willing to spend their money elsewhere, and recommend doing so to newcomers, in exchange for a better experience.

Where does that attitude come from? **Squaw** Valley's President, Nancy Wendt, tried to explain it during **an** interview on the resort's opening day.

She said that **Squaw's** seasonal employees feel a certain amount of pride being associated with such a prestigious area.

**Squaw** has the hands-down best terrain in the Sierra. Just look at national magazine rankings for proof. Both Skiing Magazine and Freeskier ranked the resort No. 4 in North America this year.

Wendt, being president of a major resort, might reasonably foster an air of pretentiousness. Yet she doesn't **hesitate** to offer a pole to a struggling snowboarder stuck on a flat spot (no, I didn't accept it, out of silly pride, but she **towed a** fellow knuckle-dragger to the High Camp).

Reno Gazette-Journal December 1, 2002 Sunday

She also can talk candidly about social issues, including education and what is commonly called the digital divide, or rift between cultures that have access to technology and those that don't.

"We are really lucky in this country to have the higher education that we do. Some places around the world are really at a disadvantage without that, and it could pose some real societal problems."

So I am guessing she is not the root of the resort's reputation, whether it is deserved or not, for having attitude.

When she **skis** into the lift line or stops at the top of a run, everyone from the resort knows her name and says hello. She makes recommendations on where the snow is holding an edge best, and asks for the same.

She is the kind of personality **Squaw** could use more of, at least on the hill, if the resort wants to improve its appeal among locals.

It is something she says the resort is working on, both with a customer feedback program and with the new general manager, Earnst Hager, who intends to improve the resort's customer service, she said.

Of course, with a nearly $1,600 full season pass being sold mostly to Bay area residents, maybe locals are not necessarily the resort's priority.

Which seems fine for most locals. The competition around Lake **Tahoe** being what it is, they always seem to have a recommendation.

Ryan Randazzo is a business copy editor and reporter for the Reno Gazette-Journal. He can be reached at (775) 788-6322 or rrandazz@rgj.com

**LOAD-DATE:** December 3, 2002

2082 of 2174 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

December 1, 2002 Sunday

**SECTION:** BUSINESS; Pg. 1E

**LENGTH:** 788 words

**HEADLINE: Squaw's** Wendt talks of competition and customers

**BYLINE:** Ryan Randazzo, Staff

**BODY:**

BUILDING ON OLYMPIC SUCCESS

By Ryan Randazzo

RENO GAZETTE-JOURNAL

The 1960 Winter Olympics made **Squaw** Valley USA and its terrain world-famous, and numerous events have kept the resort and its management in the spotlight since.

The latest examples: A $250 million village planned to include 589 condominiums and 78 businesses being built at the base area and a pending lawsuit over its alleged pollution of a Truckee River tributary.

Those issues have drawn serious attention to the resort's decision-makers from skiing connoisseurs and public officials alike.

Nancy Wendt, president of **Squaw** Valley Ski Corp., who took the helm after marrying resort founder Alex Cushing in 1987, plays a leading role in the resort's decisions.

A lawyer by trade - she attended the University of Colorado, Boulder, as an undergraduate and received her law degree from the University of South Carolina Law School with a year of special study at Harvard - Wendt gained business experience dealing with billion-dollar mergers and acquisitions.

"The little calculators we used couldn't handle all the numbers, to tell you how long ago that was," she said.

That prepared her for a career at the resort, which she says she finds much more relaxing, but with its own challenges.

One such challenge has been finding the right partners to develop the resort's base area. She says the Village at **Squaw** Valley being built by Intrawest Corp., the first phase of which is already open, will transform the once mostly vacant base area into a lively **ski** hamlet.

"We are looking for activity," she said of the development, which should be finished by 2005 or 2006. "We want to see activity in all four seasons, and that is the exciting part of it."

The growing number of rooms at the base area could help **Squaw** build on its already large national stature. Both Skiing magazine and Freeskier ranked the resort fourth best in North America this year, behind Whistler, Jackson Hole, Mammoth and Alta/Snowbird. Transworld Snowboarding magazine ranked **Squaw** 12th overall.

Ongoing litigation - the resort has three pending lawsuits - has created a business challenge for **Squaw's** managers in countering a reputation for poor environmental stewardship.

The Lahontan Regional Water Quality Control Board, based in South Lake **Tahoe,** has ordered the resort to study and prevent dirt from flowing into **Squaw** Creek, a Truckee River tributary.

"We have had a long history of violations on that mountain," said Scott Ferguson, senior water resource control engineer for the board. "The purpose of this cleanup and abatement order is to have **Squaw Valley** identify pollutant sources, the primary one is sediment, then develop a plan that will reduce or eliminate those sources so **Squaw** Creek is returned or brought into compliance with the objectives."

Wendt counters that a pending lawsuit from the California Attorney General initiated by the control board is baseless, and that allegations of water pollution caused by construction at the resort are overblown.

"We have natural beauty here, no question about that, and part of beauty is to be sure that everything in the environment is attractive, including clean water," she said.

Besides those concerns, the resort competes with many other world-class destinations nearby. One is Heavenly Lake **Tahoe,** which was bought by Vail Resorts in March. Vail has already begun spending the $40 million on improvements it promised at the time of purchase, said spokeswoman Molly Cuffe.

Heavenly officials have plans for on-mountain improvements that could include new lifts, Cuffe said. Add to that the two Marriott lodging projects with a combined 464 units just opened on either side of Heavenly's gondola base in South Lake **Tahoe,** and it is hard to overstate **Squaw's** competition.

"There is a lot going on here in South Lake **Tahoe,"** Cuffe said. "It is really exciting. Now we are getting the amenities to accompany the world-class skiing."

### ENVIRONMENTAL BATTLES

"In 1967 there was no environmental law at all. ... Each year since then, regulations have gotten tighter and tighter and things have changed. And so things that we may have done 40 years ago you certainly would not be able to do today."

### HUSBAND ALEX CUSHING

"He is the sweetest man in the whole world. ... We have a remarkable relationship because we are together 24 hours a day, seven days a week, and we have been for a long, long time. It is a very unusual relationship."

### CUSTOMER SERVICE

"We want to be sure that when our customer arrives here from the very moment he parks his car until he leaves at the end of the day ...We want to be sure that he is treated in the very best manner. We think we can improve on that."

**GRAPHIC:** Scott Sady, Reno Gazette-JournalUNIQUE VIEW: Nancy Wendt, president of **Squaw** Valley USA, enjoys the view while riding up the mountain on the Funitel gondola on the resort's opening day.Scott Sady, Reno Gazette-JournalSQUAW DEVELOPMENT: New construction is seen behind the Olympic House at the base of **Squaw** Valley USA. Tackling the issues; After an early-November storm dropped nearly 4 feet of snow on **Squaw** Valley USA's higher elevations, turning the bare slopes to hard-pack runs, the resort celebrated a sunny opening day on Nov. 16. Before taking a few runs, **Squaw** Valley President Nancy Wendt sat down with Ryan Randazzo of the Reno Gazette-Journal. Along with the big issues, Wendt discussed being a woman in an industry dominated by men, her feelings on Reno officials making a bid for the 2014 Olympics, how the resort maintains its reputation, and what direction it will take after 53 years in operation. RGJ: Can you describe the path you took to becoming president of **Squaw Valley Ski** Corp.? A. I guess probably the skill that is most important in this job is my legal background. I graduated from law school in 1975, and I practiced law in New York for Skadden, Arps, Meagher and Flom for quite a few years and then I went into private practice for a while. Then when I came out here, it is a very complex situation out here. There are a lot of little divisions of land ownership. Our operation involves approximately 40 concessionaires and licensees. The closest thing it is equivalent to is a shopping mall or an amusement park. There are a lot of businesses here. RGJ: So your legal background helped get you into your position. Is that how you met Alex? A. Yes it is. I gave him some legal advice. At that time I had a specialty in historic preservation. After the Olympics, there are a lot of Olympic buildings here. The question was whether to go for a historic designation for some of them, which would have some tax

