# EXHIBIT 11 - PART N

96 of 101 DOCUMENTS

Copyright 1986 Chicago Tribune Company
Chicago Tribune

November 16, 1986 Sunday, FINAL EDITION

SECTION: TRAVEL; Pg. 22; ZONE: C

LENGTH: 1662 words

HEADLINE: TAHOE'S LURES MAKE IT A WINTER WONDERLAND

BYLINE: By Nancy Steidtmann, San Francisco Style.

DATELINE: SAN FRANCISCO

BODY:
   Winter is just around the corner--a time when avid skiers, snow sculptors and crisp mountain air connoisseurs head for the Sierras. Traditionally the slopes open around Thanksgiving, and remain open until the end of April.
   The most popular destination for San Francisco weekend trippers is Lake Tahoe--where the North and South shores offer opportunities to ski and gamble, with the resorts offering various ski-packages, lessons and other incentives to lure alpine visitors.
   Although originally built as a summer resort, the Tahoe region has become better known over the years for its winter fun. This year Alpine Meadows celebrates its silver anniversary. Check with your travel agent before you leave for discounted car and air packages.
   Visitors to San Francisco who are interested in sampling Sierra skiing, may reach the slopes by either driving or flying. From San Francisco, an AirCal 45-minute flights direct to South Lake Tahoe for $98 and AirCal, PSA and United servicing Reno for $98 round-trip. AirCal offers special air-land packages from southern California only. For details, call 800-4AIRCAL. The 190-mile drive to South Lake Tahoe usually takes 4 1/2 hours, depending upon the weather, with a 34-mile drive along the lake to North Shore. It's best to carry chains as they are often required. Buses also travel regularly to the Sierras with Greyhound serving South Lake Tahoe for $34.50 round trip on weekends.
   Tahoe City is the focus of activity on Tahoe's north shore. A speedy drive from San Francisco along Int. Hwy. 80, the northern region offers 14 major downhill resorts, including Squaw Valley, a handful of cross-country skiing areas, and low-key dining-dancing evening entertainment. Seasoned skiers are familiar with the variety of activities in local clubs and restaurants offering after-ski entertainment in the Tahoe basin during the winter months.
   Evening activities in North Shore vary from fine French dining at Le Petit Pier near King's Beach to disco dancing at Gatsby's in Tahoe City. At King's Beach there's hot-tubbing in a converted motel and gambling just a few

miles east, over the Nevada border.

Lake Tahoe's southern shores are glitzier, with the bright lights of Stateline's gambling, and big-name entertainment at Harrahs and Caesars. Heavenly Valley is South Lake Tahoe's best known resort, with a half dozen other ski areas a short drive away. Big name entertainers performing at Harrah's Tahoe this season include Bill Cosby, Jim Nabors, Patti Page, Andy Williams and Liza Minnelli. At nearby Caesars, George Carlin, Willie Nelson and the Pointer Sisters are on-stage.

Skiing experience, age and companions decide the pace and scope of weekend activities--from relaxed to frenetic. Serious skiers head out early to ski the top of the mountain before the crowds appear, families look for snow sliding and snowman building areas, and singles cruise for evening fun as well as daytime skiing.

North Shore is popular among skiers because of the number of ski areas within close proximity--the best known, on 6,000 acres, being Squaw Valley USA. Located off Calif. Hwy. 89, between Truckee and Tahoe City, **Squaw is one** of California's three largest ski resorts--along with Heavenly Valley and Mammoth Mountain. Its reputation as the most prestigious Sierra spot for serious skiers, as well as the those "making the scene," takes in Squaw's two bars for after-skiing socializing. With music and a hustling crowd, "Bar One" becomes a meeting place for singles at the end of the day. The quieter, low-key sports-oriented Olympic Plaza Bar, facing the slopes, is an alternative spot to relax with friends.

Some of the most challenging ski runs are found at Squaw Valley. Serious skiers look forward to skiing on the resort's five major peaks, which include famed runs "KT22," "Olympic Lady," "Red Dog" and "Granite Chief" on the back of the mountain. If expert skiers tire of Squaw, other advance runs can be found at Sugar Bowl, east of Truckee and Slide Mountain, east of Mt. Rose.

Heavenly Valley, "America's Largest Ski Resort," has nine mountain peaks with the 20 square miles of ski terrain crossing state lines south of Lake Tahoe. Nicknamed "upside-down mountain," the area has the many beginner and intermediate ski areas above 10,000 feet, as well as nearby advanced and expert runs for the bigger thrill-seekers.

