# EXHIBIT 12

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/511145

**APPLICANT:** Squaw Valley Development Company

DEC 28 2004

**CORRESPONDENT ADDRESS:**
VIRGINIA R. RICHARD
WINSTON & STRAWN
200 PARK AVENUE
NEW YORK NEW YORK 10166

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

*If no fees are enclosed, the address should include the words "Box Responses - No Fee."*

**MARK:**    SQUAW ONE

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**

JAN 0 5 2005

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address..

RE: Serial Number 76/511145

The applicant is requesting reconsideration of a final refusal mailed on July 8, 2004.

The trademark examining attorney has carefully reviewed the request for reconsideration and is not persuaded by the applicant's arguments. No new issue has been raised and no compelling new evidence has been presented with regard to the points at issue in the final action. TMEP §715.03(a). Therefore, the request for reconsideration is denied and the final refusal is continued.

The filing of a request for reconsideration does not extend the time for filing a proper response to the final action, which runs from the date the final action was mailed. 37 C.F.R. §2.64(b); TMEP §§715.03 and 715.03(c). The applicant has the remainder of the response period to appeal. TMEP §715.03(a).

The attached Internet evidence,[1] along with the other evidence of record, clearly establishes that the term "SQUAW" is considered to be an offensive or disparaging term for an American Indian woman and now provokes a widespread negative societal reaction, fully supporting the refusal to register on grounds that the proposed mark **SQUAW ONE** may disparage American Indians or bring them into contempt or disrepute.

---

[1] In an Office action denying a request for reconsideration, the examining attorney may introduce additional evidence directed to the issues for which reconsideration is sought. TBMP §1207.04.

**NOTICE:  TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia.  Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> **Commissioner for Trademarks**
> **P.O. Box 1451**
> **Alexandria, VA  22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

> /Kathleen de Jonge/
> Examining Attorney, Law Office 116
> (571) 272-9152
> (571) 273-9116 (fax)



SENATE DEMOCRATIC LEADERSHIP OFFICE
900 Court St, NE - S323, Salem, OR 97301
503-986-1700 (p) /503-986-1080 (f)

FOR IMMEDIATE RELEASE
**Contact: Lisa Sohn**
**(503) 986-1074**

**May 31, 2001**

### Bill Prohibiting Use of Term "Squaw" Passes Senate,
### Awaits Signature of Governor

SALEM -- The Oregon Legislature took a step towards eliminating derogatory references to Native Americans today with passage of Senate Bill 488, the Geographic Name Change Bill. SB 488, sponsored by Senate Democratic Leader Kate Brown (D-Portland), would eliminate the use of the word "Squaw" in the names of public property, such as street signs, maps and public buildings. The bill does not, however, infringe upon an individual's right to name his/her property whatever they want.

"SB 488 is about cultural sensitivity and respect," said Senator Brown. "It is about much more than just being politically correct. The Geographic Name Change Bill strives to restore the dignity of Native Americans and to raise awareness of all Oregonians as to the offensive nature of this word. The word "Squaw" is offensive to all Oregonians--Native and non-Native Americans alike.

The timeline for changes to be made is 2005, allowing changes to be made in the course of regular maintenance by city, county, and Forest Service authorities--as in the ordinary process of updating a map or replacing a sign due to wear or vandalism. The extended timeline means that no additional allocation of funds is needed for compliance with this bill. Local communities, neighbors and counties will be consulted when deciding new names.

Added Senator Brown, "It is never too late to right a wrong. We must acknowledge the painful and derogatory history of the word 'Squaw.' It is only right. We may not be able to change our past, but we can certainly improve our future."

-###-

Potowatomi Traveling Times   •   DECEMBER 1, 2000

**COMMENTARY**

# What's in a name?

*by Kim Wensaut*

The recent efforts in Wisconsin to remove the word "squaw" from certain place names are heartening. I remember driving through Sawyer County and seeing signs that read "Squaw Bay" and feeling that familiar rise of anger and indignation. It's an identity issue - who defines who we are as Native people? Of course, we ourselves have that right.

But over the past several hundred years - as a tool of cultural genocidal - the oppressors claimed that right. It is a major tool in breaking down a people, their culture, their sovereignty. We live today with the remnants of that cultural genocide that today we call "stereotypes." For generations people in this country believed that Native people were savage, god-less heathens, lazy, shiftless, drunken and immoral. They had to believe these things about us in order to justify the theft of our land, the theft of our children, the suppression of languages and religions.

What comes to mind when you hear the word "squaw"?

