# EXHIBIT 13

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA22920**

Filing date:                              **01/10/2005**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| **Application Serial No.** | 76511144 |
|---|---|
| **Applicant** | Squaw Valley Development Company |

## Notice of Appeal

Notice is hereby given that Squaw Valley Development Company appeals to the Trademark Trial and Appeal Board the refusal to register the mark depicted in Application Serial No. 76511144.

The refusal to register has been appealed as to the following classes of goods/services:

- IC 025
- IC 028
- IC 035

Respectfully submitted,
/W&S/
01/10/2005

**VIRGINIA R. RICHARD**

**WINSTON & STRAWN LLP**

**200 PARK AVENUE**

**New York, NY 10021**

**UNITED STATES**

**vrichard@winston.com, mpater@winston.com**

**(212) 294-6700**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA22922**

Filing date: **01/10/2005**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| **Application Serial No.** | 76511145 |
|---|---|
| **Applicant** | Squaw Valley Development Company |

## Notice of Appeal

Notice is hereby given that Squaw Valley Development Company appeals to the Trademark Trial and Appeal Board the refusal to register the mark depicted in Application Serial No. 76511145.

The refusal to register has been appealed as to the following classes of goods/services:

- IC 025
- IC 028
- IC 035

Respectfully submitted,
/W&S/
01/10/2005
**VIRGINIA R. RICHARD**

**WINSTON & STRAWN LLP**

**200 PARK AVENUE**

**New York, NY 10021**

**UNITED STATES**

**vrichard@winston.com, mpater@winston.com**

**(212) 294-6700**