UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  SQUAW VALLEY<br>DEVELOPMENT COMPANY<br><br>SQUAW VALLEY DEVELOPMENT<br>COMPANY,<br>   1960 Squaw Valley Road<br>   Olympic Valley, CA  96146<br><br>                            Plaintiff,<br>   v.<br><br>JON W. DUDAS, UNDER SECRETARY<br>OF COMMERCE FOR INTELLECTUAL<br>PROPERTY AND DIRECTOR OF THE<br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE,<br>   U.S. Patent and Trademark Office<br>   Madison Building East, Room 10B20<br>   600 Dulany Street<br>   Alexandria, VA 22314<br><br>                            Defendant. | Civil Action No. _____ |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record, certify that to the best of my knowledge and belief, Squaw Valley Development Company has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

OF COUNSEL:

Virginia R. Richard
Lana C. Marina
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY. 10166-4193
Tel:    (212) 294-6700
Fax:   (212) 294-4700
vrichard@winston.com
lmarina@winston.com

Dated: July 21, 2006

Respectfully submitted,

_/s/ Anne W. Stukes_____
Anne W. Stukes, DC Bar # 469446
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:    (202) 282-5856
Fax:   (202) 282-5100
astukes@winston.com