U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Squaw Valley Development Company

vs.

Jon W. Dudas, Undersecretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

No. 1:06CV01301 JJD

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Certificate Under LCvR 7.1, Civil Cover Sheet, Complaint and Exhibits 1 - 17 in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:22 pm on July 24, 2006, I served Jon W. Dudas, Undersecretary of Commerce for Intellectual Property and Director of the United States Patent Trademark Office c/o Office of General Counsel, United States Patent and Trademark Office at 10B20, Madison Building West, 600 Dulany Street, Alexandria, Virginia 22314 by serving Ann Farson, Senior Program Analyst, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     60
HEIGHT-  5'3"
HAIR-    BLONDE
WEIGHT-  140
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  7-26-06
             Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 174058

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

IN RE: SQUAW VALLEY DEVELOPMENT COMPANY

SQUAW VALLEY DEVELOPMENT COMPANY,
                                    Plaintiff,

V.

JON W. DUDAS,
UNDER SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE,
                                    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01301

JUDGE: John D. Bates

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/21/2006

TO: (Name and address of Defendant) JON W. DUDAS, care of:

| | | |
|---|---|---|
| Kenneth L. Wainstein<br>U.S. Attorney for the District of Columbia<br>c/o Civil Division<br>501 3rd St NW, Fourth Floor<br>Washington, DC 20001-2760 | Office of the General Counsel<br>United States Patent and Trademark Office<br>10B20, Madison Building East<br>600 Dulany Street<br>Alexandria, VA  22314-5782 | Attorney General of the<br>United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne W. Stukes, Winston & Strawn LLP
1700 K Street, N.W., Washington, DC 20006
(202) 282-5856    (202) 282-5100 (Fax)
astukes@winston.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 2 1 2006
CLERK                                          DATE

(By) DEPUTY CLERK

## Certificate of Service

    I hereby certify that on August 10, 2006, I caused the foregoing Affidavit of Service to be served, via first-class mail, postage pre-paid, on:

Jon W. Dudas, Undersecretary of Commerce for Intellectual Property,
Director of the United States Patent and Trademark Office
c/o Office of General Counsel
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA  22215

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
c/o Civil Division
501 3rd Street, N.W. - Fourth Floor
Washington, D.C.  20001-2760

                                                         /s/ Anne W. Stukes
                                          _____