UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: SQUAW VALLEY DEVELOPMENT COMPANY<br><br>SQUAW VALLEY DEVELOPMENT COMPANY,<br>          Plaintiff,<br>v.<br><br>JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br>          Defendant. | Civil Action No. 1:06-CV-01301 (JDB) |

## DECLARATION OF SERVICE OF PROCESS ON JON W. DUDAS

I, Anne W. Stukes, counsel of record for Plaintiff Squaw Valley Development Company, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years. I am not a party to this action, although I have entered an appearance as counsel for Plaintiff.

2. On July 21, 2006, pursuant to Fed. R. Civ. P. 4(i)(2)(A), I caused the Summons, Complaint, Exhibits 1-17 to Complaint, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Certificate Under LCvR 7.1, and Civil Cover Sheet in the above-captioned matter to be served, via United States Certified Mail, Return Receipt Requested, on

> Jon W. Dudas, Undersecretary of Commerce for Intellectual Property,
> Director of the United States Patent and Trademark Office
> c/o Office of General Counsel
> United States Patent and Trademark Office
> P.O. Box 15667
> Arlington, VA  22215

3. The Return Receipt indicates that the Summons, Complaint and other materials referred to in ¶ 2 were accepted and signed for by John S. Holmes, agent, on July 25, 2006. A copy of the Return Receipt is attached as Exhibit 1 hereto.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated:  August 10, 2006                    /s/ Anne W. Stukes
                                                                  _____
                                                                  Anne W. Stukes, DC Bar # 469446
                                                                  WINSTON & STRAWN LLP
                                                                  1700 K Street, N.W.
                                                                  Washington, D.C. 20006
                                                                  Tel:    (202) 282-5856
                                                                  Fax:   (202) 282-5100
                                                                  astukes@winston.com

                                                                  *Counsel for Plaintiff*

## Certificate of Service

      I hereby certify that on August 10, 2006, I caused the foregoing Declaration of Service to be served, via first-class mail, postage pre-paid, on:

Jon W. Dudas, Undersecretary of Commerce for Intellectual Property,
Director of the United States Patent and Trademark Office
c/o Office of General Counsel
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA  22215

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
c/o Civil Division
501 3rd Street, N.W. - Fourth Floor
Washington, D.C.  20001-2760

                                                                     /s/ Anne W. Stukes
                                                        _____