UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  SQUAW VALLEY DEVELOPMENT COMPANY | Civil Action No. 1:06-CV-01301 (JDB) |
| SQUAW VALLEY DEVELOPMENT COMPANY,<br>                    Plaintiff,<br>         v.<br><br>JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br>                    Defendant. | |

**DECLARATION OF SERVICE OF PROCESS ON JON W. DUDAS**

# EXHIBIT 1

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) Jim S Holmes   C. Date of Delivery 7/25/06 |
| 1. Article Addressed to:<br><br>Jon W. Dudas<br>c/o Office of General Counsel<br>U.S. Patent & Trademark Office<br>PO Box 15667<br>Arlington VA 22215 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 2005 1160 0002 6705 2493 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1035