UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  SQUAW VALLEY DEVELOPMENT COMPANY | Civil Action No. 1:06-CV-01301 (JDB) |
| SQUAW VALLEY DEVELOPMENT COMPANY,<br>            Plaintiff,<br>    v.<br><br>JON W. DUDAS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,<br>            Defendant. | |

**DECLARATION OF SERVICE OF PROCESS ON ATTORNEY GENERAL**

# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 11 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 6705 2486 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035