UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SQUAW VALLEY DEVELOPMENT COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1301 (JDB) ) |
| JON W. DUDAS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | ) ) ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of Defendant Jon W. Dudas' consent motion to transfer, and consent motion for an extension of time to answer or otherwise respond to the complaint, and there being no opposition, and for good cause shown, it is on this _____ day of _____, 2006, ORDERED: that this case be transferred to the Eastern District of Virginia.  It is FURTHER ORDERED: that defendant shall answer or otherwise response to the complaint no later than 60 days following entry of this order.

_____
The Honorable John D. Bates