UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SQUAW VALLEY DEVELOPMENT COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>JON W. DUDAS,<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>      Defendant. | Civil Action No.  06-1301 (JDB) |

## ORDER

Upon consideration of defendant's Consent Motion to Transfer and for an Extension of Time to Answer or Otherwise Respond to the Complaint, and the entire record herein, it is on this twentieth day of September, 2006, hereby

**ORDERED** that defendant's motion is **GRANTED**, and this case is transferred pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Eastern District of Virginia, the district where the United States Patent and Trademark Office has its principal office and the location where the actions that allegedly aggrieved plaintiff took place, see 28 U.S.C. § 1391(e); 35 U.S.C. § 1(b); and it is further

**ORDERED** that defendant shall answer or otherwise respond to the complaint by not later than 60 days following entry of this order, or at a date set by the transferee court.

/s/ John D. Bates
**JOHN D. BATES**
**United States District Judge**