implications, but it also restricts you from making any modifications to the buildings. There were a lot of complex issues. RGJ: You still spend your summers on the East Coast. Is that where you grew up? A. I grew up in Tuxedo Park, N.Y. I call it upstate New York. It is an hour and a half north of New York City. As a matter of fact, there is a little ski area there. Sterling Forest it is called. When I skied there, I never thought I would be here. RGJ: Growing up you never thought about being president of a giant resort? A. (Laughing) No, I did not. RGJ: Do you ever go back there and ski now just for old-time's sake? A. No, no. I really learned to ski in Vermont at Bromley. It is a little area there and there was a run called The Lord's Prayer, which was the beginner run. That is how I learned to ski. I went to the University of Colorado at Boulder, and that is where I really started skiing. RGJ: So how old are you? A. Ooh. You sure you want to ask that of a woman? RGJ: I do. A. You do. OK. I think I am 58. RGJ: You ski a lot still? A. I try to, yes. RGJ: So when you see a big storm start to come in and unload on the mountain, do you get more excited about the business prospects that offers for you, or the turns you are going to get to make that afternoon? A. Oh. That is a good question. I don't think you can really separate the two. When you are working at something you love, everything is combined together. It is just a good thing. When it snows, it is a good thing. RGJ: How big of a challenge is it maintaining Squaw Valley's reputation? A. We have had difficulty in that regard. We've got a great past. We've had the Olympics and we have been in the forefront of using the latest lift technology. We had the second detachable lift in the United States. We had the first Funitel (a double-cabled, enclosed lift that can withstand heavy winds) in the United States. We have the largest tramway in the United States. So we have had excellence in our technology and in the way we have run our mountain. Every year we are improving our mountain. Now we have moved to a more four-seasons resort. That really happened when we tripled the size of High Camp in 1991. We added amenities up there, the swimming pool, ice rink, and we had soccer up there, volleyball, bungee tower, many activities. At that time we made the decision that we really wanted to have the place look absolutely fantastic all four seasons. Since then we have been spending a tremendous amount of money on re-vegetation. In certain years we have spent up to $1 million on re-vegetation. We have been the subject of quite a few lawsuits. I take that back, not quite a few, one lawsuit from the attorney general. They have some environmental causes of action. So we have been under attack in that regard. We are pursuing our defense and we will just have to see how that comes out. RGJ: I was thinking the reputation of a world-class destination. A. That has been our main focus since I started working here. As I mentioned, the ownership of the land was very fragmented here in the valley. We have basically acquired some land in the valley, 130 acres. We didn't own the parking lot when I first came here. We just had an easement for parking. That is someone else's property. So we acquired as much land as we could at the base to plan a master plan. In 1988 we hired four architects independently, four architectural firms in order for each of them to come up with their own idea for what would be a good concept for a master plan. We took the plans from each of them. We let one of the architects (Hornberger + Worstell of San Francisco) put it together into a master plan for the base area. After that we went out and started to look for partners to help us with our development ... Intrawest. RGJ: Vail recently bought Heavenly. Booth Creek, another large corporation, owns two of your competitors, Sierra-at-Tahoe and Northstar-at-Tahoe. So what is it like to be more of a family-run business competing against large corporations? A. Don't forget Alpine (Meadows) is owned by Powdr Corp., which is one of the largest privately held conglomerates. So we are hemmed in by giant corporations. It is a different way of doing business. They have a completely different way of doing business. RGJ: Does it offer you any advantages to be family operated? A. We hope so. We are proud that it is a mom-and-pop operation. It is a family instead of a parent company. That is what we say. RGJ: No one calls you mom and pop, though, do they? A. Well, I don't know. Every employee calls us by our first names. Not Mr. and Mrs. so-and-so. That might be a difference from some other areas. RGJ: What about competing against those corporations as far as the pocketbook they have to turn to? A. It is very tough ? very tough. As a matter of fact, right now we are seeing an interesting situation with Vail associates coming in. They have instituted some pricing policies that are not sustainable. It is interesting that they have done this not sustainable pricing at the same time they have cut the bonuses, there are no bonuses, there is a pay freeze, and they fired the president of the company of Vail. So, they are essentially taking this pricing out of their own employees' pockets. We have never done anything like that, and it is something we would not consider doing. It is very interesting how these big companies operate. To go into that a little bit more, I think what you probably are interested in is the season pass pricing. You know that pass they have that they have been smothering the Bay area with? RGJ: The $299 pass that they offered everywhere? (Editor's note, this offer expired) A. Yes. That is interesting. I know they have been selling a lot of them, and yet our regular pass is $1,595 or something like that. So there is a huge difference there between $1,600 and $300. But yet our season pass sales continue to rise. They have gone up every year for the last umpty-ump years, and this year they have gone up quite a bit. I think people realize we have a great deal of value here. Our mountain is known as one of the best mountains in the United States, if not the world. So, we have been able to maintain that as far as the season passes are concerned, but the question will be how will that affect our daily sales. RGJ: Are most of your pass holders coming from the Bay area or are they locals here at Tahoe? A. Our full-season passes are mostly the Bay area. Our mid-week passes are local.

RGJ: You are one of the few women in this industry as president of a company. Is that brought up very often? A. Well, yes, I think it is. I am always in meetings and I am the only woman in the meeting. There was a ski-area insurance company for a while. The insurance market has gotten very tough, and that company was not able to compete against the larger companies, so it disbanded. But being on that board, they always, they would make jokes about it and stuff. RGJ: So has it presented any particular challenges? A. I think it is difficult. I think some people have trouble taking directions from me, but that is to be expected. It is different. It is so different from the law office atmosphere that I came from, which is a very collegial atmosphere. Everybody is the same. They are all lawyers. They are all the same level and they are all equals essentially. This situation is challenging, definitely. RGJ: To get to where you are now, do you feel like you actively had to break through a so-called glass ceiling? A. (Laughing) No, I don't feel like I had to because I happen to be married to the owner. No, I had a very easy route. RGJ: Squaw Valley USA still uses the USA modifier in its name instead of Tahoe, which most of your local competitors do. A. Because of the Olympic tradition. If you go to Europe, Squaw Valley is much better known than most of the other areas in the United States. As a matter of fact, I think in Val d'Isere there is a hotel called Squaw Valley Hotel. I kind of got a kick out of that when I was there. RGJ: So when you are positioning your resort, do you have a harder time competing with the local resorts like Alpine Meadows and Northstar, or North American destinations along the lines of Vail and British Columbia, or worldwide destinations like the Alps? A. Well, we are in all of those markets and we are affected by all of the different things that affect those markets. The terrorist situation affects international travel. Where the snow is East verses West and the Rockies, that affects the national market. There are different things that affect each market. Price is becoming a huge thing here in Tahoe where you are seeing a wide range of prices, from Mt. Rose through Boreal to Sierra and Northstar. Everyone is taking a little price niche. RGJ: It seems like keeping the USA in the title that you could be ignoring the lake, where most people are highlighting Lake Tahoe as a destination. A. I don't think we are ignoring the lake. We are a member of Ski Lake Tahoe and we are very active in marketing the Tahoe area. We go to many ski shows as a group, especially the international shows. And now that San Francisco lost their bid for the (summer) Olympics, hey, maybe it is time for another new Winter Olympic bid trial. RGJ: The 1960 Olympics came to Squaw Valley after Alex saw a newspaper article explaining how Reno wanted to make a bid and he decided to make a bid also, and again Reno is hoping to make a bid for the 2014 Games ? A.Well they better have us in an alliance so we won't try to beat them out again. No, I am just kidding. Nowadays the bids are centered upon a city. We would never be able to have the Olympics here now. It is way too big. We only had 900 athletes and they set a rule - 1.5 officials for each athlete, because there are a lot of officials that come along. We would never be able to have that, but we would like to have the downhill events. We have the mountain for it. We could certainly do that, the alpine events. RGJ: So that does get wheels turning up here? A. I would say it opens the door. I don't know if there is the will and the interest, but it definitely opens the door. RGJ: The Intrawest development, you are marketing that as creating a more village-like atmosphere here. A. Yes. That was what we were looking for. We said a great mountain deserves a great village. RGJ: Most of those units are owned by Bay area residents, correct? That is where you had the auction for the units. A. That is correct. RGJ: What will it be like when it is finished? A. We are hoping it will be the heartbeat of the whole village area here at the base.The way it has sort of been developed, the lodge, the other buildings are off to the side. Now we have sort of a central location with a concentration of activity and people. People like people. They like to go people-watching. I think this will be a good thing for us. RGJ: Have you ever talked about merging with Alpine Meadows? A. We have talked with them many times. As a matter of fact, Nick Badami, the old head of Alpine when it was an independent, was on our board of directors. The thought being ? You know how he got started? He sold BVD underwear. So the thought being (laughing) that anyone who could sell underwear has got to be a very smart businessman. He agreed to be on our board. So up until the current time, we have always had friendly competition. We hope it remains that way. RGJ: But no talks of a merger right now? A. Well, we did. We had plans for a lift called the Siphon lift, which went up and over. Then, unfortunately, when word got out about that, some local people quickly declared a roadless area, and I think now its designation may have been moved up to a wilderness area. So there are some obstacles there. RGJ: So it's probably not a possibility now because of the designation of the land? A. I would say so. At the present time. It could always change. It isn't a true wilderness, so I suppose the designation could change. We would really like that because when you ski Europe, you don't just ski one area, there is always a connection to the next area. In Val d'Isere there are 400 lifts all within an area you can ski. RGJ: Most people, regardless of how good their relationship is, would have a difficult time working with their spouse. A. Well, most people are not married to Alex Cushing. He is the sweetest man in the whole world and you can ask anybody in this organization. He doesn't even raise his voice. He is just the kindest, nicest person I have ever met in my entire life. I can't say that I am that way, but I can say that he is. We are together all the time. We have a remarkable relationship because we are together 24 hours a day, seven days a week, and we have been for a long, long time. It is a very unusual relationship. RGJ: Based on magazine ratings, Squaw Valley is consistently among the top. Both Skiing and Freeskier ranked the resort No. 4 in North America this year. Do you think