Kirkwood's location 30-miles south of Lake Tahoe on Calif. Hwy. 88 offers a more rugged ski-scape, with the highest base elevation in the Sierras--1,400 feet above Lake Tahoe--its snow is the driest and lightest in the region. The recently added triple chairlift has expanded the accessibility of advanced and intermediate runs within the 2,000-acre resort. This season, Kirkwood's 11 lifts will provide access to over 60 runs--the steepest with a 2,000 foot vertical drop.

Apart from the big-name resorts, there are a variety of other ski areas along I-80, with over half of the ski runs are for beginning and intermediate skiers. Soda Springs' 16 runs, Boreal's beginner slopes, Donner Ski Ranch and Sugar Bowl are east of Truckee on I-80. Near Squaw Valley the 2,000-acre Alpine Meadows, as well as the small hill rope-tow Granlibakken, cater to families as do Northstar-at-Tahoe, Ski Incline and Slide Mountain farther north.

In the area around South Lake Tahoe, family activites are popular at Sierra Ski Ranch, Echo Summit and Kirkwood.

An increasingly popular alternative to the fast swoosh of downhill skiing is slower-paced cross country, also known as nordic skiing. Likened to backpacking in the snow, cross-country skiing can be done at a fraction of the expense of downhill skiing, as it requires no lift tickets and rental equipment is inexpensive.

Chicago Tribune, November 16, 1986

Cross-country equipment rental is available all around Lake Tahoe. Royal Gorge, the largest cross-country ski area in the western U.S., is off I-80 just west of Donner Lake. Tahoe Donner is near Truckee, Northstar-at-Tahoe is just off Calif. Hwy. 267, and Tahoe Nordic is near Tahoe City.

Other cold-weather activities include tobogganing, sleigh rides and snowmobile racing. North Lake Tahoe Regional Park, at Tahoe Vista, has free admission for those interested in snow saucering, sliding and snowball throwing.

Snowmobiling is enjoying increasingly popularity. Snowmobile rentals start at $20 per half hour and can be found throughout the area. On North Shore, snowmobiles can be rented at Woodvista Golf Course, North Tahoe Regional Parks, Tahoe City Golf Course.

For the uninitiated, there are two types of snowmobiles to choose from. "Tracks" are anchored on tracks into the slopes, and are recommended for children. Average rental prices are $25 per half hour for a two-seater. Woodvista also offers snowmobile tours, where a rental snowmobile follows a guide into scenic areas. Rental fees for these excursions average $50-$75 a two-seat vehicle. The four-hour day tour or moonlight tour which include bonfire and hors d'oeuvres, is an exhilarating experience. For more information, call 916-546-9909.

Preparations for a mountain trip include arranging accommodations before leaving to packing enough warm clothing and extra pairs of socks. If you dream of a snowy holiday, better plan far in advance. You can't just drive up to the Sierras over the holidays and find a place to stay--those lodgings are booked months in advance.

Lodging choices run from private cabins and condominium rentals to ski lodge and hotel/motel rooms. Lodges adjoining ski resorts include: Donner Lake Village, Granlibakken Bed and Breakfast, Sugar Bowl Lodge, River Ranch, and Hansen's Resort (three blocks from Heavenly Valley), with Squaw Valley planning to open its new lodge in December.

Rentals of private cabins in the northern area can be booked through Ski Tahoe North or through Alpine Meadows Realty, 916-583-1545. The average rate at Alpine for a three-bedroom, two-bath condo is $340 for a weekend; $750-$800 a week; two bedrooms start at $235 a weekend, $595 a week. Write: Alpine Meadows Realty, P.O. Box 1176, Tahoe City, Calif. 95730. O'Neill and Associates operates "Vacation Tahoe," 916-583-RENT. Their average weekend rental for a three-bedroom cabin is $250 and $600 for week.

In Squaw Valley, a three-bedroom rents for $300 a weekend or $1000 a week. A two-bedroom is $260 for a weekend or $750 a week. Write: Vacation Tahoe, P.O. Box 1873, Tahoe City, Calif. 95730.

If you plan a winter weekend, make reservations 4-6 weeks in advance. The less-hectic season for a Tahoe visit is early December and after New Year's through April.