For me, it brings up a list of other stereotypical names: 'squaw man, 'injun, Indian princess, chief, red man, redskin." Sometimes it's not so much the words themselves that are offensive, but the context in which they are used, and the intent of the speaker.

These words all bring up images of those old black and white cowboy and Indian movies ó actors with painted faces and black wigs. What kind of person would use these words? Someone who values and respects Native cultures?

And just to cover bases, yes, I've heard Indian people themselves use words like "squaw beating" and call each other "skins" and "savages." (Just like some black people use the N- word amongst themselves, but don't tolerate it from others.) What's up with that? Have we internalized the oppression by using those words amongst each other? Or are we just making fun of those words by using them in a joking context with each other? The jury is still out on that one...

And apparently, there is not agreement on the word "squaw" either. I did a little research via the "Net" and found out that the origins of the word are unclear. It's roots are most commonly traced to the Mohawk (Iroquoian) word ojiskwa meaning a woman's "private parts." According to "scholars", that explanation came from a 1973 book, Literature of the American Indian, by

to "scholars", that explanation came from a 1973 book, Literature of the American Indian, by Thomas E. Sanders and Walter W. Peek. Then I came across an article written by Marge Bruchac, who is an Abenaki historian and storyteller (and sister of author Joseph Bruchac):

"Squaw is NOT an English word. It IS a phonetic rendering of an Algonkian word that does NOT translate to 'a woman's private parts." The word "squaw" - as 'esqua,' 'squa,' 'skwa,' 'skwe' and other variants - traditionally means the totality of being female, not just the female anatomy. The word has been interpreted by modern activists as a slanderous assault against Native American women. But traditional Algonkian speakers, in both Indian and English, still say words like "nidobaskwa" = a female friend, "manigebeskwa" = woman of the woods, or "Squaw Sachem" = "female chief."

I suppose a linguistic might find a relationship between the word "squaw" and the word "kwe", being that Anishinabe is an Algonquian language.  So where does that leave us? Somewhere in the middle I suspect.

I'll give Ms. Bruchac that respect and allow her to define herself as a "squaw" if she wishes, because according to her teachings, it is simply a word for female. I guess if I was an East Coast Indian I might feel the same way. But here in the Great Lakes area, the word "squaw" carries with it all those negative stereotypical associations. Besides, it's not correct to the languages of this region.  Replacing "squaw" with "kwe" would make sense and would not be offensive to me.

It comes back to the issue of defining who we are on our own terms. If people ask me what I think of the Indian mascot issue I tell them: Imagine someone comes up to you and punches you in the arm. You tell them that that hurts. They just laugh and tell you, no, that didn't hurt. I was just honoring you. The word "squaw" is offensive and demeaning to a lot of Indian women. For that reason alone, let's stop using it.

Return to Top of Page

Return to Main Page

This is the html version of the file http://www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf.

**G o ⸱ g l e** automatically generates html versions of documents as we crawl the web.

To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:seZuy9B00HAJ:www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf+%22squaw+is+offensive%22&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **squaw is offensive**

ENROLLED SENATE

CONCURRENT

RESOLUTION NO. 94 By: Harrison of the
Senate

and

Ferguson and Settle of the House

A Concurrent Resolution directing the Oklahoma Board on
Geographic Names to work with local officials to rename
geographic features that contain a certain derogatory term
in their geographic names; providing for procedures for
name changes; and directing distribution.

http://64.233.179.104/search?q=cache:seZuy9BOQHAJ:www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf+2squaw+is+offensi
ve2&hl=en    12/27/2004 09:52:16 AM

WHEREAS, the policy of the United States Board on Geographic Names
prohibits the inclusion of words in official geographic names that are
derogatory to any racial, ethnic, gender, or religious group; and

WHEREAS, the word "**squaw**" **is offensive** to Native Americans, and a
national movement exists to remove this word from all geographic names;
and

WHEREAS, the Oklahoma Legislature concurs with the actions taken by other
state legislatures to remove this offensive word from geographic names;
and

WHEREAS, the Oklahoma Board on Geographic Names is the appropriate body
to work with the localities in Oklahoma in which a geographic feature is
located that includes, as a part of its geographic name, this offensive
language.

NOW, THEREFORE, BE IT RESOLVED BY THE SENATE OF THE 2ND SESSION OF THE
47TH OKLAHOMA LEGISLATURE, THE HOUSE OF REPRESENTATIVES CONCURRING
THEREIN:

THAT the word "squaw" be removed from all geographic names used in
Oklahoma.