Reno Gazette-Journal December 1, 2002 Sunday

you could ever be No. 1? A. It is how the survey is done. If it was ranked purely on the mountain, I think we could definitely. But when they do reader surveys, the Vails and Whistlers each have bed bases of 20,000 to 30,000 and so there are more readers that have skied those areas. We attract an elite skier that is really a connoisseur of skiing. We don't have enough beds to appeal to the mass skier. We would like to, but you can see that our valley is very small. Our land is so precious in this valley because we just don't have a lot. Vail, they just stretch right out along the highway. They just keep going on out down the road. We don't have the ability to do that, so we have to be extremely careful with everything we do. We are trying to go slowly. We want to digest the Intrawest development and see how it affects things here before we proceed. We have other availability here in the Olympic Village and also at the top of the mountain. We are interested in putting a hotel at the top of the mountain. But we are going slowly on that because we just want to see how things will work with the new dynamics. RGJ: You are ranked consistently among the top in ski publications, and not so high in the snowboard publications. But you obviously put a lot into marketing to that crowd building terrain parks and halfpipes. A. Well, actually, we don't spend a lot of money marketing to snowboarders. We try to provide good product for them. That is interesting that you find that. I am not exactly sure why that would be true. There are different kinds of snowboarders and different kinds of snowboard publications. It is kind of a fragmented. There is a kind of surfer-set snowboarder and then there is the snowboarder that came from skiing. They are different kinds of snowboarders. I would have to analyze that a little further before I could comment on that. RGJ: What do you estimate your skier-to-snowboarder ratio is? A. It depends on the time of year and the time of the week. On the weekends, it is probably 30 percent snowboarders and if you came on a weekday in April it could be over 50 percent. Snowboarders are very committed. They get here early, they stay late, and rip it up in between. RGJ: The Environmental Protection Agency in June 2000 came in and took computers and files and made accusations toward your company (for violating the Clean Water Act during the construction of lifts by storing debris near Squaw Creek) and then decided to not pursue a case against you. A. They raided. They brought a special SWAT team in, I think from Denver. I think it was 14 people with guns. RGJ: They actually had guns drawn? A. They had the guns pulled back ready to be drawn. They had their, you know, their jackets back in a very threatening way. It was really frightening for the people that were here. I didn't happen to be here on that day. I am sorry about that. RGJ: That is a unique challenge for a ski resort. A. It was very difficult to keep running. They took 80,000 pages of documents and all of our computer hard drives. It was in June. That was good, but it was extremely ? we still don't have some of our original files back. But, after almost two years of investigating and going through those files, they determined there was absolutely no basis for further prosecution and they didn't bring any charges against us at all, no claims whatsoever. And frankly, we don't understand why (the) Lahontan (Regional Water Quality Control Board), which instituted that, why they continue to pursue us. We question if there is a rational basis for this continued pursuit. RGJ: One thing the suit does, whether or not they have a case against you, is generate bad press. For a company like yours, you rely on the Bay area, probably one of the most environmentally aware communities in the world, for your business. That creates a marketing challenge for you, doesn't it? A. Yes it does. They say our 'history of non-compliance,' but they have never brought suit against us before, and we hope that as the current suit continues that we will be able to get out our side of the story. And as I say, we don't understand why they are continuing to pursue this when it is found that their charges are that we have somehow dirtied the water. That is the EPA's purpose, to protect clean water in the United States. And they found that we were not doing that. So there seems to be a big conflict. RGJ: Probably a fight that you don't want to be in at all. A. Our legal fees alone are more than $1 million. This is money that could be spent on the environment. We'll spend any amount of money on the environment here in Squaw Valley. We've always told Lahontan that, too. Matter of fact, we presented a plan to them two years ago, this is before the raid, called the Greening of Squaw Valley, which was a 10-year plan. We would have spent millions and millions of dollars taking up roads and creating other environmental improvements. When we presented that plan, they laughed at us and said, 'No, we are going to make you do that.' RGJ: So you have a program now called Squaw Ecology based on educating customers on how a ski resort can minimize environmental impacts. Can you tell me a little bit about that? A. It is basically an education program. We have a ski-with-a-ranger day. We have some signage on the mountain to show some features of the natural world, flora and fauna of the natural world. And we have some educational material that explains some of our environmental programs, recycling, energy reduction plans, things of that nature. RGJ: Some people say that Squaw is nonchalant and does what it wants and is willing to pay the price of whatever fines come its way. A. Those are people that haven't come here to see the situation firsthand. For 12 years we have been working on this every year to improve this place to make it into the place that it should be, which would be a beautiful place. For the last 12 years, we've had a re-vegetation department. If you look at an old picture of the area, you will see the slopes are bare. It used to be just a ski area. In the summer nobody worked here. That is just the way it was left. We are working on erosion features. We do have 20 to 50 percent slopes here, some of the steepest slopes in the United States. That is why KT-22 (a famous ridge at Squaw) is a mecca for skiers. There is a question of whether it is natural erosion or man-made erosion. It is a very difficult situation,

Reno Gazette-Journal December 1, 2002 Sunday

but we are devoting so much of our resources to environmental improvement, I think that is a cheap shot. RGJ: So it is a priority for you? A. You have to take into consideration that times have changed. In 1967 there was no environmental law at all. There was no environmental movement and no environmental law. Each year since then, regulations have gotten tighter and tighter and things have changed. And so things that we may have done 40 years ago you would certainly not be able to do today. RGJ: You have spent the past 50-some years building up, building more lifts, building more housing at the base area. What is next? A. On Nov. 1 we started with a new general manager, Earnst Hager. He is just a terrific fellow. He came from Worgl, Austria, and he graduated from the University of Innsbruck and luckily for us he somehow came to Squaw Valley. He was attracted, as people are from all over the world. He coached our race team for a while and then he was pulled up to coach the U.S. Team, and he coached Tamara McKinney to her wonderful World Cup run and her silver medal in Sarajevo. Then he came back here and again was our coach and was pulled back up to the U.S. Team again and coached Picabo Street and a host of other skiers. And then luckily for us he came back again in 1996, and we immediately called him up the day we found out he came back and said, 'Earnst you have got to come and help us with our organization.' He has been to every major ski area in the world. He knows the international standards. He is a tremendous coach. He can get the best out of people, in a nice way, in a positive way. And, he also was a successful businessman. In the summers he has a construction company. When we expanded High Camp back in 1991, he was the one that built that. So he is an extremely intelligent, savvy businessman, plus he has all of these coaching and skiing accolades. He is just a very unique person. With that ... we are changing our focus to take what we have and try to make of it the best we can be. To polish it and hone it, bring up our customer service to the highest standards. With Earnst, we are well along the way to doing that. He is going to be in charge of all of our operations. RGJ: Squaw has somewhat of a reputation for being highbrow and having a little bit more advanced skiers and a little bit more attitude than other places around the lake. Is that reputation deserved? A. I guess that probably comes from our seasonal workers who come here and they want to ski what they think is the best place. They have a lot of pride in their work and I guess with that comes a little attitude. This is where Earnst is going to come in. We want to be sure that when our customer arrives here from the very moment he parks his car until he leaves at the end of the day, as he rents his skis, gets his ticket, eats his lunch and takes a lesson. We want to be sure that he is treated in the very best manner. We think we can improve on that. RGJ: So toning down the attitude in a sense? A. I think it is good for people to have a positive attitude toward the place that they work. But I don't think a positive attitude should include negative features like inattentiveness or things of that nature. We have a program called Tell Alex. Around the mountain there are these little boxes and a notepad, and some pencils. If you want, you can write a note and Alex reads every one of these notes. We get hundreds of them in a week. It is very interesting that many people are concerned about how they have been treated. If they have been treated well, they write a positive note. If they have been treated disrespectfully in some way, they will write a negative note. It is very interesting how many notes we get about how people have been treated. That really seems to be a major focus for the customer. It is a major focus for us, and something we are going to be really working at. ON THE WEB; The Reno Gazette-Journals' complete interview with Nancy Wendt, president of **Squaw** Valley USA, can be found at our Web site.

**LOAD-DATE:** December 3, 2002

2108 of 2174 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

November 25, 2002 Monday

**SECTION:** RENO SPARKS; Pg. 1B

**LENGTH:** 419 words

**HEADLINE:** Cold front could keep skiers' enthusiasm from thawing

**BYLINE:** Martha Bellisle, Staff

**BODY:**

Resorts prepare: No snow forecast as holiday likely to boost numbers.

By Martha Bellisle

RENO GAZETTE-JOURNAL

The ski-season enthusiasm sparked by an early snowstorm tapered a bit over the weekend, but a predicted cold front is expected to bring back the skiers and stall the melting as Tahoe resorts gear up for the Thanksgiving holiday, officials said Sunday.

"We're feeling incredibly lucky that the snow has held up so well," said Tania Pilkinton, a spokeswoman for Kirkwood.

"The crowds have not been huge," she said. But with 40 percent of the mountain open, and two more chairlifts operating by Thanksgiving, things should be picking up, she added.

A handful of ski resorts opened in response to the Nov. 9-10 storm that blasted the Sierra. The areas have sought to retain that base through the recent warm temperatures, and cooler temperatures will help preserve the coverage, operators said.

"The temperatures came down drastically in the last 24 hours," said Eric Brandt, marketing director for Squaw Valley. "We were making snow for about seven hours last night. The snowmaking is top to bottom."

Four feet of snow landed on Squaw during the big storm, "and it has held in there really well," he said. Squaw opened Nov. 16 and now has eight lifts running, he said.

The lack of snow in the forecast might disappoint the resorts and skiers alike, but the clear skies will make holiday travel easier, said Rudy Cruz with the National Weather Service in Reno.

"The only thing we're going to see out of this is cold winds," he said. "But driving over the passes will be good."

Greg Murtha, marketing director for Sugar Bowl, said they opened Friday with top-to-bottom skiing.

"This is the second earliest opening in the last decade," he said, behind the 1996-97 season during the last El Ni?o year.