For up-to-date information on Sierra activities call: Ski Tahoe North at 800-824-8557 for lodging reservations and ski package lift tickets. For the South Shore, contact South Lake Tahoe Visitors Authority at 800-822-5922.

Here are phone numbers of the resorts: Alpine Meadows: 916-583-4232; Boreal Ridge: 916-426-3666; Donner Ski Ranch: 916-426-3635; Echo Summit: 916-659-7154; Granlibakken: 916-583-4242; Heavenly Valley: 916-541-1330; Homewood Ski Area: 916-525-7256; Kirkwood: 209-258-6000; Mt. Rose: 702-849-0704; Northstar-at-Tahoe: 916-562-1010; Royal Gorge Cross Country: 916- 426-3871; Sierra Ski Ranch: 916-659-7475; Ski Incline: 702-832-1177; Slide Mountain: 702-849-0303; Soda Springs: 916-426-3666; Strawberry Cross Country Ski Center: 916-659-7200; Squaw Valley USA: 800-545-4350; Sugar Bowl: 916-426-3651; Tahoe Donner: 916-587-6046.

For information about entertainment in the area: Harrah's Tahoe: 800-648-3773; Caesar's Tahoe: 800-648-3353.

**GRAPHIC:** PHOTOS 2

PHOTO: Triple chair lift carries skiers up Thimble Peak and provide bird's-eye view of Tahoe area resort.

PHOTO: Cross-country skiers enjoy maintained trails at Sierra resort, Northstar-at-Tahoe.

**LOAD-DATE:** September 13, 1993

# EXHIBIT 2






Click to enlarge


Click for Today's Photo Gallery



## HERE'S TO WINTER!



Squaw Valley proudly kicked off its 55th season on October 30th, the earliest opening date on record, with many smiles and great skiing. Since then we've seen more early snow, with 8-10" falling on November 3rd, making way for a string of excellent early season weekends in November. Scheduled lifts on Nov 13-14 include the Cable Car, Funitel, Siberia Express, Gold Coast, Links, Shirley Lake Express, and Bailey's Beach. High Camp will also be open for sightseeing and lunch. Get set for a fantastic season and Step Up to Squaw...It's THE mountain!
**Operations Details**
**Daily Report**

**Squaw Valley Virtual Snow Show - NOW OPEN!**
Squaw Valley turns the traditional ski show upside down. This online show is open 24/7 through November with a host of special online discounts, including the **X4 Mountain Access Card** - a limited quantity 4-visit card for **ONLY $209. Click here** to take advantage of these great discounts.

**Winter Vacation Packages Available Now!**
Ski Lake Tahoe and Squaw Valley USA! Squaw Valley Central Reservations offers Lake Tahoe ski packages and can customize the perfect winter vacation for you. Early season discount packages available now! Call **800-403-0206** or **search properties** and **discount packages**.

**Corporate Discount Program-Save over $10 Every Day!**
The Squaw Valley Corporate Discount Program offers savings of over $10 every day when you purchase lift ticket vouchers before November 15. **Click here** for details.

**Ski & Snowboard Clinics - Register early and save!**
The Squaw Valley Ski School offers 1, 3, and 5-day clinics for men and women. Register online before 11/15 during the **Virtual Snow Show** and start your season right! **Click here**.

**KT-22 hailed as the 'Best Chairlift in North America'**
In an article in SKIING Magazine's Sept. 2004 issue, long-time ski journalist Steve Casimiro tells it like it is, declaring Squaw Valley's 'mother ship' lift, KT-22 as the 'best chairlift in North America'. Pick up an issue today and plan a trip to Squaw this season and see why. **Check out our other RANKINGS!**







Upcoming Events:

November 2004
27
5th Annual Squaw Valley Film Festival

December 2004
4 - 5
Learn to Ski & Snowboard Days

**Top Reasons to Step up to Squaw**
A season pass at Squaw Valley is the true season pass, and when you make the step up to Squaw, you'll never go back! Take a look at these top reasons to Step up to Squaw next season, **Click here**

- Take A Virtual Tour of the Mountain
- Get Wi-Fi at Squaw
- Founder Cushing Inducted into Ski Hall of Fame