THAT the Oklahoma Board on Geographic Names work with the Board of County
Commissioners of each locality in which the word "squaw" is used in
geographic names to establish a procedure for renaming the geographic
features.

THAT the procedure be established in conformance with the principles,
policies and procedures of the United States Board on Geographic Names.

THAT the procedure include a method for receiving suggested name changes
from residents in the area in which the geographic feature is located,
officials representing municipalities located in the area, and officials

http://64.233.179.104/search?q=cache:seZuy9BOOHAJ:www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf+2squaw+is+offensi
ve2&hl=en      12/27/2004 09:52:16 AM

officials representing municipalities located in the area, and officials
of Indian Tribes having land or facilities within the area.

 THAT the Oklahoma Board on Geographic Names submit the name that is
selected by each Board of County Commissioners for the geographic feature
in that county to the United States Board of Geographic Names for its
approval.

 THAT the Oklahoma Board on Geographic Names work with all federal, state,
and local agencies to reflect the approved name changes in maps, signs,
and data bases in which the names of these geographic features are
recorded.

 THAT a copy of this resolution be distributed to the Oklahoma Board on
Geographic Names, and the Boards of County Commissioners of Blaine,
Comanche, Jackson, Kingfisher, Noble, Ottawa, Pottawatomie, and Mayes
counties.

 Adopted by the Senate the 10th day of May, 2000.




                    President of the Senate


 Adopted by the House of Representatives the 17th day of May, 2000.




                    Speaker of the House of

 Representatives

# HOUSE CONCURRENT RESOLUTION NO. 42

View <u>Daily Data Tracking History</u>
View <u>Bill Text</u>
View <u>Statement of Purpose / Fiscal Impact</u>

Text to be added within a bill has been marked with Bold and Underline. Text to be removed has been marked with Strikethrough and Italic. How these codes are actually displayed will vary based on the browser software you are using. **This sentence is marked with bold and underline to show added text.** ~~*This sentence is marked with strikethrough and italic, indicating text to be removed.*~~

## Daily Data Tracking History

```
HCR042................................................by TRAIL
GEOGRAPHICAL NAMES - "SQUAW" - Stating findings of the Legislature and
recommending that the State Historical Society conduct necessary public
meetings and report to the United States Board on Geographical Names
regarding the Legislature's goal of eventual renaming of all geographical
place names in Idaho to eliminate the use of the word "squaw" so that
changes may be made on any federal maps and reference materials containing
the word "squaw."

01/24    House intro - 1st rdg - to printing
01/25    Rpt prt - to St Aff
```

## Bill Text

```
||||            LEGISLATURE OF THE STATE OF IDAHO         ||||
Fifty-sixth Legislature                  Second Regular Session - 2002


                    IN THE HOUSE OF REPRESENTATIVES

               HOUSE CONCURRENT RESOLUTION NO. 42

                            BY TRAIL

1                      A CONCURRENT RESOLUTION
2    STATING FINDINGS OF THE LEGISLATURE AND MAKING  RECOMMENDATIONS REGARDING  THE
3        WORD "SQUAW."
```

```
 4    Be It Resolved by the Legislature of the State of Idaho:

 5         WHEREAS,  the word "squaw" is offensive and hurtful to Native Americans as
 6    a derogatory name for Native American women; and
 7         WHEREAS, the state of Idaho encourages tolerance and understanding between
 8    non-Indian citizens and Indian tribal members; and
 9         WHEREAS, it is inappropriate for geographical place names  in  Idaho  to
10    include this word; and
11         WHEREAS,  it  is  appropriate  for  the State Legislature to take steps to
12    achieve the goal of the eventual renaming of all geographical place  names  in
13    the state of Idaho to eliminate the use of this word.
14         NOW,  THEREFORE,  BE IT RESOLVED by the members of the Second Regular Ses-
15    sion of the Fifty-sixth Idaho Legislature, the House of  Representatives  and
16    the  Senate  concurring  therein,  that we recommend that the State Historical
17    Society conduct necessary public meetings and  report  to  the  United  States
18    Board  on  Geographic Names the Legislature's goal of the eventual renaming of
19    all geographical place names in the state to eliminate the  use  of  the  word
20    "squaw"  so  that  changes can be made on any federal maps and reference mate-
21    rials containing the word "squaw."
```

# Statement of Purpose / Fiscal Impact

STATEMENT OF PURPOSE
RS 11659

Native Americans and many citizens of the state find the term
"squaw" objectionable and offensive to Native Americans.  The
resolution establishes a process by which all place names in the
State of Idaho containing the word "squaw" be identified and a
plan developed for renaming such places.  The Idaho Historical
Society is the authorized agency to develop a plan for
identifying and renaming such places.  Once this process is
completed the Idaho Historical Society conveys their
recommendations to the National Geographic Name Site Board with
their recommended name site changes.
FISCAL IMPACT

The costs associated with this project are minor and can be
absorbed by current appropriations.