"We're taking that as a sign of good things to come," he said, adding bookings are ahead of last year.

Reno Gazette-Journal November 25, 2002 Monday

"We feel that people, especially from the Bay area with its economy, will be staying closer to home, and that will bode well for the **Tahoe** area," he said.

Heavenly **Ski** Resort in South Lake **Tahoe** opened Friday with 2,300 vertical feet of snow-covered terrain and eight lifts operating, the resort said.

The 12 upper trails are open with early season conditions, officials said. They have a machine-groomed base of 1 to 2 feet, they said.

ON THE WEB

Kirkwood: www.kirkwood.com

Squaw Valley: www.squaw.com

Sugar Bowl: www.sugarbowl.com

Heavenly **Ski** Resort: www.skiheavenly.com

**GRAPHIC:** Candice Towell, Reno Gazette-JournalWAITING: Terilyn Marino, 8, from right, and her mother, Leah Marino of Roundhill, wait for a friend at the bottom of the California side of Heavenly **Ski** Resort.

**LOAD-DATE:** November 26, 2002

2123 of 2174 DOCUMENTS

Copyright 2002 Reno Gazette-Journal
All Rights Reserved
Reno Gazette-Journal

November 21, 2002 Thursday

**SECTION:** LIFE; Pg. 1E

**LENGTH:** 816 words

**HEADLINE:** Hollywood at **Tahoe**

**BYLINE:** Mark Vanderhoff, Staff

**BODY:**

Ski films give you the rush, courtesy of area resorts

By Mark Vanderhoff

RENO GAZETTE-JOURNAL

When it comes to **ski** and snowboarding films and photography, Lake **Tahoe** is like Hollywood.

"We have some of the best mountains in the U.S. right here, and we have lots of sunshine, so we have lots of blue skies," said Hank de Vre, a **Tahoe**-based photographer whose pictures fill industry magazines like Powder, **SKI** and Freeze.

Add to the scenery and lighting the countless athletes who come to Lake **Tahoe** for the great terrain.

"We have some of the best people in the world here in Lake **Tahoe**," he said.

De Vre was art director for the "In the Mood" benefit, a showcase for **ski** and snowboard photography and cinematography. The snow season primer, Dec. 13 at **Squaw** Valley, raises money for the North **Tahoe** High School Ski Team and Truckee Community Christmas Inc., which helps feed the less fortunate over the holidays. **Squaw** also will play host Nov. 30 to the third **Squaw** Valley Winter Film Festival.

When **ski** movie fans go tonight to South Lake **Tahoe** to see Warren Miller's "Storm," they'll see local Glen Plake, known for his trademark mohawk and outrageous talent, skiing some Lake **Tahoe** backcountry.

Many of those snow-loving moviegoers already may have gotten their hands on "Immersion," this fall's **ski** flick by **Tahoe** filmmaker Scott Gaffney. The film showcases **Squaw** Valley regulars Shane McConkey, J.T. Holmes and C.R. Johnson in **Tahoe** locales.

They might be studying the new book "Ski the Whole Mountain," an instructional manual laced with 200 full-color photographs by de Vre.

If they're snowboarders, they probably opted for "Notice to Appear," the latest shred fest from **Tahoe**-based filmmakers Dave and Mike Hatchett, who run Standard Films.

Something about **Tahoe**

The list of **Tahoe** shooters and filmmakers is long. It includes Tom Day, who's been behind the camera in scores of films with other people's names on them. Those who haven't seen Day's 1970s **ski** film "Daydreams" may have seen his work in movies by Warren Miller or Standard Films.

Thumbing through the latest issue of Freeze, readers will ogle the photos of Robin Scarton. Pictures by Keoki Flagg inundate Web sites, advertisements and magazine layouts.

"There's probably more people shooting in **Tahoe** than anywhere else in the world," said Scott Gaffney, one of **Tahoe's** best-known filmmaker. Gaffney busted onto the scene in 1993 at the International **Ski Film** Festival by placing ahead of **ski** film giant Warren Miller in the "Adventure" category and earning "Best New Filmmaker" for his film "The Edge of Existence."

Subsequent films like "1999" and "There's Something About McConkey" - starring a skier named Shane McConkey who's revered for his skiing as much as his sense of humor - feature Lake **Tahoe ski** spots prominently, a tradition continued in his latest, "Immersion."

"**Tahoe's** pretty ideal for shooting," said Gaffney, who has filmed all over the world.

Welcome to Squawlywood

Robb Gaffney, frequently seen tearing up the slopes in brother Scott's films, wrote a book out this winter called "Squawlywood."

The name embodies the fusion of athletes and pictures around Lake **Tahoe**, especially at **Squaw** Valley, where much of the talent **skis** and shoots, said Robert Frolich, a **Tahoe**-based journalist and the organizer of the "In the Mood" benefit.

"There's a penchant for risk," Frolich said. "There seems to be something in the water."

Many try their hand at filming or photography because of the allure of making money while getting to travel, **ski or** snowboard and meet interesting people, Gaffney said.

"There's not a lot of money in **ski** films," he said. "People do it for a bit, then move on."

Although some of the high-quality films are shot with 16mm cameras, many filmmakers have opted for digital video cameras.

"Once you own the equipment, which costs about $6,000, you can just about shoot for free," said Wade Hoit, business manager and associate producer for Standard Films.

Standard has been around for 13 years now and has diversified beyond snowboard films into stock footage for video games, television and film. They and other established companies often absorb the best in the business who can't make a living on their own, Hoit said.

Hoit himself has lived in **Tahoe** on and off for 12 years and been with Standard four years now.

When de Vre moved to Lake **Tahoe** in August 1972 to escape Manhattan, he didn't know how to **ski**. It wasn't long before he was toting his cameras with him on the slopes. Both have used their trades to keep them on the slopes.

Gaffney moved to Lake **Tahoe** after a brief stint in Colorado. The New York native went to film school in the Empire State and upon graduation in 1991 headed out West with a video camera. In high school, he said, "I was a **ski** film geek."

"I can't imagine not being able to **ski** seven days a week," Gaffney said.

**GRAPHIC:** Scott Sady, Reno Gazette-JournalON FILM: **Squaw** Valley filmmaker and skier Scott Gaffney stands with his camera in front of a picture from his latest movie, "Immersion."Provided by the publisher (not archived)POWDER: "Ski the Whole Mountain" is an instructional manual featuring pictures by Hank de Vre.Provided by the filmmaker (not archived)POSTER: "Immersion" is the latest **ski** flick by Scott Gaffney. Movies that get you going downhill; Warren Miller's "Storm" The **ski** film legend's newest film tours the Reno, **Tahoe** area. o Carson City: 7 p.m. Friday at the Carson City Community Center. o Las Vegas: 8 p.m. Saturday at Roxy's at the Station Casino; o Lake **Tahoe:** 7 p.m. today and Saturday Harrah's **Tahoe** and 7:30 p.m. Nov. 29 and 30 at the Cal-Neva Resort Lodge. o Reno: 8 p.m. Dec. 6-7 at the Silver Legacy City Center Pavilion; o Details: www.warren miller.com; **Squaw** Valley Film Festival; Plop down in front of one of many TVs, all hooked to a full-range sound system, and watch these new flicks out this year: Standard Films' "Notice to Appear," Teton Gravity Research's "Prophecy," Scott Gaffney's "Immersion," Johnny Decesare's "Happy Daze" and Omen Production's "Grounded." The shows begin at 6 p.m. Dec. 1 in **Squaw** Valley's

Reno Gazette-Journal November 21, 2002 Thursday

Olympic House. Admission to the Film Festival is $5; children 12 and younger are free.Details: www.**squaw**. com or (530) 583-6985 In the Mood benefit; Started by Lake **Tahoe** journalist and skier Robert Frolich to get the locals pumped up for the winter, the "In the Mood" show has become a benefit for the North Lake **Tahoe** High School **Ski** Team and Truckee Community Christmas, an organization that helps feed the less fortunate. The show will feature clips of films by Scott Gaffney, Tom Day, Craig Beck and Steve Siig and slides by photographers such as Keoki Flagg, Dave Norehad, Robyn Scarton, Aaron Sedway and Hank de Vre, all of which will be set to music. Admission is free, but organizers are asking people to bring a can of food for Truckee Community Christmas and to buy a raffle ticket to raise money for the **ski** team. Raffle prizes include a mid-week season pass to **Squaw** Valley and gifts from lodgings, stores and restaurants around Lake **Tahoe**. The event begins at 7 p.m. Dec. 13 at the Resort at **Squaw** Creek. 'Immersion' lets you dive into the action; "Immersion," the latest **ski** film by Lake **Tahoe** filmmaker Scott Gaffney, is a soulful, inspiring look at skiing. And it's packed with drops down some of the area's most amazing lines. Gaffney laces the "wow" factor with warm philosophy by letting **Squaw** Valley athletes like Shane McConkey, J.T. Holmes, Skogen Sprang, Robb Gaffney and C.R. Johnson ponder winter, snow, skiing and being a **ski** bum while the viewer watches them slash chutes and cliffs. These are skiers who have immersed themselves in the sport, and their thoughtful observations replace the slapstick hilarity of Gaffney's "There's Something About McConkey," which featured the same **Tahoe ski** personalities. Instead of portraying suicidal attacks, "Immersion" offers playful but serious conquests. "People might start to expect something when you do the same things," Gaffney said. "Immersion" is available from Matchstick Productions. Details: www.skimovie.com or (970) 349-0860. Mark Vanderhoff

**LOAD-DATE:** November 22, 2002

2131 of 2174 DOCUMENTS

Copyright 2002 Associated Press
All Rights Reserved

The Associated Press State & Local Wire

These materials may not be republished without the express written consent of The
Associated Press

November 18, 2002, Monday, BC cycle


**SECTION:** State and Regional

**LENGTH:** 254 words

**HEADLINE:** Brief news stories from northern Nevada

**BODY:**

ROUND HILL, Nev. (AP) - Leaders of the **Tahoe** Regional Planning Agency says attempts at compromise aren't working, so they're going ahead to win approval of rules limiting the scenic impacts of shoreline homes.