 Lodging & Packages     Mountain Activities

 Coming Events     Deals & Discounts

 How To Get Here     Summer at Squaw

14th Annual Snow Gods Ball

12
Annual Community Benefit Day

18
Winter Night Operations Begins

24
Christmas Eve Torchlight Parade

31
Celebrate New Year's Eve At Squaw Valley

**Squaw voted 'best resort'** by North Tahoe Locals and Bay Area Parents! Check out other Squaw Valley **rankings**.

**Squaw Valley Central Reservations**
Ski Lake Tahoe
Lake Tahoe Vacations - Tahoe Ski Packages
Lake Tahoe Ski Packages
1-800-403-0206
squawvacations.com



# SQUAW VALLEY USA
AMERICA'S SPRING SKIING CAPITAL

# INVITES
# ALL ACTIVE-DUTY
# U.S. ARMED FORCES TO
# SKI & RIDE
# FREE!

Through December 25!
Click here for details



SharpShooter
Imaging

Click here to see your mountain portraits.

http://www.squaw.com/   11/8/2004



Share a ride to Squaw this season!

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |







Media Center



© 1999-2004 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose.



ADVANCED SEARCH  |  VIEW CART  |  STOREFRONT  |  CUSTOMER SERVICE

| SEARCH |
| --- |
| [GO] |

| YOUR CART |
| --- |
| Empty |

| ONLINE TICKETS |
| --- |
| Lift Tickets |
| Lessons/Clinics |
| Season Passes |

| SQUAW GEAR |
| --- |
| Logo Wear |
| Souvenirs |
| Ski/Board Movies |

| SUPPORT |
| --- |
| Affiliate Program |
| Customer Service |
| Policies |

| SQUAW.COM |
| --- |

## VIRTUAL SNOW SHOW OPEN!
Special online discounts for the entire month of November. Enter here.

## Corporate Discount Program
### JOIN NOW AND
### SAVE OVER $10 EVERY DAY!
Purchase deadline EXTENDED to Nov 15

### GOT KT?
### or Headwall? Granite Chief?
### Get it all this winter.
### 2004-2005 SEASON PASSES
### ON SALE NOW!
click here for details

### SPECIAL ONLINE ONLY ITEM



**X4 MOUNTAIN ACCESS CARD**
4 Days for $209 - Save 15% on any four days this season. This '4-pack' card is only available online for a limited time and in limited quantities. Get One Now!

### SQUAW VALLEY CASH CARD



**Squaw Valley Cash Card**
A great gift - good for lift tickets, lessons, retail, food & drink, and more! Available in $75 or $250 values, or as the special $20 Kids Card.

**Squaw Valley: The First Fifty Years**
Learn about the exciting Squaw Valley story in this book or video. Complete with historical footage and hundreds of classic photos. Includes a full section on the 1960 Winter Olympic Games.

| GREAT GIFT IDEAS |
| --- |
| **Frequent Skier Program** The $5 gift that keeps giving. Every 5th day free plus midweek discount days all season! **Ski & Board Films & Music** New DVDs and ski music on CD. **Squaw Valley Cash Card** Use for tickets, lessons, retail, and food at Squaw. |

| LESSONS & CLINICS |
| --- |
| **Advanced Ski Clinics** 3 and 5 day sessions with Squaw's best instructors. **Just For Women Clinics** Ski and snowboard clinics for women only. **First Timer's Package** A great starter gift for the newcomer to skiing or snowboarding. **Right Track 5 Pack** Book of 5 group lessons to take you to the top. |

| FILMS & MUSIC |
| --- |
| **Lost In Transition** Standard Films' latest Snowboarding epic. **Eric T's Ski Music** Classic novelty CD. **Immersion** Gaffney's Squaw classic. |

  

Book - $4.95    Video - $4.95

**TORCHLIGHT PARADE POSTER**

 **Olympic Heritage Torchlight Parade Commemorative Poster**
*One of a kind Squaw Valley poster from last season's spectacular parade...*

Store Home | Catalog | Shopping Cart | Checkout | Customer Service | Register | Logon | Logoff

Commerce Enabled By
**StoreSense**

*Copyright © 1997-99 Kurant. All Rights Reserved. Kurant and StoreSense are trademarks of Kurant Corporation.*

      

| Vacation Planner | On the Mountain | In the Valley | Activities/Events | Shopping | Squaw Info |





Click for SquawCams

**On the Mountain**
Snow Report
Tickets
Maps
Ski & Snowboard School
Squaw Kids
Activities
Cable Car
High Camp
Gold Coast
Rentals and Demos
Parks & Pipes
Mountain Safety
Race Teams

**In the Valley**
Lodging
Restaurants
Shops
Activities
High Camp
Events
Shuttles



GET SQUAW ANYWHERE!