Contact
Name: Rep. Tom Trail
Phone: (208) 332-1000


STATEMENT OF PURPOSE/FISCAL NOTE                HCR 42

## CHAPTER 9

### (HB 1280)

### Geographic place names replaced.

ENTITLED, An Act to replace certain geographic names that use offensive names, words, or phrases.

*BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF SOUTH DAKOTA:*

Section 1. The Legislature finds that certain geographic place names are offensive and insulting to all South Dakota's people, history, and heritage. These place names should be replaced by names that reflect South Dakota's people, history, and heritage without resorting to harmful or offensive stereotypes, names, words, or phrases. Section 4 of this Act lists the currently known geographic names that are harmful or offensive. All state and local government agencies may make changes to maps and any other reference materials to reflect the changes provided in this Act. A copy of this Act shall be forwarded by the Legislative Research Council to the United States Board on Geographic Names for consideration as recommendations for changes on any federal maps and reference materials that reference these names and places.

Section 2. The geographic place names set forth in section 4 of this Act are considered harmful and offensive. The new place names provided in section 4 of this Act shall replace and shall be used by all state and local agencies in South Dakota in all future publications, maps, or other reference materials published after the effective date of this Act.

Section 3. If no replacement place name for a specific location or feature is provided in section 4 of this Act, a replacement name may be suggested by the county or other local government entity, or by any interested person and may be submitted to the Department of Environment and Natural Resources in Pierre for a period of ninety days following the effective date of this Act. The final decision on any replacement names, not previously approved by the Legislature pursuant to this Act, shall be made jointly by the Board of Water and Natural Resources, the Board of Minerals and Environment, and the Transportation Commission within sixty days after the expiration of the ninety-day deadline. Any place names adopted in the manner described in this section shall be adopted and used and shall replace the offensive place names listed in section 4 of this Act pursuant to the provisions of this Act.

Section 4. Offensive place names in South Dakota by county are replaced as follows:

| County | Current place name | Place name changed to |
|---|---|---|
| Codington | Squaw Lake | Serenity Lake |
| Custer | Little Squaw Creek | No recommendation |
| | Negro Canyon | "    " |
| | Negro Wool Ridge | "    ". |
| Fall River | Squaw Flat | Hat Creek Flat |
| Gregory | Squaw Creek | No recommendation |
| | Squaw Creek Reservoir | "    " |
| Haakon | Squaw Creek | No recommendation |
| | Negro Creek | "    " |

| | Negro Creek | |
|---|---|---|
| Harding | Squaw Creek | No recommendation |
| | East Squaw Creek | "    " |
| | Squaw Tree Spring | "    " |
| | West Squaw Creek | "    " |
| Jackson | Big Negro Draw | No recommendation |
| | Little Negro Creek | "    " |
| Jones | Squaw Creek | Pitan Creek |
| Lake | Negro Creek | Franklin Creek |
| Lawrence | Squaw Creek | Cleopatra Creek |
| | East Branch of Squaw Creek | East Branch Cleopatra Creek |
| | Negro Gulch | Last Chance Gulch |
| | Negro Hill | African Hill |
| Marshall | Squaw Hill | Six Mile Hill |
| | Squaw Lake | Six Mile Lake |
| Meade | Squaw Butte School | No recommendation |
| | Squaw Butte | "    " |
| | Squaw Creek | "    " |
| | Negro Creek School | "    " |
| Moody | Squaw Creek | Jack Moore Creek |
| Pennington | Squaw Creek | Cedar Breaks Creek |
| | Negro Creek | Medicine Mountain Creek |
| Shannon | Little Squaw Humper Creek | Little Red Shirt Creek |
| | Little Squaw Humper Table | Little Red Shirt Table |
| | Squaw Humper Creek | Two Bulls Creek |
| | Squaw Humper Dam | Two Bulls Dam |
| | Squaw Humper Table | Two Bulls Table |
| Stanley | Negro Edge Canyon | No recommendation |
| Ziebach | Squaw Teat Butte | Peaked Butte |
| | Squaw Teat Creek | East Rattlesnake Creek |

**Signed March 2, 2001.**

---

Session Laws Menu | LRC Menu

This page is maintained by the Legislative Research Council

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 76/511144

**APPLICANT:** Squaw Valley Development Company

**CORRESPONDENT ADDRESS:**
  VIRGINIA R. RICHARD
  WINSTON & STRAWN
  200 PARK AVENUE
  NEW YORK NEW YORK 10166          JAN 0 5 2005

**MARK:**     SQUAW

**CORRESPONDENT'S REFERENCE/DOCKET NO:** N/A

**CORRESPONDENT EMAIL ADDRESS:**

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should
include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address..