Juan Palma, executive director of the California-Nevada agency, said he and Nevada Secretary of State Dean Heller hope for a vote of support for the new regulations by the agency's full governing board at its regular monthly meeting Wednesday in Kings Beach, Calif.

Heller is chairman of the board.

In October, the board delayed a decision on the scenic regulations, which have come under impassioned attack by shoreline homeowners, developers and real estate brokers.

They agreed to hold off until January to let both sides work toward a common ground.

That fizzled after critics filed a lawsuit against the agency.

Palma says language in the suit suggests what he calls "irreconcilable differences" that make compromise impossible.

"It is time to make a decision on this and move on," Palma said.

By The Associated Press

Kirkwood and **Squaw** Valley have joined the list of Sierra ski areas that are taking advantage of a powerful storm this month.

Kirkwood opened over the weekend and was offering six runs. **Squaw** had eight lifts scheduled to operate on Monday.

They joined Alpine Meadows, Boreal, Mt. Rose, Soda Springs and Mammoth with limited skiing opportunities.

Heavenly plans to open on Friday with Sierra-at-**Tahoe** shooting for the day before Thanksgiving.


**LOAD-DATE:** November 19, 2002

2133 of 2174 DOCUMENTS

Copyright 2002 Knight Ridder/Tribune Business News
Copyright 2002 San Bernardino County Sun, California
San Bernardino County Sun, California

November 18, 2002, Monday

**KR-ACC-NO:** BD-C-TRAVEL-SKI-RESORT

**LENGTH:** 1482 words

**HEADLINE:** Retail, Residential Complex Brings Big Change to Mammoth Lakes **Ski** Area

**BYLINE:** By Jerry Rice

**BODY:**

Mammoth Lakes is about to find out if change really is a good thing.

Long in the works -- and dreamed about even longer -- The Village at Mammoth will soon bring the year-round destination something it has lacked: a central gathering spot for residents and visitors. It's a 20-acre, pedestrian-friendly complex of condominiums, shops, a nightclub and places to refuel (a brewpub and Starbucks among them).

"It gives everyone a lot more options for off-hill activities and it really creates a town center," said Mammoth Mountain **Ski** Area spokeswoman Joani Lynch. "All of the development is within a very small area -- the lodging properties, restaurants, retail, art galleries. It provides more of a resort experience here and kind of a town gathering spot."

It's a, well, mammoth undertaking to be sure, and when the project's first phase opens later this season it will be part of a nearly billion-dollar upgrade of the resort by Canada's Intrawest Corp. The goal is to turn Mammoth into the next Aspen -- a place with off-mountain activities to match its world-class skiing.

"Intrawest not only develops, designs and builds resorts, they also stay around to operate them," said Dave McCoy, president of Mammoth Mountain **Ski** Area. "These are people who love the mountains as much as we do."

That should be good news for **ski** and snowboard fanatics because among the nine mountain getaways Intrawest owns is Whistler Blackcomb, which ranked third among all North American resorts in a recent **Ski** magazine reader survey (Vail, Colo., finished atop the 15th annual poll).

Mammoth was No. 13 in the same survey, and the highest-ranking California location, beating three Lake **Tahoe** properties: Heavenly (No. 17), Northstar-At-**Tahoe** (No. 21) and **Squaw** Valley USA (No. 24).

The article dinged Mammoth for its off-slope offerings. "The mountain is excellent, the town is not," wrote one reader. From another: "The town needs to live up to the mountain." But some things can't be measured by number of nightclubs.

"You can come here and get away from everything else, where places like **Tahoe** you never have that sense of community," said Jeff Skinner, Intrawest's director of sales and marketing and a five-year Mammoth resident. "This is a resort and a community combined together, which is really cool -- and you have this awesome mountain right next to it."

Not to be outdone by Mammoth, Heavenly and **Squaw** Valley USA in the Lake **Tahoe** area are also in the midst of ambitious makeovers.

San Bernardino County Sun, California November 18, 2002, Monday

At **Squaw**, site of the 1960 Winter Olympics, a new 13-acre pedestrian village is open, representing the first stage of a four-phase, $ 250-million project.

Also built by Intrawest, First Ascent features 139 new mountainside condominiums, five restaurants and bars, several shops, an events plaza and an outdoor fire pit.

Once completed, the project will include 600 lodging units and about 80 shops, restaurants and galleries.

A new village at Heavenly -- where one out of every 10 skiers is from the Los Angeles area -- is winning raves for amenities that include gaslit brick walking paths, a movie theater, ice-skating rink and, of course, specialty shops and restaurants. The five-story complex features two Marriott resorts with nearly 800 rooms.

"We also completed a fairly extensive renovation of several of our lodge facilities on the mountain," said John Wagnon, Heavenly's vice president of marketing.

Kirkwood is in the pedestrian village business as well. Theirs comes complete with luxury condos and **ski-in** townhomes, a fitness center (with a 25-yard lap pool and two 16-person spas) and a $ 600,000 ice rink.

"All of the resorts in Lake **Tahoe** are seeing a significant amount of capital spent by their parent corporations to improve the overall experience," said Wagnon, who also serves as president of **Ski Lake Tahoe**, which represents **six of** the area's major resorts (Alpine Meadows, Heavenly, Kirkwood, Northstar-At-Tahoe, Sierra-At- **Tahoe and Squaw** Valley USA). "We've seen a lot of improvement in the facilities, and it's going to continue over the next five years."

Back at Mammoth, there seems to be plenty of talk about the new village and other projects going on in the area -- and not all of it has been positive.

Conservationists fear the cost of Mammoth Lakes becoming a big-time resort includes damage to the fragile eastern Sierra environment and the loss of its small-town charm.

But critics seem to be in the minority. At least two out of three residents support the creation of the village, said Jane Dove Juneau, editor of the local newspaper, Mammoth Times.

There's even support for a related issue, expansion of the dinky airport serving Mammoth. A plan calls for the lengthening of the runway by 1,200 feet to accommodate jets as large as the Boeing B-757 and building facilities to serve airline passengers.

"The development ... is going to help bring additional people to town," Juneau said. "They are trying to fill in **the** quieter periods (generally the spring and fall). That will mean more guaranteed income for people who work here. **The** restaurants will be busier all week and not just on the weekends. Off-season, too."

Development within the town has certainly caught the attention of environmental organizations, but for The Wilderness Society there are concerns outside the town limits.

"Our primary issue has been the potential expansion of the actual **ski** area into the area between Mammoth and **June** Lake," said Jay Watson, the society's western regional director. "Right now there's no imminent plans by Mammoth to expand, although they have had their sights on it for a long time."

Watson admits that more development is inevitable, especially if Mammoth wants to realize its dream of being more than simply a winter play area for Southern Californians (85 percent of the resort's lift tickets are sold to **visitors** from the area). It's a goal McCoy and others have held onto for decades.

"We're not involved in trying to regulate growth in Mammoth," Watson said. "Our goal is, as Mammoth grows, **the** San Joaquin Roadless Area remains protected."

"There are a few who are hesitant about (development) and would like everything to stay the same as it has been for many years," Lynch said. "But it's part of the progress and what Mammoth needed to compete in this resort environment."

The first stage of the project to go online could be a 15-passenger gondola, which will whisk visitors from **the** village up the hill to Canyon Lodge, Canyon Express and the base of Chairs 7, 8 and 17. It was scheduled to open **by** Christmas, but the cargo logjam that congested West Coast ports in October delayed the arrival of key parts that **could,** in turn, push back the gondola's debut.

San Bernardino County Sun, California November 18, 2002, Monday

With its capacity of 3,000 riders per hour, the gondola will be the fourth access point to the slopes and should shorten the wait times at the other three locations.

Another addition that will be put to work immediately once the village opens (Intrawest is hoping for a February debut) is the condo complex with 166 two- and three-bedroom luxury units. Rates begin at $ 310 per night midweek, and purchase prices will be slightly higher -- starting at two lift tickets under $ 500,000.

The new lodgings would have come in handy earlier in the season since bookings through the end of the month are running at a record pace -- even ahead of last year's strong post- 9/11 season when many Southern California skiers apparently canceled trips to Colorado, Utah and other destinations to experience slopes closer to home.

Said Mammoth's Lynch: "Things seem to be going in the right direction."

IF YOU GO

Mammoth Mountain

Terrain: 30 percent beginner; 40 percent intermediate; 30 percent advanced.

Lifts: 27.

Runs: 150 (longest is 3.5 miles).

Lift ticket prices: $ 60 for adults; $ 45 for teens; $ 30 for children.

Snow conditions: (888) 766-9778.

Other information: (800) 626-6684; www.mammothmountain.com.

Village at Mammoth information: (800) 421-7005; www.intrawestmammoth.com.