TO SQUAW MAIL

Subscribe Now!

**Subscribe now and be eligible to win lift tickets or a midweek pass for next season!** Get Squaw info and updates delivered to your cell phone or pager with text messaging, or directly to your email address.

 **Email Updates and Powder Alerts**
Subscribe Now!

It's easy! Just choose your list preference:
1. **Squawmail** - Every week or so we'll send you info about coming events, discounts, lodging packages, and more!
2. **Powder Alerts** - You'll get an alert every time we get snow!

**Cell Phone and Pager Text Messaging**
Subscribe Now!

**1. What is text messaging?**
Text messaging or SMS (Short Message Service) is very similar to email, only text messages are limited to a certain number of characters and are retrieved from mobile devices such as cell phones and pagers.



**2. How do I know if my device is capable of receiving text messages?**

**a. Cell Phones:**
Most cell phone carriers do not include a text message plan. If you know you have text messaging as part of your plan and you are still not receiving a message, **click here**. To find out if your plan includes











text messaging, or to get text messaging activated call your carrier directly.

Below we have provided you with some of the more popular carriers and their contact information.

**AT&T subscribers:** 1-800-888-7600
**Cingular subscribers:** 1-866-CINGULAR.
**Nextel subscribers:** 1-800-639-6111
Every Nextel phone and plan is automatically set-up to receive text messages, no activation required. To find out more information or if you're having trouble, call Nextel's Customer Service.
**Sprint subscribers:** 1-877-276-103
**Verizon subscribers:** 1-888-466-4646

---

**b. Pagers:** All pagers available for this service have text messaging capabilities. However, if you are still having problems please contact your carrier or **click here** .

---

**How do I edit my profile or unsubscribe? Click Here!**

For more help or questions, please send us an email (**support@mobilestorm.com**)

---

| Home | On the Mountain | In the Valley | Vacation Planner | Lodging Packages | Employment | Contact |

| SquawCam | Snow Report | Squaw Shop | SquawTalk Forums |

Snow Phone/24 Hour Info: (530) 583-6985
Central Reservations: (800) 403-0206
Administration: (530) 583-6985







Media Center



©1999-2004 Squaw Valley Ski Corporation. All Rights Reserved.

Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose. **Privacy policy**.

Tahoe Discount Vacation Packages | Tahoe Vacation Hotel Packages Request | Search Squaw Tahoe Lodging

**SQUAW VALLEY USA** — **SQUAW VACATIONS 800-403-0206**

- Search Lodging
- Discount Packages
- Request a Brochure

For More Info:
- Tickets
- Ski School
- Children's Center
- Event Calendar
- Getting Here
- Fun Activities

## SQUAW TAHOE LODGING & HOTEL VACATION PACKAGES ARE HERE!

Squaw Valley Central Reservations is your one-stop source for complete year-round vacation planning to Lake Tahoe, Squaw Valley USA, and Reno. Our agents can handle every aspect of your vacation planning, to include lodging, hotel packages, lift tickets and rental cars. We can even handle your airline reservations. Ask about our surprisingly low rates!

**STEP ONE...**
To get started, **search** over 50 lodging & hotel properties in the North Lake Tahoe and Reno area for exactly what you are looking for. We book everything from 4-star resort hotels, to lodges, condos, B&B's, and private homes. Choose to stay at the base of the mountain, or from accomodations at a multitude of North Lake Tahoe Inns, hotels, condos and cabins, or Reno/Tahoe Hotel Casinos.

**STEP TWO...**
Choose your favorite Tahoe Lodging, Vacation Package or Hotel and then **contact an agent** with your basic information via our easy-to-use form. We'll quickly review your information and get back to you with answers to all your questions. When it's right for you, we'll go ahead and book your vacation. All our Tahoe lodging and vacation hotel packages can be arranged quickly and efficiently by calling Squaw Valley Central Reservations at **1-800-403-0206**.

**OR CALL ANYTIME...**
If you'd prefer to speak to an agent directly, don't hesitate to call...


1-800-403-0206

**MORE INFO...**
Follow the links below for more information about Squaw Valley USA...

© 2000-2004 Squaw Valley Ski Corporation. All Rights Reserved.
Photographs and images contained in this site are the property of Squaw Valley Ski Corporation and may not be copied, downloaded, or used for any purpose.