RE: Serial Number 76/511144

The applicant is requesting reconsideration of a final refusal mailed on July 8, 2004.

The trademark examining attorney has carefully reviewed the request for reconsideration and is not persuaded by the applicant's arguments. No new issue has been raised and no compelling new evidence has been presented with regard to the points at issue in the final action. TMEP §715.03(a). Therefore, the request for reconsideration is denied and the final refusals are continued.

The filing of a request for reconsideration does not extend the time for filing a proper response to the final action, which runs from the date the final action was mailed. 37 C.F.R. §2.64(b); TMEP §§715.03 and 715.03(c). The applicant has the remainder of the response period to appeal. TMEP §715.03(a).

The attached Internet evidence,[1] along with the other evidence of record, clearly establishes that the term "SQUAW" is considered to be an offensive or disparaging term for an American Indian woman and that the term now provokes a widespread negative societal reaction. The evidence fully supports the refusal to register on grounds that the proposed mark **SQUAW** may disparage American Indians or bring them into contempt or disrepute.

---

[1] In an Office action denying a request for reconsideration, the examining attorney may introduce additional evidence directed to the issues for which reconsideration is sought. TBMP §1207.04.

**NOTICE:  TRADEMARK OPERATION RELOCATION**

The Trademark Operation has relocated to Alexandria, Virginia.  Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

>   **Commissioner for Trademarks**
>   **P.O. Box 1451**
>   **Alexandria, VA  22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

>   /Kathleen de Jonge/
>   Examining Attorney, Law Office 116
>   (571) 272-9152
>   (571) 273-9116 (fax)



SENATE DEMOCRATIC LEADERSHIP OFFICE
900 Court St, NE - S323, Salem, OR 97301
503-986-1700 (p) /503-986-1080 (f)

FOR IMMEDIATE RELEASE
**Contact: Lisa Sohn**
**(503) 986-1074**

**May 31, 2001**

### Bill Prohibiting Use of Term "Squaw" Passes Senate,
### Awaits Signature of Governor

SALEM -- The Oregon Legislature took a step towards eliminating derogatory references to Native Americans today with passage of Senate Bill 488, the Geographic Name Change Bill. SB 488, sponsored by Senate Democratic Leader Kate Brown (D-Portland), would eliminate the use of the word "Squaw" in the names of public property, such as street signs, maps and public buildings. The bill does not, however, infringe upon an individual's right to name his/her property whatever they want.

"SB 488 is about cultural sensitivity and respect," said Senator Brown. "It is about much more than just being politically correct. The Geographic Name Change Bill strives to restore the dignity of Native Americans and to raise awareness of all Oregonians as to the offensive nature of this word. The word "Squaw" is offensive to all Oregonians--Native and non-Native Americans alike.

The timeline for changes to be made is 2005, allowing changes to be made in the course of regular maintenance by city, county, and Forest Service authorities--as in the ordinary process of updating a map or replacing a sign due to wear or vandalism. The extended timeline means that no additional allocation of funds is needed for compliance with this bill. Local communities, neighbors and counties will be consulted when deciding new names.

Added Senator Brown, "It is never too late to right a wrong. We must acknowledge the painful and derogatory history of the word 'Squaw.' It is only right. We may not be able to change our past, but we can certainly improve our future."

-###-

**COMMENTARY**

Potowatomi Traveling Times   ● DECEMBER 1, 2000

# What's in a name?

*by Kim Wensaut*

The recent efforts in Wisconsin to remove the word "squaw" from certain place names are heartening. I remember driving through Sawyer County and seeing signs that read "Squaw Bay" and feeling that familiar rise of anger and indignation. It's an identity issue - who defines who we are as Native people? Of course, we ourselves have that right.

But over the past several hundred years - as a tool of cultural genocidal - the oppressors claimed that right. It is a major tool in breaking down a people, their culture, their sovereignty. We live today with the remnants of that cultural genocide that today we call "stereotypes." For generations people in this country believed that Native people were savage, god-less heathens, lazy, shiftless, drunken and immoral. They had to believe these things about us in order to justify the theft of our land, the theft of our children, the suppression of languages and religions.