Heavenly

Terrain: 20 percent beginner; 45 percent intermediate; 35 percent advanced.

Lifts: 31.

Runs: 84 (longest is 5.5 miles).

Lift ticket prices: $ 57 for adults; $ 47 for ages 13-18; $ 29 for ages 6-12.

Snow conditions: (775) 586-7000.

Other information: (800) 243-2836; www.skiheavenly.com.

Squaw Valley USA

Terrain: 25 percent beginner; 45 percent intermediate; 30 percent advanced.

Lifts: 33.

Runs: 100-plus (longest is 3.2 miles).

Lift ticket prices: $ 58 for adults; $ 29 for ages 13-15; $ 5 for ages 12 and younger.

Snow conditions: (530) 583-6955.

Other information: (530) 583-6985; www.squaw.com.

-----

To see more of the San Bernardino County Sun, or to subscribe to the newspaper, go to http://www.sbsun.com

JOURNAL-CODE: BD

LOAD-DATE: November 23, 2002

2157 of 2174 DOCUMENTS

Copyright 2002 Providence Publications, LLC
Providence Journal-Bulletin (Rhode Island)

November 10, 2002, Sunday All Editions

SECTION: Travel; Pg. J-06

LENGTH: 1635 words

HEADLINE: SKIING SPECIAL SECTION - A smorgasbord sampling of six Lake Tahoe resorts

BYLINE: ANNE Z. COOKE Special to The Journal

BODY:
LAKE TAHOE, CALIF. - Decisions, decisions. We couldn't make up our minds. We'd be skiing at Lake Tahoe, in the snowy Sierra Nevadas; we knew that much. Tahoe's "big six" ski resorts share 17,5000 acres of world-class ski terrain -- more than twice the ski acreage in Vermont and New Hampshire put together -- and some of nation's most bounteous annual snowfalls.

But where should we ski? On the North Shore, at Squaw Valley, Northstar or Alpine Meadows? Or on the South Shore, at Heavenly, Sierra-at-Tahoe or Kirkwood? It was Steve who decided: "Let's ski them all, one at a time," he said. "It's been a while and there are lots of changes. We ought to see what's new."

In fact, in the three years since we skied at Tahoe, Squaw Valley, Heavenly and Kirkwood had been transformed, with new base-area alpine villages, pretty pedestrian malls, condominium lodging, shops and restaurants. The others -- Alpine, Northstar and Sierra-at-Tahoe -- were courting the youth market by building new terrain parks and adding the biggest and latest features. Steve was right: they deserved a closer look.

Squaw Valley

It was cloudy as we landed at the Reno airport, with the radio predicting snow. But by noon we were at 4,000-acre Squaw, ready to hit the slopes. The new 13-acre village was half-open, with people already shopping and brisk activity in the condominium sales office. By next month, the first 139 units, many pre-sold, would be finished.

As we boarded the Cable Car for the ride to High Camp, below the crest of the Sierras, it began to snow, a light, white layer of powder. Other than a few boarders riding the super pipe in the Shirley Lake Bowl, we had the trails to ourselves for three hours of bliss.

By late afternoon, though, blowing snow was scouring the beginner runs above High Camp. By the time we'd helped two cold and weepy 9-year-olds back to the Cable Car, the lifts were closing. After a 30-minute drive back to Northstar and a pizza for dinner, we were ready to quit. Our first mistake: trying to ski on a travel day.

Northstar-at-Tahoe

It was wonderful to lie in bed on Sunday morning, sip a coffee and watch early-bird skiers walk through the village to the gondola. But Sundays at 2,300-acre Northstar, where most of the runs are intermediate, are busy. Families bring their kids; day skiers drive up from Sacramento and the Bay Area.

To miss the crowds, we headed for the top of Mount Pluto, where Steve joined one of the free group lessons in progress, and I stopped to talk to Lori Eissman, from San Clemente, Calif., an annual visitor. "My kids absolutely love this mountain," she volunteered, "especially the terrain park. And the employees are wonderful. I lost my ski pole and they gave me a new one, no charge. It's the friendliest place you can go."

After lunch we tried the new expert runs on Lookout Mountain - not tricky, really, but a lot of fun and steep. By 3 o'clock we were ready to quit and soak in the hot tub. Even better, the Timbercreek Restaurant, in the village, served an excellent dinner.

### Alpine Meadows

By Monday morning, it was snowing heavily. But we were determined to get to Alpine Meadows, an old-style classic ski area with a big noisy lodge and 2,000 acres with a variety of terrain.

After a 45-minute drive (kudos for cars with all-wheel drive), through deepening drifts, we found the wind howling off the summit and the upper lifts closed. We were about to give up when two equally disappointed skiers offered us their lift tickets.

We took some quick runs down Red Ridge and Blue Trail and were heading to Kangaroo, where Alpine's new Dragon Pipe was preparing to open this month, when the lifts suddenly closed and everyone trooped into the lodge.

The employees piled firewood into two big fireplaces, and the familiar odor of wet jackets and grilled cheeseburgers was almost as good as being outside. With no letup by mid-afternoon, we left. But would the storm last the week?

### Heavenly Resort

Oh joy! Tuesday dawned clear and sunny. We rushed to pack, hustled the duffels into the car and headed for Heavenly, an hour's drive south on the lake's south shore, where we would spend two days.

Heavenly's big news is that Vail bought the resort last May, pledging $40 million on upgrades. But the base village project was already in high gear, with the gondola installed and operating, two Marriott properties going up, and the pedestrian walks taking shape. These were expected to open next month.

It's a smooth 12-minute gondola ride to the upper loading station, where you can go left to the Nevada side or right to the California side. With 4,800 skiable acres straddling the state line, Heavenly dominates the South Shore.

Monument Peak, at 10,040 feet, is Tahoe's highest ski elevation, and has the longest run (5.5 miles), 29 lifts, 86 named trails, four on-mountain lodges and four base areas. With two days at Heavenly, we had time to explore. So with the sun sliding westward, we jumped onto the first run ahead and wound up on the Skyline Trail, with breathtaking desert views, hazy layers of ivory, mocha, gold, peach, honey, red and amber. Shooting down Orion and Dipper was better than flying.

### Sierra-at-Tahoe

By Thursday morning we were thinking about blowing off Sierra-at-Tahoe. But the farmer's breakfast at Heidi's Restaurant, down on the corner, restored our energy.

Despite the name, 2,000-acre Sierra-at-Tahoe is not at the lake, but 18 miles south on Highway 50. Of the "big six," Sierra is the only day area, with no overnight lodging. Thus it appeals to a different crowd, day skiers from Sacramento, boarders and parents teaching their kids to ski.

Since many of the trails are in the trees, they're shaded until midmorning. To avoid icy spots we followed the sun, looking for softer snow in the West Bowl, the Backside, the Grand View Express (and the Deck, for lunch), and finally on the runs down the front.

The tubing center looked fun, but time was flying and Thursday was our designated casino night, the obligatory nightclub treat with a lavish dinner at Harrah's followed by some fun at the slot machines. So we heading back by 3:30 p.m.

### Kirkwood

Friday, tired of moving around, we were ready to stay put. But to miss Kirkwood, 34 miles south, far from the madding crowd in a scenic high-mountain valley, would be inexcusable. And once again, what had loomed as a grueling task was a lovely drive past towering cliffs and mountain meadows.

Not as much fun, when we got there, was figuring out where to go. The new Kirkwood Mountain Village was built with room to spare, with parking lots, vacation homes, new condominium buildings, two base areas and the administrative offices spread along the valley floor.

Finally we found the Main Lodge, parked, and rode up the Snowkirk Chairlift, to the Caples Crest chair, and over to Sunrise, in the far bowl. On a cloudy day, these runs get icy. But with the sun warming the snow, we spent all morning skiing the face, from Elevator Shaft and Devil's Draw, over to Hully Gully and Cold Shoulder.

After a quick hamburger at the bottom of Chair 4, we finished the day -- and the week -- on the intermediate trails off Cornice Express and Lower Zachary. We never did get to the Timber Creek Day Lodge, for beginner and intermediate skiers.

It was a good day to end on, with fresh snow, no lift lines and no crowds. And a good week, though with so much on our plates, it was hard to digest. But that's the way it is at Lake **Tahoe**: It's hard to know when to stop.

If you go:

RECOMMENDED GUIDEBOOKS:

**Tahoe,** by Ken Castle, (Moon Handbooks, $23.95) offers an in-depth look at both lake and basin, in winter and summer, with history, anecdotes, recreation, entertainment and lodging. The text is indispensible, though area maps show very little detail, and no individual trail maps are included.

**Ski** America, by Charles Leocha (World Leisure Corporation, $24.95), provides detailed information not only about Lake **Tahoe's** resorts, but about most North American **ski** areas. Though there are no trail maps, frequent skiers will use it often.

WHERE TO STAY:

The Lakeshore Lodge & Spa, in South Lake **Tahoe,** is 1.5 miles from the gondola. A sprawling 35-year-old condominium complex on the beach, it has an outdoor pool, hot tub, dry sauna, outdoor barbecue grills and free casino shuttle service. One-bedroom units are $199 per night, double occupancy, with a 10-percent discount for seven or more days. The Elements Spa, an independent business in a corner suite, offers a variety of massages and treatments. Condominiums vary depending on their owners; if you have specific requirements, mention them when booking. (800) 448-4577, or visit www.tahoelakeshorelodge.com.