What comes to mind when you hear the word "squaw"?

For me, it brings up a list of other stereotypical names: 'squaw man, 'injun, Indian princess, chief, red man, redskin." Sometimes it's not so much the words themselves that are offensive, but the context in which they are used, and the intent of the speaker.

These words all bring up images of those old black and white cowboy and Indian movies ó actors with painted faces and black wigs. What kind of person would use these words? Someone who values and respects Native cultures?

And just to cover bases, yes, I've heard Indian people themselves use words like "squaw beating" and call each other "skins" and "savages." (Just like some black people use the N- word amongst themselves, but don't tolerate it from others.) What's up with that? Have we internalized the oppression by using those words amongst each other? Or are we just making fun of those words by using them in a joking context with each other? The jury is still out on that one...

And apparently, there is not agreement on the word "squaw" either. I did a little research via the "Net" and found out that the origins of the word are unclear. It's roots are most commonly traced to the Mohawk (Iroquoian) word ojiskwa meaning a woman's "private parts." According to "scholars", that explanation came from a 1973 book, Literature of the American Indian, by

to "scholars", that explanation came from a 1973 book, Literature of the American Indian, by Thomas E. Sanders and Walter W. Peek. Then I came across an article written by Marge Bruchac, who is an Abenaki historian and storyteller (and sister of author Joseph Bruchac):

"Squaw is NOT an English word. It IS a phonetic rendering of an Algonkian word that does NOT translate to 'a woman's private parts.' The word "squaw" - as 'esqua,' 'squa,' 'skwa,' 'skwe' and other variants - traditionally means the totality of being female, not just the female anatomy. The word has been interpreted by modern activists as a slanderous assault against Native American women. But traditional Algonkian speakers, in both Indian and English, still say words like "nidobaskwa" = a female friend, "manigebeskwa" = woman of the woods, or "Squaw Sachem" = "female chief."

I suppose a linguistic might find a relationship between the word "squaw" and the word "kwe", being that Anishinabe is an Algonquian language. So where does that leave us? Somewhere in the middle I suspect.

I'll give Ms. Bruchac that respect and allow her to define herself as a "squaw" if she wishes, because according to her teachings, it is simply a word for female. I guess if I was an East Coast Indian I might feel the same way. But here in the Great Lakes area, the word "squaw" carries with it all those negative stereotypical associations. Besides, it's not correct to the languages of this region. Replacing "squaw" with "kwe" would make sense and would not be offensive to me.

It comes back to the issue of defining who we are on our own terms. If people ask me what I think of the Indian mascot issue I tell them: Imagine someone comes up to you and punches you in the arm. You tell them that that hurts. They just laugh and tell you, no, that didn't hurt. I was just honoring you. The word "squaw" is offensive and demeaning to a lot of Indian women. For that reason alone, let's stop using it.

Return to Top of Page

Return to Main Page

This is the html version of the file http://www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf.
**G o o g l e** automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:se2uy9BOOHAJ:www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf+%22squaw+is+offensive%22&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **squaw is offensive**

ENROLLED SENATE

CONCURRENT

                    RESOLUTION NO. 94 By:  Harrison of the
                    Senate

            and

                    Ferguson and Settle of the House



        A Concurrent Resolution directing the Oklahoma Board on
        Geographic Names to work with local officials to rename
        geographic features that contain a certain derogatory term
        in their geographic names; providing for procedures for
        name changes; and directing distribution.

WHEREAS, the policy of the United States Board on Geographic Names prohibits the inclusion of words in official geographic names that are derogatory to any racial, ethnic, gender, or religious group; and

WHEREAS, the word **"squaw" is offensive** to Native Americans, and a national movement exists to remove this word from all geographic names; and

WHEREAS, the Oklahoma Legislature concurs with the actions taken by other state legislatures to remove this offensive word from geographic names; and

WHEREAS, the Oklahoma Board on Geographic Names is the appropriate body to work with the localities in Oklahoma in which a geographic feature is located that includes, as a part of its geographic name, this offensive language.

NOW, THEREFORE, BE IT RESOLVED BY THE SENATE OF THE 2ND SESSION OF THE 47TH OKLAHOMA LEGISLATURE, THE HOUSE OF REPRESENTATIVES CONCURRING THEREIN:

THAT the word "squaw" be removed from all geographic names used in Oklahoma.

THAT the Oklahoma Board on Geographic Names work with the Board of County Commissioners of each locality in which the word "squaw" is used in geographic names to establish a procedure for renaming the geographic features.