Northstar-at-**Tahoe** is a full-service, year-round vacation retreat with hotel rooms, studio condominiums, and one-to four-bedroom vacation homes. Room rates for two, double occupancy, start at $184 per night, for nonholidays and Sunday through Thursday night stays, and include two lift tickets per bedroom. Call (800)GO-NORTHSTAR, or visit www.northstarattahoe.com.

WHERE TO SKI:

For general information and links to other sites, visit www.skilaketahoe.com. Check for discount prices on multi-day lift tickets and interchangeable lift tickets. Many lodging packages include free lift tickets.

Alpine Meadows: (800) 441-4423, www.skialpine.com.

Heavenly Resort: (800) 2-HEAVEN, www.skiheavenly.com.

Kirkwood: (800) 967-7500, www.kirkwood.com.

Northstar-at-**Tahoe:** (800) 466-6784, ww.northstarattahoe.com.

Sierra-at-**Tahoe:** (530) 659-7453, www.sierrattahoe.com.

Squaw Valley: (800) 545-4350, www.**squaw**.com.

* * *

STEVE HAGGERTY

**TAHOE** SKIERS enjoy great lake views. In the past few years, several resorts have upgraded their facilities.

LOAD-DATE: November 13, 2002

1036SR

********** Print Completed **********

Time of Request:  November 03, 2004  06:14 PM EST

Print Number:     1841:18627595
Number of Lines:  10972
Number of Pages:

Send To:  PATER, MATTHEW
          WINSTON & STRAWN LLP
          200 PARK AVE FL 42
          NEW YORK, NY 10166-0005

76 of 101 DOCUMENTS

Copyright 1998 The Miami Herald
All Rights Reserved
The Miami Herald

March 8, 1998 Sunday FINAL EDITION

**SECTION:** TRAVEL; Pg. 1J

**LENGTH:** 1737 words

**HEADLINE:** SKI PATROLLER: YOUR LIFESAVER ON THE SLOPES

**BYLINE:** CURTIS MORGAN, Herald Staff Writer

**BODY:**

Skiers and snow boarders don't like thinking about them, because they're associated with bad things that happen on a mountain -- ripped up knees, broken bones.

But when you need them, boy are you thankful to see them, because they'll haul you out of whatever painful predicament you've gotten yourself.

They're the ski patrol.

They can be, quite literally, life-savers in a sport where making mistakes can have potentially serious consequences, a fact underlined this ski season by the highly publicized deaths of Michael Kennedy and Sonny Bono on the slopes and the paralysis of ex-Miami Dolphins star Doug Betters.

Yet as recognizable as ski patrollers are in those parkas with the medical cross insignia, they've still got an image problem.

The public perceives the ski instructor as the smartest, sexiest thing on the slopes. The ski patroller ranks just above lift operator and, especially lounge.

"We're more the blue-collar ski workers," says Gael Williams, 39, a veteran patroller at Squaw Valley near Lake Tahoe in California, a resort famed for its sprawling, spectacular peaks.

Williams -- and fellow veteran Ward Chesnut, 37 -- aren't looking to gild that working guy and gal image. But they don't mind straightening out just who the real pros are on a ski mountain -- and it isn't that highly paid, high-profile instructor with zee favulous European accent.

Snow sense

"There is a false sense the ski instructor has this great mountain awareness," says Williams. "They lack the snow feel and the snow sense we have to have."

Echoes Chesnut: "There is a huge difference. We really don't have anything in common besides a love of the mountains and being out in the snow."

Instructors are teachers and public relations specialists.

Ski patrollers have to be everything from emergency medical specialists to avalanche busters to what amounts to ski slope cops.

The Miami Herald March 8, 1998 Sunday FINAL EDITION

Ski patrol almost rates as a life-style. There is, as Williams says, "an old Hippie movement" free-spirit aspect that appeals to many veteran patrollers. But they take the safety of skiers dead seriously.

There are more than 28,500 ski patrollers, both professional and volunteer, according to the National Ski Patrol, a nonprofit organization based in Colorado that sets training guidelines and performance standards for more than 600 patrols in the United States.

At Squaw Valley, with 4,000 skiable acres spread across six peaks, the ski patrol is as large, well-equipped and well-trained as any in the country. There are 125 members -- 50 full-time pros and 75 volunteers. On a regular weekday 28 to 32 might work. On a busy weekend, the patrol swells to 60 -- a mix of volunteers and highly trained pros.

Relatively safe sport

Resort operators, of course, like to make pronouncements that skiing is as safe as, say, tiddledywinks. And it is relatively safe.

According to the National Ski Areas Association, about 34 people have died annually skiing. Last year, 36 were killed. About 2-1/2 times as many people die from lightning strikes each year.

But it is clearly a risky sport. Otherwise, resorts wouldn't employ big staffs to haul away busted bodies.

Life-altering spinal injuries or comas occur about 29 times a year on average but last year the ski association reported 45. More typical injuries -- knee sprains and "skier's thumb" sprains -- have declined about 50 percent in the last 25 years, according to Dr. Jasper Shealy of the Rochester Institute of Technology, but still dog the sport.

In one 11-year study of 8,414 injuries at Vermont resorts, for every 1,000 skier days, 2.84 skiers were hurt. The typical victim is a male in the mid-30s. Damage to the knee's anterior cruciate ligament is the most common for skiers. Wrist and ankle sprains are most common for snow boarders.

Knees are Achilles heel

Squaw Valley's rate and type of injuries are typical. What all the numbers mean is that on a big weekend day with 15,000 people, the patrol will typically treat 40 hurt skiers.

"Knees and shoulders," says Chesnut, "That's what we see time and time again. But knees by a huge margin."

Pro ski patrollers like Williams and Chesnut are emergency medical technicians -- trained just like firefighters who work disaster scenes. "The big difference is working out in the elements," Chesnut says, as well as in often precarious positions and on skis.

Typically, the patrol stabilizes an injured limb with a variety of splints and, using stretcher sleds, ski the victim down to Squaw's clinic. With Squaw's knee-knocking steep terrain, getting someone off a hill can be hairy -- but these guys sort of enjoy the challenge.

'Tib-fib' challenge

They recall removing one woman from the West Face, a severe 35-degree slope off the legendary KT-22 peak. She was a "tib-fib" in patrol jargon -- leg bones broken clean at the top of her ski boot. It took three patrollers to do the job, one handling the sled, two trailing on anchor ropes in a flying V-formation.

"We had a great time getting her down," says Williams.

They can get anywhere on the resort in less than five minutes and handle just about any emergency. Squaw is one of few resorts, to have a defibrillator, used to jump-start a stopped heart, for on-slope use. Squaw also has a base clinic and can do helicopter evacuations.

Typically, they see injuries resulting from "pilot error" -- folks simply making the mistakes that happen going fast on two thin sticks across difficult terrain. But sometimes, other skiers come into play. "When the slopes get crowded, you can get pinball effects, with people bouncing off each other," says Chesnut.

Then, they've got to deal with the dumber stuff. They recall one memorable sad sack whose wife assured him it was OK to jump from one rise. He landed in a tree and "ripped his scrotum." Ow.

Cops on the slopes

The Miami Herald March 8, 1998 Sunday FINAL EDITION

But Williams and Chesnut figure medical care takes up only about a quarter of the job. There's constant training and safety work like marking rocks and setting up snow fences.

They also have to play cops. Disputes occur at every resort, sometimes between young snow boarders and older skiers. Rowdy behavior rises, like injuries, with the numbers.

At Squaw, there's also daily avalanche control. With El Nino dumping record white across the Sierras, the work has never been busier. It's potentially dangerous, requiring true snowpack expertise. They toss two-pound explosive charges to trigger problem areas. It's a testament to the preventive work that slides rarely occur.

For all its importance and expertise, ski patrol isn't much of a living. Entry level patrol at Squaw, for instance, pays $7.50 an hour. With the exception of a few old hands, pay tops out at $12.36 -- right around $550 for a 45-hour week. In an area where a modest two-bedroom ski condo fetches $1,200 a week, it's not high-style living.

Most patrollers have off-season jobs, with many working as outdoor guides of some sort. Chesnut operates heavy equipment. Williams is a carpenter.

But that doesn't mean the patrollers don't consider the work rewarding.

Many patrollers come and go, working a year or two, mostly for the free skiing, before moving on. But those who become real veterans like Williams and Chesnut, both of whom are approaching 20 years of experience, do it for love.

"I have so much fun," says Williams.

His wife calls him just that. An accountant, she wishes he'd "just grow up and get a real job."

But they'll take the low pay in exchange for the great moments. Williams describes triggering an avalanche as a moment of nature's poetry. "We see stuff in our lifetimes that most people never get to see."

travel

IF YOU GO TO LAKE TAHOE

The Lake Tahoe area, which stretches into Nevada and California, offers some of skiing's prettiest scenery -- sparkling blue water, surrounded by snow-capped peaks. The area has the continent's highest concentrations of ski resorts, ranging from sprawling mega-mountains like Squaw Valley to family-friendly spots like Diamond Peak, whose interchangeable pass for parents lets one ski while one watches the kids, then they swap.

The South Shore, near the Heavenly resorts, has the snazziest casinos, best restaurants and big-name entertainment. The North Shore, which includes the ski-condo community of Incline Village, offers a combination of small-town appeal, arts and crafts shopping and older casinos.