THAT the procedure be established in conformance with the principles, policies and procedures of the United States Board on Geographic Names.

THAT the procedure include a method for receiving suggested name changes from residents in the area in which the geographic feature is located, officials representing municipalities located in the area, and officials

http://64.233.179.104/search?q=cache:seZuy9BQOHAJ:www2.lsb.state.ok.us/1999-00SB/scr94_enr.rtf+2squaw+is+offensi
ve2&hl=en    12/27/2004 09:52:16 AM

officials representing municipalities located in the area, and officials
of Indian Tribes having land or facilities within the area.

  THAT the Oklahoma Board on Geographic Names submit the name that is
selected by each Board of County Commissioners for the geographic feature
in that county to the United States Board of Geographic Names for its
approval.

  THAT the Oklahoma Board on Geographic Names work with all federal, state,
and local agencies to reflect the approved name changes in maps, signs,
and data bases in which the names of these geographic features are
recorded.

  THAT a copy of this resolution be distributed to the Oklahoma Board on
Geographic Names, and the Boards of County Commissioners of Blaine,
Comanche, Jackson, Kingfisher, Noble, Ottawa, Pottawatomie, and Mayes
counties.

  Adopted by the Senate the 10th day of May, 2000.




                    President of the Senate


  Adopted by the House of Representatives the 17th day of May, 2000.




                    Speaker of the House of

  Representatives

# HOUSE CONCURRENT RESOLUTION NO. 42

View <u>Daily Data Tracking History</u>
View <u>Bill Text</u>
View <u>Statement of Purpose / Fiscal Impact</u>

Text to be added within a bill has been marked with Bold and Underline. Text to be removed has been marked with Strikethrough and Italic. How these codes are actually displayed will vary based on the browser software you are using. **This sentence is marked with bold and underline to show added text.**
*This sentence is marked with strikethrough and italic, indicating text to be removed.*

## Daily Data Tracking History

```
HCR042..................................................by TRAIL
GEOGRAPHICAL NAMES - "SQUAW" - Stating findings of the Legislature and
recommending that the State Historical Society conduct necessary public
meetings and report to the United States Board on Geographical Names
regarding the Legislature's goal of eventual renaming of all geographical
place names in Idaho to eliminate the use of the word "squaw" so that
changes may be made on any federal maps and reference materials containing
the word "squaw."

01/24   House intro - 1st rdg - to printing
01/25   Rpt prt - to St Aff
```

## Bill Text

```
||||              LEGISLATURE OF THE STATE OF IDAHO          ||||
Fifty-sixth Legislature                  Second Regular Session - 2002


                   IN THE HOUSE OF REPRESENTATIVES

                   HOUSE CONCURRENT RESOLUTION NO. 42

                              BY TRAIL

1                       A CONCURRENT RESOLUTION
2   STATING FINDINGS OF THE LEGISLATURE AND MAKING  RECOMMENDATIONS REGARDING   THE
3       WORD "SQUAW."
```

```
 4    Be It Resolved by the Legislature of the State of Idaho:

 5          WHEREAS,  the word "squaw" is offensive and hurtful to Native Americans as
 6    a derogatory name for Native American women; and
 7          WHEREAS, the state of Idaho encourages tolerance and understanding between
 8    non-Indian citizens and Indian tribal members; and
 9          WHEREAS, it is inappropriate for geographical  place  names  in  Idaho  to
10    include this word; and
11          WHEREAS,  it  is  appropriate  for  the State Legislature to take steps to
12    achieve the goal of the eventual renaming of all geographical place  names  in
13    the state of Idaho to eliminate the use of this word.
14          NOW,  THEREFORE,  BE IT RESOLVED by the members of the Second Regular Ses-
15    sion of the Fifty-sixth Idaho Legislature, the House of  Representatives  and
16    the  Senate  concurring  therein,  that we recommend that the State Historical
17    Society conduct necessary public meetings and  report  to  the  United  States
18    Board  on  Geographic  Names the Legislature's goal of the eventual renaming of
19    all geographical place names in the state to eliminate the  use  of  the  word
20    "squaw"  so  that  changes can be made on any federal maps and reference mate-
21    rials containing the word "squaw."
```

# Statement of Purpose / Fiscal Impact

STATEMENT OF PURPOSE
RS 11659

Native Americans and many citizens of the state find the term
"squaw" objectionable and offensive to Native Americans.   The
resolution establishes a process by which all place names in the
State of Idaho containing the word "squaw" be identified and a
plan developed for renaming such places.   The Idaho Historical
Society is the authorized agency to develop a plan for
identifying and renaming such places.   Once this process is
completed the Idaho Historical Society conveys their
recommendations to the National Geographic Name Site Board with
their recommended name site changes.
                    FISCAL IMPACT

The costs associated with this project are minor and can be
absorbed by current appropriations.