For general lodging reservations, call 1 (800) GO-TAHOE.

The major destinations among the 15 ski areas:

* Alpine Meadows -- Not as well known as Heavenly and Squaw Valley, but just as appealing. It lacks the resort atmosphere and killer terrain but is among the easiest mountains to get around on. Its 12 lifts take you to some of the region's most entertaining intermediate and advanced runs and bowls: 1 (800) 441-4423.

* Diamond Peak -- Smaller -- just six lifts -- and cheaper. It aims for families with tickets priced for teens and parents and even a $3 cross-country dog pass: (702) 831-3211

* Heavenly -- On the Nevada side near the glitziest casinos, it offers the most spectacular views of Lake Tahoe. Its 25 lifts service enough territory to entertain skiers for days. (702) 586-7000.

* Kirkwood -- About an hour's drive from Tahoe, this is the hidden jewel. Its almost rustic atmosphere makes it popular with snow boarders. It gets tons of snow and its 13 lifts covers terrain as varied as it comes: (209) 258-3000.

* Northstar-at-Tahoe -- Tailored for intermediates, it's nestled in a protected notch that makes its 12 lifts particularly popular during windy weather that shuts down other North Shore resorts: 1 (800) 466-6784.

* Sierra-at-Tahoe: The South Shore equivalent to Northstar, it's more protected than most in bad weather. Ten lifts offer steeper stuff challenging to intermediate skiers: (916) 659-7453.

The Miami Herald March 8, 1998 Sunday FINAL EDITION

* Squaw Valley: This is a huge place with wide groomed cruisers, big bowls, secluded glade runs, knee-knocking steep chutes for the extreme nuts, and the world-famous bump runs of the KT-22 lift. Its six peaks and 31 ski lifts cover an incredible variety of terrain; (916) 583-6985.

-- CURTIS MORGAN

cutlines travel CURTIS MORGAN / Herald Staff PATROLLERS: Gael Williams and Ward Chesnut during a blinding blizzard in Squaw Valley.

Squaw Valley Ski Corp. / EXPLOSIVE: Ski patrolman Lel Tone prepares to do some avalanche control.

NOTES: see IF YOU GO TO LAKE TAHOE at end of text

GRAPHIC: color photo: Ski patrolman Lel Tone patrol the avalanche (n);
photo: Gael Williams and Ward Chesnut in a blizzard in Squaw Valley (a)

LOAD-DATE: October 18, 2002

83 of 101 DOCUMENTS

Copyright 1993 News World Communications, Inc.
The Washington Times

October 31, 1993, Sunday, Final Edition

SECTION: Part E; TRAVEL; Pg. E1

LENGTH: 1197 words

HEADLINE: Tahoe is the jackpot

BYLINE: Tom Carter; THE WASHINGTON TIMES

BODY:

Lake Tahoe may be the most unusual ski area in the world - it's got just about everything.

Try to imagine an area with more world-class skiing, a more glamorous night life, better mountain panoramas, more diverse dining and accommodations and better deals for the budget skier.

From the casinos and exotic floor shows to some of world's best ski areas, it is no gamble to ski Tahoe.

The entire region is a weekend destination or day area for San Francisco and northern California and skiers, so at times and in certain areas it can become crowded, but that is no reason for Washington skiers to write off one of the world's premier ski regions.

Eastern skiers can fly into Reno, rent a car and spend a week sampling the many treasures of Tahoe. The region offers some of the most affordable air/lift and lodging packages in the country. Midweek lodging and ski packages are available for as little as $39 a day. Three nights' lodging and a three-day pass good at four different North Shore areas go for as little as $159.

While the 1992-93 season brought unusually deep snows to the Tahoe region, 500 to 700 inches for the season, during an average year the region boasts 75 percent sunny days and about 350 inches of snow.

Within a two-hour drive, there are 15 alpine areas and 13 cross-country resorts dotted around the spectacular mountains that surround Lake Tahoe, easily one of the most beautiful mountain lakes in the world.

Mark Twain once described Lake Tahoe as "the fairest picture the whole earth affords."

That alone is worth the trip.

The South Shore, on the Nevada side of the lake, has the Heavenly and Kirkwood ski areas, and the casino glamour of Vegas-by-the-Lake.

The North Shore, on the California side of the lake, is quieter, a more traditional ski region, with lots of trees, winding roads, shops and flat-out great skiing.

The North Shore features Squaw Valley, Northstar-at-Tahoe and Alpine Meadows, plus a bevy of smaller areas and cross-country ski ranches.

Squaw Valley, the site of the 1960 Winter Olympics, is the best-known area in the region. A quick look at the area's trail map shows hardly a tree in evidence on the mountainside. Instead, Squaw is famous for its 4,850 acres of open-bowl skiing.

The Washington Times, October 31, 1993

Considered one of the best and most demanding areas in the United States, Squaw's intermediate areas can become overcrowded, especially on weekends. But advanced skiers can test their mettle at Squaw all week without attacking the same chute twice.

Despite its reputation among the locals for surly employees, good skiers know this place as expert heaven. Squaw earned a reputation in the 1980s for being a bit run-down, but since 1989, the owners have spent millions of dollars in very visible improvements.

There are six different peaks, all with true black-diamond runs, from KT-22 to the Palisades to Eagle's Nest and the Sun Bowl on Squaw Peak.

**Squaw has one** of the most extensive lift networks in the world. It has 33 lifts, including a 150-passenger **cable car**, a supergondola and three high-speed quads. The longest run is 3 miles.

Last season, Squaw opened its High Camp Bath and Tennis Club, featuring tennis and outdoor swimming at 8,200 feet. The truly adventurous, who cannot manage enough air on their skis, may want to get a thrill by bungee jumping off the new tower opposite the new mountainside tennis club.

Squaw, only a 15-minute drive from the lakeside shops, restaurants and hotels of Tahoe City and 20 minutes from Truckee, has always been plagued by the shortage of mountainside facilities, but last year the Resort at Squaw Creek opened near the base, offering luxurious accommodations and three new restaurants slopeside.

Squaw Creek even offers a lift/lodging package that includes a pair of new Rossignol skis.

Unlike Squaw, which is a ski area that has grown into a resort, Northstar-at-Tahoe was planned as an all-inclusive ski community. That means accommodations, restaurants and skiing are all slope-side or within walking distance **of the** base.

A genuine family resort, consistently ranked by non-ski magazines such as Family Circle and Better Homes **and** Gardens, Northstar features wide, perfectly groomed intermediate runs created for ballroom skiing that can make **even** timid skiers look and feel like Alberto Tomba.

The area is big enough for a couple of steep runs on the backside of the mountain, but the same runs would be blues over on Squaw. Northstar really is an intermediate's dream. Snow boarders are welcome, and at 2,200 vertical feet, 1,700 acres and 11 lifts, it's a place where the family can be turned loose on the mountain.

Alpine Meadows is known throughout the region as having "something for everyone" and being "user friendly." A great area for upper-intermediate skiers, it also has plenty of genuine expert terrain. And beginners have plenty of room to scoot around in a protected area near the base.

With 2,000 acres overlooking Lake Tahoe, Alpine Meadows has some of the most outstanding views of the **lake.** And with a base elevation at 7,000 feet, it is one of the first areas to open and among the last to close.

On the South Shore, part of the attraction is the setting.

Skiers are blasted with neon and glitz. The clang and clatter of bells on slot machines and roulette wheels of Caesar's, Harrah's, Harvey's and other casinos act as a gateway to the ski areas.

Heavenly is big - really big. It has the highest elevation in the area (10,100 feet) the biggest vertical rise (3,600 feet) and the longest run (5 1/2 miles); it offers primarly intermediate and intermediate-advanced skiing. It can take hours to traverse the flat catwalks to reach the steeper runs. But from the top of the mountain, skiers are given unbelievably stunning views of the blue-green Lake Tahoe on the California side or the brown desert plain of Nevada.

Kirkwood, about 45 minutes' drive from South Lake Tahoe, might be in another world. No casinos. No glitz. No glam. Just good skiing.

Like Alpine Meadows, Kirkwood is another something-for-everyone kind of area.

The ski area is split. On one side of the ridge are the beginner/intermediate slopes. On the other side are **a whole** series of chutes and expert terrain, equal to almost anything found at Squaw.

The area is somewhat remote, but Kirkwood - located in one of the most beautiful alpine valleys imaginable - offers the traditional alpine ski setting and the classic ski vacation.

The Washington Times, October 31, 1993

Altogether, Lake Tahoe is a good bet.

***** Lake Tahoe, in California and Nevada, is 12 miles wide and 22 miles long, and sits at an elevation of 6,228 feet; it's the world's second-largest lake at such an elevation.  There are 72 miles of shoreline, and the drive around the lake takes more than three hours when no snow is on the highway; last year's record snows closed part of the shoreline drive.  Also, there are more ski lifts in the Tahoe basin than in the whole state of Colorado.

**GRAPHIC:** Photos (color), A) Plenty of challenging terrain awaits the expert skier during the long season at Alpine Meadows, a 2,000-acre resort on the North Shore of Lake Tahoe.; B & C) ) Cross-country skiing at North Shore; Northstar-at-Tahoe resort (right); D) Visitors to Northstar-at-Tahoe dash through the snow in a two-horse sleigh., A) By Larry Prosor/Alpine Meadows; B-D) NO CREDIT

**LOAD-DATE:** October 31, 1993