Contact
Name: Rep. Tom Trail
Phone: (208) 332-1000


STATEMENT OF PURPOSE/FISCAL NOTE                    HCR 42

## CHAPTER 9

## (HB 1280)

### Geographic place names replaced.

ENTITLED, An Act to  replace certain geographic names that use offensive names, words, or phrases.

*BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF SOUTH DAKOTA:*

Section 1. The Legislature finds that certain geographic place names are offensive and insulting to all South Dakota's people, history, and heritage. These place names should be replaced by names that reflect South Dakota's people, history, and heritage without resorting to harmful or offensive stereotypes, names, words, or phrases. Section 4 of this Act lists the currently known geographic names that are harmful or offensive. All state and local government agencies may make changes to maps and any other reference materials to reflect the changes provided in this Act. A copy of this Act shall be forwarded by the Legislative Research Council to the United States Board on Geographic Names for consideration as recommendations for changes on any federal maps and reference materials that reference these names and places.

Section 2. The geographic place names set forth in section 4 of this Act are considered harmful and offensive. The new place names provided in section 4 of this Act shall replace and shall be used by all state and local agencies in South Dakota in all future publications, maps, or other reference materials published after the effective date of this Act.

Section 3. If no replacement place name for a specific location or feature is provided in section 4 of this Act, a replacement name may be suggested by the county or other local government entity, or by any interested person and may be submitted to the Department of Environment and Natural Resources in Pierre for a period of ninety days following the effective date of this Act. The final decision on any replacement names, not previously approved by the Legislature pursuant to this Act, shall be made jointly by the Board of Water and Natural Resources, the Board of Minerals and Environment, and the Transportation Commission within sixty days after the expiration of the ninety-day deadline. Any place names adopted in the manner described in this section shall be adopted and used and shall replace the offensive place names listed in section 4 of this Act pursuant to the provisions of this Act.

Section 4. Offensive place names in South Dakota by county are replaced as follows:

| County | Current place name | Place name changed to |
|---|---|---|
| Codington | Squaw Lake | Serenity Lake |
| Custer | Little Squaw Creek | No recommendation |
|  | Negro Canyon | "    " |
|  | Negro Wool Ridge | "    " |
| Fall River | Squaw Flat | Hat Creek Flat |
| Gregory | Squaw Creek | No recommendation |
|  | Squaw Creek Reservoir | "    " |
| Haakon | Squaw Creek | No recommendation |
|  | Negro Creek | "    " |

| | Negro Creek | |
|---|---|---|
| Harding | Squaw Creek | No recommendation |
| | East Squaw Creek | "    " |
| | Squaw Tree Spring | "    " |
| | West Squaw Creek | "    " |
| Jackson | Big Negro Draw | No recommendation |
| | Little Negro Creek | "    " |
| Jones | Squaw Creek | Pitan Creek |
| Lake | Negro Creek | Franklin Creek |
| Lawrence | Squaw Creek | Cleopatra Creek |
| | East Branch of Squaw Creek | East Branch Cleopatra Creek |
| | Negro Gulch | Last Chance Gulch |
| | Negro Hill | African Hill |
| Marshall | Squaw Hill | Six Mile Hill |
| | Squaw Lake | Six Mile Lake |
| Meade | Squaw Butte School | No recommendation |
| | Squaw Butte | "    " |
| | Squaw Creek | "    " |
| | Negro Creek School | "    " |
| Moody | Squaw Creek | Jack Moore Creek |
| Pennington | Squaw Creek | Cedar Breaks Creek |
| | Negro Creek | Medicine Mountain Creek |
| Shannon | Little Squaw Humper Creek | Little Red Shirt Creek |
| | Little Squaw Humper Table | Little Red Shirt Table |
| | Squaw Humper Creek | Two Bulls Creek |
| | Squaw Humper Dam | Two Bulls Dam |
| | Squaw Humper Table | Two Bulls Table |
| Stanley | Negro Edge Canyon | No recommendation |
| Ziebach | Squaw Teat Butte | Peaked Butte |
| | Squaw Teat Creek | East Rattlesnake Creek |

**Signed March 2, 2001.**

---

Session Laws Menu | LRC Menu

This page is maintained by the Legislative Research Council